Month of <u>  August 20-31  </u>, <u>  2015  </u>

# CHAPTER 12 CASE

NAME OF DEBTOR: <u>  William Michael Buckman & Megan Leah Buckman  </u>

CASE NO.: <u>  15-32674  </u>

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>          $<u>     0                    </u>

New loan received this month (if any): $<u>     0                    </u>

Wages earned from outside work:   $<u>     0                    </u>

Other receipts:                   $<u>     0                    </u>

    Total Cash Receipts         $<u>  0                       </u>

II. <u>Expenses Paid</u>:

Total amount paid for household
or living expense:                $<u>   443.86                 </u>

Operating expenses paid (itemize):

| <u>Item</u> | Amount |
|---|---|
| Bank Charges | $10 |
| Equipment Repairs | $50 |
| Supplies | $26.68 |

Plan payments made to Chapter 12 Trustee $ __0__

Direct payments to creditors (as required by plan):

<u>Date</u>  <u>Creditor</u>  <u>Check No.</u>  <u>Amount</u>

Total of direct payments $ __0__

TOTAL EXPENSES PAID DURING MONTH $ __530.54__

Losses due to crop failure or damage $ _____
Losses due to death or disease of
livestock or poultry $ _____

PROFIT (or loss) FOR MONTH $ __(530.54)__

III. <u>Cash Reconciliation:</u>

Cash and Bank Accounts Balance at
Beginning of Month: $ __1,455.26__

Income (or Loss) During Month: $ __(530.54)__

Cash and Bank Account Balance at End of Month: $ __924.72__

IV. Expenses charged but not paid during month (itemize):

Expense $ __0__

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

11-18-15
Date

Debtor/Officer of Debtor

4:16 PM
10/14/15
Cash Basis

# Buckman Family Farms
## Profit & Loss
### August 20 - 31, 2015

|  | Aug 20 - 31, 15 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Expense** | |
|     40 · Miscellaneous | |
|       40.1 · Bank Charges | 10.00 |
|     Total 40 · Miscellaneous | 10.00 |
|     43 · Equipment Repairs | 50.00 |
|     51 · Supplies | 26.68 |
|   **Total Expense** | 86.68 |
| **Net Ordinary Income** | -86.68 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     73.998 · Life Insurance | 320.40 |
|     74 · Family Living | |
|       74.985 · Food | 39.39 |
|       74.986 · Household Operating | 84.07 |
|     Total 74 · Family Living | 123.46 |
|   **Total Other Expense** | 443.86 |
| **Net Other Income** | -443.86 |
| **Net Income** | **-530.54** |

4:15 PM
10/14/15
Cash Basis

# Buckman Family Farms
## General Ledger
### As of August 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 1,455.26 |
| **96.1 · Citizens Bank-Farm Account** | | | | | | | -20.21 |
| Check | 08/21/2015 | NSF | Citizens National Bank | | | 5.00 | -25.21 |
| Check | 08/26/2015 | NSF | Citizens National Bank | | | 5.00 | -30.21 |
| Total 96.1 · Citizens Bank-Farm Account | | | | | 0.00 | 10.00 | -30.21 |
| **96.3 · Peoples Bank** | | | | | | | 1,475.47 |
| Check | 08/21/2015 | | Met Life | Disability Rider | | 29.29 | 1,446.18 |
| Check | 08/21/2015 | | Met Life | Life | | 102.51 | 1,343.67 |
| Check | 08/22/2015 | 6762 | Rexs Cycle Shop | Ranger Repair ... | | 50.00 | 1,293.67 |
| Check | 08/25/2015 | | Southern Farm Burea... | | | 56.59 | 1,237.08 |
| Check | 08/25/2015 | | Southern Farm Burea... | | | 98.45 | 1,138.63 |
| Check | 08/25/2015 | | Southern Farm Burea... | | | 33.56 | 1,105.07 |
| Check | 08/25/2015 | 6764 | Wal-Mart | | | 84.07 | 1,021.00 |
| Check | 08/25/2015 | 6765 | Save-A-Lot | | | 39.39 | 981.61 |
| Check | 08/25/2015 | 6766 | Norby's | Oil Dry and We... | | 26.68 | 954.93 |
| Total 96.3 · Peoples Bank | | | | | 0.00 | 520.54 | 954.93 |
| Total 96 · Bank Accounts | | | | | 0.00 | 530.54 | 924.72 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -226,019.56 |
| **801.2 · Farm Credit Services** | | | | | | | -30,908.00 |
| Total 801.2 · Farm Credit Services | | | | | | | -30,908.00 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -226,019.56 |
| **841.2 · PNC** | | | | | | | 5,178.84 |
| Total 841.2 · PNC | | | | | | | 5,178.84 |
| **841.3 · Sheffield Financial** | | | | | | | 1,163.75 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,163.75 |
| **841.4 · TCF Equipment Finance** | | | | | | | 4,551.52 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 4,551.52 |
| **871 · Real Estate Loans** | | | | | | | -122,104.57 |
| **871.1 · BAC Home Loan** | | | | | | | -131,049.57 |
| Total 871.1 · BAC Home Loan | | | | | | | -131,049.57 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | | | -122,104.57 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **01 · Crop Sales** | | | | | | | -217,447.83 |
| **01.020 · Yellow Corn Sales** | | | | | | | -117,900.26 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -117,900.26 |
| **01.030 · Soybean Sales** | | | | | | | -99,547.57 |
| Total 01.030 · Soybean Sales | | | | | | | -99,547.57 |
| Total 01 · Crop Sales | | | | | | | -217,447.83 |
| **21 · Crop Insurance** | | | | | | | -14,147.52 |
| Total 21 · Crop Insurance | | | | | | | -14,147.52 |
| **31 · Crop & Feed Purchase** | | | | | | | -20,000.00 |
| **31.020 · Corn, Yellow** | | | | | | | -20,000.00 |

