Month of <u>  September        </u>, <u>  2015      </u>

# CHAPTER 12 CASE

NAME OF DEBTOR:<u>  William Michael Buckman & Megan Leah Buckman                         </u>

CASE NO.: <u>  15-32674                                                                 </u>

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.   <u>Cash Received During Month (Itemized)</u>:

    <u>Item & Quantity Sold</u>      $<u>  20,000                     </u>

    Corn 4,098.36 bushels

New loan received this month (if any): $<u>  0                             </u>

Wages earned from outside work:    $<u>  0                             </u>

Other receipts:                $<u>  850 (funds transferred from old account)  </u>

        Total Cash Receipts    $<u>  20,850                        </u>

II.   <u>Expenses Paid</u>:

    Total amount paid for household
    or living expense:    $<u>  5,300.45                    </u>

    Operating expenses paid (itemize): $8,778.98

| <u>Item</u> | Amount |
|---|---|
| Utilities | $435.50 |
| Insurance | $3,343.61 |
| Bank Charges | ($15.57) |
| Equipment Repairs | $2,877.98 |
| Fuel/Oil | $1,974.62 |
| Supplies | $124.02 |
| Professional Fees/Dues | $38.82 |

Plan payments made to Chapter 12 Trustee

$ __0__

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 09/15/15 | BAC Home Loans | 507 | $793.71 | Personal Residence |
| 09/28/15 | BAC Home Loans | 538 | $793.71 | Personal Residence |
| 09/15/15 | Huntington Bank | 502 | $1360.90 | Megan's Car Payment August & September |
| 09/15/15 | PNC Bank | 503 | $1726.28 | Michael's Truck Payment Aug &Sept |
| 09/15/15 | Sheffield Financail | 505 | $505.50 | Ranger Payment Aug & Sept |

Total of direct payments    $ __5,180.10__

TOTAL EXPENSES PAID DURING MONTH    $ __19,259.53__

Losses due to crop failure or damage    $ __0__

Losses due to death or disease of livestock or poultry    $ __0__

PROFIT (or loss) FOR MONTH    $ __1,590.47__

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:    $ __924.72__

Income (or Loss) During Month:    $ __1,590.47__

Cash and Bank Account Balance at End of Month:    $ __2,515.19__

IV. Expenses charged but not paid during month (itemize):

Expense    $ __0__

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

11-18-15
Date

*[signatures]*
Debtor/Officer of Debtor

4:42 PM
10/14/15
Cash Basis

# Buckman Family Farms
## Profit & Loss
### September 2015

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 20,000.00 |
| **Total 01 · Crop Sales** | 20,000.00 |
| **Total Income** | 20,000.00 |
| **Gross Profit** | 20,000.00 |
| **Expense** | |
| **33 · Interest Expense** | |
| 33.4 · Real Estate Loan Interest | 1,087.52 |
| **Total 33 · Interest Expense** | 1,087.52 |
| **38 · Utilities** | |
| 38.1 · Electricity | 96.40 |
| 38.2 · Telephone | 14.14 |
| 38.3 · Cell Phones | 149.30 |
| 38.4 · Water | 13.30 |
| 38.6 · Internet | 162.36 |
| **Total 38 · Utilities** | 435.50 |
| **39 · Insurance** | |
| 39.1 · Liability Insurance | 345.70 |
| 39.2 · Property Insurance | 1,810.70 |
| 39.3 · Vehicle Insurance | 1,187.21 |
| **Total 39 · Insurance** | 3,343.61 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | -15.57 |
| **Total 40 · Miscellaneous** | -15.57 |
| **43 · Equipment Repairs** | |
| 43.7 · Combine Repair | 2,472.93 |
| 43.8 · Grain Bin Repairs | 405.05 |
| **Total 43 · Equipment Repairs** | 2,877.98 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 1,808.76 |
| 45.2 · Gasoline | 81.17 |
| 45.3 · Oil & Lubricants | 84.69 |
| **Total 45 · Fuel & Oil** | 1,974.62 |
| **51 · Supplies** | |
| 51.1 · Small Tools & Supplies | 12.70 |
| 51 · Supplies - Other | 111.32 |
| **Total 51 · Supplies** | 124.02 |
| **52 · Professional Fees** | |
| 52.5 · Dues and Subscriptions | 38.82 |
| **Total 52 · Professional Fees** | 38.82 |
| **Total Expense** | 9,866.50 |
| **Net Ordinary Income** | 10,133.50 |
| **Other Income/Expense** | |
| **Other Income** | |
| **61 · Non-Farm Income** | |
| 62 · Non-Taxable Income | 850.00 |

