Month of December, 2015

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. Cash Received During Month (Itemized):

Item & Quantity Sold        $ 269,043.83
Soybeans, 20,442.74 bushels    $169,043.83
Corn, 20,000 bushels           $100,000.00

New loan received this month (if any): $

Wages earned from outside work:  $

Other receipts:  $ 1,322.00

Total Cash Receipts   $ 270,365.83

II. Expenses Paid:

Total amount paid for household
or living expense:  $ 6,845.90

Operating expenses paid (itemize): $251,017.05

| Item | Amount |
|---|---|
| Payroll Expenses | $2,675.00 |
| Utilities | $867.25 |
| Insurance | $16,232.74 |
| Miscellaneous | $124.65 |
| Farm Rent | $227,478.00 |
| Equipment Repairs | $1,805.21 |
| Fuel & Oil | $1,809.20 |
| Professional Fees | $25.00 |

Plan payments made to Chapter 12 Trustee   $ _____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 12/17/15 | Huntington Bank | | $680.45 | Megan's car December Payment |
| 12/19/15 | PNC Bank | 683 | $1,726.28 | November & December Payments |
| 12/28/15 | BAC | 700 | $793.71 | January House Payment |

Total of direct payments   $ 3,200.44

TOTAL EXPENSES PAID DURING MONTH   $ 261,063.39

Losses due to crop failure or damage   $ _____
Losses due to death or disease of livestock or poultry   $ _____

PROFIT (or loss) FOR MONTH   $ 9,302.44

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:   $ 9,299.20

Income (or Loss) During Month:   $ 9,302.44

Cash and Bank Account Balance at End of Month:   $ 18,601.64

IV. Expenses charged but not paid during month (itemize):

Expense   $ _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

1-5-2016
Date

_[signature]_
Debtor/Officer of Debtor

11:12 PM
01/04/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### December 2015

|  | Dec 15 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
|     01.020 · Yellow Corn Sales | 100,000.00 |
|     01.030 · Soybean Sales | 169,043.83 |
| **Total 01 · Crop Sales** | 269,043.83 |
| 17 · FSA Payment | 1,322.00 |
| **Total Income** | 270,365.83 |
| **Gross Profit** | 270,365.83 |
| **Expense** | |
| **34 · Payroll Expenses** | |
|     34.1 · Gross Wages | 2,283.84 |
|     **54 · Employee Benefits** | |
|         54.985 · Food | 391.16 |
|     **Total 54 · Employee Benefits** | 391.16 |
| **Total 34 · Payroll Expenses** | 2,675.00 |
| **38 · Utilities** | |
|     38.1 · Electricity | 290.01 |
|     38.4 · Water | 116.58 |
|     38.5 · Gas | 245.85 |
|     38.6 · Internet | 214.81 |
| **Total 38 · Utilities** | 867.25 |
| **39 · Insurance** | |
|     39.5 · Crop Insurance | 16,232.74 |
| **Total 39 · Insurance** | 16,232.74 |
| **40 · Miscellaneous** | |
|     40.1 · Bank Charges | 124.65 |
| **Total 40 · Miscellaneous** | 124.65 |
| **42 · Farm Rent** | |
|     42.1 · Cash Crop Land Rent | 227,478.00 |
| **Total 42 · Farm Rent** | 227,478.00 |
| **43 · Equipment Repairs** | |
|     43.2 · Truck Repair | 207.50 |
|     43.7 · Combine Repair | 122.04 |
|     43.8 · Grain Bin Repairs | 373.55 |
|     43 · Equipment Repairs - Other | 1,102.12 |
| **Total 43 · Equipment Repairs** | 1,805.21 |
| **45 · Fuel & Oil** | |
|     45.1 · Diesel Fuel | 1,756.31 |
|     45.2 · Gasoline | 52.89 |
| **Total 45 · Fuel & Oil** | 1,809.20 |
| **52 · Professional Fees** | |
|     52.5 · Dues and Subscriptions | 25.00 |
| **Total 52 · Professional Fees** | 25.00 |
| **Total Expense** | 251,017.05 |
| **Net Ordinary Income** | 19,348.78 |
| **Other Income/Expense** | |
|     **Other Expense** | |

11:12 PM
01/04/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### December 2015

|  | Dec 15 |
|---|---:|
| 73.997 · Health Insurance | 1,613.03 |
| 73.998 · Life Insurance | 327.18 |
| 74 · Family Living |  |
|     74.984 · Dentist | 263.00 |
|     74.985 · Food | 1,461.34 |
|     74.986 · Household Operating | 162.94 |
|     74.987 · Household Equipment | 10.57 |
|     74.989 · Clothing | 372.57 |
|     74.990 · Personal Items | 112.84 |
|     74.992 · Education/Reading | 433.34 |
|     74.993 · Gifts | 1,085.35 |
|     74.999 · Lunch Money | 100.00 |
|     74 · Family Living - Other | 903.74 |
| **Total 74 · Family Living** | 4,905.69 |
| **Total Other Expense** | 6,845.90 |
| **Net Other Income** | -6,845.90 |
| **Net Income** | 12,502.88 |

