Month of <u>January</u>, <u>2016</u>

## **CHAPTER 12 CASE**

NAME OF DEBTOR:<u>William Michael Buckman & Megan Leah Buckman</u>

CASE NO.: <u>15-32674</u>

## **MONTHLY CASH RECEIPTS AND DISBURSEMENTS**

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  Cash Received During Month (Itemized):

| <u>Item & Quantity Sold</u> | | $ <u>42,768.09</u> |
| --- | --- | --- |
| Soybeans, bushels | $7,768.09 | |
| Corn, 8,254.72 bushels | $35,000 | |

New loan received this month (if any): $_____

Wages earned from outside work:   $_____

Other receipts:   $ <u>1,188.91</u>

Total Cash Receipts   $ <u>43,957</u>

II.  Expenses Paid:

Total amount paid for household
or living expense:   $ <u>4,720.74</u>

Operating expenses paid (itemize):  $

| <u>Item</u> | Amount |
| --- | --- |
| Interest | $25,975.78 |
| Payroll/Labor Exp | $224.82 |
| Utilities | $2,229.43 |
| Miscellaneous | $44.44 |
| Equipment Repairs | $392.58 |
| Fuel & Oil | $272.91 |
| Professional Fees | $334.94 |
| Supplies | $27.39 |

Plan payments made to Chapter 12 Trustee
$_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 01/12/16 | Huntington Bank | 732 | $680.45 | Megan's car |
| 01/02/16 | PNC Bank | 711 | $863.14 | Michael's truck |
| 01/29/16 | TCF Equipment Finance | 749 | $4,779.10 | Grain Vac Payment |
| 01/21/16 | BAC | 741 | $793.71 | House Payment |

Total of direct payments $ 7,116.40

TOTAL EXPENSES PAID DURING MONTH $ 41,339.43

Losses due to crop failure or damage $_____

Losses due to death or disease of livestock or poultry $_____

PROFIT (or loss) FOR MONTH $ 2,617.57

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month: $ 18,601.64

Income (or Loss) During Month: $ 2,290.63

Cash and Bank Account Balance at End of Month: $ 21,219.21

IV. Expenses charged but not paid during month (itemize):

Expense $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

3-14-16
Date

Debtor/Officer of Debtor

2:04 PM
03/11/16
Cash Basis

# Buckman Family Farms
# Profit & Loss
### January 2016

|  | Jan 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|    **01 · Crop Sales** | |
|       01.020 · Yellow Corn Sales | 35,000.00 |
|       01.030 · Soybean Sales | 7,768.09 |
|    **Total 01 · Crop Sales** | 42,768.09 |
|    11 · Custom Work Income | 685.00 |
|    20 · Misc Farm Income | 503.91 |
| **Total Income** | 43,957.00 |
| **Gross Profit** | 43,957.00 |
| **Expense** | |
|    **33 · Interest Expense** | |
|       33.2 · Operating Loan Interest | 25,975.78 |
|    **Total 33 · Interest Expense** | 25,975.78 |
|    **34 · Payroll Expenses** | |
|       **54 · Employee Benefits** | |
|          54.985 · Food | 224.82 |
|       **Total 54 · Employee Benefits** | 224.82 |
|    **Total 34 · Payroll Expenses** | 224.82 |
|    **38 · Utilities** | |
|       38.1 · Electricity | 1,592.86 |
|       38.3 · Cell Phones | 165.65 |
|       38.4 · Water | 57.15 |
|       38.5 · Gas | 202.83 |
|       38 · Utilities - Other | 210.94 |
|    **Total 38 · Utilities** | 2,229.43 |
|    **40 · Miscellaneous** | |
|       **40.3 · Travel & Ent** | |
|          40.34 · Travel | 12.66 |
|       **Total 40.3 · Travel & Ent** | 12.66 |
|       40 · Miscellaneous - Other | 31.78 |
|    **Total 40 · Miscellaneous** | 44.44 |
|    **43 · Equipment Repairs** | |
|       43.8 · Grain Bin Repairs | 25.97 |
|       43 · Equipment Repairs - Other | 366.61 |
|    **Total 43 · Equipment Repairs** | 392.58 |
|    **45 · Fuel & Oil** | |
|       45.1 · Diesel Fuel | 172.24 |
|       45.2 · Gasoline | 100.67 |
|    **Total 45 · Fuel & Oil** | 272.91 |
|    51 · Supplies | 27.39 |
|    **52 · Professional Fees** | |
|       52.5 · Dues and Subscriptions | 334.94 |
|    **Total 52 · Professional Fees** | 334.94 |
| **Total Expense** | 29,502.29 |
| **Net Ordinary Income** | 14,454.71 |
| **Other Income/Expense** | |

