Month of <u>February</u>, <u>2016</u>

## CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman</u>

CASE NO.: <u>15-32674</u>

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>          $_____

New loan received this month (if any): $_____

Wages earned from outside work:       $_____

Other receipts:                       $_____

           Total Cash Receipts        $_____

II. <u>Expenses Paid</u>:

Total amount paid for household
 or living expense:    $ <u>5,254.34</u>

Operating expenses paid (itemize): $

| Item | Amount |
|---|---|
| Interest | $6,156.86 |
| Payroll/Labor Exp | $248.82 |
| Utilities | $1,886.98 |
| Insurance | $1,403.21 |
| Miscellaneous | $81.51 |
| Equipment Repairs | $793.52 |
| Fuel & Oil | $364.24 |

Plan payments made to Chapter 12 Trustee

$_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|------|----------|-----------|--------|---|
| 01/02/16 | Huntington Bank | 757 | $680.45 | Megan's car |
| 01/02/16 | PNC Bank | 758 | $863.14 | Michael's truck |
| 02/15/16 | BAC | 778 | $793.71 | House Payment |

Total of direct payments        $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH        $ 18,526.78

Losses due to crop failure or damage        $_____

Losses due to death or disease of livestock or poultry        $_____

PROFIT (or loss) FOR MONTH        $ 2,617.57

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:        $ 21,219.21

Income (or Loss) During Month:        $ (18,526.78)

Cash and Bank Account Balance at End of Month:        $ 2,692.43

IV. Expenses charged but not paid during month (itemize):

Expense        $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

3-14-16
Date

[signature]
Debtor/Officer of Debtor

2:24 PM
03/11/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### February 2016

|  | Feb 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **33 · Interest Expense** | |
| 33.2 · Operating Loan Interest | 6,156.86 |
| **Total 33 · Interest Expense** | 6,156.86 |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 248.82 |
| **Total 54 · Employee Benefits** | 248.82 |
| **Total 34 · Payroll Expenses** | 248.82 |
| **38 · Utilities** | |
| 38.1 · Electricity | 1,243.46 |
| 38.2 · Telephone | 227.40 |
| 38.3 · Cell Phones | 149.30 |
| 38.4 · Water | 61.84 |
| 38.5 · Gas | 204.98 |
| **Total 38 · Utilities** | 1,886.98 |
| **39 · Insurance** | 1,403.21 |
| **40 · Miscellaneous** | |
| 40.2 · Office Supplies | 26.29 |
| 40 · Miscellaneous - Other | 55.22 |
| **Total 40 · Miscellaneous** | 81.51 |
| **43 · Equipment Repairs** | 793.52 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 321.27 |
| 45.2 · Gasoline | 42.97 |
| **Total 45 · Fuel & Oil** | 364.24 |
| **Total Expense** | 10,935.14 |
| **Net Ordinary Income** | -10,935.14 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 73.998 · Life Insurance | 327.18 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 15.00 |
| 74.985 · Food | 1,506.00 |
| 74.989 · Clothing | 855.11 |
| 74.990 · Personal Items | 330.92 |
| 74.991 · Entertainment/Recreation | 163.79 |
| 74.992 · Education/Reading | 1,009.33 |
| 74.993 · Gifts | 334.36 |
| 74.994 · Transportation | 320.70 |
| 74.999 · Lunch Money | 200.00 |
| 74 · Family Living - Other | 191.95 |
| **Total 74 · Family Living** | 4,927.16 |
| **Total Other Expense** | 5,254.34 |
| **Net Other Income** | -5,254.34 |
| **Net Income** | **-16,189.48** |

