UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM MICHAEL BUCKMAN | ) | CASE NO. 15-32674 |
| MEGAN LEAH BUCKMAN | ) | CHAPTER 12 |
| | ) | |
| DEBTORS | ) | |
| | ) | |

## AGREED ORDER

This matter having come before the Court on Farm Credit Mid-America, PCA's Limited Objection to the Debtors' First Amended Chapter 12 Plan, and by agreement between Farm Credit and the Debtors, as evidenced by the signatures of their undersigned counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED as follows:

1. That upon entry of this Agreed Order, the Debtors shall remit to Farm Credit approximately $4,000.00 they are now holding, which represents partial proceeds of their 2015 crop.

2. That the Debtors shall also remit to Farm Credit the additional sum of $36,567.28, representing corn which has been sold, but for which the Debtors have not yet received payment. Said sum shall be remitted to Farm Credit within seven (7) days of the Debtors' receipt of same.

3. That no later than June 1, 2016 the Debtors shall sell the remaining 8000 bushels of corn for no less than $4.24/bushel and remit the proceeds of same to Farm Credit within seven (7) days of their receipt of said proceeds. The Debtors do not guarantee the collectability of the proceeds: however, the Debtors agree to take appropriate legal action to collect said proceeds, should same become necessary or advisable.

4. That the Debtors' First Amended Plan dated April 4, 2016 is further amended, to provide that Farm Credit's $50,000.00 claim, as set forth in Paragraph #55 of the First Amended Plan, shall be paid at the rate of $5,000 per year, with the first $5,000 installment to be paid no later than February 1, 2017, and with future $5,000 installments to be paid on the first day of February in each successive year until paid in full on or before February 1, 2026. During the pendency of this Chapter 12 Case, such payments shall be made to the Trustee as provided in Paragraph #55 of the First Amended Plan.

5. That within ten (10) days of entry of this Agreed Order, the Debtors shall execute a Mortgage in favor of Farm Credit on all of their real estate located in Marion County for the purpose of securing the $50,000.00 claim described in Paragraph 4 hereinabove.

HAVE SEEN AND AGREED TO:

*Joan A. Floyd*
Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 28, 2016

*James E. McGhee III* (by LKB, per e-mail authorization)
James E. McGhee III
Kaplan & Partners LLP
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
(502) 416-1634
COUNSEL FOR DEBTORS

*Lisa Koch Bryant*
Lisa Koch Bryant
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky 40202
(502) 584-1000
COUNSEL FOR FARM CREDIT