UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM MICHAEL BUCKMAN | ) | |
| AND | ) | |
| MEGAN LEAH BUCKMAN | ) | CASE NO. 15-32674-jal |
| | ) | |
| DEBTORS | ) | |
| | ) | |

**ORDER CONFIRMING**
**FIRST AMENDED CHAPTER 12 PLAN DATED APRIL 4, 2016**

On April 26, 2016, it having been determined after notice and a hearing that:

1. Debtors are eligible for relief under chapter 12.

2. The First Amended Chapter 12 Plan Dated April 4, 2016 filed by the debtors dated April 4, 2016, as modified on April 27, 2016 pursuant to that certain Agreed Order between the debtors and Farm Credit Mid-America, PCA, complies with the provisions of chapter 12 and with the other applicable provisions of the Bankruptcy Code.

3. All fees, charges or other amounts required by applicable law have been paid or will be paid before the effective date of the plan.

4. The plan has been proposed in good faith and not by any means forbidden by law.

5. The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if debtors' estates were liquidated under chapter 7 on the effective date.

6. Each holder of a secured claim has accepted the plan, or the plan provides that each holder of a secured claim shall retain the lien securing its claim and shall receive property that has a value, as of the effective date of the plan, not less than the allowed amount of the claim, or the

plan provides that debtor will surrender to the holder of each secured claim the property securing the claim on or prior to the effective date of the plan.

7. Debtors will be able to make all payments under the plan and to comply with the plan.

8. The debtors have no postpetition domestic support obligations.

9. The plan provides that all of debtors' disposable income over the next 60 months beginning on February 1, 2016, will be applied to make payments under the plan.

IT IS HEREBY ORDERED that the First Amended Chapter 12 Plan Dated April 4, 2016 filed by the debtors dated April 4, 2016, as modified on April 27, 2016 pursuant to that certain Agreed Order between the debtors and Farm Credit Mid-America, PCA is confirmed.

|  |  |
|---|---|
| CHARITY B. NEUKOMM<br>JAMES E. McGHEE III<br>KAPLAN & PARTNERS LLP<br>710 West Main Street<br>Fourth Floor<br>Louisville KY 40202<br>Telephone: 502-416-1634<br>Facsimile: 502-540-8282<br>E-mail: cneukomm@kplouisville.com<br>E-mail: jmcghee@kplouisville.com | Joan A. Lloyd<br>United States Bankruptcy Judge<br>Dated:  April 28, 2016 |

2