Month of May, 2016

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>     $ _____

New loan received this month (if any): $ 6,800

Wages earned from outside work:     $ _____

Other receipts: Equipment Rental     $ _____

Total Cash Receipts     $ 6,800

II. <u>Expenses Paid</u>:

Total amount paid for household or living expense:     $ 5,731.38

Operating expenses paid (itemize): $4,055.41

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $217.82 |
| Utilities | $698.15 |
| Insurance | $1,337.18 |
| Miscellaneous | $491.28 |
| Land Rent | |
| Equipment Repairs | $549.67 |
| Fuel & Oil | $616.56 |
| Supplies | $43.41 |
| Professional Fees | $101.34 |

Plan payments made to Chapter 12 Trustee  $ _____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 05/09/16 | Huntington Bank | 887 | $680.45 | Megan's car |
| 05/09/16 | PNC Bank | 886 | $863.14 | Michael's truck |
| 05/27/16 | BAC | 912 | $793.71 | House Payment |

Total of direct payments   $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH   $ 12,124.09

Losses due to crop failure or damage   $ _____
Losses due to death or disease of livestock or poultry   $ _____

PROFIT (or loss) FOR MONTH   $ (5,324.09)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:   $ 11,251.09

Income (or Loss) During Month:   $ (5,324.09)

Cash and Bank Account Balance at End of Month:   $ 5,927

IV. Expenses charged but not paid during month (itemize):

Expense   $ _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

7-25-16
Date

_[signature]_
Debtor/Officer of Debtor

_[signature]_

## INSTRUCTIONS FOR
## TAX DEPOSIT STATEMENT

The tax accounts of Federal Withholding Tax, State Withholding Tax, FICA and Sales Tax are all computed in the same manner.

The first month's statement following the filing of the petition the <u>Beginning Tax Payable</u> should be zero. After the first month's statement the beginning tax payable would be the prior month's ending tax payable.

<u>Withheld or Accrued</u>

The amount of taxes that were withheld or accrued during the month should be listed even if they were paid during the month.

<u>Disbursements to Tax Account</u>

Give the dollar amounts that were paid to the tax accounts. List the deposit receipt numbers (if possible send copies of the deposit slips) and/or the check numbers for each deposit.

<u>Ending Tax Payable</u>

This figure is derived by taking the beginning tax payable and adding to it the amounts withheld or accrued and subtracting the amounts paid.

If there are other tax accounts that your company is liable for, please include them or separate exhibits in the same manner as described above.

The tax Deposit Statement must be signed by the debtor or an officer of the debtor company.

<u>EVIDENCE OF PAYMENT</u>

When the taxes are paid, a copy of the documentation is to be provided to the Chapter 12 Trustee.

## TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

### SUMMARY

**FEDERAL WITHHOLDING TAX**

Beginning Withholding Tax Payable  _____

Withheld or Accrued  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check _____
number       _____

Ending Withholding Tax Payable  _____

**STATE WITHHOLDING TAX**

Beginning Withholding Tax Payable  _____

Withheld or Accrued  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check _____
number       _____

Ending Withholding Tax Payable  _____

**FICA WITHHOLDING TAX** (including both employer and employee share)

Beginning FICA Tax Payable  _____

Withheld or Accrued  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check _____
number       _____

Ending FICA Tax Payable  _____

**SALES TAX**

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number        _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

7-25-16
Date

_____
Debtor/Officer of Debtor

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### May 2016

|  | May 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 34 · Payroll Expenses | |
| 54 · Employee Benefits | |
| 54.985 · Food | 217.82 |
| Total 54 · Employee Benefits | 217.82 |
| Total 34 · Payroll Expenses | 217.82 |
| 38 · Utilities | |
| 38.1 · Electricity | 293.46 |
| 38.3 · Cell Phones | 149.34 |
| 38.4 · Water | 39.25 |
| 38 · Utilities - Other | 216.10 |
| Total 38 · Utilities | 698.15 |
| 39 · Insurance | 1,337.18 |
| 40 · Miscellaneous | |
| 40.2 · Office Supplies | 47.00 |
| 40 · Miscellaneous - Other | 444.28 |
| Total 40 · Miscellaneous | 491.28 |
| 43 · Equipment Repairs | |
| 43.0 · Sprayer Repairs | 48.34 |
| 43.1 · Tractor Repair | 413.98 |
| 43.3 · Other Equip Repairs | 8.67 |
| 43 · Equipment Repairs - Other | 78.68 |
| Total 43 · Equipment Repairs | 549.67 |
| 45 · Fuel & Oil | |
| 45.1 · Diesel Fuel | 507.87 |
| 45.2 · Gasoline | 108.69 |
| Total 45 · Fuel & Oil | 616.56 |
| 51 · Supplies | |
| 51.2 · Rent on tanks | 43.41 |
| Total 51 · Supplies | 43.41 |
| 52 · Professional Fees | |
| 52.5 · Dues and Subscriptions | 101.34 |
| Total 52 · Professional Fees | 101.34 |
| **Total Expense** | 4,055.41 |
| **Net Ordinary Income** | -4,055.41 |
| Other Income/Expense | |
| Other Expense | |
| 71 · Medicine | 591.58 |
| 72 · Doctors & Hospitals | 513.81 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.18 |
| 74 · Family Living | |
| 74.983 · Pat's Pharmacy | 15.00 |
| 74.985 · Food | 1,527.99 |
| 74.986 · Household Operating | 23.00 |
| 74.988 · House Repairs | 35.02 |
| 74.989 · Clothing | 898.86 |
| 74.990 · Personal Items | 242.97 |
| 74.991 · Entertainment/Recreation | 44.95 |
| 74.992 · Education/Reading | 433.34 |
| 74.993 · Gifts | 383.93 |
| 74.999 · Lunch Money | 100.00 |

