Month of <u>June</u>, <u>2016</u>

## CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman</u>

CASE NO.: <u>15-32674</u>

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>        $ _____

New loan received this month (if any): $ 32,234.33

Wages earned from outside work: $ _____

Other receipts: Truck Bed Sale    $ 700

      Total Cash Receipts    $ 32,934.33

II. <u>Expenses Paid</u>:

Total amount paid for household or living expense: $ 4,651.60

Operating expenses paid (itemize): $3,644.60

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $304.79 |
| Utilities | $697.89 |
| Insurance | |
| Miscellaneous | $4.87 |
| Land Rent | |
| Equipment Repairs | $1,670.81 |
| Fuel & Oil | $966.24 |
| Supplies | |
| Professional Fees | |

Plan payments made to Chapter 12 Trustee

$ _____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|------|----------|-----------|--------|---|
| 06/24/16 | Huntington Bank | 943 | $680.45 | Megan's car |
| 06/24/16 | PNC Bank | 942 | $863.14 | Michael's truck |
| 06/27/16 | BAC | 949 | $793.71 | House Payment |
| 06/24/16 | Farm Credit | 931 | $24,934.33 | |

Total of direct payments        $ 27,271.63

TOTAL EXPENSES PAID DURING MONTH        $ 35,567.83

Losses due to crop failure or damage        $ _____

Losses due to death or disease of livestock or poultry        $ _____

PROFIT (or loss) FOR MONTH        $ (2,633.50)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:        $ 5,927.00

Income (or Loss) During Month:        $ (2,633.50)

Cash and Bank Account Balance at End of Month:        $ 3,293.50

IV. Expenses charged but not paid during month (itemize):

Expense        $ _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

7-25-16
Date

Debtor/Officer of Debtor

# INSTRUCTIONS FOR
# TAX DEPOSIT STATEMENT

The tax accounts of Federal Withholding Tax, State Withholding Tax, FICA and Sales Tax are all computed in the same manner.

The first month's statement following the filing of the petition the Beginning Tax Payable should be zero. After the first month's statement the beginning tax payable would be the prior month's ending tax payable.

### Withheld or Accrued

The amount of taxes that were withheld or accrued during the month should be listed even if they were paid during the month.

### Disbursements to Tax Account

Give the dollar amounts that were paid to the tax accounts. List the deposit receipt numbers (if possible send copies of the deposit slips) and/or the check numbers for each deposit.

### Ending Tax Payable

This figure is derived by taking the beginning tax payable and adding to it the amounts withheld or accrued and subtracting the amounts paid.

If there are other tax accounts that your company is liable for, please include them or separate exhibits in the same manner as described above.

The tax Deposit Statement must be signed by the debtor or an officer of the debtor company.

### EVIDENCE OF PAYMENT

When the taxes are paid, a copy of the documentation is to be provided to the Chapter 12 Trustee.

## TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

## SUMMARY

**FEDERAL WITHHOLDING TAX**

    Beginning Withholding Tax Payable        _____

    Withheld or Accrued        _____

    Disbursements to Tax Account        _____

    Deposit Receipt
    and/or check _____
    number         _____

    Ending Withholding Tax Payable        _____

**STATE WITHHOLDING TAX**

    Beginning Withholding Tax Payable        _____

    Withheld or Accrued        _____

    Disbursements to Tax Account        _____

    Deposit Receipt
    and/or check _____
    number         _____

    Ending Withholding Tax Payable        _____

**FICA WITHHOLDING TAX** (including both employer and employee share)

    Beginning FICA Tax Payable        _____

    Withheld or Accrued        _____

    Disbursements to Tax Account        _____

    Deposit Receipt
    and/or check _____
    number         _____

    Ending FICA Tax Payable        _____

**SALES TAX**

Beginning Sales Tax Payable  _____

New Sales Tax Payable  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check  _____
number  _____

