Month of <u>  May          </u>, <u>  2016      </u>

## CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman                         </u>

CASE NO.: <u>  15-32674                                                                 </u>

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.    <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>    $<u>  6,800                      </u>

  Corn 1,700 bushels

New loan received this month (if any): $<u>                              </u>

Wages earned from outside work:  $<u>                              </u>

Other receipts: Equipment Rental  $<u>                              </u>

    Total Cash Receipts  $<u>  6,800                      </u>

II.    <u>Expenses Paid</u>:

Total amount paid for household
or living expense:  $<u>  5,731.38                   </u>

Operating expenses paid (itemize):  $4,055.41

| <u>Item</u> | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $217.82 |
| Utilities | $698.15 |
| Insurance | $1,337.18 |
| Miscellaneous | $491.28 |
| Land Rent | |
| Equipment Repairs | $549.67 |
| Fuel & Oil | $616.56 |
| Supplies | $43.41 |
| Professional Fees | $101.34 |

Plan payments made to Chapter 12 Trustee  $_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 05/09/16 | Huntington Bank | 887 | $680.45 | Megan's car |
| 05/09/16 | PNC Bank | 886 | $863.14 | Michael's truck |
| 05/27/16 | BAC | 912 | $793.71 | House Payment |

Total of direct payments  $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH  $ 12,124.09

Losses due to crop failure or damage  $_____
Losses due to death or disease of livestock or poultry  $_____

PROFIT (or loss) FOR MONTH  $ (5,324.09)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:  $ 11,251.09

Income (or Loss) During Month:  $ (5,324.09)

Cash and Bank Account Balance at End of Month:  $ 5,927

IV. Expenses charged but not paid during month (itemize):

Expense  $_____

Case 15-33674-jal Doc 259 Filed 06/29/16 Entered 06/29/16 23:34:50 Page 14 of 18

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

9-26-16
Date

_____
Debtor/Officer of Debtor

# **TAX DEPOSIT STATEMENT**

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending FICA Tax Payable     _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

9-26-16
Date

_____
Debtor/Officer of Debtor

1:04 PM
09/01/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### May 2016

|  | May 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 6,800.00 |
| **Total 01 · Crop Sales** | 6,800.00 |
| **Total Income** | 6,800.00 |
| **Gross Profit** | 6,800.00 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 217.82 |
| **Total 54 · Employee Benefits** | 217.82 |
| **Total 34 · Payroll Expenses** | 217.82 |
| **38 · Utilities** | |
| 38.1 · Electricity | 293.46 |
| 38.3 · Cell Phones | 149.34 |
| 38.4 · Water | 39.25 |
| 38 · Utilities - Other | 216.10 |
| **Total 38 · Utilities** | 698.15 |
| **39 · Insurance** | 1,337.18 |
| **40 · Miscellaneous** | |
| 40.2 · Office Supplies | 47.00 |
| 40 · Miscellaneous - Other | 444.28 |
| **Total 40 · Miscellaneous** | 491.28 |
| **43 · Equipment Repairs** | |
| 43.0 · Sprayer Repairs | 48.34 |
| 43.1 · Tractor Repair | 413.98 |
| 43.3 · Other Equip Repairs | 8.67 |
| 43 · Equipment Repairs - Other | 78.68 |
| **Total 43 · Equipment Repairs** | 549.67 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 507.87 |
| 45.2 · Gasoline | 108.69 |
| **Total 45 · Fuel & Oil** | 616.56 |
| **51 · Supplies** | |
| 51.2 · Rent on tanks | 43.41 |
| **Total 51 · Supplies** | 43.41 |
| **52 · Professional Fees** | |
| 52.5 · Dues and Subscriptions | 101.34 |
| **Total 52 · Professional Fees** | 101.34 |
| **Total Expense** | 4,055.41 |
| **Net Ordinary Income** | 2,744.59 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 71 · Medicine | 591.58 |
| 72 · Doctors & Hospitals | 513.81 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.18 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 15.00 |

Page 1

1:04 PM
09/01/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### May 2016

|  | May 16 |
|---|---:|
| 74.985 · Food | 1,527.99 |
| 74.986 · Household Operating | 23.00 |
| 74.988 · House Repairs | 35.02 |
| 74.989 · Clothing | 898.86 |
| 74.990 · Personal Items | 242.97 |
| 74.991 · Entertainment/Recreation | 44.95 |
| 74.992 · Education/Reading | 433.34 |
| 74.993 · Gifts | 383.93 |
| 74.999 · Lunch Money | 100.00 |
| 74 · Family Living - Other | 156.93 |
| **Total 74 · Family Living** | **3,861.99** |
| **Total Other Expense** | **5,731.38** |
| **Net Other Income** | **-5,731.38** |
| **Net Income** | **-2,986.79** |

