Month of <u>June</u>, <u>2016</u>

## CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman</u>

CASE NO.: <u>15-32674</u>

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>          $ <u>32,234.33</u>

2015 Corn, 6081.54 bushels

Corn, 1,825 bushels

New loan received this month (if any): $ _____

Wages earned from outside work:   $ _____

Other receipts: Truck Bed Sale    $ <u>700</u>

Total Cash Receipts    $ <u>32,934.33</u>

II. <u>Expenses Paid</u>:

Total amount paid for household or living expense:  $ <u>4,651.60</u>

Operating expenses paid (itemize):  $3,644.60

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $304.79 |
| Utilities | $697.89 |
| Insurance | |
| Miscellaneous | $4.87 |
| Land Rent | |
| Equipment Repairs | $1,670.81 |
| Fuel & Oil | $966.24 |
| Supplies | |
| Professional Fees | |

Plan payments made to Chapter 12 Trustee $_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 06/24/16 | Huntington Bank | 943 | $680.45 | Megan's car |
| 06/24/16 | PNC Bank | 942 | $863.14 | Michael's truck |
| 06/27/16 | BAC | 949 | $793.71 | House Payment |
| 06/24/16 | Farm Credit | 931 | $24,934.33 | |

Total of direct payments $ 27,271.63

TOTAL EXPENSES PAID DURING MONTH $ 35,567.83

Losses due to crop failure or damage $_____

Losses due to death or disease of livestock or poultry $_____

PROFIT (or loss) FOR MONTH $ (2,633.50)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month: $ 5,927.00

Income (or Loss) During Month: $ (2,633.50)

Cash and Bank Account Balance at End of Month: $ 3,293.50

IV. Expenses charged but not paid during month (itemize):

Expense $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

9-26-16
Date

Debtor/Officer of Debtor

# **TAX DEPOSIT STATEMENT**

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number      _____

    Ending Withholding Tax Payable    _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number      _____

    Ending Withholding Tax Payable    _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number      _____

    Ending FICA Tax Payable    _____

SALES TAX

Beginning Sales Tax Payable _____  _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

9-26-16
Date

[signature]
Debtor/Officer of Debtor

3:28 PM
09/23/16
Cash Basis

# Buckman Family Farms
# Profit & Loss
## June 2016

|  | Jun 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 32,234.33 |
| **Total 01 · Crop Sales** | 32,234.33 |
| 20 · Misc Farm Income | 700.00 |
| **Total Income** | 32,934.33 |
| **Gross Profit** | 32,934.33 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 304.79 |
| **Total 54 · Employee Benefits** | 304.79 |
| **Total 34 · Payroll Expenses** | 304.79 |
| **38 · Utilities** | |
| 38.1 · Electricity | 265.79 |
| 38.3 · Cell Phones | 149.34 |
| 38.4 · Water | 66.66 |
| 38 · Utilities - Other | 216.10 |
| **Total 38 · Utilities** | 697.89 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 10.00 |
| 40 · Miscellaneous - Other | -5.13 |
| **Total 40 · Miscellaneous** | 4.87 |
| **43 · Equipment Repairs** | |
| 43.0 · Sprayer Repairs | 474.65 |
| 43.1 · Tractor Repair | 702.73 |
| 43.3 · Other Equip Repairs | 60.42 |
| 43.5 · John Deere Financial | 263.62 |
| 43 · Equipment Repairs - Other | 169.39 |
| **Total 43 · Equipment Repairs** | 1,670.81 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 807.77 |
| 45.2 · Gasoline | 158.47 |
| **Total 45 · Fuel & Oil** | 966.24 |
| **Total Expense** | 3,644.60 |
| **Net Ordinary Income** | 29,289.73 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 741.64 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 20.96 |
| 74.984 · Dentist | 115.00 |
| 74.985 · Food | 1,302.44 |
| 74.986 · Household Operating | 23.00 |
| 74.988 · House Repairs | 58.97 |
| 74.989 · Clothing | 467.42 |
| 74.990 · Personal Items | 283.23 |
| 74.991 · Entertainment/Recreation | 88.74 |
| 74.992 · Education/Reading | 488.84 |
| 74.993 · Gifts | 274.76 |

Page 1

**3:28 PM**
**09/23/16**
**Cash Basis**

# Buckman Family Farms
## Profit & Loss
### June 2016

|  | Jun 16 |
|---|---:|
| **74 · Family Living - Other** | 22.47 |
| **Total 74 · Family Living** | 3,145.83 |
| **Total Other Expense** | 4,651.60 |
| **Net Other Income** | -4,651.60 |
| **Net Income** | **24,638.13** |

