Month of <u>  July           </u>, <u>  2016      </u>

# CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman                                                </u>

CASE NO.: <u>  15-32674                                                                                          </u>

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>         $ <u>  22,000                          </u>
Corn, 5,500 bushels

New loan received this month (if any): $_____

Wages earned from outside work:   $_____

Other receipts:                   $_____

      Total Cash Receipts   $ <u>  22,000.00                        </u>

II. <u>Expenses Paid</u>:

Total amount paid for household
or living expense:   $ <u>  5,410.64                         </u>

Operating expenses paid (itemize):   $13,472.59

| <u>Item</u> | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $174.69 |
| Utilities | $477.79 |
| Insurance | |
| Miscellaneous | $234.55 |
| Land Rent | $10,000 |
| Equipment Repairs | $1,833.31 |
| Fuel & Oil | $725.66 |
| Supplies | $26.57 |
| Professional Fees | |

Plan payments made to Chapter 12 Trustee
$_____

Direct payments to creditors (as required by plan):

| <u>Date</u> | <u>Creditor</u> | <u>Check No.</u> | <u>Amount</u> | |
|---|---|---|---|---|
| 07/25/16 | Huntington Bank | 976 | $680.45 | Megan's car |
| 07/25/16 | PNC Bank | 975 | $863.14 | Michael's truck |
| 07/25/16 | BAC | 949 | $793.71 | House Payment |

Total of direct payments $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH $ 21,220.53

Losses due to crop failure or damage $_____

Losses due to death or disease of livestock or poultry $_____

PROFIT (or loss) FOR MONTH $ 779.47

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month: $ 3,293.50

Income (or Loss) During Month: $ 779.47

Cash and Bank Account Balance at End of Month: $ 4,072.97

IV. Expenses charged but not paid during month (itemize):

Expense $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

9-26-16
Date

_____
Debtor/Officer of Debtor

## **TAX DEPOSIT STATEMENT**

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number      _____

    Ending Withholding Tax Payable    _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number      _____

    Ending Withholding Tax Payable    _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number      _____

    Ending FICA Tax Payable    _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

9-26-16
Date

Debtor/Officer of Debtor

1:20 PM  
09/01/16  
Cash Basis  

# Buckman Family Farms
## Profit & Loss
### July 2016

|  | Jul 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 22,000.00 |
| **Total 01 · Crop Sales** | 22,000.00 |
| **Total Income** | 22,000.00 |
| **Gross Profit** | 22,000.00 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 174.69 |
| **Total 54 · Employee Benefits** | 174.69 |
| **Total 34 · Payroll Expenses** | 174.69 |
| **38 · Utilities** | |
| 38.1 · Electricity | 79.48 |
| 38.3 · Cell Phones | 151.58 |
| 38.4 · Water | 22.69 |
| 38 · Utilities - Other | 224.04 |
| **Total 38 · Utilities** | 477.79 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 103.00 |
| 40.3 · Travel & Ent | 51.55 |
| 40 · Miscellaneous - Other | 80.00 |
| **Total 40 · Miscellaneous** | 234.55 |
| **42 · Farm Rent** | |
| 42.1 · Cash Crop Land Rent | 10,000.00 |
| **Total 42 · Farm Rent** | 10,000.00 |
| **43 · Equipment Repairs** | |
| 43.1 · Tractor Repair | 255.06 |
| 43.2 · Truck Repair | 1,462.23 |
| 43 · Equipment Repairs - Other | 116.04 |
| **Total 43 · Equipment Repairs** | 1,833.33 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 486.93 |
| 45.2 · Gasoline | 238.73 |
| **Total 45 · Fuel & Oil** | 725.66 |
| **51 · Supplies** | 26.57 |
| **Total Expense** | 13,472.59 |
| **Net Ordinary Income** | 8,527.41 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 591.26 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 48.95 |
| 74.985 · Food | 874.92 |
| 74.989 · Clothing | 556.89 |
| 74.990 · Personal Items | 296.48 |
| 74.991 · Entertainment/Recreation | 291.74 |

1:20 PM  
09/01/16  
Cash Basis

# Buckman Family Farms
## Profit & Loss
### July 2016

|  | Jul 16 |
|---|---:|
| 74.992 · Education/Reading | 1,208.99 |
| 74.993 · Gifts | 110.12 |
| 74.997 · Household Electricity | 202.79 |
| 74.998 · Household Water | 57.34 |
| 74.999 · Lunch Money | 300.00 |
| 74 · Family Living - Other | 107.03 |
| **Total 74 · Family Living** | **4,055.25** |
| **Total Other Expense** | **5,410.64** |
| **Net Other Income** | **-5,410.64** |
| **Net Income** | **3,116.77** |

