Month of <u>August</u>, <u>2016</u>

## CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman</u>

CASE NO.: <u>15-32674</u>

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>       $ <u>10,000</u>
Corn, 2,314.81 bushels

New loan received this month (if any): $_____

Wages earned from outside work:    $_____

Other receipts:               $ <u>650</u>

     Total Cash Receipts       $ <u>10,650</u>

II. <u>Expenses Paid</u>:

Total amount paid for household
or living expense:            $ <u>4,640.74</u>

Operating expenses paid (itemize):   $2,045.23

| Item | Amount |
| --- | --- |
| Interest | |
| Payroll/Labor Exp | $45.12 |
| Utilities | $600.92 |
| Insurance | |
| Miscellaneous | $56 |
| Land Rent | |
| Equipment Repairs | $1,096.24 |
| Fuel & Oil | $246.95 |
| Supplies | |
| Professional Fees | |

Plan payments made to Chapter 12 Trustee $_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 08/30/16 | Huntington Bank | 1017 | $680.45 | Megan's car |
| 08/30/16 | PNC Bank | 1016 | $863.14 | Michael's truck |
| 08/30/16 | BAC | 1013 | $793.71 | House Payment |

Total of direct payments $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH $ 9,023.27

Losses due to crop failure or damage $_____

Losses due to death or disease of livestock or poultry $_____

PROFIT (or loss) FOR MONTH $ 1,626.73

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month: $ 4,072.97

Income (or Loss) During Month: $ 1,626.73

Cash and Bank Account Balance at End of Month: $ 5,699.70

IV. Expenses charged but not paid during month (itemize):

Expense $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

10-17-16
Date

[signatures]
Debtor/Officer of Debtor

# **TAX DEPOSIT STATEMENT**

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending FICA Tax Payable     _____

SALES TAX

Beginning Sales Tax Payable  _____

New Sales Tax Payable  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check _____
number  _____

Ending Sales Tax Payable  _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

10-17-16
Date

_____
Debtor/Officer of Debtor

9:40 AM
10/17/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### August 2016

|  | Aug 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 10,000.00 |
| **Total 01 · Crop Sales** | 10,000.00 |
| **11 · Custom Work Income** | |
| 11.1 · Mach/Equip Rental | 650.00 |
| **Total 11 · Custom Work Income** | 650.00 |
| **Total Income** | 10,650.00 |
| **Gross Profit** | 10,650.00 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 45.12 |
| **Total 54 · Employee Benefits** | 45.12 |
| **Total 34 · Payroll Expenses** | 45.12 |
| **38 · Utilities** | |
| 38.1 · Electricity | 63.14 |
| 38.3 · Cell Phones | 300.95 |
| 38.4 · Water | 8.80 |
| 38 · Utilities - Other | 228.03 |
| **Total 38 · Utilities** | 600.92 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 56.00 |
| **Total 40 · Miscellaneous** | 56.00 |
| **43 · Equipment Repairs** | |
| 43.1 · Tractor Repair | 197.99 |
| 43 · Equipment Repairs - Other | 898.25 |
| **Total 43 · Equipment Repairs** | 1,096.24 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 121.69 |
| 45.2 · Gasoline | 125.26 |
| **Total 45 · Fuel & Oil** | 246.95 |
| **Total Expense** | 2,045.23 |
| **Net Ordinary Income** | 8,604.77 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 71 · Medicine | 122.17 |
| 72 · Doctors & Hospitals | 857.69 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 60.00 |
| 74.985 · Food | 832.02 |
| 74.986 · Household Operating | 23.00 |
| 74.988 · House Repairs | 145.46 |
| 74.989 · Clothing | 63.28 |
| 74.990 · Personal Items | 234.65 |
| 74.991 · Entertainment/Recreation | 14.51 |
| 74.992 · Education/Reading | 953.81 |
| 74.997 · Household Electricity | 251.33 |
| 74.998 · Household Water | 52.80 |

9:40 AM
10/17/16
Cash Basis

# Buckman Family Farms
## Profit & Loss
### August 2016

|  | Aug 16 |
|---|---:|
| 74 · Family Living - Other | 513.14 |
| **Total 74 · Family Living** | 3,144.00 |
| **Total Other Expense** | 4,887.99 |
| **Net Other Income** | -4,887.99 |
| **Net Income** | **3,716.78** |

