Month of  September , 2016

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  Cash Received During Month (Itemized):

Item & Quantity Sold          $ 40,000
Corn, 9,433.96 bushels

New loan received this month (if any): $_____

Wages earned from outside work:    $_____

Other receipts:                    $_____

Total Cash Receipts    $ 40,000

II. Expenses Paid:

Total amount paid for household
or living expense:    $ 5,794.23

Operating expenses paid (itemize):   $14,645.97

| Item | Amount |
| --- | --- |
| Interest | $8,656.24 |
| Payroll/Labor Exp | $221.27 |
| Utilities | $278.54 |
| Insurance | $2,557.30 |
| Miscellaneous | $71.28 |
| Land Rent | |
| Equipment Repairs | $1,089.75 |
| Fuel & Oil | $1,645.02 |
| Supplies | $26.57 |
| Professional Fees | $100 |

Plan payments made to Chapter 12 Trustee

$ 20,139.79

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 09/20/16 | Huntington Bank | 1049 | $680.45 | Megan's car |
| 09/20/16 | PNC Bank | 1048 | $863.14 | Michael's truck |
| 09/26/16 | BAC | 1060 | $793.71 | House Payment |
| 09/19/16 | FSA | 1043 | $288.76 | FSA Loan Payment |

Total of direct payments $ 2,626.06

TOTAL EXPENSES PAID DURING MONTH $ 43,206.05

Losses due to crop failure or damage $_____

Losses due to death or disease of livestock or poultry $_____

PROFIT (or loss) FOR MONTH $ (3,206.05)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month: $ 5,699.70

Income (or Loss) During Month: $ (3,206.05)

Cash and Bank Account Balance at End of Month: $ 2,493.65

IV. Expenses charged but not paid during month (itemize):

Expense $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

11-7-16
Date                                              /Debtor/Officer of Debtor

# INSTRUCTIONS FOR
# TAX DEPOSIT STATEMENT

The tax accounts of Federal Withholding Tax, State Withholding Tax, FICA and Sales Tax are all computed in the same manner.

The first month's statement following the filing of the petition the Beginning Tax Payable should be zero. After the first month's statement the beginning tax payable would be the prior month's ending tax payable.

Withheld or Accrued

The amount of taxes that were withheld or accrued during the month should be listed even if they were paid during the month.

Disbursements to Tax Account

Give the dollar amounts that were paid to the tax accounts. List the deposit receipt numbers (if possible send copies of the deposit slips) and/or the check numbers for each deposit.

Ending Tax Payable

This figure is derived by taking the beginning tax payable and adding to it the amounts withheld or accrued and subtracting the amounts paid.

If there are other tax accounts that your company is liable for, please include them or separate exhibits in the same manner as described above.

The tax Deposit Statement must be signed by the debtor or an officer of the debtor company.

EVIDENCE OF PAYMENT

When the taxes are paid, a copy of the documentation is to be provided to the Chapter 12 Trustee.

# TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

## FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending Withholding Tax Payable    _____

## STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending Withholding Tax Payable    _____

## FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending FICA Tax Payable    _____

## SALES TAX

Beginning Sales Tax Payable  _____

New Sales Tax Payable  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check _____
number       _____

Ending Sales Tax Payable  _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

11-7-16
Date

_____
Debtor/Officer of Debtor

11:43 PM  
11/02/16  
Cash Basis

# Buckman Family Farms
## Profit & Loss
### September 2016

|  | Sep 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 01 · Crop Sales | 40,000.00 |
| **Total Income** | 40,000.00 |
| **Gross Profit** | 40,000.00 |
| **Expense** | |
| 33 · Interest Expense | 8,656.24 |
| 34 · Payroll Expenses | |
|   54 · Employee Benefits | |
|     54.985 · Food | 221.27 |
|   Total 54 · Employee Benefits | 221.27 |
| Total 34 · Payroll Expenses | 221.27 |
| 38 · Utilities | |
|   38.1 · Electricity | 45.74 |
|   38.4 · Water | 9.84 |
|   38 · Utilities - Other | 222.96 |
| Total 38 · Utilities | 278.54 |
| 39 · Insurance | |
|   39.3 · Vehicle Insurance | 1,109.19 |
|   39 · Insurance - Other | 1,448.11 |
| Total 39 · Insurance | 2,557.30 |
| 40 · Miscellaneous | |
|   40.1 · Bank Charges | 14.43 |
|   40.2 · Office Supplies | 56.85 |
| Total 40 · Miscellaneous | 71.28 |
| 43 · Equipment Repairs | |
|   43.1 · Tractor Repair | 80.08 |
|   43.2 · Truck Repair | 6.77 |
|   43.7 · Combine Repair | 134.00 |
|   43 · Equipment Repairs - Other | 868.90 |
| Total 43 · Equipment Repairs | 1,089.75 |
| 45 · Fuel & Oil | |
|   45.1 · Diesel Fuel | 1,468.81 |
|   45.2 · Gasoline | 117.91 |
|   45.3 · Oil & Lubricants | 58.30 |
| Total 45 · Fuel & Oil | 1,645.02 |
| 51 · Supplies | 26.57 |
| 52 · Professional Fees | |
|   52.5 · Dues and Subscriptions | 100.00 |
| Total 52 · Professional Fees | 100.00 |
| **Total Expense** | 14,645.97 |
| **Net Ordinary Income** | 25,354.03 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 70 · Contributions | 168.00 |
| 71 · Medicine | 83.14 |
| 72 · Doctors & Hospitals | 991.20 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| 74 · Family Living | |

11:43 PM  
11/02/16  
Cash Basis

# Buckman Family Farms
## Profit & Loss
### September 2016

|  | Sep 16 |
|---|---|
| 74.985 · Food | 1,331.93 |
| 74.986 · Household Operating | 470.68 |
| 74.987 · Household Equipment | 240.37 |
| 74.989 · Clothing | 792.59 |
| 74.990 · Personal Items | 280.86 |
| 74.991 · Entertainment/Recreation | 13.46 |
| 74.992 · Education/Reading | 108.56 |
| 74.993 · Gifts | 84.80 |
| 74.997 · Household Electricity | 266.01 |
| 74.998 · Household Water | 56.07 |
| 74 · Family Living - Other | 142.43 |
| **Total 74 · Family Living** | 3,787.76 |
| **Total Other Expense** | 5,794.23 |
| **Net Other Income** | -5,794.23 |
| **Net Income** | 19,559.80 |

