UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM MICHAEL BUCKMAN ) | CASE NO. 15-32674 (1)(12) |
| MEGAN LEAH BUCKMAN ) | |
| Debtor(s) ) | |

## ORDER

This matter having come before the Court on the Motion for Accounting and Disgorgement of Collateral Proceeds of Farm Credit Mid-America, PCA, f/k/a Farm Credit Services of Mid-America, PCA (hereinafter "Farm Credit"), and the objection filed by the Debtors, William Michael Buckman and Megan Leah Buckman (hereinafter "Debtors"), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that within fifteen (15) days of the entry of this Order, the Debtors shall account for and remit to Farm Credit the proceeds from the sale of the approximately 1,700 bushels of corn pursuant to Paragraph Number 3 of the Parties' Agreed Order entered on April 28, 2016, and the Amended May Operating Report filed with the Court on September 26, 2016 and the Debtors shall further remit the sum of $41,443.70, representing the crop insurance proceeds received on or about March 9, 2016 upon which Farm Credit had a valid and enforceable lien, pursuant to *In re Cook,* 169 F.3d 271 (5th Cir.1999); KRS355.9-102(1)(l)1 and KRS 355.9-102(1)(bl).  The Court overrules the Debtors' objection as unsupported by the above authority.

bcr

Joan A. Lloyd
United States Bankruptcy Judge
Dated:  December 27, 2016