Month of October, 2016

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>     $ 50,000
Corn, 11,792.45 bushels

New loan received this month (if any): $

Wages earned from outside work:   $

Other receipts: FSA PLC Gov't Payment   $ 20,881

Total Cash Receipts   $ 70,881

II. <u>Expenses Paid</u>:

Total amount paid for household
or living expense:   $ 6,572.96

Operating expenses paid (itemize):   $60,156.23

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $286.22 |
| Utilities | $2024.75 |
| Insurance | |
| Miscellaneous | $73.96 |
| Land Rent | $53,000 |
| Equipment Repairs | $1,449.10 |
| Fuel & Oil | $2,637.12 |
| Supplies | $169.08 |
| Professional Fees | $516 |

Plan payments made to Chapter 12 Trustee        $ _____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 10/13/16 | Huntington Bank | 1089 | $680.45 | Megan's car |
| 10/13/16 | PNC Bank | 1090 | $863.14 | Michael's truck |
| 10/25/16 | BAC | 1114 | $793.71 | House Payment |

Total of direct payments        $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH        $ 69,066.49

Losses due to crop failure or damage        $ _____
Losses due to death or disease of livestock or poultry        $ _____

PROFIT (or loss) FOR MONTH        $ 1,814.51

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:        $ 2,493.65

Income (or Loss) During Month:        $ 1,814.51

Cash and Bank Account Balance at End of Month:        $ 4,308.16

IV. Expenses charged but not paid during month (itemize):

Expense        $ _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

1-10-17
Date

1-10-17

_____
Debtor/Officer of Debtor

# INSTRUCTIONS FOR
# TAX DEPOSIT STATEMENT

The tax accounts of Federal Withholding Tax, State Withholding Tax, FICA and Sales Tax are all computed in the same manner.

The first month's statement following the filing of the petition the Beginning Tax Payable should be zero. After the first month's statement the beginning tax payable would be the prior month's ending tax payable.

Withheld or Accrued

The amount of taxes that were withheld or accrued during the month should be listed even if they were paid during the month.

Disbursements to Tax Account

Give the dollar amounts that were paid to the tax accounts. List the deposit receipt numbers (if possible send copies of the deposit slips) and/or the check numbers for each deposit.

Ending Tax Payable

This figure is derived by taking the beginning tax payable and adding to it the amounts withheld or accrued and subtracting the amounts paid.

If there are other tax accounts that your company is liable for, please include them or separate exhibits in the same manner as described above.

The tax Deposit Statement must be signed by the debtor or an officer of the debtor company.

EVIDENCE OF PAYMENT

When the taxes are paid, a copy of the documentation is to be provided to the Chapter 12 Trustee.

## TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

### SUMMARY

**FEDERAL WITHHOLDING TAX**

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt and/or check number _____

    Ending Withholding Tax Payable    _____

**STATE WITHHOLDING TAX**

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt and/or check number _____

    Ending Withholding Tax Payable    _____

**FICA WITHHOLDING TAX** (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt and/or check number _____

    Ending FICA Tax Payable    _____

**SALES TAX**

Beginning Sales Tax Payable   _____

New Sales Tax Payable   _____

Disbursements to Tax Account   _____

Deposit Receipt
and/or check   _____
number   _____

Ending Sales Tax Payable   _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

__1-10-17__   _[signature]_
Date              Debtor/Officer of Debtor

1-10-17         _[signature]_

9:44 PM
01/10/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### October 2016

|  | Oct 16 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **01 · Crop Sales** | |
|       01.020 · Yellow Corn Sales | 50,000.00 |
|     **Total 01 · Crop Sales** | 50,000.00 |
|     17 · FSA  Payment | 20,881.00 |
|   **Total Income** | 70,881.00 |
|   **Gross Profit** | 70,881.00 |
|   **Expense** | |
|     **34 · Payroll Expenses** | |
|       **54 · Employee Benefits** | |
|         54.985 · Food | 286.22 |
|       **Total 54 · Employee Benefits** | 286.22 |
|     **Total 34 · Payroll Expenses** | 286.22 |
|     **38 · Utilities** | |
|       38.1 · Electricity | 259.38 |
|       38.3 · Cell Phones | 149.34 |
|       38.4 · Water | 61.21 |
|       38.5 · Gas | 1,338.17 |
|       38 · Utilities - Other | 216.65 |
|     **Total 38 · Utilities** | 2,024.75 |
|     **40 · Miscellaneous** | |
|       40.1 · Bank Charges | 28.00 |
|       40.2 · Office Supplies | 45.96 |
|     **Total 40 · Miscellaneous** | 73.96 |
|     **42 · Farm Rent** | |
|       42.1 · Cash Crop Land Rent | 53,000.00 |
|     **Total 42 · Farm Rent** | 53,000.00 |
|     **43 · Equipment Repairs** | |
|       43.1 · Tractor Repair | 160.17 |
|       43.7 · Combine Repair | 373.26 |
|       43 · Equipment Repairs - Other | 915.67 |
|     **Total 43 · Equipment Repairs** | 1,449.10 |
|     **45 · Fuel & Oil** | |
|       45.1 · Diesel Fuel | 2,462.94 |
|       45.2 · Gasoline | 174.18 |
|     **Total 45 · Fuel & Oil** | 2,637.12 |
|     **51 · Supplies** | |
|       51.1 · Small Tools & Supplies | 20.13 |
|       51.2 · Rent on tanks | 148.95 |
|     **Total 51 · Supplies** | 169.08 |
|     **52 · Professional Fees** | |
|       52.5 · Dues and Subscriptions | 516.00 |
|     **Total 52 · Professional Fees** | 516.00 |
|   **Total Expense** | 60,156.23 |
| **Net Ordinary Income** | 10,724.77 |
| **Other Income/Expense** | |
|   **Other Expense** | |

9:44 PM
01/10/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### October 2016

|  | Oct 16 |
|---|---:|
| 70 · Contributions | 70.00 |
| 71 · Medicine | 30.00 |
| 72 · Doctors & Hospitals | 770.69 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| 74 · Family Living |  |
|    74.984 · Dentist | 53.10 |
|    74.985 · Food | 1,738.00 |
|    74.986 · Household Operating | 23.00 |
|    74.988 · House Repairs | 224.23 |
|    74.989 · Clothing | 1,166.76 |
|    74.990 · Personal Items | 571.51 |
|    74.991 · Entertainment/Recreation | 64.33 |
|    74.992 · Education/Reading | 524.83 |
|    74.993 · Gifts | 76.49 |
|    74.999 · Lunch Money | 200.00 |
|    74 · Family Living - Other | 295.89 |
| **Total 74 · Family Living** | 4,938.14 |
| **Total Other Expense** | 6,572.96 |
| **Net Other Income** | -6,572.96 |
| **Net Income** | **4,151.81** |

