Month of  November  ,  2016

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.:  15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.   Cash Received During Month (Itemized):

   Item & Quantity Sold          $ 50,000
   Corn, 11,904.76 bushels

New loan received this month (if any): $ _____

Wages earned from outside work:  $ _____

Other receipts:                  $ _____

   Total Cash Receipts          $ 50,000

II.  Expenses Paid:

   Total amount paid for household
   or living expense:            $ 9,491.78

   Operating expenses paid (itemize): $39,415.94

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $328.29 |
| Utilities | $2,461.75 |
| Insurance | $28,090.58 |
| Miscellaneous | $74.18 |
| Property Taxes | $1,581.63 |
| Land Rent | $3,300 |
| Equipment Repairs | $2,073.05 |
| Fuel & Oil | $1,402.14 |
| Supplies | |
| Professional Fees | $104.32 |

Plan payments made to Chapter 12 Trustee  $ _____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 11/09/16 | Huntington Bank | 1141 | $680.45 | Megan's car |
| 11/09/16 | PNC Bank | 1142 | $863.14 | Michael's truck |
| 11/29/16 | BAC | 1181 | $793.71 | House Payment |

Total of direct payments  $ 2,337.30

TOTAL EXPENSES PAID DURING MONTH  $ 51,245.02

Losses due to crop failure or damage  $ _____
Losses due to death or disease of livestock or poultry  $ _____

PROFIT (or loss) FOR MONTH  $ (1,245.02)

III.  Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:  $ 4,308.16

Income (or Loss) During Month:  $ (1,245.02)

Cash and Bank Account Balance at End of Month:  $ 3,063.14

IV.  Expenses charged but not paid during month (itemize):

Expense  $ _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_1-10-17_____          _[signature]_____
Date                            Debtor/Officer of Debtor

_1-10-17_                       _[signature]_

# INSTRUCTIONS FOR
# TAX DEPOSIT STATEMENT

The tax accounts of Federal Withholding Tax, State Withholding Tax, FICA and Sales Tax are all computed in the same manner.

The first month's statement following the filing of the petition the Beginning Tax Payable should be zero. After the first month's statement the beginning tax payable would be the prior month's ending tax payable.

## Withheld or Accrued

The amount of taxes that were withheld or accrued during the month should be listed even if they were paid during the month.

## Disbursements to Tax Account

Give the dollar amounts that were paid to the tax accounts. List the deposit receipt numbers (if possible send copies of the deposit slips) and/or the check numbers for each deposit.

## Ending Tax Payable

This figure is derived by taking the beginning tax payable and adding to it the amounts withheld or accrued and subtracting the amounts paid.

If there are other tax accounts that your company is liable for, please include them or separate exhibits in the same manner as described above.

The tax Deposit Statement must be signed by the debtor or an officer of the debtor company.

## EVIDENCE OF PAYMENT

When the taxes are paid, a copy of the documentation is to be provided to the Chapter 12 Trustee.

## TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

### SUMMARY

**FEDERAL WITHHOLDING TAX**

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
and/or check _____
number    _____

    Ending Withholding Tax Payable    _____

**STATE WITHHOLDING TAX**

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
and/or check _____
number    _____

    Ending Withholding Tax Payable    _____

**FICA WITHHOLDING TAX** (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
and/or check _____
number    _____

    Ending FICA Tax Payable    _____

**SALES TAX**

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number       _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____1-10-17_____                      _____[signature]_____
Date                                    Debtor/Officer of Debtor
  1-10-17
                                        [signature]

10:08 PM
01/10/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### November 2016

|  | Nov 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 01 · Crop Sales | |
| 01.020 · Yellow Corn Sales | 50,000.00 |
| **Total 01 · Crop Sales** | 50,000.00 |
| **Total Income** | 50,000.00 |
| **Gross Profit** | 50,000.00 |
| **Expense** | |
| 34 · Payroll Expenses | |
| 54 · Employee Benefits | |
| 54.985 · Food | 328.29 |
| **Total 54 · Employee Benefits** | 328.29 |
| **Total 34 · Payroll Expenses** | 328.29 |
| 38 · Utilities | |
| 38.1 · Electricity | 613.50 |
| 38.3 · Cell Phones | 149.34 |
| 38.4 · Water | 13.91 |
| 38.5 · Gas | 1,468.35 |
| 38 · Utilities - Other | 216.65 |
| **Total 38 · Utilities** | 2,461.75 |
| 39 · Insurance | |
| 39.3 · Vehicle Insurance | 268.50 |
| 39.5 · Crop Insurance | 27,809.45 |
| 39 · Insurance - Other | 12.63 |
| **Total 39 · Insurance** | 28,090.58 |
| 40 · Miscellaneous | |
| 40.1 · Bank Charges | 14.43 |
| 40.2 · Office Supplies | 59.75 |
| **Total 40 · Miscellaneous** | 74.18 |
| 41 · Property Taxes | 1,581.63 |
| 42 · Farm Rent | |
| 42.1 · Cash Crop Land Rent | 3,300.00 |
| **Total 42 · Farm Rent** | 3,300.00 |
| 43 · Equipment Repairs | |
| 43.1 · Tractor Repair | 264.65 |
| 43.2 · Truck Repair | 844.72 |
| 43.3 · Other Equip Repairs | 7.83 |
| 43.7 · Combine Repair | 482.40 |
| 53.0 · Licenses and Permits | 24.99 |
| 43 · Equipment Repairs - Other | 448.46 |
| **Total 43 · Equipment Repairs** | 2,073.05 |
| 45 · Fuel & Oil | |
| 45.1 · Diesel Fuel | 1,215.12 |
| 45.2 · Gasoline | 187.02 |
| **Total 45 · Fuel & Oil** | 1,402.14 |
| 52 · Professional Fees | |
| 52.5 · Dues and Subscriptions | 104.32 |
| **Total 52 · Professional Fees** | 104.32 |
| **Total Expense** | 39,415.94 |

10:08 PM
01/10/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### November 2016

|  | Nov 16 |
|---|---:|
| **Net Ordinary Income** | 10,584.06 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 70 · Contributions | 145.76 |
| 72 · Doctors & Hospitals | 2,505.76 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| 74 · Family Living | |
|    74.983 · Pat's Pharmacy | 30.09 |
|    74.985 · Food | 1,196.78 |
|    74.988 · House Repairs | 45.43 |
|    74.989 · Clothing | 827.18 |
|    74.990 · Personal Items | 455.34 |
|    74.991 · Entertainment/Recreation | 12.64 |
|    74.992 · Education/Reading | 1,131.05 |
|    74.993 · Gifts | 2,168.45 |
|    74.994 · Transportation | -1.00 |
|    74.998 · Household Water | 50.47 |
|    74 · Family Living - Other | 159.70 |
| **Total 74 · Family Living** | 6,076.13 |
| **Total Other Expense** | 9,491.78 |
| **Net Other Income** | -9,491.78 |
| **Net Income** | **1,092.28** |

