Month of  December  ,  2016

# CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  Cash Received During Month (Itemized):

Item & Quantity Sold          $ 56,781.22
Soybeans, 5599.66 bushels

New loan received this month (if any): $_____

Wages earned from outside work:  $_____

Other receipts:                $ 114,951.00
CAIP-$1,492; Ins claim on equipment $1,705; Crop Ins Claim $111,754

Total Cash Receipts            $ 171,732.22

II.  Expenses Paid:

Total amount paid for household
 or living expense:   $ 8,563.23

Operating expenses paid (itemize):  $102,139.73

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $129.26 |
| Seed/Chemical | $82,030.00 |
| Utilities | $1,143.92 |
| Insurance | $557.86 |
| Miscellaneous | $198.13 |
| Property Taxes | $97.01 |
| Land Rent | $14,723.00 |
| Equipment Repairs | $2,441.27 |
| Fuel & Oil | $698.19 |
| Supplies | $21.09 |
| Professional Fees | $100.00 |

Plan payments made to Chapter 12 Trustee  $_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 12/07/16 | Huntington Bank | 1194 | $680.45 | Megan's car |
| 12/07/16 | PNC Bank | 1195 | $863.14 | Michael's truck |
| 12/26/16 | BAC | 1235 | $793.71 | House Payment |
| 12/15/16 | TCF Equipment Finance | 1218 | $5,006.68 | |

Total of direct payments     $ 7,434.98

TOTAL EXPENSES PAID DURING MONTH     $ 118,046.94

Losses due to crop failure or damage     $_____

Losses due to death or disease of livestock or poultry     $_____

PROFIT (or loss) FOR MONTH     $ 53,675.38

III.  Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:     $ 3,063.14

Income (or Loss) During Month:     $ 53,675.38

Cash and Bank Account Balance at End of Month:     $ 56,748.42

IV.  Expenses charged but not paid during month (itemize):

Expense     $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

1-26-17
Date

1-26-17

Debtor/Officer of Debtor

# **TAX DEPOSIT STATEMENT**

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending Withholding Tax Payable    _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending Withholding Tax Payable    _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending FICA Tax Payable    _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number       _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

1-26-17
Date                                                          Debtor/Officer of Debtor

1-26-17

8:54 PM
01/11/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### December 2016

|  | Dec 16 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     01 · Crop Sales | |
|       01.030 · Soybean Sales | 56,781.22 |
|     Total 01 · Crop Sales | 56,781.22 |
|     18 · CAIP | 1,492.00 |
|     20 · Misc Farm Income | 1,705.00 |
|     21 · Crop Insurance | 111,754.00 |
|   **Total Income** | 171,732.22 |
| **Gross Profit** | 171,732.22 |
|   **Expense** | |
|     34 · Payroll Expenses | |
|       54 · Employee Benefits | |
|         54.985 · Food | 129.26 |
|       Total 54 · Employee Benefits | 129.26 |
|     Total 34 · Payroll Expenses | 129.26 |
|     36 · Seed | 82,030.00 |
|     38 · Utilities | |
|       38.1 · Electricity | 678.22 |
|       38.3 · Cell Phones | 236.58 |
|       38.4 · Water | 12.47 |
|       38 · Utilities - Other | 216.65 |
|     Total 38 · Utilities | 1,143.92 |
|     39 · Insurance | |
|       39.2 · Property Insurance | -262.07 |
|       39 · Insurance - Other | 819.93 |
|     Total 39 · Insurance | 557.86 |
|     40 · Miscellaneous | 198.13 |
|     41 · Property Taxes | 97.01 |
|     42 · Farm Rent | |
|       42.1 · Cash Crop Land Rent | 14,723.00 |
|     Total 42 · Farm Rent | 14,723.00 |
|     43 · Equipment Repairs | |
|       43.1 · Tractor Repair | 184.84 |
|       43.2 · Truck Repair | 549.17 |
|       43 · Equipment Repairs - Other | 1,707.26 |
|     Total 43 · Equipment Repairs | 2,441.27 |
|     45 · Fuel & Oil | |
|       45.1 · Diesel Fuel | 606.03 |
|       45.2 · Gasoline | 92.16 |
|     Total 45 · Fuel & Oil | 698.19 |
|     51 · Supplies | 21.09 |
|     52 · Professional Fees | |
|       52.5 · Dues and Subscriptions | 100.00 |
|     Total 52 · Professional Fees | 100.00 |
|   **Total Expense** | 102,139.73 |
| **Net Ordinary Income** | 69,592.49 |

| | |
|---|---|
| 8:54 PM | **Buckman Family Farms** |
| 01/11/17 | **Profit & Loss** |
| **Cash Basis** | **December 2016** |

|  | Dec 16 |
|---|---:|
| **Other Income/Expense** | |
| **Other Expense** | |
| 70 · Contributions | 100.00 |
| 72 · Doctors & Hospitals | 237.53 |
| 73.997 · Health Insurance | 436.82 |
| 73.998 · Life Insurance | 327.31 |
| 74 · Family Living | |
|    74.984 · Dentist | 363.00 |
|    74.985 · Food | 2,195.42 |
|    74.986 · Household Operating | 73.00 |
|    74.987 · Household Equipment | 74.92 |
|    74.988 · House Repairs | 57.89 |
|    74.989 · Clothing | 742.16 |
|    74.990 · Personal Items | 528.33 |
|    74.991 · Entertainment/Recreation | 17.37 |
|    74.993 · Gifts | 2,856.30 |
|    74.998 · Household Water | 52.01 |
|    74.999 · Lunch Money | 200.00 |
|    74 · Family Living - Other | 301.17 |
| **Total 74 · Family Living** | 7,461.57 |
| **Total Other Expense** | 8,563.23 |
| **Net Other Income** | -8,563.23 |
| **Net Income** | **61,029.26** |