4:15 PM
10/14/15
Cash Basis

# Buckman Family Farms
## General Ledger
As of August 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 31.020 · Corn, Yellow | | | | | | | -20,000.00 |
| Total 31 · Crop & Feed Purchase | | | | | | | -20,000.00 |
| **33 · Interest Expense** | | | | | | | 15,516.17 |
| 33.2 · Operating Loan Interest | | | | | | | 13,943.00 |
| Total 33.2 · Operating Loan Interest | | | | | | | 13,943.00 |
| 33.3 · Intermediate Loan Interest | | | | | | | 1,573.17 |
| Total 33.3 · Intermediate Loan Interest | | | | | | | 1,573.17 |
| Total 33 · Interest Expense | | | | | | | 15,516.17 |
| **34 · Payroll Expenses** | | | | | | | 3,406.00 |
| 34.1 · Gross Wages | | | | | | | 2,206.00 |
| Total 34.1 · Gross Wages | | | | | | | 2,206.00 |
| 34 · Payroll Expenses - Other | | | | | | | 1,200.00 |
| Total 34 · Payroll Expenses - Other | | | | | | | 1,200.00 |
| Total 34 · Payroll Expenses | | | | | | | 3,406.00 |
| **35 · Fertilizers** | | | | | | | 131,041.99 |
| 35.1 · Nitrogen Fertilzer | | | | | | | 43,437.71 |
| Total 35.1 · Nitrogen Fertilzer | | | | | | | 43,437.71 |
| 35.2 · P, K & Other Dry Fert | | | | | | | 87,604.28 |
| Total 35.2 · P, K & Other Dry Fert | | | | | | | 87,604.28 |
| Total 35 · Fertilizers | | | | | | | 131,041.99 |
| **38 · Utilities** | | | | | | | 80.99 |
| 38.6 · Internet | | | | | | | 80.99 |
| Total 38.6 · Internet | | | | | | | 80.99 |
| Total 38 · Utilities | | | | | | | 80.99 |
| **39 · Insurance** | | | | | | | 23,986.02 |
| 39.3 · Vehicle Insurance | | | | | | | 3,388.38 |
| Total 39.3 · Vehicle Insurance | | | | | | | 3,388.38 |
| 39.5 · Crop Insurance | | | | | | | 20,597.64 |
| Total 39.5 · Crop Insurance | | | | | | | 20,597.64 |
| Total 39 · Insurance | | | | | | | 23,986.02 |
| **40 · Miscellaneous** | | | | | | | 379.71 |
| 40.1 · Bank Charges | | | | | | | 79.71 |
| Check | 08/21/2015 | NSF | Citizens National Bank | | 5.00 | | 84.71 |
| Check | 08/26/2015 | NSF | Citizens National Bank | | 5.00 | | 89.71 |
| Total 40.1 · Bank Charges | | | | | 10.00 | 0.00 | 89.71 |
| 40.3 · Travel & Ent | | | | | | | 300.00 |
| 40.34 · Travel | | | | | | | 300.00 |
| Total 40.34 · Travel | | | | | | | 300.00 |
| Total 40.3 · Travel & Ent | | | | | | | 300.00 |
| Total 40 · Miscellaneous | | | | | 10.00 | 0.00 | 389.71 |
| **42 · Farm Rent** | | | | | | | 27,240.00 |
| 42.1 · Cash Crop Land Rent | | | | | | | 27,240.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 27,240.00 |
| Total 42 · Farm Rent | | | | | | | 27,240.00 |
| **43 · Equipment Repairs** | | | | | | | 1,320.39 |
| 43.1 · Tractor Repair | | | | | | | 414.85 |
| Total 43.1 · Tractor Repair | | | | | | | 414.85 |
| 43.2 · Truck Repair | | | | | | | 188.56 |
| Total 43.2 · Truck Repair | | | | | | | 188.56 |
| 43.3 · Other Equip Repairs | | | | | | | 54.88 |
| Total 43.3 · Other Equip Repairs | | | | | | | 54.88 |
| 43.5 · John Deere Financial | | | | | | | 103.10 |
| Total 43.5 · John Deere Financial | | | | | | | 103.10 |
| 43.6 · CNH Capital | | | | | | | 559.00 |
| Total 43.6 · CNH Capital | | | | | | | 559.00 |