Page 1

4:42 PM
10/14/15
Cash Basis

# Buckman Family Farms
## Profit & Loss
### September 2015

|  | TOTAL |
|---|---:|
| Total 61 · Non-Farm Income | 850.00 |
| **Total Other Income** | **850.00** |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 20.00 |
| 73.997 · Health Insurance | 1,170.27 |
| 73.998 · Life Insurance | 263.81 |
| 74 · Family Living | |
|    74.985 · Food | 1,409.04 |
|    74.986 · Household Operating | 23.00 |
|    74.989 · Clothing | 275.52 |
|    74.990 · Personal Items | 290.57 |
|    74.991 · Entertainment/Recreation | 389.26 |
|    74.992 · Education/Reading | 884.68 |
|    74.993 · Gifts | 100.00 |
|    74.994 · Transportation | 62.88 |
|    74.997 · Household Electricity | 252.97 |
|    74.998 · Household Water | 58.45 |
|    74.999 · Lunch Money | 100.00 |
| **Total 74 · Family Living** | **3,846.37** |
| **Total Other Expense** | **5,300.45** |
| **Net Other Income** | **-4,450.45** |
| **Net Income** | **5,683.05** |

4:42 PM
10/14/15
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 924.72 |
| **96.1 · Citizens Bank-Farm Account** | | | | | | | -30.21 |
| Check | 09/03/2015 | NSF | Citizens National B... | | | 5.00 | -35.21 |
| Deposit | 09/04/2015 | DEP | Citizens National B... | Deposit | 35.21 | | 0.00 |
| Total 96.1 · Citizens Bank-Farm Account | | | | | 35.21 | 5.00 | 0.00 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 0.00 |
| Deposit | 09/04/2015 | | | Deposit | 850.00 | | 850.00 |
| Check | 09/04/2015 | 0 | | | | 250.00 | 600.00 |
| Check | 09/04/2015 | 91 | Murphy's Oil | | | 111.59 | 488.41 |
| Check | 09/07/2015 | 93 | Scholastic Book Fair | | | 18.00 | 470.41 |
| Check | 09/09/2015 | 94 | Norby's | Hyd oil | | 84.69 | 385.72 |
| Check | 09/11/2015 | 95 | Norby's | Chain | | 43.83 | 341.89 |
| Deposit | 09/11/2015 | | | Deposit | 19,900.00 | | 20,241.89 |
| Check | 09/11/2015 | 96 | Anthem | | | 1,170.27 | 19,071.62 |
| Check | 09/12/2015 | 98 | Jacobi Sales | | | 2,429.10 | 16,642.52 |
| Check | 09/14/2015 | 100 | Shear Delight | Hair | | 90.57 | 16,551.95 |
| Check | 09/14/2015 | 99 | Cash | Farm Fuel and Food | | 500.00 | 16,051.95 |
| Check | 09/15/2015 | 101 | Cash | Sams Club | | 500.00 | 15,551.95 |
| Check | 09/15/2015 | | Citizens National B... | New Checks | | 14.64 | 15,537.31 |
| Check | 09/15/2015 | 501 | Allens | Pest Control | | 23.00 | 15,514.31 |
| Check | 09/15/2015 | 502 | Huntington Bank | Megan's Car Payment for August and September (680.45 m... | | 1,360.90 | 14,153.41 |
| Check | 09/15/2015 | 503 | PNC Bank | Michael's Truck Payment (F350) for August and September ... | | 1,726.28 | 12,427.13 |
| Check | 09/15/2015 | 504 | Marion County Water | Water Bill | | 58.45 | 12,368.68 |
| Check | 09/15/2015 | 505 | Sheffield Finicial | Ranger Payment for August and September (232.75 monthly) | | 505.50 | 11,863.18 |
| Check | 09/15/2015 | 506 | Windstream | | | 449.76 | 11,413.42 |
| Check | 09/15/2015 | 507 | BAC | Mortgage | | 793.71 | 10,619.71 |
| Check | 09/15/2015 | 508 | Farm Bureau | 1992 Pete | | 247.07 | 10,372.64 |
| Check | 09/15/2015 | 509 | Smart Tuition | School Tuition | | 433.34 | 9,939.30 |
| Check | 09/15/2015 | 510 | Bluegrass Celular | Cell Phones | | 149.30 | 9,790.00 |
| Check | 09/15/2015 | 511 | Inter County RECC | Home Electric Bill | | 252.97 | 9,537.03 |
| Check | 09/15/2015 | 512 | Inter County RECC | Bins | | 32.34 | 9,504.69 |
| Check | 09/15/2015 | 513 | Inter County RECC | Shop | | 17.40 | 9,487.29 |
| Check | 09/15/2015 | 514 | Wal-Mart | Groceries | | 166.09 | 9,321.20 |