11:12 PM
01/04/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 9,299.20 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 8,344.27 |
| Check | 12/01/2015 | | Grange Life Insurance | Megan's Policy December | | 6.78 | 8,337.49 |
| Check | 12/01/2015 | | Anthem | December | | 1,176.21 | 7,161.28 |
| Check | 12/01/2015 | EFT | Captain D's | lunch | | 14.63 | 7,146.65 |
| Check | 12/01/2015 | 660 | Gaddie, Jed Gregory | Paycheck | | 2,283.84 | 4,862.81 |
| Check | 12/01/2015 | 661 | Smart Tuition | Kids Tuition | | 433.34 | 4,429.47 |
| Check | 12/01/2015 | 662 | Farm Bureau | Membership Fee | | 25.00 | 4,404.47 |
| Check | 12/02/2015 | EFT | Wal-Mart | Groceries | | 123.76 | 4,280.71 |
| Check | 12/02/2015 | EFT | Norby's | Wiper blades for semi | | 19.02 | 4,261.69 |
| Check | 12/02/2015 | EFT | Five Star Food Mart | Semi | | 100.00 | 4,161.69 |
| Check | 12/02/2015 | EFT | Five Star Food Mart | Semi | | 70.85 | 4,090.84 |
| Check | 12/02/2015 | EFT | White Castle | lunch | | 23.52 | 4,067.32 |
| Check | 12/03/2015 | EFT | Pilot | Snacks | | 9.53 | 4,057.79 |
| Check | 12/04/2015 | 663 | Saint Augustine Lunc... | lunch money | | 100.00 | 3,957.79 |
| Check | 12/04/2015 | EFT | Wendy's | lunch | | 16.69 | 3,941.10 |
| Check | 12/04/2015 | EFT | Wal-Mart | lunch | | 18.32 | 3,922.78 |
| Check | 12/04/2015 | EFT | Filly Flair | Megan | | 104.00 | 3,818.78 |
| Check | 12/05/2015 | EFT | Norby's | combine | | 40.20 | 3,778.58 |
| Check | 12/05/2015 | 664 | Marion County Water | grain bins | | 68.81 | 3,709.77 |
| Check | 12/05/2015 | 665 | Marion County Water | house | | 47.77 | 3,662.00 |
| Check | 12/05/2015 | 666 | Allens | pest control | | 23.00 | 3,639.00 |
| Check | 12/05/2015 | EFT | Five Star Food Mart | diesel | | 63.97 | 3,575.03 |
| Check | 12/05/2015 | EFT | Five Star Food Mart | diesel | | 100.00 | 3,475.03 |
| Check | 12/05/2015 | EFT | Arby's | lunch | | 17.13 | 3,457.90 |
| Check | 12/06/2015 | 667 | Holy Name Of Mary ... | tithing | | 100.00 | 3,357.90 |
| Check | 12/06/2015 | EFT | Norby's | Rake | | 10.57 | 3,347.33 |
| Check | 12/07/2015 | 668 | Wal-Mart | groceries | | 149.22 | 3,198.11 |
| Deposit | 12/08/2015 | DEP | FSA | FSA ARC County Payment - Taylor | 1,322.00 | | 4,520.11 |
| Check | 12/08/2015 | EFT | MacKan Design | Christmas | | 57.00 | 4,463.11 |
| Check | 12/08/2015 | EFT | Wal-Mart | Christmas cards | | 23.64 | 4,439.47 |
| Check | 12/08/2015 | EFT | Philips AG | Christmas | | 42.36 | 4,397.11 |
| Check | 12/08/2015 | 669 | LG&E | Grain bin | | 245.85 | 4,151.26 |
| Check | 12/08/2015 | 670 | Inter County RECC | Grain dry | | 54.70 | 4,096.56 |
| Check | 12/08/2015 | 671 | Inter County RECC | house | | 184.70 | 3,911.86 |
| Check | 12/08/2015 | 672 | Saint Augustine | scrip cards | | 50.00 | 3,861.86 |
| Check | 12/08/2015 | 673 | Dr. Smith | Me and 3 kids cleanings | | 263.00 | 3,598.86 |
| Check | 12/08/2015 | 674 | Wal-Mart | cleaning supplies | | 35.99 | 3,562.87 |
| Check | 12/08/2015 | EFT | American Eagle | Megan | | 84.20 | 3,478.67 |
| Check | 12/08/2015 | EFT | Nest on Main | Megan | | 44.74 | 3,433.93 |
| Check | 12/08/2015 | EFT | Bath and Body Works | Christmas | | 59.61 | 3,374.32 |
| Check | 12/08/2015 | EFT | Norby's | | | 22.16 | 3,352.16 |
| Check | 12/08/2015 | EFT | Five Star Food Mart | diesel | | 100.00 | 3,252.16 |
| Check | 12/08/2015 | EFT | Five Star Food Mart | diesel | | 100.00 | 3,152.16 |
| Check | 12/08/2015 | EFT | Five Star Food Mart | diesel | | 98.75 | 3,053.41 |
| Check | 12/08/2015 | EFT | Lebanon Machine Sh... | | | 45.94 | 3,007.47 |
| Check | 12/09/2015 | 675 | H and W Sporting G... | Addie's Volleyball Uniform | | 70.00 | 2,937.47 |
| Check | 12/09/2015 | 676 | Wal-Mart | supplies | | 13.50 | 2,923.97 |
| Check | 12/09/2015 | EFT | United States Post O... | Stamps and mail package | | 103.95 | 2,820.02 |
| Check | 12/09/2015 | EFT | Wendy's | lunch | | 36.84 | 2,783.18 |
| Check | 12/09/2015 | EFT | Five Star Food Mart | diesel | | 100.00 | 2,683.18 |
| Check | 12/09/2015 | EFT | Five Star Food Mart | diesel | | 100.00 | 2,583.18 |
| Check | 12/09/2015 | EFT | Five Star Food Mart | diesel | | 100.00 | 2,483.18 |
| Check | 12/10/2015 | 677 | Wal-Mart | groceries | | 36.46 | 2,446.72 |
| Check | 12/10/2015 | EFT | Dairy Queen | lunch | | 22.44 | 2,424.28 |
| Check | 12/10/2015 | EFT | Wal-Mart | supplies | | 11.46 | 2,412.82 |
| Check | 12/11/2015 | EFT | Hardee's | lunch | | 14.12 | 2,398.70 |
| Check | 12/12/2015 | EFT | Lowe's | Christmas | | 95.33 | 2,303.37 |
| Check | 12/12/2015 | EFT | Mr. Gatti's | lunch | | 20.08 | 2,283.29 |
| Check | 12/12/2015 | EFT | Five Star Food Mart | Michael's truck | | 58.74 | 2,224.55 |
| Check | 12/13/2015 | 679 | Kroger | groceries | | 250.55 | 1,974.00 |
| Check | 12/13/2015 | EFT | Bradfordsville Superi... | lunch | | 26.67 | 1,947.33 |
| Check | 12/14/2015 | 680 | Target | christmas | | 141.97 | 1,805.36 |
| Check | 12/14/2015 | EFT | Sams Club | christmas | | 54.39 | 1,750.97 |
| Check | 12/14/2015 | EFT | LeRoy's Jewlery | christmas | | 218.98 | 1,531.99 |
| Check | 12/14/2015 | EFT | Bath and Body Works | christmas | | 33.39 | 1,498.60 |
| Check | 12/14/2015 | EFT | Wal-Mart | christmas | | 44.71 | 1,453.89 |
| Check | 12/15/2015 | 681 | Wal-Mart | groceries | | 156.83 | 1,297.06 |
| Check | 12/15/2015 | EFT | Sonic | lunch | | 11.89 | 1,285.17 |
| Check | 12/15/2015 | EFT | Pink Lily Boutique | Megan and Addie | | 36.63 | 1,248.54 |
| Check | 12/15/2015 | 715 | HUDSON Insurance ... | 2015 crop insurance | | 16,232.74 | -14,984.20 |
| Check | 12/16/2015 | EFT | Five Star Food Mart | Megan | | 29.00 | -15,013.20 |
| Check | 12/17/2015 | 682 | Dr. Cecconi | Eye exams for Addie and Lane and Addie glasses | | 372.00 | -15,385.20 |
| Check | 12/17/2015 | | Huntington Bank | december payment | | 680.45 | -16,065.65 |
| Check | 12/17/2015 | EFT | Amazon | christmas | | 42.33 | -16,107.98 |
| Check | 12/17/2015 | EFT | Pink Coconut | Megan | | 33.00 | -16,140.98 |
| Check | 12/17/2015 | EFT | Norby's | parts | | 20.33 | -16,161.31 |
| Check | 12/18/2015 | EFT | Wendy's | supper | | 17.97 | -16,179.28 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | equipment | | 100.00 | -16,279.28 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | equipment | | 100.00 | -16,379.28 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | equipment | | 59.04 | -16,438.32 |
| Check | 12/18/2015 | EFT | Burger King | lunch | | 20.96 | -16,459.28 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | snacks | | 6.45 | -16,465.73 |
| Check | 12/19/2015 | DEP | | VOID: Soy Beans | 0.00 | | -16,465.73 |
| Deposit | 12/19/2015 | DEP | | Soy Beans | 92,514.85 | | 76,049.12 |
| Check | 12/19/2015 | 683 | PNC Bank | November and December payments | | 1,726.28 | 74,322.84 |
| Check | 12/19/2015 | 684 | Windstream | Phone, Internet and Dish | | 214.81 | 74,108.03 |
| Check | 12/19/2015 | 685 | Wal-Mart | groceries and Christmas | | 258.00 | 73,850.03 |
| Check | 12/19/2015 | EFT | Kroger | Michael's truck | | 51.26 | 73,798.77 |
| Check | 12/19/2015 | EFT | McDonalds | supper | | 19.67 | 73,779.10 |