2:04 PM  
03/11/16  
Cash Basis

# Buckman Family Farms
## Profit & Loss
### January 2016

|  | Jan 16 |
|---|---:|
| **Other Expense** | |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.18 |
| 74 · Family Living | |
|    74.983 · Pat's Pharmacy | 30.00 |
|    74.985 · Food | 1,458.57 |
|    74.986 · Household Operating | 23.00 |
|    74.988 · House Repairs | 204.00 |
|    74.989 · Clothing | 441.90 |
|    74.990 · Personal Items | 709.64 |
|    74.991 · Entertainment/Recreation | 184.04 |
|    74.992 · Education/Reading | 471.34 |
|    74.993 · Gifts | 386.55 |
|    74.994 · Transportation | 20.00 |
|    74.999 · Lunch Money | 200.00 |
|    74 · Family Living - Other | 154.64 |
| **Total 74 · Family Living** | 4,283.68 |
| **Total Other Expense** | 5,047.68 |
| **Net Other Income** | -5,047.68 |
| **Net Income** | 9,407.03 |

2:06 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 18,425.21 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 17,470.28 |
| Check | 01/01/2016 | 608 | Wal-Mart | | | 21.18 | 17,449.10 |
| Check | 01/01/2016 | EFT | Grange Life Insurance | Megan | | 6.78 | 17,442.32 |
| Check | 01/01/2016 | EFT | McDonalds | lunch | | 23.49 | 17,418.83 |
| Check | 01/02/2016 | 708 | Smart Tuition | kids tuition | | 433.34 | 16,985.49 |
| Check | 01/02/2016 | 709 | Central Kentucky Plumbing | filter for house | | 27.39 | 16,958.10 |
| Check | 01/02/2016 | 710 | Jacobi Sales | combine | | 255.00 | 16,703.10 |
| Check | 01/02/2016 | 711 | PNC Bank | michael's truck payment for jan... | | 863.14 | 15,839.96 |
| Check | 01/02/2016 | 712 | Bluegrass Celular | cell phone | | 165.65 | 15,674.31 |
| Check | 01/02/2016 | 713 | Wal-Mart | groceries | | 175.49 | 15,498.82 |
| Check | 01/02/2016 | 714 | Little Four | | | 50.00 | 15,448.82 |
| Check | 01/02/2016 | EFT | Los Mariachis Mexican Food | lunch | | 26.45 | 15,422.37 |
| Check | 01/03/2016 | EFT | Wal-Mart | stuff to make homemade pizza | | 10.23 | 15,412.14 |
| Check | 01/04/2016 | EFT | Sirus XM | Payment update | | 65.81 | 15,346.33 |
| Check | 01/04/2016 | EFT | Maurices Clothing Store | Megan | | 106.53 | 15,239.80 |
| Check | 01/04/2016 | EFT | Burger King | lunch | | 10.90 | 15,228.90 |
| Check | 01/04/2016 | EFT | JoAnn's Fabric | Blanket donation to school | | 27.78 | 15,201.12 |
| Check | 01/05/2016 | EFT | Hardee's | Breakfast | | 12.30 | 15,188.82 |
| Check | 01/05/2016 | EFT | Five Star Food Mart | Megan | | 26.68 | 15,162.14 |
| Check | 01/05/2016 | 717 | Lebanon Pediatrics | Addie's co pay | | 40.00 | 15,122.14 |
| Check | 01/06/2016 | 718 | Saint Augustine | Field trip money | | 19.00 | 15,103.14 |
| Check | 01/06/2016 | EFT | Five Star Food Mart | Michael | | 46.49 | 15,056.65 |
| Check | 01/07/2016 | 719 | Wal-Mart | groceries | | 150.07 | 14,906.58 |
| Check | 01/07/2016 | 720 | Shear Delight | Addie haircut | | 35.00 | 14,871.58 |
| Check | 01/07/2016 | 721 | Marion County Clerk | Megan's driver license renewed | | 20.00 | 14,851.58 |
| Check | 01/07/2016 | 722 | Allens | pest control | | 23.00 | 14,828.58 |
| Check | 01/07/2016 | 723 | Marion County Water | grain bins | | 10.37 | 14,818.21 |
| Check | 01/07/2016 | 724 | Marion County Water | house | | 46.78 | 14,771.43 |
| Check | 01/07/2016 | 725 | Inter County RECC | house | | 250.78 | 14,520.65 |
| Check | 01/07/2016 | 726 | Inter County RECC | grain bins | | 1,342.08 | 13,178.57 |
| Check | 01/07/2016 | EFT | Amazon | Kids using their Christmas money | | 24.47 | 13,154.10 |
| Check | 01/08/2016 | EFT | Arby's | lunch | | 3.98 | 13,150.12 |
| Check | 01/08/2016 | 727 | Scholastic Book Fair | Lane's book order | | 19.00 | 13,131.12 |
| Check | 01/08/2016 | EFT | Captain D's | lunch | | 10.78 | 13,120.34 |
| Check | 01/08/2016 | EFT | Los Mariachis Mexican Food | Supper | | 67.63 | 13,052.71 |
| Check | 01/08/2016 | EFT | Laurie Belle Boutique | Megan | | 39.00 | 13,013.71 |
| Check | 01/09/2016 | 728 | Kroger | groceries | | 26.56 | 12,987.15 |
| Check | 01/09/2016 | EFT | Kroger | Megan | | 26.03 | 12,961.12 |
| Check | 01/09/2016 | 729 | United States Post Office | Mail a package | | 10.17 | 12,950.95 |
| Check | 01/09/2016 | EFT | Green River Cinema 6 | movies | | 33.00 | 12,917.95 |