2:24 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of February 29, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 21,219.21 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 20,264.28 |
| Check | 02/01/2016 | 753 | Kroger | groceries | | 164.94 | 20,099.34 |
| Check | 02/01/2016 | 754 | Saint Augustine Lunchroom | Addie and Lane lunch money | | 200.00 | 19,899.34 |
| Check | 02/01/2016 | EFT | Amazon | Valentine (5) and birthday gifts (1) | | 138.43 | 19,760.91 |
| Check | 02/01/2016 | EFT | Wal-Mart | groceries and household supplies | | 102.96 | 19,657.95 |
| Check | 02/01/2016 | | Grange Life Insurance | Megan | | 6.78 | 19,651.17 |
| Check | 02/01/2016 | EFT | McDonalds | supper before Addie's volleyball game | | 12.21 | 19,638.96 |
| Check | 02/01/2016 | EFT | Amazon | app | | 1.05 | 19,637.91 |
| Deposit | 02/01/2016 | | | Deposit | 9.52 | | 19,647.43 |
| Check | 02/01/2016 | EFT | Amazon | | | 1.47 | 19,645.96 |
| Check | 02/02/2016 | 755 | Marion County Water | house | | 53.11 | 19,592.85 |
| Check | 02/02/2016 | 756 | Marion County Water | grain bins | | 8.73 | 19,584.12 |
| Check | 02/02/2016 | 757 | Huntington Bank | Megan's Feb. payment | | 680.45 | 18,903.67 |
| Check | 02/02/2016 | 758 | PNC Bank | Michael's Feb. payment | | 863.14 | 18,040.53 |
| Check | 02/02/2016 | 759 | Bluegrass Celular | | | 149.30 | 17,891.23 |
| Check | 02/02/2016 | 760 | Smart Tuition | Addie and Lane's tuition | | 433.34 | 17,457.89 |
| Check | 02/02/2016 | EFT | Ragetti's | lunch | | 41.12 | 17,416.77 |
| Check | 02/02/2016 | EFT | Citizens National Bank | cash | | 60.00 | 17,356.77 |
| Deposit | 02/02/2016 | DEP | Southern Tots | Refund | 19.00 | | 17,375.77 |
| Check | 02/03/2016 | 761 | Lebanon Pediatrics | Addie's co pay | | 40.00 | 17,335.77 |
| Check | 02/03/2016 | EFT | Citizens National Bank | personal check order | | 14.34 | 17,321.43 |
| Check | 02/04/2016 | 762 | Wal-Mart | groceries | | 64.26 | 17,257.17 |
| Check | 02/04/2016 | EFT | Wal-Mart | medicine | | 30.71 | 17,226.46 |
| Check | 02/04/2016 | 763 | Inter County RECC | shop | | 68.52 | 17,157.94 |
| Check | 02/04/2016 | EFT | Five Star Food Mart | michael's truck | | 60.98 | 17,096.96 |
| Check | 02/05/2016 | EFT | Arby's | breakfast | | 7.21 | 17,089.75 |
| Check | 02/05/2016 | EFT | Born to be Sassy | Me and Addie | | 67.98 | 17,021.77 |
| Check | 02/05/2016 | EFT | Wal-Mart | Lane's birthday present | | 66.60 | 16,955.17 |
| Check | 02/05/2016 | 764 | Marion County Little League | Addie's softball fee | | 60.00 | 16,895.17 |
| Check | 02/05/2016 | EFT | Calvary Store | Snacks and drinks | | 16.51 | 16,878.66 |
| Check | 02/05/2016 | EFT | Handy Food Mart | Diesel semi | | 150.01 | 16,728.65 |
| Check | 02/06/2016 | 765 | Shear Delight | Megan Hair cut | | 48.07 | 16,680.58 |
| Check | 02/06/2016 | EFT | Mr. Gatti's | lunch | | 29.28 | 16,651.30 |
| Check | 02/07/2016 | EFT | Huddle House | Breakfast | | 38.48 | 16,612.82 |
| Check | 02/07/2016 | EFT | Wal-Mart | Groceries | | 43.79 | 16,569.03 |
| Check | 02/07/2016 | EFT | Norby's | Semi | | 17.51 | 16,551.52 |
| Check | 02/07/2016 | 766 | American Tire | Semi tire | | 713.19 | 15,838.33 |
| Check | 02/07/2016 | EFT | Kohl's | Addie | | 59.25 | 15,779.08 |
| Check | 02/07/2016 | EFT | Amazon | Valentines | | 46.79 | 15,732.29 |
| Check | 02/07/2016 | EFT | Amazon | Head Phones (3) | | 71.94 | 15,660.35 |
| Check | 02/08/2016 | 767 | Kosair's | Addie's dr appointment co pay | | 60.00 | 15,600.35 |
| Check | 02/08/2016 | 768 | Sams Club | groceries and household supplies | | 196.29 | 15,404.06 |
| Check | 02/08/2016 | EFT | Dairy Queen | Lunch | | 21.20 | 15,382.86 |
| Check | 02/08/2016 | EFT | Sams Club | Snack | | 6.12 | 15,376.74 |
| Check | 02/08/2016 | EFT | Sams Club | Megan | | 20.56 | 15,356.18 |