Page 1

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### May 2016

|  | May 16 |
|---|---:|
| 74 · Family Living - Other | 156.93 |
| **Total 74 · Family Living** | 3,861.99 |
| **Total Other Expense** | 5,731.38 |
| **Net Other Income** | -5,731.38 |
| **Net Income** | **-9,786.79** |

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
# General Ledger
## As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 11,251.09 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 10,296.16 |
| Check | 05/01/2016 | 871 | Holy Name Of Mar... | Tithing | | 100.00 | 10,196.16 |
| Check | 05/01/2016 | EFT | LaFuenta | lunch | | 41.17 | 10,154.99 |
| Check | 05/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and... | | 436.82 | 9,718.17 |
| Check | 05/01/2016 | EFT | Grange Life Insura... | Megan | | 6.78 | 9,711.39 |
| Check | 05/02/2016 | 872 | Marion County 4H | Flowers (Fundraiser) | | 30.00 | 9,681.39 |
| Check | 05/02/2016 | 873 | Saint Augustine Lu... | Addie and Lane | | 100.00 | 9,581.39 |
| Check | 05/02/2016 | EFT | Amazon | game | | 3.17 | 9,578.22 |
| Check | 05/03/2016 | EFT | Hardee's | Breakfast | | 12.09 | 9,566.13 |
| Check | 05/03/2016 | EFT | Kroger | equipment | | 57.72 | 9,508.41 |
| Check | 05/03/2016 | EFT | Kroger | Michael's truck | | 52.03 | 9,456.38 |
| Check | 05/03/2016 | EFT | Lebanon Machine ... | Tire | | 8.67 | 9,447.71 |
| Check | 05/03/2016 | EFT | Norby's | Battery | | 12.01 | 9,435.70 |
| Check | 05/03/2016 | EFT | Amazon | Game | | 3.17 | 9,432.53 |
| Check | 05/03/2016 | EFT | Amazon | Game | | 3.17 | 9,429.36 |
| Check | 05/03/2016 | EFT | Amazon | game | | 1.05 | 9,428.31 |
| Check | 05/03/2016 | EFT | Amazon | game | | 1.05 | 9,427.26 |
| Check | 05/04/2016 | 876 | Wal-Mart | groceries | | 98.69 | 9,328.57 |
| Check | 05/04/2016 | EFT | JcPenny | Early bday present for Addie | | 88.34 | 9,240.23 |
| Check | 05/04/2016 | EFT | Hardee's | breakfast | | 5.71 | 9,234.52 |
| Check | 05/04/2016 | EFT | Lemon Drop | Megan | | 27.94 | 9,206.58 |
| Check | 05/05/2016 | 877 | Sams Club | groceries and supplies | | 231.75 | 8,974.83 |
| Check | 05/05/2016 | EFT | Hardee's | lunch | | 12.53 | 8,962.30 |
| Check | 05/05/2016 | EFT | Jacobi Sales | parts | | 68.68 | 8,893.62 |
| Check | 05/05/2016 | EFT | Lebanon Machine ... | parts and hose | | 133.19 | 8,760.43 |
| Check | 05/05/2016 | EFT | Five Star Food Mart | Megan | | 31.33 | 8,729.10 |
| Check | 05/05/2016 | EFT | Medco Health | Lane's medicine (3 months) | | 591.58 | 8,137.52 |
| Check | 05/06/2016 | 878 | Country Place Gre... | Mother's Day flowers | | 137.22 | 8,000.30 |
| Check | 05/06/2016 | 879 | Wal-Mart | Potting soil and supplies | | 42.19 | 7,958.11 |
| Check | 05/06/2016 | 880 | Citizens National B... | cash | | 200.00 | 7,758.11 |
| Check | 05/06/2016 | EFT | Country Place Gre... | flowers | | 12.88 | 7,745.23 |
| Check | 05/06/2016 | EFT | Wal-Mart | Mother's day | | 28.37 | 7,716.86 |
| Check | 05/07/2016 | EFT | Wal-Mart | groceries | | 13.91 | 7,702.95 |
| Check | 05/08/2016 | EFT | Huddle House | breakfast | | 42.19 | 7,660.76 |
| Check | 05/09/2016 | 881 | Kroger | groceries | | 61.77 | 7,598.99 |
| Check | 05/09/2016 | EFT | Hardee's | breakfast | | 8.19 | 7,590.80 |
| Check | 05/09/2016 | EFT | Kroger | equipment | | 125.00 | 7,465.80 |
| Check | 05/09/2016 | 882 | Allens | pest control | | 23.00 | 7,442.80 |
| Check | 05/09/2016 | 883 | Smart Tuition | Addie and Lane | | 433.34 | 7,009.46 |
| Check | 05/09/2016 | 884 | Bluegrass Celular | | | 149.34 | 6,860.12 |
| Check | 05/09/2016 | 885 | Associated Patholo... | Megan | | 293.81 | 6,566.31 |
| Check | 05/09/2016 | 886 | PNC Bank | Michael's truck | | 863.14 | 5,703.17 |
| Check | 05/09/2016 | 887 | Huntington Bank | Megan's car | | 680.45 | 5,022.72 |
| Check | 05/09/2016 | 888 | Pat's Pharmacy | medicine | | 15.00 | 5,007.72 |
| Check | 05/09/2016 | EFT | Marion County Water | house | | 39.25 | 4,968.47 |
| Check | 05/09/2016 | 889 | Inter County RECC | house | | 163.65 | 4,804.82 |
| Check | 05/09/2016 | 890 | The Lebanon Enter... | yearly renewal | | 41.34 | 4,763.48 |
| Check | 05/09/2016 | 891 | Lemon Drop | Addie and Megan | | 48.95 | 4,714.53 |
| Check | 05/09/2016 | EFT | It Works | | | 45.53 | 4,669.00 |
| Check | 05/09/2016 | EFT | Tom Sparks | bracelets | | 14.00 | 4,655.00 |
| Check | 05/10/2016 | 892 | Lebanon Pediatrics | Addie, Lane and Andrew | | 120.00 | 4,535.00 |
| Check | 05/10/2016 | 893 | Cabelas | Michael | | 119.50 | 4,415.50 |
| Check | 05/10/2016 | EFT | Five Star Food Mart | snack | | 6.12 | 4,409.38 |
| Check | 05/10/2016 | EFT | Old Navy | Addie and Megan | | 68.07 | 4,341.31 |
| Check | 05/10/2016 | EFT | Inter County RECC | grain dry | | 20.96 | 4,320.35 |
| Check | 05/10/2016 | 894 | Inter County RECC | shop | | 42.96 | 4,277.39 |
| Check | 05/10/2016 | 895 | Scott Gross | | | 43.41 | 4,233.98 |
| Check | 05/10/2016 | 896 | Net Flix | movie | | 10.29 | 4,223.69 |
| Check | 05/10/2016 | EFT | Wal-Mart | groceries | | 148.41 | 4,075.28 |
| Check | 05/11/2016 | 897 | Citizens National B... | cash | | 100.00 | 3,975.28 |
| Check | 05/12/2016 | 898 | Wal-Mart | supplies | | 35.02 | 3,940.26 |
| Check | 05/12/2016 | EFT | Girls Round Here ... | Megan | | 43.98 | 3,896.28 |
| Check | 05/12/2016 | EFT | Target | Addie, Lane and Andrew | | 122.67 | 3,773.61 |
| Check | 05/12/2016 | EFT | Family and Internal... | Megan | | 40.00 | 3,733.61 |
| Check | 05/13/2016 | 899 | Wal-Mart | | | 138.05 | 3,595.56 |
| Check | 05/13/2016 | EFT | Marathon Gas | snacks | | 15.16 | 3,580.40 |
| Check | 05/13/2016 | EFT | Car Quest | oil filter | | 10.59 | 3,569.81 |
| Check | 05/13/2016 | EFT | Ragetti's | lunch | | 28.07 | 3,541.74 |
| Check | 05/13/2016 | EFT | Hardee's | breakfast | | 7.77 | 3,533.97 |
| Check | 05/13/2016 | 900 | Hair Zone | Michael, Lane and Andrew haircuts | | 36.00 | 3,497.97 |
| Check | 05/13/2016 | EFT | Frogs and Frills Bo... | Addie and Megan | | 66.89 | 3,431.08 |
| Check | 05/13/2016 | EFT | Crystal... | | | 18.88 | 3,412.20 |
| Check | 05/14/2016 | EFT | Wal-Mart | groceries | | 63.04 | 3,349.16 |
| Check | 05/14/2016 | EFT | Smart Style | hair products | | 27.54 | 3,321.62 |
| Check | 05/15/2016 | 901 | Marion County Hig... | Volleyball camp for Addie | | 60.00 | 3,261.62 |
| Check | 05/15/2016 | EFT | Los Mariachis Mexi... | lunch | | 44.25 | 3,217.37 |
| Check | 05/15/2016 | 903 | Trena Spalding | Softball pictures | | 37.00 | 3,180.37 |
| Check | 05/16/2016 | 904 | Wal-Mart | groceries | | 132.02 | 3,048.35 |