Ending Sales Tax Payable  _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

7-25-16
Date

_____
Debtor/Officer of Debtor

10:57 PM  
07/22/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 5,927.00 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 4,972.07 |
| Check | 06/01/2016 | EFT | Anthem | Michael, Mega... | | 436.82 | 4,535.25 |
| Check | 06/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 4,528.34 |
| Check | 06/01/2016 | EFT | John Deere Limestone | ball bearing | | 29.58 | 4,498.76 |
| Check | 06/02/2016 | 914 | Wal-Mart | groceries | | 71.41 | 4,427.35 |
| Check | 06/02/2016 | EFT | Wendy's | lunch | | 24.04 | 4,403.31 |
| Check | 06/02/2016 | EFT | Kroger | equipment | | 150.00 | 4,253.31 |
| Check | 06/02/2016 | EFT | Kroger | equipment | | 65.42 | 4,187.89 |
| Check | 06/03/2016 | 915 | KORT | Megan's Physi... | | 200.00 | 3,987.89 |
| Check | 06/03/2016 | EFT | Bradfordsville Superio... | lunch | | 12.33 | 3,975.56 |
| Check | 06/03/2016 | EFT | Wal-Mart | groceries | | 37.31 | 3,938.25 |
| Check | 06/03/2016 | EFT | Kroger | Michael | | 46.82 | 3,891.43 |
| Check | 06/03/2016 | EFT | Arby's | lunch | | 16.60 | 3,874.83 |
| Check | 06/04/2016 | 916 | Shear Delight | hair cut | | 50.96 | 3,823.87 |
| Check | 06/04/2016 | EFT | McDonalds | lunch | | 5.35 | 3,818.52 |
| Check | 06/04/2016 | EFT | LaFuenta | lunch | | 21.95 | 3,796.57 |
| Check | 06/05/2016 | EFT | Citizens National Bank | cash | | 100.00 | 3,696.57 |
| Check | 06/05/2016 | EFT | Wal-Mart | groceries | | 108.52 | 3,588.05 |
| Check | 06/06/2016 | 917 | Bardstown Dermatolgy | Megan | | 40.00 | 3,548.05 |
| Check | 06/06/2016 | EFT | Huddle House | breakfast | | 36.47 | 3,511.58 |
| Check | 06/06/2016 | EFT | Sirus XM | renewal | | 76.34 | 3,435.24 |
| Check | 06/06/2016 | EFT | Southern Recollection | Addie | | 24.95 | 3,410.29 |
| Deposit | 06/06/2016 | DEP | Amazon | REfund | 94.82 | | 3,505.11 |
| Check | 06/07/2016 | EFT | Wendy's | lunch | | 15.83 | 3,489.28 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | | 100.00 | 3,389.28 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | | 14.90 | 3,374.38 |
| Check | 06/07/2016 | EFT | Amazon | Lucas's birthday | | 24.99 | 3,349.39 |
| Check | 06/08/2016 | 918 | Dr. Hunt | Megan | | 40.00 | 3,309.39 |
| Check | 06/08/2016 | 919 | Wal-Mart | groceries | | 156.47 | 3,152.92 |
| Check | 06/08/2016 | EFT | Lawson Tractor | hydro oil | | 82.15 | 3,070.77 |
| Check | 06/08/2016 | EFT | Smart Style | hair product | | 84.19 | 2,986.58 |
| Check | 06/08/2016 | EFT | Norby's | parts | | 28.20 | 2,958.38 |
| Check | 06/08/2016 | EFT | It Works | | | 45.53 | 2,912.85 |
| Check | 06/09/2016 | 920 | Sandra Buckman Jones | Megan and Mic... | | 25.00 | 2,887.85 |
| Check | 06/09/2016 | 921 | Allens | pest control | | 23.00 | 2,864.85 |
| Check | 06/09/2016 | 922 | Smart Tuition | tuition | | 433.26 | 2,431.59 |
| Check | 06/09/2016 | 923 | Quest Diagnostics | Andrew | | 50.84 | 2,380.75 |
| Check | 06/09/2016 | 924 | Bluegrass Celular | | | 149.34 | 2,231.41 |