1:06 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|------|------|------|------|-------|--------|---------|
| 96 · Bank Accounts | | | | | | 11,251.09 |
| 96.2 · Citizens Ch 12 DIP | | | | | | 10,296.16 |
| Check | 05/01/2016 | Holy Name Of Mary Church | Tithing | | 100.00 | 10,196.16 |
| Check | 05/01/2016 | LaFuenta | lunch | | 41.17 | 10,154.99 |
| Check | 05/01/2016 | Anthem | Michael, Megan, Addie, Lan... | | 436.82 | 9,718.17 |
| Check | 05/01/2016 | Grange Life Insurance | Megan | | 6.78 | 9,711.39 |
| Check | 05/02/2016 | Marion County 4H | Flowers (Fundraiser) | | 30.00 | 9,681.39 |
| Check | 05/02/2016 | Saint Augustine Lunchroom | Addie and Lane | | 100.00 | 9,581.39 |
| Check | 05/02/2016 | Amazon | game | | 3.17 | 9,578.22 |
| Check | 05/03/2016 | Hardee's | Breakfast | | 12.09 | 9,566.13 |
| Check | 05/03/2016 | Kroger | equipment | | 57.72 | 9,508.41 |
| Check | 05/03/2016 | Kroger | Michael's truck | | 52.03 | 9,456.38 |
| Check | 05/03/2016 | Lebanon Machine Shop | Tire | | 8.67 | 9,447.71 |
| Check | 05/03/2016 | Norby's | Battery | | 12.01 | 9,435.70 |
| Check | 05/03/2016 | Amazon | Game | | 3.17 | 9,432.53 |
| Check | 05/03/2016 | Amazon | Game | | 3.17 | 9,429.36 |
| Check | 05/03/2016 | Amazon | game | | 1.05 | 9,428.31 |
| Check | 05/03/2016 | Amazon | game | | 1.05 | 9,427.26 |
| Check | 05/04/2016 | Wal-Mart | groceries | | 98.69 | 9,328.57 |
| Check | 05/04/2016 | JcPenny | Early bday present for Addie | | 88.34 | 9,240.23 |
| Check | 05/04/2016 | Hardee's | breakfast | | 5.71 | 9,234.52 |
| Check | 05/04/2016 | Lemon Drop | Megan | | 27.94 | 9,206.58 |
| Check | 05/05/2016 | Sams Club | groceries and supplies | | 231.75 | 8,974.83 |
| Check | 05/05/2016 | Hardee's | lunch | | 12.53 | 8,962.30 |
| Check | 05/05/2016 | Jacobi Sales | parts | | 68.68 | 8,893.62 |
| Check | 05/05/2016 | Lebanon Machine Shop | parts and hose | | 133.19 | 8,760.43 |
| Check | 05/05/2016 | Five Star Food Mart | Megan | | 31.33 | 8,729.10 |
| Check | 05/05/2016 | Medco Health | Lane's medicine (3 months) | | 591.58 | 8,137.52 |
| Check | 05/06/2016 | Country Place Greenhouse | Mother's Day flowers | | 137.22 | 8,000.30 |
| Check | 05/06/2016 | Wal-Mart | Potting soil and supplies | | 42.19 | 7,958.11 |
| Check | 05/06/2016 | Citizens National Bank | cash | | 200.00 | 7,758.11 |
| Check | 05/06/2016 | Country Place Greenhouse | flowers | | 12.88 | 7,745.23 |
| Check | 05/06/2016 | Wal-Mart | Mother's day | | 28.37 | 7,716.86 |
| Check | 05/07/2016 | Wal-Mart | groceries | | 13.91 | 7,702.95 |
| Check | 05/08/2016 | Huddle House | breakfast | | 42.19 | 7,660.76 |
| Check | 05/09/2016 | Kroger | groceries | | 61.77 | 7,598.99 |
| Check | 05/09/2016 | Hardee's | breakfast | | 8.19 | 7,590.80 |
| Check | 05/09/2016 | Kroger | equipment | | 125.00 | 7,465.80 |
| Check | 05/09/2016 | Allens | pest control | | 23.00 | 7,442.80 |
| Check | 05/09/2016 | Smart Tuition | Addie and Lane | | 433.34 | 7,009.46 |
| Check | 05/09/2016 | Bluegrass Celular | | | 149.34 | 6,860.12 |
| Check | 05/09/2016 | Associated Pathologists | Megan | | 293.81 | 6,566.31 |
| Check | 05/09/2016 | PNC Bank | Michael's truck | | 863.14 | 5,703.17 |
| Check | 05/09/2016 | Huntington Bank | Megan's car | | 680.45 | 5,022.72 |
| Check | 05/09/2016 | Pat's Pharmacy | medicine | | 15.00 | 5,007.72 |
| Check | 05/09/2016 | Marion County Water | house | | 39.25 | 4,968.47 |
| Check | 05/09/2016 | Inter County RECC | house | | 163.65 | 4,804.82 |
| Check | 05/09/2016 | The Lebanon Enterprise | yearly renewal | | 41.34 | 4,763.48 |
| Check | 05/09/2016 | Lemon Drop | Addie and Megan | | 48.95 | 4,714.53 |
| Check | 05/09/2016 | It Works | | | 45.53 | 4,669.00 |
| Check | 05/10/2016 | Tom Sparks | bracelets | | 14.00 | 4,655.00 |
| Check | 05/10/2016 | Lebanon Pediatrics | Addie, Lane and Andrew | | 120.00 | 4,535.00 |
| Check | 05/10/2016 | Cabelas | Michael | | 119.50 | 4,415.50 |
| Check | 05/10/2016 | Five Star Food Mart | snack | | 6.12 | 4,409.38 |
| Check | 05/10/2016 | Old Navy | Addie and Megan | | 68.07 | 4,341.31 |
| Check | 05/10/2016 | Inter County RECC | grain dry | | 20.96 | 4,320.35 |
| Check | 05/10/2016 | Inter County RECC | shop | | 42.96 | 4,277.39 |
| Check | 05/10/2016 | Scott Gross | | | 43.41 | 4,233.98 |
| Check | 05/10/2016 | Net Flix | movie | | 10.29 | 4,223.69 |
| Check | 05/11/2016 | Wal-Mart | groceries | | 148.41 | 4,075.28 |
| Check | 05/12/2016 | Citizens National Bank | cash | | 100.00 | 3,975.28 |
| Check | 05/12/2016 | Wal-Mart | supplies | | 35.02 | 3,940.26 |
| Check | 05/12/2016 | Girls Round Here Boutique | Megan | | 43.98 | 3,896.28 |
| Check | 05/12/2016 | Target | Addie, Lane and Andrew | | 122.67 | 3,773.61 |
| Check | 05/13/2016 | Family and Internal Medicine | Megan | | 40.00 | 3,733.61 |
| Check | 05/13/2016 | Wal-Mart | | | 138.05 | 3,595.56 |
| Check | 05/13/2016 | Marathon Gas | snacks | | 15.16 | 3,580.40 |
| Check | 05/13/2016 | Car Quest | oil filter | | 10.59 | 3,569.81 |
| Check | 05/13/2016 | Ragetti's | lunch | | 28.07 | 3,541.74 |
| Check | 05/13/2016 | Hardee's | breakfast | | 7.77 | 3,533.97 |
| Check | 05/13/2016 | Hair Zone | Michael, Lane and Andrew ... | | 36.00 | 3,497.97 |
| Check | 05/13/2016 | Frogs and Frills Boutique | Addie and Megan | | 66.89 | 3,431.08 |
| Check | 05/13/2016 | Crystal... | | | 18.88 | 3,412.20 |
| Check | 05/14/2016 | Wal-Mart | groceries | | 63.04 | 3,349.16 |
| Check | 05/14/2016 | Smart Style | hair products | | 27.54 | 3,321.62 |
| Check | 05/15/2016 | Marion County High School | Volleyball camp for Addie | | 60.00 | 3,261.62 |
| Check | 05/15/2016 | Los Mariachis Mexican Food | lunch | | 44.25 | 3,217.37 |
| Check | 05/15/2016 | Trena Spalding | Softball pictures | | 37.00 | 3,180.37 |