3:31 PM
09/23/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 5,927.00 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 4,972.07 |
| Check | 06/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and Andrew | | 436.82 | 4,535.25 |
| Check | 06/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 4,528.34 |
| Check | 06/01/2016 | EFT | John Deere Limestone | ball bearing | | 29.58 | 4,498.76 |
| Check | 06/02/2016 | 914 | Wal-Mart | groceries | | 71.41 | 4,427.35 |
| Check | 06/02/2016 | EFT | Wendy's | lunch | | 24.04 | 4,403.31 |
| Check | 06/02/2016 | EFT | Kroger | equipment | | 150.00 | 4,253.31 |
| Check | 06/02/2016 | EFT | Kroger | equipment | | 65.42 | 4,187.89 |
| Check | 06/03/2016 | 915 | KORT | Megan's Physical Therapy copays (5) | | 200.00 | 3,987.89 |
| Check | 06/03/2016 | EFT | Bradfordsville Superior ... | lunch | | 12.33 | 3,975.56 |
| Check | 06/03/2016 | EFT | Wal-Mart | groceries | | 37.31 | 3,938.25 |
| Check | 06/03/2016 | EFT | Kroger | Michael | | 46.82 | 3,891.43 |
| Check | 06/03/2016 | EFT | Arby's | lunch | | 16.60 | 3,874.83 |
| Check | 06/04/2016 | 916 | Shear Delight | hair cut | | 50.96 | 3,823.87 |
| Check | 06/04/2016 | EFT | McDonalds | lunch | | 5.35 | 3,818.52 |
| Check | 06/04/2016 | EFT | LaFuenta | lunch | | 21.95 | 3,796.57 |
| Check | 06/05/2016 | EFT | Citizens National Bank | cash | | 100.00 | 3,696.57 |
| Check | 06/05/2016 | EFT | Wal-Mart | groceries | | 108.52 | 3,588.05 |
| Check | 06/06/2016 | 917 | Bardstown Dermatolgy | Megan | | 40.00 | 3,548.05 |
| Check | 06/06/2016 | EFT | Huddle House | breakfast | | 36.47 | 3,511.58 |
| Check | 06/06/2016 | EFT | Sirus XM | renewal | | 76.34 | 3,435.24 |
| Check | 06/06/2016 | EFT | Southern Recollection | Addie | | 24.95 | 3,410.29 |
| Deposit | 06/06/2016 | DEP | Amazon | REfund | 94.82 | | 3,505.11 |
| Check | 06/07/2016 | EFT | Wendy's | lunch | | 15.83 | 3,489.28 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | | 100.00 | 3,389.28 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | | 14.90 | 3,374.38 |
| Check | 06/07/2016 | EFT | Amazon | Lucas's birthday | | 24.99 | 3,349.39 |
| Check | 06/08/2016 | 918 | Dr. Hunt | Megan | | 40.00 | 3,309.39 |
| Check | 06/08/2016 | 919 | Wal-Mart | groceries | | 156.47 | 3,152.92 |
| Check | 06/08/2016 | EFT | Lawson Tractor | hydro oil | | 82.15 | 3,070.77 |
| Check | 06/08/2016 | EFT | Smart Style | hair product | | 84.19 | 2,986.58 |
| Check | 06/08/2016 | EFT | Norby's | parts | | 28.20 | 2,958.38 |
| Check | 06/08/2016 | EFT | It Works | | | 45.53 | 2,912.85 |
| Check | 06/09/2016 | 920 | Sandra Buckman Jones | Megan and Michael | | 25.00 | 2,887.85 |
| Check | 06/09/2016 | 921 | Allens | pest control | | 23.00 | 2,864.85 |
| Check | 06/09/2016 | 922 | Smart Tuition | tuition | | 433.26 | 2,431.59 |
| Check | 06/09/2016 | 923 | Quest Diagnostics | Andrew | | 50.84 | 2,380.75 |
| Check | 06/09/2016 | 924 | Bluegrass Celular | | | 149.34 | 2,231.41 |
| Check | 06/09/2016 | 925 | Lebanon Pediatrics | bill | | 50.32 | 2,181.09 |
| Check | 06/09/2016 | 926 | Peoples Bank | Safety deposit box dues | | 10.00 | 2,171.09 |
| Check | 06/09/2016 | 927 | Pat's Pharmacy | medicine | | 20.96 | 2,150.13 |
| Check | 06/09/2016 | 928 | Marion County Water | grain bins | | 16.47 | 2,133.66 |
| Check | 06/09/2016 | 929 | Marion County Water | house | | 50.19 | 2,083.47 |
| Check | 06/09/2016 | EFT | LaFuenta | lunch | | 38.45 | 2,045.02 |
| Check | 06/09/2016 | EFT | Lawson Tractor | oil | | 82.15 | 1,962.87 |
| Check | 06/10/2016 | EFT | AllStars Food Mart | Megan | | 38.74 | 1,924.13 |