1:19 PM  
09/01/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 3,293.50 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 2,338.57 |
| Check | 07/01/2016 | | Anthem | Michael, Megan, ... | | 436.82 | 1,901.75 |
| Check | 07/01/2016 | | Grange Life Insurance | Megan | | 6.91 | 1,894.84 |
| Check | 07/01/2016 | EFT | Amazon | lunch boxes (2) | | 31.69 | 1,863.15 |
| Check | 07/01/2016 | EFT | OutBackToyStore | Andrew's backpack | | 41.85 | 1,821.30 |
| Deposit | 07/01/2016 | DEP | Sweet Thought Boutique | REFUND | 55.58 | | 1,876.88 |
| Check | 07/02/2016 | EFT | LaFuenta | lunch | | 18.45 | 1,858.43 |
| Check | 07/02/2016 | EFT | Norby's | parts | | 24.99 | 1,833.44 |
| Check | 07/02/2016 | EFT | Nail Art | Megan and Addie | | 100.00 | 1,733.44 |
| Check | 07/02/2016 | EFT | Taco Bell | lunch | | 11.55 | 1,721.89 |
| Check | 07/02/2016 | EFT | Smart Style | Megan and Addie | | 24.00 | 1,697.89 |
| Check | 07/03/2016 | 954 | Wal-Mart | groceries | | 98.14 | 1,599.75 |
| Check | 07/03/2016 | EFT | Huddle House | breakfast | | 42.18 | 1,557.57 |
| Check | 07/03/2016 | EFT | Murphy's Oil | Michael | | 55.43 | 1,502.14 |
| Check | 07/03/2016 | EFT | Under Armour | Lane's backpack | | 47.69 | 1,454.45 |
| Check | 07/04/2016 | EFT | Keystone Cinema | movies | | 56.75 | 1,397.70 |
| Check | 07/05/2016 | 955 | Dr. Smith | Addie and Andrew | | 61.60 | 1,336.10 |
| Check | 07/05/2016 | EFT | White Castle | lunch | | 23.52 | 1,312.58 |
| Check | 07/05/2016 | EFT | Robin's Embroidery | school stuff | | 71.02 | 1,241.56 |
| Check | 07/05/2016 | EFT | Five Star Food Mart | Megan | | 24.79 | 1,216.77 |
| Check | 07/06/2016 | EFT | Citizens National Bank | cash | | 60.00 | 1,156.77 |
| Check | 07/06/2016 | EFT | KKS Silver | Megan | | 64.64 | 1,092.13 |
| Check | 07/06/2016 | EFT | Hibbett's | Addie, Lane and ... | | 174.85 | 917.28 |
| Check | 07/06/2016 | EFT | American Eagle | Michael and Megan | | 111.16 | 806.12 |
| Check | 07/06/2016 | EFT | LabCorp | Megan | | 19.45 | 786.67 |
| Check | 07/07/2016 | 956 | Wal-Mart | groceries | | 112.78 | 673.89 |
| Check | 07/09/2016 | EFT | Aeropastle | Addie's uniforms | | 60.42 | 613.47 |
| Check | 07/10/2016 | EFT | Five Star Food Mart | Equipment | | 81.69 | 531.78 |
| Check | 07/10/2016 | EFT | Murphy's Oil | Megan | | 49.39 | 482.39 |
| Check | 07/10/2016 | EFT | Net Flix | | | 10.29 | 472.10 |
| Check | 07/11/2016 | 957 | Bluegrass Celular | | | 151.58 | 320.52 |
| Check | 07/11/2016 | 958 | Loper's Florist | Addie's flowers | | 39.10 | 281.42 |
| Check | 07/12/2016 | EFT | LaFuenta | lunch | | 26.22 | 255.20 |
| Check | 07/12/2016 | EFT | Five Star Food Mart | Megan | | 29.82 | 225.38 |
| Check | 07/13/2016 | EFT | Famous Dave's | | | 33.30 | 192.08 |
| Check | 07/14/2016 | 959 | H&W | Addie's basketbal... | | 75.00 | 117.08 |
| Check | 07/14/2016 | EFT | Children's Place | Addie's uniforms | | 21.43 | 95.65 |
| Deposit | 07/14/2016 | | Children's Place | Refund | 78.82 | | 174.47 |
| Check | 07/14/2016 | EFT | Thorton's | Megan | | 22.54 | 151.93 |