9:39 AM

10/17/16

Cash Basis

**Buckman Family Farms**
## General Ledger
**As of August 31, 2016**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| 96 · Bank Accounts | | | | | | | 4,320.22 |
| 96.2 · Citizens Ch 12 DIP | | | | | | | 3,365.29 |
| Check | 08/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 3,358.38 |
| Check | 08/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and An... | | 436.82 | 2,921.56 |
| Check | 08/01/2016 | EFT | Kroger | Michael's truck | | 62.62 | 2,858.94 |
| Check | 08/01/2016 | EFT | Ragetti's | supper | | 50.90 | 2,808.04 |
| Check | 08/01/2016 | EFT | Amazon | curtains and shower curtain | | 145.46 | 2,662.58 |
| Check | 08/02/2016 | EFT | Wendy's | lunch | | 3.98 | 2,658.60 |
| Check | 08/02/2016 | EFT | McDonalds | lunch | | 21.28 | 2,637.32 |
| Check | 08/02/2016 | EFT | Norby's | parts | | 3.79 | 2,633.53 |
| Check | 08/02/2016 | EFT | Triple R Tractors | parts | | 175.00 | 2,458.53 |
| Check | 08/03/2016 | 988 | Wal-Mart | groceries | | 109.88 | 2,348.65 |
| Check | 08/03/2016 | EFT | Hardee's | breakfast | | 9.17 | 2,339.48 |
| Check | 08/03/2016 | EFT | 2 Sassy Peeps | Megan | | 31.48 | 2,308.00 |
| Check | 08/03/2016 | EFT | Five Star Food Mart | snack | | 5.28 | 2,302.72 |
| Check | 08/04/2016 | EFT | Bradfordsville Superior Food Mart | snack | | 4.50 | 2,298.22 |
| Check | 08/04/2016 | EFT | Amazon | laundry room decoration | | 65.59 | 2,232.63 |
| Check | 08/05/2016 | 989 | Kuts by Kristi | Megan's haircut | | 70.00 | 2,162.63 |
| Check | 08/05/2016 | EFT | Murphy's Oil | Megan | | 29.26 | 2,133.37 |
| Check | 08/06/2016 | 990 | Hair Zone | Michael, Lane and Andrew hair cuts | | 36.00 | 2,097.37 |
| Check | 08/06/2016 | 991 | Little Four | cash | | 50.00 | 2,047.37 |
| Check | 08/06/2016 | EFT | Limestone Grill | supper | | 54.15 | 1,993.22 |
| Check | 08/06/2016 | EFT | Smart Style | hair product | | 35.29 | 1,957.93 |
| Check | 08/06/2016 | EFT | Los Mariachis Mexican Food | lunch | | 54.74 | 1,903.19 |
| Check | 08/07/2016 | EFT | Wal-Mart | medicine | | 12.51 | 1,890.68 |
| Check | 08/07/2016 | EFT | Norby's | parts | | 18.94 | 1,871.74 |
| Check | 08/07/2016 | EFT | O'reillys | battery for Megan's car | | 166.41 | 1,705.33 |
| Check | 08/08/2016 | 992 | Wal-Mart | groceries | | 132.75 | 1,572.58 |
| Check | 08/08/2016 | 993 | Allens | pest control | | 23.00 | 1,549.58 |
| Check | 08/08/2016 | 995 | Smart Tuition | kids tuition | | 578.17 | 971.41 |
| Check | 08/08/2016 | 996 | Bluegrass Celular | | | 151.61 | 819.80 |
| Check | 08/08/2016 | 997 | Marion County Water | house | | 52.80 | 767.00 |
| Check | 08/08/2016 | 998 | Marion County Water | grain bins | | 8.80 | 758.20 |
| Check | 08/08/2016 | 999 | Pat's Pharmacy | medicine | | 60.00 | 698.20 |
| Check | 08/08/2016 | EFT | Kroger | Michael's truck | | 59.07 | 639.13 |
| Check | 08/08/2016 | EFT | Amazon | app | | 1.05 | 638.08 |
| Check | 08/08/2016 | EFT | Amazon | app | | 3.17 | 634.91 |
| Check | 08/08/2016 | EFT | Amazon | | | 14.95 | 619.96 |
| Check | 08/09/2016 | EFT | Norby's | parts | | 32.61 | 587.35 |
| Check | 08/09/2016 | EFT | Amazon | school supplies | | 12.97 | 574.38 |
| Check | 08/10/2016 | 1000 | Kroger | groceries | | 17.98 | 556.40 |
| Check | 08/10/2016 | EFT | Murphy's Oil | Megan | | 31.79 | 524.61 |
| Check | 08/10/2016 | EFT | Net Flix | | | 10.29 | 514.32 |
| Deposit | 08/10/2016 | DEP | Amazon | Refund | 106.51 | | 620.83 |
| Check | 08/10/2016 | EFT | Amazon | school supplies | | 16.95 | 603.88 |
| Check | 08/10/2016 | EFT | Amazon | school supplies | | 10.90 | 592.98 |