11:43 PM

11/02/16

Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 5,699.70 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 4,744.77 |
| Check | 09/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and Andrew | | 436.82 | 4,307.95 |
| Check | 09/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 4,301.04 |
| Check | 09/01/2016 | EFT | Smart Style | hair | | 61.99 | 4,239.05 |
| Check | 09/01/2016 | 1025 | Spring View Physicians | Megan (Dr.Slentz) | | 60.00 | 4,179.05 |
| Check | 09/01/2016 | 1026 | Saint Augustine PTO | Candy bar sales | | 120.00 | 4,059.05 |
| Check | 09/03/2016 | 1027 | Calvary PTO | Candle fundraiser | | 32.00 | 4,027.05 |
| Check | 09/03/2016 | EFT | Hardee's | lunch | | 13.37 | 4,013.68 |
| Check | 09/03/2016 | EFT | Calvary Store | | | 16.60 | 3,997.08 |
| Check | 09/04/2016 | 1029 | Wal-Mart | groceries | | 77.28 | 3,919.80 |
| Check | 09/04/2016 | 1030 | Taylor Regional Care Center | Andrew and Michael | | 80.00 | 3,839.80 |
| Check | 09/04/2016 | EFT | Burger King | lunch | | 8.67 | 3,831.13 |
| Check | 09/04/2016 | EFT | Walgreens | Andrew and Michael | | 45.00 | 3,786.13 |
| Check | 09/04/2016 | EFT | Amazon | candle | | 10.99 | 3,775.14 |
| Check | 09/04/2016 | EFT | Amazon | Moms candles | | 20.78 | 3,754.36 |
| Check | 09/05/2016 | EFT | Kroger | diesel | | 75.56 | 3,678.80 |
| Check | 09/06/2016 | 1028 | Hair Zone | Michael, Lane and Andrew hair cuts | | 36.00 | 3,642.80 |
| Check | 09/06/2016 | 1031 | Wal-Mart | supplies | | 20.53 | 3,622.27 |
| Check | 09/06/2016 | EFT | Hardee's | lunch | | 12.42 | 3,609.85 |
| Check | 09/07/2016 | EFT | Amazon | School supplies | | 14.09 | 3,595.76 |
| Check | 09/07/2016 | EFT | Norby's | dry oil | | 7.52 | 3,588.24 |
| Check | 09/07/2016 | EFT | Advance Auto Parts | oil | | 13.33 | 3,574.91 |
| Check | 09/07/2016 | EFT | Amazon | Synthetic oil for grain vac | | 42.30 | 3,532.61 |
| Check | 09/07/2016 | EFT | Embellish It Boutique | Addie | | 36.00 | 3,496.61 |
| Check | 09/08/2016 | 1032 | Kroger | groceries | | 151.47 | 3,345.14 |
| Check | 09/08/2016 | EFT | Hardee's | lunch | | 9.82 | 3,335.32 |
| Check | 09/08/2016 | EFT | Kroger | equipment | | 150.00 | 3,185.32 |
| Check | 09/08/2016 | EFT | Kroger | equipment | | 125.00 | 3,060.32 |
| Check | 09/08/2016 | EFT | Wal-Mart | supplies | | 63.00 | 2,997.32 |
| Check | 09/08/2016 | EFT | Murphy's Oil | gas | | 15.30 | 2,982.02 |
| Check | 09/09/2016 | 1033 | Saint Augustine PTO | candy bar sales | | 16.00 | 2,966.02 |
| Check | 09/10/2016 | EFT | Huddle House | breakfast | | 37.57 | 2,928.45 |
| Check | 09/11/2016 | 1034 | Lawson Tractor | parts | | 80.08 | 2,848.37 |
| Check | 09/11/2016 | 1035 | Marion County Water | house | | 56.07 | 2,792.30 |
| Check | 09/11/2016 | 1036 | Marion County Water | grain bins | | 9.84 | 2,782.46 |
| Check | 09/11/2016 | 1037 | Central Kentucky Plumbing | filters | | 26.57 | 2,755.89 |
| Check | 09/11/2016 | 1038 | Inter County RECC | house | | 266.01 | 2,489.88 |
| Check | 09/11/2016 | 1039 | Inter County RECC | grain bins | | 11.79 | 2,478.09 |
| Check | 09/12/2016 | EFT | Crystal buffett | | | 15.10 | 2,462.99 |
| Check | 09/12/2016 | EFT | Norby's | parts | | 38.65 | 2,424.34 |
| Check | 09/12/2016 | EFT | Laurie Belle Boutique | Megan | | 37.00 | 2,387.34 |
| Check | 09/12/2016 | EFT | Net Flix | | | 10.29 | 2,377.05 |
| Check | 09/12/2016 | EFT | Ragetti's | | | 44.94 | 2,332.11 |
| Check | 09/13/2016 | 1040 | Wal-Mart | groceries | | 110.37 | 2,221.74 |
| Check | 09/13/2016 | EFT | Sonic | lunch | | 10.31 | 2,211.43 |
| Check | 09/13/2016 | EFT | Kroger | diesel | | 72.06 | 2,139.37 |
| Check | 09/13/2016 | EFT | Kroger | equipment | | 72.06 | 2,067.31 |
| Check | 09/13/2016 | EFT | McDonalds | | | 5.40 | 2,061.91 |
| Check | 09/13/2016 | EFT | McDonalds | | | 9.70 | 2,052.21 |
| Check | 09/13/2016 | EFT | Amazon | | | 27.75 | 2,024.46 |
| Check | 09/14/2016 | EFT | Kroger | gas | | 12.86 | 2,011.60 |
| Check | 09/14/2016 | EFT | Murphy's Oil | gas | | 29.00 | 1,982.60 |
| Check | 09/15/2016 | EFT | Hardee's | lunch | | 7.03 | 1,975.57 |
| Check | 09/15/2016 | EFT | Norby's | parts | | 5.63 | 1,969.94 |
| Check | 09/15/2016 | EFT | Citizens National Bank | Check reorder | | 14.43 | 1,955.51 |
| Check | 09/16/2016 | 1041 | Wal-Mart | groceries | | 93.13 | 1,862.38 |
| Check | 09/16/2016 | EFT | Norby's | parts | | 28.34 | 1,834.04 |
| Check | 09/16/2016 | EFT | Five Star Food Mart | diesel | | 99.38 | 1,734.66 |
| Check | 09/17/2016 | EFT | Norby's | semi truck battery | | 284.60 | 1,450.06 |
| Check | 09/17/2016 | EFT | Maurices Clothing Store | Addie | | 58.30 | 1,391.76 |
| Check | 09/17/2016 | EFT | Lavish Boutique | Megan | | 44.69 | 1,347.07 |
| Check | 09/17/2016 | EFT | American Eagle | Addie | | 63.53 | 1,283.54 |
| Check | 09/17/2016 | EFT | Carter's | Lane | | 53.43 | 1,230.11 |
| Check | 09/17/2016 | EFT | Arnold's Feed and Seed | oil | | 58.30 | 1,171.81 |
| Check | 09/17/2016 | EFT | Burger King | lunch | | 12.72 | 1,159.09 |
| Check | 09/17/2016 | EFT | Los Mariachis Mexican Food | supper | | 36.24 | 1,122.85 |
| Check | 09/17/2016 | EFT | Southern Recollection | Addie | | 24.95 | 1,097.90 |
| Check | 09/17/2016 | EFT | DDP Monogram | Megan and Addie | | 80.90 | 1,017.00 |
| Check | 09/18/2016 | EFT | O'reillys | power steering fluid | | 6.77 | 1,010.23 |
| Check | 09/18/2016 | EFT | Five Star Food Mart | equipment | | 91.16 | 919.07 |
| Check | 09/18/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 819.07 |
| Check | 09/18/2016 | EFT | Wendy's | lunch | | 11.94 | 807.13 |
| Deposit | 09/19/2016 | DEP | R &B Trucking | 9,433.96 bushels | 40,000.00 | | 40,807.13 |
| Check | 09/19/2016 | 1057 | Michael Wheatley | case #15-32674 Chapter 12 Trustee | | 20,139.79 | 20,667.34 |
| Check | 09/19/2016 | 1043 | FSA | payment on loan | | 8,945.00 | 11,722.34 |
| Check | 09/20/2016 | 1044 | Farm Bureau | farm | | 1,448.11 | 10,274.23 |
| Check | 09/20/2016 | 1045 | Farm Bureau | 3 months | | 682.19 | 9,592.04 |
| Check | 09/20/2016 | 1046 | Farm Bureau | 1992 Pete | | 124.00 | 9,468.04 |
| Check | 09/20/2016 | 1047 | Feriell Gas | | | 454.08 | 9,013.96 |
| Check | 09/20/2016 | 1048 | PNC Bank | Michael's truck | | 863.14 | 8,150.82 |
| Check | 09/20/2016 | 1049 | Huntington Bank | Megan's car | | 680.45 | 7,470.37 |
| Check | 09/20/2016 | 1050 | Windstream | dish, phone and internet | | 222.96 | 7,247.41 |
| Check | 09/20/2016 | 1051 | Wal-Mart | groceries | | 97.95 | 7,149.46 |
| Check | 09/20/2016 | EFT | Smart Style | | | 25.12 | 7,124.34 |
| Check | 09/20/2016 | EFT | Wal-Mart | | | 2.96 | 7,121.38 |
| Check | 09/20/2016 | EFT | Southern Fried Chic | Megan | | 54.78 | 7,066.60 |
| Check | 09/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and Andrew | | 188.60 | 6,878.00 |
| Check | 09/21/2016 | EFT | Met Life | Michael | | 131.80 | 6,746.20 |
| Check | 09/21/2016 | 1052 | Freedom Tire | | | 43.93 | 6,702.27 |