9:44 PM
01/10/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 2,493.65 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 1,538.72 |
| Check | 10/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 1,531.81 |
| Check | 10/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and Andrew | | 436.82 | 1,094.99 |
| Check | 10/01/2016 | 1070 | Holy Cross Church | turkey suppers | | 70.00 | 1,024.99 |
| Check | 10/01/2016 | EFT | Wal-Mart | groceries | | 34.30 | 990.69 |
| Check | 10/01/2016 | EFT | Wendy's | lunch | | 10.48 | 980.21 |
| Check | 10/01/2016 | EFT | Murphy's Oil | gas jug | | 9.01 | 971.20 |
| Check | 10/01/2016 | EFT | Murphy's Oil | Megan's car | | 24.80 | 946.40 |
| Check | 10/02/2016 | 1071 | Taylor Regional Care C... | Lane | | 40.00 | 906.40 |
| Check | 10/02/2016 | 1072 | Walgreens | Lane | | 30.00 | 876.40 |
| Check | 10/02/2016 | 1073 | Wal-Mart | groceries | | 149.78 | 726.62 |
| Check | 10/03/2016 | 1074 | Lebanon Physicans for ... | Megan (balance on bill) | | 7.52 | 719.10 |
| Check | 10/03/2016 | EFT | DDP Monogram | Megan and Addie | | 39.93 | 679.17 |
| Check | 10/03/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 579.17 |
| Check | 10/04/2016 | 1075 | Lebanon Family Dental | Michael | | 53.10 | 526.07 |
| Check | 10/04/2016 | 1076 | Clyde's Shoe Store | Boots - Michael, Lane and Andrew | | 312.55 | 213.52 |
| Check | 10/04/2016 | EFT | Laurie Belle Boutique | Megan | | 8.00 | 205.52 |
| Check | 10/05/2016 | 1077 | Jacobi Sales | parts | | 234.00 | -28.48 |
| Check | 10/05/2016 | 1078 | Lebanon Pediatrics | Addie | | 40.00 | -68.48 |
| Check | 10/05/2016 | EFT | Norby's | parts | | 3.72 | -72.20 |
| Check | 10/06/2016 | EFT | Amazon | hair product | | 44.27 | -116.47 |
| Deposit | 10/07/2016 | DEP | FSA | PLC - Taylor 2016 | 1,190.00 | | 1,073.53 |
| Check | 10/07/2016 | 1079 | Trena Spalding | Kids pictures | | 50.00 | 1,023.53 |
| Check | 10/07/2016 | EFT | Shell | equipment | | 80.00 | 943.53 |
| Check | 10/07/2016 | EFT | Ragetti's | supper | | 49.25 | 894.28 |
| Check | 10/07/2016 | EFT | Family Video | movies | | 27.99 | 866.29 |
| Check | 10/07/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 766.29 |
| Check | 10/08/2016 | 1080 | Taylor Regional Care C... | Lane | | 40.00 | 726.29 |
| Check | 10/08/2016 | 1081 | Wal-Mart | groceries | | 76.91 | 649.38 |
| Check | 10/08/2016 | EFT | Five Star Food Mart | Megan | | 25.00 | 624.38 |
| Check | 10/08/2016 | EFT | Taco Bell | lunch | | 10.37 | 614.01 |
| Check | 10/08/2016 | 1082 | Marion County Water | house | | 52.21 | 561.80 |
| Check | 10/08/2016 | 1083 | Marion County Water | grain bins | | 9.00 | 552.80 |
| Check | 10/08/2016 | EFT | Little Four | wine | | 43.90 | 508.90 |
| Check | 10/08/2016 | EFT | Hardee's | lunch | | 6.90 | 502.00 |
| Check | 10/08/2016 | EFT | Kohl's | Lane | | 119.50 | 382.50 |
| Check | 10/08/2016 | 1084 | Smart Tuition | | | 444.83 | -62.33 |
| Check | 10/08/2016 | 1085 | Bluegrass Celular | | | 149.34 | -211.67 |
| Check | 10/08/2016 | EFT | Five Star Food Mart | | | 4.09 | -215.76 |
| Check | 10/08/2016 | EFT | Kroger | equipment | | 125.00 | -340.76 |
| Check | 10/08/2016 | EFT | Kroger | equipment | | 98.52 | -439.28 |
| Check | 10/09/2016 | EFT | Kroger | equipment | | 125.00 | -564.28 |
| Check | 10/09/2016 | EFT | Los Mariachis Mexican ... | lunch | | 42.74 | -607.02 |
| Check | 10/10/2016 | EFT | Arby's | lunch | | 8.41 | -615.43 |
| Check | 10/10/2016 | EFT | Five Star Food Mart | | | 8.66 | -624.09 |
| Check | 10/10/2016 | EFT | American Eagle | Addie | | 52.95 | -677.04 |
| Check | 10/10/2016 | EFT | Net Flix | | | 10.29 | -687.33 |
| Check | 10/10/2016 | EFT | Amazon | Lane and Andrew | | 31.77 | -719.10 |
| Check | 10/10/2016 | EFT | Robin's Embroidery | | | 26.49 | -745.59 |
| Check | 10/10/2016 | EFT | Amazon | | | 12.95 | -758.54 |
| Check | 10/11/2016 | 1087 | Sams Club | groceries and supplies | | 44.35 | -802.89 |
| Check | 10/11/2016 | ATM | Citizens National Bank | cash | | 80.00 | -882.89 |
| Check | 10/11/2016 | 1086 | Farm Bureau Bank | dinner tickets | | 16.00 | -898.89 |
| Check | 10/12/2016 | EFT | Murphy's Oil | equipment | | 200.00 | -1,098.89 |
| Check | 10/12/2016 | EFT | Citizens National Bank | service charge | | 28.00 | -1,126.89 |
| Deposit | 10/12/2016 | DEP | FSA | PLC - MARION 2016 | 19,691.00 | | 18,564.11 |
| Check | 10/12/2016 | 1088 | Wal-Mart | groceries | | 141.12 | 18,422.99 |
| Check | 10/12/2016 | EFT | Amazon | | | 6.35 | 18,416.64 |
| Check | 10/12/2016 | EFT | Amazon | hair product | | 18.99 | 18,397.65 |
| Check | 10/13/2016 | EFT | Kroger | equipment | | 125.00 | 18,272.65 |
| Check | 10/13/2016 | EFT | Kroger | equipment | | 125.00 | 18,147.65 |
| Check | 10/13/2016 | EFT | Kroger | equipment | | 65.73 | 18,081.92 |
| Check | 10/13/2016 | EFT | Lee's Famous Recipe | lunch | | 17.45 | 18,064.47 |
| Check | 10/13/2016 | EFT | Wal-Mart | grocery | | 7.55 | 18,056.92 |
| Check | 10/13/2016 | 1089 | Huntington Bank | Megan's car | | 680.45 | 17,376.47 |
| Check | 10/13/2016 | 1090 | PNC Bank | Michael's truck | | 863.14 | 16,513.33 |
| Check | 10/13/2016 | 1091 | Spring View Physicians | Megan | | 125.26 | 16,388.07 |
| Check | 10/13/2016 | 1092 | Bardstown Dermatolgy | Megan | | 31.20 | 16,356.87 |
| Check | 10/13/2016 | 1093 | LG&E | grain bins | | 1,338.17 | 15,018.70 |
| Check | 10/13/2016 | 1094 | Allens | pest control | | 23.00 | 14,995.70 |
| Check | 10/13/2016 | 1095 | Inter County RECC | house | | 247.60 | 14,748.10 |
| Check | 10/13/2016 | 1096 | Inter County RECC | shop | | 11.78 | 14,736.32 |
| Check | 10/13/2016 | 1097 | Scott Gross | | | 148.95 | 14,587.37 |
| Check | 10/13/2016 | 1098 | Associated Pathologists | Megan | | 195.87 | 14,391.50 |
| Check | 10/14/2016 | 1100 | Wal-Mart | groceries | | 35.19 | 14,356.31 |
| Check | 10/14/2016 | EFT | Murphy's Oil | Megan | | 32.45 | 14,323.86 |
| Check | 10/14/2016 | 1099 | Phillips Repair | lawn mower | | 624.75 | 13,699.11 |
| Check | 10/14/2016 | EFT | Vista Prints | address labels | | 45.96 | 13,653.15 |
| Check | 10/14/2016 | EFT | Why Not Stop to Shop | Addie | | 53.00 | 13,600.15 |
| Check | 10/14/2016 | EFT | Old Navy | Addie | | 16.96 | 13,583.19 |
| Check | 10/14/2016 | EFT | Party City | Halloween costume | | 29.66 | 13,553.53 |
| Check | 10/15/2016 | EFT | Wendy's | lunch | | 15.51 | 13,538.02 |
| Check | 10/15/2016 | EFT | Amazon | Lane and Andrew | | 10.06 | 13,527.96 |
| Check | 10/16/2016 | EFT | Los Mariachis Mexican ... | | | 46.98 | 13,480.98 |
| Check | 10/16/2016 | EFT | Lopez Fresh Donuts | breakfast | | 10.60 | 13,470.38 |
| Check | 10/16/2016 | EFT | Kroger | equipment | | 125.00 | 13,345.38 |
| Check | 10/16/2016 | EFT | Kroger | equipment | | 98.70 | 13,246.68 |
| Check | 10/17/2016 | 1101 | Sams Club | groceries and supplies | | 106.87 | 13,139.81 |
| Check | 10/17/2016 | EFT | Cracker Barrel | breakfast | | 34.22 | 13,105.59 |