# Buckman Family Farms
# General Ledger
## As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 4,308.16 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 3,353.23 |
| Check | 11/01/2016 | EFT | Anthem | Michael, Megan, Addie, ... | | 436.82 | 2,916.41 |
| Check | 11/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 2,909.50 |
| Check | 11/01/2016 | 1126 | Cindy Bland | Lane's tutoring (Novem... | | 140.00 | 2,769.50 |
| Check | 11/01/2016 | EFT | Bradfordsville Superior Food Mart | lunch | | 19.81 | 2,749.69 |
| Check | 11/01/2016 | EFT | Norby's | parts | | 52.95 | 2,696.74 |
| Check | 11/01/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,596.74 |
| Check | 11/01/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,496.74 |
| Check | 11/01/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,396.74 |
| Check | 11/02/2016 | EFT | Norby's | parts | | 27.55 | 2,369.19 |
| Check | 11/02/2016 | EFT | Arby's | breakfast | | 4.10 | 2,365.09 |
| Check | 11/02/2016 | EFT | China King | lunch | | 13.50 | 2,351.59 |
| Check | 11/03/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,251.59 |
| Check | 11/03/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 2,151.59 |
| Check | 11/03/2016 | EFT | Amazon | Lane's books | | 72.60 | 2,078.99 |
| Check | 11/03/2016 | EFT | Hardee's | lunch | | 24.09 | 2,054.90 |
| Check | 11/04/2016 | 1127 | Shear Delight | hair | | 20.00 | 2,034.90 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | gas jug | | 7.13 | 2,027.77 |
| Check | 11/04/2016 | 1129 | Citizens National Bank | cash | | 150.00 | 1,877.77 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | Megan | | 27.85 | 1,849.92 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,749.92 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 1,649.92 |
| Check | 11/04/2016 | 1152 | Rakes, Bertha | 2016 cash rent | | 3,300.00 | -1,650.08 |
| Check | 11/04/2016 | EFT | Sirus XM | | | 79.32 | -1,729.40 |
| Check | 11/05/2016 | 1130 | Holy Name Of Mary Church | (6) turkey suppers | | 60.00 | -1,789.40 |
| Check | 11/06/2016 | EFT | Children's Place | Addie, Lane and Andrew | | 83.07 | -1,872.47 |
| Check | 11/07/2016 | 1131 | Loper's Florist | xmas | | 155.82 | -2,028.29 |
| Check | 11/07/2016 | 1132 | Wal-Mart | groceries | | 105.05 | -2,133.34 |
| Check | 11/08/2016 | 1133 | Pat's Pharmacy | medicine | | 30.09 | -2,163.43 |
| Check | 11/08/2016 | 1134 | Marion County Water | house | | 50.47 | -2,213.90 |
| Check | 11/08/2016 | 1135 | Marion County Water | grain bins | | 13.91 | -2,227.81 |
| Check | 11/08/2016 | 1136 | Inter County RECC | shop | | 54.44 | -2,282.25 |
| Check | 11/08/2016 | 1137 | Bluegrass Celular | | | 149.34 | -2,431.59 |
| Check | 11/08/2016 | 1138 | Smart Tuition | Kids tuition | | 444.83 | -2,876.42 |
| Check | 11/08/2016 | EFT | Wendy's | lunch | | 31.98 | -2,908.40 |
| Deposit | 11/09/2016 | | | Deposit | 50,064.24 | | 47,155.84 |
| Check | 11/09/2016 | 1139 | Robin's Embroidery | xmas | | 114.48 | 47,041.36 |
| Check | 11/09/2016 | EFT | Amazon | books for Andrew | | 28.79 | 47,012.57 |
| Check | 11/09/2016 | EFT | Kroger | equipment | | 72.06 | 46,940.51 |
| Check | 11/09/2016 | 1140 | Spring View Hospital | Addie | | 2,157.16 | 44,783.35 |
| Check | 11/09/2016 | 1141 | Huntington Bank | Megan's car | | 680.45 | 44,102.90 |
| Check | 11/09/2016 | 1142 | PNC Bank | Michael's truck | | 863.14 | 43,239.76 |
| Check | 11/09/2016 | 1143 | Inter County RECC | grain bins | | 318.00 | 42,921.76 |
| Check | 11/09/2016 | 1144 | Inter County RECC | house | | 193.02 | 42,728.74 |
| Check | 11/09/2016 | 1145 | LG&E | grain bins | | 1,468.35 | 41,260.39 |
| Check | 11/09/2016 | 1146 | Jacobi Sales | parts | | 208.00 | 41,052.39 |
| Check | 11/09/2016 | 1147 | Dr. Smith | Lane (dentist) | | 261.00 | 40,791.39 |
| Check | 11/09/2016 | 1148 | Custom Ag Services | semi parts | | 276.56 | 40,514.83 |
| Check | 11/09/2016 | 1149 | J&L Allignment | tire | | 22.00 | 40,492.83 |
| Check | 11/09/2016 | 1150 | Lawson Tractor | | | 242.65 | 40,250.18 |
| Check | 11/09/2016 | 1151 | HUDSON Insurance Group | Steve Wade | | 27,643.45 | 12,606.73 |
| Check | 11/09/2016 | EFT | Chaser's | lunch | | 20.76 | 12,585.97 |
| Check | 11/09/2016 | EFT | Hardee's | lunch | | 10.36 | 12,575.61 |
| Check | 11/10/2016 | 1153 | Marion County Sherrif | house and farm | | 1,581.63 | 10,993.98 |
| Check | 11/10/2016 | 1154 | Marion County Clerk | tags and lisence on We... | | 268.50 | 10,725.48 |
| Check | 11/10/2016 | EFT | Norby's | parts and xmas | | 193.90 | 10,531.58 |
| Check | 11/10/2016 | EFT | 2290Tax.com | | | 24.99 | 10,506.59 |
| Check | 11/10/2016 | EFT | Napa | combine | | 7.83 | 10,498.76 |
| Check | 11/10/2016 | EFT | Kirkland's | xmas | | 121.46 | 10,377.30 |
| Check | 11/10/2016 | EFT | Brandi's Boutique | Addie | | 32.00 | 10,345.30 |
| Check | 11/10/2016 | EFT | Pink Lily Boutique | Megan | | 73.21 | 10,272.09 |
| Check | 11/11/2016 | EFT | Net Flix | | | 9.99 | 10,262.10 |
| Check | 11/12/2016 | 1155 | Hair Zone | Boy's haircuts | | 36.00 | 10,226.10 |
| Check | 11/12/2016 | 1156 | Saint Augustine PTO | turkey suppers (5) | | 50.00 | 10,176.10 |
| Check | 11/12/2016 | 1157 | Holy Name Of Mary Church | tithing | | 100.00 | 10,076.10 |
| Check | 11/12/2016 | EFT | Rue 21 | Addie | | 31.79 | 10,044.31 |
| Check | 11/12/2016 | EFT | Los Mariachis Mexican Food | lunch | | 68.78 | 9,975.53 |
| Check | 11/12/2016 | EFT | Kroger | Megan | | 27.95 | 9,947.58 |
| Check | 11/13/2016 | 1158 | Wal-Mart | groceries | | 111.38 | 9,836.20 |
| Check | 11/13/2016 | EFT | Smart Style | hair product | | 46.01 | 9,790.19 |
| Check | 11/13/2016 | EFT | Ragetti's | lunch | | 52.80 | 9,737.39 |
| Check | 11/14/2016 | 1159 | Sams Club | supplies and xmas | | 164.45 | 9,572.94 |
| Check | 11/14/2016 | 1160 | Kirkland's | xmas | | 41.55 | 9,531.39 |
| Check | 11/14/2016 | 1162 | Bath and Body Works | xmas | | 74.20 | 9,457.19 |
| Check | 11/14/2016 | 1163 | Wal-Mart | xmas | | 156.84 | 9,300.35 |
| Check | 11/14/2016 | EFT | Target | xmas | | 362.35 | 8,938.00 |
| Check | 11/14/2016 | EFT | Red Lobster | lunch | | 47.45 | 8,890.55 |