8:55 PM
01/11/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 3,063.14 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 2,108.21 |
| Check | 12/01/2016 | EFT | Anthem | Michael, Megan, Addie, lane ... | | 436.82 | 1,671.39 |
| Check | 12/01/2016 | EFT | Grange Life Insurance | Megan | | 6.91 | 1,664.48 |
| Check | 12/01/2016 | EFT | Amazon | xmas | | 134.94 | 1,529.54 |
| Check | 12/01/2016 | EFT | White Castle | lunch | | 13.06 | 1,516.48 |
| Check | 12/01/2016 | EFT | Old Navy | Michael, Lane and Andrew | | 63.60 | 1,452.88 |
| Check | 12/02/2016 | 1186 | LeRoy's Jewlery | xmas | | 861.19 | 591.69 |
| Check | 12/02/2016 | 1187 | Sams Club | groceries, supplies | | 269.96 | 321.73 |
| Check | 12/02/2016 | EFT | LASCO HEAVY DU... | semi parts | | 174.86 | 146.87 |
| Check | 12/02/2016 | EFT | Red Dress Boutique | Megan | | 46.00 | 100.87 |
| Check | 12/03/2016 | 1188 | Wal-Mart | groceries | | 97.86 | 3.01 |
| Check | 12/03/2016 | EFT | Ragetti's | supper | | 58.19 | -55.18 |
| Check | 12/04/2016 | EFT | Amazon | game | | 3.17 | -58.35 |
| Deposit | 12/04/2016 | DEP | Old Navy | refund | 37.16 | | -21.19 |
| Check | 12/04/2016 | EFT | Arby's | breakfast | | 3.98 | -25.17 |
| Check | 12/04/2016 | EFT | GAP | Addie | | 75.26 | -100.43 |
| Check | 12/05/2016 | 1189 | Bardstown Dermatol... | Megan | | 40.00 | -140.43 |
| Check | 12/05/2016 | EFT | Five Star Food Mart | snack | | 8.54 | -148.97 |
| Check | 12/05/2016 | EFT | Hardee's | breakfast | | 10.68 | -159.65 |
| Deposit | 12/05/2016 | DEP | OutBackToyStore | refund | 55.95 | | -103.70 |
| Check | 12/05/2016 | EFT | Wal-Mart | groceries | | 36.30 | -140.00 |
| Check | 12/06/2016 | 1190 | Kroger | groceries | | 56.72 | -196.72 |
| Check | 12/06/2016 | 1191 | Wal-Mart | groceries | | 62.67 | -259.39 |
| Deposit | 12/06/2016 | DEP | Citizens National Ba... | CAIP 492 ($1492.00) | 1,492.00 | | 1,232.61 |
| Check | 12/06/2016 | EFT | Five Star Food Mart | equipment | | 80.62 | 1,151.99 |
| Check | 12/06/2016 | EFT | Amazon | xmas | | 59.68 | 1,092.31 |
| Check | 12/06/2016 | EFT | Amazon | Kitchen stuff | | 35.13 | 1,057.18 |
| Check | 12/06/2016 | EFT | Maurices Clothing S... | Megan | | 40.80 | 1,016.38 |
| Check | 12/06/2016 | EFT | Wal-Mart | photos | | 4.22 | 1,012.16 |
| Deposit | 12/06/2016 | DEP | Rue 21 | Refund | 15.90 | | 1,028.06 |
| Deposit | 12/06/2016 | | | Deposit | 8,880.46 | | 9,908.52 |
| Check | 12/07/2016 | 1193 | Bluegrass Celular | | | 149.34 | 9,759.18 |
| Check | 12/07/2016 | 1194 | Huntington Bank | Megan's car | | 680.45 | 9,078.73 |
| Check | 12/07/2016 | 1195 | PNC Bank | Michael's truck | | 863.14 | 8,215.59 |
| Check | 12/07/2016 | 1196 | Allens | pest control | | 73.00 | 8,142.59 |
| Check | 12/07/2016 | 1197 | Marion County Water | house | | 52.01 | 8,090.58 |
| Check | 12/07/2016 | 1198 | Central Kentucky Pl... | parts | | 21.09 | 8,069.49 |
| Check | 12/07/2016 | 1199 | Car Quest | | | 154.19 | 7,915.30 |
| Check | 12/07/2016 | 1200 | Marion County Sherrif | school tax | | 97.01 | 7,818.29 |
| Check | 12/07/2016 | 1201 | Gaddie, Greg | 2016 cash rent | | 3,465.00 | 4,353.29 |
| Check | 12/07/2016 | 1202 | Marion County Water | grain bins | | 12.47 | 4,340.82 |
| Check | 12/07/2016 | EFT | Murphy's Oil | equipment | | 75.00 | 4,265.82 |
| Check | 12/07/2016 | EFT | Five Star Food Mart | equipment | | 100.00 | 4,165.82 |
| Check | 12/07/2016 | EFT | Thirty One | xmas | | 68.69 | 4,097.13 |
| Check | 12/07/2016 | EFT | Wal-Mart | | | 40.13 | 4,057.00 |
| Check | 12/08/2016 | 1203 | Wal-Mart | groceries | | 51.97 | 4,005.03 |
| Check | 12/08/2016 | EFT | Hardee's | breakfast | | 11.23 | 3,993.80 |
| Check | 12/08/2016 | EFT | Wal-Mart | groceries | | 32.01 | 3,961.79 |
| Check | 12/08/2016 | EFT | Amazon | Addie volleyball | | 53.94 | 3,907.85 |
| Check | 12/09/2016 | 1204 | Taylor Regional Ear... | Andrew | | 60.00 | 3,847.85 |
| Check | 12/09/2016 | EFT | SEARS | dishwasher parts | | 57.89 | 3,789.96 |
| Check | 12/09/2016 | EFT | Cracker Barrel | breakfast | | 28.18 | 3,761.78 |
| Check | 12/10/2016 | EFT | Citizens National Ba... | cash | | 200.00 | 3,561.78 |
| Check | 12/10/2016 | EFT | Arby's | lunch | | 20.80 | 3,540.98 |
| Check | 12/10/2016 | EFT | Norby's | parts | | 5.02 | 3,535.96 |
| Check | 12/10/2016 | EFT | Aeropastle | Addie | | 34.45 | 3,501.51 |
| Check | 12/10/2016 | EFT | American Eagle | Megan | | 31.76 | 3,469.75 |
| Check | 12/10/2016 | EFT | Net Flix | | | 9.99 | 3,459.76 |
| Check | 12/10/2016 | EFT | Five Star Food Mart | Megan | | 30.91 | 3,428.85 |
| Check | 12/11/2016 | EFT | Citizens National Ba... | error in checking with reconcile | | 198.13 | 3,230.72 |
| Deposit | 12/12/2016 | | | Deposit | 38,395.19 | | 41,625.91 |
| Deposit | 12/12/2016 | DEP | Farm Bureau | Insurance Check From Com... | 1,705.00 | | 43,330.91 |
| Deposit | 12/12/2016 | DEP | Farm Bureau | Refund for taking equipment ... | 262.07 | | 43,592.98 |
| Check | 12/12/2016 | 1205 | Knights of Columbu... | dues | | 40.00 | 43,552.98 |
| Check | 12/12/2016 | 1206 | Wal-Mart | groceries | | 166.07 | 43,386.91 |
| Check | 12/12/2016 | EFT | Murphy's Oil | Megan | | 30.25 | 43,356.66 |
| Check | 12/12/2016 | EFT | Shell | equipment | | 180.45 | 43,176.21 |
| Check | 12/12/2016 | EFT | Shoe Show | Addie | | 26.48 | 43,149.73 |
| Check | 12/12/2016 | EFT | JoAnn's Fabric | fabric | | 31.21 | 43,118.52 |
| Check | 12/12/2016 | EFT | That Cute Little Shop | Addie from Grandma | | 61.48 | 43,057.04 |
| Check | 12/12/2016 | EFT | Amazon | | | 9.79 | 43,047.25 |
| Check | 12/12/2016 | EFT | Amazon | xmas | | 190.73 | 42,856.52 |
| Check | 12/12/2016 | EFT | GAP | Addie | | 50.88 | 42,805.64 |
| Deposit | 12/12/2016 | DEP | Amazon | Refund | 17.13 | | 42,822.77 |
| Check | 12/13/2016 | 1207 | Kuts by Kristi | Megan hair | | 60.00 | 42,762.77 |
| Check | 12/13/2016 | 1208 | Hometown Wireless | New phones | | 87.24 | 42,675.53 |
| Check | 12/13/2016 | EFT | Amazon | | | 8.18 | 42,667.35 |