4:15 PM  
10/14/15  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of August 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **43 · Equipment Repairs - Other** | | | | | | | 0.00 |
| Check | 08/22/2015 | 6762 | Rexs Cycle Shop | Ranger Repair ... | 50.00 | | 50.00 |
| Total 43 · Equipment Repairs - Other | | | | | 50.00 | 0.00 | 50.00 |
| **Total 43 · Equipment Repairs** | | | | | 50.00 | 0.00 | 1,370.39 |
| **44 · Machine Hire** | | | | | | | 1,057.48 |
| 44.2 · Freight & Trucking | | | | | | | 57.48 |
| Total 44.2 · Freight & Trucking | | | | | | | 57.48 |
| 44 · Machine Hire - Other | | | | | | | 1,000.00 |
| Total 44 · Machine Hire - Other | | | | | | | 1,000.00 |
| Total 44 · Machine Hire | | | | | | | 1,057.48 |
| **45 · Fuel & Oil** | | | | | | | 3,474.55 |
| 45.1 · Diesel Fuel | | | | | | | 3,474.55 |
| Total 45.1 · Diesel Fuel | | | | | | | 3,474.55 |
| Total 45 · Fuel & Oil | | | | | | | 3,474.55 |
| **51 · Supplies** | | | | | | | 550.24 |
| 51.1 · Small Tools & Supplies | | | | | | | 242.38 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 242.38 |
| 51 · Supplies - Other | | | | | | | 307.86 |
| Check | 08/25/2015 | 6766 | Norby's | Oil Dry and We... | 26.68 | | 334.54 |
| Total 51 · Supplies - Other | | | | | 26.68 | 0.00 | 334.54 |
| Total 51 · Supplies | | | | | 26.68 | 0.00 | 576.92 |
| **52 · Professional Fees** | | | | | | | 5,325.95 |
| 52.1 · Accounting | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| 52.2 · Legal Fees | | | | | | | 5,000.00 |
| Total 52.2 · Legal Fees | | | | | | | 5,000.00 |
| 52.5 · Dues and Subscriptions | | | | | | | 25.95 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 25.95 |
| Total 52 · Professional Fees | | | | | | | 5,325.95 |
| **73.997 · Health Insurance** | | | | | | | 1,176.21 |
| Total 73.997 · Health Insurance | | | | | | | 1,176.21 |
| **73.998 · Life Insurance** | | | | | | | 6.78 |
| Check | 08/21/2015 | | Met Life | Disability Rider | 29.29 | | 36.07 |
| Check | 08/21/2015 | | Met Life | Life | 102.51 | | 138.58 |
| Check | 08/25/2015 | | Southern Farm Burea... | | 56.59 | | 195.17 |
| Check | 08/25/2015 | | Southern Farm Burea... | | 98.45 | | 293.62 |
| Check | 08/25/2015 | | Southern Farm Burea... | | 33.56 | | 327.18 |
| Total 73.998 · Life Insurance | | | | | 320.40 | 0.00 | 327.18 |
| **74 · Family Living** | | | | | | | 25,802.22 |
| 74.985 · Food | | | | | | | 34.55 |
| Check | 08/25/2015 | 6765 | Save-A-Lot | | 39.39 | | 73.94 |
| Total 74.985 · Food | | | | | 39.39 | 0.00 | 73.94 |
| 74.986 · Household Operating | | | | | | | 128.70 |
| Check | 08/25/2015 | 6764 | Wal-Mart | | 84.07 | | 212.77 |
| Total 74.986 · Household Operating | | | | | 84.07 | 0.00 | 212.77 |
| 74.989 · Clothing | | | | | | | 132.00 |
| Total 74.989 · Clothing | | | | | | | 132.00 |
| 74.990 · Personal Items | | | | | | | 517.63 |
| Total 74.990 · Personal Items | | | | | | | 517.63 |
| 74.991 · Entertainment/Recreation | | | | | | | 140.00 |
| Total 74.991 · Entertainment/Recreation | | | | | | | 140.00 |
| 74.992 · Education/Reading | | | | | | | 433.34 |
| Total 74.992 · Education/Reading | | | | | | | 433.34 |
| 74.994 · Transportation | | | | | | | 200.00 |
| Total 74.994 · Transportation | | | | | | | 200.00 |

4:15 PM
10/14/15
Cash Basis

# Buckman Family Farms
## General Ledger
As of August 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **74 · Family Living - Other** | | | | | | | 24,216.00 |
| Total 74 · Family Living - Other | | | | | | | 24,216.00 |
| Total 74 · Family Living | | | | | 123.46 | 0.00 | 25,925.68 |
| **76 · Income Taxes** | | | | | | | 6,502.00 |
| **76.1 · Federal** | | | | | | | 6,502.00 |
| Total 76.1 · Federal | | | | | | | 6,502.00 |
| Total 76 · Income Taxes | | | | | | | 6,502.00 |
| **TOTAL** | | | | | 530.54 | 530.54 | 0.00 |