| Check | 09/17/2015 | 516 | Kroger | Groceries | | 35.09 | 9,286.11 |
| Check | 09/17/2015 | 517 | Kroger | | | 26.35 | 9,259.76 |
| Check | 09/17/2015 | 518 | Farm Bureau | | | 2,195.22 | 7,064.54 |
| Check | 09/17/2015 | 519 | Farm Bureau | | | 327.81 | 6,736.73 |
| Check | 09/17/2015 | 520 | Morgeson Electric | Grain Dryer Motor Repair | | 70.00 | 6,666.73 |
| Check | 09/17/2015 | 521 | Kroger | Diesel Fuel | | 83.10 | 6,583.63 |
| Check | 09/17/2015 | 522 | Wal-Mart | Diesel Fuel | | 200.00 | 6,383.63 |
| Check | 09/19/2015 | 523 | Murphy's Oil | Diesel | | 325.89 | 6,057.74 |
| Check | 09/19/2015 | 524 | Wal-Mart | Water nozels and squigge | | 12.70 | 6,045.04 |
| Check | 09/20/2015 | 525 | Holy Name Of Mary... | Tithing | | 100.00 | 5,945.04 |
| Check | 09/20/2015 | 526 | Ragetti's | Sunday lunch after chruch | | 59.05 | 5,885.99 |
| Check | 09/20/2015 | 527 | Marion County Water | Grain bins | | 13.30 | 5,872.69 |
| Check | 09/21/2015 | | Southern Farm Bur... | | | 98.45 | 5,774.24 |
| Check | 09/21/2015 | | Southern Farm Bur... | | | 33.56 | 5,740.68 |
| Check | 09/21/2015 | | Met Life | | | 29.29 | 5,711.39 |
| Check | 09/21/2015 | | Met Life | | | 102.51 | 5,608.88 |
| Check | 09/21/2015 | 528 | Central Kentucky O... | Megan's Eye Doctor appointment | | 20.00 | 5,588.88 |
| Check | 09/21/2015 | 529 | Five Star Food Mart | | | 341.10 | 5,247.78 |
| Check | 09/22/2015 | 530 | Wal-Mart | Groceries | | 154.21 | 5,093.57 |
| Check | 09/23/2015 | 531 | Inter County RECC | Shop | | 46.66 | 5,046.91 |
| Check | 09/24/2015 | 532 | Saint Augustine Lu... | Lunch money | | 100.00 | 4,946.91 |
| Check | 09/24/2015 | 533 | Lebanon Machine ... | Grain bin repair | | 335.05 | 4,611.86 |
| Check | 09/25/2015 | 534 | Cash | cash for county festival (Ham Days) | | 200.00 | 4,411.86 |
| Check | 09/25/2015 | 535 | Wal-Mart | Groceries | | 57.00 | 4,354.86 |
| Check | 09/25/2015 | 536 | Murphy's Oil | Diesel for the equipment | | 304.61 | 4,050.25 |
| Check | 09/28/2015 | 537 | Smart Tuition | School tuition | | 433.34 | 3,616.91 |
| Check | 09/28/2015 | 538 | BAC | Mortgage Payment | | 793.71 | 2,823.20 |
| Check | 09/28/2015 | 539 | Five Star Food Mart | Gas for Explorer | | 32.49 | 2,790.71 |
| Check | 09/28/2015 | 540 | Kohl's | Kids fall/winter clothes | | 154.12 | 2,636.59 |
| Check | 09/28/2015 | 541 | Justice | Kids fall/winter clothes | | 53.03 | 2,583.56 |
| Check | 09/28/2015 | 542 | Children's Place | Kids fall/winter clothes | | 68.37 | 2,515.19 |
| Check | 09/29/2015 | 543 | Norby's | Hyro oil for combine, dry oil for shop, carb cleaner | | 111.32 | 2,403.87 |
| Check | 09/29/2015 | 544 | Five Star Food Mart | Gas for Explorer | | 35.87 | 2,368.00 |
| Check | 09/29/2015 | 545 | Farm Bureau | Farm Bureau Annual Dinner and Meeting (2 tickets) | | 16.00 | 2,352.00 |
| Check | 09/29/2015 | 546 | Farm Bureau | 1998 Western Star | | 612.33 | 1,739.67 |
| Check | 09/30/2015 | 548 | Wal-Mart | Groeries | | 179.41 | 1,560.26 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 20,750.00 | 19,189.74 | 1,560.26 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 20,785.21 | 19,194.74 | 2,515.19 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Sales Receipt | 09/11/2015 | 12 | R &B Trucking | | 20,000.00 | | 20,000.00 |
| Deposit | 09/11/2015 | | R &B Trucking | Deposit | | 20,000.00 | 0.00 |
| Total 701 · Undeposited Funds | | | | | 20,000.00 | 20,000.00 | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |

Page 1

# Buckman Family Farms
## General Ledger
### As of September 30, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -226,019.56 |
| 801.2 · Farm Credit Services | | | | | | | -30,908.00 |
| Total 801.2 · Farm Credit Services | | | | | | | -30,908.00 |
| 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -226,019.56 |
| **841 · Equipment Loans** | | | | | | | 0.00 |
| Check | 09/15/2015 | 502 | Huntington Bank | Megan's Car Payment for August and September (680.45 m... | 1,360.90 | | 1,360.90 |
| Total 841 · Equipment Loans | | | | | 1,360.90 | 0.00 | 1,360.90 |
| **841.2 · PNC** | | | | | | | 5,178.84 |
| Check | 09/15/2015 | 503 | PNC Bank | Michael's Truck Payment (F350) for August and September ... | 1,726.28 | | 6,905.12 |
| Total 841.2 · PNC | | | | | 1,726.28 | 0.00 | 6,905.12 |
| **841.3 · Sheffield Financial** | | | | | | | 1,163.75 |
| Check | 09/15/2015 | 505 | Sheffield Finicial | Ranger Payment for August and September (232.75 monthly) | 505.50 | | 1,669.25 |
| Total 841.3 · Sheffield Financial | | | | | 505.50 | 0.00 | 1,669.25 |
| **841.4 · TCF Equipment Finance** | | | | | | | 4,551.52 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 4,551.52 |
| **871 · Real Estate Loans** | | | | | | | -122,104.57 |
| 871.1 · BAC Home Loan | | | | | | | -131,049.57 |
| Check | 09/15/2015 | 507 | BAC | Mortgage | 249.95 | | -130,799.62 |
| Check | 09/28/2015 | 538 | BAC | Mortgage Payment | 249.95 | | -130,549.67 |
| Total 871.1 · BAC Home Loan | | | | | 499.90 | 0.00 | -130,549.67 |
| 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 499.90 | 0.00 | -121,604.67 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **01 · Crop Sales** | | | | | | | -217,447.83 |
| 01.020 · Yellow Corn Sales | | | | | | | -117,900.26 |
| Sales Receipt | 09/11/2015 | 12 | R &B Trucking | | | 20,000.00 | -137,900.26 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 20,000.00 | -137,900.26 |
| 01.030 · Soybean Sales | | | | | | | -99,547.57 |
| Total 01.030 · Soybean Sales | | | | | | | -99,547.57 |
| Total 01 · Crop Sales | | | | | 0.00 | 20,000.00 | -237,447.83 |
| **21 · Crop Insurance** | | | | | | | -14,147.52 |
| Total 21 · Crop Insurance | | | | | | | -14,147.52 |
| **31 · Crop & Feed Purchase** | | | | | | | -20,000.00 |
| 31.020 · Corn, Yellow | | | | | | | -20,000.00 |
| Total 31.020 · Corn, Yellow | | | | | | | -20,000.00 |
| Total 31 · Crop & Feed Purchase | | | | | | | -20,000.00 |
| **33 · Interest Expense** | | | | | | | 15,516.17 |
| 33.2 · Operating Loan Interest | | | | | | | 13,943.00 |
| Total 33.2 · Operating Loan Interest | | | | | | | 13,943.00 |
| 33.3 · Intermediate Loan Interest | | | | | | | 1,573.17 |
| Total 33.3 · Intermediate Loan Interest | | | | | | | 1,573.17 |
| 33.4 · Real Estate Loan Interest | | | | | | | 0.00 |
| Check | 09/15/2015 | 507 | BAC | Mortgage | 543.76 | | 543.76 |
| Check | 09/28/2015 | 538 | BAC | Mortgage Payment | 543.76 | | 1,087.52 |
| Total 33.4 · Real Estate Loan Interest | | | | | 1,087.52 | 0.00 | 1,087.52 |
| Total 33 · Interest Expense | | | | | 1,087.52 | 0.00 | 16,603.69 |
| **34 · Payroll Expenses** | | | | | | | 3,406.00 |
| 34.1 · Gross Wages | | | | | | | 2,206.00 |
| Total 34.1 · Gross Wages | | | | | | | 2,206.00 |
| 34 · Payroll Expenses - Other | | | | | | | 1,200.00 |
| Total 34 · Payroll Expenses - Other | | | | | | | 1,200.00 |
| Total 34 · Payroll Expenses | | | | | | | 3,406.00 |
| **35 · Fertilizers** | | | | | | | 131,041.99 |
| 35.1 · Nitrogen Fertilzer | | | | | | | 43,437.71 |
| Total 35.1 · Nitrogen Fertilzer | | | | | | | 43,437.71 |
| 35.2 · P, K & Other Dry Fert | | | | | | | 87,604.28 |