Page 1

11:12 PM
01/04/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/20/2015 | EFT | Five Star Food Mart | equipment | | 100.00 | 73,679.10 |
| Check | 12/20/2015 | EFT | Five Star Food Mart | equipment | | 100.00 | 73,579.10 |
| Check | 12/20/2015 | EFT | Five Star Food Mart | equipment | | 53.54 | 73,525.56 |
| Check | 12/20/2015 | EFT | Tractor Supply | chain hook | | 9.00 | 73,516.56 |
| Check | 12/20/2015 | EFT | Los Mariachis Mexic... | lunch | | 54.20 | 73,462.36 |
| Check | 12/21/2015 | | Farm Bureau | Family | | 188.60 | 73,273.76 |
| Check | 12/21/2015 | | Met Life | Michael | | 131.80 | 73,141.96 |
| Check | 12/21/2015 | | | error in register | | 124.65 | 73,017.31 |
| Check | 12/21/2015 | EFT | White Castle | Lunch | | 13.55 | 73,003.76 |
| Check | 12/21/2015 | EFT | Handy Food Mart | Semi | | 150.89 | 72,852.87 |
| Check | 12/22/2015 | EFT | Nail Art | Gift Card | | 50.00 | 72,802.87 |
| Deposit | 12/22/2015 | DEP | | Soy Beans | 25,405.28 | | 98,208.15 |
| Check | 12/22/2015 | EFT | Arby's | lunch | | 12.82 | 98,195.33 |
| Check | 12/22/2015 | EFT | Anthem | health insurance/family | | 436.82 | 97,758.51 |
| Check | 12/23/2015 | 686 | Hair Zone | Michael and boys haircuts | | 36.00 | 97,722.51 |
| Check | 12/23/2015 | 687 | Wal-Mart | groceries | | 119.86 | 97,602.65 |
| Check | 12/23/2015 | EFT | Smart Style | megan | | 56.54 | 97,546.11 |
| Deposit | 12/24/2015 | DEP | | corn | 100,000.00 | | 197,546.11 |
| Check | 12/24/2015 | 688 | Holy Name Of Mary ... | tithing | | 100.00 | 197,446.11 |
| Check | 12/24/2015 | 689 | Wise, David | 2015 cash rent | | 12,500.00 | 184,946.11 |
| Check | 12/24/2015 | 690 | Gaddie, Greg | 2015 cash rent | | 3,465.00 | 181,481.11 |
| Check | 12/24/2015 | EFT | Amazon | birthday | | 17.88 | 181,463.23 |
| Check | 12/25/2015 | 691 | Joe Robert Buckman | 2015 cash rent | | 111,020.00 | 70,443.23 |
| Check | 12/25/2015 | EFT | Nintedo Digital | Lane's christmas | | 31.79 | 70,411.44 |
| Check | 12/26/2015 | 692 | Clan, Larry | 2015 cash rent | | 11,258.00 | 59,153.44 |
| Check | 12/26/2015 | 693 | Gibson, Shawn | 2015 cash rent | | 12,500.00 | 46,653.44 |
| Check | 12/26/2015 | 694 | Heritage Lane Farm | VOID: 2015 cash rent | 0.00 | | 46,653.44 |
| Check | 12/26/2015 | 695 | Gaddie, Judy | 2015 cash rent | | 3,360.00 | 43,293.44 |
| Check | 12/26/2015 | 696 | Home Place on Gree... | 2015 cash rent | | 30,000.00 | 13,293.44 |
| Check | 12/26/2015 | 697 | Rakes, Bertha | 2015 cash rent | | 3,300.00 | 9,993.44 |
| Check | 12/26/2015 | 698 | Inter County RECC | shop | | 50.61 | 9,942.83 |
| Check | 12/26/2015 | EFT | Simms 208 | beer | | 12.72 | 9,930.11 |
| Check | 12/26/2015 | 716 | Marion County Weldi... | grain bins | | 373.55 | 9,556.56 |
| Check | 12/28/2015 | 699 | American Tire | semi tire | | 188.48 | 9,368.08 |
| Check | 12/28/2015 | 700 | BAC | january payment | | 793.71 | 8,574.37 |
| Check | 12/28/2015 | 701 | Gary Caldwell | 2015 cash rent | | 5,500.00 | 3,074.37 |
| Check | 12/28/2015 | 702 | Wal-Mart | groceries | | 133.78 | 2,940.59 |
| Check | 12/28/2015 | EFT | Taco Bell | lunch | | 11.62 | 2,928.97 |
| Check | 12/28/2015 | EFT | Norby's | parts | | 33.61 | 2,895.36 |
| Check | 12/28/2015 | EFT | Chasers | supper w/ family | | 67.95 | 2,827.41 |
| Check | 12/29/2015 | 703 | American Tire | tires for Explorer | | 1,052.92 | 1,774.49 |
| Check | 12/29/2015 | EFT | Five Star Food Mart | Michael's truck | | 49.27 | 1,725.22 |
| Check | 12/29/2015 | EFT | Five Star Food Mart | Megan | | 23.89 | 1,701.33 |
| Check | 12/29/2015 | EFT | Famous Dave's | lunch w/family | | 34.68 | 1,666.65 |
| Deposit | 12/30/2015 | DEP | | soy beans | 51,123.70 | | 52,790.35 |
| Check | 12/30/2015 | 704 | Heritage Lane Farm | 2015 cash rent | | 10,815.00 | 41,975.35 |
| Check | 12/30/2015 | 705 | Shear Delight | hair | | 15.00 | 41,960.35 |
| Check | 12/30/2015 | EFT | Wendy's | lunch | | 7.40 | 41,952.95 |
| Check | 12/30/2015 | 706 | Dowell, Sue | 2015 cash rent | | 23,760.00 | 18,192.95 |
| Check | 12/31/2015 | 707 | Dr. Cecconi | Eye doctor, Megan exam and glasses | | 494.60 | 17,698.35 |
| Check | 12/31/2015 | EFT | Dollar Tree | Balloons | | 5.30 | 17,693.05 |
| Check | 12/31/2015 | EFT | Wal-Mart | groceries | | 26.91 | 17,666.14 |
| Check | 12/31/2015 | EFT | Little Caesars | lunch | | 19.43 | 17,646.71 |