| Check | 01/09/2016 | EFT | Green River Cinema 6 | snacks | | 25.23 | 12,892.72 |
| Check | 01/09/2016 | EFT | JcPenny | Michael, sport coat | | 41.33 | 12,851.39 |
| Check | 01/10/2016 | EFT | Wal-Mart | groceries | | 38.65 | 12,812.74 |
| Check | 01/10/2016 | 730 | Lebanon Machine Shop | welding | | 14.25 | 12,798.49 |
| Check | 01/10/2016 | 731 | LG&E | grain bins | | 202.83 | 12,595.66 |
| Check | 01/11/2016 | EFT | ETSY | house project | | 43.70 | 12,551.96 |
| Check | 01/11/2016 | EFT | Amazon | house project | | 55.78 | 12,496.18 |
| Check | 01/11/2016 | EFT | Wal-Mart | house project | | 39.96 | 12,456.22 |
| Check | 01/11/2016 | EFT | Wal-Mart | groceries | | 45.98 | 12,410.24 |
| Check | 01/11/2016 | EFT | Amazon | yearly due for Amazon Prime | | 104.94 | 12,305.30 |
| Check | 01/12/2016 | EFT | Shoe Sensation | Michael shoes | | 79.49 | 12,225.81 |
| Check | 01/12/2016 | 732 | Huntington Bank | Megan's car payment | | 680.45 | 11,545.36 |
| Check | 01/12/2016 | EFT | Smart Style | hair product | | 83.28 | 11,462.08 |
| Check | 01/13/2016 | 733 | Shear Delight | Megan, hair | | 70.00 | 11,392.08 |
| Check | 01/13/2016 | 734 | Cash | Corn Board Money | | 200.00 | 11,192.08 |
| Check | 01/13/2016 | EFT | Lebanon Machine Shop | welding | | 25.97 | 11,166.11 |
| Check | 01/13/2016 | EFT | Ragetti's | lunch | | 43.43 | 11,122.68 |
| Check | 01/13/2016 | EFT | Five Star Food Mart | Michael's truck | | 44.12 | 11,078.56 |
| Check | 01/14/2016 | 735 | PAC | | | 50.00 | 11,028.56 |
| Check | 01/14/2016 | 736 | | Soy Bean memebership | | 150.00 | 10,878.56 |
| Check | 01/14/2016 | 737 | Wal-Mart | groceries | | 107.46 | 10,771.10 |
| Check | 01/14/2016 | EFT | Dick's Sporting Good | Addie's volleyball stuff | | 45.56 | 10,725.54 |
| Check | 01/15/2016 | EFT | Laurie Belle Boutique | Megan | | 52.99 | 10,672.55 |
| Deposit | 01/15/2016 | DEP | Citizens National Bank | Combining Beans for Shawn Gi... | 685.00 | | 11,357.55 |
| Check | 01/15/2016 | EFT | Papa John's | Supper | | 23.55 | 11,334.00 |
| Check | 01/16/2016 | EFT | Holiday Inn | Hotel expense | | 12.66 | 11,321.34 |
| Check | 01/16/2016 | EFT | Sams Club | groceries | | 96.71 | 11,224.63 |
| Check | 01/16/2016 | EFT | Shiners | Megan's mom's birthday dinner ... | | 92.75 | 11,131.88 |
| Check | 01/16/2016 | EFT | Five Star Food Mart | Megan car | | 26.62 | 11,105.26 |
| Check | 01/17/2016 | EFT | Los Mariachis Mexican Food | Lunch after church | | 46.40 | 11,058.86 |
| Check | 01/18/2016 | 738 | Wal-Mart | groceries | | 131.50 | 10,927.36 |
| Check | 01/18/2016 | 739 | Windstream | Internet, phone, Dish | | 210.94 | 10,716.42 |
| Check | 01/19/2016 | EFT | Starfall | Kindergarten app for Andrew | | 35.00 | 10,681.42 |
| Check | 01/19/2016 | EFT | White Castle | Lunch | | 7.59 | 10,673.83 |
| Check | 01/21/2016 | | Farm Bureau | Michael, Megan, Addie, Lane a... | | 188.60 | 10,485.23 |
| Check | 01/21/2016 | | Met Life | Michael | | 131.80 | 10,353.43 |
| Check | 01/21/2016 | EFT | Dollar Tree | Bunco items | | 12.72 | 10,340.71 |
| Check | 01/21/2016 | EFT | Smart Style | Wax | | 11.00 | 10,329.71 |
| Check | 01/21/2016 | 740 | Wal-Mart | groceries | | 134.18 | 10,195.53 |
| Check | 01/21/2016 | 741 | BAC | House payment | | 793.71 | 9,401.82 |
| Check | 01/21/2016 | EFT | Wendy's | lunch | | 16.16 | 9,385.66 |
| Check | 01/22/2016 | 742 | Anthem | Family health insurance | | 436.82 | 8,948.84 |
| Check | 01/22/2016 | 743 | Knights of Columbus 1264 | 2016 dues | | 30.00 | 8,918.84 |
| Check | 01/24/2016 | EFT | Kroger | Michael's Truck | | 51.73 | 8,867.11 |
| Check | 01/25/2016 | 744 | Lebanon Pediatrics | Dr. co pay (Andrew) | | 40.00 | 8,827.11 |
| Check | 01/25/2016 | EFT | Wendy's | Lunch | | 15.08 | 8,812.03 |
| Check | 01/25/2016 | 745 | Family and Internal Medicine | Dr. co pay (Michael) | | 40.00 | 8,772.03 |
| Check | 01/25/2016 | EFT | Arby's | Lunch | | 8.51 | 8,763.52 |
| Check | 01/25/2016 | EFT | Pat's Pharmacy | Medicines | | 30.00 | 8,733.52 |
| Deposit | 01/26/2016 | DEP | Citizens National Bank | Soybeans | 7,768.09 | | 16,501.61 |
| Check | 01/26/2016 | EFT | The Company Store | Bath Mats | | 204.00 | 16,297.61 |
| Check | 01/26/2016 | EFT | Wayfair | Ordered mom's coffee table | | 167.47 | 16,130.14 |