| Check | 02/08/2016 | EFT | Pat's Pharmacy | Addie's medicine | | 15.00 | 15,341.18 |
| Check | 02/09/2016 | 769 | Wal-Mart | groceries | | 64.92 | 15,276.26 |
| Check | 02/09/2016 | EFT | Smart Style | Eyebrow wax and product | | 26.50 | 15,249.76 |
| Check | 02/09/2016 | 770 | Girl Scout Troop 1833 | Cookie sales | | 40.00 | 15,209.76 |
| Check | 02/10/2016 | 771 | Inter County RECC | Grain Dry | | 794.82 | 14,414.94 |
| Check | 02/10/2016 | 772 | Inter County RECC | House | | 280.06 | 14,134.88 |
| Check | 02/10/2016 | EFT | Laurie Belle Boutique | Addie | | 39.00 | 14,095.88 |
| Check | 02/11/2016 | EFT | Shiners | lunch | | 23.84 | 14,072.04 |
| Check | 02/11/2016 | EFT | Amazon | App | | 3.17 | 14,068.87 |
| Check | 02/12/2016 | EFT | Starbucks | Addie's coffee | | 6.89 | 14,061.98 |
| Check | 02/12/2016 | EFT | Wendy's | lunch | | 12.27 | 14,049.71 |
| Check | 02/12/2016 | EFT | Kroger | Medicine for Lane | | 10.17 | 14,039.54 |
| Check | 02/12/2016 | EFT | Arby's | Supper | | 16.50 | 14,023.04 |
| Check | 02/12/2016 | EFT | American Bellevue | Michael's plane ticket | | 320.70 | 13,702.34 |
| Check | 02/12/2016 | EFT | Pink Coconut | Easter dress (Megan) | | 41.00 | 13,661.34 |
| Check | 02/13/2016 | EFT | Birthday Express | Lane's birthday supplies | | 48.45 | 13,612.89 |
| Check | 02/14/2016 | EFT | Five Star Food Mart | Michael's truck | | 58.70 | 13,554.19 |
| Check | 02/14/2016 | EFT | Five Star Food Mart | Snack | | 4.67 | 13,549.52 |
| Check | 02/14/2016 | EFT | Wal-Mart | groceries | | 12.31 | 13,537.21 |
| Check | 02/14/2016 | EFT | buffalo wings and rings | Michael and Addie | | 50.41 | 13,486.80 |
| Check | 02/14/2016 | EFT | Amazon | Winter clothes and boots | | 188.44 | 13,298.36 |
| Check | 02/15/2016 | 773 | Farm Credit Services | Feb payment | | 6,156.86 | 7,141.50 |
| Check | 02/15/2016 | 774 | Wal-Mart | Lane's birthday present from us and t... | | 254.27 | 6,887.23 |
| Check | 02/15/2016 | EFT | Lowe's | Filter | | 11.64 | 6,875.59 |
| Check | 02/15/2016 | EFT | Amazon | Laptop battery | | 26.29 | 6,849.30 |
| Check | 02/15/2016 | 776 | Farm Bureau | 6 months auto insurance, Michael's tr... | | 1,403.21 | 5,446.09 |
| Check | 02/15/2016 | 777 | LG&E | grain bins | | 204.98 | 5,241.11 |
| Check | 02/15/2016 | 778 | BAC | mortgage payment | | 793.71 | 4,447.40 |
| Check | 02/15/2016 | 779 | Saint Augustine | Addie and Lane's yearbooks | | 40.00 | 4,407.40 |
| Check | 02/15/2016 | EFT | Google | App | | 4.93 | 4,402.47 |
| Check | 02/15/2016 | EFT | Amazon | App | | 2.11 | 4,400.36 |
| Check | 02/16/2016 | 775 | Windstream | Internet, dish and phone | | 227.40 | 4,172.96 |
| Check | 02/16/2016 | EFT | Los Mariachis Mexican Food | lunch | | 49.25 | 4,123.71 |
| Check | 02/17/2016 | EFT | Hardee's | breakfast | | 12.15 | 4,111.56 |
| Check | 02/17/2016 | 780 | Wal-Mart | groceries | | 102.41 | 4,009.15 |
| Check | 02/18/2016 | EFT | Murphy's Oil | Megan | | 22.41 | 3,986.74 |
| Check | 02/19/2016 | EFT | Frisch's | lunch | | 10.15 | 3,976.59 |
| Check | 02/20/2016 | 781 | Marion County Youth Soccer | Lane's sign up | | 45.00 | 3,931.59 |
| Check | 02/20/2016 | 782 | Hibbett's | Cleats and softballs for Addie and La... | | 105.99 | 3,825.60 |
| Check | 02/20/2016 | 783 | Kroger | groceries | | 49.62 | 3,775.98 |
| Check | 02/20/2016 | EFT | Robin's Embroidery | Addie | | 10.60 | 3,765.38 |
| Check | 02/20/2016 | EFT | Chaser's | Supper | | 45.62 | 3,719.76 |
| Check | 02/21/2016 | | Farm Bureau | Michael, Megan, Addie, Lane and An... | | 188.60 | 3,531.16 |
| Check | 02/21/2016 | | Met Life | Michael | | 131.80 | 3,399.36 |
| Check | 02/21/2016 | EFT | Zulily | Lane's First Communion Suit | | 30.94 | 3,368.42 |
| Check | 02/22/2016 | EFT | Venus Clothing | Megan | | 33.15 | 3,335.27 |
| Check | 02/22/2016 | EFT | Amazon | App | | 3.17 | 3,332.10 |