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 05/16/2016 | EFT | Lawson Tractor | parts | | 82.15 | 2,966.20 |
| Check | 05/16/2016 | EFT | Norby's | Anti foam | | 36.33 | 2,929.87 |
| Check | 05/17/2016 | EFT | Kroger | equipment | | 60.53 | 2,869.34 |
| Check | 05/17/2016 | EFT | Kroger | equipment | | 12.59 | 2,856.75 |
| Check | 05/17/2016 | EFT | United States Post ... | Stamps | | 47.00 | 2,809.75 |
| Check | 05/17/2016 | 905 | Farm Bureau | home owners insurance | | 1,337.18 | 1,472.57 |
| Check | 05/17/2016 | EFT | Arby's | lunch | | 7.92 | 1,464.65 |
| Check | 05/18/2016 | 906 | Wal-Mart | groceries and 4H supplies | | 177.62 | 1,287.03 |
| Check | 05/18/2016 | EFT | Murphy's Oil | Megan | | 29.30 | 1,257.73 |
| Check | 05/19/2016 | EFT | Hardee's | lunch | | 23.74 | 1,233.99 |
| Check | 05/19/2016 | EFT | Five Star Food Mart | Megan | | 17.46 | 1,216.53 |
| Check | 05/19/2016 | EFT | Norby's | parts | | 31.41 | 1,185.12 |
| Check | 05/20/2016 | EFT | Wal-Mart | groceries | | 2.96 | 1,182.16 |
| Check | 05/20/2016 | EFT | Keystone Cinema | movies | | 22.00 | 1,160.16 |
| Check | 05/20/2016 | EFT | Amazon | app | | 1.05 | 1,159.11 |
| Check | 05/20/2016 | EFT | Citizens National B... | check re-order | | 14.43 | 1,144.68 |
| Check | 05/21/2016 | EFT | Farm Bureau | Michael, megan, Addie, lane and ... | | 188.60 | 956.08 |
| Check | 05/21/2016 | EFT | Met Life | Michael | | 131.80 | 824.28 |
| Check | 05/21/2016 | EFT | Wal-Mart | groceries | | 22.72 | 801.56 |
| Check | 05/21/2016 | EFT | Red Dress Boutique | Megan | | 38.50 | 763.06 |
| Check | 05/23/2016 | 907 | Dr. Hunt | Megan | | 60.00 | 703.06 |
| Check | 05/23/2016 | EFT | Hardee's | lunch | | 12.21 | 690.85 |
| Check | 05/24/2016 | 908 | Wal-Mart | groceries | | 136.54 | 554.31 |
| Check | 05/24/2016 | EFT | Calvary Store | | | 29.85 | 524.46 |
| Check | 05/24/2016 | EFT | Smart Style | shampoo and conditioner | | 15.83 | 508.63 |
| Check | 05/24/2016 | EFT | Los Mariachis Mexi... | lunch | | 64.95 | 443.68 |
| Check | 05/24/2016 | EFT | Citizens National B... | cash | | 100.00 | 343.68 |
| Check | 05/27/2016 | EFT | Amazon | Addie, Lane and Andrew | | 97.92 | 245.76 |
| Check | 05/27/2016 | EFT | Smart Style | hair product | | 12.00 | 233.76 |
| Check | 05/27/2016 | EFT | Norby's | parts | | 20.74 | 213.02 |
| Check | 05/27/2016 | EFT | Laurie Belle Boutiq... | Megan | | 37.00 | 176.02 |
| Deposit | 05/27/2016 | EFT | Citizens National B... | deposit | 6,800.00 | | 6,976.02 |
| Check | 05/27/2016 | 910 | Windstream | Inernet, phone and DISH | | 216.10 | 6,759.92 |
| Check | 05/27/2016 | 911 | Inter County RECC | shop | | 65.89 | 6,694.03 |
| Check | 05/27/2016 | 912 | BAC | | | 793.71 | 5,900.32 |
| Check | 05/28/2016 | 909 | Kroger | groceries | | 120.27 | 5,780.05 |
| Check | 05/29/2016 | 913 | Wal-Mart | groceries | | 86.27 | 5,693.78 |
| Check | 05/29/2016 | EFT | Amazon | Addie, Lane and Andrew | | 126.26 | 5,567.52 |
| Check | 05/30/2016 | EFT | Kohl's | Lane | | 32.28 | 5,535.24 |
| Check | 05/30/2016 | EFT | Maurices Clothing ... | Megan | | 68.90 | 5,466.34 |
| Check | 05/30/2016 | EFT | O'reillys | tractor | | 11.44 | 5,454.90 |
| Check | 05/30/2016 | EFT | Huddle House | breakfast | | 39.84 | 5,415.06 |
| Check | 05/30/2016 | EFT | LaFuenta | supper | | 58.45 | 5,356.61 |
| Check | 05/30/2016 | EFT | Huddle House | lunch | | 19.48 | 5,337.13 |
| Check | 05/31/2016 | EFT | Norby's | parts | | 60.84 | 5,276.29 |
| Check | 05/31/2016 | EFT | John Deere Limest... | Disc blades | | 57.68 | 5,218.61 |
| Check | 05/31/2016 | EFT | Five Star Food Mart | Megan | | 30.60 | 5,188.01 |
| Check | 05/31/2016 | EFT | Norby's | parts | | 15.94 | 5,172.07 |
| Check | 05/31/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 5,072.07 |
| Check | 05/31/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 4,972.07 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 6,800.00 | 12,124.09 | 4,972.07 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 6,800.00 | 12,124.09 | 5,927.00 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -189,452.28 |
| 801.2 · Farm Credit Services | | | | | | | 5,659.28 |
| Total 801.2 · Farm Credit Services | | | | | | | 5,659.28 |
| 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| **802 · Crop Sale Advance** | | | | | | | 0.00 |