| Check | 06/09/2016 | 925 | Lebanon Pediatrics | bill | | 50.32 | 2,181.09 |
| Check | 06/09/2016 | 926 | Peoples Bank | Safety deposit ... | | 10.00 | 2,171.09 |
| Check | 06/09/2016 | 927 | Pat's Pharmacy | medicine | | 20.96 | 2,150.13 |
| Check | 06/09/2016 | 928 | Marion County Water | grain bins | | 16.47 | 2,133.66 |
| Check | 06/09/2016 | 929 | Marion County Water | house | | 50.19 | 2,083.47 |
| Check | 06/09/2016 | EFT | LaFuenta | lunch | | 38.45 | 2,045.02 |
| Check | 06/09/2016 | EFT | Lawson Tractor | oil | | 82.15 | 1,962.87 |
| Check | 06/10/2016 | EFT | AllStars Food Mart | Megan | | 38.74 | 1,924.13 |
| Check | 06/10/2016 | EFT | Napa | belts for sprayer | | 60.42 | 1,863.71 |
| Check | 06/10/2016 | EFT | Hardee's | lunch | | 13.60 | 1,850.11 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,750.11 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | Michael | | 98.74 | 1,651.37 |
| Check | 06/10/2016 | EFT | Amazon | Addie | | 22.94 | 1,628.43 |
| Check | 06/10/2016 | EFT | Norby's | parts | | 27.06 | 1,601.37 |
| Check | 06/11/2016 | 930 | Kroger | groceries | | 90.65 | 1,510.72 |
| Check | 06/11/2016 | EFT | LaFuenta | lunch | | 48.25 | 1,462.47 |
| Check | 06/11/2016 | EFT | Net Flix | | | 10.29 | 1,452.18 |
| Check | 06/12/2016 | EFT | Wal-Mart | Addie's birthda... | | 184.44 | 1,267.74 |
| Check | 06/12/2016 | EFT | Citizens National Bank | cash | | 100.00 | 1,167.74 |
| Deposit | 06/13/2016 | DEP | Citizens National Bank | truck bed | 700.00 | | 1,867.74 |
| Deposit | 06/13/2016 | DEP | | error in checking | 205.13 | | 2,072.87 |
| Deposit | 06/14/2016 | DEP | Citizens National Bank | 7788.86 busel ... | 24,934.33 | | 27,007.20 |
| Check | 06/14/2016 | 931 | Farm Credit Services | loan payment | | 24,934.33 | 2,072.87 |
| Check | 06/14/2016 | EFT | Wendy's | lunch | | 10.79 | 2,062.08 |
| Check | 06/14/2016 | 932 | Wal-Mart | groceries | | 108.49 | 1,953.59 |
| Check | 06/14/2016 | EFT | Shiners | Addie's birthda... | | 76.42 | 1,877.17 |
| Check | 06/15/2016 | 933 | KORT | 4 copays - Meg... | | 160.00 | 1,717.17 |
| Check | 06/15/2016 | 934 | Inter County RECC | house | | 174.74 | 1,542.43 |
| Check | 06/15/2016 | 935 | Inter County RECC | grain bins | | 18.05 | 1,524.38 |
| Check | 06/15/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,424.38 |
| Check | 06/15/2016 | EFT | Arby's | lunch | | 16.37 | 1,408.01 |
| Check | 06/16/2016 | EFT | Five Star Food Mart | Megan | | 33.55 | 1,374.46 |
| Check | 06/17/2016 | 936 | Wal-Mart | groceries and ... | | 155.63 | 1,218.83 |
| Check | 06/17/2016 | EFT | McDonalds | lunch | | 21.28 | 1,197.55 |
| Deposit | 06/17/2016 | DEP | Red Dress Boutique | REfund | 32.00 | | 1,229.55 |
| Check | 06/18/2016 | EFT | Wal-Mart | grill | | 78.61 | 1,150.94 |
| Check | 06/18/2016 | EFT | Murphy's Oil | Michael | | 61.93 | 1,089.01 |
| Check | 06/18/2016 | EFT | Amazon | app | | 2.11 | 1,086.90 |
| Check | 06/19/2016 | EFT | Ragetti's | lunch | | 43.35 | 1,043.55 |