1:06 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Check | 05/16/2016 | Wal-Mart | groceries | | 132.02 | 3,048.35 |
| Check | 05/16/2016 | Lawson Tractor | parts | | 82.15 | 2,966.20 |
| Check | 05/16/2016 | Norby's | Anti foam | | 36.33 | 2,929.87 |
| Check | 05/17/2016 | Kroger | equipment | | 60.53 | 2,869.34 |
| Check | 05/17/2016 | Kroger | equipment | | 12.59 | 2,856.75 |
| Check | 05/17/2016 | United States Post Office | Stamps | | 47.00 | 2,809.75 |
| Check | 05/17/2016 | Farm Bureau | home owners insurance | | 1,337.18 | 1,472.57 |
| Check | 05/17/2016 | Arby's | lunch | | 7.92 | 1,464.65 |
| Check | 05/18/2016 | Wal-Mart | groceries and 4H supplies | | 177.62 | 1,287.03 |
| Check | 05/18/2016 | Murphy's Oil | Megan | | 29.30 | 1,257.73 |
| Check | 05/19/2016 | Hardee's | lunch | | 23.74 | 1,233.99 |
| Check | 05/19/2016 | Five Star Food Mart | Megan | | 17.46 | 1,216.53 |
| Check | 05/19/2016 | Norby's | parts | | 31.41 | 1,185.12 |
| Check | 05/20/2016 | Wal-Mart | groceries | | 2.96 | 1,182.16 |
| Check | 05/20/2016 | Keystone Cinema | movies | | 22.00 | 1,160.16 |
| Check | 05/20/2016 | Amazon | app | | 1.05 | 1,159.11 |
| Check | 05/20/2016 | Citizens National Bank | check re-order | | 14.43 | 1,144.68 |
| Check | 05/21/2016 | Farm Bureau | Michael, megan, Addie, lan... | | 188.60 | 956.08 |
| Check | 05/21/2016 | Met Life | Michael | | 131.80 | 824.28 |
| Check | 05/21/2016 | Wal-Mart | groceries | | 22.72 | 801.56 |
| Check | 05/21/2016 | Red Dress Boutique | Megan | | 38.50 | 763.06 |
| Check | 05/23/2016 | Dr. Hunt | Megan | | 60.00 | 703.06 |
| Check | 05/23/2016 | Hardee's | lunch | | 12.21 | 690.85 |
| Check | 05/24/2016 | Wal-Mart | groceries | | 136.54 | 554.31 |
| Check | 05/24/2016 | Calvary Store | | | 29.85 | 524.46 |
| Check | 05/24/2016 | Smart Style | shamphoo and conditioner | | 15.83 | 508.63 |
| Check | 05/24/2016 | Los Mariachis Mexican Food | lunch | | 64.95 | 443.68 |
| Check | 05/24/2016 | Citizens National Bank | cash | | 100.00 | 343.68 |
| Check | 05/27/2016 | Amazon | Addie, Lane and Andrew | | 97.92 | 245.76 |
| Check | 05/27/2016 | Smart Style | hair product | | 12.00 | 233.76 |
| Check | 05/27/2016 | Norby's | parts | | 20.74 | 213.02 |
| Check | 05/27/2016 | Laurie Belle Boutique | Megan | | 37.00 | 176.02 |
| Deposit | 05/27/2016 | Citizens National Bank | deposit | 6,800.00 | | 6,976.02 |
| Check | 05/27/2016 | Windstream | Inernet, phone and DISH | | 216.10 | 6,759.92 |
| Check | 05/27/2016 | Inter County RECC | shop | | 65.89 | 6,694.03 |
| Check | 05/27/2016 | BAC | | | 793.71 | 5,900.32 |
| Check | 05/28/2016 | Kroger | groceries | | 120.27 | 5,780.05 |
| Check | 05/29/2016 | Wal-Mart | groceries | | 86.27 | 5,693.78 |
| Check | 05/29/2016 | Amazon | Addie, Lane and Andrew | | 126.26 | 5,567.52 |
| Check | 05/30/2016 | Kohl's | Lane | | 32.28 | 5,535.24 |
| Check | 05/30/2016 | Maurices Clothing Store | Megan | | 68.90 | 5,466.34 |
| Check | 05/30/2016 | O'reillys | tractor | | 11.44 | 5,454.90 |
| Check | 05/30/2016 | Huddle House | breakfast | | 39.84 | 5,415.06 |
| Check | 05/30/2016 | LaFuenta | supper | | 58.45 | 5,356.61 |
| Check | 05/30/2016 | Huddle House | lunch | | 19.48 | 5,337.13 |
| Check | 05/31/2016 | Norby's | parts | | 60.84 | 5,276.29 |
| Check | 05/31/2016 | John Deere Limestone | Disc blades | | 57.68 | 5,218.61 |
| Check | 05/31/2016 | Five Star Food Mart | Megan | | 30.60 | 5,188.01 |
| Check | 05/31/2016 | Norby's | parts | | 15.94 | 5,172.07 |
| Check | 05/31/2016 | Five Star Food Mart | equipment | | 100.00 | 5,072.07 |
| Check | 05/31/2016 | Five Star Food Mart | equipment | | 100.00 | 4,972.07 |
| Total 96.2 · Citizens Ch 12 DIP | | | | 6,800.00 | 12,124.09 | 4,972.07 |
| **96.3 · Peoples Bank** | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | 6,800.00 | 12,124.09 | 5,927.00 |
| **701 · Undeposited Funds** | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | 7,312.70 |
| 55.1 · Mach & Equip - Cost | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | -189,452.28 |
| 801.2 · Farm Credit Services | | | | | | 5,659.28 |
| Total 801.2 · Farm Credit Services | | | | | | 5,659.28 |
| 801.5 · Farm Credit Opperating 1 | | | | | | -195,111.56 |