| Check | 06/10/2016 | EFT | Napa | belts for sprayer | | 60.42 | 1,863.71 |
| Check | 06/10/2016 | EFT | Hardee's | lunch | | 13.60 | 1,850.11 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,750.11 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | Michael | | 98.74 | 1,651.37 |
| Check | 06/10/2016 | EFT | Amazon | Addie | | 22.94 | 1,628.43 |
| Check | 06/10/2016 | EFT | Norby's | parts | | 27.06 | 1,601.37 |
| Check | 06/11/2016 | 930 | Kroger | groceries | | 90.65 | 1,510.72 |
| Check | 06/11/2016 | EFT | LaFuenta | lunch | | 48.25 | 1,462.47 |
| Check | 06/11/2016 | EFT | Net Flix | | | 10.29 | 1,452.18 |
| Check | 06/12/2016 | EFT | Wal-Mart | Addie's birthday present | | 184.44 | 1,267.74 |
| Check | 06/12/2016 | EFT | Citizens National Bank | cash | | 100.00 | 1,167.74 |
| Deposit | 06/13/2016 | DEP | Citizens National Bank | truck bed | 700.00 | | 1,867.74 |
| Deposit | 06/13/2016 | DEP | | error in checking | 205.13 | | 2,072.87 |
| Deposit | 06/14/2016 | DEP | Citizens National Bank | 6081.54 busel corn | 24,934.33 | | 27,007.20 |
| Check | 06/14/2016 | 931 | Farm Credit Services | loan payment | | 24,934.33 | 2,072.87 |
| Check | 06/14/2016 | EFT | Wendy's | lunch | | 10.79 | 2,062.08 |
| Check | 06/14/2016 | 932 | Wal-Mart | groceries | | 108.49 | 1,953.59 |
| Check | 06/14/2016 | EFT | Shiners | Addie's birthday dinner | | 76.42 | 1,877.17 |
| Check | 06/15/2016 | 933 | KORT | 4 copays - Megan | | 160.00 | 1,717.17 |
| Check | 06/15/2016 | 934 | Inter County RECC | house | | 174.74 | 1,542.43 |
| Check | 06/15/2016 | 935 | Inter County RECC | grain bins | | 18.05 | 1,524.38 |
| Check | 06/15/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,424.38 |
| Check | 06/15/2016 | EFT | Arby's | lunch | | 16.37 | 1,408.01 |
| Check | 06/16/2016 | EFT | Five Star Food Mart | Megan | | 33.55 | 1,374.46 |
| Check | 06/17/2016 | 936 | Wal-Mart | groceries and Addie's birthday | | 155.63 | 1,218.83 |
| Check | 06/17/2016 | EFT | McDonalds | lunch | | 21.28 | 1,197.55 |
| Deposit | 06/17/2016 | DEP | Red Dress Boutique | REfund | 32.00 | | 1,229.55 |
| Check | 06/18/2016 | EFT | Wal-Mart | grill | | 78.61 | 1,150.94 |
| Check | 06/18/2016 | EFT | Murphy's Oil | Michael | | 61.93 | 1,089.01 |
| Check | 06/18/2016 | EFT | Amazon | app | | 2.11 | 1,086.90 |
| Check | 06/19/2016 | EFT | Ragetti's | lunch | | 43.35 | 1,043.55 |
| Check | 06/19/2016 | EFT | Five Star Food Mart | | | 28.08 | 1,015.47 |
| Check | 06/20/2016 | EFT | The Lebanon Enterprise | yard sale ad | | 18.40 | 997.07 |
| Check | 06/20/2016 | 937 | Dr. Smith | Megan, Addie and Andrew | | 115.00 | 882.07 |
| Check | 06/20/2016 | 938 | Wal-Mart | groceries | | 20.45 | 861.62 |
| Check | 06/20/2016 | EFT | Wal-Mart | supplies | | 15.87 | 845.75 |
| Check | 06/20/2016 | EFT | Marlilly Boutique | Megan | | 47.48 | 798.27 |
| Check | 06/21/2016 | | Farm Bureau | Michael, Megan, Addie, Lane and Andrew | | 188.60 | 609.67 |
| Check | 06/21/2016 | | Met Life | Michael | | 131.80 | 477.87 |
| Check | 06/21/2016 | 939 | Lebanon Physicans for ... | Megan | | 60.00 | 417.87 |
| Check | 06/21/2016 | EFT | LabCorp | Megan's blood work | | 79.12 | 338.75 |
| Check | 06/22/2016 | EFT | Five Star Food Mart | | | 5.28 | 333.47 |
| Check | 06/22/2016 | EFT | Children's Place | Kids (3) uniforms for school | | 267.17 | 66.30 |
| Check | 06/22/2016 | EFT | PS Aeropastel | Addie's uniform shirts for school | | 78.23 | -11.93 |
| Check | 06/22/2016 | EFT | JoAnn's Fabric | paint | | 1.46 | -13.39 |
| Deposit | 06/23/2016 | DEP | Citizens National Bank | From Ronnie | 7,300.00 | | 7,286.61 |