| Check | 07/14/2016 | EFT | Embassy Suites | Corn Board Meeti... | | 51.55 | 100.38 |
| Check | 07/15/2016 | EFT | Target | Addie's uniforms | | 50.46 | 49.92 |
| Deposit | 07/15/2016 | DEP{ | Citizens National Bank | R&B Trucking, co... | 12,000.00 | | 12,049.92 |
| Check | 07/15/2016 | 960 | Gabehart, Robbie | 2016 cash rent | | 6,000.00 | 6,049.92 |
| Check | 07/15/2016 | 961 | Gary Caldwell | 2016 cash rent | | 2,000.00 | 4,049.92 |
| Check | 07/15/2016 | 962 | Brandon Caldwell | 2016 cash rent | | 2,000.00 | 2,049.92 |
| Check | 07/15/2016 | 963 | Smart Tuition | tuition and book f... | | 749.91 | 1,300.01 |
| Check | 07/15/2016 | 964 | Inter County RECC | house | | 202.79 | 1,097.22 |
| Check | 07/15/2016 | 965 | Inter County RECC | grain bins | | 18.86 | 1,078.36 |
| Check | 07/15/2016 | 966 | Marion County Water | shop | | 22.69 | 1,055.67 |
| Check | 07/15/2016 | 967 | Marion County Water | house | | 57.34 | 998.33 |
| Check | 07/15/2016 | 968 | Pat's Pharmacy | medicines | | 48.95 | 949.38 |
| Check | 07/15/2016 | EFT | Children's Place | Addie's uniforms | | 94.70 | 854.68 |
| Check | 07/16/2016 | 969 | Kroger | groceries | | 122.00 | 732.68 |
| Check | 07/16/2016 | EFT | Murphy's Oil | Megan | | 30.89 | 701.79 |
| Check | 07/17/2016 | EFT | Murphy's Oil | lawnmower | | 12.50 | 689.29 |
| Check | 07/18/2016 | EFT | Murphy's Oil | Michael's work tru... | | 27.54 | 661.75 |
| Check | 07/18/2016 | EFT | Five Star Food Mart | | | 22.03 | 639.72 |
| Check | 07/18/2016 | EFT | Google | | | 5.00 | 634.72 |
| Check | 07/19/2016 | EFT | Town and Country Ford | Michael's truck | | 28.97 | 605.75 |
| Check | 07/20/2016 | EFT | Kroger | Michael's truck | | 66.12 | 539.63 |
| Check | 07/20/2016 | EFT | Kroger | Equipment | | 84.79 | 454.84 |
| Check | 07/21/2016 | | Farm Bureau | Michael, Megan, ... | | 188.60 | 266.24 |
| Check | 07/21/2016 | | Met Life | Michael | | 131.80 | 134.44 |
| Check | 07/21/2016 | EFT | Five Star Food Mart | Megan | | 27.43 | 107.01 |
| Check | 07/22/2016 | 970 | Citizens National Bank | cash | | 20.00 | 87.01 |
| Deposit | 07/25/2016 | DEP | Citizens National Bank | R & B Trucking pr... | 10,000.00 | | 10,087.01 |
| Check | 07/25/2016 | EFT | Murphy's Oil | gas | | 13.83 | 10,073.18 |
| Check | 07/25/2016 | EFT | Norby's | trans oil | | 91.05 | 9,982.13 |
| Check | 07/25/2016 | 971 | Inter County RECC | shop | | 60.62 | 9,921.51 |
| Check | 07/25/2016 | 972 | Spring View Hospital | Michael | | 436.44 | 9,485.07 |
| Check | 07/25/2016 | 973 | Windstream | Phone, dish and l... | | 224.04 | 9,261.03 |
| Check | 07/25/2016 | 974 | Renyolds Tractor | | | 255.06 | 9,005.97 |
| Check | 07/25/2016 | 975 | PNC Bank | Michael's truck | | 863.14 | 8,142.83 |
| Check | 07/25/2016 | 976 | Huntington Bank | Megan's car | | 680.45 | 7,462.38 |
| Check | 07/25/2016 | 977 | Labatory Corporation | Megan | | 65.09 | 7,397.29 |
| Check | 07/25/2016 | 978 | ARIS | Addie | | 8.68 | 7,388.61 |
| Check | 07/25/2016 | 979 | BAC | August | | 793.71 | 6,594.90 |