| Check | 08/11/2016 | EFT | Citizens National Bank | cash | | 60.00 | 532.98 |
| Check | 08/11/2016 | EFT | Fisher Auto Parts | belts | | 22.99 | 509.99 |
| Check | 08/11/2016 | EFT | Dollar Tree | St. A concession supplies | | 6.36 | 503.63 |
| Check | 08/12/2016 | 1001 | Wal-Mart | groceries | | 72.19 | 431.44 |
| Deposit | 08/12/2016 | | Citizens National Bank | error in checking/bank statement | 65.57 | | 497.01 |
| Check | 08/13/2016 | 1002 | Wal-Mart | groceries | | 99.40 | 397.61 |
| Check | 08/14/2016 | EFT | Wal-Mart | groceries | | 69.00 | 328.61 |
| Check | 08/15/2016 | EFT | McDonalds | lunch | | 10.69 | 317.92 |
| Check | 08/16/2016 | 1003 | Wal-Mart | groceries | | 47.00 | 270.92 |
| Check | 08/16/2016 | EFT | Land's End | Addie school belt | | 31.80 | 239.12 |
| Check | 08/17/2016 | EFT | Girls on the Run | Addie's fee | | 38.41 | 200.71 |
| Check | 08/17/2016 | 1004 | Trena Spalding | Addie's basketball pictures | | 37.00 | 163.71 |
| Check | 08/18/2016 | 1005 | Wal-Mart | supplies | | 14.49 | 149.22 |
| Check | 08/18/2016 | EFT | McDonalds | supper | | 21.36 | 127.86 |
| Check | 08/18/2016 | EFT | Murphy's Oil | Megan | | 31.75 | 96.11 |
| Check | 08/20/2016 | EFT | Five Star Food Mart | snacks | | 18.95 | 77.16 |
| Check | 08/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and An... | | 188.60 | -111.44 |
| Check | 08/21/2016 | EFT | Met Life | Michael | | 131.80 | -243.24 |
| Check | 08/23/2016 | 1006 | Lebanon Physicans for Women | Megan | | 60.00 | -303.24 |
| Check | 08/25/2016 | EFT | Citizens National Bank | Unsufficient funds | | 28.00 | -331.24 |
| Check | 08/29/2016 | EFT | Citizens National Bank | Unsufficient funds | | 28.00 | -359.24 |
| Deposit | 08/29/2016 | DEP | Citizens National Bank | Grain Vac rent from James Osborne | 650.00 | | 290.76 |
| Check | 08/29/2016 | 1007 | Inter County RECC | house | | 251.33 | 39.43 |
| Deposit | 08/30/2016 | DEP | Citizens National Bank | pre pay on corn from R&B Trucking | 9,500.00 | | 9,539.43 |
| Check | 08/30/2016 | 1008 | Lundell Plastics | trough liner | | 508.60 | 9,030.83 |
| Check | 08/30/2016 | EFT | Murphy's Oil | Megan | | 32.46 | 8,998.37 |
| Check | 08/30/2016 | 1009 | Bluegrass Celular | | | 149.34 | 8,849.03 |
| Check | 08/30/2016 | 1010 | Inter County RECC | grain bins | | 10.90 | 8,838.13 |
| Check | 08/30/2016 | 1011 | Inter County RECC | shop | | 52.24 | 8,785.89 |
| Check | 08/30/2016 | 1012 | Windstream | phone, internet and dish | | 228.03 | 8,557.86 |
| Check | 08/30/2016 | 1013 | BAC | | | 793.71 | 7,764.15 |
| Check | 08/30/2016 | 1014 | Smart Tuition | Addie, Lane and Andrew | | 296.41 | 7,467.74 |
| Check | 08/30/2016 | 1015 | Whayne Supply Company | parts | | 167.90 | 7,299.84 |
| Check | 08/30/2016 | 1016 | PNC Bank | Michael's truck | | 863.14 | 6,436.70 |
| Check | 08/30/2016 | 1017 | Huntington Bank | Megan's car | | 680.45 | 5,756.25 |
| Check | 08/30/2016 | 1018 | Spring View Hospital | Addie - payment on her surgery | | 200.00 | 5,556.25 |
| Check | 08/30/2016 | 1019 | Dr. Hunt | Megan | | 146.01 | 5,410.24 |
| Check | 08/30/2016 | 1020 | Dr. Persson MD | Addie | | 71.08 | 5,339.16 |
| Check | 08/30/2016 | 1021 | KY Anesthesia Group | Addie | | 54.12 | 5,285.04 |
| Check | 08/30/2016 | 1022 | Spring View Physicians | Megan | | 93.48 | 5,191.56 |
| Check | 08/30/2016 | 1023 | Associated Pathologists | Addie | | 233.00 | 4,958.56 |
| Check | 08/31/2016 | 1024 | Wal-Mart | groceries | | 46.94 | 4,911.62 |
| Check | 08/31/2016 | EFT | Amazon | Hair product | | 44.68 | 4,866.94 |
| Check | 08/31/2016 | EFT | Medco Health | Lane's medicine | | 122.17 | 4,744.77 |