11:43 PM  
11/02/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 09/21/2016 | 1053 | Farm Bureau | Western Star - 2 months | | 303.00 | 6,399.27 |
| Check | 09/21/2016 | EFT | Nail Art | | | 55.00 | 6,344.27 |
| Check | 09/21/2016 | EFT | Five Star Food Mart | gas | | 31.05 | 6,313.22 |
| Check | 09/21/2016 | EFT | Five Star Food Mart | equipment | | 88.88 | 6,224.34 |
| Check | 09/21/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 6,124.34 |
| Check | 09/21/2016 | EFT | LaFuenta | lunch | | 28.73 | 6,095.61 |
| Check | 09/22/2016 | 1054 | Wal-Mart | groceries | | 39.73 | 6,055.88 |
| Check | 09/22/2016 | 1055 | Central Kentucky Optomet... | Megan - glasses and exam | | 552.70 | 5,503.18 |
| Check | 09/22/2016 | 1056 | Kuts by Kristi | | | 75.00 | 5,428.18 |
| Check | 09/22/2016 | EFT | McDonalds | lunch | | 10.15 | 5,418.03 |
| Check | 09/22/2016 | EFT | United States Post Office | | | 6.45 | 5,411.58 |
| Check | 09/22/2016 | EFT | LASCO HEAVY DUTY | | | 358.28 | 5,053.30 |
| Check | 09/23/2016 | 1058 | Citizens National Bank | cash | | 100.00 | 4,953.30 |
| Check | 09/23/2016 | EFT | Chaser's | Supper | | 34.19 | 4,919.11 |
| Check | 09/24/2016 | EFT | Wal-Mart | groceries | | 34.24 | 4,884.87 |
| Check | 09/24/2016 | EFT | Little Caesars | lunch | | 12.93 | 4,871.94 |
| Check | 09/25/2016 | EFT | Kroger | groceries | | 10.66 | 4,861.28 |
| Check | 09/26/2016 | EFT | Murphy's Oil | Megan gas | | 29.70 | 4,831.58 |
| Check | 09/26/2016 | 1059 | Spring View Hospital | Addie | | 200.00 | 4,631.58 |
| Check | 09/26/2016 | 1060 | BAC | | | 793.71 | 3,837.87 |
| Check | 09/26/2016 | 1061 | Labatory Corporation | Megan | | 58.50 | 3,779.37 |
| Check | 09/26/2016 | 1062 | Inter County RECC | shop | | 33.95 | 3,745.42 |
| Check | 09/26/2016 | EFT | Sams Club | membership fee due | | 100.00 | 3,645.42 |
| Check | 09/26/2016 | 1063 | Sams Club | groceries and supplies | | 317.70 | 3,327.72 |
| Check | 09/26/2016 | EFT | Sams Club | Michael | | 59.40 | 3,268.32 |
| Check | 09/26/2016 | EFT | Jacobi Sales | parts | | 134.00 | 3,134.32 |
| Check | 09/26/2016 | 1064 | Lebanon Pediatrics | Lane | | 40.00 | 3,094.32 |
| Check | 09/26/2016 | 1065 | Bramel Pro Photo | School pictures- Addie, lane and Andrew | | 75.00 | 3,019.32 |
| Check | 09/26/2016 | EFT | Amazon | app | | 3.17 | 3,016.15 |
| Check | 09/27/2016 | EFT | Hardee's | lunch | | 10.68 | 3,005.47 |
| Check | 09/27/2016 | EFT | United States Post Office | stamps | | 50.40 | 2,955.07 |
| Check | 09/27/2016 | EFT | Walgreens | Kids allergy | | 38.14 | 2,916.93 |
| Check | 09/27/2016 | EFT | Kohl's | Michael | | 79.50 | 2,837.43 |
| Check | 09/27/2016 | EFT | Kohl's | Addie and Lane | | 68.87 | 2,768.56 |
| Check | 09/27/2016 | EFT | Calvary Store | supper | | 25.02 | 2,743.54 |
| Check | 09/27/2016 | EFT | Carter's | Lane and Andrew | | 54.88 | 2,688.66 |
| Check | 09/27/2016 | EFT | Carter's | Lane and Andrew | | 18.27 | 2,670.39 |
| Check | 09/28/2016 | 1067 | Wal-Mart | groceries | | 131.76 | 2,538.63 |
| Check | 09/28/2016 | 1068 | Robin's Embroidery | 2 baby gifts | | 84.80 | 2,453.83 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | michael's truck | | 52.93 | 2,400.90 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,300.90 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | equipment | | 82.38 | 2,218.52 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,118.52 |
| Check | 09/28/2016 | EFT | Wal-Mart | Lane | | 24.21 | 2,094.31 |
| Check | 09/29/2016 | 1069 | Scholastic Book Fair | kids books | | 19.47 | 2,074.84 |
| Check | 09/29/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,974.84 |
| Check | 09/29/2016 | EFT | Norby's | grain bins | | 46.32 | 1,928.52 |
| Check | 09/29/2016 | EFT | Los Mariachis Mexican Food | lunch | | 35.47 | 1,893.05 |
| Check | 09/29/2016 | EFT | Old Navy | Addie | | 42.89 | 1,850.16 |
| Check | 09/29/2016 | EFT | 2 Sassy Peeps | Megan | | 50.39 | 1,799.77 |
| Check | 09/30/2016 | EFT | Norby's | dehumidifier | | 240.37 | 1,559.40 |
| Check | 09/30/2016 | EFT | McDonalds | lunch | | 20.68 | 1,538.72 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 40,000.00 | 43,206.05 | 1,538.72 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 40,000.00 | 43,206.05 | 2,493.65 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Total 701 · Undeposited Funds | | | | | | | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
| **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| **841 · Intermediate Loans** | | | | | | | 36,478.13 |
| **841.12 · Ch. 12 Trustee** | | | | | | | 0.00 |
| Check | 09/19/2016 | 1057 | Michael Wheatley | case #15-32674 Chapter 12 Trustee | 20,139.79 | | 20,139.79 |
| Total 841.12 · Ch. 12 Trustee | | | | | 20,139.79 | 0.00 | 20,139.79 |
| **841.2 · PNC** | | | | | | | 16,399.66 |
| Check | 09/20/2016 | 1048 | PNC Bank | Michael's truck | 863.14 | | 17,262.80 |