9:44 PM
01/10/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Check | 10/17/2016 | 1102 | Citizens National Bank | cash | | 110.00 | 12,995.59 |
| Check | 10/17/2016 | 1104 | Cindy Bland | Lane's tutor (October) | | 80.00 | 12,915.59 |
| Check | 10/17/2016 | EFT | Norby's | parts | | 7.18 | 12,908.41 |
| Check | 10/17/2016 | EFt | Norby's | parts | | 22.45 | 12,885.96 |
| Check | 10/18/2016 | 1105 | Wal-Mart | groceries | | 89.08 | 12,796.88 |
| Check | 10/18/2016 | EFT | Arby's | lunch | | 3.98 | 12,792.90 |
| Check | 10/19/2016 | EFT | Smart Style | | | 44.12 | 12,748.78 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 12,648.78 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 12,548.78 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | equipment | | 65.36 | 12,483.42 |
| Check | 10/19/2016 | EFT | Hardee's | lunch | | 24.51 | 12,458.91 |
| Check | 10/19/2016 | EFT | Subway | supper | | 22.68 | 12,436.23 |
| Check | 10/19/2016 | 1106 | Saint Augustine Lunchr... | lunch money for kids | | 200.00 | 12,236.23 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | snack | | 4.43 | 12,231.80 |
| Check | 10/20/2016 | 1107 | Wal-Mart | groceries and supplies | | 151.11 | 12,080.69 |
| Check | 10/20/2016 | 1108 | Lebanon Lumber | parts | | 20.13 | 12,060.56 |
| Check | 10/20/2016 | 1109 | Lebanon Pediatrics | Andrew | | 40.00 | 12,020.56 |
| Check | 10/20/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 11,920.56 |
| Check | 10/20/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 11,820.56 |
| Check | 10/20/2016 | EFT | Five Star Food Mart | Michael's truck | | 61.93 | 11,758.63 |
| Check | 10/20/2016 | EFT | Amazon | app | | 1.05 | 11,757.58 |
| Check | 10/20/2016 | EFT | Why Not Stop to Shop | Addie | | 53.00 | 11,704.58 |
| Check | 10/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and andrew | | 188.60 | 11,515.98 |
| Check | 10/21/2016 | EFT | Met Life | Michael | | 131.80 | 11,384.18 |
| Check | 10/21/2016 | EFT | Hardee's | breakfast | | 10.14 | 11,374.04 |
| Check | 10/21/2016 | EFT | Smart Style | Me and Addie | | 25.90 | 11,348.14 |
| Check | 10/21/2016 | 1110 | Trena Spalding | Kids Pictures | | 310.05 | 11,038.09 |
| Check | 10/21/2016 | EFT | Wal-Mart | groceries | | 54.73 | 10,983.36 |
| Check | 10/22/2016 | EFT | Kroger | groceries | | 11.32 | 10,972.04 |
| Check | 10/22/2016 | EFT | Little Caesars | Pizza's for Andrews birthday party | | 14.94 | 10,957.10 |
| Check | 10/22/2016 | EFT | Laurie Belle Boutique | Addie | | 35.00 | 10,922.10 |
| Check | 10/22/2016 | EFT | Sheplers Boot Store | Boots for Andrew's birthday | | 92.92 | 10,829.18 |
| Check | 10/23/2016 | EFT | LaFuenta | lunch for Andrew's birthday | | 30.25 | 10,798.93 |
| Check | 10/23/2016 | EFT | O'reillys | | | 43.43 | 10,755.50 |
| Check | 10/23/2016 | EFT | SEARS | dishwasher pump | | 131.60 | 10,623.90 |
| Check | 10/24/2016 | EFT | Hardee's | lunch | | 17.81 | 10,606.09 |
| Check | 10/25/2016 | 1111 | Kroger | groceries | | 98.23 | 10,507.86 |
| Check | 10/25/2016 | 1112 | Kuts by Kristi | | | 22.00 | 10,485.86 |
| Check | 10/25/2016 | 1113 | Wal-Mart | groceries | | 112.78 | 10,373.08 |
| Check | 10/25/2016 | EFT | Arby's | lunch | | 30.59 | 10,342.49 |
| Check | 10/25/2016 | EFT | Kroger | Megan | | 30.60 | 10,311.89 |
| Check | 10/25/2016 | 1114 | BAC | | | 793.71 | 9,518.18 |
| Check | 10/25/2016 | 1115 | LTFBMG | Johnathon | | 500.00 | 9,018.18 |
| Check | 10/25/2016 | 1116 | Spring View Hospital | Addie | | 200.00 | 8,818.18 |
| Check | 10/25/2016 | 1117 | Windstream | Dish, Internet and phone | | 216.65 | 8,601.53 |
| Check | 10/25/2016 | 1118 | Obermeyer Agri Group | parts | | 52.67 | 8,548.86 |
| Check | 10/25/2016 | 1119 | Lawson Tractor | | | 160.17 | 8,388.69 |
| Check | 10/25/2016 | 1120 | Quest Diagnostics | Addie | | 50.84 | 8,337.85 |
| Check | 10/25/2016 | EFT | DDP Monogram | Megan and Addie | | 70.90 | 8,266.95 |
| Check | 10/25/2016 | EFT | Amazon | hair product | | 37.25 | 8,229.70 |
| Check | 10/26/2016 | EFT | Wendy's | lunch | | 30.16 | 8,199.54 |
| Check | 10/26/2016 | EFT | Kroger | equipment | | 125.00 | 8,074.54 |
| Check | 10/26/2016 | EFT | Kroger | equipment | | 125.00 | 7,949.54 |
| Check | 10/26/2016 | EFT | Kroger | Michael's truck | | 65.42 | 7,884.12 |
| Check | 10/26/2016 | EFT | Calvary Store | | | 29.85 | 7,854.27 |
| Check | 10/26/2016 | EFT | Chaser's | supper | | 56.52 | 7,797.75 |
| Deposit | 10/27/2016 | | R &B Trucking | Deposit | 50,000.00 | | 57,797.75 |
| Check | 10/27/2016 | 1121 | Oliver Garrett | 2016 cash rent | | 3,000.00 | 54,797.75 |
| Check | 10/27/2016 | EFT | Big Mama's buffet | lunch | | 16.94 | 54,780.81 |
| Check | 10/27/2016 | EFT | That Cute Little Shop | Megan and Addie | | 122.96 | 54,657.85 |
| Check | 10/28/2016 | 1122 | Kroger | Joe Robert's birthday | | 50.00 | 54,607.85 |
| Check | 10/28/2016 | EFT | Hardee's | lunch | | 11.12 | 54,596.73 |
| Check | 10/28/2016 | 1123 | Joe Robert Buckman | 2016 cash rent | | 50,000.00 | 4,596.73 |
| Check | 10/28/2016 | EFT | McDonalds | lunch | | 25.33 | 4,571.40 |
| Check | 10/28/2016 | EFT | Keystone Cinema | movies | | 25.00 | 4,546.40 |
| Check | 10/28/2016 | EFT | Chili's | supper | | 32.63 | 4,513.77 |
| Check | 10/29/2016 | EFT | Murphy's Oil | Megan | | 25.70 | 4,488.07 |
| Check | 10/29/2016 | EFT | Maurices Clothing Store | Megan | | 31.27 | 4,456.80 |
| Check | 10/29/2016 | EFT | Rue 21 | Addie | | 69.37 | 4,387.43 |
| Check | 10/29/2016 | EFT | McDonalds | lunch | | 16.84 | 4,370.59 |
| Check | 10/29/2016 | EFT | Arby's | lunch | | 7.00 | 4,363.59 |
| Check | 10/29/2016 | EFT | Pizza Hut | supper | | 43.99 | 4,319.60 |
| Check | 10/29/2016 | EFT | Norby's | parts | | 56.96 | 4,262.64 |
| Check | 10/29/2016 | EFT | Five Star Food Mart | equipment | | 52.28 | 4,210.36 |
| Check | 10/29/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 4,110.36 |
| Check | 10/29/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 4,010.36 |
| Check | 10/30/2016 | 1124 | Wal-Mart | groceries and xmas | | 164.59 | 3,845.77 |
| Check | 10/30/2016 | 1125 | Wal-Mart | groceries | | 80.79 | 3,764.98 |
| Check | 10/30/2016 | EFT | Harbor Freight and Tools | | | 243.77 | 3,521.21 |
| Check | 10/30/2016 | EFT | Lowe's | | | 28.39 | 3,492.82 |
| Check | 10/30/2016 | EFT | Lowe's | Buckets | | 64.24 | 3,428.58 |
| Check | 10/31/2016 | EFT | Five Star Food Mart | Megan | | 26.62 | 3,401.96 |
| Check | 10/31/2016 | EFT | Rue 21 | Addie | | 48.73 | 3,353.23 |
| | Total 96.2 · Citizens Ch 12 DIP | | | | 70,881.00 | 69,066.49 | 3,353.23 |
| | **96.3 · Peoples Bank** | | | | | | 954.93 |
| | Total 96.3 · Peoples Bank | | | | | | 954.93 |
| | Total 96 · Bank Accounts | | | | 70,881.00 | 69,066.49 | 4,308.16 |