# Buckman Family Farms
## General Ledger
### As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 11/14/2016 | EFT | GAP | Addie | | 23.29 | 8,867.26 |
| Check | 11/14/2016 | EFT | Wal-Mart | groceries | | 47.28 | 8,819.98 |
| Check | 11/14/2016 | EFT | McDonalds | lunch | | 10.10 | 8,809.88 |
| Check | 11/15/2016 | 1164 | Wal-Mart | groceries | | 25.58 | 8,784.30 |
| Check | 11/15/2016 | 1165 | Kuts by Kristi | hair | | 53.00 | 8,731.30 |
| Check | 11/15/2016 | EFT | Pine's Restarant | lunch | | 22.50 | 8,708.80 |
| Check | 11/15/2016 | EFT | Eddie Bauer | xmas | | 113.42 | 8,595.38 |
| Check | 11/16/2016 | EFT | Lee's Famous Recipe | lunch | | 17.45 | 8,577.93 |
| Check | 11/16/2016 | EFT | Norby's | Xmas | | 74.12 | 8,503.81 |
| Check | 11/17/2016 | 1166 | Wal-Mart | groceries | | 62.15 | 8,441.66 |
| Check | 11/17/2016 | EFT | Murphy's Oil | Megan | | 26.11 | 8,415.55 |
| Check | 11/17/2016 | 1167 | Lebanon Pediatrics | Addie and Andrew | | 80.00 | 8,335.55 |
| Check | 11/17/2016 | EFT | McDonalds | lunch | | 13.07 | 8,322.48 |
| Check | 11/17/2016 | 1168 | Knights of Columbus 1264 | dues | | 15.00 | 8,307.48 |
| Check | 11/17/2016 | EFT | Kroger | equipment | | 59.26 | 8,248.22 |
| Check | 11/17/2016 | EFT | GAP | | | 23.29 | 8,224.93 |
| Check | 11/18/2016 | EFT | Five Star Food Mart | gas | | 5.00 | 8,219.93 |
| Check | 11/18/2016 | EFT | Five Star Food Mart | breakfast | | 7.72 | 8,212.21 |
| Check | 11/18/2016 | EFT | Town and Country Ford | Megan's car | | 100.00 | 8,112.21 |
| Check | 11/18/2016 | 1169 | Kentucky Gun Co. | Xmas | | 476.95 | 7,635.26 |
| Check | 11/18/2016 | EFT | Long John Silvers | lunch | | 13.02 | 7,622.24 |
| Check | 11/18/2016 | EFT | Five Star Food Mart | Megan | | 22.01 | 7,600.23 |
| Check | 11/18/2016 | EFT | Murphy's Oil | blue truck | | 22.28 | 7,577.95 |
| Check | 11/18/2016 | EFT | Wal-Mart | groceries | | 19.67 | 7,558.28 |
| Check | 11/18/2016 | EFT | ETSY | Xmas | | 15.14 | 7,543.14 |
| Check | 11/18/2016 | EFT | Amazon | xmas | | 47.52 | 7,495.62 |
| Check | 11/18/2016 | EFT | Maurices Clothing Store | Megan and Addie | | 49.29 | 7,446.33 |
| Check | 11/18/2016 | EFT | Vera Bradley | xmas | | 51.94 | 7,394.39 |
| Deposit | 11/18/2016 | EFT | Enterprise Car Rental | Deposit | 1.00 | | 7,395.39 |
| Check | 11/19/2016 | EFT | White Castle | supper | | 25.24 | 7,370.15 |
| Check | 11/19/2016 | EFT | Hardee's | breakfast | | 13.27 | 7,356.88 |
| Check | 11/20/2016 | EFT | O'reillys | | | 32.83 | 7,324.05 |
| Check | 11/20/2016 | EFT | Los Mariachis Mexican Food | lunch | | 45.31 | 7,278.74 |
| Check | 11/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, ... | | 188.60 | 7,090.14 |
| Check | 11/21/2016 | EFT | Met Life | Michael | | 131.80 | 6,958.34 |
| Check | 11/21/2016 | 1170 | Wal-Mart | groceries | | 158.35 | 6,799.99 |
| Check | 11/21/2016 | EFT | Old Navy | Lane and Andrew | | 103.66 | 6,696.33 |
| Check | 11/22/2016 | 1171 | Town and Country Ford | Michael's truck | | 468.16 | 6,228.17 |
| Check | 11/22/2016 | 1172 | Sams Club | xmas | | 68.84 | 6,159.33 |
| Check | 11/22/2016 | EFT | Murphy's Oil | Megan | | 21.56 | 6,137.77 |
| Check | 11/22/2016 | EFT | Maurices Clothing Store | Megan and Addie | | 58.25 | 6,079.52 |
| Check | 11/22/2016 | 1173 | Healthcare Financial | Addie | | 7.60 | 6,071.92 |
| Check | 11/22/2016 | 1174 | Windstream | Dish, Internet, Phone | | 216.65 | 5,855.27 |
| Check | 11/22/2016 | EFT | McDonalds | lunch | | 11.83 | 5,843.44 |
| Check | 11/22/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 5,743.44 |
| Check | 11/22/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 5,643.44 |
| Check | 11/23/2016 | 1175 | Jennifer Bland | Addie Hair | | 35.00 | 5,608.44 |
| Check | 11/23/2016 | EFT | Wal-Mart | groceries | | 40.31 | 5,568.13 |
| Check | 11/23/2016 | EFT | Smart Style | Megan and Addie | | 47.21 | 5,520.92 |
| Check | 11/23/2016 | EFT | Wendy's | lunch | | 13.98 | 5,506.94 |
| Check | 11/23/2016 | EFT | Citizens National Bank | check reorder | | 14.43 | 5,492.51 |
| Check | 11/23/2016 | EFT | Tractor Supply | Oil | | 343.31 | 5,149.20 |
| Check | 11/23/2016 | EFT | Shell | semi | | 123.45 | 5,025.75 |
| Check | 11/24/2016 | EFT | OutBackToyStore | xmas | | 73.41 | 4,952.34 |
| Check | 11/24/2016 | EFT | Taco Bell | lunch | | 11.23 | 4,941.11 |
| Check | 11/24/2016 | EFT | Little Four | Wine | | 36.40 | 4,904.71 |
| Check | 11/24/2016 | EFT | Rue 21 | Megan and Addie | | 39.22 | 4,865.49 |
| Check | 11/24/2016 | EFT | Tractor Supply | xmas | | 72.07 | 4,793.42 |
| Check | 11/24/2016 | EFT | Red Dress Boutique | Megan | | 46.00 | 4,747.42 |
| Check | 11/25/2016 | EFT | Norby's | Dry oil | | 36.32 | 4,711.10 |
| Check | 11/25/2016 | EFT | Amazon | xmas | | 1.05 | 4,710.05 |
| Check | 11/25/2016 | EFT | Amazon | | | 2.65 | 4,707.40 |
| Check | 11/25/2016 | EFT | Crystal buffett | lunch | | 24.29 | 4,683.11 |
| Check | 11/25/2016 | EFT | Tractor Supply | parts | | 16.94 | 4,666.17 |
| Check | 11/25/2016 | EFT | Tractor Supply | parts | | 19.06 | 4,647.11 |
| Check | 11/27/2016 | EFT | Colton's | lunch | | 50.46 | 4,596.65 |
| Check | 11/27/2016 | EFT | Lowe's | xmas | | 61.65 | 4,535.00 |
| Check | 11/27/2016 | 1176 | Wal-Mart | groceries | | 94.92 | 4,440.08 |
| Check | 11/27/2016 | EFT | Murphy's Oil | Megan | | 27.13 | 4,412.95 |
| Check | 11/28/2016 | 1177 | Kroger | groceries | | 47.14 | 4,365.81 |
| Check | 11/28/2016 | 1178 | Kroger | xmas | | 21.19 | 4,344.62 |
| Check | 11/28/2016 | 1179 | Wal-Mart | xmas | | 49.91 | 4,294.71 |
| Check | 11/28/2016 | EFT | Wal-Mart | Work jeans for Michael | | 25.37 | 4,269.34 |
| Check | 11/28/2016 | EFT | Boone's Butcher Shop | | | 14.95 | 4,254.39 |
| Check | 11/28/2016 | EFT | 150 Quick Stop | snack | | 10.85 | 4,243.54 |
| Check | 11/28/2016 | EFT | Amazon | xmas | | 67.96 | 4,175.58 |
| Check | 11/28/2016 | EFT | Amazon | xmas | | 38.56 | 4,137.02 |
| Check | 11/28/2016 | EFT | Amazon | xmas | | 32.06 | 4,104.96 |