8:55 PM
01/11/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/13/2016 | 1209 | Shirts by US | Addie Volleyball clothes | | 100.00 | 42,567.35 |
| Check | 12/13/2016 | EFT | Amazon | phone stuff | | 151.82 | 42,415.53 |
| Check | 12/13/2016 | EFT | Amazon | xmas | | 7.67 | 42,407.86 |
| Deposit | 12/13/2016 | DEP | Red Dress Boutique | Refund | 39.00 | | 42,446.86 |
| Check | 12/14/2016 | 1210 | St. A Lunchroom | | | 200.00 | 42,246.86 |
| Check | 12/14/2016 | 1211 | Tractor Supply | Michael's xmas | | 475.99 | 41,770.87 |
| Check | 12/14/2016 | EFT | Family Dollar Store | Secret santa gift | | 6.36 | 41,764.51 |
| Check | 12/14/2016 | EFT | Smart Style | | | 52.64 | 41,711.87 |
| Check | 12/14/2016 | EFT | LaFuenta | supper | | 34.99 | 41,676.88 |
| Check | 12/14/2016 | 1212 | Spring View Physici... | Dr. Slentz (Megan) | | 57.53 | 41,619.35 |
| Check | 12/14/2016 | EFT | DDP Monogram | xmas | | 20.95 | 41,598.40 |
| Check | 12/14/2016 | EFT | Red Dress Boutique | Megan | | 36.00 | 41,562.40 |
| Check | 12/14/2016 | EFT | Amazon | xmas | | 66.99 | 41,495.41 |
| Check | 12/15/2016 | 1213 | Farm Bureau | Western Star | | 314.01 | 41,181.40 |
| Check | 12/15/2016 | EFT | That Cute Little Shop | xmas from Grandma | | 91.11 | 41,090.29 |
| Check | 12/15/2016 | EFT | Hardee's | lunch | | 10.79 | 41,079.50 |
| Check | 12/15/2016 | 1214 | Loper's Florist | Andrew | | 79.50 | 41,000.00 |
| Check | 12/15/2016 | 1215 | American Tire | Tire | | 300.17 | 40,699.83 |
| Check | 12/15/2016 | 1216 | Mannsville Tire & A... | tire | | 249.00 | 40,450.83 |
| Check | 12/15/2016 | 1217 | Windstream | Dish, Internet, Phone | | 216.65 | 40,234.18 |
| Check | 12/15/2016 | 1218 | TCF Equipment Fin... | payment | | 5,006.68 | 35,227.50 |
| Check | 12/15/2016 | 1219 | Farm Bureau | Auto | | 505.92 | 34,721.58 |
| Check | 12/15/2016 | 1220 | Inter County RECC | house | | 200.74 | 34,520.84 |
| Check | 12/15/2016 | 1221 | Inter County RECC | grain bins | | 434.98 | 34,085.86 |
| Check | 12/15/2016 | 1222 | Knights of Columbu... | dues | | 40.00 | 34,045.86 |
| Check | 12/16/2016 | EFT | Murphy's Oil | Megan | | 31.00 | 34,014.86 |
| Check | 12/16/2016 | EFT | Los Mariachis Mexic... | lunch | | 41.39 | 33,973.47 |
| Check | 12/16/2016 | EFT | Amazon | phone stuff | | 21.79 | 33,951.68 |
| Check | 12/16/2016 | EFT | Red Dress Boutique | Megan | | 50.00 | 33,901.68 |
| Check | 12/17/2016 | 1223 | Taylor Regional Car... | Lane | | 40.00 | 33,861.68 |
| Check | 12/17/2016 | 1224 | Wal-Mart | groceries | | 113.12 | 33,748.56 |
| Check | 12/17/2016 | EFT | 150 Quick Stop | | | 16.32 | 33,732.24 |
| Check | 12/17/2016 | EFT | Wal-Mart | groceries | | 20.03 | 33,712.21 |
| Check | 12/17/2016 | EFT | Shell | Michael | | 100.00 | 33,612.21 |
| Check | 12/17/2016 | EFT | Amazon | phone stuff | | 62.81 | 33,549.40 |
| Check | 12/17/2016 | EFT | KKS Silver | xmas | | 28.10 | 33,521.30 |
| Check | 12/17/2016 | EFT | DDP Monogram | xmas | | 44.44 | 33,476.86 |
| Check | 12/17/2016 | EFT | Amazon | app | | 1.05 | 33,475.81 |
| Check | 12/17/2016 | EFT | Amazon | app | | 1.05 | 33,474.76 |
| Check | 12/17/2016 | EFT | Samsung | Michael's xmas | | 317.99 | 33,156.77 |
| Check | 12/18/2016 | 1225 | Wal-Mart | groceries and supplies | | 224.04 | 32,932.73 |
| Check | 12/18/2016 | EFT | Huddle House | breakfast | | 42.65 | 32,890.08 |
| Check | 12/18/2016 | EFT | Smart Style | Megan and Addie | | 47.21 | 32,842.87 |
| Check | 12/18/2016 | EFT | Wal-Mart | carpet cleaner | | 74.92 | 32,767.95 |
| Check | 12/19/2016 | EFT | Amazon | | | 33.96 | 32,733.99 |
| Check | 12/19/2016 | EFT | Wendy's | lunch | | 16.16 | 32,717.83 |
| Check | 12/20/2016 | EFT | Wal-Mart | xmas | | 102.30 | 32,615.53 |
| Deposit | 12/20/2016 | DEP | Amazon | Refund | 1.70 | | 32,617.23 |
| Deposit | 12/20/2016 | DEP | Amazon | Refund | 48.89 | | 32,666.12 |
| Deposit | 12/20/2016 | DEP | Amazon | Refund | 1.86 | | 32,667.98 |
| Check | 12/21/2016 | EFT | Farm Bureau | Michael, Megan, Addie, Lane ... | | 188.60 | 32,479.38 |
| Check | 12/21/2016 | EFT | Met Life | Michael | | 131.80 | 32,347.58 |
| Check | 12/21/2016 | 1226 | Family and Internal ... | Megan | | 40.00 | 32,307.58 |
| Check | 12/21/2016 | 1227 | Wal-Mart | groceries | | 58.48 | 32,249.10 |
| Check | 12/21/2016 | EFT | Arby's | lunch | | 13.81 | 32,235.29 |
| Check | 12/21/2016 | 1228 | Marion County FSA ... | Good Faith Deposit | | 100.00 | 32,135.29 |
| Deposit | 12/21/2016 | DEP | Red Dress Boutique | Refund | 39.00 | | 32,174.29 |
| Check | 12/21/2016 | EFT | Amazon | | | 29.66 | 32,144.63 |
| Check | 12/22/2016 | EFT | Rue 21 | Addie | | 26.47 | 32,118.16 |
| Check | 12/22/2016 | EFT | Taco Bell | lunch | | 24.02 | 32,094.14 |
| Check | 12/22/2016 | EFT | Splash Car Wash | | | 10.00 | 32,084.14 |
| Check | 12/22/2016 | EFT | Sonic | lunch | | 7.40 | 32,076.74 |
| Check | 12/22/2016 | EFT | Tractor Supply | tool box | | 233.19 | 31,843.55 |
| Check | 12/22/2016 | EFT | Huddle House | breakfast | | 17.86 | 31,825.69 |
| Check | 12/22/2016 | EFT | Kroger | groceries | | 27.66 | 31,798.03 |
| Check | 12/22/2016 | EFT | Papa John's | lunch | | 34.41 | 31,763.62 |
| Check | 12/22/2016 | EFT | Red Dress Boutique | Megan | | 37.20 | 31,726.42 |
| Check | 12/22/2016 | EFT | Amazon | | | 2.11 | 31,724.31 |
| Deposit | 12/22/2016 | DEP | Maurices Clothing S... | Refund | 5.19 | | 31,729.50 |
| Check | 12/22/2016 | EFT | Amazon | Raffey | | 74.19 | 31,655.31 |
| Check | 12/22/2016 | EFT | Amazon | | | 10.99 | 31,644.32 |
| Check | 12/23/2016 | 1229 | Xpressions | | | 20.00 | 31,624.32 |
| Check | 12/23/2016 | EFT | Kroger | groceries | | 56.21 | 31,568.11 |
| Check | 12/24/2016 | 1230 | Holy Name Of Mary ... | tithing | | 100.00 | 31,468.11 |
| Check | 12/24/2016 | 1232 | Clan, Larry | 2016 cash rent | | 11,258.00 | 20,210.11 |
| Check | 12/24/2016 | 1233 | Gaddie, Jed Gregory | | | 1,140.00 | 19,070.11 |
| Check | 12/24/2016 | EFT | Lowe's | xmas | | 10.58 | 19,059.53 |
| Check | 12/24/2016 | EFT | Simms 208 | wine and beer | | 70.90 | 18,988.63 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8:55 PM | | | | **Buckman Family Farms** | | | |
| 01/11/17 | | | | **General Ledger** | | | |
| Cash Basis | | | | As of December 31, 2016 | | | |