4:42 PM  
10/14/15  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Total 35.2 · P, K & Other Dry Fert | | | | | | | 87,604.28 |
| Total 35 · Fertilizers | | | | | | | 131,041.99 |
| **38 · Utilities** | | | | | | | 80.99 |
|   **38.1 · Electricity** | | | | | | | 0.00 |
|   Check | 09/15/2015 | 512 | Inter County RECC | Bins | 32.34 | | 32.34 |
|   Check | 09/15/2015 | 513 | Inter County RECC | Shop | 17.40 | | 49.74 |
|   Check | 09/23/2015 | 531 | Inter County RECC | Shop | 46.66 | | 96.40 |
|   Total 38.1 · Electricity | | | | | 96.40 | 0.00 | 96.40 |
|   **38.2 · Telephone** | | | | | | | 0.00 |
|   Check | 09/15/2015 | 506 | Windstream | | 14.14 | | 14.14 |
|   Total 38.2 · Telephone | | | | | 14.14 | 0.00 | 14.14 |
|   **38.3 · Cell Phones** | | | | | | | 0.00 |
|   Check | 09/15/2015 | 510 | Bluegrass Celular | Cell Phones | 149.30 | | 149.30 |
|   Total 38.3 · Cell Phones | | | | | 149.30 | 0.00 | 149.30 |
|   **38.4 · Water** | | | | | | | 0.00 |
|   Check | 09/20/2015 | 527 | Marion County Water | Grain bins | 13.30 | | 13.30 |
|   Total 38.4 · Water | | | | | 13.30 | 0.00 | 13.30 |
|   **38.6 · Internet** | | | | | | | 80.99 |
|   Check | 09/15/2015 | 506 | Windstream | | 162.36 | | 243.35 |
|   Total 38.6 · Internet | | | | | 162.36 | 0.00 | 243.35 |
| Total 38 · Utilities | | | | | 435.50 | 0.00 | 516.49 |
| **39 · Insurance** | | | | | | | 23,986.02 |
|   **39.1 · Liability Insurance** | | | | | | | 0.00 |
|   Check | 09/17/2015 | 518 | Farm Bureau | | 345.70 | | 345.70 |
|   Total 39.1 · Liability Insurance | | | | | 345.70 | 0.00 | 345.70 |
|   **39.2 · Property Insurance** | | | | | | | 0.00 |
|   Check | 09/17/2015 | 518 | Farm Bureau | | 1,810.70 | | 1,810.70 |
|   Total 39.2 · Property Insurance | | | | | 1,810.70 | 0.00 | 1,810.70 |
|   **39.3 · Vehicle Insurance** | | | | | | | 3,388.38 |
|   Check | 09/15/2015 | 508 | Farm Bureau | 1992 Pete | 247.07 | | 3,635.45 |
|   Check | 09/17/2015 | 519 | Farm Bureau | | 327.81 | | 3,963.26 |
|   Check | 09/29/2015 | 546 | Farm Bureau | 1998 Western Star | 612.33 | | 4,575.59 |
|   Total 39.3 · Vehicle Insurance | | | | | 1,187.21 | 0.00 | 4,575.59 |
|   **39.5 · Crop Insurance** | | | | | | | 20,597.64 |
|   Total 39.5 · Crop Insurance | | | | | | | 20,597.64 |
| Total 39 · Insurance | | | | | 3,343.61 | 0.00 | 27,329.63 |
| **40 · Miscellaneous** | | | | | | | 389.71 |
|   **40.1 · Bank Charges** | | | | | | | 89.71 |
|   Check | 09/03/2015 | NSF | Citizens National B... | | 5.00 | | 94.71 |
|   Deposit | 09/04/2015 | DEP | Citizens National B... | Deposit | | 35.21 | 59.50 |
|   Check | 09/15/2015 | | Citizens National B... | New Checks | 14.64 | | 74.14 |
|   Total 40.1 · Bank Charges | | | | | 19.64 | 35.21 | 74.14 |
|   **40.3 · Travel & Ent** | | | | | | | 300.00 |
|     **40.34 · Travel** | | | | | | | 300.00 |
|     Total 40.34 · Travel | | | | | | | 300.00 |
|   Total 40.3 · Travel & Ent | | | | | | | 300.00 |
| Total 40 · Miscellaneous | | | | | 19.64 | 35.21 | 374.14 |
| **42 · Farm Rent** | | | | | | | 27,240.00 |
|   **42.1 · Cash Crop Land Rent** | | | | | | | 27,240.00 |
|   Total 42.1 · Cash Crop Land Rent | | | | | | | 27,240.00 |
| Total 42 · Farm Rent | | | | | | | 27,240.00 |
| **43 · Equipment Repairs** | | | | | | | 1,370.39 |
|   **43.1 · Tractor Repair** | | | | | | | 414.85 |
|   Total 43.1 · Tractor Repair | | | | | | | 414.85 |
|   **43.2 · Truck Repair** | | | | | | | 188.56 |
|   Total 43.2 · Truck Repair | | | | | | | 188.56 |
|   **43.3 · Other Equip Repairs** | | | | | | | 54.88 |
|   Total 43.3 · Other Equip Repairs | | | | | | | 54.88 |
|   **43.5 · John Deere Financial** | | | | | | | 103.10 |
|   Total 43.5 · John Deere Financial | | | | | | | 103.10 |
|   **43.6 · CNH Capital** | | | | | | | 559.00 |
|   Total 43.6 · CNH Capital | | | | | | | 559.00 |
|   **43.7 · Combine Repair** | | | | | | | 0.00 |