Total 96.2 · Citizens Ch 12 DIP   270,365.83   261,063.39   17,646.71

**96.3 · Peoples Bank**
Total 96.3 · Peoples Bank   954.93
  954.93

Total 96 · Bank Accounts   270,365.83   261,063.39   18,601.64

**701 · Undeposited Funds**
Total 701 · Undeposited Funds   0.00
  0.00

**55 · Machine & Equipment**
  **55.1 · Mach & Equip - Cost**   7,312.70
  Total 55.1 · Mach & Equip - Cost   7,312.70
Total 55 · Machine & Equipment   7,312.70
  7,312.70

**Cabela's Club Visa**
Total Cabela's Club Visa   7,728.44
  7,728.44

**803 · Farm Bureau Bank**
Total 803 · Farm Bureau Bank   1,878.19
  1,878.19

**801 · Operating Loans**
  **801.2 · Farm Credit Services**   -226,019.56
  Total 801.2 · Farm Credit Services   -30,908.00
    -30,908.00

  **801.5 · Farm Credit Opperating 1**
  Total 801.5 · Farm Credit Opperating 1   -195,111.56
    -195,111.56
Total 801 · Operating Loans   -226,019.56

**841 · Equipment Loans**
  **841.5 · Huntington Bank**   2,721.80
| Check | 12/17/2015 | | Huntington Bank | december payment | 680.45 | | 680.45 |
    1,360.90
  Total 841.5 · Huntington Bank   680.45   0.00   1,360.90

  **841 · Equipment Loans - Other**   2,041.35

Page 2

11:12 PM  
01/04/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 3,402.25 |
| **841.2 · PNC** | | | | | | | 7,768.26 |
| Check | 12/19/2015 | 683 | PNC Bank | November and December payments | 1,726.28 | | 9,494.54 |
| Total 841.2 · PNC | | | | | 1,726.28 | 0.00 | 9,494.54 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 4,551.52 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 4,551.52 |
| **871 · Real Estate Loans** | | | | | | | -120,017.25 |
| **871.1 · BAC Home Loan** | | | | | | | -128,962.25 |
| Check | 12/28/2015 | 700 | BAC | january payment | 793.71 | | -128,168.54 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -128,168.54 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -119,223.54 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **01 · Crop Sales** | | | | | | | -262,964.68 |
| **01.020 · Yellow Corn Sales** | | | | | | | -163,417.11 |
| Deposit | 12/24/2015 | DEP | | corn | | 100,000.00 | -263,417.11 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 100,000.00 | -263,417.11 |
| **01.030 · Soybean Sales** | | | | | | | -99,547.57 |
| Check | 12/19/2015 | DEP | | VOID: Soy Beans | 0.00 | | -99,547.57 |
| Deposit | 12/19/2015 | DEP | | Soy Beans | | 92,514.85 | -192,062.42 |
| Deposit | 12/22/2015 | DEP | | Soy Beans | | 25,405.28 | -217,467.70 |
| Deposit | 12/30/2015 | DEP | | soy beans | | 51,123.70 | -268,591.40 |
| Total 01.030 · Soybean Sales | | | | | 0.00 | 169,043.83 | -268,591.40 |
| Total 01 · Crop Sales | | | | | 0.00 | 269,043.83 | -532,008.51 |
| **17 · FSA  Payment** | | | | | | | -22,557.00 |
| Deposit | 12/08/2015 | DEP | FSA | FSA  ARC County Payment - Taylor | | 1,322.00 | -23,879.00 |
| Total 17 · FSA  Payment | | | | | 0.00 | 1,322.00 | -23,879.00 |
| **21 · Crop Insurance** | | | | | | | -14,147.52 |
| Total 21 · Crop Insurance | | | | | | | -14,147.52 |
| **31 · Crop & Feed Purchase** | | | | | | | -20,000.00 |
| **31.020 · Corn, Yellow** | | | | | | | -20,000.00 |
| Total 31.020 · Corn, Yellow | | | | | | | -20,000.00 |
| Total 31 · Crop & Feed Purchase | | | | | | | -20,000.00 |
| **33 · Interest Expense** | | | | | | | 22,436.68 |
| **33.2 · Operating Loan Interest** | | | | | | | 19,775.99 |
| Total 33.2 · Operating Loan Interest | | | | | | | 19,775.99 |
| **33.3 · Intermediate Loan Interest** | | | | | | | 1,573.17 |
| Total 33.3 · Intermediate Loan Interest | | | | | | | 1,573.17 |
| **33.4 · Real Estate Loan Interest** | | | | | | | 1,087.52 |
| Total 33.4 · Real Estate Loan Interest | | | | | | | 1,087.52 |
| Total 33 · Interest Expense | | | | | | | 22,436.68 |
| **34 · Payroll Expenses** | | | | | | | 3,690.93 |
| **34.1 · Gross Wages** | | | | | | | 2,206.00 |
| Check | 12/01/2015 | 660 | Gaddie, Jed Gregory | Paycheck | 2,283.84 | | 4,489.84 |
| Total 34.1 · Gross Wages | | | | | 2,283.84 | 0.00 | 4,489.84 |
| **54 · Employee Benefits** | | | | | | | 284.93 |
| **54.985 · Food** | | | | | | | 173.70 |
| Check | 12/01/2015 | EFT | Captain D's | lunch | 14.63 | | 188.33 |
| Check | 12/02/2015 | EFT | White Castle | lunch | 23.52 | | 211.85 |
| Check | 12/03/2015 | EFT | Pilot | Snacks | 9.53 | | 221.38 |
| Check | 12/04/2015 | EFT | Wendy's | lunch | 16.69 | | 238.07 |
| Check | 12/05/2015 | EFT | Arby's | lunch | 17.13 | | 255.20 |
| Check | 12/09/2015 | EFT | Wendy's | lunch | 36.84 | | 292.04 |
| Check | 12/10/2015 | EFT | Dairy Queen | lunch | 22.44 | | 314.48 |
| Check | 12/11/2015 | EFT | Hardee's | lunch | 14.12 | | 328.60 |
| Check | 12/12/2015 | EFT | Mr. Gatti's | lunch | 20.08 | | 348.68 |
| Check | 12/13/2015 | EFT | Bradfordsville Superi... | lunch | 26.67 | | 375.35 |
| Check | 12/15/2015 | EFT | Sonic | lunch | 11.89 | | 387.24 |
| Check | 12/18/2015 | EFT | Wendy's | supper | 17.97 | | 405.21 |
| Check | 12/18/2015 | EFT | Burger King | lunch | 20.96 | | 426.17 |
| Check | 12/19/2015 | EFT | McDonalds | supper | 19.67 | | 445.84 |
| Check | 12/20/2015 | EFT | Los Mariachis Mexic... | lunch | 54.20 | | 500.04 |
| Check | 12/21/2015 | EFT | White Castle | Lunch | 13.55 | | 513.59 |