Page 1

2:06 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 01/26/2016 | EFT | Amazon | school | | 3.87 | 16,126.27 |
| Check | 01/26/2016 | EFT | Subway | Lunch | | 27.38 | 16,098.89 |
| Check | 01/26/2016 | 746 | Wal-Mart | groceries | | 67.71 | 16,031.18 |
| Check | 01/26/2016 | EFT | Smart Style | hair product | | 18.02 | 16,013.16 |
| Check | 01/26/2016 | EFT | Car Quest | Semi | | 76.19 | 15,936.97 |
| Check | 01/26/2016 | 747 | Shirts by US | Addie's volleyball shirts | | 47.00 | 15,889.97 |
| Check | 01/27/2016 | 748 | Trena Spalding | Addie's volleyball pictures | | 45.00 | 15,844.97 |
| Check | 01/27/2016 | EFT | Laurie Belle Boutique | Addie | | 41.00 | 15,803.97 |
| Check | 01/27/2016 | EFT | Southern Stitch | Addie | | 28.00 | 15,775.97 |
| Check | 01/27/2016 | EFT | Hardee's | Breakfast | | 11.00 | 15,764.97 |
| Check | 01/27/2016 | EFT | Norby's | semi | | 21.17 | 15,743.80 |
| Check | 01/29/2016 | 749 | TCF Equipment Finance, Inc | Grain vac payment | | 4,779.10 | 10,964.70 |
| Deposit | 01/29/2016 | DEP | Citizens National Bank | corn ($35,000.00) and truck ins... | 35,503.91 | | 46,468.61 |
| Check | 01/29/2016 | EFT | Hardee's | lunch | | 13.38 | 46,455.23 |
| Check | 01/29/2016 | EFT | Kroger | Michael's truck | | 29.90 | 46,425.33 |
| Check | 01/29/2016 | 750 | Farm Credit Services | Jan. payment | | 25,975.78 | 20,449.55 |
| Check | 01/29/2016 | EFT | Five Star Food Mart | Megan's car | | 21.34 | 20,428.21 |
| Check | 01/29/2016 | EFT | Pizza Hut | Supper | | 28.21 | 20,400.00 |
| Check | 01/29/2016 | EFT | Keystone Cinema | Movies | | 25.00 | 20,375.00 |
| Check | 01/30/2016 | 751 | Hair Zone | Michael and Lane haircuts | | 24.00 | 20,351.00 |
| Check | 01/30/2016 | 752 | Holy Name Of Mary Church | raffle | | 10.00 | 20,341.00 |
| Check | 01/30/2016 | EFT | Arby's | breakfast | | 5.06 | 20,335.94 |
| Check | 01/30/2016 | EFT | Los Mariachis Mexican Food | lunch | | 39.88 | 20,296.06 |
| Check | 01/30/2016 | EFT | Calvary Store | Propane tanks filled | | 31.78 | 20,264.28 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 43,957.00 | 41,163.00 | 20,264.28 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 43,957.00 | 41,163.00 | 21,219.21 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -226,019.56 |
| **801.2 · Farm Credit Services** | | | | | | | -30,908.00 |
| Total 801.2 · Farm Credit Services | | | | | | | -30,908.00 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -226,019.56 |
| **841 · Equipment Loans** | | | | | | | 19,350.31 |
| **841.2 · PNC** | | | | | | | 9,494.54 |
| Check | 01/02/2016 | 711 | PNC Bank | michael's truck payment for jan... | 863.14 | | 10,357.68 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 10,357.68 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 4,551.52 |
| Check | 01/29/2016 | 749 | TCF Equipment Finance, Inc | Grain vac payment | 4,779.10 | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | 4,779.10 | 0.00 | 9,330.62 |
| **841.5 · Huntington Bank** | | | | | | | 1,360.90 |
| Check | 01/12/2016 | 732 | Huntington Bank | Megan's car payment | 680.45 | | 2,041.35 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 2,041.35 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 6,322.69 | 0.00 | 25,673.00 |
| **871 · Real Estate Loans** | | | | | | | -119,223.54 |
| **871.1 · BAC Home Loan** | | | | | | | -128,168.54 |
| Check | 01/21/2016 | 741 | BAC | House payment | 793.71 | | -127,374.83 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -127,374.83 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -118,429.83 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,035.83 |
| Total 3900 · Retained Earnings | | | | | | | -33,035.83 |
| **01 · Crop Sales** | | | | | | | 0.00 |