Page 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2:24 PM | | | | **Buckman Family Farms** | | | |
| 03/11/16 | | | | **General Ledger** | | | |
| Cash Basis | | | | **As of February 29, 2016** | | | |

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Check | 02/22/2016 | EFT | Google | App | | 4.36 | 3,327.74 |
| Check | 02/22/2016 | EFT | Citizens National Bank | Cash | | 100.00 | 3,227.74 |
| Check | 02/22/2016 | EFT | Arby's | lunch | | 5.06 | 3,222.68 |
| Check | 02/23/2016 | 784 | Wal-Mart | groceries | | 185.33 | 3,037.35 |
| Check | 02/23/2016 | EFT | Smart Style | hair product | | 47.46 | 2,989.89 |
| Check | 02/23/2016 | EFT | Pink Lily Boutique | Megan (Easter) | | 45.11 | 2,944.78 |
| Check | 02/23/2016 | EFT | Maurices Clothing Store | Megan | | 72.08 | 2,872.70 |
| Check | 02/23/2016 | EFT | Belk | Addie (Easter and spring and summe... | | 191.17 | 2,681.53 |
| Check | 02/24/2016 | EFT | Hardee's | lunch | | 12.40 | 2,669.13 |
| Check | 02/24/2016 | EFT | Five Star Food Mart | Michael's truck | | 51.58 | 2,617.55 |
| Check | 02/24/2016 | EFT | Smart Tuition | Registration fee 2016-2017 (Addie,L... | | 102.65 | 2,514.90 |
| Check | 02/25/2016 | 785 | Wal-Mart | Stuff for Lane's birthday party | | 47.41 | 2,467.49 |
| Check | 02/26/2016 | EFT | Los Mariachis Mexican Food | lunch | | 34.58 | 2,432.91 |
| Check | 02/26/2016 | EFT | Papa John's | Supper | | 26.91 | 2,406.00 |
| Check | 02/27/2016 | 786 | Hair Zone | Michael, Lane and Andew haircuts | | 36.00 | 2,370.00 |
| Check | 02/27/2016 | EFT | Calvary Store | Beer and gas | | 24.37 | 2,345.63 |
| Check | 02/28/2016 | EFT | Bradfordsville Superior Food Mart | lunch | | 20.91 | 2,324.72 |
| Check | 02/29/2016 | 787 | Smart Tuition | March payment | | 433.34 | 1,891.38 |
| Check | 02/29/2016 | 788 | Inter County RECC | shop | | 100.06 | 1,791.32 |
| Deposit | 02/29/2016 | DEP | Citizens National Bank | yard sale | 200.00 | | 1,991.32 |
| Check | 02/29/2016 | 789 | Wal-Mart | Groceries and easter | | 202.64 | 1,788.68 |
| Check | 02/29/2016 | EFT | Phillips Repair | lawnmower | | 20.53 | 1,768.15 |
| Check | 02/29/2016 | EFT | Lebanon Machine Shop | parts | | 30.65 | 1,737.50 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 228.52 | 18,755.30 | 1,737.50 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 228.52 | 18,755.30 | 2,692.43 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -226,019.56 |
| **801.2 · Farm Credit Services** | | | | | | | -30,908.00 |
| Total 801.2 · Farm Credit Services | | | | | | | -30,908.00 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -226,019.56 |
| **841 · Equipment Loans** | | | | | | | 25,673.00 |
| **841.2 · PNC** | | | | | | | 10,357.68 |
| Check | 02/02/2016 | 758 | PNC Bank | Michael's Feb. payment | 863.14 | | 11,220.82 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 11,220.82 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **841.5 · Huntington Bank** | | | | | | | 2,041.35 |
| Check | 02/02/2016 | 757 | Huntington Bank | Megan's Feb. payment | 680.45 | | 2,721.80 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 2,721.80 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 1,543.59 | 0.00 | 27,216.59 |
| **871 · Real Estate Loans** | | | | | | | -118,429.83 |
| **871.1 · BAC Home Loan** | | | | | | | -127,374.83 |
| Check | 02/15/2016 | 778 | BAC | mortgage payment | 793.71 | | -126,581.12 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -126,581.12 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -117,636.12 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,035.83 |
| Total 3900 · Retained Earnings | | | | | | | -33,035.83 |
| **01 · Crop Sales** | | | | | | | -42,768.09 |
| **01.020 · Yellow Corn Sales** | | | | | | | -35,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -35,000.00 |