Page 2

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Deposit | 05/27/2016 | EFT | Citizens National B... | deposit | | 6,800.00 | -6,800.00 |
| Total 802 · Crop Sale Advance | | | | | 0.00 | 6,800.00 | -6,800.00 |
| Total 801 · Operating Loans | | | | | 0.00 | 6,800.00 | -196,252.28 |
| 841 · Equipment Loans | | | | | | | 6,124.05 |
| 841.5 · Huntington Bank | | | | | | | 4,082.70 |
| Check | 05/09/2016 | 887 | Huntington Bank | Megan's car | 680.45 | | 4,763.15 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 4,763.15 |
| 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 6,804.50 |
| 841.2 · PNC | | | | | | | 12,947.10 |
| Check | 05/09/2016 | 886 | PNC Bank | Michael's truck | 863.14 | | 13,810.24 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 13,810.24 |
| 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| 871 · Real Estate Loans | | | | | | | -115,648.70 |
| 871.1 · BAC Home Loan | | | | | | | -124,593.70 |
| Check | 05/27/2016 | 912 | BAC | | 793.71 | | -123,799.99 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -123,799.99 |
| 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -114,854.99 |
| 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| 3900 · Retained Earnings | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| 01 · Crop Sales | | | | | | | -79,839.28 |
| 01.020 · Yellow Corn Sales | | | | | | | -72,071.19 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -72,071.19 |
| 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01 · Crop Sales | | | | | | | -79,839.28 |
| 11 · Custom Work Income | | | | | | | -3,865.00 |
| 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| Total 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -3,865.00 |
| 21 · Crop Insurance | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |
| 33 · Interest Expense | | | | | | | 32,204.08 |
| 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| 34 · Payroll Expenses | | | | | | | 781.51 |
| 54 · Employee Benefits | | | | | | | 781.51 |
| 54.985 · Food | | | | | | | 781.51 |
| Check | 05/03/2016 | EFT | Hardee's | Breakfast | 12.09 | | 793.60 |
| Check | 05/04/2016 | EFT | Hardee's | breakfast | 5.71 | | 799.31 |
| Check | 05/05/2016 | EFT | Hardee's | lunch | 12.53 | | 811.84 |
| Check | 05/09/2016 | EFT | Hardee's | breakfast | 8.19 | | 820.03 |
| Check | 05/13/2016 | EFT | Marathon Gas | snacks | 15.16 | | 835.19 |
| Check | 05/13/2016 | EFT | Ragetti's | lunch | 28.07 | | 863.26 |