Page 1

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 06/19/2016 | EFT | Five Star Food Mart | | | 28.08 | 1,015.47 |
| Check | 06/20/2016 | EFT | The Lebanon Enterprise | yard sale ad | | 18.40 | 997.07 |
| Check | 06/20/2016 | 937 | Dr. Smith | Megan, Addie ... | | 115.00 | 882.07 |
| Check | 06/20/2016 | 938 | Wal-Mart | groceries | | 20.45 | 861.62 |
| Check | 06/20/2016 | EFT | Wal-Mart | supplies | | 15.87 | 845.75 |
| Check | 06/20/2016 | EFT | Marlilly Boutique | Megan | | 47.48 | 798.27 |
| Check | 06/21/2016 | | Farm Bureau | Michael, Mega... | | 188.60 | 609.67 |
| Check | 06/21/2016 | | Met Life | Michael | | 131.80 | 477.87 |
| Check | 06/21/2016 | 939 | Lebanon Physicans fo... | Megan | | 60.00 | 417.87 |
| Check | 06/21/2016 | EFT | LabCorp | Megan's blood ... | | 79.12 | 338.75 |
| Check | 06/22/2016 | EFT | Five Star Food Mart | | | 5.28 | 333.47 |
| Check | 06/22/2016 | EFT | Children's Place | Kids (3) unifor... | | 267.17 | 66.30 |
| Check | 06/22/2016 | EFT | PS Aeropastel | Addie's unifor... | | 78.23 | -11.93 |
| Check | 06/22/2016 | EFT | JoAnn's Fabric | paint | | 1.46 | -13.39 |
| Deposit | 06/23/2016 | DEP | Citizens National Bank | From Ronnie | 7,300.00 | | 7,286.61 |
| Check | 06/24/2016 | 940 | Wal-Mart | groceries | | 100.81 | 7,185.80 |
| Check | 06/24/2016 | EFT | Murphy's Oil | Megan | | 30.01 | 7,155.79 |
| Check | 06/24/2016 | EFT | Smart Style | hair product | | 48.15 | 7,107.64 |
| Check | 06/24/2016 | 941 | Windstream | Phone, Interne... | | 216.10 | 6,891.54 |
| Check | 06/24/2016 | 942 | PNC Bank | Michael's truck | | 863.14 | 6,028.40 |
| Check | 06/24/2016 | 943 | Huntington Bank | Megan's car | | 680.45 | 5,347.95 |
| Check | 06/24/2016 | 944 | Family and Internal M... | Megan | | 21.36 | 5,326.59 |
| Check | 06/24/2016 | EFT | Kroger | Michael | | 69.96 | 5,256.63 |
| Check | 06/26/2016 | EFT | Lee's Famous Recipe | supper | | 21.59 | 5,235.04 |
| Check | 06/26/2016 | EFT | Encompass Supply | washing machi... | | 58.97 | 5,176.07 |
| Check | 06/27/2016 | 946 | Jacobi Sales | parts | | 256.00 | 4,920.07 |
| Check | 06/27/2016 | 947 | John Deere Financial | | | 263.62 | 4,656.45 |
| Check | 06/27/2016 | 948 | Inter County RECC | shop | | 73.00 | 4,583.45 |
| Check | 06/27/2016 | 949 | BAC | | | 793.71 | 3,789.74 |
| Check | 06/27/2016 | 950 | Wal-Mart | groceries | | 55.52 | 3,734.22 |
| Check | 06/27/2016 | EFT | Lowe's | | | 10.18 | 3,724.04 |
| Check | 06/27/2016 | EFT | Tractor Supply | | | 8.46 | 3,715.58 |
| Check | 06/27/2016 | 945 | Bardstown Mill | | | 474.65 | 3,240.93 |
| Check | 06/27/2016 | EFT | Sweet Thought Boutiq... | Addie's backpa... | | 55.58 | 3,185.35 |
| Check | 06/27/2016 | EFT | 2 Sassy Peeps | | | 56.59 | 3,128.76 |
| Check | 06/28/2016 | 951 | Hair Zone | Michael and th... | | 36.00 | 3,092.76 |
| Check | 06/28/2016 | EFT | LaFuenta | lunch | | 43.55 | 3,049.21 |
| Check | 06/28/2016 | EFT | Dick's Sporting Good | Joe's birthday | | 21.19 | 3,028.02 |
| Check | 06/28/2016 | EFT | Norby's | parts | | 91.05 | 2,936.97 |
| Check | 06/28/2016 | EFT | Norby's | parts | | 4.44 | 2,932.53 |
| Check | 06/29/2016 | 952 | Lebanon Pediatrics | Addie | | 40.00 | 2,892.53 |
| Check | 06/29/2016 | EFT | McDonalds | lunch | | 11.34 | 2,881.19 |
| Check | 06/30/2016 | 953 | Sams Club | groceries and ... | | 140.59 | 2,740.60 |
| Check | 06/30/2016 | EFT | Five Star Food Mart | Megan | | 56.17 | 2,684.43 |
| Check | 06/30/2016 | EFT | Wendy's | lunch | | 5.06 | 2,679.37 |
| Check | 06/30/2016 | EFT | H & R Agri Power | hose | | 252.85 | 2,426.52 |
| Check | 06/30/2016 | EFT | Moonlight Barbeque | lunch | | 34.81 | 2,391.71 |
| Check | 06/30/2016 | EFT | Robin's Embroidery | school stuff | | 21.20 | 2,370.51 |
| Check | 06/30/2016 | EFT | Amazon | | | 21.95 | 2,348.56 |
| Check | 06/30/2016 | EFT | Amazon | | | 9.99 | 2,338.57 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 33,266.28 | 35,899.78 | 2,338.57 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 33,266.28 | 35,899.78 | 3,293.50 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
|   **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
|   Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -196,252.28 |
|   **801.2 · Farm Credit Services** | | | | | | | 5,659.28 |
| Check | 06/14/2016 | 931 | Farm Credit Services | loan payment | 24,934.33 | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | 24,934.33 | 0.00 | 30,593.61 |
|   **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |

Page 2

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| **802 · Crop Sale Advance** | | | | | | | -6,800.00 |
| Deposit | 06/14/2016 | DEP | Citizens National Bank | Advance on 77... | | 24,934.33 | -31,734.33 |
| Deposit | 06/23/2016 | DEP | Citizens National Bank | From Ronnie | | 7,300.00 | -39,034.33 |
| Total 802 · Crop Sale Advance | | | | | 0.00 | 32,234.33 | -39,034.33 |
| Total 801 · Operating Loans | | | | | 24,934.33 | 32,234.33 | -203,552.28 |
| **841 · Equipment Loans** | | | | | | | 6,804.50 |
| **841.5 · Huntington Bank** | | | | | | | 4,763.15 |
| Check | 06/24/2016 | 943 | Huntington Bank | Megan's car | 680.45 | | 5,443.60 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 5,443.60 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 7,484.95 |
| **841.2 · PNC** | | | | | | | 13,810.24 |
| Check | 06/24/2016 | 942 | PNC Bank | Michael's truck | 863.14 | | 14,673.38 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 14,673.38 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **871 · Real Estate Loans** | | | | | | | -114,854.99 |
| **871.1 · BAC Home Loan** | | | | | | | -123,799.99 |
| Check | 06/27/2016 | 949 | BAC | | 793.71 | | -123,006.28 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -123,006.28 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -114,061.28 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -79,839.28 |
| **01.020 · Yellow Corn Sales** | | | | | | | -72,071.19 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -72,071.19 |
| **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01 · Crop Sales | | | | | | | -79,839.28 |
| **11 · Custom Work Income** | | | | | | | -3,865.00 |
| **11.1 · Mach/Equip Rental** | | | | | | | -3,180.00 |
| Total 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| **11 · Custom Work Income - Other** | | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -3,865.00 |
| **20 · Misc Farm Income** | | | | | | | 0.00 |
| Deposit | 06/13/2016 | DEP | Citizens National Bank | Sale of truck bed | | 700.00 | -700.00 |
| Total 20 · Misc Farm Income | | | | | 0.00 | 700.00 | -700.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |
| **33 · Interest Expense** | | | | | | | 32,204.08 |
| **33.2 · Operating Loan Interest** | | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| **33 · Interest Expense - Other** | | | | | | | 71.44 |
| Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **34 · Payroll Expenses** | | | | | | | 999.33 |
| **54 · Employee Benefits** | | | | | | | 999.33 |
| **54.985 · Food** | | | | | | | 999.33 |
| Check | 06/02/2016 | EFT | Wendy's | lunch | 24.04 | | 1,023.37 |
| Check | 06/03/2016 | EFT | Bradfordsville Superio... | lunch | 12.33 | | 1,035.70 |
| Check | 06/03/2016 | EFT | Arby's | lunch | 16.60 | | 1,052.30 |
| Check | 06/04/2016 | EFT | McDonalds | lunch | 5.35 | | 1,057.65 |
| Check | 06/04/2016 | EFT | LaFuenta | lunch | 21.95 | | 1,079.60 |
| Check | 06/07/2016 | EFT | Wendy's | lunch | 15.83 | | 1,095.43 |
| Check | 06/09/2016 | EFT | LaFuenta | lunch | 38.45 | | 1,133.88 |
| Check | 06/10/2016 | EFT | Hardee's | lunch | 13.60 | | 1,147.48 |
| Check | 06/11/2016 | EFT | LaFuenta | lunch | 48.25 | | 1,195.73 |
| Check | 06/14/2016 | EFT | Wendy's | lunch | 10.79 | | 1,206.52 |
| Check | 06/15/2016 | EFT | Arby's | lunch | 16.37 | | 1,222.89 |
| Check | 06/17/2016 | EFT | McDonalds | lunch | 21.28 | | 1,244.17 |
| Check | 06/28/2016 | EFT | LaFuenta | lunch | 43.55 | | 1,287.72 |
| Check | 06/29/2016 | EFT | McDonalds | lunch | 11.34 | | 1,299.06 |
| Check | 06/30/2016 | EFT | Wendy's | lunch | 5.06 | | 1,304.12 |
| Total 54.985 · Food | | | | | 304.79 | 0.00 | 1,304.12 |
| Total 54 · Employee Benefits | | | | | 304.79 | 0.00 | 1,304.12 |
| Total 34 · Payroll Expenses | | | | | 304.79 | 0.00 | 1,304.12 |
| **38 · Utilities** | | | | | | | 6,420.40 |
| **38.1 · Electricity** | | | | | | | 3,695.12 |
| Check | 06/15/2016 | 934 | Inter County RECC | house | 174.74 | | 3,869.86 |
| Check | 06/15/2016 | 935 | Inter County RECC | grain bins | 18.05 | | 3,887.91 |
| Check | 06/27/2016 | 948 | Inter County RECC | shop | 73.00 | | 3,960.91 |
| Total 38.1 · Electricity | | | | | 265.79 | 0.00 | 3,960.91 |
| **38.2 · Telephone** | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| **38.3 · Cell Phones** | | | | | | | 781.76 |
| Check | 06/09/2016 | 924 | Bluegrass Celular | | 149.34 | | 931.10 |
| Total 38.3 · Cell Phones | | | | | 149.34 | 0.00 | 931.10 |
| **38.4 · Water** | | | | | | | 313.64 |
| Check | 06/09/2016 | 928 | Marion County Water | grain bins | 16.47 | | 330.11 |
| Check | 06/09/2016 | 929 | Marion County Water | house | 50.19 | | 380.30 |
| Total 38.4 · Water | | | | | 66.66 | 0.00 | 380.30 |
| **38.5 · Gas** | | | | | | | 520.63 |
| Total 38.5 · Gas | | | | | | | 520.63 |
| **38.6 · Internet** | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| **38 · Utilities - Other** | | | | | | | 654.44 |
| Check | 06/24/2016 | 941 | Windstream | Phone, Interne... | 216.10 | | 870.54 |
| Total 38 · Utilities - Other | | | | | 216.10 | 0.00 | 870.54 |
| Total 38 · Utilities | | | | | 697.89 | 0.00 | 7,118.29 |
| **39 · Insurance** | | | | | | | 2,987.46 |
| **40 · Miscellaneous** | | | | | | | 1,159.75 |
| **40.1 · Bank Charges** | | | | | | | 0.00 |
| Check | 06/09/2016 | 926 | Peoples Bank | Safety deposit ... | 10.00 | | 10.00 |
| Total 40.1 · Bank Charges | | | | | 10.00 | 0.00 | 10.00 |
| **40.2 · Office Supplies** | | | | | | | 73.29 |
| Total 40.2 · Office Supplies | | | | | | | 73.29 |
| **40.3 · Travel & Ent** | | | | | | | 452.51 |
| **40.33 · Meals** | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
| **40.34 · Travel** | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| **40.3 · Travel & Ent - Other** | | | | | | | 136.00 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 136.00 |
| Total 40.3 · Travel & Ent | | | | | | | 452.51 |