1:06 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Total 801.5 · Farm Credit Opperating 1 | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | -189,452.28 |
| **841 · Equipment Loans** | | | | | | 6,124.05 |
| **841.5 · Huntington Bank** | | | | | | 4,082.70 |
| Check | 05/09/2016 | Huntington Bank | Megan's car | 680.45 | | 4,763.15 |
| Total 841.5 · Huntington Bank | | | | 680.45 | 0.00 | 4,763.15 |
| **841 · Equipment Loans - Other** | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | 680.45 | 0.00 | 6,804.50 |
| **841.2 · PNC** | | | | | | 12,947.10 |
| Check | 05/09/2016 | PNC Bank | Michael's truck | 863.14 | | 13,810.24 |
| Total 841.2 · PNC | | | | 863.14 | 0.00 | 13,810.24 |
| **841.3 · Sheffield Financial** | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | 9,330.62 |
| **871 · Real Estate Loans** | | | | | | -115,648.70 |
| **871.1 · BAC Home Loan** | | | | | | -124,593.70 |
| Check | 05/27/2016 | BAC | | 793.71 | | -123,799.99 |
| Total 871.1 · BAC Home Loan | | | | 793.71 | 0.00 | -123,799.99 |
| **872 · Farm Credit Services** | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | 793.71 | 0.00 | -114,854.99 |
| **3000 · Opening Bal Equity** | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | -79,839.28 |
| **01.020 · Yellow Corn Sales** | | | | | | -72,071.19 |
| Deposit | 05/27/2016 | Citizens National Bank | 1,700 bushels | | 6,800.00 | -78,871.19 |
| Total 01.020 · Yellow Corn Sales | | | | 0.00 | 6,800.00 | -78,871.19 |
| **01.030 · Soybean Sales** | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | -7,768.09 |
| Total 01 · Crop Sales | | | | 0.00 | 6,800.00 | -86,639.28 |
| **11 · Custom Work Income** | | | | | | -3,865.00 |
| **11.1 · Mach/Equip Rental** | | | | | | -3,180.00 |
| Total 11.1 · Mach/Equip Rental | | | | | | -3,180.00 |
| **11 · Custom Work Income - Other** | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | -3,865.00 |
| **21 · Crop Insurance** | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | -41,443.70 |
| **33 · Interest Expense** | | | | | | 32,204.08 |
| **33.2 · Operating Loan Interest** | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | 32,132.64 |
| **33 · Interest Expense - Other** | | | | | | 71.44 |
| Total 33 · Interest Expense - Other | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | 32,204.08 |
| **34 · Payroll Expenses** | | | | | | 781.51 |
| **54 · Employee Benefits** | | | | | | 781.51 |
| **54.985 · Food** | | | | | | 781.51 |
| Check | 05/03/2016 | Hardee's | Breakfast | 12.09 | | 793.60 |
| Check | 05/04/2016 | Hardee's | breakfast | 5.71 | | 799.31 |
| Check | 05/05/2016 | Hardee's | lunch | 12.53 | | 811.84 |
| Check | 05/09/2016 | Hardee's | breakfast | 8.19 | | 820.03 |
| Check | 05/13/2016 | Marathon Gas | snacks | 15.16 | | 835.19 |