Page 1

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Check | 06/24/2016 | 940 | Wal-Mart | groceries | | 100.81 | 7,185.80 |
| Check | 06/24/2016 | EFT | Murphy's Oil | Megan | | 30.01 | 7,155.79 |
| Check | 06/24/2016 | EFT | Smart Style | hair product | | 48.15 | 7,107.64 |
| Check | 06/24/2016 | 941 | Windstream | Phone, Internet, Dish | | 216.10 | 6,891.54 |
| Check | 06/24/2016 | 942 | PNC Bank | Michael's truck | | 863.14 | 6,028.40 |
| Check | 06/24/2016 | 943 | Huntington Bank | Megan's car | | 680.45 | 5,347.95 |
| Check | 06/24/2016 | 944 | Family and Internal Med... | Megan | | 21.36 | 5,326.59 |
| Check | 06/24/2016 | EFT | Kroger | Michael | | 69.96 | 5,256.63 |
| Check | 06/26/2016 | EFT | Lee's Famous Recipe | supper | | 21.59 | 5,235.04 |
| Check | 06/26/2016 | EFT | Encompass Supply | washing machine part | | 58.97 | 5,176.07 |
| Check | 06/27/2016 | 946 | Jacobi Sales | parts | | 256.00 | 4,920.07 |
| Check | 06/27/2016 | 947 | John Deere Financial | | | 263.62 | 4,656.45 |
| Check | 06/27/2016 | 948 | Inter County RECC | shop | | 73.00 | 4,583.45 |
| Check | 06/27/2016 | 949 | BAC | | | 793.71 | 3,789.74 |
| Check | 06/27/2016 | 950 | Wal-Mart | groceries | | 55.52 | 3,734.22 |
| Check | 06/27/2016 | EFT | Lowe's | | | 10.18 | 3,724.04 |
| Check | 06/27/2016 | EFT | Tractor Supply | | | 8.46 | 3,715.58 |
| Check | 06/27/2016 | 945 | Bardstown Mill | | | 474.65 | 3,240.93 |
| Check | 06/27/2016 | EFT | Sweet Thought Boutique | Addie's backpack for school | | 55.58 | 3,185.35 |
| Check | 06/27/2016 | EFT | 2 Sassy Peeps | | | 56.59 | 3,128.76 |
| Check | 06/28/2016 | 951 | Hair Zone | Michael and the boys haircuts | | 36.00 | 3,092.76 |
| Check | 06/28/2016 | EFT | LaFuenta | lunch | | 43.55 | 3,049.21 |
| Check | 06/28/2016 | EFT | Dick's Sporting Good | Joe's birthday | | 21.19 | 3,028.02 |
| Check | 06/28/2016 | EFT | Norby's | parts | | 91.05 | 2,936.97 |
| Check | 06/28/2016 | EFT | Norby's | parts | | 4.44 | 2,932.53 |
| Check | 06/29/2016 | 952 | Lebanon Pediatrics | Addie | | 40.00 | 2,892.53 |
| Check | 06/29/2016 | EFT | McDonalds | lunch | | 11.34 | 2,881.19 |
| Check | 06/30/2016 | 953 | Sams Club | groceries and supplies | | 140.59 | 2,740.60 |
| Check | 06/30/2016 | EFT | Five Star Food Mart | Megan | | 56.17 | 2,684.43 |
| Check | 06/30/2016 | EFT | Wendy's | lunch | | 5.06 | 2,679.37 |
| Check | 06/30/2016 | EFT | H & R Agri Power | hose | | 252.85 | 2,426.52 |
| Check | 06/30/2016 | EFT | Moonlight Barbeque | lunch | | 34.81 | 2,391.71 |
| Check | 06/30/2016 | EFT | Robin's Embroidery | school stuff | | 21.20 | 2,370.51 |
| Check | 06/30/2016 | EFT | Amazon | | | 21.95 | 2,348.56 |
| Check | 06/30/2016 | EFT | Amazon | | | 9.99 | 2,338.57 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 33,266.28 | 35,899.78 | 2,338.57 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 33,266.28 | 35,899.78 | 3,293.50 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -189,452.28 |
| **801.2 · Farm Credit Services** | | | | | | | 5,659.28 |
| Check | 06/14/2016 | 931 | Farm Credit Services | loan payment | 24,934.33 | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | 24,934.33 | 0.00 | 30,593.61 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | 24,934.33 | 0.00 | -164,517.95 |
| **841 · Equipment Loans** | | | | | | | 6,804.50 |
| **841.5 · Huntington Bank** | | | | | | | 4,763.15 |
| Check | 06/24/2016 | 943 | Huntington Bank | Megan's car | 680.45 | | 5,443.60 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 5,443.60 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 7,484.95 |
| **841.2 · PNC** | | | | | | | 13,810.24 |
| Check | 06/24/2016 | 942 | PNC Bank | Michael's truck | 863.14 | | 14,673.38 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 14,673.38 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **871 · Real Estate Loans** | | | | | | | -114,854.99 |
| **871.1 · BAC Home Loan** | | | | | | | -123,799.99 |
| Check | 06/27/2016 | 949 | BAC | | 793.71 | | -123,006.28 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -123,006.28 |