1:19 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 07/25/2016 | EFT | Amazon | School stuff | | 145.85 | 6,449.05 |
| Check | 07/25/2016 | EFT | Murphy's Oil | diesel | | 48.61 | 6,400.44 |
| Check | 07/26/2016 | 980 | Wal-Mart | groceries | | 46.96 | 6,353.48 |
| Check | 07/26/2016 | EFT | Smart Style | hair products | | 89.42 | 6,264.06 |
| Check | 07/27/2016 | 981 | American Tire | tires for Michael's... | | 1,433.26 | 4,830.80 |
| Check | 07/27/2016 | EFT | Los Melendenz | lunch | | 28.93 | 4,801.87 |
| Check | 07/27/2016 | EFT | Five Star Food Mart | diesel | | 150.29 | 4,651.58 |
| Check | 07/27/2016 | EFT | Chase ATM | cash | | 103.00 | 4,548.58 |
| Check | 07/28/2016 | 982 | Sams Club | food and supplies | | 235.97 | 4,312.61 |
| Check | 07/28/2016 | EFT | Valley Springs Resort | Big Splash Water... | | 219.70 | 4,092.91 |
| Check | 07/28/2016 | 983 | Saint Augustine PTO | school shirts for a... | | 192.00 | 3,900.91 |
| Check | 07/28/2016 | 984 | St. A Lunchroom | for all 3 kids | | 300.00 | 3,600.91 |
| Check | 07/28/2016 | EFT | Los Mariachis Mexican F... | supper | | 37.59 | 3,563.32 |
| Check | 07/29/2016 | EFT | Under Armour | Addie's school ba... | | 47.69 | 3,515.63 |
| Check | 07/29/2016 | EFT | Central Kentucky Plumbi... | air filter for house | | 26.57 | 3,489.06 |
| Check | 07/29/2016 | EFT | Papa John's | lunch | | 29.09 | 3,459.97 |
| Check | 07/29/2016 | 985 | Marion County Youth So... | Lane and Andrew... | | 85.00 | 3,374.97 |
| Check | 07/29/2016 | 986 | Wal-Mart | groceries | | 91.72 | 3,283.25 |
| Check | 07/29/2016 | EFT | Smart Style | Megan and Addie | | 24.00 | 3,259.25 |
| Check | 07/29/2016 | EFT | Subway | lunch | | 16.69 | 3,242.56 |
| Check | 07/30/2016 | EFT | County Seat | lunch | | 43.76 | 3,198.80 |
| Check | 07/30/2016 | 987 | Little Four | | | 50.00 | 3,148.80 |
| Check | 07/31/2016 | EFT | Kroger | groceries | | 30.76 | 3,118.04 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 22,134.40 | 21,354.93 | 3,118.04 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 22,134.40 | 21,354.93 | 4,072.97 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
| 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| **841 · Equipment Loans** | | | | | | | 7,484.95 |
| 841.5 · Huntington Bank | | | | | | | 5,443.60 |
| Check | 07/25/2016 | 976 | Huntington Bank | Megan's car | 680.45 | | 6,124.05 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 6,124.05 |
| 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 8,165.40 |
| **841.2 · PNC** | | | | | | | 14,673.38 |
| Check | 07/25/2016 | 975 | PNC Bank | Michael's truck | 863.14 | | 15,536.52 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 15,536.52 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **871 · Real Estate Loans** | | | | | | | -114,061.28 |
| 871.1 · BAC Home Loan | | | | | | | -123,006.28 |
| Check | 07/25/2016 | 979 | BAC | August | 793.71 | | -122,212.57 |