Page 1

| 9:39 AM | | | Buckman Family Farms | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/17/16 | | | General Ledger | | | | |
| Cash Basis | | | As of August 31, 2016 | | | | |

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 10,322.08 | 8,942.60 | 4,744.77 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 10,322.08 | 8,942.60 | 5,699.70 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
| 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| **841 · Equipment Loans** | | | | | | | 8,165.40 |
| 841.5 · Huntington Bank | | | | | | | 6,124.05 |
| Check | 08/30/2016 | 1017 | Huntington Bank | Megan's car | 680.45 | | 6,804.50 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 6,804.50 |
| 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 8,845.85 |
| **841.2 · PNC** | | | | | | | 15,536.52 |
| Check | 08/30/2016 | 1016 | PNC Bank | Michael's truck | 863.14 | | 16,399.66 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 16,399.66 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **871 · Real Estate Loans** | | | | | | | -113,267.57 |
| 871.1 · BAC Home Loan | | | | | | | -122,212.57 |
| Check | 08/30/2016 | 1013 | BAC | | 793.71 | | -121,418.86 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -121,418.86 |
| 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -112,473.86 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -140,873.61 |
| 01.020 · Yellow Corn Sales | | | | | | | -133,105.52 |
| Deposit | 08/30/2016 | DEP | Citizens National Bank | 2,314.81 bushels | | 10,000.00 | -143,105.52 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 10,000.00 | -143,105.52 |
| 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| Total 01 · Crop Sales | | | | | 0.00 | 10,000.00 | -150,873.61 |
| **11 · Custom Work Income** | | | | | | | -3,865.00 |
| 11.1 · Mach/Equip Rental | | | | | | | -3,180.00 |
| Deposit | 08/29/2016 | DEP | Citizens National Bank | Grain Vac rent from James Osborne | | 650.00 | -3,830.00 |
| Total 11.1 · Mach/Equip Rental | | | | | 0.00 | 650.00 | -3,830.00 |
| 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | 0.00 | 650.00 | -4,515.00 |
| **20 · Misc Farm Income** | | | | | | | -700.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |

| | | | Buckman Family Farms | | | | |
|---|---|---|---|---|---|---|---|
| 9:39 AM | | | General Ledger | | | | |
| 10/17/16 | | | | | | | |
| Cash Basis | | | As of August 31, 2016 | | | | |