11:43 PM  
11/02/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 17,262.80 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **841.5 · Huntington Bank** | | | | | | | 6,804.50 |
| Check | 09/20/2016 | 1049 | Huntington Bank | Megan's car | 680.45 | | 7,484.95 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 7,484.95 |
| **841 · Intermediate Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Intermediate Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Intermediate Loans | | | | | 21,683.38 | 0.00 | 58,161.51 |
| **871 · Real Estate Loans** | | | | | | | -112,473.86 |
| **871.1 · BAC Home Loan** | | | | | | | -121,418.86 |
| Check | 09/26/2016 | 1060 | BAC | | 793.71 | | -120,625.15 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -120,625.15 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| **871 · Real Estate Loans - Other** | | | | | | | 0.00 |
| Check | 09/19/2016 | 1043 | FSA | payment on loan | 288.76 | | 288.76 |
| Total 871 · Real Estate Loans - Other | | | | | 288.76 | 0.00 | 288.76 |
| Total 871 · Real Estate Loans | | | | | 1,082.47 | 0.00 | -111,391.39 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -150,873.61 |
| **01.020 · Yellow Corn Sales** | | | | | | | -143,105.52 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -143,105.52 |
| **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
| Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
| **01 · Crop Sales - Other** | | | | | | | 0.00 |
| Deposit | 09/19/2016 | DEP | R &B Trucking | 9,433.96 bushels | | 40,000.00 | -40,000.00 |
| Total 01 · Crop Sales - Other | | | | | 0.00 | 40,000.00 | -40,000.00 |
| Total 01 · Crop Sales | | | | | 0.00 | 40,000.00 | -190,873.61 |
| **11 · Custom Work Income** | | | | | | | -4,515.00 |
| **11.1 · Mach/Equip Rental** | | | | | | | -3,830.00 |
| Total 11.1 · Mach/Equip Rental | | | | | | | -3,830.00 |
| **11 · Custom Work Income - Other** | | | | | | | -685.00 |
| Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -4,515.00 |
| **20 · Misc Farm Income** | | | | | | | -700.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |
| **33 · Interest Expense** | | | | | | | 32,204.08 |
| **33.2 · Operating Loan Interest** | | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| **33 · Interest Expense - Other** | | | | | | | 71.44 |
| Check | 09/19/2016 | 1043 | FSA | payment on loan | 8,656.24 | | 8,727.68 |
| Total 33 · Interest Expense - Other | | | | | 8,656.24 | 0.00 | 8,727.68 |
| Total 33 · Interest Expense | | | | | 8,656.24 | 0.00 | 40,860.32 |
| **34 · Payroll Expenses** | | | | | | | 1,523.93 |
| **54 · Employee Benefits** | | | | | | | 1,523.93 |
| **54.985 · Food** | | | | | | | 1,523.93 |
| Check | 09/03/2016 | EFT | Hardee's | lunch | 13.37 | | 1,537.30 |
| Check | 09/06/2016 | EFT | Hardee's | lunch | 12.42 | | 1,549.72 |
| Check | 09/08/2016 | EFT | Hardee's | lunch | 9.82 | | 1,559.54 |
| Check | 09/13/2016 | EFT | Sonic | lunch | 10.31 | | 1,569.85 |
| Check | 09/15/2016 | EFT | Hardee's | lunch | 7.03 | | 1,576.88 |
| Check | 09/17/2016 | EFT | Burger King | lunch | 12.72 | | 1,589.60 |
| Check | 09/18/2016 | EFT | Wendy's | lunch | 11.94 | | 1,601.54 |
| Check | 09/21/2016 | EFT | LaFuenta | lunch | 28.73 | | 1,630.27 |
| Check | 09/22/2016 | EFT | McDonalds | lunch | 10.15 | | 1,640.42 |
| Check | 09/24/2016 | EFT | Little Caesars | lunch | 12.93 | | 1,653.35 |
| Check | 09/27/2016 | EFT | Hardee's | lunch | 10.68 | | 1,664.03 |
| Check | 09/27/2016 | EFT | Calvary Store | supper | 25.02 | | 1,689.05 |
| Check | 09/29/2016 | EFT | Los Mariachis Mexican Food | lunch | 35.47 | | 1,724.52 |