9:44 PM
01/10/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Sales Receipt | 10/27/2016 | 14 | R &B Trucking | | 50,000.00 | | 50,000.00 |
| Deposit | 10/27/2016 | | R &B Trucking | Deposit | | 50,000.00 | 0.00 |
| Total 701 · Undeposited Funds | | | | | 50,000.00 | 50,000.00 | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
|     **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
|     Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
|     **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
|     Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
|     **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
|     Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| **841 · Equipment Loans** | | | | | | | 9,526.30 |
|     **841.5 · Huntington Bank** | | | | | | | 7,484.95 |
|     Check | 10/13/2016 | 1089 | Huntington Bank | Megan's car | 680.45 | | 8,165.40 |
|     Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 8,165.40 |
|     **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
|     Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 10,206.75 |
| **841.2 · PNC** | | | | | | | 17,262.80 |
| Check | 10/13/2016 | 1090 | PNC Bank | Michael's truck | 863.14 | | 18,125.94 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 18,125.94 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 9,330.62 |
| **871 · Real Estate Loans** | | | | | | | -111,680.15 |
|     **871.1 · BAC Home Loan** | | | | | | | -120,625.15 |
|     Check | 10/25/2016 | 1114 | BAC | | 793.71 | | -119,831.44 |
|     Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -119,831.44 |
|     **872 · Farm Credit Services** | | | | | | | 8,945.00 |
|     Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -110,886.44 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -190,873.61 |
|     **01.020 · Yellow Corn Sales** | | | | | | | -143,105.52 |
| Sales Receipt | 10/27/2016 | 14 | R &B Trucking | | | 50,000.00 | -193,105.52 |
|     Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 50,000.00 | -193,105.52 |
|     **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
|     Total 01.030 · Soybean Sales | | | | | | | -7,768.09 |
|     **01 · Crop Sales - Other** | | | | | | | -40,000.00 |
|     Total 01 · Crop Sales - Other | | | | | | | -40,000.00 |
| Total 01 · Crop Sales | | | | | 0.00 | 50,000.00 | -240,873.61 |
| **11 · Custom Work Income** | | | | | | | -4,515.00 |
|     **11.1 · Mach/Equip Rental** | | | | | | | -3,830.00 |
|     Total 11.1 · Mach/Equip Rental | | | | | | | -3,830.00 |
|     **11 · Custom Work Income - Other** | | | | | | | -685.00 |
|     Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -4,515.00 |
| **17 · FSA Payment** | | | | | | | 0.00 |
| Deposit | 10/07/2016 | DEP | FSA | PLC - Taylor 2016 | | 1,190.00 | -1,190.00 |
| Deposit | 10/12/2016 | DEP | FSA | PLC - MARION 2016 | | 19,691.00 | -20,881.00 |
| Total 17 · FSA Payment | | | | | 0.00 | 20,881.00 | -20,881.00 |