10:08 PM  
01/10/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 11/29/2016 | 1180 | HUDSON Insurance Group | | | 166.00 | 3,938.96 |
| Check | 11/29/2016 | 1181 | BAC | | | 793.71 | 3,145.25 |
| Check | 11/29/2016 | 1183 | Inter County RECC | shop | | 48.04 | 3,097.21 |
| Check | 11/29/2016 | 1184 | Farm Bureau | Farm | | 12.63 | 3,084.58 |
| Check | 11/29/2016 | 1185 | Farm Bureau | membership dues | | 25.00 | 3,059.58 |
| Check | 11/29/2016 | EFT | Shell | Michael's truck | | 60.35 | 2,999.23 |
| Check | 11/29/2016 | EFT | United States Post Office | stamps | | 59.75 | 2,939.48 |
| Check | 11/29/2016 | EFT | SEARS | dishwasher part | | 45.43 | 2,894.05 |
| Check | 11/29/2016 | EFT | Belk | Megan and Addie (xmas) | | 70.77 | 2,823.28 |
| Check | 11/29/2016 | EFT | Victoria Secret | Megan | | 84.80 | 2,738.48 |
| Check | 11/29/2016 | EFT | Filly Flair | Megan | | 36.00 | 2,702.48 |
| Deposit | 11/29/2016 | DEP | Wal-Mart | refund | 5.30 | | 2,707.78 |
| Check | 11/29/2016 | 1182 | Smart Tuition | kids tuition | | 444.83 | 2,262.95 |
| Check | 11/30/2016 | EFT | Fanatics | xmas | | 31.78 | 2,231.17 |
| Check | 11/30/2016 | EFT | Victoria Secret | Megan | | 47.17 | 2,184.00 |
| Check | 11/30/2016 | EFT | Wendy's | lunch | | 21.48 | 2,162.52 |
| Check | 11/30/2016 | EFT | Wal-Mart | groceries | | 28.41 | 2,134.11 |
| Check | 11/30/2016 | EFT | Smart Style | | | 25.90 | 2,108.21 |
| | Total 96.2 · Citizens Ch 12 DIP | | | | 50,070.54 | 51,315.56 | 2,108.21 |
| | 96.3 · Peoples Bank | | | | | | 954.93 |
| | Total 96.3 · Peoples Bank | | | | | | 954.93 |
| | Total 96 · Bank Accounts | | | | 50,070.54 | 51,315.56 | 3,063.14 |
| | 701 · Undeposited Funds | | | | | | 0.00 |
| Sales Rec... | 11/09/2016 | 15 | R &B Trucking | | 50,000.00 | | 50,000.00 |
| Deposit | 11/09/2016 | 4695 | R &B Trucking | Deposit | | 50,000.00 | 0.00 |
| | Total 701 · Undeposited Funds | | | | 50,000.00 | 50,000.00 | 0.00 |
| | 55 · Machine & Equipment | | | | | | 7,312.70 |
| | 55.1 · Mach & Equip - Cost | | | | | | 7,312.70 |
| | Total 55.1 · Mach & Equip - Cost | | | | | | 7,312.70 |
| | Total 55 · Machine & Equipment | | | | | | 7,312.70 |
| | **Cabela's Club Visa** | | | | | | 7,728.44 |
| | Total Cabela's Club Visa | | | | | | 7,728.44 |
| | **803 · Farm Bureau Bank** | | | | | | 1,878.19 |
| | Total 803 · Farm Bureau Bank | | | | | | 1,878.19 |
| | **801 · Operating Loans** | | | | | | -164,517.95 |
| | 801.2 · Farm Credit Services | | | | | | 30,593.61 |
| | Total 801.2 · Farm Credit Services | | | | | | 30,593.61 |
| | 801.5 · Farm Credit Opperating 1 | | | | | | -195,111.56 |
| | Total 801.5 · Farm Credit Opperating 1 | | | | | | -195,111.56 |
| | Total 801 · Operating Loans | | | | | | -164,517.95 |
| | 841 · Equipment Loans | | | | | | 10,206.75 |
| | 841.5 · Huntington Bank | | | | | | 8,165.40 |
| Check | 11/09/2016 | 1141 | Huntington Bank | Megan's car | 680.45 | | 8,845.85 |
| | Total 841.5 · Huntington Bank | | | | 680.45 | 0.00 | 8,845.85 |
| | 841 · Equipment Loans - Other | | | | | | 2,041.35 |
| | Total 841 · Equipment Loans - Other | | | | | | 2,041.35 |
| | Total 841 · Equipment Loans | | | | 680.45 | 0.00 | 10,887.20 |
| | 841.2 · PNC | | | | | | 18,125.94 |
| Check | 11/09/2016 | 1142 | PNC Bank | Michael's truck | 863.14 | | 18,989.08 |
| | Total 841.2 · PNC | | | | 863.14 | 0.00 | 18,989.08 |
| | 841.3 · Sheffield Financial | | | | | | 1,902.00 |
| | Total 841.3 · Sheffield Financial | | | | | | 1,902.00 |
| | 841.4 · TCF Equipment Finance | | | | | | 9,330.62 |
| | Total 841.4 · TCF Equipment Finance | | | | | | 9,330.62 |
| | 871 · Real Estate Loans | | | | | | -110,886.44 |
| | 871.1 · BAC Home Loan | | | | | | -119,831.44 |
| Check | 11/29/2016 | 1181 | BAC | | 793.71 | | -119,037.73 |
| | Total 871.1 · BAC Home Loan | | | | 793.71 | 0.00 | -119,037.73 |
| | 872 · Farm Credit Services | | | | | | 8,945.00 |