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/24/2016 | EFT | Ragetti's | supper | | 126.37 | 18,862.26 |
| Check | 12/25/2016 | EFT | Amazon | Raffey | | 74.19 | 18,788.07 |
| Check | 12/26/2016 | EFT | Amazon | screen protector | | 25.98 | 18,762.09 |
| Check | 12/26/2016 | EFT | American Eagle | Megan and Addie | | 95.29 | 18,666.80 |
| Check | 12/26/2016 | 1234 | Inter County RECC | shop | | 42.50 | 18,624.30 |
| Check | 12/26/2016 | 1235 | BAC | | | 793.71 | 17,830.59 |
| Check | 12/26/2016 | EFT | American Eagle | Megan | | 95.29 | 17,735.30 |
| Check | 12/26/2016 | EFT | Amazon | Screen protectors | | 25.98 | 17,709.32 |
| Check | 12/28/2016 | EFT | Shiners | lunch with the family | | 116.27 | 17,593.05 |
| Check | 12/28/2016 | 1236 | Kroger | groceries | | 39.31 | 17,553.74 |
| Check | 12/28/2016 | 1237 | Dr. Smith | Addie, Lane and Megan | | 363.00 | 17,190.74 |
| Check | 12/28/2016 | EFT | Kroger | Michael's Truck | | 69.96 | 17,120.78 |
| Check | 12/29/2016 | EFT | Closet Candy | Megan | | 52.99 | 17,067.79 |
| Check | 12/29/2016 | EFT | Amazon | Lane's xmas from Papaw | | 22.00 | 17,045.79 |
| Deposit | 12/29/2016 | DEP | Red Dress Boutique | refund | 38.00 | | 17,083.79 |
| Check | 12/30/2016 | 1239 | Wal-Mart | groceries | | 145.19 | 16,938.60 |
| Check | 12/30/2016 | EFT | Huddle House | breakfast | | 35.49 | 16,903.11 |
| Check | 12/30/2016 | EFT | Amazon | Addie's xmas from Papaw | | 24.21 | 16,878.90 |
| Check | 12/30/2016 | EFT | Shiners | supper | | 38.08 | 16,840.82 |
| Deposit | 12/30/2016 | | | Deposit | 9,505.57 | | 26,346.39 |
| Deposit | 12/30/2016 | DEP | HUDSON Insurance... | 2016 Crop Insurance payme... | 111,754.00 | | 138,100.39 |
| Check | 12/30/2016 | 1238 | PHI Finiance | 2016 seed and chemical | | 82,030.00 | 56,070.39 |
| Check | 12/30/2016 | 1248 | Renyolds Tractor | | | 184.84 | 55,885.55 |
| Check | 12/31/2016 | EFT | Wal-Mart | birthday cake | | 17.48 | 55,868.07 |
| Check | 12/31/2016 | EFT | Country Store | birthday supper | | 53.25 | 55,814.82 |
| Check | 12/31/2016 | EFT | Kroger | drinks and ice for dance | | 21.33 | 55,793.49 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 172,294.07 | 118,608.79 | 55,793.49 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 172,294.07 | 118,608.79 | 56,748.42 |
| **700 · Accounts Receivable** | | | | | | | -64.24 |
| Total 700 · Accounts Receivable | | | | | | | -64.24 |
| **701 · Undeposited Funds** | | | | | | | 0.00 |
| Sales Receipt | 12/06/2016 | 16 | CGBJeff | | 8,880.46 | | 8,880.46 |
| Deposit | 12/06/2016 | | CGBJeff | Soybean Check | | 8,880.46 | 0.00 |
| Sales Receipt | 12/12/2016 | 17 | CGBJeff | | 38,395.19 | | 38,395.19 |
| Deposit | 12/12/2016 | 14055... | CGBJeff | Soybean Check | | 38,395.19 | 0.00 |
| Sales Receipt | 12/30/2016 | 18 | CGBJeff | | 9,505.57 | | 9,505.57 |
| Deposit | 12/30/2016 | 642922 | CGBJeff | Deposit | | 9,505.57 | 0.00 |
| Total 701 · Undeposited Funds | | | | | 56,781.22 | 56,781.22 | 0.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
| **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| **841 · Equipment Loans** | | | | | | | 10,887.20 |
| **841.5 · Huntington Bank** | | | | | | | 8,845.85 |
| Check | 12/07/2016 | 1194 | Huntington Bank | Megan's car | 680.45 | | 9,526.30 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 9,526.30 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 11,567.65 |
| **841.2 · PNC** | | | | | | | 18,989.08 |
| Check | 12/07/2016 | 1195 | PNC Bank | Michael's truck | 863.14 | | 19,852.22 |

8:55 PM  
01/11/17  
Cash Basis

**Buckman Family Farms**
# General Ledger
## As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 19,852.22 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 9,330.62 |
| Check | 12/15/2016 | 1218 | TCF Equipment Fin... | payment | 5,006.68 | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | 5,006.68 | 0.00 | 14,337.30 |
| **871 · Real Estate Loans** | | | | | | | -110,092.73 |
|   **871.1 · BAC Home Loan** | | | | | | | -119,037.73 |
| Check | 12/26/2016 | 1235 | BAC | | 793.71 | | -118,244.02 |
|   Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -118,244.02 |
|   **872 · Farm Credit Services** | | | | | | | 8,945.00 |
|   Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -109,299.02 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -33,004.55 |
| Total 3900 · Retained Earnings | | | | | | | -33,004.55 |
| **01 · Crop Sales** | | | | | | | -290,873.61 |
|   **01.020 · Yellow Corn Sales** | | | | | | | -243,105.52 |
|   Total 01.020 · Yellow Corn Sales | | | | | | | -243,105.52 |
|   **01.030 · Soybean Sales** | | | | | | | -7,768.09 |
| Sales Receipt | 12/06/2016 | 16 | CGBJeff | | | 8,880.46 | -16,648.55 |
| Sales Receipt | 12/12/2016 | 17 | CGBJeff | | | 38,395.19 | -55,043.74 |
| Sales Receipt | 12/30/2016 | 18 | CGBJeff | | | 9,505.57 | -64,549.31 |
|   Total 01.030 · Soybean Sales | | | | | 0.00 | 56,781.22 | -64,549.31 |
|   **01 · Crop Sales - Other** | | | | | | | -40,000.00 |
|   Total 01 · Crop Sales - Other | | | | | | | -40,000.00 |
| Total 01 · Crop Sales | | | | | 0.00 | 56,781.22 | -347,654.83 |
| **11 · Custom Work Income** | | | | | | | -4,515.00 |
|   **11.1 · Mach/Equip Rental** | | | | | | | -3,830.00 |
|   Total 11.1 · Mach/Equip Rental | | | | | | | -3,830.00 |
|   **11 · Custom Work Income - Other** | | | | | | | -685.00 |
|   Total 11 · Custom Work Income - Other | | | | | | | -685.00 |
| Total 11 · Custom Work Income | | | | | | | -4,515.00 |
| **18 · CAIP** | | | | | | | 0.00 |
| Deposit | 12/06/2016 | DEP | Marion County Coop... | CAIP 492 ($1492.00) | | 1,492.00 | -1,492.00 |
| Total 18 · CAIP | | | | | 0.00 | 1,492.00 | -1,492.00 |
| **20 · Misc Farm Income** | | | | | | | -700.00 |
| Deposit | 12/12/2016 | DEP | Farm Bureau | Insurance Check From Com... | | 1,705.00 | -2,405.00 |
| Total 20 · Misc Farm Income | | | | | 0.00 | 1,705.00 | -2,405.00 |
| **21 · Crop Insurance** | | | | | | | -41,443.70 |
| Deposit | 12/30/2016 | DEP | HUDSON Insurance... | 2016 Crop Insurance payme... | | 111,754.00 | -153,197.70 |
| Total 21 · Crop Insurance | | | | | 0.00 | 111,754.00 | -153,197.70 |
| **33 · Interest Expense** | | | | | | | 32,204.08 |
|   **33.2 · Operating Loan Interest** | | | | | | | 32,132.64 |
|   Total 33.2 · Operating Loan Interest | | | | | | | 32,132.64 |
|   **33 · Interest Expense - Other** | | | | | | | 71.44 |
|   Total 33 · Interest Expense - Other | | | | | | | 71.44 |
| Total 33 · Interest Expense | | | | | | | 32,204.08 |
| **34 · Payroll Expenses** | | | | | | | 2,359.71 |
|   **54 · Employee Benefits** | | | | | | | 2,359.71 |
|     **54.985 · Food** | | | | | | | 2,359.71 |
| Check | 12/04/2016 | EFT | Arby's | breakfast | 3.98 | | 2,363.69 |
| Check | 12/05/2016 | EFT | Hardee's | breakfast | 10.68 | | 2,374.37 |
| Check | 12/08/2016 | EFT | Hardee's | breakfast | 11.23 | | 2,385.60 |
| Check | 12/10/2016 | EFT | Arby's | lunch | 20.80 | | 2,406.40 |