4:42 PM
10/14/15
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 09/11/2015 | 95 | Norby's | Chain | 43.83 | | 43.83 |
| Check | 09/12/2015 | 98 | Jacobi Sales | | 2,429.10 | | 2,472.93 |
| Total 43.7 · Combine Repair | | | | | 2,472.93 | 0.00 | 2,472.93 |
| **43.8 · Grain Bin Repairs** | | | | | | | 0.00 |
| Check | 09/17/2015 | 520 | Morgeson Electric | Grain Dryer Motor Repair | 70.00 | | 70.00 |
| Check | 09/24/2015 | 533 | Lebanon Machine ... | Grain bin repair | 335.05 | | 405.05 |
| Total 43.8 · Grain Bin Repairs | | | | | 405.05 | 0.00 | 405.05 |
| **43 · Equipment Repairs - Other** | | | | | | | 50.00 |
| Total 43 · Equipment Repairs - Other | | | | | | | 50.00 |
| Total 43 · Equipment Repairs | | | | | 2,877.98 | 0.00 | 4,248.37 |
| **44 · Machine Hire** | | | | | | | 1,057.48 |
| **44.2 · Freight & Trucking** | | | | | | | 57.48 |
| Total 44.2 · Freight & Trucking | | | | | | | 57.48 |
| **44 · Machine Hire - Other** | | | | | | | 1,000.00 |
| Total 44 · Machine Hire - Other | | | | | | | 1,000.00 |
| Total 44 · Machine Hire | | | | | | | 1,057.48 |
| **45 · Fuel & Oil** | | | | | | | 3,474.55 |
| **45.1 · Diesel Fuel** | | | | | | | 3,474.55 |
| Check | 09/04/2015 | 91 | Murphy's Oil | | 74.04 | | 3,548.59 |
| Check | 09/14/2015 | 99 | Cash | Farm Fuel and Food | 500.00 | | 4,048.59 |
| Check | 09/17/2015 | 521 | Kroger | Diesel Fuel | 69.62 | | 4,118.21 |
| Check | 09/17/2015 | 522 | Wal-Mart | Diesel Fuel | 200.00 | | 4,318.21 |
| Check | 09/19/2015 | 523 | Murphy's Oil | Diesel | 324.60 | | 4,642.81 |
| Check | 09/21/2015 | 529 | Five Star Food Mart | | 335.89 | | 4,978.70 |
| Check | 09/25/2015 | 536 | Murphy's Oil | Diesel for the equipment | 304.61 | | 5,283.31 |
| Total 45.1 · Diesel Fuel | | | | | 1,808.76 | 0.00 | 5,283.31 |
| **45.2 · Gasoline** | | | | | | | 0.00 |
| Check | 09/04/2015 | 91 | Murphy's Oil | | 17.11 | | 17.11 |
| Check | 09/17/2015 | 517 | Kroger | | 6.58 | | 23.69 |
| Check | 09/17/2015 | 521 | Kroger | Diesel Fuel | 13.48 | | 37.17 |
| Check | 09/28/2015 | 539 | Five Star Food Mart | Gas for Explorer | 8.13 | | 45.30 |
| Check | 09/29/2015 | 544 | Five Star Food Mart | Gas for Explorer | 35.87 | | 81.17 |
| Total 45.2 · Gasoline | | | | | 81.17 | 0.00 | 81.17 |
| **45.3 · Oil & Lubricants** | | | | | | | 0.00 |
| Check | 09/09/2015 | 94 | Norby's | Hyd oil | 84.69 | | 84.69 |
| Total 45.3 · Oil & Lubricants | | | | | 84.69 | 0.00 | 84.69 |
| Total 45 · Fuel & Oil | | | | | 1,974.62 | 0.00 | 5,449.17 |
| **51 · Supplies** | | | | | | | 576.92 |
| **51.1 · Small Tools & Supplies** | | | | | | | 242.38 |
| Check | 09/19/2015 | 524 | Wal-Mart | Water nozels and squigge | 12.70 | | 255.08 |
| Total 51.1 · Small Tools & Supplies | | | | | 12.70 | 0.00 | 255.08 |
| **51 · Supplies - Other** | | | | | | | 334.54 |
| Check | 09/29/2015 | 543 | Norby's | Hyro oil for combine, dry oil for shop, carb cleaner | 111.32 | | 445.86 |
| Total 51 · Supplies - Other | | | | | 111.32 | 0.00 | 445.86 |
| Total 51 · Supplies | | | | | 124.02 | 0.00 | 700.94 |
| **52 · Professional Fees** | | | | | | | 5,325.95 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.2 · Legal Fees** | | | | | | | 5,000.00 |
| Total 52.2 · Legal Fees | | | | | | | 5,000.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 25.95 |
| Check | 09/17/2015 | 518 | Farm Bureau | | 38.82 | | 64.77 |
| Total 52.5 · Dues and Subscriptions | | | | | 38.82 | 0.00 | 64.77 |
| Total 52 · Professional Fees | | | | | 38.82 | 0.00 | 5,364.77 |
| **61 · Non-Farm Income** | | | | | | | 0.00 |
| **62 · Non-Taxable Income** | | | | | | | 0.00 |
| Deposit | 09/04/2015 | | Peoples Bank | Transfer from Personal | | 850.00 | -850.00 |
| Total 62 · Non-Taxable Income | | | | | 0.00 | 850.00 | -850.00 |
| Total 61 · Non-Farm Income | | | | | 0.00 | 850.00 | -850.00 |
| **72 · Doctors & Hospitals** | | | | | | | 0.00 |
| Check | 09/21/2015 | 528 | Central Kentucky O... | Megan's Eye Doctor appointment | 20.00 | | 20.00 |
| Total 72 · Doctors & Hospitals | | | | | 20.00 | 0.00 | 20.00 |
| **73.997 · Health Insurance** | | | | | | | 1,176.21 |
| Check | 09/11/2015 | 96 | Anthem | | 1,170.27 | | 2,346.48 |