11:12 PM  
01/04/16  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Check | 12/22/2015 | EFT | Arby's | lunch | 12.82 | | 526.41 |
| Check | 12/28/2015 | EFT | Taco Bell | lunch | 11.62 | | 538.03 |
| Check | 12/30/2015 | EFT | Wendy's | lunch | 7.40 | | 545.43 |
| Check | 12/31/2015 | EFT | Little Caesars | lunch | 19.43 | | 564.86 |
| Total 54.985 · Food | | | | | 391.16 | 0.00 | 564.86 |
| 54.989 · Uniforms | | | | | | | 111.23 |
| Total 54.989 · Uniforms | | | | | | | 111.23 |
| Total 54 · Employee Benefits | | | | | 391.16 | 0.00 | 676.09 |
| 34 · Payroll Expenses - Other | | | | | | | 1,200.00 |
| Total 34 · Payroll Expenses - Other | | | | | | | 1,200.00 |
| Total 34 · Payroll Expenses | | | | | 2,675.00 | 0.00 | 6,365.93 |
| 35 · Fertilizers | | | | | | | 131,041.99 |
| 35.1 · Nitrogen Fertilzer | | | | | | | 43,437.71 |
| Total 35.1 · Nitrogen Fertilzer | | | | | | | 43,437.71 |
| 35.2 · P, K & Other Dry Fert | | | | | | | 87,604.28 |
| Total 35.2 · P, K & Other Dry Fert | | | | | | | 87,604.28 |
| Total 35 · Fertilizers | | | | | | | 131,041.99 |
| 38 · Utilities | | | | | | | 5,233.72 |
| 38.1 · Electricity | | | | | | | 1,397.00 |
| Check | 12/08/2015 | 670 | Inter County RECC | Grain dry | 54.70 | | 1,451.70 |
| Check | 12/08/2015 | 671 | Inter County RECC | house | 184.70 | | 1,636.40 |
| Check | 12/26/2015 | 698 | Inter County RECC | shop | 50.61 | | 1,687.01 |
| Total 38.1 · Electricity | | | | | 290.01 | 0.00 | 1,687.01 |
| 38.2 · Telephone | | | | | | | 226.76 |
| Total 38.2 · Telephone | | | | | | | 226.76 |
| 38.3 · Cell Phones | | | | | | | 601.47 |
| Total 38.3 · Cell Phones | | | | | | | 601.47 |
| 38.4 · Water | | | | | | | 13.30 |
| Check | 12/05/2015 | 664 | Marion County Water | grain bins | 68.81 | | 82.11 |
| Check | 12/05/2015 | 665 | Marion County Water | house | 47.77 | | 129.88 |
| Total 38.4 · Water | | | | | 116.58 | 0.00 | 129.88 |
| 38.5 · Gas | | | | | | | 2,735.73 |
| Check | 12/08/2015 | 669 | LG&E | Grain bin | 245.85 | | 2,981.58 |
| Total 38.5 · Gas | | | | | 245.85 | 0.00 | 2,981.58 |
| 38.6 · Internet | | | | | | | 243.35 |
| Check | 12/19/2015 | 684 | Windstream | Phone, Internet and Dish | 214.81 | | 458.16 |
| Total 38.6 · Internet | | | | | 214.81 | 0.00 | 458.16 |
| 38 · Utilities - Other | | | | | | | 16.11 |
| Total 38 · Utilities - Other | | | | | | | 16.11 |
| Total 38 · Utilities | | | | | 867.25 | 0.00 | 6,100.97 |
| 39 · Insurance | | | | | | | 30,828.28 |
| 39.1 · Liability Insurance | | | | | | | 345.70 |
| Total 39.1 · Liability Insurance | | | | | | | 345.70 |
| 39.2 · Property Insurance | | | | | | | 3,370.07 |
| Total 39.2 · Property Insurance | | | | | | | 3,370.07 |
| 39.3 · Vehicle Insurance | | | | | | | 6,514.87 |
| Total 39.3 · Vehicle Insurance | | | | | | | 6,514.87 |
| 39.5 · Crop Insurance | | | | | | | 20,597.64 |
| Check | 12/15/2015 | 715 | HUDSON Insurance ... | 2015 crop insurance | 16,232.74 | | 36,830.38 |
| Total 39.5 · Crop Insurance | | | | | 16,232.74 | 0.00 | 36,830.38 |
| Total 39 · Insurance | | | | | 16,232.74 | 0.00 | 47,061.02 |
| 40 · Miscellaneous | | | | | | | 390.02 |
| 40.1 · Bank Charges | | | | | | | 90.02 |
| Check | 12/21/2015 | | | error in register | 124.65 | | 214.67 |
| Total 40.1 · Bank Charges | | | | | 124.65 | 0.00 | 214.67 |
| 40.3 · Travel & Ent | | | | | | | 300.00 |
| 40.34 · Travel | | | | | | | 300.00 |
| Total 40.34 · Travel | | | | | | | 300.00 |
| Total 40.3 · Travel & Ent | | | | | | | 300.00 |
| Total 40 · Miscellaneous | | | | | 124.65 | 0.00 | 514.67 |
| 42 · Farm Rent | | | | | | | 30,240.00 |
| 42.1 · Cash Crop Land Rent | | | | | | | 30,240.00 |
| Check | 12/24/2015 | 689 | Wise, David | 2015 cash rent | 12,500.00 | | 42,740.00 |
| Check | 12/24/2015 | 690 | Gaddie, Greg | 2015 cash rent | 3,465.00 | | 46,205.00 |