2:06 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **01.020 · Yellow Corn Sales** | | | | | | | 0.00 |
| Deposit | 01/29/2016 | DEP | Citizens National Bank | 8,254.72 bu | | 35,000.00 | -35,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 35,000.00 | -35,000.00 |
| **01.030 · Soybean Sales** | | | | | | | 0.00 |
| Deposit | 01/26/2016 | DEP | Citizens National Bank | Soybeans | | 7,768.09 | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | 0.00 | 7,768.09 | -7,768.09 |
| Total 01 · Crop Sales | | | | | 0.00 | 42,768.09 | -42,768.09 |
| **11 · Custom Work Income** | | | | | | | 0.00 |
| Deposit | 01/15/2016 | DEP | Citizens National Bank | Combining Beans for Shawn Gi... | | 685.00 | -685.00 |
| Total 11 · Custom Work Income | | | | | 0.00 | 685.00 | -685.00 |
| **20 · Misc Farm Income** | | | | | | | 0.00 |
| Deposit | 01/29/2016 | DEP | Citizens National Bank | Truck Insurance Refund | | 503.91 | -503.91 |
| Total 20 · Misc Farm Income | | | | | 0.00 | 503.91 | -503.91 |
| **33 · Interest Expense** | | | | | | | 0.00 |
| **33.2 · Operating Loan Interest** | | | | | | | 0.00 |
| Check | 01/29/2016 | 750 | Farm Credit Services | Jan. payment | 25,975.78 | | 25,975.78 |
| Total 33.2 · Operating Loan Interest | | | | | 25,975.78 | 0.00 | 25,975.78 |
| Total 33 · Interest Expense | | | | | 25,975.78 | 0.00 | 25,975.78 |
| **34 · Payroll Expenses** | | | | | | | 0.00 |
| **54 · Employee Benefits** | | | | | | | 0.00 |
| **54.985 · Food** | | | | | | | 0.00 |
| Check | 01/01/2016 | EFT | McDonalds | lunch | 23.49 | | 23.49 |
| Check | 01/02/2016 | EFT | Los Mariachis Mexican Food | lunch | 26.45 | | 49.94 |
| Check | 01/04/2016 | EFT | Burger King | lunch | 10.90 | | 60.84 |
| Check | 01/08/2016 | EFT | Arby's | lunch | 3.98 | | 64.82 |
| Check | 01/15/2016 | EFT | Papa John's | Supper | 23.55 | | 88.37 |
| Check | 01/21/2016 | EFT | Wendy's | lunch | 16.16 | | 104.53 |
| Check | 01/25/2016 | EFT | Wendy's | Lunch | 15.08 | | 119.61 |
| Check | 01/25/2016 | EFT | Arby's | Lunch | 8.51 | | 128.12 |
| Check | 01/26/2016 | EFT | Subway | Lunch | 27.38 | | 155.50 |
| Check | 01/27/2016 | EFT | Hardee's | Breakfast | 11.00 | | 166.50 |
| Check | 01/29/2016 | EFT | Hardee's | lunch | 13.38 | | 179.88 |
| Check | 01/30/2016 | EFT | Arby's | breakfast | 5.06 | | 184.94 |
| Check | 01/30/2016 | EFT | Los Mariachis Mexican Food | lunch | 39.88 | | 224.82 |
| Total 54.985 · Food | | | | | 224.82 | 0.00 | 224.82 |
| Total 54 · Employee Benefits | | | | | 224.82 | 0.00 | 224.82 |
| Total 34 · Payroll Expenses | | | | | 224.82 | 0.00 | 224.82 |
| **38 · Utilities** | | | | | | | 0.00 |
| **38.1 · Electricity** | | | | | | | 0.00 |
| Check | 01/07/2016 | 725 | Inter County RECC | house | 250.78 | | 250.78 |
| Check | 01/07/2016 | 726 | Inter County RECC | grain bins | 1,342.08 | | 1,592.86 |
| Total 38.1 · Electricity | | | | | 1,592.86 | 0.00 | 1,592.86 |
| **38.3 · Cell Phones** | | | | | | | 0.00 |
| Check | 01/02/2016 | 712 | Bluegrass Celular | cell phone | 165.65 | | 165.65 |
| Total 38.3 · Cell Phones | | | | | 165.65 | 0.00 | 165.65 |
| **38.4 · Water** | | | | | | | 0.00 |
| Check | 01/07/2016 | 723 | Marion County Water | grain bins | 10.37 | | 10.37 |
| Check | 01/07/2016 | 724 | Marion County Water | house | 46.78 | | 57.15 |
| Total 38.4 · Water | | | | | 57.15 | 0.00 | 57.15 |
| **38.5 · Gas** | | | | | | | 0.00 |
| Check | 01/10/2016 | 731 | LG&E | grain bins | 202.83 | | 202.83 |
| Total 38.5 · Gas | | | | | 202.83 | 0.00 | 202.83 |
| **38 · Utilities - Other** | | | | | | | 0.00 |
| Check | 01/18/2016 | 739 | Windstream | Internet, phone, Dish | 210.94 | | 210.94 |
| Total 38 · Utilities - Other | | | | | 210.94 | 0.00 | 210.94 |
| Total 38 · Utilities | | | | | 2,229.43 | 0.00 | 2,229.43 |
| **40 · Miscellaneous** | | | | | | | 0.00 |
| **40.3 · Travel & Ent** | | | | | | | 0.00 |
| **40.34 · Travel** | | | | | | | 0.00 |
| Check | 01/16/2016 | EFT | Holiday Inn | Hotel expense | 12.66 | | 12.66 |
| Total 40.34 · Travel | | | | | 12.66 | 0.00 | 12.66 |
| Total 40.3 · Travel & Ent | | | | | 12.66 | 0.00 | 12.66 |
| **40 · Miscellaneous - Other** | | | | | | | 0.00 |
| Check | 01/30/2016 | EFT | Calvary Store | Propane tanks filled | 31.78 | | 31.78 |
| Total 40 · Miscellaneous - Other | | | | | 31.78 | 0.00 | 31.78 |
| Total 40 · Miscellaneous | | | | | 44.44 | 0.00 | 44.44 |