Page 2

2:24 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
As of February 29, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| **Total 01 · Crop Sales** | | | | | | | -42,768.09 |
| **11 · Custom Work Income** | | | | | | | -685.00 |
| **20 · Misc Farm Income** | | | | | | | -503.91 |
| **33 · Interest Expense** | | | | | | | 25,975.78 |
| **33.2 · Operating Loan Interest** | | | | | | | 25,975.78 |
| Check | 02/15/2016 | 773 | Farm Credit Services | Feb payment | 6,156.86 | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | 6,156.86 | 0.00 | 32,132.64 |
| Total 33 · Interest Expense | | | | | 6,156.86 | 0.00 | 32,132.64 |
| **34 · Payroll Expenses** | | | | | | | 224.82 |
| **54 · Employee Benefits** | | | | | | | 224.82 |
| **54.985 · Food** | | | | | | | 224.82 |
| Check | 02/02/2016 | EFT | Ragetti's | lunch | 41.12 | | 265.94 |
| Check | 02/05/2016 | EFT | Arby's | breakfast | 7.21 | | 273.15 |
| Check | 02/08/2016 | EFT | Dairy Queen | Lunch | 21.20 | | 294.35 |
| Check | 02/11/2016 | EFT | Shiners | lunch | 23.84 | | 318.19 |
| Check | 02/12/2016 | EFT | Wendy's | lunch | 12.27 | | 330.46 |
| Check | 02/12/2016 | EFT | Arby's | Supper | 16.50 | | 346.96 |
| Check | 02/16/2016 | EFT | Los Mariachis Mexican Food | lunch | 49.25 | | 396.21 |
| Check | 02/17/2016 | EFT | Hardee's | breakfast | 12.15 | | 408.36 |
| Check | 02/22/2016 | EFT | Arby's | lunch | 5.06 | | 413.42 |
| Check | 02/24/2016 | EFT | Hardee's | lunch | 12.40 | | 425.82 |
| Check | 02/26/2016 | EFT | Papa John's | Supper | 26.91 | | 452.73 |
| Check | 02/28/2016 | EFT | Bradfordsville Superior Food Mart | lunch | 20.91 | | 473.64 |
| Total 54.985 · Food | | | | | 248.82 | 0.00 | 473.64 |
| Total 54 · Employee Benefits | | | | | 248.82 | 0.00 | 473.64 |
| Total 34 · Payroll Expenses | | | | | 248.82 | 0.00 | 473.64 |
| **38 · Utilities** | | | | | | | 2,229.43 |
| **38.1 · Electricity** | | | | | | | 1,592.86 |
| Check | 02/04/2016 | 763 | Inter County RECC | shop | 68.52 | | 1,661.38 |
| Check | 02/10/2016 | 771 | Inter County RECC | Grain Dry | 794.82 | | 2,456.20 |
| Check | 02/10/2016 | 772 | Inter County RECC | House | 280.06 | | 2,736.26 |
| Check | 02/29/2016 | 788 | Inter County RECC | shop | 100.06 | | 2,836.32 |
| Total 38.1 · Electricity | | | | | 1,243.46 | 0.00 | 2,836.32 |
| **38.2 · Telephone** | | | | | | | 0.00 |
| Check | 02/16/2016 | 775 | Windstream | Internet, dish and phone | 227.40 | | 227.40 |
| Total 38.2 · Telephone | | | | | 227.40 | 0.00 | 227.40 |
| **38.3 · Cell Phones** | | | | | | | 165.65 |
| Check | 02/02/2016 | 759 | Bluegrass Celular | | 149.30 | | 314.95 |
| Total 38.3 · Cell Phones | | | | | 149.30 | 0.00 | 314.95 |
| **38.4 · Water** | | | | | | | 57.15 |
| Check | 02/02/2016 | 755 | Marion County Water | house | 53.11 | | 110.26 |
| Check | 02/02/2016 | 756 | Marion County Water | grain bins | 8.73 | | 118.99 |
| Total 38.4 · Water | | | | | 61.84 | 0.00 | 118.99 |
| **38.5 · Gas** | | | | | | | 202.83 |
| Check | 02/15/2016 | 777 | LG&E | grain bins | 204.98 | | 407.81 |
| Total 38.5 · Gas | | | | | 204.98 | 0.00 | 407.81 |
| **38 · Utilities - Other** | | | | | | | 210.94 |
| Total 38 · Utilities - Other | | | | | | | 210.94 |
| Total 38 · Utilities | | | | | 1,886.98 | 0.00 | 4,116.41 |
| **39 · Insurance** | | | | | | | 0.00 |
| Check | 02/15/2016 | 776 | Farm Bureau | 6 months auto insurance, Michael's tr... | 1,403.21 | | 1,403.21 |
| Total 39 · Insurance | | | | | 1,403.21 | 0.00 | 1,403.21 |
| **40 · Miscellaneous** | | | | | | | 44.44 |
| **40.2 · Office Supplies** | | | | | | | 0.00 |
| Check | 02/15/2016 | EFT | Amazon | Laptop battery | 26.29 | | 26.29 |
| Total 40.2 · Office Supplies | | | | | 26.29 | 0.00 | 26.29 |
| **40.3 · Travel & Ent** | | | | | | | 12.66 |
| **40.34 · Travel** | | | | | | | 12.66 |
| Total 40.34 · Travel | | | | | | | 12.66 |
| Total 40.3 · Travel & Ent | | | | | | | 12.66 |
| **40 · Miscellaneous - Other** | | | | | | | 31.78 |
| Check | 02/03/2016 | EFT | Citizens National Bank | personal check order | 14.34 | | 46.12 |
| Check | 02/05/2016 | EFT | Calvary Store | Snacks and drinks | 16.51 | | 62.63 |
| Check | 02/27/2016 | EFT | Calvary Store | Beer and gas | 24.37 | | 87.00 |
| Total 40 · Miscellaneous - Other | | | | | 55.22 | 0.00 | 87.00 |