Page 3

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 05/13/2016 | EFT | Hardee's | breakfast | 7.77 | | 871.03 |
| Check | 05/17/2016 | EFT | Arby's | lunch | 7.92 | | 878.95 |
| Check | 05/19/2016 | EFT | Hardee's | lunch | 23.74 | | 902.69 |
| Check | 05/23/2016 | EFT | Hardee's | lunch | 12.21 | | 914.90 |
| Check | 05/24/2016 | EFT | Los Mariachis Mexi... | lunch | 64.95 | | 979.85 |
| Check | 05/30/2016 | EFT | Huddle House | lunch | 19.48 | | 999.33 |
| Total 54.985 · Food | | | | | 217.82 | 0.00 | 999.33 |
| Total 54 · Employee Benefits | | | | | 217.82 | 0.00 | 999.33 |
| Total 34 · Payroll Expenses | | | | | 217.82 | 0.00 | 999.33 |
| 38 · Utilities | | | | | | | 5,722.25 |
| 38.1 · Electricity | | | | | | | 3,401.66 |
| Check | 05/09/2016 | 890 | Inter County RECC | house | 163.65 | | 3,565.31 |
| Check | 05/10/2016 | 894 | Inter County RECC | grain dry | 20.96 | | 3,586.27 |
| Check | 05/10/2016 | 895 | Inter County RECC | shop | 42.96 | | 3,629.23 |
| Check | 05/27/2016 | 911 | Inter County RECC | shop | 65.89 | | 3,695.12 |
| Total 38.1 · Electricity | | | | | 293.46 | 0.00 | 3,695.12 |
| 38.2 · Telephone | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| 38.3 · Cell Phones | | | | | | | 632.42 |
| Check | 05/09/2016 | 884 | Bluegrass Celular | | 149.34 | | 781.76 |
| Total 38.3 · Cell Phones | | | | | 149.34 | 0.00 | 781.76 |
| 38.4 · Water | | | | | | | 274.39 |
| Check | 05/09/2016 | 889 | Marion County Water | house | 39.25 | | 313.64 |
| Total 38.4 · Water | | | | | 39.25 | 0.00 | 313.64 |
| 38.5 · Gas | | | | | | | 520.63 |
| Total 38.5 · Gas | | | | | | | 520.63 |
| 38.6 · Internet | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| 38 · Utilities - Other | | | | | | | 438.34 |
| Check | 05/27/2016 | 910 | Windstream | Inernet, phone and DISH | 216.10 | | 654.44 |
| Total 38 · Utilities - Other | | | | | 216.10 | 0.00 | 654.44 |
| Total 38 · Utilities | | | | | 698.15 | 0.00 | 6,420.40 |
| 39 · Insurance | | | | | | | 1,650.28 |
| Check | 05/17/2016 | 905 | Farm Bureau | home owners insurance | 1,337.18 | | 2,987.46 |
| Total 39 · Insurance | | | | | 1,337.18 | 0.00 | 2,987.46 |
| 40 · Miscellaneous | | | | | | | 668.47 |
| 40.2 · Office Supplies | | | | | | | 26.29 |
| Check | 05/17/2016 | EFT | United States Post ... | Stamps | 47.00 | | 73.29 |
| Total 40.2 · Office Supplies | | | | | 47.00 | 0.00 | 73.29 |
| 40.3 · Travel & Ent | | | | | | | 452.51 |
| 40.33 · Meals | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
| 40.34 · Travel | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| 40.3 · Travel & Ent - Other | | | | | | | 136.00 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 136.00 |
| Total 40.3 · Travel & Ent | | | | | | | 452.51 |
| 40 · Miscellaneous - Other | | | | | | | 189.67 |
| Check | 05/06/2016 | 880 | Citizens National B... | cash | 200.00 | | 389.67 |
| Check | 05/12/2016 | 898 | Citizens National B... | cash | 100.00 | | 489.67 |
| Check | 05/20/2016 | EFT | Citizens National B... | check re-order | 14.43 | | 504.10 |
| Check | 05/24/2016 | EFT | Calvary Store | | 29.85 | | 533.95 |
| Check | 05/24/2016 | EFT | Citizens National B... | cash | 100.00 | | 633.95 |
| Total 40 · Miscellaneous - Other | | | | | 444.28 | 0.00 | 633.95 |
| Total 40 · Miscellaneous | | | | | 491.28 | 0.00 | 1,159.75 |
| 42 · Farm Rent | | | | | | | 12,300.00 |
| 42.1 · Cash Crop Land Rent | | | | | | | 12,300.00 |