Page 4

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **40 · Miscellaneous - Other** | | | | | | | 633.95 |
| Check | 06/05/2016 | EFT | Citizens National Bank | cash | 100.00 | | 733.95 |
| Check | 06/12/2016 | EFT | Citizens National Bank | cash | 100.00 | | 833.95 |
| Deposit | 06/13/2016 | DEP | | error in checking | | 205.13 | 628.82 |
| Total 40 · Miscellaneous - Other | | | | | 200.00 | 205.13 | 628.82 |
| Total 40 · Miscellaneous | | | | | 210.00 | 205.13 | 1,164.62 |
| **42 · Farm Rent** | | | | | | | 12,300.00 |
| 42.1 · Cash Crop Land Rent | | | | | | | 12,300.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 12,300.00 |
| Total 42 · Farm Rent | | | | | | | 12,300.00 |
| **43 · Equipment Repairs** | | | | | | | 2,879.49 |
| 43.0 · Sprayer Repairs | | | | | | | 48.34 |
| Check | 06/27/2016 | 945 | Bardstown Mill | | 474.65 | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | 474.65 | 0.00 | 522.99 |
| 43.1 · Tractor Repair | | | | | | | 496.13 |
| Check | 06/01/2016 | EFT | John Deere Limestone | ball bearing | 29.58 | | 525.71 |
| Check | 06/08/2016 | EFT | Lawson Tractor | hydro oil | 82.15 | | 607.86 |
| Check | 06/09/2016 | EFT | Lawson Tractor | oil | 82.15 | | 690.01 |
| Check | 06/27/2016 | 946 | Jacobi Sales | parts | 256.00 | | 946.01 |
| Check | 06/30/2016 | EFT | H & R Agri Power | hose | 252.85 | | 1,198.86 |
| Total 43.1 · Tractor Repair | | | | | 702.73 | 0.00 | 1,198.86 |
| 43.2 · Truck Repair | | | | | | | 252.60 |
| Total 43.2 · Truck Repair | | | | | | | 252.60 |
| 43.3 · Other Equip Repairs | | | | | | | 30.16 |
| Check | 06/10/2016 | EFT | Napa | belts for sprayer | 60.42 | | 90.58 |
| Total 43.3 · Other Equip Repairs | | | | | 60.42 | 0.00 | 90.58 |
| 43.5 · John Deere Financial | | | | | | | 0.00 |
| Check | 06/27/2016 | 947 | John Deere Financial | | 263.62 | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | 263.62 | 0.00 | 263.62 |
| 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| 43 · Equipment Repairs - Other | | | | | | | 2,026.29 |
| Check | 06/08/2016 | EFT | Norby's | parts | 28.20 | | 2,054.49 |
| Check | 06/10/2016 | EFT | Norby's | parts | 27.06 | | 2,081.55 |
| Check | 06/27/2016 | EFT | Lowe's | | 10.18 | | 2,091.73 |
| Check | 06/27/2016 | EFT | Tractor Supply | | 8.46 | | 2,100.19 |
| Check | 06/28/2016 | EFT | Norby's | parts | 91.05 | | 2,191.24 |
| Check | 06/28/2016 | EFT | Norby's | parts | 4.44 | | 2,195.68 |
| Total 43 · Equipment Repairs - Other | | | | | 169.39 | 0.00 | 2,195.68 |
| Total 43 · Equipment Repairs | | | | | 1,670.81 | 0.00 | 4,550.30 |
| **45 · Fuel & Oil** | | | | | | | 2,217.54 |
| 45.1 · Diesel Fuel | | | | | | | 1,716.33 |
| Check | 06/02/2016 | EFT | Kroger | equipment | 150.00 | | 1,866.33 |
| Check | 06/02/2016 | EFT | Kroger | equipment | 65.42 | | 1,931.75 |
| Check | 06/03/2016 | EFT | Kroger | Michael | 46.82 | | 1,978.57 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | 100.00 | | 2,078.57 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | 14.90 | | 2,093.47 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 2,193.47 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | Michael | 98.74 | | 2,292.21 |
| Check | 06/15/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 2,392.21 |
| Check | 06/18/2016 | EFT | Murphy's Oil | Michael | 61.93 | | 2,454.14 |
| Check | 06/24/2016 | EFT | Kroger | Michael | 69.96 | | 2,524.10 |
| Total 45.1 · Diesel Fuel | | | | | 807.77 | 0.00 | 2,524.10 |
| 45.2 · Gasoline | | | | | | | 501.21 |
| Check | 06/10/2016 | EFT | AllStars Food Mart | Megan | 38.74 | | 539.95 |
| Check | 06/16/2016 | EFT | Five Star Food Mart | Megan | 33.55 | | 573.50 |
| Check | 06/24/2016 | EFT | Murphy's Oil | Megan | 30.01 | | 603.51 |
| Check | 06/30/2016 | EFT | Five Star Food Mart | Megan | 56.17 | | 659.68 |
| Total 45.2 · Gasoline | | | | | 158.47 | 0.00 | 659.68 |
| Total 45 · Fuel & Oil | | | | | 966.24 | 0.00 | 3,183.78 |