1:06 PM
09/01/16
Cash Basis

## Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Check | 05/13/2016 | Ragetti's | lunch | 28.07 | | 863.26 |
| Check | 05/13/2016 | Hardee's | breakfast | 7.77 | | 871.03 |
| Check | 05/17/2016 | Arby's | lunch | 7.92 | | 878.95 |
| Check | 05/19/2016 | Hardee's | lunch | 23.74 | | 902.69 |
| Check | 05/23/2016 | Hardee's | lunch | 12.21 | | 914.90 |
| Check | 05/24/2016 | Los Mariachis Mexican Food | lunch | 64.95 | | 979.85 |
| Check | 05/30/2016 | Huddle House | lunch | 19.48 | | 999.33 |
| | Total 54.985 · Food | | | 217.82 | 0.00 | 999.33 |
| | Total 54 · Employee Benefits | | | 217.82 | 0.00 | 999.33 |
| | Total 34 · Payroll Expenses | | | 217.82 | 0.00 | 999.33 |
| **38 · Utilities** | | | | | | 5,722.25 |
| **38.1 · Electricity** | | | | | | 3,401.66 |
| Check | 05/09/2016 | Inter County RECC | house | 163.65 | | 3,565.31 |
| Check | 05/10/2016 | Inter County RECC | grain dry | 20.96 | | 3,586.27 |
| Check | 05/10/2016 | Inter County RECC | shop | 42.96 | | 3,629.23 |
| Check | 05/27/2016 | Inter County RECC | shop | 65.89 | | 3,695.12 |
| | Total 38.1 · Electricity | | | 293.46 | 0.00 | 3,695.12 |
| **38.2 · Telephone** | | | | | | 227.40 |
| | Total 38.2 · Telephone | | | | | 227.40 |
| **38.3 · Cell Phones** | | | | | | 632.42 |
| Check | 05/09/2016 | Bluegrass Celular | | 149.34 | | 781.76 |
| | Total 38.3 · Cell Phones | | | 149.34 | 0.00 | 781.76 |
| **38.4 · Water** | | | | | | 274.39 |
| Check | 05/09/2016 | Marion County Water | house | 39.25 | | 313.64 |
| | Total 38.4 · Water | | | 39.25 | 0.00 | 313.64 |
| **38.5 · Gas** | | | | | | 520.63 |
| | Total 38.5 · Gas | | | | | 520.63 |
| **38.6 · Internet** | | | | | | 227.41 |
| | Total 38.6 · Internet | | | | | 227.41 |
| **38 · Utilities - Other** | | | | | | 438.34 |
| Check | 05/27/2016 | Windstream | Inernet, phone and DISH | 216.10 | | 654.44 |
| | Total 38 · Utilities - Other | | | 216.10 | 0.00 | 654.44 |
| | Total 38 · Utilities | | | 698.15 | 0.00 | 6,420.40 |
| **39 · Insurance** | | | | | | 1,650.28 |
| Check | 05/17/2016 | Farm Bureau | home owners insurance | 1,337.18 | | 2,987.46 |
| | Total 39 · Insurance | | | 1,337.18 | 0.00 | 2,987.46 |
| **40 · Miscellaneous** | | | | | | 668.47 |
| **40.2 · Office Supplies** | | | | | | 26.29 |
| Check | 05/17/2016 | United States Post Office | Stamps | 47.00 | | 73.29 |
| | Total 40.2 · Office Supplies | | | 47.00 | 0.00 | 73.29 |
| **40.3 · Travel & Ent** | | | | | | 452.51 |
| **40.33 · Meals** | | | | | | 163.28 |
| | Total 40.33 · Meals | | | | | 163.28 |
| **40.34 · Travel** | | | | | | 153.23 |
| | Total 40.34 · Travel | | | | | 153.23 |
| **40.3 · Travel & Ent - Other** | | | | | | 136.00 |
| | Total 40.3 · Travel & Ent - Other | | | | | 136.00 |
| | Total 40.3 · Travel & Ent | | | | | 452.51 |
| **40 · Miscellaneous - Other** | | | | | | 189.67 |
| Check | 05/06/2016 | Citizens National Bank | cash | 200.00 | | 389.67 |
| Check | 05/12/2016 | Citizens National Bank | cash | 100.00 | | 489.67 |
| Check | 05/20/2016 | Citizens National Bank | check re-order | 14.43 | | 504.10 |
| Check | 05/24/2016 | Calvary Store | | 29.85 | | 533.95 |
| Check | 05/24/2016 | Citizens National Bank | cash | 100.00 | | 633.95 |
| | Total 40 · Miscellaneous - Other | | | 444.28 | 0.00 | 633.95 |
| | Total 40 · Miscellaneous | | | 491.28 | 0.00 | 1,159.75 |