3:31 PM

09/23/16

Cash Basis

# Buckman Family Farms
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -114,061.28 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -86,639.28 |
| 01.020 · Yellow Corn Sales | | | | | | | -78,871.19 |
| Deposit | 06/14/2016 | DEP | Citizens National Bank | 6081.54 bushels corn | | 24,934.33 | -103,805.52 |
| Deposit | 06/23/2016 | DEP | Citizens National Bank | 1,825 bushels | | 7,300.00 | -111,105.52 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 32,234.33 | -111,105.52 |
| 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01 · Crop Sales | | | | | 0.00 | 32,234.33 | -118,873.61 |
| **11 · Custom Work Income** | | | | | | | -3,865.00 |
| 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| Total 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -3,865.00 |
| **20 · Misc Farm Income** | | | | | | | 0.00 |
| Deposit | 06/13/2016 | DEP | Citizens National Bank | truck bed | | 700.00 | -700.00 |
| Total 20 · Misc Farm Income | | | | | 0.00 | 700.00 | -700.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |
| **33 · Interest Expense** | | | | | | | 32,204.08 |
| 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| **34 · Payroll Expenses** | | | | | | | 999.33 |
| 54 · Employee Benefits | | | | | | | 999.33 |
| 54.985 · Food | | | | | | | 999.33 |
| Check | 06/02/2016 | EFT | Wendy's | lunch | 24.04 | | 1,023.37 |
| Check | 06/03/2016 | EFT | Bradfordsville Superior ... | lunch | 12.33 | | 1,035.70 |
| Check | 06/03/2016 | EFT | Arby's | lunch | 16.60 | | 1,052.30 |
| Check | 06/04/2016 | EFT | McDonalds | lunch | 5.35 | | 1,057.65 |
| Check | 06/04/2016 | EFT | LaFuenta | lunch | 21.95 | | 1,079.60 |
| Check | 06/07/2016 | EFT | Wendy's | lunch | 15.83 | | 1,095.43 |
| Check | 06/09/2016 | EFT | LaFuenta | lunch | 38.45 | | 1,133.88 |
| Check | 06/10/2016 | EFT | Hardee's | lunch | 13.60 | | 1,147.48 |
| Check | 06/11/2016 | EFT | LaFuenta | lunch | 48.25 | | 1,195.73 |
| Check | 06/14/2016 | EFT | Wendy's | lunch | 10.79 | | 1,206.52 |
| Check | 06/15/2016 | EFT | Arby's | lunch | 16.37 | | 1,222.89 |
| Check | 06/17/2016 | EFT | McDonalds | lunch | 21.28 | | 1,244.17 |
| Check | 06/28/2016 | EFT | LaFuenta | lunch | 43.55 | | 1,287.72 |
| Check | 06/29/2016 | EFT | McDonalds | lunch | 11.34 | | 1,299.06 |
| Check | 06/30/2016 | EFT | Wendy's | lunch | 5.06 | | 1,304.12 |
| Total 54.985 · Food | | | | | 304.79 | 0.00 | 1,304.12 |
| Total 54 · Employee Benefits | | | | | 304.79 | 0.00 | 1,304.12 |
| Total 34 · Payroll Expenses | | | | | 304.79 | 0.00 | 1,304.12 |
| **38 · Utilities** | | | | | | | 6,420.40 |
| 38.1 · Electricity | | | | | | | 3,695.12 |
| Check | 06/15/2016 | 934 | Inter County RECC | house | 174.74 | | 3,869.86 |
| Check | 06/15/2016 | 935 | Inter County RECC | grain bins | 18.05 | | 3,887.91 |
| Check | 06/27/2016 | 948 | Inter County RECC | shop | 73.00 | | 3,960.91 |
| Total 38.1 · Electricity | | | | | 265.79 | 0.00 | 3,960.91 |
| 38.2 · Telephone | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| 38.3 · Cell Phones | | | | | | | 781.76 |
| Check | 06/09/2016 | 924 | Bluegrass Celular | | 149.34 | | 931.10 |
| Total 38.3 · Cell Phones | | | | | 149.34 | 0.00 | 931.10 |
| 38.4 · Water | | | | | | | 313.64 |
| Check | 06/09/2016 | 928 | Marion County Water | grain bins | 16.47 | | 330.11 |
| Check | 06/09/2016 | 929 | Marion County Water | house | 50.19 | | 380.30 |
| Total 38.4 · Water | | | | | 66.66 | 0.00 | 380.30 |
| 38.5 · Gas | | | | | | | 520.63 |