1:19 PM
09/01/16
Cash Basis

# Buckman Family Farms
# General Ledger
## As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -122,212.57 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -113,267.57 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -118,873.61 |
| **01.020 · Yellow Corn Sales** | | | | | | | -111,105.52 |
| Deposit | 07/15/2016 | DEP{ | Citizens National Bank | 3,000 bushels | | 12,000.00 | -123,105.52 |
| Deposit | 07/25/2016 | DEP | Citizens National Bank | 2,500 bushels | | 10,000.00 | -133,105.52 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 22,000.00 | -133,105.52 |
| **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01 · Crop Sales | | | | | 0.00 | 22,000.00 | -140,873.61 |
| **11 · Custom Work Income** | | | | | | | -3,865.00 |
| **11.1 · Mach/Equip Rental** | | | | | | | -3,180.00 |
| Total 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| **11 · Custom Work Income - Other** | | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -3,865.00 |
| **20 · Misc Farm Income** | | | | | | | -700.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |
| **33 · Interest Expense** | | | | | | | 32,204.08 |
| **33.2 · Operating Loan Interest** | | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| **33 · Interest Expense - Other** | | | | | | | 71.44 |
| Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| **34 · Payroll Expenses** | | | | | | | 1,304.12 |
| **54 · Employee Benefits** | | | | | | | 1,304.12 |
| **54.985 · Food** | | | | | | | 1,304.12 |
| Check | 07/02/2016 | EFT | LaFuenta | lunch | 18.45 | | 1,322.57 |
| Check | 07/02/2016 | EFT | Taco Bell | lunch | 11.55 | | 1,334.12 |
| Check | 07/12/2016 | EFT | LaFuenta | lunch | 26.22 | | 1,360.34 |
| Check | 07/27/2016 | EFT | Los Melendenz | lunch | 28.93 | | 1,389.27 |
| Check | 07/29/2016 | EFT | Papa John's | lunch | 29.09 | | 1,418.36 |
| Check | 07/29/2016 | EFT | Subway | lunch | 16.69 | | 1,435.05 |
| Check | 07/30/2016 | EFT | County Seat | lunch | 43.76 | | 1,478.81 |
| Total 54.985 · Food | | | | | 174.69 | 0.00 | 1,478.81 |
| Total 54 · Employee Benefits | | | | | 174.69 | 0.00 | 1,478.81 |
| Total 34 · Payroll Expenses | | | | | 174.69 | 0.00 | 1,478.81 |
| **38 · Utilities** | | | | | | | 7,118.29 |
| **38.1 · Electricity** | | | | | | | 3,960.91 |
| Check | 07/15/2016 | 965 | Inter County RECC | grain bins | 18.86 | | 3,979.77 |
| Check | 07/25/2016 | 971 | Inter County RECC | shop | 60.62 | | 4,040.39 |
| Total 38.1 · Electricity | | | | | 79.48 | 0.00 | 4,040.39 |
| **38.2 · Telephone** | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| **38.3 · Cell Phones** | | | | | | | 931.10 |
| Check | 07/11/2016 | 957 | Bluegrass Celular | | 151.58 | | 1,082.68 |
| Total 38.3 · Cell Phones | | | | | 151.58 | 0.00 | 1,082.68 |
| **38.4 · Water** | | | | | | | 380.30 |
| Check | 07/15/2016 | 966 | Marion County Water | shop | 22.69 | | 402.99 |

1:19 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 38.4 · Water | | | | | 22.69 | 0.00 | 402.99 |
| **38.5 · Gas** | | | | | | | 520.63 |
| Total 38.5 · Gas | | | | | | | 520.63 |
| **38.6 · Internet** | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| **38 · Utilities - Other** | | | | | | | 870.54 |
| Check | 07/25/2016 | 973 | Windstream | Phone, dish and I... | 224.04 | | 1,094.58 |
| Total 38 · Utilities - Other | | | | | 224.04 | 0.00 | 1,094.58 |
| Total 38 · Utilities | | | | | 477.79 | 0.00 | 7,596.08 |
| **39 · Insurance** | | | | | | | 2,987.46 |
| **40 · Miscellaneous** | | | | | | | 1,164.62 |
| **40.1 · Bank Charges** | | | | | | | 10.00 |
| Check | 07/27/2016 | EFT | Chase ATM | cash | 103.00 | | 113.00 |
| Total 40.1 · Bank Charges | | | | | 103.00 | 0.00 | 113.00 |
| **40.2 · Office Supplies** | | | | | | | 73.29 |
| Total 40.2 · Office Supplies | | | | | | | 73.29 |
| **40.3 · Travel & Ent** | | | | | | | 452.51 |
| **40.33 · Meals** | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
| **40.34 · Travel** | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| **40.3 · Travel & Ent - Other** | | | | | | | 136.00 |
| Check | 07/14/2016 | EFT | Embassy Suites | Corn Board Meeti... | 51.55 | | 187.55 |
| Total 40.3 · Travel & Ent - Other | | | | | 51.55 | 0.00 | 187.55 |
| Total 40.3 · Travel & Ent | | | | | 51.55 | 0.00 | 504.06 |
| **40 · Miscellaneous - Other** | | | | | | | 628.82 |
| Check | 07/06/2016 | EFT | Citizens National Bank | cash | 60.00 | | 688.82 |
| Check | 07/22/2016 | 970 | Citizens National Bank | cash | 20.00 | | 708.82 |
| Total 40 · Miscellaneous - Other | | | | | 80.00 | 0.00 | 708.82 |
| Total 40 · Miscellaneous | | | | | 234.55 | 0.00 | 1,399.17 |
| **42 · Farm Rent** | | | | | | | 12,300.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 12,300.00 |
| Check | 07/15/2016 | 960 | Gabehart, Robbie | 2016 cash rent | 6,000.00 | | 18,300.00 |
| Check | 07/15/2016 | 961 | Gary Caldwell | 2016 cash rent | 2,000.00 | | 20,300.00 |
| Check | 07/15/2016 | 962 | Brandon Caldwell | 2016 cash rent | 2,000.00 | | 22,300.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 10,000.00 | 0.00 | 22,300.00 |
| Total 42 · Farm Rent | | | | | 10,000.00 | 0.00 | 22,300.00 |
| **43 · Equipment Repairs** | | | | | | | 4,550.30 |
| **43.0 · Sprayer Repairs** | | | | | | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | | | 522.99 |
| **43.1 · Tractor Repair** | | | | | | | 1,198.86 |
| Check | 07/25/2016 | 974 | Renyolds Tractor | | 255.06 | | 1,453.92 |
| Total 43.1 · Tractor Repair | | | | | 255.06 | 0.00 | 1,453.92 |
| **43.2 · Truck Repair** | | | | | | | 252.60 |
| Check | 07/19/2016 | EFT | Town and Country Ford | Michael's truck | 28.97 | | 281.57 |
| Check | 07/27/2016 | 981 | American Tire | tires for Michael's... | 1,433.26 | | 1,714.83 |
| Total 43.2 · Truck Repair | | | | | 1,462.23 | 0.00 | 1,714.83 |
| **43.3 · Other Equip Repairs** | | | | | | | 90.58 |
| Total 43.3 · Other Equip Repairs | | | | | | | 90.58 |
| **43.5 · John Deere Financial** | | | | | | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | | | 263.62 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 2,195.68 |