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **33 · Interest Expense** | | | | | | | 32,204.08 |
|   **33.2 · Operating Loan Interest** | | | | | | | 32,132.64 |
|   Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
|   **33 · Interest Expense - Other** | | | | | | | 71.44 |
|   Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| **34 · Payroll Expenses** | | | | | | | 1,478.81 |
|   **54 · Employee Benefits** | | | | | | | 1,478.81 |
|     **54.985 · Food** | | | | | | | 1,478.81 |
| Check | 08/02/2016 | EFT | Wendy's | lunch | 3.98 | | 1,482.79 |
| Check | 08/02/2016 | EFT | McDonalds | lunch | 21.28 | | 1,504.07 |
| Check | 08/03/2016 | EFT | Hardee's | breakfast | 9.17 | | 1,513.24 |
| Check | 08/15/2016 | EFT | McDonalds | lunch | 10.69 | | 1,523.93 |
|     Total 54.985 · Food | | | | | 45.12 | 0.00 | 1,523.93 |
|   Total 54 · Employee Benefits | | | | | 45.12 | 0.00 | 1,523.93 |
| Total 34 · Payroll Expenses | | | | | 45.12 | 0.00 | 1,523.93 |
| **38 · Utilities** | | | | | | | 7,596.08 |
|   **38.1 · Electricity** | | | | | | | 4,040.39 |
| Check | 08/30/2016 | 1010 | Inter County RECC | grain bins | 10.90 | | 4,051.29 |
| Check | 08/30/2016 | 1011 | Inter County RECC | shop | 52.24 | | 4,103.53 |
|   Total 38.1 · Electricity | | | | | 63.14 | 0.00 | 4,103.53 |
|   **38.2 · Telephone** | | | | | | | 227.40 |
|   Total 38.2 · Telephone | | | | | | | 227.40 |
|   **38.3 · Cell Phones** | | | | | | | 1,082.68 |
| Check | 08/08/2016 | 996 | Bluegrass Celular | | 151.61 | | 1,234.29 |
| Check | 08/30/2016 | 1009 | Bluegrass Celular | | 149.34 | | 1,383.63 |
|   Total 38.3 · Cell Phones | | | | | 300.95 | 0.00 | 1,383.63 |
|   **38.4 · Water** | | | | | | | 402.99 |
| Check | 08/08/2016 | 998 | Marion County Water | grain bins | 8.80 | | 411.79 |
|   Total 38.4 · Water | | | | | 8.80 | 0.00 | 411.79 |
|   **38.5 · Gas** | | | | | | | 520.63 |
|   Total 38.5 · Gas | | | | | | | 520.63 |
|   **38.6 · Internet** | | | | | | | 227.41 |
|   Total 38.6 · Internet | | | | | | | 227.41 |
|   **38 · Utilities - Other** | | | | | | | 1,094.58 |
| Check | 08/30/2016 | 1012 | Windstream | phone, internet and dish | 228.03 | | 1,322.61 |
|   Total 38 · Utilities - Other | | | | | 228.03 | 0.00 | 1,322.61 |
| Total 38 · Utilities | | | | | 600.92 | 0.00 | 8,197.00 |
| **39 · Insurance** | | | | | | | 2,987.46 |
| **40 · Miscellaneous** | | | | | | | 1,361.17 |
|   **40.1 · Bank Charges** | | | | | | | 115.00 |
| Check | 08/25/2016 | EFT | Citizens National Bank | Unsufficient funds | 28.00 | | 143.00 |
| Check | 08/29/2016 | EFT | Citizens National Bank | Unsufficient funds | 28.00 | | 171.00 |
|   Total 40.1 · Bank Charges | | | | | 56.00 | 0.00 | 171.00 |
|   **40.2 · Office Supplies** | | | | | | | 73.29 |
|   Total 40.2 · Office Supplies | | | | | | | 73.29 |
|   **40.3 · Travel & Ent** | | | | | | | 464.06 |
|     **40.33 · Meals** | | | | | | | 163.28 |
|     Total 40.33 · Meals | | | | | | | 163.28 |
|     **40.34 · Travel** | | | | | | | 153.23 |
|     Total 40.34 · Travel | | | | | | | 153.23 |
|     **40.3 · Travel & Ent - Other** | | | | | | | 147.55 |
|     Total 40.3 · Travel & Ent - Other | | | | | | | 147.55 |
|   Total 40.3 · Travel & Ent | | | | | | | 464.06 |
|   **40 · Miscellaneous - Other** | | | | | | | 708.82 |
|   Total 40 · Miscellaneous - Other | | | | | | | 708.82 |
| Total 40 · Miscellaneous | | | | | 56.00 | 0.00 | 1,417.17 |
| **42 · Farm Rent** | | | | | | | 22,300.00 |
|   **42.1 · Cash Crop Land Rent** | | | | | | | 22,300.00 |
|   Total 42.1 · Cash Crop Land Rent | | | | | | | 22,300.00 |
| Total 42 · Farm Rent | | | | | | | 22,300.00 |
| **43 · Equipment Repairs** | | | | | | | 6,383.63 |
|   **43.0 · Sprayer Repairs** | | | | | | | 522.99 |
|   Total 43.0 · Sprayer Repairs | | | | | | | 522.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9:39 AM | | | | **Buckman Family Farms** | | | |
| 10/17/16 | | | | **General Ledger** | | | |
| Cash Basis | | | | **As of August 31, 2016** | | | |