11:43 PM  
11/02/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 09/30/2016 | EFT | McDonalds | lunch | 20.68 | | 1,745.20 |
| Total 54.985 · Food | | | | | 221.27 | 0.00 | 1,745.20 |
| Total 54 · Employee Benefits | | | | | 221.27 | 0.00 | 1,745.20 |
| Total 34 · Payroll Expenses | | | | | 221.27 | 0.00 | 1,745.20 |
| **38 · Utilities** | | | | | | | 8,197.00 |
|   **38.1 · Electricity** | | | | | | | 4,103.53 |
| Check | 09/11/2016 | 1039 | Inter County RECC | grain bins | 11.79 | | 4,115.32 |
| Check | 09/26/2016 | 1062 | Inter County RECC | shop | 33.95 | | 4,149.27 |
| Total 38.1 · Electricity | | | | | 45.74 | 0.00 | 4,149.27 |
|   **38.2 · Telephone** | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
|   **38.3 · Cell Phones** | | | | | | | 1,383.63 |
| Total 38.3 · Cell Phones | | | | | | | 1,383.63 |
|   **38.4 · Water** | | | | | | | 411.79 |
| Check | 09/11/2016 | 1036 | Marion County Water | grain bins | 9.84 | | 421.63 |
| Total 38.4 · Water | | | | | 9.84 | 0.00 | 421.63 |
|   **38.5 · Gas** | | | | | | | 520.63 |
| Total 38.5 · Gas | | | | | | | 520.63 |
|   **38.6 · Internet** | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
|   **38 · Utilities - Other** | | | | | | | 1,322.61 |
| Check | 09/20/2016 | 1050 | Windstream | dish, phone and internet | 222.96 | | 1,545.57 |
| Total 38 · Utilities - Other | | | | | 222.96 | 0.00 | 1,545.57 |
| Total 38 · Utilities | | | | | 278.54 | 0.00 | 8,475.54 |
| **39 · Insurance** | | | | | | | 2,987.46 |
|   **39.3 · Vehicle Insurance** | | | | | | | 0.00 |
| Check | 09/20/2016 | 1045 | Farm Bureau | 3 months | 682.19 | | 682.19 |
| Check | 09/20/2016 | 1046 | Farm Bureau | 1992 Pete | 124.00 | | 806.19 |
| Check | 09/21/2016 | 1053 | Farm Bureau | Western Star - 2 months | 303.00 | | 1,109.19 |
| Total 39.3 · Vehicle Insurance | | | | | 1,109.19 | 0.00 | 1,109.19 |
|   **39 · Insurance - Other** | | | | | | | 2,987.46 |
| Check | 09/20/2016 | 1044 | Farm Bureau | farm | 1,448.11 | | 4,435.57 |
| Total 39 · Insurance - Other | | | | | 1,448.11 | 0.00 | 4,435.57 |
| Total 39 · Insurance | | | | | 2,557.30 | 0.00 | 5,544.76 |
| **40 · Miscellaneous** | | | | | | | 1,417.17 |
|   **40.1 · Bank Charges** | | | | | | | 171.00 |
| Check | 09/15/2016 | EFT | Citizens National Bank | Check reorder | 14.43 | | 185.43 |
| Total 40.1 · Bank Charges | | | | | 14.43 | 0.00 | 185.43 |
|   **40.2 · Office Supplies** | | | | | | | 73.29 |
| Check | 09/22/2016 | EFT | United States Post Office | | 6.45 | | 79.74 |
| Check | 09/27/2016 | EFT | United States Post Office | stamps | 50.40 | | 130.14 |
| Total 40.2 · Office Supplies | | | | | 56.85 | 0.00 | 130.14 |
|   **40.3 · Travel & Ent** | | | | | | | 464.06 |
|     **40.33 · Meals** | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
|     **40.34 · Travel** | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
|     **40.3 · Travel & Ent - Other** | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent | | | | | | | 464.06 |
|   **40 · Miscellaneous - Other** | | | | | | | 708.82 |
| Total 40 · Miscellaneous - Other | | | | | | | 708.82 |
| Total 40 · Miscellaneous | | | | | 71.28 | 0.00 | 1,488.45 |
| **42 · Farm Rent** | | | | | | | 22,300.00 |
|   **42.1 · Cash Crop Land Rent** | | | | | | | 22,300.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 22,300.00 |
| Total 42 · Farm Rent | | | | | | | 22,300.00 |
| **43 · Equipment Repairs** | | | | | | | 7,479.87 |
|   **43.0 · Sprayer Repairs** | | | | | | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | | | 522.99 |
|   **43.1 · Tractor Repair** | | | | | | | 1,651.91 |
| Check | 09/11/2016 | 1034 | Lawson Tractor | parts | 80.08 | | 1,731.99 |