9:44 PM  
01/10/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| 20 · Misc Farm Income | | | | | | | -700.00 |
| 21 · Crop Insurance | | | | | | | -41,443.70 |
| Total 21 · Crop Insurance | | | | | | | -41,443.70 |
| 33 · Interest Expense | | | | | | | 32,204.08 |
| 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
| 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| 34 · Payroll Expenses | | | | | | | 1,745.20 |
| 54 · Employee Benefits | | | | | | | 1,745.20 |
| 54.985 · Food | | | | | | | 1,745.20 |
| Check | 10/01/2016 | EFT | Wendy's | lunch | 10.48 | | 1,755.68 |
| Check | 10/08/2016 | EFT | Taco Bell | lunch | 10.37 | | 1,766.05 |
| Check | 10/08/2016 | EFT | Hardee's | lunch | 6.90 | | 1,772.95 |
| Check | 10/10/2016 | EFT | Arby's | lunch | 8.41 | | 1,781.36 |
| Check | 10/13/2016 | EFT | Lee's Famous Recipe | lunch | 17.45 | | 1,798.81 |
| Check | 10/15/2016 | EFT | Wendy's | lunch | 15.51 | | 1,814.32 |
| Check | 10/18/2016 | EFT | Arby's | lunch | 3.98 | | 1,818.30 |
| Check | 10/19/2016 | EFT | Hardee's | lunch | 24.51 | | 1,842.81 |
| Check | 10/19/2016 | EFT | Subway | supper | 22.68 | | 1,865.49 |
| Check | 10/21/2016 | EFT | Hardee's | breakfast | 10.14 | | 1,875.63 |
| Check | 10/24/2016 | EFT | Hardee's | lunch | 17.81 | | 1,893.44 |
| Check | 10/25/2016 | EFT | Arby's | lunch | 30.59 | | 1,924.03 |
| Check | 10/26/2016 | EFT | Wendy's | lunch | 30.16 | | 1,954.19 |
| Check | 10/27/2016 | EFT | Big Mama's buffet | lunch | 16.94 | | 1,971.13 |
| Check | 10/28/2016 | EFT | Hardee's | lunch | 11.12 | | 1,982.25 |
| Check | 10/28/2016 | EFT | McDonalds | lunch | 25.33 | | 2,007.58 |
| Check | 10/29/2016 | EFT | McDonalds | lunch | 16.84 | | 2,024.42 |
| Check | 10/29/2016 | EFT | Arby's | lunch | 7.00 | | 2,031.42 |
| Total 54.985 · Food | | | | | 286.22 | 0.00 | 2,031.42 |
| Total 54 · Employee Benefits | | | | | 286.22 | 0.00 | 2,031.42 |
| Total 34 · Payroll Expenses | | | | | 286.22 | 0.00 | 2,031.42 |
| 38 · Utilities | | | | | | | 8,475.54 |
| 38.1 · Electricity | | | | | | | 4,149.27 |
| Check | 10/13/2016 | 1095 | Inter County RECC | house | 247.60 | | 4,396.87 |
| Check | 10/13/2016 | 1096 | Inter County RECC | shop | 11.78 | | 4,408.65 |
| Total 38.1 · Electricity | | | | | 259.38 | 0.00 | 4,408.65 |
| 38.2 · Telephone | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| 38.3 · Cell Phones | | | | | | | 1,383.63 |
| Check | 10/08/2016 | 1085 | Bluegrass Celular | | 149.34 | | 1,532.97 |
| Total 38.3 · Cell Phones | | | | | 149.34 | 0.00 | 1,532.97 |
| 38.4 · Water | | | | | | | 421.63 |
| Check | 10/08/2016 | 1082 | Marion County Water | house | 52.21 | | 473.84 |
| Check | 10/08/2016 | 1083 | Marion County Water | grain bins | 9.00 | | 482.84 |
| Total 38.4 · Water | | | | | 61.21 | 0.00 | 482.84 |
| 38.5 · Gas | | | | | | | 520.63 |
| Check | 10/13/2016 | 1093 | LG&E | grain bins | 1,338.17 | | 1,858.80 |
| Total 38.5 · Gas | | | | | 1,338.17 | 0.00 | 1,858.80 |
| 38.6 · Internet | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| 38 · Utilities - Other | | | | | | | 1,545.57 |
| Check | 10/25/2016 | 1117 | Windstream | Dish, Internet and phone | 216.65 | | 1,762.22 |
| Total 38 · Utilities - Other | | | | | 216.65 | 0.00 | 1,762.22 |
| Total 38 · Utilities | | | | | 2,024.75 | 0.00 | 10,500.29 |
| 39 · Insurance | | | | | | | 5,544.76 |
| 39.3 · Vehicle Insurance | | | | | | | 1,109.19 |
| Total 39.3 · Vehicle Insurance | | | | | | | 1,109.19 |
| 39 · Insurance - Other | | | | | | | 4,435.57 |
| Total 39 · Insurance - Other | | | | | | | 4,435.57 |
| Total 39 · Insurance | | | | | | | 5,544.76 |
| 40 · Miscellaneous | | | | | | | 30,673.24 |
| 40.1 · Bank Charges | | | | | | | 185.43 |
| Check | 10/12/2016 | EFT | Citizens National Bank | service charge | 28.00 | | 213.43 |
| Total 40.1 · Bank Charges | | | | | 28.00 | 0.00 | 213.43 |
| 40.2 · Office Supplies | | | | | | | 130.14 |