10:08 PM  
01/10/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | Total 872 · Farm Credit Services | | | | | | 8,945.00 |
| | Total 871 · Real Estate Loans | | | | 793.71 | 0.00 | -110,092.73 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| | Total 3000 · Opening Bal Equity | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| | Total 3900 · Retained Earnings | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -240,873.61 |
|   **01.020 · Yellow Corn Sales** | | | | | | | -193,105.52 |
| Sales Rec... | 11/09/2016 | 15 | R &B Trucking | 2016 Corn Crop Sales | | 50,000.00 | -243,105.52 |
| | Total 01.020 · Yellow Corn Sales | | | | 0.00 | 50,000.00 | -243,105.52 |
|   **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
| | Total 01.030 · Soybean Sales | | | | | | -7,768.09 |
|   **01 · Crop Sales - Other** | | | | | | | -40,000.00 |
| | Total 01 · Crop Sales - Other | | | | | | -40,000.00 |
| Total 01 · Crop Sales | | | | | 0.00 | 50,000.00 | -290,873.61 |
| **11 · Custom Work Income** | | | | | | | -4,515.00 |
|   **11.1 · Mach/Equip Rental** | | | | | | | -3,830.00 |
| | Total 11.1 · Mach/Equip Rental | | | | | | -3,830.00 |
|   **11 · Custom Work Income - Other** | | | | | | | -685.00 |
| | Total 11 · Custom Work Income - Other | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -4,515.00 |
| **17 · FSA  Payment** | | | | | | | -20,881.00 |
| **20 · Misc Farm Income** | | | | | | | -700.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| | Total 21 · Crop Insurance | | | | | | -41,443.70 |
| **33 · Interest Expense** | | | | | | | 32,204.08 |
|   **33.2 · Operating Loan Interest** | | | | | | | 32,132.64 |
| | Total 33.2 · Operating Loan Interest | | | | | | 32,132.64 |
|   **33 · Interest Expense - Other** | | | | | | | 71.44 |
| | Total 33 · Interest Expense - Other | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| **34 · Payroll Expenses** | | | | | | | 2,031.42 |
|   **54 · Employee Benefits** | | | | | | | 2,031.42 |
|     **54.985 · Food** | | | | | | | 2,031.42 |
| Check | 11/01/2016 | EFT | Bradfordsville Superior Food Mart | lunch | 19.81 | | 2,051.23 |
| Check | 11/02/2016 | EFT | Arby's | breakfast | 4.10 | | 2,055.33 |
| Check | 11/02/2016 | EFT | China King | lunch | 13.50 | | 2,068.83 |
| Check | 11/03/2016 | EFT | Hardee's | lunch | 24.09 | | 2,092.92 |
| Check | 11/08/2016 | EFT | Wendy's | lunch | 31.98 | | 2,124.90 |
| Check | 11/09/2016 | EFT | Chaser's | lunch | 20.76 | | 2,145.66 |
| Check | 11/09/2016 | EFT | Hardee's | lunch | 10.36 | | 2,156.02 |
| Check | 11/12/2016 | EFT | Los Mariachis Mexican Food | lunch | 68.78 | | 2,224.80 |
| Check | 11/14/2016 | EFT | McDonalds | lunch | 10.10 | | 2,234.90 |
| Check | 11/15/2016 | EFT | Pine's Restarant | lunch | 22.50 | | 2,257.40 |
| Check | 11/16/2016 | EFT | Lee's Famous Recipe | lunch | 17.45 | | 2,274.85 |
| Check | 11/17/2016 | EFT | McDonalds | lunch | 13.07 | | 2,287.92 |
| Check | 11/19/2016 | EFT | Hardee's | breakfast | 13.27 | | 2,301.19 |
| Check | 11/22/2016 | EFT | McDonalds | lunch | 11.83 | | 2,313.02 |
| Check | 11/23/2016 | EFT | Wendy's | lunch | 13.98 | | 2,327.00 |
| Check | 11/24/2016 | EFT | Taco Bell | lunch | 11.23 | | 2,338.23 |
| Check | 11/30/2016 | EFT | Wendy's | lunch | 21.48 | | 2,359.71 |
| | Total 54.985 · Food | | | | 328.29 | 0.00 | 2,359.71 |
| | Total 54 · Employee Benefits | | | | 328.29 | 0.00 | 2,359.71 |
| Total 34 · Payroll Expenses | | | | | 328.29 | 0.00 | 2,359.71 |
| **38 · Utilities** | | | | | | | 10,500.29 |
|   **38.1 · Electricity** | | | | | | | 4,408.65 |
| Check | 11/08/2016 | 1136 | Inter County RECC | shop | 54.44 | | 4,463.09 |
| Check | 11/09/2016 | 1143 | Inter County RECC | grain bins | 318.00 | | 4,781.09 |
| Check | 11/09/2016 | 1144 | Inter County RECC | house | 193.02 | | 4,974.11 |

10:08 PM
01/10/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 11/29/2016 | 1183 | Inter County RECC | shop | 48.04 | | 5,022.15 |
| Total 38.1 · Electricity | | | | | 613.50 | 0.00 | 5,022.15 |
| **38.2 · Telephone** | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| **38.3 · Cell Phones** | | | | | | | 1,532.97 |
| Check | 11/08/2016 | 1137 | Bluegrass Celular | | 149.34 | | 1,682.31 |
| Total 38.3 · Cell Phones | | | | | 149.34 | 0.00 | 1,682.31 |
| **38.4 · Water** | | | | | | | 482.84 |
| Check | 11/08/2016 | 1135 | Marion County Water | grain bins | 13.91 | | 496.75 |
| Total 38.4 · Water | | | | | 13.91 | 0.00 | 496.75 |
| **38.5 · Gas** | | | | | | | 1,858.80 |
| Check | 11/09/2016 | 1145 | LG&E | grain bins | 1,468.35 | | 3,327.15 |
| Total 38.5 · Gas | | | | | 1,468.35 | 0.00 | 3,327.15 |
| **38.6 · Internet** | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| **38 · Utilities - Other** | | | | | | | 1,762.22 |
| Check | 11/22/2016 | 1174 | Windstream | Dish, Internet, Phone | 216.65 | | 1,978.87 |
| Total 38 · Utilities - Other | | | | | 216.65 | 0.00 | 1,978.87 |
| Total 38 · Utilities | | | | | 2,461.75 | 0.00 | 12,962.04 |
| **39 · Insurance** | | | | | | | 5,544.76 |
| **39.3 · Vehicle Insurance** | | | | | | | 1,109.19 |
| Check | 11/10/2016 | 1154 | Marion County Clerk | tags and lisence on We... | 268.50 | | 1,377.69 |
| Total 39.3 · Vehicle Insurance | | | | | 268.50 | 0.00 | 1,377.69 |
| **39.5 · Crop Insurance** | | | | | | | 0.00 |
| Check | 11/09/2016 | 1151 | HUDSON Insurance Group | Steve Wade | 27,643.45 | | 27,643.45 |
| Check | 11/29/2016 | 1180 | HUDSON Insurance Group | | 166.00 | | 27,809.45 |
| Total 39.5 · Crop Insurance | | | | | 27,809.45 | 0.00 | 27,809.45 |
| **39 · Insurance - Other** | | | | | | | 4,435.57 |
| Check | 11/29/2016 | 1184 | Farm Bureau | Farm | 12.63 | | 4,448.20 |
| Total 39 · Insurance - Other | | | | | 12.63 | 0.00 | 4,448.20 |
| Total 39 · Insurance | | | | | 28,090.58 | 0.00 | 33,635.34 |
| **40 · Miscellaneous** | | | | | | | 30,747.20 |
| **40.1 · Bank Charges** | | | | | | | 213.43 |
| Check | 11/23/2016 | EFT | Citizens National Bank | check reorder | 14.43 | | 227.86 |
| Total 40.1 · Bank Charges | | | | | 14.43 | 0.00 | 227.86 |
| **40.2 · Office Supplies** | | | | | | | 176.10 |
| Check | 11/29/2016 | EFT | United States Post Office | stamps | 59.75 | | 235.85 |
| Total 40.2 · Office Supplies | | | | | 59.75 | 0.00 | 235.85 |
| **40.3 · Travel & Ent** | | | | | | | 464.06 |
| **40.33 · Meals** | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |
| **40.34 · Travel** | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| **40.3 · Travel & Ent - Other** | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent | | | | | | | 464.06 |
| **40 · Miscellaneous - Other** | | | | | | | 29,893.61 |
| Total 40 · Miscellaneous - Other | | | | | | | 29,893.61 |
| Total 40 · Miscellaneous | | | | | 74.18 | 0.00 | 30,821.38 |
| **41 · Property Taxes** | | | | | | | 0.00 |
| Check | 11/10/2016 | 1153 | Marion County Sherrif | house and farm | 1,581.63 | | 1,581.63 |
| Total 41 · Property Taxes | | | | | 1,581.63 | 0.00 | 1,581.63 |