8:55 PM
01/11/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/15/2016 | EFT | Hardee's | lunch | 10.79 | | 2,417.19 |
| Check | 12/19/2016 | EFT | Wendy's | lunch | 16.16 | | 2,433.35 |
| Check | 12/21/2016 | EFT | Arby's | lunch | 13.81 | | 2,447.16 |
| Check | 12/22/2016 | EFT | Sonic | lunch | 7.40 | | 2,454.56 |
| Check | 12/22/2016 | EFT | Papa John's | lunch | 34.41 | | 2,488.97 |
| Total 54.985 · Food | | | | | 129.26 | 0.00 | 2,488.97 |
| Total 54 · Employee Benefits | | | | | 129.26 | 0.00 | 2,488.97 |
| Total 34 · Payroll Expenses | | | | | 129.26 | 0.00 | 2,488.97 |
| **36 · Seed** | | | | | | | 0.00 |
| Check | 12/30/2016 | 1238 | PHI Finiance | 2016 seed and chemical | 82,030.00 | | 82,030.00 |
| Total 36 · Seed | | | | | 82,030.00 | 0.00 | 82,030.00 |
| **38 · Utilities** | | | | | | | 13,012.51 |
| **38.1 · Electricity** | | | | | | | 5,022.15 |
| Check | 12/15/2016 | 1220 | Inter County RECC | house | 200.74 | | 5,222.89 |
| Check | 12/15/2016 | 1221 | Inter County RECC | grain bins | 434.98 | | 5,657.87 |
| Check | 12/26/2016 | 1234 | Inter County RECC | shop | 42.50 | | 5,700.37 |
| Total 38.1 · Electricity | | | | | 678.22 | 0.00 | 5,700.37 |
| **38.2 · Telephone** | | | | | | | 227.40 |
| Total 38.2 · Telephone | | | | | | | 227.40 |
| **38.3 · Cell Phones** | | | | | | | 1,682.31 |
| Check | 12/07/2016 | 1193 | Bluegrass Celular | | 149.34 | | 1,831.65 |
| Check | 12/13/2016 | 1208 | Hometown Wireless | New phones | 87.24 | | 1,918.89 |
| Total 38.3 · Cell Phones | | | | | 236.58 | 0.00 | 1,918.89 |
| **38.4 · Water** | | | | | | | 547.22 |
| Check | 12/07/2016 | 1202 | Marion County Water | grain bins | 12.47 | | 559.69 |
| Total 38.4 · Water | | | | | 12.47 | 0.00 | 559.69 |
| **38.5 · Gas** | | | | | | | 3,327.15 |
| Total 38.5 · Gas | | | | | | | 3,327.15 |
| **38.6 · Internet** | | | | | | | 227.41 |
| Total 38.6 · Internet | | | | | | | 227.41 |
| **38 · Utilities - Other** | | | | | | | 1,978.87 |
| Check | 12/15/2016 | 1217 | Windstream | Dish, Internet, Phone | 216.65 | | 2,195.52 |
| Total 38 · Utilities - Other | | | | | 216.65 | 0.00 | 2,195.52 |
| Total 38 · Utilities | | | | | 1,143.92 | 0.00 | 14,156.43 |
| **39 · Insurance** | | | | | | | 33,635.34 |
| **39.2 · Property Insurance** | | | | | | | 0.00 |
| Deposit | 12/12/2016 | DEP | Farm Bureau | Refund for taking equipment ... | | 262.07 | -262.07 |
| Total 39.2 · Property Insurance | | | | | 0.00 | 262.07 | -262.07 |
| **39.3 · Vehicle Insurance** | | | | | | | 1,377.69 |
| Total 39.3 · Vehicle Insurance | | | | | | | 1,377.69 |
| **39.5 · Crop Insurance** | | | | | | | 27,809.45 |
| Total 39.5 · Crop Insurance | | | | | | | 27,809.45 |
| **39 · Insurance - Other** | | | | | | | 4,448.20 |
| Check | 12/15/2016 | 1213 | Farm Bureau | Western Star | 314.01 | | 4,762.21 |
| Check | 12/15/2016 | 1219 | Farm Bureau | Auto | 505.92 | | 5,268.13 |
| Total 39 · Insurance - Other | | | | | 819.93 | 0.00 | 5,268.13 |
| Total 39 · Insurance | | | | | 819.93 | 262.07 | 34,193.20 |
| **40 · Miscellaneous** | | | | | | | 10,280.38 |
| **40.1 · Bank Charges** | | | | | | | 227.86 |
| Total 40.1 · Bank Charges | | | | | | | 227.86 |
| **40.2 · Office Supplies** | | | | | | | 235.85 |
| Total 40.2 · Office Supplies | | | | | | | 235.85 |
| **40.3 · Travel & Ent** | | | | | | | 464.06 |
| **40.33 · Meals** | | | | | | | 163.28 |
| Total 40.33 · Meals | | | | | | | 163.28 |