Page 4

4:42 PM
10/14/15
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 73.997 · Health Insurance | | | | | 1,170.27 | 0.00 | 2,346.48 |
| **73.998 · Life Insurance** | | | | | | | 327.18 |
| Check | 09/21/2015 | | Southern Farm Bur... | | 98.45 | | 425.63 |
| Check | 09/21/2015 | | Southern Farm Bur... | | 33.56 | | 459.19 |
| Check | 09/21/2015 | | Met Life | | 29.29 | | 488.48 |
| Check | 09/21/2015 | | Met Life | | 102.51 | | 590.99 |
| Total 73.998 · Life Insurance | | | | | 263.81 | 0.00 | 590.99 |
| **74 · Family Living** | | | | | | | 25,925.68 |
| **74.985 · Food** | | | | | | | 73.94 |
| Check | 09/04/2015 | 0 | | Cash for Groceries | 250.00 | | 323.94 |
| Check | 09/04/2015 | 91 | Murphy's Oil | | 1.69 | | 325.63 |
| Check | 09/15/2015 | 101 | Cash | Sams Club | 500.00 | | 825.63 |
| Check | 09/15/2015 | 514 | Wal-Mart | Groceries | 166.09 | | 991.72 |
| Check | 09/17/2015 | 516 | Kroger | Groceries | 35.09 | | 1,026.81 |
| Check | 09/19/2015 | 523 | Murphy's Oil | Diesel | 1.29 | | 1,028.10 |
| Check | 09/20/2015 | 526 | Ragetti's | Sunday lunch after chruch | 59.05 | | 1,087.15 |
| Check | 09/21/2015 | 529 | Five Star Food Mart | | 5.21 | | 1,092.36 |
| Check | 09/22/2015 | 530 | Wal-Mart | Groceries | 154.21 | | 1,246.57 |
| Check | 09/25/2015 | 535 | Wal-Mart | Groceries | 57.00 | | 1,303.57 |
| Check | 09/30/2015 | 548 | Wal-Mart | Groeries | 179.41 | | 1,482.98 |
| Total 74.985 · Food | | | | | 1,409.04 | 0.00 | 1,482.98 |
| **74.986 · Household Operating** | | | | | | | 212.77 |
| Check | 09/15/2015 | 501 | Allens | Pest Control | 23.00 | | 235.77 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 235.77 |
| **74.989 · Clothing** | | | | | | | 132.00 |
| Check | 09/28/2015 | 540 | Kohl's | Kids fall/winter clothes | 154.12 | | 286.12 |
| Check | 09/28/2015 | 541 | Justice | Kids fall/winter clothes | 53.03 | | 339.15 |
| Check | 09/28/2015 | 542 | Children's Place | Kids fall/winter clothes | 68.37 | | 407.52 |
| Total 74.989 · Clothing | | | | | 275.52 | 0.00 | 407.52 |
| **74.990 · Personal Items** | | | | | | | 517.63 |
| Check | 09/14/2015 | 100 | Shear Delight | Hair | 90.57 | | 608.20 |
| Check | 09/25/2015 | 534 | Cash | cash for county festival (Ham Days) | 200.00 | | 808.20 |
| Total 74.990 · Personal Items | | | | | 290.57 | 0.00 | 808.20 |
| **74.991 · Entertainment/Recreation** | | | | | | | 140.00 |