11:12 PM
01/04/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/25/2015 | 691 | Joe Robert Buckman | 2015 cash rent | 111,020.00 | | 157,225.00 |
| Check | 12/26/2015 | 692 | Clan, Larry | 2015 cash rent | 11,258.00 | | 168,483.00 |
| Check | 12/26/2015 | 693 | Gibson, Shawn | 2015 cash rent | 12,500.00 | | 180,983.00 |
| Check | 12/26/2015 | 694 | Heritage Lane Farm | VOID: 2015 cash rent | 0.00 | | 180,983.00 |
| Check | 12/26/2015 | 695 | Gaddie, Judy | 2015 cash rent | 3,360.00 | | 184,343.00 |
| Check | 12/26/2015 | 696 | Home Place on Gree... | 2015 cash rent | 30,000.00 | | 214,343.00 |
| Check | 12/26/2015 | 697 | Rakes, Bertha | 2015 cash rent | 3,300.00 | | 217,643.00 |
| Check | 12/28/2015 | 701 | Gary Caldwell | 2015 cash rent | 5,500.00 | | 223,143.00 |
| Check | 12/30/2015 | 704 | Heritage Lane Farm | 2015 cash rent | 10,815.00 | | 233,958.00 |
| Check | 12/30/2015 | 706 | Dowell, Sue | 2015 cash rent | 23,760.00 | | 257,718.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 227,478.00 | 0.00 | 257,718.00 |
| Total 42 · Farm Rent | | | | | 227,478.00 | 0.00 | 257,718.00 |
| 43 · Equipment Repairs | | | | | | | 8,472.73 |
| 43.0 · Sprayer Repairs | | | | | | | 400.00 |
| Total 43.0 · Sprayer Repairs | | | | | | | 400.00 |
| 43.1 · Tractor Repair | | | | | | | 644.30 |
| Total 43.1 · Tractor Repair | | | | | | | 644.30 |
| 43.2 · Truck Repair | | | | | | | 1,243.27 |
| Check | 12/02/2015 | EFT | Norby's | Wiper blades for semi | 19.02 | | 1,262.29 |
| Check | 12/28/2015 | 699 | American Tire | semi tire | 188.48 | | 1,450.77 |
| Total 43.2 · Truck Repair | | | | | 207.50 | 0.00 | 1,450.77 |
| 43.3 · Other Equip Repairs | | | | | | | 421.80 |
| Total 43.3 · Other Equip Repairs | | | | | | | 421.80 |
| 43.5 · John Deere Financial | | | | | | | 103.10 |
| Total 43.5 · John Deere Financial | | | | | | | 103.10 |
| 43.6 · CNH Capital | | | | | | | 559.00 |
| Total 43.6 · CNH Capital | | | | | | | 559.00 |
| 43.7 · Combine Repair | | | | | | | 3,249.95 |
| Check | 12/08/2015 | EFT | Norby's | | 22.16 | | 3,272.11 |
| Check | 12/08/2015 | EFT | Lebanon Machine Sh... | | 45.94 | | 3,318.05 |
| Check | 12/17/2015 | EFT | Norby's | parts | 20.33 | | 3,338.38 |
| Check | 12/28/2015 | EFT | Norby's | parts | 33.61 | | 3,371.99 |
| Total 43.7 · Combine Repair | | | | | 122.04 | 0.00 | 3,371.99 |
| 43.8 · Grain Bin Repairs | | | | | | | 1,343.30 |
| Check | 12/26/2015 | 716 | Marion County Weldi... | grain bins | 373.55 | | 1,716.85 |
| Total 43.8 · Grain Bin Repairs | | | | | 373.55 | 0.00 | 1,716.85 |
| 53.0 · Licenses and Permits | | | | | | | 29.99 |
| Total 53.0 · Licenses and Permits | | | | | | | 29.99 |
| 43 · Equipment Repairs - Other | | | | | | | 478.02 |
| Check | 12/05/2015 | EFT | Norby's | combine | 40.20 | | 518.22 |
| Check | 12/20/2015 | EFT | Tractor Supply | chain hook | 9.00 | | 527.22 |
| Check | 12/29/2015 | 703 | American Tire | tires for Explorer | 1,052.92 | | 1,580.14 |
| Total 43 · Equipment Repairs - Other | | | | | 1,102.12 | 0.00 | 1,580.14 |
| Total 43 · Equipment Repairs | | | | | 1,805.21 | 0.00 | 10,277.94 |
| 44 · Machine Hire | | | | | | | 1,057.48 |
| 44.2 · Freight & Trucking | | | | | | | 57.48 |
| Total 44.2 · Freight & Trucking | | | | | | | 57.48 |
| 44 · Machine Hire - Other | | | | | | | 1,000.00 |
| Total 44 · Machine Hire - Other | | | | | | | 1,000.00 |
| Total 44 · Machine Hire | | | | | | | 1,057.48 |
| 45 · Fuel & Oil | | | | | | | 9,304.19 |
| 45.1 · Diesel Fuel | | | | | | | 8,723.14 |
| Check | 12/02/2015 | EFT | Five Star Food Mart | Semi | 100.00 | | 8,823.14 |
| Check | 12/02/2015 | EFT | Five Star Food Mart | Semi | 70.85 | | 8,893.99 |
| Check | 12/05/2015 | EFT | Five Star Food Mart | diesel | 63.97 | | 8,957.96 |
| Check | 12/05/2015 | EFT | Five Star Food Mart | diesel | 100.00 | | 9,057.96 |
| Check | 12/08/2015 | EFT | Five Star Food Mart | diesel | 100.00 | | 9,157.96 |
| Check | 12/08/2015 | EFT | Five Star Food Mart | diesel | 100.00 | | 9,257.96 |
| Check | 12/08/2015 | EFT | Five Star Food Mart | diesel | 98.75 | | 9,356.71 |
| Check | 12/09/2015 | EFT | Five Star Food Mart | diesel | 100.00 | | 9,456.71 |
| Check | 12/09/2015 | EFT | Five Star Food Mart | diesel | 100.00 | | 9,556.71 |
| Check | 12/09/2015 | EFT | Five Star Food Mart | diesel | 100.00 | | 9,656.71 |
| Check | 12/12/2015 | EFT | Five Star Food Mart | Michael's truck | 58.74 | | 9,715.45 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | equipment | 100.00 | | 9,815.45 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | equipment | 100.00 | | 9,915.45 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | equipment | 59.04 | | 9,974.49 |
| Check | 12/19/2015 | EFT | Kroger | Michael's truck | 51.26 | | 10,025.75 |
| Check | 12/20/2015 | EFT | Five Star Food Mart | equipment | 100.00 | | 10,125.75 |
| Check | 12/20/2015 | EFT | Five Star Food Mart | equipment | 100.00 | | 10,225.75 |
| Check | 12/20/2015 | EFT | Five Star Food Mart | equipment | 53.54 | | 10,279.29 |
| Check | 12/21/2015 | EFT | Handy Food Mart | Semi | 150.89 | | 10,430.18 |
| Check | 12/29/2015 | EFT | Five Star Food Mart | Michael's truck | 49.27 | | 10,479.45 |