2:06 PM

03/11/16

Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **43 · Equipment Repairs** | | | | | | | 0.00 |
| **43.8 · Grain Bin Repairs** | | | | | | | 0.00 |
| Check | 01/13/2016 | EFT | Lebanon Machine Shop | welding | 25.97 | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | 25.97 | 0.00 | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 0.00 |
| Check | 01/02/2016 | 710 | Jacobi Sales | combine | 255.00 | | 255.00 |
| Check | 01/10/2016 | 730 | Lebanon Machine Shop | welding | 14.25 | | 269.25 |
| Check | 01/26/2016 | EFT | Car Quest | Semi | 76.19 | | 345.44 |
| Check | 01/27/2016 | EFT | Norby's | semi | 21.17 | | 366.61 |
| Total 43 · Equipment Repairs - Other | | | | | 366.61 | 0.00 | 366.61 |
| Total 43 · Equipment Repairs | | | | | 392.58 | 0.00 | 392.58 |
| **45 · Fuel & Oil** | | | | | | | 0.00 |
| **45.1 · Diesel Fuel** | | | | | | | 0.00 |
| Check | 01/06/2016 | EFT | Five Star Food Mart | Michael | 46.49 | | 46.49 |
| Check | 01/13/2016 | EFT | Five Star Food Mart | Michael's truck | 44.12 | | 90.61 |
| Check | 01/24/2016 | EFT | Kroger | Michael's Truck | 51.73 | | 142.34 |
| Check | 01/29/2016 | EFT | Kroger | Michael's truck | 29.90 | | 172.24 |
| Total 45.1 · Diesel Fuel | | | | | 172.24 | 0.00 | 172.24 |
| **45.2 · Gasoline** | | | | | | | 0.00 |
| Check | 01/05/2016 | EFT | Five Star Food Mart | Megan | 26.68 | | 26.68 |
| Check | 01/09/2016 | EFT | Kroger | Megan | 26.03 | | 52.71 |
| Check | 01/16/2016 | EFT | Five Star Food Mart | Megan car | 26.62 | | 79.33 |
| Check | 01/29/2016 | EFT | Five Star Food Mart | Megan's car | 21.34 | | 100.67 |
| Total 45.2 · Gasoline | | | | | 100.67 | 0.00 | 100.67 |
| Total 45 · Fuel & Oil | | | | | 272.91 | 0.00 | 272.91 |
| **51 · Supplies** | | | | | | | 0.00 |
| Check | 01/02/2016 | 709 | Central Kentucky Plumbing | filter for house | 27.39 | | 27.39 |
| Total 51 · Supplies | | | | | 27.39 | 0.00 | 27.39 |
| **52 · Professional Fees** | | | | | | | 0.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 0.00 |
| Check | 01/11/2016 | EFT | Amazon | yearly due for Amazon Prime | 104.94 | | 104.94 |
| Check | 01/14/2016 | 735 | PAC | | 50.00 | | 154.94 |
| Check | 01/14/2016 | 736 | | Soy Bean memebership | 150.00 | | 304.94 |
| Check | 01/22/2016 | 743 | Knights of Columbus 1264 | 2016 dues | 30.00 | | 334.94 |
| Total 52.5 · Dues and Subscriptions | | | | | 334.94 | 0.00 | 334.94 |
| Total 52 · Professional Fees | | | | | 334.94 | 0.00 | 334.94 |