2:24 PM
03/11/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of February 29, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 40 · Miscellaneous | | | | | 81.51 | 0.00 | 125.95 |
| **43 · Equipment Repairs** | | | | | | | 392.58 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 366.61 |
| Check | 02/07/2016 | EFT | Norby's | Semi | 17.51 | | 384.12 |
| Check | 02/07/2016 | 766 | American Tire | Semi tire | 713.19 | | 1,097.31 |
| Check | 02/15/2016 | EFT | Lowe's | Filter | 11.64 | | 1,108.95 |
| Check | 02/29/2016 | EFT | Phillips Repair | lawnmower | 20.53 | | 1,129.48 |
| Check | 02/29/2016 | EFT | Lebanon Machine Shop | parts | 30.65 | | 1,160.13 |
| Total 43 · Equipment Repairs - Other | | | | | 793.52 | 0.00 | 1,160.13 |
| Total 43 · Equipment Repairs | | | | | 793.52 | 0.00 | 1,186.10 |
| **45 · Fuel & Oil** | | | | | | | 272.91 |
| **45.1 · Diesel Fuel** | | | | | | | 172.24 |
| Check | 02/04/2016 | EFT | Five Star Food Mart | michael's truck | 60.98 | | 233.22 |
| Check | 02/05/2016 | EFT | Handy Food Mart | Diesel semi | 150.01 | | 383.23 |
| Check | 02/14/2016 | EFT | Five Star Food Mart | Michael's truck | 58.70 | | 441.93 |
| Check | 02/24/2016 | EFT | Five Star Food Mart | Michael's truck | 51.58 | | 493.51 |
| Total 45.1 · Diesel Fuel | | | | | 321.27 | 0.00 | 493.51 |
| **45.2 · Gasoline** | | | | | | | 100.67 |
| Check | 02/08/2016 | EFT | Sams Club | Megan | 20.56 | | 121.23 |
| Check | 02/18/2016 | EFT | Murphy's Oil | Megan | 22.41 | | 143.64 |
| Total 45.2 · Gasoline | | | | | 42.97 | 0.00 | 143.64 |
| Total 45 · Fuel & Oil | | | | | 364.24 | 0.00 | 637.15 |
| 51 · Supplies | | | | | | | 27.39 |
| **52 · Professional Fees** | | | | | | | 334.94 |
| **52.5 · Dues and Subscriptions** | | | | | | | 334.94 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 334.94 |
| Total 52 · Professional Fees | | | | | | | 334.94 |
| **73.997 · Health Insurance** | | | | | | | 436.82 |
| Total 73.997 · Health Insurance | | | | | | | 436.82 |
| **73.998 · Life Insurance** | | | | | | | 327.18 |
| Check | 02/01/2016 | | Grange Life Insurance | Megan | 6.78 | | 333.96 |
| Check | 02/21/2016 | | Farm Bureau | Michael, Megan, Addie, Lane and An... | 188.60 | | 522.56 |
| Check | 02/21/2016 | | Met Life | Michael | 131.80 | | 654.36 |
| Total 73.998 · Life Insurance | | | | | 327.18 | 0.00 | 654.36 |
| **74 · Family Living** | | | | | | | 3,780.31 |
| **74.983 · Pat's Pharmacy** | | | | | | | 30.00 |
| Check | 02/08/2016 | EFT | Pat's Pharmacy | Addie's medicine | 15.00 | | 45.00 |
| Total 74.983 · Pat's Pharmacy | | | | | 15.00 | 0.00 | 45.00 |