Page 4

9:42 PM  
07/22/16  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Total 42.1 · Cash Crop Land Rent | | | | | | | 12,300.00 |
| Total 42 · Farm Rent | | | | | | | 12,300.00 |
| **43 · Equipment Repairs** | | | | | | | 2,329.82 |
| **43.0 · Sprayer Repairs** | | | | | | | 0.00 |
| Check | 05/03/2016 | EFT | Norby's | Battery | 12.01 | | 12.01 |
| Check | 05/16/2016 | EFT | Norby's | Anti foam | 36.33 | | 48.34 |
| Total 43.0 · Sprayer Repairs | | | | | 48.34 | 0.00 | 48.34 |
| **43.1 · Tractor Repair** | | | | | | | 82.15 |
| Check | 05/05/2016 | EFT | Jacobi Sales | parts | 68.68 | | 150.83 |
| Check | 05/05/2016 | EFT | Lebanon Machine ... | parts and hose | 133.19 | | 284.02 |
| Check | 05/16/2016 | EFT | Lawson Tractor | parts | 82.15 | | 366.17 |
| Check | 05/30/2016 | EFT | O'reillys | tractor | 11.44 | | 377.61 |
| Check | 05/31/2016 | EFT | Norby's | parts | 60.84 | | 438.45 |
| Check | 05/31/2016 | EFT | John Deere Limest... | Disc blades | 57.68 | | 496.13 |
| Total 43.1 · Tractor Repair | | | | | 413.98 | 0.00 | 496.13 |
| **43.2 · Truck Repair** | | | | | | | 252.60 |
| Total 43.2 · Truck Repair | | | | | | | 252.60 |
| **43.3 · Other Equip Repairs** | | | | | | | 21.49 |
| Check | 05/03/2016 | EFT | Lebanon Machine ... | Tire | 8.67 | | 30.16 |
| Total 43.3 · Other Equip Repairs | | | | | 8.67 | 0.00 | 30.16 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 1,947.61 |
| Check | 05/13/2016 | EFT | Car Quest | oil filter | 10.59 | | 1,958.20 |
| Check | 05/19/2016 | EFT | Norby's | parts | 31.41 | | 1,989.61 |
| Check | 05/27/2016 | EFT | Norby's | parts | 20.74 | | 2,010.35 |
| Check | 05/31/2016 | EFT | Norby's | parts | 15.94 | | 2,026.29 |
| Total 43 · Equipment Repairs - Other | | | | | 78.68 | 0.00 | 2,026.29 |
| Total 43 · Equipment Repairs | | | | | 549.67 | 0.00 | 2,879.49 |
| **45 · Fuel & Oil** | | | | | | | 1,600.98 |
| **45.1 · Diesel Fuel** | | | | | | | 1,208.46 |
| Check | 05/03/2016 | EFT | Kroger | equipment | 57.72 | | 1,266.18 |
| Check | 05/03/2016 | EFT | Kroger | Michael's truck | 52.03 | | 1,318.21 |
| Check | 05/09/2016 | EFT | Kroger | equipment | 125.00 | | 1,443.21 |
| Check | 05/17/2016 | EFT | Kroger | equipment | 60.53 | | 1,503.74 |
| Check | 05/17/2016 | EFT | Kroger | equipment | 12.59 | | 1,516.33 |
| Check | 05/31/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 1,616.33 |
| Check | 05/31/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 1,716.33 |
| Total 45.1 · Diesel Fuel | | | | | 507.87 | 0.00 | 1,716.33 |
| **45.2 · Gasoline** | | | | | | | 392.52 |
| Check | 05/05/2016 | EFT | Five Star Food Mart | Megan | 31.33 | | 423.85 |
| Check | 05/18/2016 | EFT | Murphy's Oil | Megan | 29.30 | | 453.15 |
| Check | 05/19/2016 | EFT | Five Star Food Mart | Megan | 17.46 | | 470.61 |
| Check | 05/31/2016 | EFT | Five Star Food Mart | Megan | 30.60 | | 501.21 |
| Total 45.2 · Gasoline | | | | | 108.69 | 0.00 | 501.21 |
| Total 45 · Fuel & Oil | | | | | 616.56 | 0.00 | 2,217.54 |
| **51 · Supplies** | | | | | | | 137.74 |
| **51.1 · Small Tools & Supplies** | | | | | | | 31.21 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| **51.2 · Rent on tanks** | | | | | | | 0.00 |
| Check | 05/10/2016 | 896 | Scott Gross | | 43.41 | | 43.41 |
| Total 51.2 · Rent on tanks | | | | | 43.41 | 0.00 | 43.41 |
| **51 · Supplies - Other** | | | | | | | 106.53 |
| Total 51 · Supplies - Other | | | | | | | 106.53 |
| Total 51 · Supplies | | | | | 43.41 | 0.00 | 181.15 |
| **52 · Professional Fees** | | | | | | | 3,465.81 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 3,165.81 |