Page 5

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **51 · Supplies** | | | | | | | 181.15 |
| 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| 51.2 · Rent on tanks | | | | | | | 43.41 |
| Total 51.2 · Rent on tanks | | | | | | | 43.41 |
| 51 · Supplies - Other | | | | | | | 106.53 |
| Total 51 · Supplies - Other | | | | | | | 106.53 |
| Total 51 · Supplies | | | | | | | 181.15 |
| **52 · Professional Fees** | | | | | | | 3,567.15 |
| 52.1 · Accounting | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52 · Professional Fees | | | | | | | 3,567.15 |
| **70 · Contributions** | | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | | 100.00 |
| **71 · Medicine** | | | | | | | 591.58 |
| Total 71 · Medicine | | | | | | | 591.58 |
| **72 · Doctors & Hospitals** | | | | | | | 2,286.24 |
| Check | 06/03/2016 | 915 | KORT | Megan's Physi... | 200.00 | | 2,486.24 |
| Check | 06/06/2016 | 917 | Bardstown Dermatolgy | Megan | 40.00 | | 2,526.24 |
| Check | 06/08/2016 | 918 | Dr. Hunt | Megan | 40.00 | | 2,566.24 |
| Check | 06/09/2016 | 923 | Quest Diagnostics | Andrew | 50.84 | | 2,617.08 |
| Check | 06/09/2016 | 925 | Lebanon Pediatrics | bill | 50.32 | | 2,667.40 |
| Check | 06/15/2016 | 933 | KORT | 4 copays - Meg... | 160.00 | | 2,827.40 |
| Check | 06/21/2016 | 939 | Lebanon Physicans fo... | Megan | 60.00 | | 2,887.40 |
| Check | 06/21/2016 | EFT | LabCorp | Megan's blood ... | 79.12 | | 2,966.52 |
| Check | 06/24/2016 | 944 | Family and Internal M... | Megan | 21.36 | | 2,987.88 |
| Check | 06/29/2016 | 952 | Lebanon Pediatrics | Addie | 40.00 | | 3,027.88 |
| Total 72 · Doctors & Hospitals | | | | | 741.64 | 0.00 | 3,027.88 |
| **73.997 · Health Insurance** | | | | | | | 1,747.28 |
| Check | 06/01/2016 | EFT | Anthem | Michael, Mega... | 436.82 | | 2,184.10 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 2,184.10 |
| **73.998 · Life Insurance** | | | | | | | 1,635.90 |
| Check | 06/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 1,642.81 |
| Check | 06/21/2016 | | Farm Bureau | Michael, Mega... | 188.60 | | 1,831.41 |
| Check | 06/21/2016 | | Met Life | Michael | 131.80 | | 1,963.21 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 1,963.21 |
| **74 · Family Living** | | | | | | | 19,704.68 |
| 74.983 · Pat's Pharmacy | | | | | | | 142.46 |
| Check | 06/09/2016 | 927 | Pat's Pharmacy | medicine | 20.96 | | 163.42 |
| Total 74.983 · Pat's Pharmacy | | | | | 20.96 | 0.00 | 163.42 |
| 74.984 · Dentist | | | | | | | 124.20 |
| Check | 06/20/2016 | 937 | Dr. Smith | Megan, Addie ... | 115.00 | | 239.20 |
| Total 74.984 · Dentist | | | | | 115.00 | 0.00 | 239.20 |
| 74.985 · Food | | | | | | | 7,243.01 |
| Check | 06/02/2016 | 914 | Wal-Mart | groceries | 71.41 | | 7,314.42 |
| Check | 06/03/2016 | EFT | Wal-Mart | groceries | 37.31 | | 7,351.73 |
| Check | 06/05/2016 | EFT | Wal-Mart | groceries | 108.52 | | 7,460.25 |
| Check | 06/06/2016 | EFT | Huddle House | breakfast | 36.47 | | 7,496.72 |
| Check | 06/08/2016 | 919 | Wal-Mart | groceries | 156.47 | | 7,653.19 |
| Check | 06/11/2016 | 930 | Kroger | groceries | 90.65 | | 7,743.84 |
| Check | 06/14/2016 | 932 | Wal-Mart | groceries | 108.49 | | 7,852.33 |
| Check | 06/14/2016 | EFT | Shiners | Addie's birthda... | 76.42 | | 7,928.75 |
| Check | 06/17/2016 | 936 | Wal-Mart | groceries and ... | 155.63 | | 8,084.38 |
| Check | 06/19/2016 | EFT | Ragetti's | lunch | 43.35 | | 8,127.73 |
| Check | 06/19/2016 | EFT | Five Star Food Mart | | 28.08 | | 8,155.81 |
| Check | 06/20/2016 | 938 | Wal-Mart | groceries | 20.45 | | 8,176.26 |
| Check | 06/20/2016 | EFT | Wal-Mart | supplies | 15.87 | | 8,192.13 |
| Check | 06/24/2016 | 940 | Wal-Mart | groceries | 100.81 | | 8,292.94 |
| Check | 06/26/2016 | EFT | Lee's Famous Recipe | supper | 21.59 | | 8,314.53 |
| Check | 06/27/2016 | 950 | Wal-Mart | groceries | 55.52 | | 8,370.05 |
| Check | 06/30/2016 | 953 | Sams Club | groceries and ... | 140.59 | | 8,510.64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:57 PM | | | **Buckman Family Farms** | | | | |
| 07/22/16 | | | **General Ledger** | | | | |
| Cash Basis | | | As of June 30, 2016 | | | | |