1:06 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| **42 · Farm Rent** | | | | | | 12,300.00 |
|   **42.1 · Cash Crop Land Rent** | | | | | | 12,300.00 |
|   Total 42.1 · Cash Crop Land Rent | | | | | | 12,300.00 |
| Total 42 · Farm Rent | | | | | | 12,300.00 |
| **43 · Equipment Repairs** | | | | | | 2,329.82 |
|   **43.0 · Sprayer Repairs** | | | | | | 0.00 |
|   Check | 05/03/2016 | Norby's | Battery | 12.01 | | 12.01 |
|   Check | 05/16/2016 | Norby's | Anti foam | 36.33 | | 48.34 |
|   Total 43.0 · Sprayer Repairs | | | | 48.34 | 0.00 | 48.34 |
|   **43.1 · Tractor Repair** | | | | | | 82.15 |
|   Check | 05/05/2016 | Jacobi Sales | parts | 68.68 | | 150.83 |
|   Check | 05/05/2016 | Lebanon Machine Shop | parts and hose | 133.19 | | 284.02 |
|   Check | 05/16/2016 | Lawson Tractor | parts | 82.15 | | 366.17 |
|   Check | 05/30/2016 | O'reillys | tractor | 11.44 | | 377.61 |
|   Check | 05/31/2016 | Norby's | parts | 60.84 | | 438.45 |
|   Check | 05/31/2016 | John Deere Limestone | Disc blades | 57.68 | | 496.13 |
|   Total 43.1 · Tractor Repair | | | | 413.98 | 0.00 | 496.13 |
|   **43.2 · Truck Repair** | | | | | | 252.60 |
|   Total 43.2 · Truck Repair | | | | | | 252.60 |
|   **43.3 · Other Equip Repairs** | | | | | | 21.49 |
|   Check | 05/03/2016 | Lebanon Machine Shop | Tire | 8.67 | | 30.16 |
|   Total 43.3 · Other Equip Repairs | | | | 8.67 | 0.00 | 30.16 |
|   **43.8 · Grain Bin Repairs** | | | | | | 25.97 |
|   Total 43.8 · Grain Bin Repairs | | | | | | 25.97 |
|   **43 · Equipment Repairs - Other** | | | | | | 1,947.61 |
|   Check | 05/13/2016 | Car Quest | oil filter | 10.59 | | 1,958.20 |
|   Check | 05/19/2016 | Norby's | parts | 31.41 | | 1,989.61 |
|   Check | 05/27/2016 | Norby's | parts | 20.74 | | 2,010.35 |
|   Check | 05/31/2016 | Norby's | parts | 15.94 | | 2,026.29 |
|   Total 43 · Equipment Repairs - Other | | | | 78.68 | 0.00 | 2,026.29 |
| Total 43 · Equipment Repairs | | | | 549.67 | 0.00 | 2,879.49 |
| **45 · Fuel & Oil** | | | | | | 1,600.98 |
|   **45.1 · Diesel Fuel** | | | | | | 1,208.46 |
|   Check | 05/03/2016 | Kroger | equipment | 57.72 | | 1,266.18 |
|   Check | 05/03/2016 | Kroger | Michael's truck | 52.03 | | 1,318.21 |
|   Check | 05/09/2016 | Kroger | equipment | 125.00 | | 1,443.21 |
|   Check | 05/17/2016 | Kroger | equipment | 60.53 | | 1,503.74 |
|   Check | 05/17/2016 | Kroger | equipment | 12.59 | | 1,516.33 |
|   Check | 05/31/2016 | Five Star Food Mart | equipment | 100.00 | | 1,616.33 |
|   Check | 05/31/2016 | Five Star Food Mart | equipment | 100.00 | | 1,716.33 |
|   Total 45.1 · Diesel Fuel | | | | 507.87 | 0.00 | 1,716.33 |
|   **45.2 · Gasoline** | | | | | | 392.52 |
|   Check | 05/05/2016 | Five Star Food Mart | Megan | 31.33 | | 423.85 |
|   Check | 05/18/2016 | Murphy's Oil | Megan | 29.30 | | 453.15 |
|   Check | 05/19/2016 | Five Star Food Mart | Megan | 17.46 | | 470.61 |
|   Check | 05/31/2016 | Five Star Food Mart | Megan | 30.60 | | 501.21 |
|   Total 45.2 · Gasoline | | | | 108.69 | 0.00 | 501.21 |
| Total 45 · Fuel & Oil | | | | 616.56 | 0.00 | 2,217.54 |
| **51 · Supplies** | | | | | | 137.74 |
|   **51.1 · Small Tools & Supplies** | | | | | | 31.21 |
|   Total 51.1 · Small Tools & Supplies | | | | | | 31.21 |
|   **51.2 · Rent on tanks** | | | | | | 0.00 |
|   Check | 05/10/2016 | Scott Gross | | 43.41 | | 43.41 |
|   Total 51.2 · Rent on tanks | | | | 43.41 | 0.00 | 43.41 |
|   **51 · Supplies - Other** | | | | | | 106.53 |
|   Total 51 · Supplies - Other | | | | | | 106.53 |
| Total 51 · Supplies | | | | 43.41 | 0.00 | 181.15 |
| **52 · Professional Fees** | | | | | | 3,465.81 |
|   **52.1 · Accounting** | | | | | | 300.00 |