3:31 PM  **Buckman Family Farms**
09/23/16  **General Ledger**
Cash Basis  As of June 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 38.5 · Gas | | | | | | | 520.63 |
| **38.6 · Internet** | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| **38 · Utilities - Other** | | | | | | | 654.44 |
| Check | 06/24/2016 | 941 | Windstream | Phone, Internet, Dish | 216.10 | | 870.54 |
| Total 38 · Utilities - Other | | | | | 216.10 | 0.00 | 870.54 |
| Total 38 · Utilities | | | | | 697.89 | 0.00 | 7,118.29 |
| 39 · Insurance | | | | | | | 2,987.46 |
| **40 · Miscellaneous** | | | | | | | 1,159.75 |
| **40.1 · Bank Charges** | | | | | | | 0.00 |
| Check | 06/09/2016 | 926 | Peoples Bank | Safety deposit box dues | 10.00 | | 10.00 |
| Total 40.1 · Bank Charges | | | | | 10.00 | 0.00 | 10.00 |
| **40.2 · Office Supplies** | | | | | | | 73.29 |
| Total 40.2 · Office Supplies | | | | | | | 73.29 |
| **40.3 · Travel & Ent** | | | | | | | 452.51 |
| **40.33 · Meals** | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
| **40.34 · Travel** | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| **40.3 · Travel & Ent - Other** | | | | | | | 136.00 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 136.00 |
| Total 40.3 · Travel & Ent | | | | | | | 452.51 |
| **40 · Miscellaneous - Other** | | | | | | | 633.95 |
| Check | 06/05/2016 | EFT | Citizens National Bank | cash | 100.00 | | 733.95 |
| Check | 06/12/2016 | EFT | Citizens National Bank | cash | 100.00 | | 833.95 |
| Deposit | 06/13/2016 | DEP | | error in checking | | 205.13 | 628.82 |
| Total 40 · Miscellaneous - Other | | | | | 200.00 | 205.13 | 628.82 |
| Total 40 · Miscellaneous | | | | | 210.00 | 205.13 | 1,164.62 |
| **42 · Farm Rent** | | | | | | | 12,300.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 12,300.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 12,300.00 |
| Total 42 · Farm Rent | | | | | | | 12,300.00 |
| **43 · Equipment Repairs** | | | | | | | 2,879.49 |
| **43.0 · Sprayer Repairs** | | | | | | | 48.34 |
| Check | 06/27/2016 | 945 | Bardstown Mill | | 474.65 | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | 474.65 | 0.00 | 522.99 |
| **43.1 · Tractor Repair** | | | | | | | 496.13 |
| Check | 06/01/2016 | EFT | John Deere Limestone | ball bearing | 29.58 | | 525.71 |
| Check | 06/08/2016 | EFT | Lawson Tractor | hydro oil | 82.15 | | 607.86 |
| Check | 06/09/2016 | EFT | Lawson Tractor | oil | 82.15 | | 690.01 |
| Check | 06/27/2016 | 946 | Jacobi Sales | parts | 256.00 | | 946.01 |
| Check | 06/30/2016 | EFT | H & R Agri Power | hose | 252.85 | | 1,198.86 |
| Total 43.1 · Tractor Repair | | | | | 702.73 | 0.00 | 1,198.86 |
| **43.2 · Truck Repair** | | | | | | | 252.60 |
| Total 43.2 · Truck Repair | | | | | | | 252.60 |
| **43.3 · Other Equip Repairs** | | | | | | | 30.16 |
| Check | 06/10/2016 | EFT | Napa | belts for sprayer | 60.42 | | 90.58 |
| Total 43.3 · Other Equip Repairs | | | | | 60.42 | 0.00 | 90.58 |
| **43.5 · John Deere Financial** | | | | | | | 0.00 |
| Check | 06/27/2016 | 947 | John Deere Financial | | 263.62 | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | 263.62 | 0.00 | 263.62 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 2,026.29 |
| Check | 06/08/2016 | EFT | Norby's | parts | 28.20 | | 2,054.49 |
| Check | 06/10/2016 | EFT | Norby's | parts | 27.06 | | 2,081.55 |
| Check | 06/27/2016 | EFT | Lowe's | | 10.18 | | 2,091.73 |
| Check | 06/27/2016 | EFT | Tractor Supply | | 8.46 | | 2,100.19 |
| Check | 06/28/2016 | EFT | Norby's | parts | 91.05 | | 2,191.24 |
| Check | 06/28/2016 | EFT | Norby's | parts | 4.44 | | 2,195.68 |
| Total 43 · Equipment Repairs - Other | | | | | 169.39 | 0.00 | 2,195.68 |
| Total 43 · Equipment Repairs | | | | | 1,670.81 | 0.00 | 4,550.30 |
| **45 · Fuel & Oil** | | | | | | | 2,217.54 |
| **45.1 · Diesel Fuel** | | | | | | | 1,716.33 |
| Check | 06/02/2016 | EFT | Kroger | equipment | 150.00 | | 1,866.33 |
| Check | 06/02/2016 | EFT | Kroger | equipment | 65.42 | | 1,931.75 |
| Check | 06/03/2016 | EFT | Kroger | Michael | 46.82 | | 1,978.57 |