1:19 PM  
09/01/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 07/02/2016 | EFT | Norby's | parts | 24.99 | | 2,220.67 |
| Check | 07/25/2016 | EFT | Norby's | trans oil | 91.05 | | 2,311.72 |
| Total 43 · Equipment Repairs - Other | | | | | 116.04 | 0.00 | 2,311.72 |
| Total 43 · Equipment Repairs | | | | | 1,833.33 | 0.00 | 6,383.63 |
| **45 · Fuel & Oil** | | | | | | | 3,183.78 |
| 45.1 · Diesel Fuel | | | | | | | 2,524.10 |
| Check | 07/03/2016 | EFT | Murphy's Oil | Michael | 55.43 | | 2,579.53 |
| Check | 07/10/2016 | EFT | Five Star Food Mart | Equipment | 81.69 | | 2,661.22 |
| Check | 07/20/2016 | EFT | Kroger | Michael's truck | 66.12 | | 2,727.34 |
| Check | 07/20/2016 | EFT | Kroger | Equipment | 84.79 | | 2,812.13 |
| Check | 07/25/2016 | EFT | Murphy's Oil | diesel | 48.61 | | 2,860.74 |
| Check | 07/27/2016 | EFT | Five Star Food Mart | diesel | 150.29 | | 3,011.03 |
| Total 45.1 · Diesel Fuel | | | | | 486.93 | 0.00 | 3,011.03 |
| 45.2 · Gasoline | | | | | | | 659.68 |
| Check | 07/05/2016 | EFT | Five Star Food Mart | Megan | 24.79 | | 684.47 |
| Check | 07/10/2016 | EFT | Murphy's Oil | Megan | 49.39 | | 733.86 |
| Check | 07/12/2016 | EFT | Five Star Food Mart | Megan | 29.82 | | 763.68 |
| Check | 07/14/2016 | EFT | Thorton's | Megan | 22.54 | | 786.22 |
| Check | 07/16/2016 | EFT | Murphy's Oil | Megan | 30.89 | | 817.11 |
| Check | 07/17/2016 | EFT | Murphy's Oil | lawnmower | 12.50 | | 829.61 |
| Check | 07/18/2016 | EFT | Murphy's Oil | Michael's work tru... | 27.54 | | 857.15 |
| Check | 07/21/2016 | EFT | Five Star Food Mart | Megan | 27.43 | | 884.58 |
| Check | 07/25/2016 | EFT | Murphy's Oil | gas | 13.83 | | 898.41 |
| Total 45.2 · Gasoline | | | | | 238.73 | 0.00 | 898.41 |
| Total 45 · Fuel & Oil | | | | | 725.66 | 0.00 | 3,909.44 |
| **51 · Supplies** | | | | | | | 181.15 |
| 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| 51.2 · Rent on tanks | | | | | | | 43.41 |
| Total 51.2 · Rent on tanks | | | | | | | 43.41 |
| 51 · Supplies - Other | | | | | | | 106.53 |
| Check | 07/29/2016 | EFT | Central Kentucky Plumbi... | air filter for house | 26.57 | | 133.10 |
| Total 51 · Supplies - Other | | | | | 26.57 | 0.00 | 133.10 |
| Total 51 · Supplies | | | | | 26.57 | 0.00 | 207.72 |
| **52 · Professional Fees** | | | | | | | 3,567.15 |
| 52.1 · Accounting | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52 · Professional Fees | | | | | | | 3,567.15 |
| **70 · Contributions** | | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | | 100.00 |
| **71 · Medicine** | | | | | | | 591.58 |
| Total 71 · Medicine | | | | | | | 591.58 |
| **72 · Doctors & Hospitals** | | | | | | | 3,027.88 |
| Check | 07/05/2016 | 955 | Dr. Smith | Addie and Andrew | 61.60 | | 3,089.48 |
| Check | 07/06/2016 | EFT | LabCorp | Megan | 19.45 | | 3,108.93 |
| Check | 07/25/2016 | 972 | Spring View Hospital | Michael | 436.44 | | 3,545.37 |
| Check | 07/25/2016 | 977 | Labatory Corporation | Megan | 65.09 | | 3,610.46 |
| Check | 07/25/2016 | 978 | ARIS | Addie | 8.68 | | 3,619.14 |
| Total 72 · Doctors & Hospitals | | | | | 591.26 | 0.00 | 3,619.14 |
| **73.997 · Health Insurance** | | | | | | | 2,184.10 |
| Check | 07/01/2016 | | Anthem | Michael, Megan, ... | 436.82 | | 2,620.92 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 2,620.92 |
| **73.998 · Life Insurance** | | | | | | | 1,963.21 |
| Check | 07/01/2016 | | Grange Life Insurance | Megan | 6.91 | | 1,970.12 |
| Check | 07/21/2016 | | Farm Bureau | Michael, Megan, ... | 188.60 | | 2,158.72 |
| Check | 07/21/2016 | | Met Life | Michael | 131.80 | | 2,290.52 |