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **43.1 · Tractor Repair** | | | | | | | 1,453.92 |
| Check | 08/02/2016 | EFT | Triple R Tractors | parts | 175.00 | | 1,628.92 |
| Check | 08/11/2016 | EFT | Fisher Auto Parts | belts | 22.99 | | 1,651.91 |
| Total 43.1 · Tractor Repair | | | | | 197.99 | 0.00 | 1,651.91 |
| **43.2 · Truck Repair** | | | | | | | 1,714.83 |
| Total 43.2 · Truck Repair | | | | | | | 1,714.83 |
| **43.3 · Other Equip Repairs** | | | | | | | 90.58 |
| Total 43.3 · Other Equip Repairs | | | | | | | 90.58 |
| **43.5 · John Deere Financial** | | | | | | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | | | 263.62 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 2,311.72 |
| Check | 08/02/2016 | EFT | Norby's | parts | 3.79 | | 2,315.51 |
| Check | 08/07/2016 | EFT | Norby's | parts | 18.94 | | 2,334.45 |
| Check | 08/07/2016 | EFT | O'reillys | battery for Megan's car | 166.41 | | 2,500.86 |
| Check | 08/09/2016 | EFT | Norby's | parts | 32.61 | | 2,533.47 |
| Check | 08/30/2016 | 1008 | Lundell Plastics | trough liner | 508.60 | | 3,042.07 |
| Check | 08/30/2016 | 1015 | Whayne Supply Company | parts | 167.90 | | 3,209.97 |
| Total 43 · Equipment Repairs - Other | | | | | 898.25 | 0.00 | 3,209.97 |
| Total 43 · Equipment Repairs | | | | | 1,096.24 | 0.00 | 7,479.87 |
| **45 · Fuel & Oil** | | | | | | | 3,909.44 |
| **45.1 · Diesel Fuel** | | | | | | | 3,011.03 |
| Check | 08/01/2016 | EFT | Kroger | Michael's truck | 62.62 | | 3,073.65 |
| Check | 08/08/2016 | EFT | Kroger | Michael's truck | 59.07 | | 3,132.72 |
| Total 45.1 · Diesel Fuel | | | | | 121.69 | 0.00 | 3,132.72 |
| **45.2 · Gasoline** | | | | | | | 898.41 |
| Check | 08/05/2016 | EFT | Murphy's Oil | Megan | 29.26 | | 927.67 |
| Check | 08/10/2016 | EFT | Murphy's Oil | Megan | 31.79 | | 959.46 |
| Check | 08/18/2016 | EFT | Murphy's Oil | Megan | 31.75 | | 991.21 |
| Check | 08/30/2016 | EFT | Murphy's Oil | Megan | 32.46 | | 1,023.67 |
| Total 45.2 · Gasoline | | | | | 125.26 | 0.00 | 1,023.67 |
| Total 45 · Fuel & Oil | | | | | 246.95 | 0.00 | 4,156.39 |
| **51 · Supplies** | | | | | | | 181.15 |
| **51.1 · Small Tools & Supplies** | | | | | | | 31.21 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| **51.2 · Rent on tanks** | | | | | | | 43.41 |
| Total 51.2 · Rent on tanks | | | | | | | 43.41 |
| **51 · Supplies - Other** | | | | | | | 106.53 |
| Total 51 · Supplies - Other | | | | | | | 106.53 |
| Total 51 · Supplies | | | | | | | 181.15 |
| **52 · Professional Fees** | | | | | | | 3,567.15 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 3,267.15 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 3,267.15 |
| Total 52 · Professional Fees | | | | | | | 3,567.15 |
| **70 · Contributions** | | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | | 100.00 |
| **71 · Medicine** | | | | | | | 591.58 |
| Check | 08/31/2016 | EFT | Medco Health | Lane's medicine | 122.17 | | 713.75 |
| Total 71 · Medicine | | | | | 122.17 | 0.00 | 713.75 |
| **72 · Doctors & Hospitals** | | | | | | | 3,540.02 |
| Check | 08/23/2016 | 1006 | Lebanon Physicans for Women | Megan | 60.00 | | 3,600.02 |
| Check | 08/30/2016 | 1018 | Spring View Hospital | Addie - payment on her surgery | 200.00 | | 3,800.02 |
| Check | 08/30/2016 | 1019 | Dr. Hunt | Megan | 146.01 | | 3,946.03 |
| Check | 08/30/2016 | 1020 | Dr. Persson MD | Addie | 71.08 | | 4,017.11 |
| Check | 08/30/2016 | 1021 | KY Anesthesia Group | Addie | 54.12 | | 4,071.23 |
| Check | 08/30/2016 | 1022 | Spring View Physicians | Megan | 93.48 | | 4,164.71 |
| Check | 08/30/2016 | 1023 | Associated Pathologists | Addie | 233.00 | | 4,397.71 |
| Total 72 · Doctors & Hospitals | | | | | 857.69 | 0.00 | 4,397.71 |
| **73.997 · Health Insurance** | | | | | | | 2,620.92 |
| Check | 08/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and An... | 436.82 | | 3,057.74 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 3,057.74 |
| **73.998 · Life Insurance** | | | | | | | 2,290.52 |
| Check | 08/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 2,297.43 |
| Check | 08/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and An... | 188.60 | | 2,486.03 |