11:43 PM  
11/02/16  
Cash Basis

**Buckman Family Farms**  
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Total 43.1 · Tractor Repair | | | | | 80.08 | 0.00 | 1,731.99 |
| **43.2 · Truck Repair** | | | | | | | 1,714.83 |
| Check | 09/18/2016 | EFT | O'reillys | power steering fluid | 6.77 | | 1,721.60 |
| Total 43.2 · Truck Repair | | | | | 6.77 | 0.00 | 1,721.60 |
| **43.3 · Other Equip Repairs** | | | | | | | 90.58 |
| Total 43.3 · Other Equip Repairs | | | | | | | 90.58 |
| **43.5 · John Deere Financial** | | | | | | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | | | 263.62 |
| **43.7 · Combine Repair** | | | | | | | 0.00 |
| Check | 09/26/2016 | EFT | Jacobi Sales | parts | 134.00 | | 134.00 |
| Total 43.7 · Combine Repair | | | | | 134.00 | 0.00 | 134.00 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **43 · Equipment Repairs - Other** | | | | | | | 3,209.97 |
| Check | 09/07/2016 | EFT | Norby's | dry oil | 7.52 | | 3,217.49 |
| Check | 09/07/2016 | EFT | Advance Auto Parts | oil | 13.33 | | 3,230.82 |
| Check | 09/07/2016 | EFT | Amazon | Synthetic oil for grain vac | 42.30 | | 3,273.12 |
| Check | 09/12/2016 | EFT | Norby's | parts | 38.65 | | 3,311.77 |
| Check | 09/15/2016 | EFT | Norby's | parts | 5.63 | | 3,317.40 |
| Check | 09/16/2016 | EFT | Norby's | parts | 28.34 | | 3,345.74 |
| Check | 09/17/2016 | EFT | Norby's | semi truck battery | 284.60 | | 3,630.34 |
| Check | 09/21/2016 | 1052 | Freedom Tire | | 43.93 | | 3,674.27 |
| Check | 09/22/2016 | EFT | LASCO HEAVY DUTY | | 358.28 | | 4,032.55 |
| Check | 09/29/2016 | EFT | Norby's | grain bins | 46.32 | | 4,078.87 |
| Total 43 · Equipment Repairs - Other | | | | | 868.90 | 0.00 | 4,078.87 |
| Total 43 · Equipment Repairs | | | | | 1,089.75 | 0.00 | 8,569.62 |
| **45 · Fuel & Oil** | | | | | | | 4,156.39 |
| **45.1 · Diesel Fuel** | | | | | | | 3,132.72 |
| Check | 09/05/2016 | EFT | Kroger | diesel | 75.56 | | 3,208.28 |
| Check | 09/08/2016 | EFT | Kroger | equipment | 150.00 | | 3,358.28 |
| Check | 09/08/2016 | EFT | Kroger | equipment | 125.00 | | 3,483.28 |
| Check | 09/13/2016 | EFT | Kroger | diesel | 72.06 | | 3,555.34 |
| Check | 09/13/2016 | EFT | Kroger | equipment | 72.06 | | 3,627.40 |
| Check | 09/16/2016 | EFT | Five Star Food Mart | diesel | 99.38 | | 3,726.78 |
| Check | 09/18/2016 | EFT | Five Star Food Mart | equipment | 91.16 | | 3,817.94 |
| Check | 09/18/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 3,917.94 |
| Check | 09/21/2016 | EFT | Five Star Food Mart | equipment | 88.88 | | 4,006.82 |
| Check | 09/21/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 4,106.82 |
| Check | 09/26/2016 | EFT | Sams Club | Michael | 59.40 | | 4,166.22 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | michael's truck | 52.93 | | 4,219.15 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 4,319.15 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | equipment | 82.38 | | 4,401.53 |
| Check | 09/28/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 4,501.53 |
| Check | 09/29/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 4,601.53 |
| Total 45.1 · Diesel Fuel | | | | | 1,468.81 | 0.00 | 4,601.53 |
| **45.2 · Gasoline** | | | | | | | 1,023.67 |
| Check | 09/08/2016 | EFT | Murphy's Oil | gas | 15.30 | | 1,038.97 |
| Check | 09/14/2016 | EFT | Kroger | gas | 12.86 | | 1,051.83 |
| Check | 09/14/2016 | EFT | Murphy's Oil | gas | 29.00 | | 1,080.83 |
| Check | 09/21/2016 | EFT | Five Star Food Mart | gas | 31.05 | | 1,111.88 |
| Check | 09/26/2016 | EFT | Murphy's Oil | Megan gas | 29.70 | | 1,141.58 |
| Total 45.2 · Gasoline | | | | | 117.91 | 0.00 | 1,141.58 |
| **45.3 · Oil & Lubricants** | | | | | | | 0.00 |
| Check | 09/17/2016 | EFT | Arnold's Feed and Seed | oil | 58.30 | | 58.30 |
| Total 45.3 · Oil & Lubricants | | | | | 58.30 | 0.00 | 58.30 |
| Total 45 · Fuel & Oil | | | | | 1,645.02 | 0.00 | 5,801.41 |
| **51 · Supplies** | | | | | | | 181.15 |
| **51.1 · Small Tools & Supplies** | | | | | | | 31.21 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 31.21 |
| **51.2 · Rent on tanks** | | | | | | | 43.41 |
| Total 51.2 · Rent on tanks | | | | | | | 43.41 |
| **51 · Supplies - Other** | | | | | | | 106.53 |
| Check | 09/11/2016 | 1037 | Central Kentucky Plumbing | filters | 26.57 | | 133.10 |
| Total 51 · Supplies - Other | | | | | 26.57 | 0.00 | 133.10 |
| Total 51 · Supplies | | | | | 26.57 | 0.00 | 207.72 |
| **52 · Professional Fees** | | | | | | | 3,567.15 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 3,267.15 |
| Check | 09/26/2016 | EFT | Sams Club | membership fee due | 100.00 | | 3,367.15 |