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 10/14/2016 | EFT | Vista Prints | address labels | 45.96 | | 176.10 |
| Total 40.2 · Office Supplies | | | | | 45.96 | 0.00 | 176.10 |
| **40.3 · Travel & Ent** | | | | | | | 464.06 |
| 40.33 · Meals | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
| 40.34 · Travel | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| 40.3 · Travel & Ent - Other | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent | | | | | | | 464.06 |
| **40 · Miscellaneous - Other** | | | | | | | 29,893.61 |
| Total 40 · Miscellaneous - Other | | | | | | | 29,893.61 |
| Total 40 · Miscellaneous | | | | | 73.96 | 0.00 | 30,747.20 |
| **42 · Farm Rent** | | | | | | | 22,300.00 |
| 42.1 · Cash Crop Land Rent | | | | | | | 22,300.00 |
| Check | 10/27/2016 | 1121 | Oliver Garrett | 2016 cash rent | 3,000.00 | | 25,300.00 |
| Check | 10/28/2016 | 1123 | Joe Robert Buckman | 2016 cash rent | 50,000.00 | | 75,300.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 53,000.00 | 0.00 | 75,300.00 |
| Total 42 · Farm Rent | | | | | 53,000.00 | 0.00 | 75,300.00 |
| **43 · Equipment Repairs** | | | | | | | 8,569.62 |
| 43.0 · Sprayer Repairs | | | | | | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | | | 522.99 |
| 43.1 · Tractor Repair | | | | | | | 1,731.99 |
| Check | 10/25/2016 | 1119 | Lawson Tractor | | 160.17 | | 1,892.16 |
| Total 43.1 · Tractor Repair | | | | | 160.17 | 0.00 | 1,892.16 |
| 43.2 · Truck Repair | | | | | | | 1,721.60 |
| Total 43.2 · Truck Repair | | | | | | | 1,721.60 |
| 43.3 · Other Equip Repairs | | | | | | | 90.58 |
| Total 43.3 · Other Equip Repairs | | | | | | | 90.58 |
| 43.5 · John Deere Financial | | | | | | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | | | 263.62 |
| 43.7 · Combine Repair | | | | | | | 134.00 |
| Check | 10/05/2016 | 1077 | Jacobi Sales | parts | 234.00 | | 368.00 |
| Check | 10/17/2016 | EFT | Norby's | parts | 7.18 | | 375.18 |
| Check | 10/17/2016 | EFt | Norby's | parts | 22.45 | | 397.63 |
| Check | 10/25/2016 | 1118 | Obermeyer Agri Group | parts | 52.67 | | 450.30 |
| Check | 10/29/2016 | EFT | Norby's | parts | 56.96 | | 507.26 |
| Total 43.7 · Combine Repair | | | | | 373.26 | 0.00 | 507.26 |
| 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| 43 · Equipment Repairs - Other | | | | | | | 4,078.87 |
| Check | 10/05/2016 | EFT | Norby's | parts | 3.72 | | 4,082.59 |
| Check | 10/14/2016 | 1099 | Phillips Repair | lawn mower | 624.75 | | 4,707.34 |
| Check | 10/23/2016 | EFT | O'reillys | | 43.43 | | 4,750.77 |
| Check | 10/30/2016 | EFT | Harbor Freight and Tools | | 243.77 | | 4,994.54 |
| Total 43 · Equipment Repairs - Other | | | | | 915.67 | 0.00 | 4,994.54 |
| Total 43 · Equipment Repairs | | | | | 1,449.10 | 0.00 | 10,018.72 |
| **45 · Fuel & Oil** | | | | | | | 5,801.41 |
| 45.1 · Diesel Fuel | | | | | | | 4,601.53 |
| Check | 10/03/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 4,701.53 |
| Check | 10/07/2016 | EFT | Shell | equipment | 80.00 | | 4,781.53 |
| Check | 10/07/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 4,881.53 |
| Check | 10/08/2016 | EFT | Kroger | equipment | 125.00 | | 5,006.53 |
| Check | 10/08/2016 | EFT | Kroger | equipment | 98.52 | | 5,105.05 |
| Check | 10/09/2016 | EFT | Kroger | equipment | 125.00 | | 5,230.05 |
| Check | 10/12/2016 | EFT | Murphy's Oil | equipment | 200.00 | | 5,430.05 |
| Check | 10/13/2016 | EFT | Kroger | equipment | 125.00 | | 5,555.05 |
| Check | 10/13/2016 | EFT | Kroger | equipment | 125.00 | | 5,680.05 |
| Check | 10/13/2016 | EFT | Kroger | equipment | 65.73 | | 5,745.78 |
| Check | 10/16/2016 | EFT | Kroger | equipment | 125.00 | | 5,870.78 |
| Check | 10/16/2016 | EFT | Kroger | equipment | 98.70 | | 5,969.48 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 6,069.48 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 6,169.48 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | equipment | 65.36 | | 6,234.84 |
| Check | 10/20/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 6,334.84 |
| Check | 10/20/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 6,434.84 |
| Check | 10/20/2016 | EFT | Five Star Food Mart | Michael's truck | 61.93 | | 6,496.77 |
| Check | 10/26/2016 | EFT | Kroger | equipment | 125.00 | | 6,621.77 |
| Check | 10/26/2016 | EFT | Kroger | equipment | 125.00 | | 6,746.77 |
| Check | 10/26/2016 | EFT | Kroger | Michael's truck | 65.42 | | 6,812.19 |
| Check | 10/29/2016 | EFT | Five Star Food Mart | equipment | 52.28 | | 6,864.47 |