10:08 PM  
01/10/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **42 · Farm Rent** | | | | | | | 75,300.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 75,300.00 |
| Check | 11/04/2016 | 1152 | Rakes, Bertha | 2016 cash rent | 3,300.00 | | 78,600.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 3,300.00 | 0.00 | 78,600.00 |
| Total 42 · Farm Rent | | | | | 3,300.00 | 0.00 | 78,600.00 |
| **43 · Equipment Repairs** | | | | | | | 10,018.72 |
| **43.0 · Sprayer Repairs** | | | | | | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | | | 522.99 |
| **43.1 · Tractor Repair** | | | | | | | 1,892.16 |
| Check | 11/09/2016 | 1149 | J&L Allignment | tire | 22.00 | | 1,914.16 |
| Check | 11/09/2016 | 1150 | Lawson Tractor | | 242.65 | | 2,156.81 |
| Total 43.1 · Tractor Repair | | | | | 264.65 | 0.00 | 2,156.81 |
| **43.2 · Truck Repair** | | | | | | | 1,721.60 |
| Check | 11/09/2016 | 1148 | Custom Ag Services | semi parts | 276.56 | | 1,998.16 |
| Check | 11/18/2016 | EFT | Town and Country Ford | Megan's car | 100.00 | | 2,098.16 |
| Check | 11/22/2016 | 1171 | Town and Country Ford | Michael's truck | 468.16 | | 2,566.32 |
| Total 43.2 · Truck Repair | | | | | 844.72 | 0.00 | 2,566.32 |
| **43.3 · Other Equip Repairs** | | | | | | | 90.58 |
| Check | 11/10/2016 | EFT | Napa | combine | 7.83 | | 98.41 |
| Total 43.3 · Other Equip Repairs | | | | | 7.83 | 0.00 | 98.41 |
| **43.5 · John Deere Financial** | | | | | | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | | | 263.62 |
| **43.7 · Combine Repair** | | | | | | | 507.26 |
| Check | 11/01/2016 | EFT | Norby's | parts | 52.95 | | 560.21 |
| Check | 11/02/2016 | EFT | Norby's | parts | 27.55 | | 587.76 |
| Check | 11/09/2016 | 1146 | Jacobi Sales | parts | 208.00 | | 795.76 |
| Check | 11/10/2016 | EFT | Norby's | parts and xmas | 193.90 | | 989.66 |
| Total 43.7 · Combine Repair | | | | | 482.40 | 0.00 | 989.66 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **53.0 · Licenses and Permits** | | | | | | | 0.00 |
| Check | 11/10/2016 | EFT | 2290Tax.com | | 24.99 | | 24.99 |
| Total 53.0 · Licenses and Permits | | | | | 24.99 | 0.00 | 24.99 |
| **43 · Equipment Repairs - Other** | | | | | | | 4,994.54 |
| Check | 11/20/2016 | EFT | O'reillys | | 32.83 | | 5,027.37 |
| Check | 11/23/2016 | EFT | Tractor Supply | Oil | 343.31 | | 5,370.68 |
| Check | 11/25/2016 | EFT | Norby's | Dry oil | 36.32 | | 5,407.00 |
| Check | 11/25/2016 | EFT | Tractor Supply | parts | 16.94 | | 5,423.94 |
| Check | 11/25/2016 | EFT | Tractor Supply | parts | 19.06 | | 5,443.00 |
| Total 43 · Equipment Repairs - Other | | | | | 448.46 | 0.00 | 5,443.00 |
| Total 43 · Equipment Repairs | | | | | 2,073.05 | 0.00 | 12,091.77 |
| **45 · Fuel & Oil** | | | | | | | 8,438.53 |
| **45.1 · Diesel Fuel** | | | | | | | 7,064.47 |
| Check | 11/01/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,164.47 |
| Check | 11/01/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,264.47 |
| Check | 11/01/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,364.47 |
| Check | 11/03/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,464.47 |
| Check | 11/03/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,564.47 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,664.47 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,764.47 |
| Check | 11/09/2016 | EFT | Kroger | equipment | 72.06 | | 7,836.53 |
| Check | 11/17/2016 | EFT | Kroger | equipment | 59.26 | | 7,895.79 |
| Check | 11/22/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 7,995.79 |
| Check | 11/22/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 8,095.79 |
| Check | 11/23/2016 | EFT | Shell | semi | 123.45 | | 8,219.24 |
| Check | 11/29/2016 | EFT | Shell | Michael's truck | 60.35 | | 8,279.59 |
| Total 45.1 · Diesel Fuel | | | | | 1,215.12 | 0.00 | 8,279.59 |
| **45.2 · Gasoline** | | | | | | | 1,315.76 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | gas jug | 7.13 | | 1,322.89 |
| Check | 11/04/2016 | EFT | Five Star Food Mart | Megan | 27.85 | | 1,350.74 |
| Check | 11/12/2016 | EFT | Kroger | Megan | 27.95 | | 1,378.69 |