8:55 PM  
01/11/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **40.34 · Travel** | | | | | | | 153.23 |
| Total 40.34 · Travel | | | | | | | 153.23 |
| **40.3 · Travel & Ent - Other** | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 147.55 |
| Total 40.3 · Travel & Ent | | | | | | | 464.06 |
| **40 · Miscellaneous - Other** | | | | | | | 9,352.61 |
| Check | 12/11/2016 | EFT | Citizens National Ba... | error in checking with reconcile | 198.13 | | 9,550.74 |
| Total 40 · Miscellaneous - Other | | | | | 198.13 | 0.00 | 9,550.74 |
| Total 40 · Miscellaneous | | | | | 198.13 | 0.00 | 10,478.51 |
| **41 · Property Taxes** | | | | | | | 1,581.63 |
| Check | 12/07/2016 | 1200 | Marion County Sherrif | school tax | 97.01 | | 1,678.64 |
| Total 41 · Property Taxes | | | | | 97.01 | 0.00 | 1,678.64 |
| **42 · Farm Rent** | | | | | | | 78,600.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 78,600.00 |
| Check | 12/07/2016 | 1201 | Gaddie, Greg | 2016 cash rent | 3,465.00 | | 82,065.00 |
| Check | 12/24/2016 | 1232 | Clan, Larry | 2016 cash rent | 11,258.00 | | 93,323.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 14,723.00 | 0.00 | 93,323.00 |
| Total 42 · Farm Rent | | | | | 14,723.00 | 0.00 | 93,323.00 |
| **43 · Equipment Repairs** | | | | | | | 12,091.77 |
| **43.0 · Sprayer Repairs** | | | | | | | 522.99 |
| Total 43.0 · Sprayer Repairs | | | | | | | 522.99 |
| **43.1 · Tractor Repair** | | | | | | | 2,156.81 |
| Check | 12/30/2016 | 1248 | Renyolds Tractor | | 184.84 | | 2,341.65 |
| Total 43.1 · Tractor Repair | | | | | 184.84 | 0.00 | 2,341.65 |
| **43.2 · Truck Repair** | | | | | | | 2,566.32 |
| Check | 12/15/2016 | 1215 | American Tire | Tire | 300.17 | | 2,866.49 |
| Check | 12/15/2016 | 1216 | Mannsville Tire & A... | tire | 249.00 | | 3,115.49 |
| Total 43.2 · Truck Repair | | | | | 549.17 | 0.00 | 3,115.49 |
| **43.3 · Other Equip Repairs** | | | | | | | 98.41 |
| Total 43.3 · Other Equip Repairs | | | | | | | 98.41 |
| **43.5 · John Deere Financial** | | | | | | | 263.62 |
| Total 43.5 · John Deere Financial | | | | | | | 263.62 |
| **43.7 · Combine Repair** | | | | | | | 989.66 |
| Total 43.7 · Combine Repair | | | | | | | 989.66 |
| **43.8 · Grain Bin Repairs** | | | | | | | 25.97 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 25.97 |
| **53.0 · Licenses and Permits** | | | | | | | 24.99 |
| Total 53.0 · Licenses and Permits | | | | | | | 24.99 |
| **43 · Equipment Repairs - Other** | | | | | | | 5,443.00 |
| Check | 12/02/2016 | EFT | LASCO HEAVY DU... | semi parts | 174.86 | | 5,617.86 |
| Check | 12/07/2016 | 1199 | Car Quest | | 154.19 | | 5,772.05 |
| Check | 12/10/2016 | EFT | Norby's | parts | 5.02 | | 5,777.07 |
| Check | 12/22/2016 | EFT | Tractor Supply | tool box | 233.19 | | 6,010.26 |
| Check | 12/24/2016 | 1233 | Gaddie, Jed Gregory | | 1,140.00 | | 7,150.26 |
| Total 43 · Equipment Repairs - Other | | | | | 1,707.26 | 0.00 | 7,150.26 |
| Total 43 · Equipment Repairs | | | | | 2,441.27 | 0.00 | 14,533.04 |
| **45 · Fuel & Oil** | | | | | | | 9,840.67 |
| **45.1 · Diesel Fuel** | | | | | | | 8,279.59 |
| Check | 12/06/2016 | EFT | Five Star Food Mart | equipment | 80.62 | | 8,360.21 |
| Check | 12/07/2016 | EFT | Murphy's Oil | equipment | 75.00 | | 8,435.21 |
| Check | 12/07/2016 | EFT | Five Star Food Mart | equipment | 100.00 | | 8,535.21 |
| Check | 12/12/2016 | EFT | Shell | equipment | 180.45 | | 8,715.66 |
| Check | 12/17/2016 | EFT | Shell | Michael | 100.00 | | 8,815.66 |
| Check | 12/28/2016 | EFT | Kroger | Michael's Truck | 69.96 | | 8,885.62 |
| Total 45.1 · Diesel Fuel | | | | | 606.03 | 0.00 | 8,885.62 |
| **45.2 · Gasoline** | | | | | | | 1,502.78 |
| Check | 12/10/2016 | EFT | Five Star Food Mart | Megan | 30.91 | | 1,533.69 |

8:55 PM  
01/11/17  
Cash Basis

**Buckman Family Farms**
# General Ledger
### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/12/2016 | EFT | Murphy's Oil | Megan | 30.25 | | 1,563.94 |
| Check | 12/16/2016 | EFT | Murphy's Oil | Megan | 31.00 | | 1,594.94 |
| Total 45.2 · Gasoline | | | | | 92.16 | 0.00 | 1,594.94 |
| **45.3 · Oil & Lubricants** | | | | | | | 58.30 |
| Total 45.3 · Oil & Lubricants | | | | | | | 58.30 |
| **Total 45 · Fuel & Oil** | | | | | 698.19 | 0.00 | 10,538.86 |
| **51 · Supplies** | | | | | | | 376.80 |
| **51.1 · Small Tools & Supplies** | | | | | | | 51.34 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 51.34 |
| **51.2 · Rent on tanks** | | | | | | | 192.36 |
| Total 51.2 · Rent on tanks | | | | | | | 192.36 |
| **51 · Supplies - Other** | | | | | | | 133.10 |
| Check | 12/07/2016 | 1198 | Central Kentucky Pl... | parts | 21.09 | | 154.19 |
| Total 51 · Supplies - Other | | | | | 21.09 | 0.00 | 154.19 |
| **Total 51 · Supplies** | | | | | 21.09 | 0.00 | 397.89 |
| **52 · Professional Fees** | | | | | | | 4,302.47 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 4,002.47 |
| Check | 12/21/2016 | 1228 | Marion County FSA ... | Good Faith Deposit | 100.00 | | 4,102.47 |
| Total 52.5 · Dues and Subscriptions | | | | | 100.00 | 0.00 | 4,102.47 |
| **Total 52 · Professional Fees** | | | | | 100.00 | 0.00 | 4,402.47 |
| **70 · Contributions** | | | | | | | 548.00 |
| Check | 12/24/2016 | 1230 | Holy Name Of Mary ... | tithing | 100.00 | | 648.00 |
| Total 70 · Contributions | | | | | 100.00 | 0.00 | 648.00 |
| **71 · Medicine** | | | | | | | 826.89 |
| Total 71 · Medicine | | | | | | | 826.89 |
| **72 · Doctors & Hospitals** | | | | | | | 8,665.36 |
| Check | 12/05/2016 | 1189 | Bardstown Dermatol... | Megan | 40.00 | | 8,705.36 |
| Check | 12/09/2016 | 1204 | Taylor Regional Ear... | Andrew | 60.00 | | 8,765.36 |
| Check | 12/14/2016 | 1212 | Spring View Physici... | Dr. Slentz (Megan) | 57.53 | | 8,822.89 |
| Check | 12/17/2016 | 1223 | Taylor Regional Car... | Lane | 40.00 | | 8,862.89 |
| Check | 12/21/2016 | 1226 | Family and Internal ... | Megan | 40.00 | | 8,902.89 |
| Total 72 · Doctors & Hospitals | | | | | 237.53 | 0.00 | 8,902.89 |
| **73.997 · Health Insurance** | | | | | | | 4,368.20 |
| Check | 12/01/2016 | EFT | Anthem | Michael, Megan, Addie, lane ... | 436.82 | | 4,805.02 |
| Total 73.997 · Health Insurance | | | | | 436.82 | 0.00 | 4,805.02 |
| **73.998 · Life Insurance** | | | | | | | 3,599.76 |
| Check | 12/01/2016 | EFT | Grange Life Insurance | Megan | 6.91 | | 3,606.67 |
| Check | 12/21/2016 | EFT | Farm Bureau | Michael, Megan,Addie,Lane ... | 188.60 | | 3,795.27 |
| Check | 12/21/2016 | EFT | Met Life | Michael | 131.80 | | 3,927.07 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 3,927.07 |
| **74 · Family Living** | | | | | | | 44,242.76 |
| **74.983 · Pat's Pharmacy** | | | | | | | 302.46 |
| Total 74.983 · Pat's Pharmacy | | | | | | | 302.46 |
| **74.984 · Dentist** | | | | | | | 292.30 |
| Check | 12/28/2016 | 1237 | Dr. Smith | Addie, Lane and Megan | 363.00 | | 655.30 |
| Total 74.984 · Dentist | | | | | 363.00 | 0.00 | 655.30 |
| **74.985 · Food** | | | | | | | 14,519.10 |
| Check | 12/01/2016 | EFT | White Castle | lunch | 13.06 | | 14,532.16 |
| Check | 12/02/2016 | 1187 | Sams Club | groceries, supplies | 269.96 | | 14,802.12 |
| Check | 12/03/2016 | 1188 | Wal-Mart | groceries | 97.86 | | 14,899.98 |
| Check | 12/03/2016 | EFT | Ragetti's | supper | 58.19 | | 14,958.17 |
| Check | 12/05/2016 | EFT | Five Star Food Mart | snack | 8.54 | | 14,966.71 |
| Check | 12/05/2016 | EFT | Wal-Mart | groceries | 36.30 | | 15,003.01 |
| Check | 12/06/2016 | 1190 | Kroger | groceries | 56.72 | | 15,059.73 |
| Check | 12/06/2016 | 1191 | Wal-Mart | groceries | 62.67 | | 15,122.40 |
| Check | 12/06/2016 | EFT | Wal-Mart | photos | 4.22 | | 15,126.62 |