| Deposit | 09/11/2015 | | Cash | Basketball Games | 100.00 | | 240.00 |
| Check | 09/15/2015 | 506 | Windstream | -MULTIPLE- | 273.26 | | 513.26 |
| Check | 09/29/2015 | 545 | Farm Bureau | Farm Bureau Annual Dinner and Meeting (2 tickets) | 16.00 | | 529.26 |
| Total 74.991 · Entertainment/Recreation | | | | | 389.26 | 0.00 | 529.26 |
| **74.992 · Education/Reading** | | | | | | | 433.34 |
| Check | 09/07/2015 | 93 | Scholastic Book Fair | | 18.00 | | 451.34 |
| Check | 09/15/2015 | 509 | Smart Tuition | School Tuition | 433.34 | | 884.68 |
| Check | 09/28/2015 | 537 | Smart Tuition | School tuition | 433.34 | | 1,318.02 |
| Total 74.992 · Education/Reading | | | | | 884.68 | 0.00 | 1,318.02 |
| **74.993 · Gifts** | | | | | | | 0.00 |
| Check | 09/20/2015 | 525 | Holy Name Of Mary... | Tithing | 100.00 | | 100.00 |
| Total 74.993 · Gifts | | | | | 100.00 | 0.00 | 100.00 |
| **74.994 · Transportation** | | | | | | | 200.00 |
| Check | 09/04/2015 | 91 | Murphy's Oil | | 18.75 | | 218.75 |
| Check | 09/17/2015 | 517 | Kroger | | 19.77 | | 238.52 |
| Check | 09/28/2015 | 539 | Five Star Food Mart | Gas for Explorer | 24.36 | | 262.88 |
| Total 74.994 · Transportation | | | | | 62.88 | 0.00 | 262.88 |
| **74.997 · Household Electricity** | | | | | | | 0.00 |
| Check | 09/15/2015 | 511 | Inter County RECC | Home Electric Bill | 252.97 | | 252.97 |
| Total 74.997 · Household Electricity | | | | | 252.97 | 0.00 | 252.97 |
| **74.998 · Household Water** | | | | | | | 0.00 |
| Check | 09/15/2015 | 504 | Marion County Water | Water Bill | 58.45 | | 58.45 |
| Total 74.998 · Household Water | | | | | 58.45 | 0.00 | 58.45 |
| **74.999 · Lunch Money** | | | | | | | 0.00 |
| Check | 09/24/2015 | 532 | Saint Augustine Lu... | Lunch money | 100.00 | | 100.00 |
| Total 74.999 · Lunch Money | | | | | 100.00 | 0.00 | 100.00 |
| **74 · Family Living - Other** | | | | | | | 24,216.00 |
| Total 74 · Family Living - Other | | | | | | | 24,216.00 |
| Total 74 · Family Living | | | | | 3,846.37 | 0.00 | 29,772.05 |
| **76 · Income Taxes** | | | | | | | 6,502.00 |
| **76.1 · Federal** | | | | | | | 6,502.00 |
| Total 76.1 · Federal | | | | | | | 6,502.00 |
| Total 76 · Income Taxes | | | | | | | 6,502.00 |

4:42 PM
10/14/15
Cash Basis

## Buckman Family Farms
## General Ledger
### As of September 30, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | | 60,079.95 | 60,079.95 | 0.00 |