Page 5

11:12 PM  
01/04/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 45.1 · Diesel Fuel | | | | | 1,756.31 | 0.00 | 10,479.45 |
| **45.2 · Gasoline** | | | | | | | 339.52 |
| Check | 12/16/2015 | EFT | Five Star Food Mart | Megan | 29.00 | | 368.52 |
| Check | 12/29/2015 | EFT | Five Star Food Mart | Megan | 23.89 | | 392.41 |
| Total 45.2 · Gasoline | | | | | 52.89 | 0.00 | 392.41 |
| **45.3 · Oil & Lubricants** | | | | | | | 241.53 |
| Total 45.3 · Oil & Lubricants | | | | | | | 241.53 |
| Total 45 · Fuel & Oil | | | | | 1,809.20 | 0.00 | 11,113.39 |
| **51 · Supplies** | | | | | | | 775.89 |
| 51.1 · Small Tools & Supplies | | | | | | | 255.08 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 255.08 |
| 51.2 · Rent on tanks | | | | | | | 74.95 |
| Total 51.2 · Rent on tanks | | | | | | | 74.95 |
| 51 · Supplies - Other | | | | | | | 445.86 |
| Total 51 · Supplies - Other | | | | | | | 445.86 |
| Total 51 · Supplies | | | | | | | 775.89 |
| **52 · Professional Fees** | | | | | | | 5,364.77 |
| 52.1 · Accounting | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| 52.2 · Legal Fees | | | | | | | 5,000.00 |
| Total 52.2 · Legal Fees | | | | | | | 5,000.00 |
| 52.5 · Dues and Subscriptions | | | | | | | 64.77 |
| Check | 12/01/2015 | 662 | Farm Bureau | Membership Fee | 25.00 | | 89.77 |
| Total 52.5 · Dues and Subscriptions | | | | | 25.00 | 0.00 | 89.77 |
| Total 52 · Professional Fees | | | | | 25.00 | 0.00 | 5,389.77 |
| **58 · Vet & Medicine** | | | | | | | 94.60 |
| Total 58 · Vet & Medicine | | | | | | | 94.60 |
| **61 · Non-Farm Income** | | | | | | | -850.00 |
| 62 · Non-Taxable Income | | | | | | | -850.00 |
| Total 62 · Non-Taxable Income | | | | | | | -850.00 |
| Total 61 · Non-Farm Income | | | | | | | -850.00 |
| **71 · Medicine** | | | | | | | 5.06 |
| Total 71 · Medicine | | | | | | | 5.06 |
| **72 · Doctors & Hospitals** | | | | | | | 20.00 |
| Total 72 · Doctors & Hospitals | | | | | | | 20.00 |
| **73.997 · Health Insurance** | | | | | | | 4,698.90 |
| Check | 12/01/2015 | | Anthem | December | 1,176.21 | | 5,875.11 |
| Check | 12/22/2015 | EFT | Anthem | health insurance/family | 436.82 | | 6,311.93 |
| Total 73.997 · Health Insurance | | | | | 1,613.03 | 0.00 | 6,311.93 |
| **73.998 · Life Insurance** | | | | | | | 1,404.45 |
| Check | 12/01/2015 | | Grange Life Insurance | Megan's Policy December | 6.78 | | 1,411.23 |
| Check | 12/21/2015 | | Farm Bureau | Family | 188.60 | | 1,599.83 |
| Check | 12/21/2015 | | Met Life | Michael | 131.80 | | 1,731.63 |
| Total 73.998 · Life Insurance | | | | | 327.18 | 0.00 | 1,731.63 |
| **74 · Family Living** | | | | | | | 38,248.13 |
| 74.983 · Pat's Pharmacy | | | | | | | 3.99 |
| Total 74.983 · Pat's Pharmacy | | | | | | | 3.99 |
| 74.984 · Dentist | | | | | | | 231.00 |
| Check | 12/08/2015 | 673 | Dr. Smith | Me and 3 kids cleanings | 263.00 | | 494.00 |
| Total 74.984 · Dentist | | | | | 263.00 | 0.00 | 494.00 |
| 74.985 · Food | | | | | | | 3,996.07 |
| Check | 12/02/2015 | EFT | Wal-Mart | Groceries | 123.76 | | 4,119.83 |
| Check | 12/04/2015 | EFT | Wal-Mart | lunch | 18.32 | | 4,138.15 |
| Check | 12/07/2015 | 668 | Wal-Mart | groceries | 149.22 | | 4,287.37 |
| Check | 12/10/2015 | 677 | Wal-Mart | groceries | 36.46 | | 4,323.83 |
| Check | 12/10/2015 | EFT | Wal-Mart | supplies | 11.46 | | 4,335.29 |
| Check | 12/13/2015 | 679 | Kroger | groceries | 250.55 | | 4,585.84 |
| Check | 12/14/2015 | EFT | Sams Club | christmas | 54.39 | | 4,640.23 |
| Check | 12/15/2015 | 681 | Wal-Mart | groceries | 156.83 | | 4,797.06 |
| Check | 12/18/2015 | EFT | Five Star Food Mart | snacks | 6.45 | | 4,803.51 |
| Check | 12/19/2015 | 685 | Wal-Mart | groceries and Christmas | 258.00 | | 5,061.51 |
| Check | 12/23/2015 | 687 | Wal-Mart | groceries | 119.86 | | 5,181.37 |
| Check | 12/26/2015 | EFT | Simms 208 | beer | 12.72 | | 5,194.09 |
| Check | 12/28/2015 | 702 | Wal-Mart | groceries | 133.78 | | 5,327.87 |
| Check | 12/28/2015 | EFT | Chasers | supper w/ family | 67.95 | | 5,395.82 |
| Check | 12/29/2015 | EFT | Famous Dave's | lunch w/family | 34.68 | | 5,430.50 |
| Check | 12/31/2015 | EFT | Wal-Mart | groceries | 26.91 | | 5,457.41 |