| **73.997 · Health Insurance** | | | | | | | 0.00 |
| Check | 01/22/2016 | 742 | Anthem | Family health insurance | 436.82 | | 436.82 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 436.82 |
| **73.998 · Life Insurance** | | | | | | | 0.00 |
| Check | 01/01/2016 | EFT | Grange Life Insurance | Megan | 6.78 | | 6.78 |
| Check | 01/21/2016 | | Farm Bureau | Michael, Megan, Addie, Lane a... | 188.60 | | 195.38 |
| Check | 01/21/2016 | | Met Life | Michael | 131.80 | | 327.18 |
| Total 73.998 · Life Insurance | | | | | 327.18 | 0.00 | 327.18 |
| **74 · Family Living** | | | | | | | 0.00 |
| **74.983 · Pat's Pharmacy** | | | | | | | 0.00 |
| Check | 01/25/2016 | EFT | Pat's Pharmacy | Medicines | 30.00 | | 30.00 |
| Total 74.983 · Pat's Pharmacy | | | | | 30.00 | 0.00 | 30.00 |
| **74.985 · Food** | | | | | | | 0.00 |
| Check | 01/02/2016 | 713 | Wal-Mart | groceries | 175.49 | | 175.49 |
| Check | 01/03/2016 | EFT | Wal-Mart | stuff to make homemade pizza | 10.23 | | 185.72 |
| Check | 01/05/2016 | EFT | Hardee's | Breakfast | 12.30 | | 198.02 |
| Check | 01/07/2016 | 719 | Wal-Mart | groceries | 150.07 | | 348.09 |
| Check | 01/08/2016 | EFT | Captain D's | lunch | 10.78 | | 358.87 |
| Check | 01/08/2016 | EFT | Los Mariachis Mexican Food | Supper | 67.63 | | 426.50 |
| Check | 01/09/2016 | 728 | Kroger | groceries | 26.56 | | 453.06 |
| Check | 01/10/2016 | EFT | Wal-Mart | groceries | 38.65 | | 491.71 |
| Check | 01/11/2016 | EFT | Wal-Mart | groceries | 45.98 | | 537.69 |
| Check | 01/13/2016 | EFT | Ragetti's | lunch | 43.43 | | 581.12 |
| Check | 01/14/2016 | 737 | Wal-Mart | groceries | 107.46 | | 688.58 |
| Check | 01/16/2016 | EFT | Sams Club | groceries | 96.71 | | 785.29 |
| Check | 01/16/2016 | EFT | Shiners | Megan's mom's birthday dinner ... | 92.75 | | 878.04 |
| Check | 01/17/2016 | EFT | Los Mariachis Mexican Food | Lunch after church | 46.40 | | 924.44 |
| Check | 01/18/2016 | 738 | Wal-Mart | groceries | 131.50 | | 1,055.94 |
| Check | 01/19/2016 | EFT | White Castle | Lunch | 7.59 | | 1,063.53 |
| Check | 01/21/2016 | 740 | Wal-Mart | groceries | 134.18 | | 1,197.71 |
| Check | 01/26/2016 | 746 | Wal-Mart | groceries | 67.71 | | 1,265.42 |
| Check | 01/29/2016 | EFT | Pizza Hut | Supper | 28.21 | | 1,293.63 |
| Total 74.985 · Food | | | | | 1,293.63 | 0.00 | 1,293.63 |
| **74.986 · Household Operating** | | | | | | | 0.00 |
| Check | 01/07/2016 | 722 | Allens | pest control | 23.00 | | 23.00 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 23.00 |