| **74.985 · Food** | | | | | | | 1,293.63 |
| Check | 02/01/2016 | 753 | Kroger | groceries | 164.94 | | 1,458.57 |
| Check | 02/01/2016 | EFT | Wal-Mart | groceries and household supplies | 102.96 | | 1,561.53 |
| Check | 02/01/2016 | EFT | McDonalds | supper before Addie's volleyball game | 12.21 | | 1,573.74 |
| Check | 02/04/2016 | 762 | Wal-Mart | groceries | 64.26 | | 1,638.00 |
| Check | 02/04/2016 | EFT | Wal-Mart | medicine | 30.71 | | 1,668.71 |
| Check | 02/06/2016 | EFT | Mr. Gatti's | lunch | 29.28 | | 1,697.99 |
| Check | 02/07/2016 | EFT | Huddle House | Breakfast | 38.48 | | 1,736.47 |
| Check | 02/07/2016 | EFT | Wal-Mart | Groceries | 43.79 | | 1,780.26 |
| Check | 02/08/2016 | 768 | Sams Club | groceries and household supplies | 196.29 | | 1,976.55 |
| Check | 02/08/2016 | EFT | Sams Club | Snack | 6.12 | | 1,982.67 |
| Check | 02/09/2016 | 769 | Wal-Mart | groceries | 64.92 | | 2,047.59 |
| Check | 02/12/2016 | EFT | Starbucks | Addie's coffee | 6.89 | | 2,054.48 |
| Check | 02/14/2016 | EFT | Five Star Food Mart | Snack | 4.67 | | 2,059.15 |
| Check | 02/14/2016 | EFT | Wal-Mart | groceries | 12.31 | | 2,071.46 |
| Check | 02/14/2016 | EFT | buffalo wings and rings | Michael and Addie | 50.41 | | 2,121.87 |
| Check | 02/17/2016 | 780 | Wal-Mart | groceries | 102.41 | | 2,224.28 |
| Check | 02/19/2016 | EFT | Frisch's | lunch | 10.15 | | 2,234.43 |
| Check | 02/20/2016 | 783 | Kroger | groceries | 49.62 | | 2,284.05 |
| Check | 02/20/2016 | EFT | Chaser's | Supper | 45.62 | | 2,329.67 |
| Check | 02/23/2016 | 784 | Wal-Mart | groceries | 185.33 | | 2,515.00 |
| Check | 02/25/2016 | 785 | Wal-Mart | Stuff for Lane's birthday party | 47.41 | | 2,562.41 |
| Check | 02/26/2016 | EFT | Los Mariachis Mexican Food | lunch | 34.58 | | 2,596.99 |
| Check | 02/29/2016 | 789 | Wal-Mart | Groceries and easter | 202.64 | | 2,799.63 |
| Total 74.985 · Food | | | | | 1,506.00 | 0.00 | 2,799.63 |
| **74.986 · Household Operating** | | | | | | | 23.00 |
| Total 74.986 · Household Operating | | | | | | | 23.00 |
| **74.988 · House Repairs** | | | | | | | 204.00 |
| Total 74.988 · House Repairs | | | | | | | 204.00 |
| **74.989 · Clothing** | | | | | | | 441.90 |
| Deposit | 02/02/2016 | DEP | Southern Tots | Refund | | 19.00 | 422.90 |
| Check | 02/05/2016 | EFT | Born to be Sassy | Me and Addie | 67.98 | | 490.88 |
| Check | 02/07/2016 | EFT | Kohl's | Addie | 59.25 | | 550.13 |
| Check | 02/10/2016 | EFT | Laurie Belle Boutique | Addie | 39.00 | | 589.13 |
| Check | 02/12/2016 | EFT | Pink Coconut | Easter dress (Megan) | 41.00 | | 630.13 |