Page 5

9:42 PM  
07/22/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 05/09/2016 | 891 | The Lebanon Enter... | yearly renewal | 41.34 | | 3,207.15 |
| Check | 05/15/2016 | 901 | Marion County Hig... | Volleyball camp for Addie | 60.00 | | 3,267.15 |
| Total 52.5 · Dues and Subscriptions | | | | | 101.34 | 0.00 | 3,267.15 |
| Total 52 · Professional Fees | | | | | 101.34 | 0.00 | 3,567.15 |
| **70 · Contributions** | | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | | 100.00 |
| **71 · Medicine** | | | | | | | 0.00 |
| Check | 05/05/2016 | EFT | Medco Health | Lane's medicine (3 months) | 591.58 | | 591.58 |
| Total 71 · Medicine | | | | | 591.58 | 0.00 | 591.58 |
| **72 · Doctors & Hospitals** | | | | | | | 1,772.43 |
| Check | 05/09/2016 | 885 | Associated Patholo... | Megan | 293.81 | | 2,066.24 |
| Check | 05/10/2016 | 893 | Lebanon Pediatrics | Addie, Lane and Andrew | 120.00 | | 2,186.24 |
| Check | 05/13/2016 | 899 | Family and Internal... | Megan | 40.00 | | 2,226.24 |
| Check | 05/23/2016 | 907 | Dr. Hunt | Megan | 60.00 | | 2,286.24 |
| Total 72 · Doctors & Hospitals | | | | | 513.81 | 0.00 | 2,286.24 |
| **73.997 · Health Insurance** | | | | | | | 1,310.46 |
| Check | 05/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and... | 436.82 | | 1,747.28 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 1,747.28 |
| **73.998 · Life Insurance** | | | | | | | 1,308.72 |
| Check | 05/01/2016 | EFT | Grange Life Insura... | Megan | 6.78 | | 1,315.50 |
| Check | 05/21/2016 | EFT | Farm Bureau | Michael, megan, Addie, lane and ... | 188.60 | | 1,504.10 |
| Check | 05/21/2016 | EFT | Met Life | Michael | 131.80 | | 1,635.90 |
| Total 73.998 · Life Insurance | | | | | 327.18 | 0.00 | 1,635.90 |
| **74 · Family Living** | | | | | | | 15,842.69 |
| **74.983 · Pat's Pharmacy** | | | | | | | 127.46 |
| Check | 05/09/2016 | 888 | Pat's Pharmacy | medicine | 15.00 | | 142.46 |
| Total 74.983 · Pat's Pharmacy | | | | | 15.00 | 0.00 | 142.46 |
| **74.984 · Dentist** | | | | | | | 124.20 |
| Total 74.984 · Dentist | | | | | | | 124.20 |
| **74.985 · Food** | | | | | | | 5,715.02 |
| Check | 05/01/2016 | EFT | LaFuenta | lunch | 41.17 | | 5,756.19 |
| Check | 05/04/2016 | 876 | Wal-Mart | groceries | 98.69 | | 5,854.88 |
| Check | 05/05/2016 | 877 | Sams Club | groceries and supplies | 231.75 | | 6,086.63 |
| Check | 05/07/2016 | EFT | Wal-Mart | groceries | 13.91 | | 6,100.54 |
| Check | 05/08/2016 | EFT | Huddle House | breakfast | 42.19 | | 6,142.73 |
| Check | 05/09/2016 | 881 | Kroger | groceries | 61.77 | | 6,204.50 |
| Check | 05/10/2016 | EFT | Five Star Food Mart | snack | 6.12 | | 6,210.62 |
| Check | 05/11/2016 | 897 | Wal-Mart | groceries | 148.41 | | 6,359.03 |
| Check | 05/14/2016 | EFT | Wal-Mart | groceries | 63.04 | | 6,422.07 |
| Check | 05/15/2016 | EFT | Los Mariachis Mexi... | lunch | 44.25 | | 6,466.32 |
| Check | 05/16/2016 | 904 | Wal-Mart | groceries | 132.02 | | 6,598.34 |
| Check | 05/18/2016 | 906 | Wal-Mart | groceries and 4H supplies | 177.62 | | 6,775.96 |
| Check | 05/20/2016 | EFT | Wal-Mart | groceries | 2.96 | | 6,778.92 |
| Check | 05/21/2016 | EFT | Wal-Mart | groceries | 22.72 | | 6,801.64 |
| Check | 05/24/2016 | 908 | Wal-Mart | groceries | 136.54 | | 6,938.18 |
| Check | 05/28/2016 | 909 | Kroger | groceries | 120.27 | | 7,058.45 |
| Check | 05/29/2016 | 913 | Wal-Mart | groceries | 86.27 | | 7,144.72 |
| Check | 05/30/2016 | EFT | Huddle House | breakfast | 39.84 | | 7,184.56 |
| Check | 05/30/2016 | EFT | LaFuenta | supper | 58.45 | | 7,243.01 |
| Total 74.985 · Food | | | | | 1,527.99 | 0.00 | 7,243.01 |
| **74.986 · Household Operating** | | | | | | | 114.87 |
| Check | 05/09/2016 | 882 | Allens | pest control | 23.00 | | 137.87 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 137.87 |
| **74.988 · House Repairs** | | | | | | | 204.00 |
| Check | 05/12/2016 | EFT | Wal-Mart | supplies | 35.02 | | 239.02 |
| Total 74.988 · House Repairs | | | | | 35.02 | 0.00 | 239.02 |
| **74.989 · Clothing** | | | | | | | 2,482.93 |
| Check | 05/04/2016 | EFT | Lemon Drop | Megan | 27.94 | | 2,510.87 |
| Check | 05/09/2016 | EFT | Lemon Drop | Addie and Megan | 48.95 | | 2,559.82 |
| Check | 05/10/2016 | EFT | Cabelas | Michael | 119.50 | | 2,679.32 |
| Check | 05/10/2016 | EFT | Old Navy | Addie and Megan | 68.07 | | 2,747.39 |
| Check | 05/12/2016 | EFT | Girls Round Here ... | Megan | 43.98 | | 2,791.37 |