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 06/30/2016 | EFT | Moonlight Barbeque | lunch | 34.81 | | 8,545.45 |
| Total 74.985 · Food | | | | | 1,302.44 | 0.00 | 8,545.45 |
| **74.986 · Household Operating** | | | | | | | 137.87 |
| Check | 06/09/2016 | 921 | Allens | pest control | 23.00 | | 160.87 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 160.87 |
| **74.988 · House Repairs** | | | | | | | 239.02 |
| Check | 06/26/2016 | EFT | Encompass Supply | washing machi... | 58.97 | | 297.99 |
| Total 74.988 · House Repairs | | | | | 58.97 | 0.00 | 297.99 |
| **74.989 · Clothing** | | | | | | | 3,381.79 |
| Check | 06/06/2016 | EFT | Southern Recollection | Addie | 24.95 | | 3,406.74 |
| Check | 06/09/2016 | 920 | Sandra Buckman Jones | Megan and Mic... | 25.00 | | 3,431.74 |
| Deposit | 06/17/2016 | DEP | Red Dress Boutique | REfund | | 32.00 | 3,399.74 |
| Check | 06/20/2016 | EFT | Marlilly Boutique | Megan | 47.48 | | 3,447.22 |
| Check | 06/22/2016 | EFT | Children's Place | Kids (3) unifor... | 267.17 | | 3,714.39 |
| Check | 06/22/2016 | EFT | PS Aeropastel | Addie's unifor... | 78.23 | | 3,792.62 |
| Check | 06/27/2016 | EFT | 2 Sassy Peeps | | 56.59 | | 3,849.21 |
| Total 74.989 · Clothing | | | | | 499.42 | 32.00 | 3,849.21 |
| **74.990 · Personal Items** | | | | | | | 2,215.78 |
| Check | 06/04/2016 | 916 | Shear Delight | hair cut | 50.96 | | 2,266.74 |
| Check | 06/08/2016 | EFT | Smart Style | hair product | 84.19 | | 2,350.93 |
| Check | 06/08/2016 | EFT | It Works | | 45.53 | | 2,396.46 |
| Check | 06/20/2016 | EFT | The Lebanon Enterprise | yard sale ad | 18.40 | | 2,414.86 |
| Check | 06/24/2016 | EFT | Smart Style | hair product | 48.15 | | 2,463.01 |
| Check | 06/28/2016 | 951 | Hair Zone | Michael and th... | 36.00 | | 2,499.01 |
| Total 74.990 · Personal Items | | | | | 283.23 | 0.00 | 2,499.01 |
| **74.991 · Entertainment/Recreation** | | | | | | | 704.16 |
| Check | 06/06/2016 | EFT | Sirus XM | renewal | 76.34 | | 780.50 |
| Check | 06/11/2016 | EFT | Net Flix | | 10.29 | | 790.79 |
| Check | 06/18/2016 | EFT | Amazon | app | 2.11 | | 792.90 |
| Total 74.991 · Entertainment/Recreation | | | | | 88.74 | 0.00 | 792.90 |
| **74.992 · Education/Reading** | | | | | | | 2,372.35 |
| Check | 06/09/2016 | 922 | Smart Tuition | tuition | 433.26 | | 2,805.61 |
| Check | 06/27/2016 | EFT | Sweet Thought Boutiq... | Addie's backpa... | 55.58 | | 2,861.19 |
| Total 74.992 · Education/Reading | | | | | 488.84 | 0.00 | 2,861.19 |
| **74.993 · Gifts** | | | | | | | 1,831.24 |
| Check | 06/07/2016 | EFT | Amazon | Lucas's birthday | 24.99 | | 1,856.23 |
| Check | 06/10/2016 | EFT | Amazon | Addie | 22.94 | | 1,879.17 |
| Check | 06/12/2016 | EFT | Wal-Mart | Addie's birthda... | 184.44 | | 2,063.61 |
| Check | 06/28/2016 | EFT | Dick's Sporting Good | Joe's birthday | 21.19 | | 2,084.80 |
| Check | 06/30/2016 | EFT | Robin's Embroidery | school stuff | 21.20 | | 2,106.00 |
| Total 74.993 · Gifts | | | | | 274.76 | 0.00 | 2,106.00 |
| **74.994 · Transportation** | | | | | | | 340.70 |
| Total 74.994 · Transportation | | | | | | | 340.70 |
| **74.999 · Lunch Money** | | | | | | | 300.00 |
| Total 74.999 · Lunch Money | | | | | | | 300.00 |
| **74 · Family Living - Other** | | | | | | | 672.10 |
| Deposit | 06/06/2016 | DEP | Amazon | REfund | | 94.82 | 577.28 |
| Check | 06/18/2016 | EFT | Wal-Mart | grill | 78.61 | | 655.89 |
| Check | 06/22/2016 | EFT | Five Star Food Mart | | 5.28 | | 661.17 |
| Check | 06/22/2016 | EFT | JoAnn's Fabric | paint | 1.46 | | 662.63 |
| Check | 06/30/2016 | EFT | Amazon | | 21.95 | | 684.58 |
| Check | 06/30/2016 | EFT | Amazon | | 9.99 | | 694.57 |
| Total 74 · Family Living - Other | | | | | 117.29 | 94.82 | 694.57 |
| Total 74 · Family Living | | | | | 3,272.65 | 126.82 | 22,850.51 |
| **TOTAL** | | | | | 69,166.06 | 69,166.06 | 0.00 |

Page 7

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### June 2016

|  | Jun 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 20 · Misc Farm Income | 700.00 |
| **Total Income** | 700.00 |
| **Gross Profit** | 700.00 |
| **Expense** | |
| 34 · Payroll Expenses | |
|   54 · Employee Benefits | |
|     54.985 · Food | 304.79 |
|   Total 54 · Employee Benefits | 304.79 |
| Total 34 · Payroll Expenses | 304.79 |
| 38 · Utilities | |
|   38.1 · Electricity | 265.79 |
|   38.3 · Cell Phones | 149.34 |
|   38.4 · Water | 66.66 |
|   38 · Utilities - Other | 216.10 |
| Total 38 · Utilities | 697.89 |
| 40 · Miscellaneous | |
|   40.1 · Bank Charges | 10.00 |
|   40 · Miscellaneous - Other | -5.13 |
| Total 40 · Miscellaneous | 4.87 |
| 43 · Equipment Repairs | |
|   43.0 · Sprayer Repairs | 474.65 |
|   43.1 · Tractor Repair | 702.73 |
|   43.3 · Other Equip Repairs | 60.42 |
|   43.5 · John Deere Financial | 263.62 |
|   43 · Equipment Repairs - Other | 169.39 |
| Total 43 · Equipment Repairs | 1,670.81 |
| 45 · Fuel & Oil | |
|   45.1 · Diesel Fuel | 807.77 |
|   45.2 · Gasoline | 158.47 |
| Total 45 · Fuel & Oil | 966.24 |
| **Total Expense** | 3,644.60 |
| **Net Ordinary Income** | -2,944.60 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 741.64 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| 74 · Family Living | |
|   74.983 · Pat's Pharmacy | 20.96 |
|   74.984 · Dentist | 115.00 |
|   74.985 · Food | 1,302.44 |
|   74.986 · Household Operating | 23.00 |
|   74.988 · House Repairs | 58.97 |
|   74.989 · Clothing | 467.42 |
|   74.990 · Personal Items | 283.23 |
|   74.991 · Entertainment/Recreation | 88.74 |
|   74.992 · Education/Reading | 488.84 |
|   74.993 · Gifts | 274.76 |
|   74 · Family Living - Other | 22.47 |
| Total 74 · Family Living | 3,145.83 |
| **Total Other Expense** | 4,651.60 |

10:57 PM
07/22/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### June 2016

|  | Jun 16 |
|---|---:|
| Net Other Income | -4,651.60 |
| Net Income | -7,596.20 |