1:06 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| Total 52.1 · Accounting | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | 3,165.81 |
| Check | 05/09/2016 | The Lebanon Enterprise | yearly renewal | 41.34 | | 3,207.15 |
| Check | 05/15/2016 | Marion County High School | Volleyball camp for Addie | 60.00 | | 3,267.15 |
| Total 52.5 · Dues and Subscriptions | | | | 101.34 | 0.00 | 3,267.15 |
| Total 52 · Professional Fees | | | | 101.34 | 0.00 | 3,567.15 |
| **70 · Contributions** | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | 100.00 |
| **71 · Medicine** | | | | | | 0.00 |
| Check | 05/05/2016 | Medco Health | Lane's medicine (3 months) | 591.58 | | 591.58 |
| Total 71 · Medicine | | | | 591.58 | 0.00 | 591.58 |
| **72 · Doctors & Hospitals** | | | | | | 1,772.43 |
| Check | 05/09/2016 | Associated Pathologists | Megan | 293.81 | | 2,066.24 |
| Check | 05/10/2016 | Lebanon Pediatrics | Addie, Lane and Andrew | 120.00 | | 2,186.24 |
| Check | 05/13/2016 | Family and Internal Medicine | Megan | 40.00 | | 2,226.24 |
| Check | 05/23/2016 | Dr. Hunt | Megan | 60.00 | | 2,286.24 |
| Total 72 · Doctors & Hospitals | | | | 513.81 | 0.00 | 2,286.24 |
| **73.997 · Health Insurance** | | | | | | 1,310.46 |
| Check | 05/01/2016 | Anthem | Michael, Megan, Addie, Lan... | 436.82 | | 1,747.28 |
| Total 73.997 · Health Insurance | | | | 436.82 | 0.00 | 1,747.28 |
| **73.998 · Life Insurance** | | | | | | 1,308.72 |
| Check | 05/01/2016 | Grange Life Insurance | Megan | 6.78 | | 1,315.50 |
| Check | 05/21/2016 | Farm Bureau | Michael, megan, Addie, lan... | 188.60 | | 1,504.10 |
| Check | 05/21/2016 | Met Life | Michael | 131.80 | | 1,635.90 |
| Total 73.998 · Life Insurance | | | | 327.18 | 0.00 | 1,635.90 |
| **74 · Family Living** | | | | | | 15,842.69 |
| **74.983 · Pat's Pharmacy** | | | | | | 127.46 |
| Check | 05/09/2016 | Pat's Pharmacy | medicine | 15.00 | | 142.46 |
| Total 74.983 · Pat's Pharmacy | | | | 15.00 | 0.00 | 142.46 |
| **74.984 · Dentist** | | | | | | 124.20 |
| Total 74.984 · Dentist | | | | | | 124.20 |
| **74.985 · Food** | | | | | | 5,715.02 |
| Check | 05/01/2016 | LaFuenta | lunch | 41.17 | | 5,756.19 |
| Check | 05/04/2016 | Wal-Mart | groceries | 98.69 | | 5,854.88 |
| Check | 05/05/2016 | Sams Club | groceries and supplies | 231.75 | | 6,086.63 |
| Check | 05/07/2016 | Wal-Mart | groceries | 13.91 | | 6,100.54 |
| Check | 05/08/2016 | Huddle House | breakfast | 42.19 | | 6,142.73 |
| Check | 05/09/2016 | Kroger | groceries | 61.77 | | 6,204.50 |
| Check | 05/10/2016 | Five Star Food Mart | snack | 6.12 | | 6,210.62 |
| Check | 05/11/2016 | Wal-Mart | groceries | 148.41 | | 6,359.03 |
| Check | 05/14/2016 | Wal-Mart | groceries | 63.04 | | 6,422.07 |
| Check | 05/15/2016 | Los Mariachis Mexican Food | lunch | 44.25 | | 6,466.32 |
| Check | 05/16/2016 | Wal-Mart | groceries | 132.02 | | 6,598.34 |
| Check | 05/18/2016 | Wal-Mart | groceries and 4H supplies | 177.62 | | 6,775.96 |
| Check | 05/20/2016 | Wal-Mart | groceries | 2.96 | | 6,778.92 |
| Check | 05/21/2016 | Wal-Mart | groceries | 22.72 | | 6,801.64 |
| Check | 05/24/2016 | Wal-Mart | groceries | 136.54 | | 6,938.18 |
| Check | 05/28/2016 | Kroger | groceries | 120.27 | | 7,058.45 |
| Check | 05/29/2016 | Wal-Mart | groceries | 86.27 | | 7,144.72 |
| Check | 05/30/2016 | Huddle House | breakfast | 39.84 | | 7,184.56 |
| Check | 05/30/2016 | LaFuenta | supper | 58.45 | | 7,243.01 |
| Total 74.985 · Food | | | | 1,527.99 | 0.00 | 7,243.01 |
| **74.986 · Household Operating** | | | | | | 114.87 |
| Check | 05/09/2016 | Allens | pest control | 23.00 | | 137.87 |
| Total 74.986 · Household Operating | | | | 23.00 | 0.00 | 137.87 |
| **74.988 · House Repairs** | | | | | | 204.00 |
| Check | 05/12/2016 | Wal-Mart | supplies | 35.02 | | 239.02 |
| Total 74.988 · House Repairs | | | | 35.02 | 0.00 | 239.02 |
| **74.989 · Clothing** | | | | | | 2,482.93 |
| Check | 05/04/2016 | Lemon Drop | Megan | 27.94 | | 2,510.87 |