Page 4

3:31 PM

09/23/16

Cash Basis

**Buckman Family Farms**
## General Ledger
**As of June 30, 2016**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | 100.00 | | 2,078.57 |
| Check | 06/07/2016 | EFT | Murphy's Oil | equipment | 14.90 | | 2,093.47 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 2,193.47 |
| Check | 06/10/2016 | EFT | Five Star Food Mart | Michael | 98.74 | | 2,292.21 |
| Check | 06/15/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 2,392.21 |
| Check | 06/18/2016 | EFT | Murphy's Oil | Michael | 61.93 | | 2,454.14 |
| Check | 06/24/2016 | EFT | Kroger | Michael | 69.96 | | 2,524.10 |
| Total 45.1 · Diesel Fuel | | | | | 807.77 | 0.00 | 2,524.10 |
| **45.2 · Gasoline** | | | | | | | 501.21 |
| Check | 06/10/2016 | EFT | AllStars Food Mart | Megan | 38.74 | | 539.95 |
| Check | 06/16/2016 | EFT | Five Star Food Mart | Megan | 33.55 | | 573.50 |
| Check | 06/24/2016 | EFT | Murphy's Oil | Megan | 30.01 | | 603.51 |
| Check | 06/30/2016 | EFT | Five Star Food Mart | Megan | 56.17 | | 659.68 |
| Total 45.2 · Gasoline | | | | | 158.47 | 0.00 | 659.68 |
| Total 45 · Fuel & Oil | | | | | 966.24 | 0.00 | 3,183.78 |
| **51 · Supplies** | | | | | | | 181.15 |
| 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| 51.2 · Rent on tanks | | | | | | | 43.41 |
| Total 51.2 · Rent on tanks | | | | | | | 43.41 |
| 51 · Supplies - Other | | | | | | | 106.53 |
| Total 51 · Supplies - Other | | | | | | | 106.53 |
| Total 51 · Supplies | | | | | | | 181.15 |
| **52 · Professional Fees** | | | | | | | 3,567.15 |
| 52.1 · Accounting | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52 · Professional Fees | | | | | | | 3,567.15 |
| **70 · Contributions** | | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | | 100.00 |
| **71 · Medicine** | | | | | | | 591.58 |
| Total 71 · Medicine | | | | | | | 591.58 |
| **72 · Doctors & Hospitals** | | | | | | | 2,286.24 |
| Check | 06/03/2016 | 915 | KORT | Megan's Physical Therapy copays (5) | 200.00 | | 2,486.24 |
| Check | 06/06/2016 | 917 | Bardstown Dermatolgy | Megan | 40.00 | | 2,526.24 |
| Check | 06/08/2016 | 918 | Dr. Hunt | Megan | 40.00 | | 2,566.24 |
| Check | 06/09/2016 | 923 | Quest Diagnostics | Andrew | 50.84 | | 2,617.08 |
| Check | 06/09/2016 | 925 | Lebanon Pediatrics | bill | 50.32 | | 2,667.40 |
| Check | 06/15/2016 | 933 | KORT | 4 copays - Megan | 160.00 | | 2,827.40 |
| Check | 06/21/2016 | 939 | Lebanon Physicans for ... | Megan | 60.00 | | 2,887.40 |
| Check | 06/21/2016 | EFT | LabCorp | Megan's blood work | 79.12 | | 2,966.52 |
| Check | 06/24/2016 | 944 | Family and Internal Med... | Megan | 21.36 | | 2,987.88 |
| Check | 06/29/2016 | 952 | Lebanon Pediatrics | Addie | 40.00 | | 3,027.88 |
| Total 72 · Doctors & Hospitals | | | | | 741.64 | 0.00 | 3,027.88 |
| **73.997 · Health Insurance** | | | | | | | 1,747.28 |
| Check | 06/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and Andrew | 436.82 | | 2,184.10 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 2,184.10 |
| **73.998 · Life Insurance** | | | | | | | 1,635.90 |
| Check | 06/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 1,642.81 |
| Check | 06/21/2016 | | Farm Bureau | Michael, Megan, Addie, Lane and Andrew | 188.60 | | 1,831.41 |
| Check | 06/21/2016 | | Met Life | Michael | 131.80 | | 1,963.21 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 1,963.21 |
| **74 · Family Living** | | | | | | | 19,704.68 |
| 74.983 · Pat's Pharmacy | | | | | | | 142.46 |
| Check | 06/09/2016 | 927 | Pat's Pharmacy | medicine | 20.96 | | 163.42 |
| Total 74.983 · Pat's Pharmacy | | | | | 20.96 | 0.00 | 163.42 |
| 74.984 · Dentist | | | | | | | 124.20 |
| Check | 06/20/2016 | 937 | Dr. Smith | Megan, Addie and Andrew | 115.00 | | 239.20 |
| Total 74.984 · Dentist | | | | | 115.00 | 0.00 | 239.20 |
| 74.985 · Food | | | | | | | 7,243.01 |
| Check | 06/02/2016 | 914 | Wal-Mart | groceries | 71.41 | | 7,314.42 |
| Check | 06/03/2016 | EFT | Wal-Mart | groceries | 37.31 | | 7,351.73 |
| Check | 06/05/2016 | EFT | Wal-Mart | groceries | 108.52 | | 7,460.25 |
| Check | 06/06/2016 | EFT | Huddle House | breakfast | 36.47 | | 7,496.72 |
| Check | 06/08/2016 | 919 | Wal-Mart | groceries | 156.47 | | 7,653.19 |
| Check | 06/11/2016 | 930 | Kroger | groceries | 90.65 | | 7,743.84 |
| Check | 06/14/2016 | 932 | Wal-Mart | groceries | 108.49 | | 7,852.33 |
| Check | 06/14/2016 | EFT | Shiners | Addie's birthday dinner | 76.42 | | 7,928.75 |
| Check | 06/17/2016 | 936 | Wal-Mart | groceries and Addie's birthday | 155.63 | | 8,084.38 |
| Check | 06/19/2016 | EFT | Ragetti's | lunch | 43.35 | | 8,127.73 |
| Check | 06/19/2016 | EFT | Five Star Food Mart | | 28.08 | | 8,155.81 |
| Check | 06/20/2016 | 938 | Wal-Mart | groceries | 20.45 | | 8,176.26 |