1:19 PM  
09/01/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 2,290.52 |
| **74 · Family Living** | | | | | | | 22,850.51 |
| **74.983 · Pat's Pharmacy** | | | | | | | 163.42 |
| Check | 07/15/2016 | 968 | Pat's Pharmacy | medicines | 48.95 | | 212.37 |
| Total 74.983 · Pat's Pharmacy | | | | | 48.95 | 0.00 | 212.37 |
| **74.984 · Dentist** | | | | | | | 239.20 |
| Total 74.984 · Dentist | | | | | | | 239.20 |
| **74.985 · Food** | | | | | | | 8,545.45 |
| Check | 07/03/2016 | 954 | Wal-Mart | groceries | 98.14 | | 8,643.59 |
| Check | 07/03/2016 | EFT | Huddle House | breakfast | 42.18 | | 8,685.77 |
| Check | 07/05/2016 | EFT | White Castle | lunch | 23.52 | | 8,709.29 |
| Check | 07/07/2016 | 956 | Wal-Mart | groceries | 112.78 | | 8,822.07 |
| Check | 07/13/2016 | EFT | Famous Dave's | | 33.30 | | 8,855.37 |
| Check | 07/16/2016 | 969 | Kroger | groceries | 122.00 | | 8,977.37 |
| Check | 07/26/2016 | 980 | Wal-Mart | groceries | 46.96 | | 9,024.33 |
| Check | 07/28/2016 | 982 | Sams Club | food and supplies | 235.97 | | 9,260.30 |
| Check | 07/28/2016 | EFT | Los Mariachis Mexican F… | supper | 37.59 | | 9,297.89 |
| Check | 07/29/2016 | 986 | Wal-Mart | groceries | 91.72 | | 9,389.61 |
| Check | 07/31/2016 | EFT | Kroger | groceries | 30.76 | | 9,420.37 |
| Total 74.985 · Food | | | | | 874.92 | 0.00 | 9,420.37 |
| **74.986 · Household Operating** | | | | | | | 160.87 |
| Total 74.986 · Household Operating | | | | | | | 160.87 |
| **74.988 · House Repairs** | | | | | | | 297.99 |
| Total 74.988 · House Repairs | | | | | | | 297.99 |
| **74.989 · Clothing** | | | | | | | 3,849.21 |
| Check | 07/06/2016 | EFT | Hibbett's | Addie, Lane and … | 174.85 | | 4,024.06 |
| Check | 07/06/2016 | EFT | American Eagle | Michael and Megan | 111.16 | | 4,135.22 |
| Check | 07/09/2016 | EFT | Aeropastle | Addie's uniforms | 60.42 | | 4,195.64 |
| Check | 07/14/2016 | 959 | H&W | Addie's basketbal… | 75.00 | | 4,270.64 |
| Check | 07/14/2016 | EFT | Children's Place | Addie's uniforms | 21.43 | | 4,292.07 |
| Deposit | 07/14/2016 | | Children's Place | Refund | | 78.82 | 4,213.25 |
| Check | 07/15/2016 | EFT | Target | Addie's uniforms | 50.46 | | 4,263.71 |
| Check | 07/15/2016 | EFT | Children's Place | Addie's uniforms | 94.70 | | 4,358.41 |
| Check | 07/29/2016 | EFT | Under Armour | Addie's school ba… | 47.69 | | 4,406.10 |
| Total 74.989 · Clothing | | | | | 635.71 | 78.82 | 4,406.10 |
| **74.990 · Personal Items** | | | | | | | 2,499.01 |
| Deposit | 07/01/2016 | DEP | Sweet Thought Boutique | REFUND | | 55.58 | 2,443.43 |
| Check | 07/02/2016 | EFT | Nail Art | Megan and Addie | 100.00 | | 2,543.43 |
| Check | 07/02/2016 | EFT | Smart Style | Megan and Addie | 24.00 | | 2,567.43 |
| Check | 07/06/2016 | EFT | KKS Silver | Megan | 64.64 | | 2,632.07 |
| Check | 07/26/2016 | EFT | Smart Style | hair products | 89.42 | | 2,721.49 |
| Check | 07/29/2016 | EFT | Smart Style | Megan and Addie | 24.00 | | 2,745.49 |
| Check | 07/30/2016 | 987 | Little Four | | 50.00 | | 2,795.49 |
| Total 74.990 · Personal Items | | | | | 352.06 | 55.58 | 2,795.49 |
| **74.991 · Entertainment/Recreation** | | | | | | | 792.90 |
| Check | 07/04/2016 | EFT | Keystone Cinema | movies | 56.75 | | 849.65 |
| Check | 07/10/2016 | EFT | Net Flix | | 10.29 | | 859.94 |
| Check | 07/18/2016 | EFT | Google | | 5.00 | | 864.94 |
| Check | 07/28/2016 | EFT | Valley Springs Resort | Big Splash Water… | 219.70 | | 1,084.64 |
| Total 74.991 · Entertainment/Recreation | | | | | 291.74 | 0.00 | 1,084.64 |
| **74.992 · Education/Reading** | | | | | | | 2,861.19 |
| Check | 07/01/2016 | EFT | Amazon | lunch boxes (2) | 31.69 | | 2,892.88 |
| Check | 07/01/2016 | EFT | OutBackToyStore | Andrew's backpack | 41.85 | | 2,934.73 |
| Check | 07/03/2016 | EFT | Under Armour | Lane's backpack | 47.69 | | 2,982.42 |
| Check | 07/15/2016 | 963 | Smart Tuition | tuition and book f… | 749.91 | | 3,732.33 |
| Check | 07/25/2016 | EFT | Amazon | School stuff | 145.85 | | 3,878.18 |
| Check | 07/28/2016 | 983 | Saint Augustine PTO | school shirts for a… | 192.00 | | 4,070.18 |
| Total 74.992 · Education/Reading | | | | | 1,208.99 | 0.00 | 4,070.18 |
| **74.993 · Gifts** | | | | | | | 2,106.00 |
| Check | 07/05/2016 | EFT | Robin's Embroidery | school stuff | 71.02 | | 2,177.02 |
| Check | 07/11/2016 | 958 | Loper's Florist | Addie's flowers | 39.10 | | 2,216.12 |
| Total 74.993 · Gifts | | | | | 110.12 | 0.00 | 2,216.12 |
| **74.994 · Transportation** | | | | | | | 340.70 |