9:39 AM  
10/17/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of August 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Check | 08/21/2016 | EFT | Met Life | Michael | 131.80 | | 2,617.83 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 2,617.83 |
| **74 · Family Living** | | | | | | | 26,802.20 |
| 74.983 · Pat's Pharmacy | | | | | | | 212.37 |
| Check | 08/08/2016 | 999 | Pat's Pharmacy | medicine | 60.00 | | 272.37 |
| Total 74.983 · Pat's Pharmacy | | | | | 60.00 | 0.00 | 272.37 |
| 74.984 · Dentist | | | | | | | 239.20 |
| Total 74.984 · Dentist | | | | | | | 239.20 |
| 74.985 · Food | | | | | | | 9,420.37 |
| Check | 08/01/2016 | EFT | Ragetti's | supper | 50.90 | | 9,471.27 |
| Check | 08/03/2016 | 988 | Wal-Mart | groceries | 109.88 | | 9,581.15 |
| Check | 08/03/2016 | EFT | Five Star Food Mart | snack | 5.28 | | 9,586.43 |
| Check | 08/04/2016 | EFT | Bradfordsville Superior Food Mart | snack | 4.50 | | 9,590.93 |
| Check | 08/06/2016 | EFT | Limestone Grill | supper | 54.15 | | 9,645.08 |
| Check | 08/06/2016 | EFT | Los Mariachis Mexican Food | lunch | 54.74 | | 9,699.82 |
| Check | 08/07/2016 | EFT | Wal-Mart | medicine | 12.51 | | 9,712.33 |
| Check | 08/08/2016 | 992 | Wal-Mart | groceries | 132.75 | | 9,845.08 |
| Check | 08/10/2016 | 1000 | Kroger | groceries | 17.98 | | 9,863.06 |
| Check | 08/12/2016 | 1001 | Wal-Mart | groceries | 72.19 | | 9,935.25 |
| Check | 08/13/2016 | 1002 | Wal-Mart | groceries | 99.40 | | 10,034.65 |
| Check | 08/14/2016 | EFT | Wal-Mart | groceries | 69.00 | | 10,103.65 |
| Check | 08/16/2016 | 1003 | Wal-Mart | groceries | 47.00 | | 10,150.65 |
| Check | 08/18/2016 | 1005 | Wal-Mart | supplies | 14.49 | | 10,165.14 |
| Check | 08/18/2016 | EFT | McDonalds | supper | 21.36 | | 10,186.50 |
| Check | 08/20/2016 | EFT | Five Star Food Mart | snacks | 18.95 | | 10,205.45 |
| Check | 08/31/2016 | 1024 | Wal-Mart | groceries | 46.94 | | 10,252.39 |
| Total 74.985 · Food | | | | | 832.02 | 0.00 | 10,252.39 |
| 74.986 · Household Operating | | | | | | | 160.87 |
| Check | 08/08/2016 | 993 | Allens | pest control | 23.00 | | 183.87 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 183.87 |
| 74.988 · House Repairs | | | | | | | 297.99 |
| Check | 08/01/2016 | EFT | Amazon | curtains and shower curtain | 145.46 | | 443.45 |
| Total 74.988 · House Repairs | | | | | 145.46 | 0.00 | 443.45 |
| 74.989 · Clothing | | | | | | | 4,302.54 |
| Check | 08/03/2016 | EFT | 2 Sassy Peeps | Megan | 31.48 | | 4,334.02 |
| Check | 08/16/2016 | EFT | Land's End | Addie school belt | 31.80 | | 4,365.82 |
| Total 74.989 · Clothing | | | | | 63.28 | 0.00 | 4,365.82 |
| 74.990 · Personal Items | | | | | | | 2,795.49 |
| Check | 08/05/2016 | 989 | Kuts by Kristi | Megan's haircut | 70.00 | | 2,865.49 |
| Check | 08/06/2016 | 990 | Hair Zone | Michael, Lane and Andrew hair cuts | 36.00 | | 2,901.49 |
| Check | 08/06/2016 | 991 | Little Four | cash | 50.00 | | 2,951.49 |
| Check | 08/06/2016 | EFT | Smart Style | hair product | 35.29 | | 2,986.78 |
| Check | 08/11/2016 | EFT | Dollar Tree | St. A concession supplies | 6.36 | | 2,993.14 |
| Check | 08/17/2016 | 1004 | Trena Spalding | Addie's basketball pictures | 37.00 | | 3,030.14 |
| Total 74.990 · Personal Items | | | | | 234.65 | 0.00 | 3,030.14 |
| 74.991 · Entertainment/Recreation | | | | | | | 1,084.64 |
| Check | 08/08/2016 | EFT | Amazon | app | 1.05 | | 1,085.69 |
| Check | 08/08/2016 | EFT | Amazon | app | 3.17 | | 1,088.86 |
| Check | 08/10/2016 | EFT | Net Flix | | 10.29 | | 1,099.15 |
| Total 74.991 · Entertainment/Recreation | | | | | 14.51 | 0.00 | 1,099.15 |
| 74.992 · Education/Reading | | | | | | | 4,070.18 |
| Check | 08/08/2016 | 995 | Smart Tuition | kids tuition | 578.17 | | 4,648.35 |
| Check | 08/09/2016 | EFT | Amazon | school supplies | 12.97 | | 4,661.32 |
| Check | 08/10/2016 | EFT | Amazon | school supplies | 16.95 | | 4,678.27 |
| Check | 08/10/2016 | EFT | Amazon | school supplies | 10.90 | | 4,689.17 |
| Check | 08/17/2016 | EFT | Girls on the Run | Addie's fee | 38.41 | | 4,727.58 |
| Check | 08/30/2016 | 1014 | Smart Tuition | Addie, Lane and Andrew | 296.41 | | 5,023.99 |
| Total 74.992 · Education/Reading | | | | | 953.81 | 0.00 | 5,023.99 |
| 74.993 · Gifts | | | | | | | 2,216.12 |
| Total 74.993 · Gifts | | | | | | | 2,216.12 |
| 74.994 · Transportation | | | | | | | 340.70 |
| Total 74.994 · Transportation | | | | | | | 340.70 |
| 74.997 · Household Electricity | | | | | | | 202.79 |
| Check | 08/29/2016 | 1007 | Inter County RECC | house | 251.33 | | 454.12 |
| Total 74.997 · Household Electricity | | | | | 251.33 | 0.00 | 454.12 |
| 74.998 · Household Water | | | | | | | 57.34 |
| Check | 08/08/2016 | 997 | Marion County Water | house | 52.80 | | 110.14 |
| Total 74.998 · Household Water | | | | | 52.80 | 0.00 | 110.14 |
| **74.999 · Lunch Money** | | | | | | | 600.00 |