11:43 PM  
11/02/16  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Total 52.5 · Dues and Subscriptions | | | | | 100.00 | 0.00 | 3,367.15 |
| Total 52 · Professional Fees | | | | | 100.00 | 0.00 | 3,667.15 |
| **70 · Contributions** | | | | | | | 100.00 |
| Check | 09/01/2016 | 1026 | Saint Augustine PTO | Candy bar sales | 120.00 | | 220.00 |
| Check | 09/03/2016 | 1027 | Calvary PTO | Candle fundraiser | 32.00 | | 252.00 |
| Check | 09/09/2016 | 1033 | Saint Augustine PTO | candy bar sales | 16.00 | | 268.00 |
| Total 70 · Contributions | | | | | 168.00 | 0.00 | 268.00 |
| **71 · Medicine** | | | | | | | 713.75 |
| Check | 09/04/2016 | EFT | Walgreens | Andrew and Michael | 45.00 | | 758.75 |
| Check | 09/27/2016 | EFT | Walgreens | Kids allergy | 38.14 | | 796.89 |
| Total 71 · Medicine | | | | | 83.14 | 0.00 | 796.89 |
| **72 · Doctors & Hospitals** | | | | | | | 4,397.71 |
| Check | 09/01/2016 | 1025 | Spring View Physicians | Megan (Dr.Slentz) | 60.00 | | 4,457.71 |
| Check | 09/04/2016 | 1030 | Taylor Regional Care Center | Andrew and Michael | 80.00 | | 4,537.71 |
| Check | 09/22/2016 | 1055 | Central Kentucky Optomet... | Megan - glasses and exam | 552.70 | | 5,090.41 |
| Check | 09/26/2016 | 1059 | Spring View Hospital | Addie | 200.00 | | 5,290.41 |
| Check | 09/26/2016 | 1061 | Labatory Corporation | Megan | 58.50 | | 5,348.91 |
| Check | 09/26/2016 | 1064 | Lebanon Pediatrics | Lane | 40.00 | | 5,388.91 |
| Total 72 · Doctors & Hospitals | | | | | 991.20 | 0.00 | 5,388.91 |
| **73.997 · Health Insurance** | | | | | | | 3,057.74 |
| Check | 09/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and Andrew | 436.82 | | 3,494.56 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 3,494.56 |
| **73.998 · Life Insurance** | | | | | | | 2,617.83 |
| Check | 09/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 2,624.74 |
| Check | 09/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and Andrew | 188.60 | | 2,813.34 |
| Check | 09/21/2016 | EFT | Met Life | Michael | 131.80 | | 2,945.14 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 2,945.14 |
| **74 · Family Living** | | | | | | | 29,946.20 |
| **74.983 · Pat's Pharmacy** | | | | | | | 272.37 |
| Total 74.983 · Pat's Pharmacy | | | | | | | 272.37 |
| **74.984 · Dentist** | | | | | | | 239.20 |
| Total 74.984 · Dentist | | | | | | | 239.20 |
| **74.985 · Food** | | | | | | | 10,252.39 |
| Check | 09/04/2016 | 1029 | Wal-Mart | groceries | 77.28 | | 10,329.67 |
| Check | 09/04/2016 | EFT | Burger King | lunch | 8.67 | | 10,338.34 |
| Check | 09/06/2016 | 1031 | Wal-Mart | supplies | 20.53 | | 10,358.87 |
| Check | 09/08/2016 | 1032 | Kroger | groceries | 151.47 | | 10,510.34 |
| Check | 09/08/2016 | EFT | Wal-Mart | supplies | 63.00 | | 10,573.34 |
| Check | 09/10/2016 | EFT | Huddle House | breakfast | 37.57 | | 10,610.91 |
| Check | 09/12/2016 | EFT | Crystal buffett | | 15.10 | | 10,626.01 |
| Check | 09/12/2016 | EFT | Ragetti's | | 44.94 | | 10,670.95 |
| Check | 09/13/2016 | 1040 | Wal-Mart | groceries | 110.37 | | 10,781.32 |
| Check | 09/13/2016 | EFT | McDonalds | | 5.40 | | 10,786.72 |
| Check | 09/13/2016 | EFT | McDonalds | | 9.70 | | 10,796.42 |
| Check | 09/16/2016 | 1041 | Wal-Mart | groceries | 93.13 | | 10,889.55 |
| Check | 09/17/2016 | EFT | Los Mariachis Mexican Food | supper | 36.24 | | 10,925.79 |
| Check | 09/20/2016 | 1051 | Wal-Mart | groceries | 97.95 | | 11,023.74 |
| Check | 09/20/2016 | EFT | Wal-Mart | | 2.96 | | 11,026.70 |
| Check | 09/22/2016 | 1054 | Wal-Mart | groceries | 39.73 | | 11,066.43 |
| Check | 09/23/2016 | EFT | Chaser's | Supper | 34.19 | | 11,100.62 |
| Check | 09/24/2016 | EFT | Wal-Mart | groceries | 34.24 | | 11,134.86 |
| Check | 09/26/2016 | 1063 | Sams Club | groceries and supplies | 317.70 | | 11,452.56 |
| Check | 09/28/2016 | 1067 | Wal-Mart | groceries | 131.76 | | 11,584.32 |
| Total 74.985 · Food | | | | | 1,331.93 | 0.00 | 11,584.32 |
| **74.986 · Household Operating** | | | | | | | 183.87 |
| Check | 09/03/2016 | EFT | Calvary Store | | 16.60 | | 200.47 |
| Check | 09/20/2016 | 1047 | Feriell Gas | | 454.08 | | 654.55 |
| Total 74.986 · Household Operating | | | | | 470.68 | 0.00 | 654.55 |
| **74.987 · Household Equipment** | | | | | | | 0.00 |
| Check | 09/30/2016 | EFT | Norby's | dehumidifier | 240.37 | | 240.37 |
| Total 74.987 · Household Equipment | | | | | 240.37 | 0.00 | 240.37 |
| **74.988 · House Repairs** | | | | | | | 443.45 |
| Total 74.988 · House Repairs | | | | | | | 443.45 |
| **74.989 · Clothing** | | | | | | | 4,365.82 |
| Check | 09/07/2016 | EFT | Embellish It Boutique | Addie | 36.00 | | 4,401.82 |
| Check | 09/12/2016 | EFT | Laurie Belle Boutique | Megan | 37.00 | | 4,438.82 |
| Check | 09/17/2016 | EFT | Maurices Clothing Store | Addie | 58.30 | | 4,497.12 |
| Check | 09/17/2016 | EFT | Lavish Boutique | Megan | 44.69 | | 4,541.81 |
| Check | 09/17/2016 | EFT | American Eagle | Addie | 63.53 | | 4,605.34 |
| Check | 09/17/2016 | EFT | Carter's | Lane | 53.43 | | 4,658.77 |
| Check | 09/17/2016 | EFT | Southern Recollection | Addie | 24.95 | | 4,683.72 |
| Check | 09/17/2016 | EFT | DDP Monogram | Megan and Addie | 80.90 | | 4,764.62 |
| Check | 09/20/2016 | EFT | Southern Fried Chic | Megan | 54.78 | | 4,819.40 |