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 10/29/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 6,964.47 |
| Check | 10/29/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,064.47 |
| Total 45.1 · Diesel Fuel | | | | | 2,462.94 | 0.00 | 7,064.47 |
| **45.2 · Gasoline** | | | | | | | 1,141.58 |
| Check | 10/01/2016 | EFT | Murphy's Oil | gas jug | 9.01 | | 1,150.59 |
| Check | 10/01/2016 | EFT | Murphy's Oil | Megan's car | 24.80 | | 1,175.39 |
| Check | 10/08/2016 | EFT | Five Star Food Mart | Megan | 25.00 | | 1,200.39 |
| Check | 10/14/2016 | EFT | Murphy's Oil | Megan | 32.45 | | 1,232.84 |
| Check | 10/25/2016 | EFT | Kroger | Megan | 30.60 | | 1,263.44 |
| Check | 10/29/2016 | EFT | Murphy's Oil | Megan | 25.70 | | 1,289.14 |
| Check | 10/31/2016 | EFT | Five Star Food Mart | Megan | 26.62 | | 1,315.76 |
| Total 45.2 · Gasoline | | | | | 174.18 | 0.00 | 1,315.76 |
| **45.3 · Oil & Lubricants** | | | | | | | 58.30 |
| Total 45.3 · Oil & Lubricants | | | | | | | 58.30 |
| Total 45 · Fuel & Oil | | | | | 2,637.12 | 0.00 | 8,438.53 |
| **51 · Supplies** | | | | | | | 207.72 |
| **51.1 · Small Tools & Supplies** | | | | | | | 31.21 |
| Check | 10/20/2016 | 1108 | Lebanon Lumber | parts | 20.13 | | 51.34 |
| Total 51.1 · Small Tools & Supplies | | | | | 20.13 | 0.00 | 51.34 |
| **51.2 · Rent on tanks** | | | | | | | 43.41 |
| Check | 10/13/2016 | 1097 | Scott Gross | | 148.95 | | 192.36 |
| Total 51.2 · Rent on tanks | | | | | 148.95 | 0.00 | 192.36 |
| **51 · Supplies - Other** | | | | | | | 133.10 |
| Total 51 · Supplies - Other | | | | | | | 133.10 |
| Total 51 · Supplies | | | | | 169.08 | 0.00 | 376.80 |
| **52 · Professional Fees** | | | | | | | 3,667.15 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 3,367.15 |
| Check | 10/11/2016 | 1086 | Farm Bureau Bank | dinner tickets | 16.00 | | 3,383.15 |
| Check | 10/25/2016 | 1115 | LTFBMG | Johnathon | 500.00 | | 3,883.15 |
| Total 52.5 · Dues and Subscriptions | | | | | 516.00 | 0.00 | 3,883.15 |
| Total 52 · Professional Fees | | | | | 516.00 | 0.00 | 4,183.15 |
| **70 · Contributions** | | | | | | | 268.00 |
| Check | 10/01/2016 | 1070 | Holy Cross Church | turkey suppers | 70.00 | | 338.00 |
| Total 70 · Contributions | | | | | 70.00 | 0.00 | 338.00 |
| **71 · Medicine** | | | | | | | 796.89 |
| Check | 10/02/2016 | 1072 | Walgreens | Lane | 30.00 | | 826.89 |
| Total 71 · Medicine | | | | | 30.00 | 0.00 | 826.89 |
| **72 · Doctors & Hospitals** | | | | | | | 5,388.91 |
| Check | 10/02/2016 | 1071 | Taylor Regional Care C... | Lane | 40.00 | | 5,428.91 |
| Check | 10/03/2016 | 1074 | Lebanon Physicans for ... | Megan (balance on bill) | 7.52 | | 5,436.43 |
| Check | 10/05/2016 | 1078 | Lebanon Pediatrics | Addie | 40.00 | | 5,476.43 |
| Check | 10/08/2016 | 1080 | Taylor Regional Care C... | Lane | 40.00 | | 5,516.43 |
| Check | 10/13/2016 | 1091 | Spring View Physicians | Megan | 125.26 | | 5,641.69 |
| Check | 10/13/2016 | 1092 | Bardstown Dermatolgy | Megan | 31.20 | | 5,672.89 |
| Check | 10/13/2016 | 1098 | Associated Pathologists | Megan | 195.87 | | 5,868.76 |
| Check | 10/20/2016 | 1109 | Lebanon Pediatrics | Andrew | 40.00 | | 5,908.76 |
| Check | 10/25/2016 | 1116 | Spring View Hospital | Addie | 200.00 | | 6,108.76 |
| Check | 10/25/2016 | 1120 | Quest Diagnostics | Addie | 50.84 | | 6,159.60 |
| Total 72 · Doctors & Hospitals | | | | | 770.69 | 0.00 | 6,159.60 |
| **73.997 · Health Insurance** | | | | | | | 3,494.56 |
| Check | 10/01/2016 | EFT | Anthem | Michael, Megan, Addie, Lane and Andrew | 436.82 | | 3,931.38 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 3,931.38 |
| **73.998 · Life Insurance** | | | | | | | 2,945.14 |
| Check | 10/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 2,952.05 |
| Check | 10/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and andrew | 188.60 | | 3,140.65 |
| Check | 10/21/2016 | EFT | Met Life | Michael | 131.80 | | 3,272.45 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 3,272.45 |
| **74 · Family Living** | | | | | | | 33,633.96 |
| **74.983 · Pat's Pharmacy** | | | | | | | 272.37 |
| Total 74.983 · Pat's Pharmacy | | | | | | | 272.37 |
| **74.984 · Dentist** | | | | | | | 239.20 |
| Check | 10/04/2016 | 1075 | Lebanon Family Dental | Michael | 53.10 | | 292.30 |
| Total 74.984 · Dentist | | | | | 53.10 | 0.00 | 292.30 |
| **74.985 · Food** | | | | | | | 11,584.32 |
| Check | 10/01/2016 | EFT | Wal-Mart | groceries | 34.30 | | 11,618.62 |