10:08 PM
01/10/17
Cash Basis

**Buckman Family Farms**
**General Ledger**
As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 11/17/2016 | EFT | Murphy's Oil | Megan | 26.11 | | 1,404.80 |
| Check | 11/18/2016 | EFT | Five Star Food Mart | gas | 5.00 | | 1,409.80 |
| Check | 11/18/2016 | EFT | Five Star Food Mart | Megan | 22.01 | | 1,431.81 |
| Check | 11/18/2016 | EFT | Murphy's Oil | blue truck | 22.28 | | 1,454.09 |
| Check | 11/22/2016 | EFT | Murphy's Oil | Megan | 21.56 | | 1,475.65 |
| Check | 11/27/2016 | EFT | Murphy's Oil | Megan | 27.13 | | 1,502.78 |
| Total 45.2 · Gasoline | | | | | 187.02 | 0.00 | 1,502.78 |
| **45.3 · Oil & Lubricants** | | | | | | | 58.30 |
| Total 45.3 · Oil & Lubricants | | | | | | | 58.30 |
| Total 45 · Fuel & Oil | | | | | 1,402.14 | 0.00 | 9,840.67 |
| **51 · Supplies** | | | | | | | 376.80 |
| **51.1 · Small Tools & Supplies** | | | | | | | 51.34 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 51.34 |
| **51.2 · Rent on tanks** | | | | | | | 192.36 |
| Total 51.2 · Rent on tanks | | | | | | | 192.36 |
| **51 · Supplies - Other** | | | | | | | 133.10 |
| Total 51 · Supplies - Other | | | | | | | 133.10 |
| Total 51 · Supplies | | | | | | | 376.80 |
| **52 · Professional Fees** | | | | | | | 4,183.15 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 3,883.15 |
| Check | 11/04/2016 | EFT | Sirus XM | | 79.32 | | 3,962.47 |
| Check | 11/29/2016 | 1185 | Farm Bureau | membership dues | 25.00 | | 3,987.47 |
| Total 52.5 · Dues and Subscriptions | | | | | 104.32 | 0.00 | 3,987.47 |
| Total 52 · Professional Fees | | | | | 104.32 | 0.00 | 4,287.47 |
| **70 · Contributions** | | | | | | | 338.00 |
| Check | 11/05/2016 | 1130 | Holy Name Of Mary Church | (6) turkey suppers | 60.00 | | 398.00 |
| Deposit | 11/09/2016 | | Holy Name Of Mary | Deposit | | 64.24 | 333.76 |
| Check | 11/12/2016 | 1156 | Saint Augustine PTO | turkey suppers (5) | 50.00 | | 383.76 |
| Check | 11/12/2016 | 1157 | Holy Name Of Mary Church | tithing | 100.00 | | 483.76 |
| Total 70 · Contributions | | | | | 210.00 | 64.24 | 483.76 |
| **71 · Medicine** | | | | | | | 826.89 |
| Total 71 · Medicine | | | | | | | 826.89 |
| **72 · Doctors & Hospitals** | | | | | | | 6,159.60 |
| Check | 11/09/2016 | 1140 | Spring View Hospital | Addie | 2,157.16 | | 8,316.76 |
| Check | 11/09/2016 | 1147 | Dr. Smith | Lane (dentist) | 261.00 | | 8,577.76 |
| Check | 11/17/2016 | 1167 | Lebanon Pediatrics | Addie and Andrew | 80.00 | | 8,657.76 |
| Check | 11/22/2016 | 1173 | Healthcare Financial | Addie | 7.60 | | 8,665.36 |
| Total 72 · Doctors & Hospitals | | | | | 2,505.76 | 0.00 | 8,665.36 |
| **73.997 · Health Insurance** | | | | | | | 3,931.38 |
| Check | 11/01/2016 | EFT | Anthem | Michael, Megan, Addie, ... | 436.82 | | 4,368.20 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 4,368.20 |
| **73.998 · Life Insurance** | | | | | | | 3,272.45 |
| Check | 11/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 3,279.36 |
| Check | 11/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, ... | 188.60 | | 3,467.96 |
| Check | 11/21/2016 | EFT | Met Life | Michael | 131.80 | | 3,599.76 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 3,599.76 |
| **74 · Family Living** | | | | | | | 38,572.10 |
| **74.983 · Pat's Pharmacy** | | | | | | | 272.37 |
| Check | 11/08/2016 | 1133 | Pat's Pharmacy | medicine | 30.09 | | 302.46 |
| Total 74.983 · Pat's Pharmacy | | | | | 30.09 | 0.00 | 302.46 |
| **74.984 · Dentist** | | | | | | | 292.30 |
| Total 74.984 · Dentist | | | | | | | 292.30 |
| **74.985 · Food** | | | | | | | 13,322.32 |
| Check | 11/07/2016 | 1132 | Wal-Mart | groceries | 105.05 | | 13,427.37 |
| Check | 11/13/2016 | 1158 | Wal-Mart | groceries | 111.38 | | 13,538.75 |
| Check | 11/13/2016 | EFT | Ragetti's | lunch | 52.80 | | 13,591.55 |
| Check | 11/14/2016 | 1159 | Sams Club | supplies and xmas | 164.45 | | 13,756.00 |

10:08 PM
01/10/17
Cash Basis

**Buckman Family Farms**
## General Ledger
### As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 11/14/2016 | EFT | Red Lobster | lunch | 47.45 | | 13,803.45 |
| Check | 11/14/2016 | EFT | Wal-Mart | groceries | 47.28 | | 13,850.73 |
| Check | 11/15/2016 | 1164 | Wal-Mart | groceries | 25.58 | | 13,876.31 |
| Check | 11/17/2016 | 1166 | Wal-Mart | groceries | 62.15 | | 13,938.46 |
| Check | 11/18/2016 | EFT | Five Star Food Mart | breakfast | 7.72 | | 13,946.18 |
| Check | 11/18/2016 | EFT | Long John Silvers | lunch | 13.02 | | 13,959.20 |
| Check | 11/18/2016 | EFT | Wal-Mart | groceries | 19.67 | | 13,978.87 |
| Check | 11/19/2016 | EFT | White Castle | supper | 25.24 | | 14,004.11 |
| Check | 11/20/2016 | EFT | Los Mariachis Mexican Food | lunch | 45.31 | | 14,049.42 |
| Check | 11/21/2016 | 1170 | Wal-Mart | groceries | 158.35 | | 14,207.77 |
| Check | 11/23/2016 | EFT | Wal-Mart | groceries | 40.31 | | 14,248.08 |
| Check | 11/25/2016 | EFT | Crystal buffett | lunch | 24.29 | | 14,272.37 |
| Check | 11/27/2016 | EFT | Colton's | lunch | 50.46 | | 14,322.83 |
| Check | 11/27/2016 | 1176 | Wal-Mart | groceries | 94.92 | | 14,417.75 |
| Check | 11/28/2016 | 1177 | Kroger | groceries | 47.14 | | 14,464.89 |
| Check | 11/28/2016 | EFT | Boone's Butcher Shop | | 14.95 | | 14,479.84 |
| Check | 11/28/2016 | EFT | 150 Quick Stop | snack | 10.85 | | 14,490.69 |
| Check | 11/30/2016 | EFT | Wal-Mart | groceries | 28.41 | | 14,519.10 |
| | Total 74.985 · Food | | | | 1,196.78 | 0.00 | 14,519.10 |
| | **74.986 · Household Operating** | | | | | | 677.55 |
| | Total 74.986 · Household Operating | | | | | | 677.55 |
| | **74.987 · Household Equipment** | | | | | | 240.37 |
| | Total 74.987 · Household Equipment | | | | | | 240.37 |
| | **74.988 · House Repairs** | | | | | | 667.68 |
| Check | 11/29/2016 | EFT | SEARS | dishwasher part | 45.43 | | 713.11 |
| | Total 74.988 · House Repairs | | | | 45.43 | 0.00 | 713.11 |
| | **74.989 · Clothing** | | | | | | 6,325.17 |
| Check | 11/06/2016 | EFT | Children's Place | Addie, Lane and Andrew | 83.07 | | 6,408.24 |
| Check | 11/10/2016 | EFT | Brandi's Boutique | Addie | 32.00 | | 6,440.24 |
| Check | 11/10/2016 | EFT | Pink Lily Boutique | Megan | 73.21 | | 6,513.45 |
| Check | 11/12/2016 | EFT | Rue 21 | Addie | 31.79 | | 6,545.24 |
| Check | 11/14/2016 | EFT | GAP | Addie | 23.29 | | 6,568.53 |
| Check | 11/17/2016 | EFT | GAP | | 23.29 | | 6,591.82 |
| Check | 11/18/2016 | EFT | Maurices Clothing Store | Megan and Addie | 49.29 | | 6,641.11 |
| Check | 11/21/2016 | EFT | Old Navy | Lane and Andrew | 103.66 | | 6,744.77 |
| Check | 11/22/2016 | EFT | Maurices Clothing Store | Megan and Addie | 58.25 | | 6,803.02 |
| Check | 11/24/2016 | EFT | Rue 21 | Megan and Addie | 39.22 | | 6,842.24 |
| Check | 11/24/2016 | EFT | Red Dress Boutique | Megan | 46.00 | | 6,888.24 |
| Check | 11/28/2016 | EFT | Wal-Mart | Work jeans for Michael | 25.37 | | 6,913.61 |
| Check | 11/29/2016 | EFT | Belk | Megan and Addie (xmas) | 70.77 | | 6,984.38 |
| Check | 11/29/2016 | EFT | Victoria Secret | Megan | 84.80 | | 7,069.18 |
| Check | 11/29/2016 | EFT | Filly Flair | Megan | 36.00 | | 7,105.18 |
| Check | 11/30/2016 | EFT | Victoria Secret | Megan | 47.17 | | 7,152.35 |
| | Total 74.989 · Clothing | | | | 827.18 | 0.00 | 7,152.35 |
| | **74.990 · Personal Items** | | | | | | 3,882.51 |
| Check | 11/04/2016 | 1127 | Shear Delight | hair | 20.00 | | 3,902.51 |
| Check | 11/07/2016 | 1131 | Loper's Florist | xmas | 155.82 | | 4,058.33 |
| Check | 11/12/2016 | 1155 | Hair Zone | Boy's haircuts | 36.00 | | 4,094.33 |
| Check | 11/13/2016 | EFT | Smart Style | hair product | 46.01 | | 4,140.34 |
| Check | 11/15/2016 | 1165 | Kuts by Kristi | hair | 53.00 | | 4,193.34 |
| Check | 11/23/2016 | 1175 | Jennifer Bland | Addie Hair | 35.00 | | 4,228.34 |
| Check | 11/23/2016 | EFT | Smart Style | Megan and Addie | 47.21 | | 4,275.55 |
| Check | 11/24/2016 | EFT | Little Four | Wine | 36.40 | | 4,311.95 |
| Check | 11/30/2016 | EFT | Smart Style | | 25.90 | | 4,337.85 |
| | Total 74.990 · Personal Items | | | | 455.34 | 0.00 | 4,337.85 |
| | **74.991 · Entertainment/Recreation** | | | | | | 1,176.94 |
| Check | 11/11/2016 | EFT | Net Flix | | 9.99 | | 1,186.93 |
| Check | 11/25/2016 | EFT | Amazon | | 2.65 | | 1,189.58 |
| | Total 74.991 · Entertainment/Recreation | | | | 12.64 | 0.00 | 1,189.58 |
| | **74.992 · Education/Reading** | | | | | | 5,657.38 |
| Check | 11/01/2016 | 1126 | Cindy Bland | Lane's tutoring (Novem... | 140.00 | | 5,797.38 |
| Check | 11/03/2016 | EFT | Amazon | Lane's books | 72.60 | | 5,869.98 |
| Check | 11/08/2016 | 1138 | Smart Tuition | Kids tuition | 444.83 | | 6,314.81 |
| Check | 11/09/2016 | EFT | Amazon | books for Andrew | 28.79 | | 6,343.60 |
| Check | 11/29/2016 | 1182 | Smart Tuition | kids tuition | 444.83 | | 6,788.43 |
| | Total 74.992 · Education/Reading | | | | 1,131.05 | 0.00 | 6,788.43 |
| | **74.993 · Gifts** | | | | | | 2,377.41 |