8:55 PM  
01/11/17  
Cash Basis

**Buckman Family Farms**
## General Ledger
As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/07/2016 | EFT | Wal-Mart | | 40.13 | | 15,166.75 |
| Check | 12/08/2016 | 1203 | Wal-Mart | groceries | 51.97 | | 15,218.72 |
| Check | 12/08/2016 | EFT | Wal-Mart | groceries | 32.01 | | 15,250.73 |
| Check | 12/09/2016 | EFT | Cracker Barrel | breakfast | 28.18 | | 15,278.91 |
| Check | 12/12/2016 | 1206 | Wal-Mart | groceries | 166.07 | | 15,444.98 |
| Check | 12/14/2016 | EFT | LaFuenta | supper | 34.99 | | 15,479.97 |
| Check | 12/16/2016 | EFT | Los Mariachis Mexic... | lunch | 41.39 | | 15,521.36 |
| Check | 12/17/2016 | 1224 | Wal-Mart | groceries | 113.12 | | 15,634.48 |
| Check | 12/17/2016 | EFT | 150 Quick Stop | | 16.32 | | 15,650.80 |
| Check | 12/17/2016 | EFT | Wal-Mart | groceries | 20.03 | | 15,670.83 |
| Check | 12/18/2016 | 1225 | Wal-Mart | groceries and supplies | 224.04 | | 15,894.87 |
| Check | 12/18/2016 | EFT | Huddle House | breakfast | 42.65 | | 15,937.52 |
| Check | 12/21/2016 | 1227 | Wal-Mart | groceries | 58.48 | | 15,996.00 |
| Check | 12/22/2016 | EFT | Taco Bell | lunch | 24.02 | | 16,020.02 |
| Check | 12/22/2016 | EFT | Huddle House | breakfast | 17.86 | | 16,037.88 |
| Check | 12/22/2016 | EFT | Kroger | groceries | 27.66 | | 16,065.54 |
| Check | 12/23/2016 | EFT | Kroger | groceries | 56.21 | | 16,121.75 |
| Check | 12/24/2016 | EFT | Ragetti's | supper | 126.37 | | 16,248.12 |
| Check | 12/28/2016 | EFT | Shiners | lunch with the family | 116.27 | | 16,364.39 |
| Check | 12/28/2016 | 1236 | Kroger | groceries | 39.31 | | 16,403.70 |
| Check | 12/30/2016 | 1239 | Wal-Mart | groceries | 145.19 | | 16,548.89 |
| Check | 12/30/2016 | EFT | Huddle House | breakfast | 35.49 | | 16,584.38 |
| Check | 12/30/2016 | EFT | Shiners | supper | 38.08 | | 16,622.46 |
| Check | 12/31/2016 | EFT | Wal-Mart | birthday cake | 17.48 | | 16,639.94 |
| Check | 12/31/2016 | EFT | Country Store | birthday supper | 53.25 | | 16,693.19 |
| Check | 12/31/2016 | EFT | Kroger | drinks and ice for dance | 21.33 | | 16,714.52 |
| Total 74.985 · Food | | | | | 2,195.42 | 0.00 | 16,714.52 |
| **74.986 · Household Operating** | | | | | | | 677.55 |
| Check | 12/07/2016 | 1196 | Allens | pest control | 73.00 | | 750.55 |
| Total 74.986 · Household Operating | | | | | 73.00 | 0.00 | 750.55 |
| **74.987 · Household Equipment** | | | | | | | 240.37 |
| Check | 12/18/2016 | EFT | Wal-Mart | carpet cleaner | 74.92 | | 315.29 |
| Total 74.987 · Household Equipment | | | | | 74.92 | 0.00 | 315.29 |
| **74.988 · House Repairs** | | | | | | | 713.11 |
| Check | 12/09/2016 | EFT | SEARS | dishwasher parts | 57.89 | | 771.00 |
| Total 74.988 · House Repairs | | | | | 57.89 | 0.00 | 771.00 |
| **74.989 · Clothing** | | | | | | | 7,152.35 |
| Check | 12/01/2016 | EFT | Old Navy | Michael, Lane and Andrew | 63.60 | | 7,215.95 |
| Check | 12/02/2016 | EFT | Red Dress Boutique | Megan | 46.00 | | 7,261.95 |
| Deposit | 12/04/2016 | DEP | Old Navy | refund | | 37.16 | 7,224.79 |
| Check | 12/04/2016 | EFT | GAP | Addie | 75.26 | | 7,300.05 |
| Check | 12/06/2016 | EFT | Maurices Clothing S... | Megan | 40.80 | | 7,340.85 |
| Deposit | 12/06/2016 | DEP | Rue 21 | Refund | | 15.90 | 7,324.95 |
| Check | 12/08/2016 | EFT | Amazon | Addie volleyball | 53.94 | | 7,378.89 |
| Check | 12/10/2016 | EFT | Aeropastle | Addie | 34.45 | | 7,413.34 |
| Check | 12/10/2016 | EFT | American Eagle | Megan | 31.76 | | 7,445.10 |
| Check | 12/12/2016 | EFT | Shoe Show | Addie | 26.48 | | 7,471.58 |
| Check | 12/12/2016 | EFT | GAP | Addie | 50.88 | | 7,522.46 |
| Check | 12/13/2016 | 1209 | Shirts by US | Addie Volleyball clothes | 100.00 | | 7,622.46 |
| Deposit | 12/13/2016 | DEP | Red Dress Boutique | Refund | | 39.00 | 7,583.46 |
| Check | 12/14/2016 | EFT | Red Dress Boutique | Megan | 36.00 | | 7,619.46 |
| Check | 12/16/2016 | EFT | Red Dress Boutique | Megan | 50.00 | | 7,669.46 |
| Deposit | 12/21/2016 | DEP | Red Dress Boutique | Refund | | 39.00 | 7,630.46 |
| Check | 12/22/2016 | EFT | Rue 21 | Addie | 26.47 | | 7,656.93 |
| Check | 12/22/2016 | EFT | Red Dress Boutique | Megan | 37.20 | | 7,694.13 |
| Deposit | 12/22/2016 | DEP | Maurices Clothing S... | Refund | | 5.19 | 7,688.94 |
| Check | 12/26/2016 | EFT | American Eagle | Megan and Addie | 95.29 | | 7,784.23 |
| Check | 12/26/2016 | EFT | American Eagle | Megan | 95.29 | | 7,879.52 |
| Check | 12/29/2016 | EFT | Closet Candy | Megan | 52.99 | | 7,932.51 |
| Deposit | 12/29/2016 | DEP | Red Dress Boutique | refund | | 38.00 | 7,894.51 |
| Total 74.989 · Clothing | | | | | 916.41 | 174.25 | 7,894.51 |
| **74.990 · Personal Items** | | | | | | | 4,337.85 |
| Check | 12/13/2016 | 1207 | Kuts by Kristi | Megan hair | 60.00 | | 4,397.85 |
| Check | 12/13/2016 | EFT | Amazon | phone stuff | 151.82 | | 4,549.67 |
| Check | 12/14/2016 | EFT | Smart Style | | 52.64 | | 4,602.31 |
| Check | 12/17/2016 | EFT | Amazon | phone stuff | 62.81 | | 4,665.12 |
| Check | 12/18/2016 | EFT | Smart Style | Megan and Addie | 47.21 | | 4,712.33 |
| Check | 12/22/2016 | EFT | Amazon | | 10.99 | | 4,723.32 |
| Check | 12/23/2016 | 1229 | Xpressions | | 20.00 | | 4,743.32 |
| Check | 12/24/2016 | EFT | Simms 208 | wine and beer | 70.90 | | 4,814.22 |