Page 6

11:12 PM
01/04/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 74.985 · Food | | | | | 1,461.34 | 0.00 | 5,457.41 |
| **74.986 · Household Operating** | | | | | | | 845.39 |
| Check | 12/05/2015 | 666 | Allens | pest control | 23.00 | | 868.39 |
| Check | 12/08/2015 | 674 | Wal-Mart | cleaning supplies | 35.99 | | 904.38 |
| Check | 12/09/2015 | EFT | United States Post O... | Stamps and mail package | 103.95 | | 1,008.33 |
| Total 74.986 · Household Operating | | | | | 162.94 | 0.00 | 1,008.33 |
| **74.987 · Household Equipment** | | | | | | | 0.00 |
| Check | 12/06/2015 | EFT | Norby's | Rake | 10.57 | | 10.57 |
| Total 74.987 · Household Equipment | | | | | 10.57 | 0.00 | 10.57 |
| **74.989 · Clothing** | | | | | | | 694.56 |
| Check | 12/04/2015 | EFT | Filly Flair | Megan | 104.00 | | 798.56 |
| Check | 12/08/2015 | EFT | American Eagle | Megan | 84.20 | | 882.76 |
| Check | 12/08/2015 | EFT | Nest on Main | Megan | 44.74 | | 927.50 |
| Check | 12/09/2015 | 675 | H and W Sporting G... | Addie's Volleyball Uniform | 70.00 | | 997.50 |
| Check | 12/15/2015 | EFT | Pink Lily Boutique | Megan and Addie | 36.63 | | 1,034.13 |
| Check | 12/17/2015 | EFT | Pink Coconut | Megan | 33.00 | | 1,067.13 |
| Total 74.989 · Clothing | | | | | 372.57 | 0.00 | 1,067.13 |
| **74.990 · Personal Items** | | | | | | | 2,821.94 |
| Check | 12/23/2015 | 686 | Hair Zone | Michael and boys haircuts | 36.00 | | 2,857.94 |
| Check | 12/23/2015 | EFT | Smart Style | megan | 56.54 | | 2,914.48 |
| Check | 12/30/2015 | 705 | Shear Delight | hair | 15.00 | | 2,929.48 |
| Check | 12/31/2015 | EFT | Dollar Tree | Balloons | 5.30 | | 2,934.78 |
| Total 74.990 · Personal Items | | | | | 112.84 | 0.00 | 2,934.78 |
| **74.991 · Entertainment/Recreation** | | | | | | | 564.26 |
| Total 74.991 · Entertainment/Recreation | | | | | | | 564.26 |
| **74.992 · Education/Reading** | | | | | | | 1,840.46 |
| Check | 12/01/2015 | 661 | Smart Tuition | Kids Tuition | 433.34 | | 2,273.80 |
| Total 74.992 · Education/Reading | | | | | 433.34 | 0.00 | 2,273.80 |
| **74.993 · Gifts** | | | | | | | 1,604.85 |
| Check | 12/06/2015 | 667 | Holy Name Of Mary ... | tithing | 100.00 | | 1,704.85 |
| Check | 12/08/2015 | EFT | MacKan Design | Christmas | 57.00 | | 1,761.85 |
| Check | 12/08/2015 | EFT | Philips AG | Christmas | 42.36 | | 1,804.21 |
| Check | 12/08/2015 | 672 | Saint Augustine | scrip cards | 50.00 | | 1,854.21 |
| Check | 12/08/2015 | EFT | Bath and Body Works | Christmas | 59.61 | | 1,913.82 |
| Check | 12/12/2015 | EFT | Lowe's | Christmas | 95.33 | | 2,009.15 |
| Check | 12/14/2015 | 680 | Target | christmas | 141.97 | | 2,151.12 |
| Check | 12/14/2015 | EFT | LeRoy's Jewlery | christmas | 218.98 | | 2,370.10 |
| Check | 12/14/2015 | EFT | Bath and Body Works | christmas | 33.39 | | 2,403.49 |
| Check | 12/14/2015 | EFT | Wal-Mart | christmas | 44.71 | | 2,448.20 |
| Check | 12/17/2015 | EFT | Amazon | christmas | 42.33 | | 2,490.53 |
| Check | 12/22/2015 | EFT | Nail Art | Gift Card | 50.00 | | 2,540.53 |
| Check | 12/24/2015 | 688 | Holy Name Of Mary ... | tithing | 100.00 | | 2,640.53 |
| Check | 12/24/2015 | EFT | Amazon | birthday | 17.88 | | 2,658.41 |
| Check | 12/25/2015 | EFT | Nintedo Digital | Lane's christmas | 31.79 | | 2,690.20 |
| Total 74.993 · Gifts | | | | | 1,085.35 | 0.00 | 2,690.20 |
| **74.994 · Transportation** | | | | | | | 262.88 |
| Total 74.994 · Transportation | | | | | | | 262.88 |
| **74.997 · Household Electricity** | | | | | | | 252.97 |
| Total 74.997 · Household Electricity | | | | | | | 252.97 |
| **74.998 · Household Water** | | | | | | | 152.65 |
| Total 74.998 · Household Water | | | | | | | 152.65 |
| **74.999 · Lunch Money** | | | | | | | 100.00 |
| Check | 12/04/2015 | 663 | Saint Augustine Lunc... | lunch money | 100.00 | | 200.00 |
| Total 74.999 · Lunch Money | | | | | 100.00 | 0.00 | 200.00 |
| **74 · Family Living - Other** | | | | | | | 24,877.11 |
| Check | 12/08/2015 | EFT | Wal-Mart | Christmas cards | 23.64 | | 24,900.75 |
| Check | 12/09/2015 | 676 | Wal-Mart | supplies | 13.50 | | 24,914.25 |
| Check | 12/17/2015 | 682 | Dr. Cecconi | Eye exams for Addie and Lane and Addie glasses | 372.00 | | 25,286.25 |
| Check | 12/31/2015 | 707 | Dr. Cecconi | Eye doctor, Megan exam and glasses | 494.60 | | 25,780.85 |
| Total 74 · Family Living - Other | | | | | 903.74 | 0.00 | 25,780.85 |
| Total 74 · Family Living | | | | | 4,905.69 | 0.00 | 43,153.82 |
| **76 · Income Taxes** | | | | | | | 6,502.00 |
| **76.1 · Federal** | | | | | | | 6,502.00 |
| Total 76.1 · Federal | | | | | | | 6,502.00 |
| Total 76 · Income Taxes | | | | | | | 6,502.00 |
| **TOTAL** | | | | | 531,429.22 | 531,429.22 | 0.00 |

Page 7