2:06 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **74.988 · House Repairs** | | | | | | | 0.00 |
| Check | 01/26/2016 | EFT | The Company Store | Bath Mats | 204.00 | | 204.00 |
| Total 74.988 · House Repairs | | | | | 204.00 | 0.00 | 204.00 |
| **74.989 · Clothing** | | | | | | | 0.00 |
| Check | 01/04/2016 | EFT | Maurices Clothing Store | Megan | 106.53 | | 106.53 |
| Check | 01/09/2016 | EFT | JcPenny | Michael, sport coat | 41.33 | | 147.86 |
| Check | 01/12/2016 | EFT | Shoe Sensation | Michael shoes | 79.49 | | 227.35 |
| Check | 01/14/2016 | EFT | Dick's Sporting Good | Addie's volleyball stuff | 45.56 | | 272.91 |
| Check | 01/15/2016 | EFT | Laurie Belle Boutique | Megan | 52.99 | | 325.90 |
| Check | 01/26/2016 | 747 | Shirts by US | Addie's volleyball shirts | 47.00 | | 372.90 |
| Check | 01/27/2016 | EFT | Laurie Belle Boutique | Addie | 41.00 | | 413.90 |
| Check | 01/27/2016 | EFT | Southern Stitch | Addie | 28.00 | | 441.90 |
| Total 74.989 · Clothing | | | | | 441.90 | 0.00 | 441.90 |
| **74.990 · Personal Items** | | | | | | | 0.00 |
| Check | 01/01/2016 | 608 | Wal-Mart | | 21.18 | | 21.18 |
| Check | 01/02/2016 | 714 | Little Four | | 50.00 | | 71.18 |
| Check | 01/07/2016 | 720 | Shear Delight | Addie haircut | 35.00 | | 106.18 |
| Check | 01/11/2016 | EFT | ETSY | house project | 43.70 | | 149.88 |
| Check | 01/11/2016 | EFT | Amazon | house project | 55.78 | | 205.66 |
| Check | 01/11/2016 | EFT | Wal-Mart | house project | 39.96 | | 245.62 |
| Check | 01/12/2016 | EFT | Smart Style | hair product | 83.28 | | 328.90 |
| Check | 01/13/2016 | 733 | Shear Delight | Megan, hair | 70.00 | | 398.90 |
| Check | 01/13/2016 | 734 | Cash | Corn Board Money | 200.00 | | 598.90 |
| Check | 01/21/2016 | EFT | Dollar Tree | Bunco items | 12.72 | | 611.62 |
| Check | 01/21/2016 | EFT | Smart Style | Wax | 11.00 | | 622.62 |
| Check | 01/26/2016 | EFT | Smart Style | hair product | 18.02 | | 640.64 |
| Check | 01/27/2016 | 748 | Trena Spalding | Addie's volleyball pictures | 45.00 | | 685.64 |
| Check | 01/30/2016 | 751 | Hair Zone | Michael and Lane haircuts | 24.00 | | 709.64 |
| Total 74.990 · Personal Items | | | | | 709.64 | 0.00 | 709.64 |
| **74.991 · Entertainment/Recreation** | | | | | | | 0.00 |
| Check | 01/04/2016 | EFT | Sirus XM | Payment update | 65.81 | | 65.81 |
| Check | 01/09/2016 | EFT | Green River Cinema 6 | movies | 33.00 | | 98.81 |
| Check | 01/09/2016 | EFT | Green River Cinema 6 | snacks | 25.23 | | 124.04 |
| Check | 01/19/2016 | EFT | Starfall | Kindergarten app for Andrew | 35.00 | | 159.04 |
| Check | 01/29/2016 | EFT | Keystone Cinema | Movies | 25.00 | | 184.04 |
| Total 74.991 · Entertainment/Recreation | | | | | 184.04 | 0.00 | 184.04 |
| **74.992 · Education/Reading** | | | | | | | 0.00 |
| Check | 01/02/2016 | 708 | Smart Tuition | kids tuition | 433.34 | | 433.34 |
| Check | 01/06/2016 | 718 | Saint Augustine | Field trip money | 19.00 | | 452.34 |
| Check | 01/08/2016 | 727 | Scholastic Book Fair | Lane's book order | 19.00 | | 471.34 |
| Total 74.992 · Education/Reading | | | | | 471.34 | 0.00 | 471.34 |
| **74.993 · Gifts** | | | | | | | 0.00 |
| Check | 01/04/2016 | EFT | JoAnn's Fabric | Blanket donation to school | 27.78 | | 27.78 |
| Check | 01/08/2016 | EFT | Laurie Belle Boutique | Megan | 39.00 | | 66.78 |
| Check | 01/26/2016 | EFT | Wayfair | Ordered mom's coffee table | 167.47 | | 234.25 |
| Check | 01/26/2016 | EFT | Amazon | school | 3.87 | | 238.12 |
| Check | 01/30/2016 | 752 | Holy Name Of Mary Church | raffle | 10.00 | | 248.12 |
| Total 74.993 · Gifts | | | | | 248.12 | 0.00 | 248.12 |
| **74.994 · Transportation** | | | | | | | 0.00 |
| Check | 01/07/2016 | 721 | Marion County Clerk | Megan's driver license renewed | 20.00 | | 20.00 |
| Total 74.994 · Transportation | | | | | 20.00 | 0.00 | 20.00 |
| **74 · Family Living - Other** | | | | | | | 0.00 |
| Check | 01/05/2016 | 717 | Lebanon Pediatrics | Addie's co pay | 40.00 | | 40.00 |
| Check | 01/07/2016 | EFT | Amazon | Kids using their Christmas money | 24.47 | | 64.47 |
| Check | 01/09/2016 | 729 | United States Post Office | Mail a package | 10.17 | | 74.64 |
| Check | 01/25/2016 | 744 | Lebanon Pediatrics | Dr. co pay (Andrew) | 40.00 | | 114.64 |
| Check | 01/25/2016 | 745 | Family and Internal Medicine | Dr. co pay (Michael) | 40.00 | | 154.64 |
| Total 74 · Family Living - Other | | | | | 154.64 | 0.00 | 154.64 |
| Total 74 · Family Living | | | | | 3,780.31 | 0.00 | 3,780.31 |
| **TOTAL** | | | | | 85,120.00 | 85,120.00 | 0.00 |