2:24 PM  
03/11/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of February 29, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 02/14/2016 | EFT | Amazon | Winter clothes and boots | 188.44 | | 818.57 |
| Check | 02/20/2016 | 782 | Hibbett's | Cleats and softballs for Addie and La... | 105.99 | | 924.56 |
| Check | 02/21/2016 | EFT | Zulily | Lane's First Communion Suit | 30.94 | | 955.50 |
| Check | 02/22/2016 | EFT | Venus Clothing | Megan | 33.15 | | 988.65 |
| Check | 02/23/2016 | EFT | Pink Lily Boutique | Megan (Easter) | 45.11 | | 1,033.76 |
| Check | 02/23/2016 | EFT | Maurices Clothing Store | Megan | 72.08 | | 1,105.84 |
| Check | 02/23/2016 | EFT | Belk | Addie (Easter and spring and summe... | 191.17 | | 1,297.01 |
| Total 74.989 · Clothing | | | | | 874.11 | 19.00 | 1,297.01 |
| **74.990 · Personal Items** | | | | | | | 709.64 |
| Check | 02/02/2016 | EFT | Citizens National Bank | cash | 60.00 | | 769.64 |
| Check | 02/06/2016 | 765 | Shear Delight | Megan Hair cut | 48.07 | | 817.71 |
| Check | 02/09/2016 | EFT | Smart Style | Eyebrow wax and product | 26.50 | | 844.21 |
| Check | 02/12/2016 | EFT | Kroger | Medicine for Lane | 10.17 | | 854.38 |
| Check | 02/13/2016 | EFT | Birthday Express | Lane's birthday supplies | 48.45 | | 902.83 |
| Check | 02/15/2016 | 774 | Wal-Mart | Lane's birthday present from us and t... | 254.27 | | 1,157.10 |
| Check | 02/23/2016 | EFT | Smart Style | hair product | 47.46 | | 1,204.56 |
| Check | 02/27/2016 | 786 | Hair Zone | Michael, Lane and Andew haircuts | 36.00 | | 1,240.56 |
| Deposit | 02/29/2016 | DEP | Citizens National Bank | yard sale | | 200.00 | 1,040.56 |
| Total 74.990 · Personal Items | | | | | 530.92 | 200.00 | 1,040.56 |
| **74.991 · Entertainment/Recreation** | | | | | | | 184.04 |
| Check | 02/01/2016 | EFT | Amazon | app | 1.05 | | 185.09 |
| Check | 02/05/2016 | 764 | Marion County Little League | Addie's softball fee | 60.00 | | 245.09 |
| Check | 02/11/2016 | EFT | Amazon | App | 3.17 | | 248.26 |
| Check | 02/15/2016 | 779 | Saint Augustine | Addie and Lane's yearbooks | 40.00 | | 288.26 |
| Check | 02/15/2016 | EFT | Google | App | 4.93 | | 293.19 |
| Check | 02/15/2016 | EFT | Amazon | App | 2.11 | | 295.30 |
| Check | 02/20/2016 | 781 | Marion County Youth Soccer | Lane's sign up | 45.00 | | 340.30 |
| Check | 02/22/2016 | EFT | Amazon | App | 3.17 | | 343.47 |
| Check | 02/22/2016 | EFT | Google | App | 4.36 | | 347.83 |
| Total 74.991 · Entertainment/Recreation | | | | | 163.79 | 0.00 | 347.83 |
| **74.992 · Education/Reading** | | | | | | | 471.34 |
| Check | 02/02/2016 | 760 | Smart Tuition | Addie and Lane's tuition | 433.34 | | 904.68 |
| Check | 02/09/2016 | 770 | Girl Scout Troop 1833 | Cookie sales | 40.00 | | 944.68 |
| Check | 02/24/2016 | EFT | Smart Tuition | Registration fee 2016-2017 (Addie,L... | 102.65 | | 1,047.33 |
| Check | 02/29/2016 | 787 | Smart Tuition | March payment | 433.34 | | 1,480.67 |
| Total 74.992 · Education/Reading | | | | | 1,009.33 | 0.00 | 1,480.67 |
| **74.993 · Gifts** | | | | | | | 248.12 |
| Check | 02/01/2016 | EFT | Amazon | Valentine (5) and birthday gifts (1) | 138.43 | | 386.55 |
| Check | 02/05/2016 | EFT | Wal-Mart | Lane's birthday present | 66.60 | | 453.15 |
| Check | 02/07/2016 | EFT | Amazon | Valentines | 46.79 | | 499.94 |
| Check | 02/07/2016 | EFT | Amazon | Head Phones (3) | 71.94 | | 571.88 |
| Check | 02/20/2016 | EFT | Robin's Embroidery | Addie | 10.60 | | 582.48 |
| Total 74.993 · Gifts | | | | | 334.36 | 0.00 | 582.48 |
| **74.994 · Transportation** | | | | | | | 20.00 |
| Check | 02/12/2016 | EFT | American Bellevue | Michael's plane ticket | 320.70 | | 340.70 |
| Total 74.994 · Transportation | | | | | 320.70 | 0.00 | 340.70 |
| **74.999 · Lunch Money** | | | | | | | 0.00 |
| Check | 02/01/2016 | 754 | Saint Augustine Lunchroom | Addie and Lane lunch money | 200.00 | | 200.00 |
| Total 74.999 · Lunch Money | | | | | 200.00 | 0.00 | 200.00 |
| **74 · Family Living - Other** | | | | | | | 154.64 |
| Deposit | 02/01/2016 | | Amazon | Deposit | | 9.52 | 145.12 |
| Check | 02/01/2016 | EFT | Amazon | To correct December statement | 1.47 | | 146.59 |
| Check | 02/03/2016 | 761 | Lebanon Pediatrics | Addie's co pay | 40.00 | | 186.59 |
| Check | 02/08/2016 | 767 | Kosair's | Addie's dr appointment co pay | 60.00 | | 246.59 |
| Check | 02/22/2016 | EFT | Citizens National Bank | Cash | 100.00 | | 346.59 |
| Total 74 · Family Living - Other | | | | | 201.47 | 9.52 | 346.59 |
| Total 74 · Family Living | | | | | 5,155.68 | 228.52 | 8,707.47 |
| **TOTAL** | | | | | 18,983.82 | 18,983.82 | 0.00 |