9:42 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 05/12/2016 | EFT | Target | Addie, Lane and Andrew | 122.67 | | 2,914.04 |
| Check | 05/13/2016 | EFT | Frogs and Frills Bo... | Addie and Megan | 66.89 | | 2,980.93 |
| Check | 05/21/2016 | EFT | Red Dress Boutique | Megan | 38.50 | | 3,019.43 |
| Check | 05/27/2016 | EFT | Amazon | Addie, Lane and Andrew | 97.92 | | 3,117.35 |
| Check | 05/27/2016 | EFT | Laurie Belle Boutiq... | Megan | 37.00 | | 3,154.35 |
| Check | 05/29/2016 | EFT | Amazon | Addie, Lane and Andrew | 126.26 | | 3,280.61 |
| Check | 05/30/2016 | EFT | Kohl's | Lane | 32.28 | | 3,312.89 |
| Check | 05/30/2016 | EFT | Maurices Clothing ... | Megan | 68.90 | | 3,381.79 |
| Total 74.989 · Clothing | | | | | 898.86 | 0.00 | 3,381.79 |
| **74.990 · Personal Items** | | | | | | | 1,972.81 |
| Check | 05/06/2016 | 879 | Wal-Mart | Potting soil and supplies | 42.19 | | 2,015.00 |
| Check | 05/06/2016 | EFT | Country Place Gre... | flowers | 12.88 | | 2,027.88 |
| Check | 05/09/2016 | EFT | It Works | | 45.53 | | 2,073.41 |
| Check | 05/10/2016 | 892 | Tom Sparks | bracelets | 14.00 | | 2,087.41 |
| Check | 05/13/2016 | 900 | Hair Zone | Michael, Lane and Andrew haircuts | 36.00 | | 2,123.41 |
| Check | 05/14/2016 | EFT | Smart Style | hair products | 27.54 | | 2,150.95 |
| Check | 05/15/2016 | 903 | Trena Spalding | Softball pictures | 37.00 | | 2,187.95 |
| Check | 05/24/2016 | EFT | Smart Style | shampoo and conditioner | 15.83 | | 2,203.78 |
| Check | 05/27/2016 | EFT | Smart Style | hair product | 12.00 | | 2,215.78 |
| Total 74.990 · Personal Items | | | | | 242.97 | 0.00 | 2,215.78 |
| **74.991 · Entertainment/Recreation** | | | | | | | 659.21 |
| Check | 05/02/2016 | EFT | Amazon | game | 3.17 | | 662.38 |
| Check | 05/03/2016 | EFT | Amazon | Game | 3.17 | | 665.55 |
| Check | 05/03/2016 | EFT | Amazon | Game | 3.17 | | 668.72 |
| Check | 05/03/2016 | EFT | Amazon | game | 1.05 | | 669.77 |
| Check | 05/03/2016 | EFT | Amazon | game | 1.05 | | 670.82 |
| Check | 05/10/2016 | EFT | Net Flix | movie | 10.29 | | 681.11 |
| Check | 05/20/2016 | EFT | Keystone Cinema | movies | 22.00 | | 703.11 |
| Check | 05/20/2016 | EFT | Amazon | app | 1.05 | | 704.16 |
| Total 74.991 · Entertainment/Recreation | | | | | 44.95 | 0.00 | 704.16 |
| **74.992 · Education/Reading** | | | | | | | 1,939.01 |
| Check | 05/09/2016 | 883 | Smart Tuition | Addie and Lane | 433.34 | | 2,372.35 |
| Total 74.992 · Education/Reading | | | | | 433.34 | 0.00 | 2,372.35 |
| **74.993 · Gifts** | | | | | | | 1,447.31 |
| Check | 05/01/2016 | 871 | Holy Name Of Mar... | Tithing | 100.00 | | 1,547.31 |
| Check | 05/02/2016 | 872 | Marion County 4H | Flowers (Fundraiser) | 30.00 | | 1,577.31 |
| Check | 05/04/2016 | EFT | JcPenny | Early bday present for Addie | 88.34 | | 1,665.65 |
| Check | 05/06/2016 | 878 | Country Place Gre... | Mother's Day flowers | 137.22 | | 1,802.87 |
| Check | 05/06/2016 | EFT | Wal-Mart | Mother's day | 28.37 | | 1,831.24 |
| Total 74.993 · Gifts | | | | | 383.93 | 0.00 | 1,831.24 |
| **74.994 · Transportation** | | | | | | | 340.70 |
| Total 74.994 · Transportation | | | | | | | 340.70 |
| **74.999 · Lunch Money** | | | | | | | 200.00 |
| Check | 05/02/2016 | 873 | Saint Augustine Lu... | Addie and Lane | 100.00 | | 300.00 |
| Total 74.999 · Lunch Money | | | | | 100.00 | 0.00 | 300.00 |
| **74 · Family Living - Other** | | | | | | | 515.17 |
| Check | 05/13/2016 | EFT | Wal-Mart | | 138.05 | | 653.22 |
| Check | 05/13/2016 | EFT | Crystal... | | 18.88 | | 672.10 |
| Total 74 · Family Living - Other | | | | | 156.93 | 0.00 | 672.10 |
| Total 74 · Family Living | | | | | 3,861.99 | 0.00 | 19,704.68 |
| **TOTAL** | | | | | 18,924.09 | 18,924.09 | 0.00 |