1:06 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2016

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Check | 05/09/2016 | Lemon Drop | Addie and Megan | 48.95 | | 2,559.82 |
| Check | 05/10/2016 | Cabelas | Michael | 119.50 | | 2,679.32 |
| Check | 05/10/2016 | Old Navy | Addie and Megan | 68.07 | | 2,747.39 |
| Check | 05/12/2016 | Girls Round Here Boutique | Megan | 43.98 | | 2,791.37 |
| Check | 05/12/2016 | Target | Addie, Lane and Andrew | 122.67 | | 2,914.04 |
| Check | 05/13/2016 | Frogs and Frills Boutique | Addie and Megan | 66.89 | | 2,980.93 |
| Check | 05/21/2016 | Red Dress Boutique | Megan | 38.50 | | 3,019.43 |
| Check | 05/27/2016 | Amazon | Addie, Lane and Andrew | 97.92 | | 3,117.35 |
| Check | 05/27/2016 | Laurie Belle Boutique | Megan | 37.00 | | 3,154.35 |
| Check | 05/29/2016 | Amazon | Addie, Lane and Andrew | 126.26 | | 3,280.61 |
| Check | 05/30/2016 | Kohl's | Lane | 32.28 | | 3,312.89 |
| Check | 05/30/2016 | Maurices Clothing Store | Megan | 68.90 | | 3,381.79 |
| | Total 74.989 · Clothing | | | 898.86 | 0.00 | 3,381.79 |
| **74.990 · Personal Items** | | | | | | 1,972.81 |
| Check | 05/06/2016 | Wal-Mart | Potting soil and supplies | 42.19 | | 2,015.00 |
| Check | 05/06/2016 | Country Place Greenhouse | flowers | 12.88 | | 2,027.88 |
| Check | 05/09/2016 | It Works | | 45.53 | | 2,073.41 |
| Check | 05/10/2016 | Tom Sparks | bracelets | 14.00 | | 2,087.41 |
| Check | 05/13/2016 | Hair Zone | Michael, Lane and Andrew ... | 36.00 | | 2,123.41 |
| Check | 05/14/2016 | Smart Style | hair products | 27.54 | | 2,150.95 |
| Check | 05/15/2016 | Trena Spalding | Softball pictures | 37.00 | | 2,187.95 |
| Check | 05/24/2016 | Smart Style | shamphoo and conditioner | 15.83 | | 2,203.78 |
| Check | 05/27/2016 | Smart Style | hair product | 12.00 | | 2,215.78 |
| | Total 74.990 · Personal Items | | | 242.97 | 0.00 | 2,215.78 |
| **74.991 · Entertainment/Recreation** | | | | | | 659.21 |
| Check | 05/02/2016 | Amazon | game | 3.17 | | 662.38 |
| Check | 05/03/2016 | Amazon | Game | 3.17 | | 665.55 |
| Check | 05/03/2016 | Amazon | Game | 3.17 | | 668.72 |
| Check | 05/03/2016 | Amazon | game | 1.05 | | 669.77 |
| Check | 05/03/2016 | Amazon | game | 1.05 | | 670.82 |
| Check | 05/10/2016 | Net Flix | movie | 10.29 | | 681.11 |
| Check | 05/20/2016 | Keystone Cinema | movies | 22.00 | | 703.11 |
| Check | 05/20/2016 | Amazon | app | 1.05 | | 704.16 |
| | Total 74.991 · Entertainment/Recreation | | | 44.95 | 0.00 | 704.16 |
| **74.992 · Education/Reading** | | | | | | 1,939.01 |
| Check | 05/09/2016 | Smart Tuition | Addie and Lane | 433.34 | | 2,372.35 |
| | Total 74.992 · Education/Reading | | | 433.34 | 0.00 | 2,372.35 |
| **74.993 · Gifts** | | | | | | 1,447.31 |
| Check | 05/01/2016 | Holy Name Of Mary Church | Tithing | 100.00 | | 1,547.31 |
| Check | 05/02/2016 | Marion County 4H | Flowers (Fundraiser) | 30.00 | | 1,577.31 |
| Check | 05/04/2016 | JcPenny | Early bday present for Addie | 88.34 | | 1,665.65 |
| Check | 05/06/2016 | Country Place Greenhouse | Mother's Day flowers | 137.22 | | 1,802.87 |
| Check | 05/06/2016 | Wal-Mart | Mother's day | 28.37 | | 1,831.24 |
| | Total 74.993 · Gifts | | | 383.93 | 0.00 | 1,831.24 |
| **74.994 · Transportation** | | | | | | 340.70 |
| | Total 74.994 · Transportation | | | | | 340.70 |
| **74.999 · Lunch Money** | | | | | | 200.00 |
| Check | 05/02/2016 | Saint Augustine Lunchroom | Addie and Lane | 100.00 | | 300.00 |
| | Total 74.999 · Lunch Money | | | 100.00 | 0.00 | 300.00 |
| **74 · Family Living - Other** | | | | | | 515.17 |
| Check | 05/13/2016 | Wal-Mart | | 138.05 | | 653.22 |
| Check | 05/13/2016 | Crystal... | | 18.88 | | 672.10 |
| | Total 74 · Family Living - Other | | | 156.93 | 0.00 | 672.10 |
| | Total 74 · Family Living | | | 3,861.99 | 0.00 | 19,704.68 |
| **TOTAL** | | | | 18,924.09 | 18,924.09 | 0.00 |