**Buckman Family Farms**
## General Ledger
**As of June 30, 2016**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 06/20/2016 | EFT | Wal-Mart | supplies | 15.87 | | 8,192.13 |
| Check | 06/24/2016 | 940 | Wal-Mart | groceries | 100.81 | | 8,292.94 |
| Check | 06/26/2016 | EFT | Lee's Famous Recipe | supper | 21.59 | | 8,314.53 |
| Check | 06/27/2016 | 950 | Wal-Mart | groceries | 55.52 | | 8,370.05 |
| Check | 06/30/2016 | 953 | Sams Club | groceries and supplies | 140.59 | | 8,510.64 |
| Check | 06/30/2016 | EFT | Moonlight Barbeque | lunch | 34.81 | | 8,545.45 |
| Total 74.985 · Food | | | | | 1,302.44 | 0.00 | 8,545.45 |
| **74.986 · Household Operating** | | | | | | | 137.87 |
| Check | 06/09/2016 | 921 | Allens | pest control | 23.00 | | 160.87 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 160.87 |
| **74.988 · House Repairs** | | | | | | | 239.02 |
| Check | 06/26/2016 | EFT | Encompass Supply | washing machine part | 58.97 | | 297.99 |
| Total 74.988 · House Repairs | | | | | 58.97 | 0.00 | 297.99 |
| **74.989 · Clothing** | | | | | | | 3,381.79 |
| Check | 06/06/2016 | EFT | Southern Recollection | Addie | 24.95 | | 3,406.74 |
| Check | 06/09/2016 | 920 | Sandra Buckman Jones | Megan and Michael | 25.00 | | 3,431.74 |
| Deposit | 06/17/2016 | DEP | Red Dress Boutique | REfund | | 32.00 | 3,399.74 |
| Check | 06/20/2016 | EFT | Marlilly Boutique | Megan | 47.48 | | 3,447.22 |
| Check | 06/22/2016 | EFT | Children's Place | Kids (3) uniforms for school | 267.17 | | 3,714.39 |
| Check | 06/22/2016 | EFT | PS Aeropastel | Addie's uniform shirts for school | 78.23 | | 3,792.62 |
| Check | 06/27/2016 | EFT | 2 Sassy Peeps | | 56.59 | | 3,849.21 |
| Total 74.989 · Clothing | | | | | 499.42 | 32.00 | 3,849.21 |
| **74.990 · Personal Items** | | | | | | | 2,215.78 |
| Check | 06/04/2016 | 916 | Shear Delight | hair cut | 50.96 | | 2,266.74 |
| Check | 06/08/2016 | EFT | Smart Style | hair product | 84.19 | | 2,350.93 |
| Check | 06/08/2016 | EFT | It Works | | 45.53 | | 2,396.46 |
| Check | 06/20/2016 | EFT | The Lebanon Enterprise | yard sale ad | 18.40 | | 2,414.86 |
| Check | 06/24/2016 | EFT | Smart Style | hair product | 48.15 | | 2,463.01 |
| Check | 06/28/2016 | 951 | Hair Zone | Michael and the boys haircuts | 36.00 | | 2,499.01 |
| Total 74.990 · Personal Items | | | | | 283.23 | 0.00 | 2,499.01 |
| **74.991 · Entertainment/Recreation** | | | | | | | 704.16 |
| Check | 06/06/2016 | EFT | Sirus XM | renewal | 76.34 | | 780.50 |
| Check | 06/11/2016 | EFT | Net Flix | | 10.29 | | 790.79 |
| Check | 06/18/2016 | EFT | Amazon | app | 2.11 | | 792.90 |
| Total 74.991 · Entertainment/Recreation | | | | | 88.74 | 0.00 | 792.90 |
| **74.992 · Education/Reading** | | | | | | | 2,372.35 |
| Check | 06/09/2016 | 922 | Smart Tuition | tuition | 433.26 | | 2,805.61 |
| Check | 06/27/2016 | EFT | Sweet Thought Boutique | Addie's backpack for school | 55.58 | | 2,861.19 |
| Total 74.992 · Education/Reading | | | | | 488.84 | 0.00 | 2,861.19 |
| **74.993 · Gifts** | | | | | | | 1,831.24 |
| Check | 06/07/2016 | EFT | Amazon | Lucas's birthday | 24.99 | | 1,856.23 |
| Check | 06/10/2016 | EFT | Amazon | Addie | 22.94 | | 1,879.17 |
| Check | 06/12/2016 | EFT | Wal-Mart | Addie's birthday present | 184.44 | | 2,063.61 |
| Check | 06/28/2016 | EFT | Dick's Sporting Good | Joe's birthday | 21.19 | | 2,084.80 |
| Check | 06/30/2016 | EFT | Robin's Embroidery | school stuff | 21.20 | | 2,106.00 |
| Total 74.993 · Gifts | | | | | 274.76 | 0.00 | 2,106.00 |
| **74.994 · Transportation** | | | | | | | 340.70 |
| Total 74.994 · Transportation | | | | | | | 340.70 |
| **74.999 · Lunch Money** | | | | | | | 300.00 |
| Total 74.999 · Lunch Money | | | | | | | 300.00 |
| **74 · Family Living - Other** | | | | | | | 672.10 |
| Deposit | 06/06/2016 | DEP | Amazon | REfund | | 94.82 | 577.28 |
| Check | 06/18/2016 | EFT | Wal-Mart | grill | 78.61 | | 655.89 |
| Check | 06/22/2016 | EFT | Five Star Food Mart | | 5.28 | | 661.17 |
| Check | 06/22/2016 | EFT | JoAnn's Fabric | paint | 1.46 | | 662.63 |
| Check | 06/30/2016 | EFT | Amazon | | 21.95 | | 684.58 |
| Check | 06/30/2016 | EFT | Amazon | | 9.99 | | 694.57 |
| Total 74 · Family Living - Other | | | | | 117.29 | 94.82 | 694.57 |
| Total 74 · Family Living | | | | | 3,272.65 | 126.82 | 22,850.51 |
| **TOTAL** | | | | | 69,166.06 | 69,166.06 | 0.00 |