1:19 PM
09/01/16
Cash Basis

# Buckman Family Farms
## General Ledger
### As of July 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 74.994 · Transportation | | | | | | | 340.70 |
| **74.997 · Household Electricity** | | | | | | | 0.00 |
| Check | 07/15/2016 | 964 | Inter County RECC | house | 202.79 | | 202.79 |
| Total 74.997 · Household Electricity | | | | | 202.79 | 0.00 | 202.79 |
| **74.998 · Household Water** | | | | | | | 0.00 |
| Check | 07/15/2016 | 967 | Marion County Water | house | 57.34 | | 57.34 |
| Total 74.998 · Household Water | | | | | 57.34 | 0.00 | 57.34 |
| **74.999 · Lunch Money** | | | | | | | 300.00 |
| Check | 07/28/2016 | 984 | St. A Lunchroom | for all 3 kids | 300.00 | | 600.00 |
| Total 74.999 · Lunch Money | | | | | 300.00 | 0.00 | 600.00 |
| **74 · Family Living - Other** | | | | | | | 694.57 |
| Check | 07/18/2016 | EFT | Five Star Food Mart | | 22.03 | | 716.60 |
| Check | 07/29/2016 | 985 | Marion County Youth So... | Lane and Andrew... | 85.00 | | 801.60 |
| Total 74 · Family Living - Other | | | | | 107.03 | 0.00 | 801.60 |
| Total 74 · Family Living | | | | | 4,189.65 | 134.40 | 26,905.76 |
| **TOTAL** | | | | | 43,489.33 | 43,489.33 | 0.00 |

Page 7