9:39 AM
10/17/16
Cash Basis

**Buckman Family Farms**
**General Ledger**
**As of August 31, 2016**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 74.999 · Lunch Money | | | | | | | 600.00 |
| **74 · Family Living - Other** | | | | | | | 801.60 |
| Check | 08/04/2016 | EFT | Amazon | laundry room decoration | 65.59 | | 867.19 |
| Check | 08/08/2016 | EFT | Amazon | | 14.95 | | 882.14 |
| Deposit | 08/10/2016 | DEP | Amazon | Refund | | 106.51 | 775.63 |
| Check | 08/11/2016 | EFT | Citizens National Bank | cash | 60.00 | | 835.63 |
| Deposit | 08/12/2016 | | Citizens National Bank | error in checking/bank statement | | 65.57 | 770.06 |
| Deposit | 08/30/2016 | DEP | Citizens National Bank | cash | 500.00 | | 1,270.06 |
| Check | 08/31/2016 | EFT | Amazon | Hair product | 44.68 | | 1,314.74 |
| Total 74 · Family Living - Other | | | | | 685.22 | 172.08 | 1,314.74 |
| Total 74 · Family Living | | | | | 3,316.08 | 172.08 | 29,946.20 |
| **TOTAL** | | | | | **19,764.68** | **19,764.68** | **0.00** |