11:43 PM  
11/02/16  
Cash Basis

**Buckman Family Farms**
## General Ledger
### As of September 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 09/27/2016 | EFT | Kohl's | Michael | 79.50 | | 4,898.90 |
| Check | 09/27/2016 | EFT | Kohl's | Addie and Lane | 68.87 | | 4,967.77 |
| Check | 09/27/2016 | EFT | Carter's | Lane and Andrew | 54.88 | | 5,022.65 |
| Check | 09/27/2016 | EFT | Carter's | Lane and Andrew | 18.27 | | 5,040.92 |
| Check | 09/28/2016 | EFT | Wal-Mart | Lane | 24.21 | | 5,065.13 |
| Check | 09/29/2016 | EFT | Old Navy | Addie | 42.89 | | 5,108.02 |
| Check | 09/29/2016 | EFT | 2 Sassy Peeps | Megan | 50.39 | | 5,158.41 |
| Total 74.989 · Clothing | | | | | 792.59 | 0.00 | 5,158.41 |
| **74.990 · Personal Items** | | | | | | | 3,030.14 |
| Check | 09/01/2016 | EFT | Smart Style | hair | 61.99 | | 3,092.13 |
| Check | 09/06/2016 | 1028 | Hair Zone | Michael, Lane and Andrew hair cuts | 36.00 | | 3,128.13 |
| Check | 09/13/2016 | EFT | Amazon | | 27.75 | | 3,155.88 |
| Check | 09/20/2016 | EFT | Smart Style | | 25.12 | | 3,181.00 |
| Check | 09/21/2016 | EFT | Nail Art | | 55.00 | | 3,236.00 |
| Check | 09/22/2016 | 1056 | Kuts by Kristi | | 75.00 | | 3,311.00 |
| Total 74.990 · Personal Items | | | | | 280.86 | 0.00 | 3,311.00 |
| **74.991 · Entertainment/Recreation** | | | | | | | 1,099.15 |
| Check | 09/12/2016 | EFT | Net Flix | | 10.29 | | 1,109.44 |
| Check | 09/26/2016 | EFT | Amazon | app | 3.17 | | 1,112.61 |
| Total 74.991 · Entertainment/Recreation | | | | | 13.46 | 0.00 | 1,112.61 |
| **74.992 · Education/Reading** | | | | | | | 5,023.99 |
| Check | 09/07/2016 | EFT | Amazon | School supplies | 14.09 | | 5,038.08 |
| Check | 09/26/2016 | 1065 | Bramel Pro Photo | School pictures- Addie, lane and Andrew | 75.00 | | 5,113.08 |
| Check | 09/29/2016 | 1069 | Scholastic Book Fair | kids books | 19.47 | | 5,132.55 |
| Total 74.992 · Education/Reading | | | | | 108.56 | 0.00 | 5,132.55 |
| **74.993 · Gifts** | | | | | | | 2,216.12 |
| Check | 09/28/2016 | 1068 | Robin's Embroidery | 2 baby gifts | 84.80 | | 2,300.92 |
| Total 74.993 · Gifts | | | | | 84.80 | 0.00 | 2,300.92 |
| **74.994 · Transportation** | | | | | | | 340.70 |
| Total 74.994 · Transportation | | | | | | | 340.70 |
| **74.997 · Household Electricity** | | | | | | | 454.12 |
| Check | 09/11/2016 | 1038 | Inter County RECC | house | 266.01 | | 720.13 |
| Total 74.997 · Household Electricity | | | | | 266.01 | 0.00 | 720.13 |
| **74.998 · Household Water** | | | | | | | 110.14 |
| Check | 09/11/2016 | 1035 | Marion County Water | house | 56.07 | | 166.21 |
| Total 74.998 · Household Water | | | | | 56.07 | 0.00 | 166.21 |
| **74.999 · Lunch Money** | | | | | | | 600.00 |
| Total 74.999 · Lunch Money | | | | | | | 600.00 |
| **74 · Family Living - Other** | | | | | | | 1,314.74 |
| Check | 09/04/2016 | EFT | Amazon | candle | 10.99 | | 1,325.73 |
| Check | 09/04/2016 | EFT | Amazon | Moms candles | 20.78 | | 1,346.51 |
| Check | 09/23/2016 | 1058 | Citizens National Bank | cash | 100.00 | | 1,446.51 |
| Check | 09/25/2016 | EFT | Kroger | groceries | 10.66 | | 1,457.17 |
| Total 74 · Family Living - Other | | | | | 142.43 | 0.00 | 1,457.17 |
| Total 74 · Family Living | | | | | 3,787.76 | 0.00 | 33,733.96 |
| **TOTAL** | | | | | 83,206.05 | 83,206.05 | 0.00 |