9:44 PM  
01/10/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of October 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 10/02/2016 | 1073 | Wal-Mart | groceries | 149.78 | | 11,768.40 |
| Check | 10/07/2016 | EFT | Ragetti's | supper | 49.25 | | 11,817.65 |
| Check | 10/08/2016 | 1081 | Wal-Mart | groceries | 76.91 | | 11,894.56 |
| Check | 10/08/2016 | EFT | Five Star Food Mart | | 4.09 | | 11,898.65 |
| Check | 10/09/2016 | EFT | Los Mariachis Mexican ... | lunch | 42.74 | | 11,941.39 |
| Check | 10/10/2016 | EFT | Five Star Food Mart | | 8.66 | | 11,950.05 |
| Check | 10/11/2016 | 1087 | Sams Club | groceries and supplies | 44.35 | | 11,994.40 |
| Check | 10/12/2016 | 1088 | Wal-Mart | groceries | 141.12 | | 12,135.52 |
| Check | 10/13/2016 | EFT | Wal-Mart | grocery | 7.55 | | 12,143.07 |
| Check | 10/14/2016 | 1100 | Wal-Mart | groceries | 35.19 | | 12,178.26 |
| Check | 10/16/2016 | EFT | Los Mariachis Mexican ... | | 46.98 | | 12,225.24 |
| Check | 10/16/2016 | EFT | Lopez Fresh Donuts | breakfast | 10.60 | | 12,235.84 |
| Check | 10/17/2016 | 1101 | Sams Club | groceries and supplies | 106.87 | | 12,342.71 |
| Check | 10/17/2016 | EFT | Cracker Barrel | breakfast | 34.22 | | 12,376.93 |
| Check | 10/18/2016 | 1105 | Wal-Mart | groceries | 89.08 | | 12,466.01 |
| Check | 10/19/2016 | EFT | Five Star Food Mart | snack | 4.43 | | 12,470.44 |
| Check | 10/20/2016 | 1107 | Wal-Mart | groceries and supplies | 151.11 | | 12,621.55 |
| Check | 10/21/2016 | EFT | Wal-Mart | groceries | 54.73 | | 12,676.28 |
| Check | 10/22/2016 | EFT | Kroger | groceries | 11.32 | | 12,687.60 |
| Check | 10/22/2016 | EFT | Little Caesars | Pizza's for Andrews birthday party | 14.94 | | 12,702.54 |
| Check | 10/23/2016 | EFT | LaFuenta | lunch for Andrew's birthday | 30.25 | | 12,732.79 |
| Check | 10/25/2016 | 1111 | Kroger | 2016 Cash Rent on 18.5 acres | 98.23 | | 12,831.02 |
| Check | 10/25/2016 | 1113 | Wal-Mart | groceries | 112.78 | | 12,943.80 |
| Check | 10/26/2016 | EFT | Chaser's | supper | 56.52 | | 13,000.32 |
| Check | 10/28/2016 | EFT | Chili's | supper | 32.63 | | 13,032.95 |
| Check | 10/29/2016 | EFT | Pizza Hut | supper | 43.99 | | 13,076.94 |
| Check | 10/30/2016 | 1124 | Wal-Mart | groceries and xmas | 164.59 | | 13,241.53 |
| Check | 10/30/2016 | 1125 | Wal-Mart | groceries | 80.79 | | 13,322.32 |
| Total 74.985 · Food | | | | | 1,738.00 | 0.00 | 13,322.32 |
| **74.986 · Household Operating** | | | | | | | 654.55 |
| Check | 10/13/2016 | 1094 | Allens | pest control | 23.00 | | 677.55 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 677.55 |
| **74.987 · Household Equipment** | | | | | | | 240.37 |
| Total 74.987 · Household Equipment | | | | | | | 240.37 |
| **74.988 · House Repairs** | | | | | | | 443.45 |
| Check | 10/23/2016 | EFT | SEARS | dishwasher pump | 131.60 | | 575.05 |
| Check | 10/30/2016 | EFT | Lowe's | | 28.39 | | 603.44 |
| Check | 10/30/2016 | EFT | Lowe's | Buckets | 64.24 | | 667.68 |
| Total 74.988 · House Repairs | | | | | 224.23 | 0.00 | 667.68 |
| **74.989 · Clothing** | | | | | | | 5,158.41 |
| Check | 10/03/2016 | EFT | DDP Monogram | Megan and Addie | 39.93 | | 5,198.34 |
| Check | 10/04/2016 | 1076 | Clyde's Shoe Store | Boots - Michael, Lane and Andrew | 312.55 | | 5,510.89 |
| Check | 10/04/2016 | EFT | Laurie Belle Boutique | Megan | 8.00 | | 5,518.89 |
| Check | 10/08/2016 | EFT | Kohl's | Lane | 119.50 | | 5,638.39 |
| Check | 10/10/2016 | EFT | American Eagle | Addie | 52.95 | | 5,691.34 |
| Check | 10/14/2016 | EFT | Why Not Stop to Shop | Addie | 53.00 | | 5,744.34 |
| Check | 10/14/2016 | EFT | Old Navy | Addie | 16.96 | | 5,761.30 |
| Check | 10/14/2016 | EFT | Party City | Halloween costume | 29.66 | | 5,790.96 |
| Check | 10/15/2016 | EFT | Amazon | Lane and Andrew | 10.06 | | 5,801.02 |
| Check | 10/20/2016 | EFT | Why Not Stop to Shop | Addie | 53.00 | | 5,854.02 |
| Check | 10/22/2016 | EFT | Laurie Belle Boutique | Addie | 35.00 | | 5,889.02 |
| Check | 10/22/2016 | EFT | Sheplers Boot Store | Boots for Andrew's birthday | 92.92 | | 5,981.94 |
| Check | 10/25/2016 | EFT | DDP Monogram | Megan and Addie | 70.90 | | 6,052.84 |
| Check | 10/27/2016 | EFT | That Cute Little Shop | Megan and Addie | 122.96 | | 6,175.80 |
| Check | 10/29/2016 | EFT | Maurices Clothing Store | Megan | 31.27 | | 6,207.07 |
| Check | 10/29/2016 | EFT | Rue 21 | Addie | 69.37 | | 6,276.44 |
| Check | 10/31/2016 | EFT | Rue 21 | Addie | 48.73 | | 6,325.17 |
| Total 74.989 · Clothing | | | | | 1,166.76 | 0.00 | 6,325.17 |
| **74.990 · Personal Items** | | | | | | | 3,311.00 |
| Check | 10/07/2016 | 1079 | Trena Spalding | Kids pictures | 50.00 | | 3,361.00 |
| Check | 10/08/2016 | EFT | Little Four | wine | 43.90 | | 3,404.90 |
| Check | 10/10/2016 | EFT | Amazon | | 12.95 | | 3,417.85 |
| Check | 10/12/2016 | EFT | Amazon | | 6.35 | | 3,424.20 |
| Check | 10/12/2016 | EFT | Amazon | hair product | 18.99 | | 3,443.19 |
| Check | 10/19/2016 | EFT | Smart Style | | 44.12 | | 3,487.31 |
| Check | 10/21/2016 | EFT | Smart Style | Me and Addie | 25.90 | | 3,513.21 |
| Check | 10/21/2016 | 1110 | Trena Spalding | Kids Pictures | 310.05 | | 3,823.26 |
| Check | 10/25/2016 | 1112 | Kuts by Kristi | | 22.00 | | 3,845.26 |
| Check | 10/25/2016 | EFT | Amazon | hair product | 37.25 | | 3,882.51 |
| Total 74.990 · Personal Items | | | | | 571.51 | 0.00 | 3,882.51 |
| **74.991 · Entertainment/Recreation** | | | | | | | 1,112.61 |
| Check | 10/07/2016 | EFT | Family Video | movies | 27.99 | | 1,140.60 |
| Check | 10/10/2016 | EFT | Net Flix | | 10.29 | | 1,150.89 |
| Check | 10/20/2016 | EFT | Amazon | app | 1.05 | | 1,151.94 |
| Check | 10/28/2016 | EFT | Keystone Cinema | movies | 25.00 | | 1,176.94 |
| Total 74.991 · Entertainment/Recreation | | | | | 64.33 | 0.00 | 1,176.94 |
| **74.992 · Education/Reading** | | | | | | | 5,132.55 |
| Check | 10/08/2016 | 1084 | Smart Tuition | | 444.83 | | 5,577.38 |
| Check | 10/17/2016 | 1104 | Cindy Bland | Lane's tutor (October) | 80.00 | | 5,657.38 |

9:44 PM
01/10/17
Cash Basis

**Buckman Family Farms**
**General Ledger**
**As of October 31, 2016**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Total 74.992 · Education/Reading | | | | | 524.83 | 0.00 | 5,657.38 |
| **74.993 · Gifts** | | | | | | | 2,300.92 |
| Check | 10/10/2016 | EFT | Robin's Embroidery | | 26.49 | | 2,327.41 |
| Check | 10/28/2016 | 1122 | Kroger | Joe Robert's birthday | 50.00 | | 2,377.41 |
| Total 74.993 · Gifts | | | | | 76.49 | 0.00 | 2,377.41 |
| **74.994 · Transportation** | | | | | | | 340.70 |
| Total 74.994 · Transportation | | | | | | | 340.70 |
| **74.997 · Household Electricity** | | | | | | | 720.13 |
| Total 74.997 · Household Electricity | | | | | | | 720.13 |
| **74.998 · Household Water** | | | | | | | 166.21 |
| Total 74.998 · Household Water | | | | | | | 166.21 |
| **74.999 · Lunch Money** | | | | | | | 600.00 |
| Check | 10/19/2016 | 1106 | Saint Augustine Lunchr... | lunch money for kids | 200.00 | | 800.00 |
| Total 74.999 · Lunch Money | | | | | 200.00 | 0.00 | 800.00 |
| **74 · Family Living - Other** | | | | | | | 1,357.17 |
| Check | 10/06/2016 | EFT | Amazon | hair product | 44.27 | | 1,401.44 |
| Check | 10/10/2016 | EFT | Amazon | Lane and Andrew | 31.77 | | 1,433.21 |
| Check | 10/11/2016 | ATM | Citizens National Bank | cash | 80.00 | | 1,513.21 |
| Check | 10/17/2016 | 1102 | Citizens National Bank | cash | 110.00 | | 1,623.21 |
| Check | 10/26/2016 | EFT | Calvary Store | | 29.85 | | 1,653.06 |
| Total 74 · Family Living - Other | | | | | 295.89 | 0.00 | 1,653.06 |
| Total 74 · Family Living | | | | | 4,938.14 | 0.00 | 38,572.10 |
| **TOTAL** | | | | | 189,947.49 | 189,947.49 | 0.00 |