10:08 PM
01/10/17
Cash Basis

**Buckman Family Farms**
## General Ledger
As of November 30, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 11/09/2016 | 1139 | Robin's Embroidery | xmas | 114.48 | | 2,491.89 |
| Check | 11/10/2016 | EFT | Kirkland's | xmas | 121.46 | | 2,613.35 |
| Check | 11/14/2016 | 1160 | Kirkland's | xmas | 41.55 | | 2,654.90 |
| Check | 11/14/2016 | 1162 | Bath and Body Works | xmas | 74.20 | | 2,729.10 |
| Check | 11/14/2016 | 1163 | Wal-Mart | xmas | 156.84 | | 2,885.94 |
| Check | 11/14/2016 | EFT | Target | xmas | 362.35 | | 3,248.29 |
| Check | 11/15/2016 | EFT | Eddie Bauer | xmas | 113.42 | | 3,361.71 |
| Check | 11/16/2016 | EFT | Norby's | Xmas | 74.12 | | 3,435.83 |
| Check | 11/18/2016 | 1169 | Kentucky Gun Co. | Xmas | 476.95 | | 3,912.78 |
| Check | 11/18/2016 | EFT | ETSY | Xmas | 15.14 | | 3,927.92 |
| Check | 11/18/2016 | EFT | Amazon | xmas | 47.52 | | 3,975.44 |
| Check | 11/18/2016 | EFT | Vera Bradley | xmas | 51.94 | | 4,027.38 |
| Check | 11/22/2016 | 1172 | Sams Club | xmas | 68.84 | | 4,096.22 |
| Check | 11/24/2016 | EFT | OutBackToyStore | xmas | 73.41 | | 4,169.63 |
| Check | 11/24/2016 | EFT | Tractor Supply | xmas | 72.07 | | 4,241.70 |
| Check | 11/25/2016 | EFT | Amazon | xmas | 1.05 | | 4,242.75 |
| Check | 11/27/2016 | EFT | Lowe's | xmas | 61.65 | | 4,304.40 |
| Check | 11/28/2016 | 1178 | Kroger | xmas | 21.19 | | 4,325.59 |
| Check | 11/28/2016 | 1179 | Wal-Mart | xmas | 49.91 | | 4,375.50 |
| Check | 11/28/2016 | EFT | Amazon | xmas | 67.96 | | 4,443.46 |
| Check | 11/28/2016 | EFT | Amazon | xmas | 38.56 | | 4,482.02 |
| Check | 11/28/2016 | EFT | Amazon | xmas | 32.06 | | 4,514.08 |
| Check | 11/30/2016 | EFT | Fanatics | xmas | 31.78 | | 4,545.86 |
| | Total 74.993 · Gifts | | | | 2,168.45 | 0.00 | 4,545.86 |
| | **74.994 · Transportation** | | | | | | 340.70 |
| Deposit | 11/18/2016 | EFT | Enterprise Car Rental | Deposit | | 1.00 | 339.70 |
| | Total 74.994 · Transportation | | | | 0.00 | 1.00 | 339.70 |
| | **74.997 · Household Electricity** | | | | | | 720.13 |
| | Total 74.997 · Household Electricity | | | | | | 720.13 |
| | **74.998 · Household Water** | | | | | | 166.21 |
| Check | 11/08/2016 | 1134 | Marion County Water | house | 50.47 | | 216.68 |
| | Total 74.998 · Household Water | | | | 50.47 | 0.00 | 216.68 |
| | **74.999 · Lunch Money** | | | | | | 800.00 |
| | Total 74.999 · Lunch Money | | | | | | 800.00 |
| | **74 · Family Living - Other** | | | | | | 1,653.06 |
| Check | 11/04/2016 | 1129 | Citizens National Bank | cash | 150.00 | | 1,803.06 |
| Check | 11/17/2016 | 1168 | Knights of Columbus 1264 | dues | 15.00 | | 1,818.06 |
| Deposit | 11/29/2016 | DEP | Wal-Mart | refund | | 5.30 | 1,812.76 |
| | Total 74 · Family Living - Other | | | | 165.00 | 5.30 | 1,812.76 |
| | Total 74 · Family Living | | | | 6,082.43 | 6.30 | 44,648.23 |
| **TOTAL** | | | | | 151,386.10 | 151,386.10 | 0.00 |