8:55 PM  
01/11/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/26/2016 | EFT | Amazon | screen protector | 25.98 | | 4,840.20 |
| Check | 12/26/2016 | EFT | Amazon | Screen protectors | 25.98 | | 4,866.18 |
| Total 74.990 · Personal Items | | | | | 528.33 | 0.00 | 4,866.18 |
| **74.991 · Entertainment/Recreation** | | | | | | | 1,189.58 |
| Check | 12/04/2016 | EFT | Amazon | game | 3.17 | | 1,192.75 |
| Check | 12/10/2016 | EFT | Net Flix | | 9.99 | | 1,202.74 |
| Check | 12/17/2016 | EFT | Amazon | app | 1.05 | | 1,203.79 |
| Check | 12/17/2016 | EFT | Amazon | app | 1.05 | | 1,204.84 |
| Check | 12/22/2016 | EFT | Amazon | | 2.11 | | 1,206.95 |
| Total 74.991 · Entertainment/Recreation | | | | | 17.37 | 0.00 | 1,206.95 |
| **74.992 · Education/Reading** | | | | | | | 6,788.43 |
| Total 74.992 · Education/Reading | | | | | | | 6,788.43 |
| **74.993 · Gifts** | | | | | | | 4,545.86 |
| Check | 12/01/2016 | EFT | Amazon | xmas | 134.94 | | 4,680.80 |
| Check | 12/02/2016 | 1186 | LeRoy's Jewlery | xmas | 861.19 | | 5,541.99 |
| Deposit | 12/05/2016 | DEP | OutBackToyStore | refund | | 55.95 | 5,486.04 |
| Check | 12/06/2016 | EFT | Amazon | xmas | 59.68 | | 5,545.72 |
| Check | 12/06/2016 | EFT | Amazon | Kitchen stuff | 35.13 | | 5,580.85 |
| Check | 12/07/2016 | EFT | Thirty One | xmas | 68.69 | | 5,649.54 |
| Check | 12/12/2016 | EFT | JoAnn's Fabric | fabric | 31.21 | | 5,680.75 |
| Check | 12/12/2016 | EFT | That Cute Little Shop | Addie from Grandma | 61.48 | | 5,742.23 |
| Check | 12/12/2016 | EFT | Amazon | | 9.79 | | 5,752.02 |
| Check | 12/12/2016 | EFT | Amazon | xmas | 190.73 | | 5,942.75 |
| Deposit | 12/12/2016 | DEP | Amazon | Refund | | 17.13 | 5,925.62 |
| Check | 12/13/2016 | EFT | Amazon | | 8.18 | | 5,933.80 |
| Check | 12/13/2016 | EFT | Amazon | xmas | 7.67 | | 5,941.47 |
| Check | 12/14/2016 | 1211 | Tractor Supply | Michael's xmas | 475.99 | | 6,417.46 |
| Check | 12/14/2016 | EFT | Family Dollar Store | Secret santa gift | 6.36 | | 6,423.82 |
| Check | 12/14/2016 | EFT | DDP Monogram | xmas | 20.95 | | 6,444.77 |
| Check | 12/14/2016 | EFT | Amazon | xmas | 66.99 | | 6,511.76 |
| Check | 12/15/2016 | EFT | That Cute Little Shop | xmas from Grandma | 91.11 | | 6,602.87 |
| Check | 12/15/2016 | 1214 | Loper's Florist | Andrew | 79.50 | | 6,682.37 |
| Check | 12/16/2016 | EFT | Amazon | phone stuff | 21.79 | | 6,704.16 |
| Check | 12/17/2016 | EFT | KKS Silver | xmas | 28.10 | | 6,732.26 |
| Check | 12/17/2016 | EFT | DDP Monogram | xmas | 44.44 | | 6,776.70 |
| Check | 12/17/2016 | EFT | Samsung | Michael's xmas | 317.99 | | 7,094.69 |
| Check | 12/20/2016 | EFT | Wal-Mart | xmas | 102.30 | | 7,196.99 |
| Check | 12/22/2016 | EFT | Amazon | Raffey | 74.19 | | 7,271.18 |
| Check | 12/24/2016 | EFT | Lowe's | xmas | 10.58 | | 7,281.76 |
| Check | 12/25/2016 | EFT | Amazon | Raffey | 74.19 | | 7,355.95 |
| Check | 12/29/2016 | EFT | Amazon | Lane's xmas from Papaw | 22.00 | | 7,377.95 |
| Check | 12/30/2016 | EFT | Amazon | Addie's xmas from Papaw | 24.21 | | 7,402.16 |
| Total 74.993 · Gifts | | | | | 2,929.38 | 73.08 | 7,402.16 |
| **74.994 · Transportation** | | | | | | | 339.70 |
| Total 74.994 · Transportation | | | | | | | 339.70 |
| **74.997 · Household Electricity** | | | | | | | 720.13 |
| Total 74.997 · Household Electricity | | | | | | | 720.13 |
| **74.998 · Household Water** | | | | | | | 166.21 |
| Check | 12/07/2016 | 1197 | Marion County Water | house | 52.01 | | 218.22 |
| Total 74.998 · Household Water | | | | | 52.01 | 0.00 | 218.22 |
| **74.999 · Lunch Money** | | | | | | | 800.00 |
| Check | 12/14/2016 | 1210 | St. A Lunchroom | | 200.00 | | 1,000.00 |
| Total 74.999 · Lunch Money | | | | | 200.00 | 0.00 | 1,000.00 |
| **74 · Family Living - Other** | | | | | | | 1,457.76 |
| Check | 12/10/2016 | EFT | Citizens National Ba... | cash | 200.00 | | 1,657.76 |
| Check | 12/12/2016 | 1205 | Knights of Columbu... | dues | 40.00 | | 1,697.76 |
| Check | 12/15/2016 | 1222 | Knights of Columbu... | dues | 40.00 | | 1,737.76 |
| Check | 12/19/2016 | EFT | Amazon | | 33.96 | | 1,771.72 |
| Deposit | 12/20/2016 | DEP | Amazon | Refund | | 1.70 | 1,770.02 |
| Deposit | 12/20/2016 | DEP | Amazon | Refund | | 48.89 | 1,721.13 |
| Deposit | 12/20/2016 | DEP | Amazon | Refund | | 1.86 | 1,719.27 |
| Check | 12/21/2016 | EFT | Amazon | | 29.66 | | 1,748.93 |
| Check | 12/22/2016 | EFT | Splash Car Wash | | 10.00 | | 1,758.93 |
| Total 74 · Family Living - Other | | | | | 353.62 | 52.45 | 1,758.93 |
| Total 74 · Family Living | | | | | 7,761.35 | 299.78 | 51,704.33 |

8:55 PM

01/11/17

Cash Basis

**Buckman Family Farms**

# General Ledger

### As of December 31, 2016

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | 347,684.08 | 347,684.08 | 0.00 |