Month of  January , 2017

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>          $ 50,000

Corn, XXXX.XX bushels

New loan received this month (if any): $ 45,658.09
FSA-CCC Loan

Wages earned from outside work:   $ _____

Other receipts:                   $ 10,132.89
Crop Insurance

Total Cash Receipts               $ 105,790.98

II. <u>Expenses Paid</u>:

Total amount paid for household
or living expense:                $ 5,033.61

Operating expenses paid (itemize): $101,757.11

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $215.33 |
| Fertilizer | $76,361.10 |
| Utilities | $631.89 |
| Insurance | |
| Miscellaneous | $219.20 |
| Property Taxes | |
| Land Rent | $20,000.00 |
| Equipment Repairs | $997.95 |
| Fuel & Oil | $364.73 |
| Chemicals | $2,873.34 |
| Professional Fees | $93.57 |

Plan payments made to Chapter 12 Trustee $_____

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 01/09/17 | Huntington Bank | 1252 | $680.45 | Megan's car |
| 01/09/17 | PNC Bank | 1251 | $863.14 | Michael's truck |
| 01/28/17 | BAC | 1271 | $793.71 | House Payment |
| 01/25/17 | Farm Credit Services | 1263 | $48,651.70 | |

Total of direct payments $ 50,989.00

TOTAL EXPENSES PAID DURING MONTH $ 157,779.72

Losses due to crop failure or damage $_____

Losses due to death or disease of livestock or poultry $_____

PROFIT (or loss) FOR MONTH $ (51,988.74)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month: $ 56,768.69

Income (or Loss) During Month: $ (51,988.74)

Cash and Bank Account Balance at End of Month: $ 4,779.95

IV. Expenses charged but not paid during month (itemize):

Expense $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

4/10/17
Date

_[signature]_
Debtor/Officer of Debtor

# TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt and/or check number  _____

    Ending Withholding Tax Payable    _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt and/or check number  _____

    Ending Withholding Tax Payable    _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable    _____

    Withheld or Accrued    _____

    Disbursements to Tax Account    _____

    Deposit Receipt and/or check number  _____

    Ending FICA Tax Payable    _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number        _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

4/10/17
Date                                                                Debtor/Officer of Debtor

# Buckman Family Farms
## Profit & Loss
### January 2017

|  | Jan 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 50,000.00 |
| **Total 01 · Crop Sales** | 50,000.00 |
| 21 · Crop Insurance | 10,132.89 |
| **Total Income** | 60,132.89 |
| **Gross Profit** | 60,132.89 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 215.33 |
| **Total 54 · Employee Benefits** | 215.33 |
| **Total 34 · Payroll Expenses** | 215.33 |
| **35 · Fertilizers** | 76,361.10 |
| **38 · Utilities** | |
| 38.1 · Electricity | 226.20 |
| 38.3 · Cell Phones | 164.07 |
| 38.4 · Water | 7.53 |
| 38 · Utilities - Other | 234.09 |
| **Total 38 · Utilities** | 631.89 |
| **40 · Miscellaneous** | |
| 40.3 · Travel & Ent | 219.20 |
| **Total 40 · Miscellaneous** | 219.20 |
| **42 · Farm Rent** | |
| 42.1 · Cash Crop Land Rent | 20,000.00 |
| **Total 42 · Farm Rent** | 20,000.00 |
| **43 · Equipment Repairs** | |
| 43.1 · Tractor Repair | 720.59 |
| 43.2 · Truck Repair | 93.90 |
| 43.3 · Other Equip Repairs | 129.08 |
| 43 · Equipment Repairs - Other | 54.38 |
| **Total 43 · Equipment Repairs** | 997.95 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 271.36 |
| 45.2 · Gasoline | 93.37 |
| **Total 45 · Fuel & Oil** | 364.73 |
| **50 · Chemicals** | 2,873.34 |
| **52 · Professional Fees** | |
| 52.5 · Dues and Subscriptions | 93.57 |
| **Total 52 · Professional Fees** | 93.57 |
| **Total Expense** | 101,757.11 |
| **Net Ordinary Income** | -41,624.22 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 446.59 |
| 73.997 · Health Insurance | 774.43 |
| 73.998 · Life Insurance | 327.31 |

5:19 PM
03/23/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### January 2017

|  | Jan 17 |
|---|---:|
| **74 · Family Living** | |
| 74.985 · Food | 1,376.29 |
| 74.986 · Household Operating | 23.00 |
| 74.988 · House Repairs | 254.22 |
| 74.989 · Clothing | 251.79 |
| 74.990 · Personal Items | 158.93 |
| 74.991 · Entertainment/Recreation | 117.98 |
| 74.992 · Education/Reading | 635.50 |
| 74.993 · Gifts | 368.63 |
| 74.997 · Household Electricity | 271.85 |
| 74.998 · Household Water | 49.07 |
| 74 · Family Living - Other | -21.98 |
| **Total 74 · Family Living** | 3,485.28 |
| **Total Other Expense** | 5,033.61 |
| **Net Other Income** | -5,033.61 |
| **Net Income** | **-46,657.83** |

5:18 PM
03/23/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **96 · Bank Accounts** | | | | | | | 56,768.69 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 55,813.76 |
| Check | 01/01/2017 | EFT | Keystone Cinema | movies | | 59.75 | 55,754.01 |
| Deposit | 01/01/2017 | DEP | Citizens National Bank | error in checking | 74.92 | | 55,828.93 |
| Check | 01/01/2017 | EFT | Anthem | Michael. Megan, Addie, Lane and Andrew | | 774.43 | 55,054.50 |
| Check | 01/01/2017 | EFT | Grange Life Insurance | Megan | | 6.91 | 55,047.59 |
| Check | 01/01/2017 | EFT | Robin's Embroidery | | | 16.00 | 55,031.59 |
| Check | 01/01/2017 | EFT | Amazon | xmas | | 8.18 | 55,023.41 |
| Check | 01/01/2017 | EFT | Amazon | | | 8.10 | 55,015.31 |
| Check | 01/02/2017 | EFT | Taco Bell | lunch | | 24.50 | 54,990.81 |
| Check | 01/03/2017 | 1240 | Wal-Mart | groceries | | 86.92 | 54,903.89 |
| Check | 01/04/2017 | 1241 | Associates of Dermatalo... | Megan | | 60.00 | 54,843.89 |
| Check | 01/04/2017 | EFT | Famous Dave's | lunch | | 45.81 | 54,798.08 |
| Check | 01/04/2017 | EFT | Five Star Food Mart | Megan | | 31.34 | 54,766.74 |
| Check | 01/04/2017 | EFT | ETSY | bday present to myself | | 30.94 | 54,735.80 |
| Deposit | 01/04/2017 | DEP | Amazon | Refund | 49.38 | | 54,785.18 |
| Check | 01/05/2017 | EFT | Amazon | screen proctectors | | 34.87 | 54,750.31 |
| Check | 01/06/2017 | EFT | Kroger | Michael | | 76.96 | 54,673.35 |
| Check | 01/06/2017 | EFT | Wal-Mart | groceries | | 45.43 | 54,627.92 |
| Check | 01/06/2017 | EFT | Children's Place | Lane | | 25.44 | 54,602.48 |
| Check | 01/07/2017 | EFT | Subway | lunch | | 22.35 | 54,580.13 |
| Check | 01/07/2017 | EFT | Norby's | parts | | 14.38 | 54,565.75 |
| Check | 01/07/2017 | EFT | Wal-Mart | Mom's bday (TV) | | 241.68 | 54,324.07 |
| Check | 01/07/2017 | EFT | Amazon | hair product | | 15.00 | 54,309.07 |
| Check | 01/07/2017 | EFT | Google | | | 2.99 | 54,306.08 |
| Check | 01/07/2017 | EFT | Amazon | Happy Everything | | 22.16 | 54,283.92 |
| Check | 01/09/2017 | 1243 | Wal-Mart | groceries | | 130.47 | 54,153.45 |
| Check | 01/09/2017 | 1244 | Allens | pest control | | 23.00 | 54,130.45 |
| Check | 01/09/2017 | 1245 | Inter County RECC | grain bins | | 128.24 | 54,002.21 |
| Check | 01/09/2017 | 1246 | Inter County RECC | house | | 271.85 | 53,730.36 |
| Check | 01/09/2017 | 1247 | Smart Tuition | kids tuition | | 444.83 | 53,285.53 |
| Check | 01/09/2017 | 1249 | Marion County Water | grain bins | | 7.53 | 53,278.00 |
| Check | 01/09/2017 | 1250 | Marion County Water | house | | 49.07 | 53,228.93 |
| Check | 01/09/2017 | 1251 | PNC Bank | Michael's truck | | 863.14 | 52,365.79 |
| Check | 01/09/2017 | 1252 | Huntington Bank | Megan's car | | 680.45 | 51,685.34 |
| Check | 01/10/2017 | 1253 | Lebanon Pediatrics | Addie | | 80.00 | 51,605.34 |
| Check | 01/10/2017 | EFT | Hardee's | lunch | | 9.07 | 51,596.27 |
| Check | 01/10/2017 | EFT | McDonalds | supper | | 19.22 | 51,577.05 |
| Check | 01/10/2017 | EFT | Amazon | Home decor | | 104.94 | 51,472.11 |
| Check | 01/10/2017 | EFT | Net Flix | monthly dues | | 9.99 | 51,462.12 |
| Deposit | 01/10/2017 | DEP | Amazon | Refund | 11.93 | | 51,474.05 |
| Check | 01/11/2017 | 1254 | Dr. Hunt | Megan | | 60.00 | 51,414.05 |
| Check | 01/11/2017 | EFT | Five Star Food Mart | Megan | | 31.23 | 51,382.82 |
| Check | 01/11/2017 | EFT | Old Navy | Addie and Lane | | 83.74 | 51,299.08 |
| Check | 01/11/2017 | EFT | Commodity Classic | 2017 Corn Board | | 190.00 | 51,109.08 |
| Check | 01/11/2017 | EFT | Amazon | new tablecloth & shower curtain | | 59.17 | 51,049.91 |
| Check | 01/12/2017 | 1255 | Wal-Mart | groceries | | 65.05 | 50,984.86 |
| Check | 01/12/2017 | EFT | China King | lunch | | 24.25 | 50,960.61 |
| Check | 01/13/2017 | 1256 | Rogers Feritlizer | 2016 fertilizer (corn & soybean) | | 76,361.10 | -25,400.49 |
| Deposit | 01/13/2017 | DEP | FSA | CCC loan | 45,658.09 | | 20,257.60 |
| Check | 01/13/2017 | EFT | Taco Bell | lunch | | 12.63 | 20,244.97 |
| Check | 01/13/2017 | EFT | Bluegrass Celular | | | 164.07 | 20,080.90 |
| Check | 01/14/2017 | EFT | Hardee's | supper | | 17.81 | 20,063.09 |
| Check | 01/14/2017 | EFT | La Bamba | lunch | | 22.87 | 20,040.22 |
| Check | 01/14/2017 | EFT | Amazon | phone case and protector | | 25.22 | 20,015.00 |
| Check | 01/15/2017 | 1257 | Sams Club | groceries and supplies | | 156.09 | 19,858.91 |
| Check | 01/15/2017 | EFT | McDonalds | lunch | | 19.15 | 19,839.76 |
| Check | 01/15/2017 | EFT | Wal-Mart | pizza fixings | | 14.85 | 19,824.91 |
| Check | 01/16/2017 | 1258 | Wal-Mart | groceries | | 105.86 | 19,719.05 |
| Check | 01/16/2017 | EFT | Laurie Belle Boutique | Addie | | 34.99 | 19,684.06 |
| Check | 01/16/2017 | EFT | Amazon | | | 9.99 | 19,674.07 |
| Check | 01/17/2017 | 1259 | Wal-Mart | groceries | | 21.85 | 19,652.22 |
| Check | 01/17/2017 | EFT | Captain D's | lunch | | 15.07 | 19,637.15 |
| Check | 01/17/2017 | EFT | Norby's | parts | | 15.03 | 19,622.12 |
| Check | 01/17/2017 | EFT | Amazon | phone case | | 11.19 | 19,610.93 |
| Check | 01/17/2017 | 1260 | T&H Feed | 2016 corn chemicals | | 2,873.34 | 16,737.59 |
| Check | 01/17/2017 | 1261 | Hair Zone | boys haircuts | | 24.00 | 16,713.59 |
| Deposit | 01/18/2017 | DEP | HUDSON Insurance Gr... | insurance check | 10,132.89 | | 26,846.48 |
| Check | 01/18/2017 | EFT | Kroger | Michael's truck | | 70.35 | 26,776.13 |
| Check | 01/18/2017 | EFT | Hardee's | breakfast | | 13.81 | 26,762.32 |
| Check | 01/19/2017 | 1262 | Joe Robert Buckman | 2016 cash rent | | 20,000.00 | 6,762.32 |
| Check | 01/20/2017 | EFT | Ragetti's | supper | | 30.95 | 6,731.37 |
| Check | 01/20/2017 | EFT | Holiday Inn | Commodity Conference | | 29.20 | 6,702.17 |
| Check | 01/21/2017 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and Andrew | | 188.60 | 6,513.57 |
| Check | 01/21/2017 | EFT | Met Life | Michael | | 131.80 | 6,381.77 |
| Check | 01/21/2017 | EFT | Calvary Store | | | 25.47 | 6,356.30 |
| Check | 01/21/2017 | EFT | Rexs Cycle Shop | oil filter | | 40.00 | 6,316.30 |
| Check | 01/21/2017 | EFT | Sirus XM | | | 93.57 | 6,222.73 |
| Check | 01/22/2017 | EFT | Huddle House | breakfast | | 38.19 | 6,184.54 |
| Check | 01/22/2017 | EFT | Keystone Cinema | | | 45.25 | 6,139.29 |
| Check | 01/22/2017 | EFT | Wal-Mart | groceries | | 72.10 | 6,067.19 |
| Check | 01/22/2017 | EFT | Wal-Mart | groceries and kids medicine | | 55.28 | 6,011.91 |
| Check | 01/23/2017 | EFT | Kroger | Michael's truck | | 48.13 | 5,963.78 |
| Check | 01/24/2017 | EFT | Amazon | school stuff (Catholic School Week) | | 61.85 | 5,901.93 |
| Check | 01/24/2017 | EFT | Amazon | hair product | | 28.98 | 5,872.95 |
| Check | 01/24/2017 | EFT | Amazon | Lane's bday | | 13.97 | 5,858.98 |
| Check | 01/24/2017 | EFT | Kidsteez | Catholic School Week | | 23.00 | 5,835.98 |
| Deposit | 01/25/2017 | DEP | R&B Trucking | 2016 corn advance | 50,000.00 | | 55,835.98 |
| Check | 01/25/2017 | 1263 | Farm Credit Services | 2015 crop insurance & corn proceeds - Court Ordered | | 48,651.70 | 7,184.28 |
| Check | 01/25/2017 | 1264 | Wal-Mart | groceries | | 40.52 | 7,143.76 |

Page 1

5:18 PM  
03/23/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 01/25/2017 | EFT | Burger King | lunch | | 10.60 | 7,133.16 |
| Check | 01/25/2017 | 1265 | Windstream | Phone, Dish and Internet | | 234.09 | 6,899.07 |
| Check | 01/25/2017 | 1266 | Associated Pathologists | Andrew | | 121.59 | 6,777.48 |
| Check | 01/25/2017 | 1267 | Wal-Mart | TV stand | | 90.11 | 6,687.37 |
| Check | 01/25/2017 | EFT | Los Mariachis Mexican ... | supper | | 33.36 | 6,654.01 |
| Check | 01/26/2017 | EFT | Hardee's | breakfast | | 5.07 | 6,648.94 |
| Check | 01/26/2017 | EFT | Murphy's Oil | Megan | | 30.80 | 6,618.14 |
| Check | 01/26/2017 | EFT | That Cute Little Shop | UK shirt | | 28.62 | 6,589.52 |
| Check | 01/27/2017 | 1268 | Lebanon Pediatrics | Addie and Andrew | | 80.00 | 6,509.52 |
| Check | 01/27/2017 | 1270 | Beth Spalding | Valentines | | 60.00 | 6,449.52 |
| Check | 01/27/2017 | EFT | Five Star Food Mart | snacks | | 9.52 | 6,440.00 |
| Check | 01/27/2017 | EFT | Wilson Equipment | back hoe parts | | 129.08 | 6,310.92 |
| Check | 01/27/2017 | EFT | Five Star Food Mart | snack | | 4.54 | 6,306.38 |
| Check | 01/27/2017 | EFT | Papa John's | supper | | 30.16 | 6,276.22 |
| Check | 01/28/2017 | 1271 | BAC | | | 793.71 | 5,482.51 |
| Check | 01/28/2017 | 1272 | Inter County RECC | grain bins | | 97.96 | 5,384.55 |
| Check | 01/28/2017 | EFT | The Mint Julep Boutique | Megan | | 79.00 | 5,305.55 |
| Check | 01/28/2017 | EFT | McDonalds | breakfast | | 3.24 | 5,302.31 |
| Check | 01/29/2017 | 1273 | Knights of Columbus 12... | | | 10.00 | 5,292.31 |
| Check | 01/29/2017 | EFT | Smart Style | | | 19.08 | 5,273.23 |
| Check | 01/29/2017 | EFT | Wal-Mart | groceries | | 65.92 | 5,207.31 |
| Check | 01/29/2017 | EFT | McDonalds | lunch | | 8.59 | 5,198.72 |
| Check | 01/29/2017 | EFT | Wendy's | supper | | 12.94 | 5,185.78 |
| Check | 01/29/2017 | EFT | Wal-Mart | school supplies | | 15.82 | 5,169.96 |
| Check | 01/29/2017 | EFT | Arby's | lunch | | 10.03 | 5,159.93 |
| Check | 01/29/2017 | EFT | Taco Bell | lunch | | 16.21 | 5,143.72 |
| Check | 01/30/2017 | 1274 | Dr. Cecconi | Addie and Lane eye exams | | 45.00 | 5,098.72 |
| Check | 01/30/2017 | 1275 | Trena Spalding | class pictures (3) | | 30.00 | 5,068.72 |
| Check | 01/30/2017 | 1276 | Saint Augustine | year books (3) | | 60.00 | 5,008.72 |
| Check | 01/30/2017 | EFT | Hardee's | lunch | | 15.66 | 4,993.06 |
| Check | 01/30/2017 | EFT | Car Wash | | | 20.00 | 4,973.06 |
| Check | 01/30/2017 | EFT | Phillips Repair | semi | | 68.96 | 4,904.10 |
| Check | 01/30/2017 | EFT | Norby's | semi | | 16.49 | 4,887.61 |
| Check | 01/30/2017 | EFT | Kroger | Michael's truck | | 75.92 | 4,811.69 |
| Check | 01/30/2017 | EFT | Norby's | semi | | 8.45 | 4,803.24 |
| Check | 01/30/2017 | EFT | Five Star Food Mart | snacks | | 8.59 | 4,794.65 |
| Check | 01/30/2017 | 1277 | Jacobi Sales | parts | | 705.56 | 4,089.09 |
| Check | 01/31/2017 | 1278 | Wal-Mart | groceries | | 169.98 | 3,919.11 |
| Check | 01/31/2017 | EFT | Arby's | breakfast | | 3.98 | 3,915.13 |
| Check | 01/31/2017 | EFT | Brother's Barbeque | lunch | | 34.56 | 3,880.57 |
| Check | 01/31/2017 | EFT | Shiners | supper | | 38.57 | 3,842.00 |
| Check | 01/31/2017 | EFT | Amazon | Michael's mom | | 16.98 | 3,825.02 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 105,927.21 | 157,915.95 | 3,825.02 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 105,927.21 | 157,915.95 | 4,779.95 |
| **700 · Accounts Receivable** | | | | | | | -64.24 |
| Total 700 · Accounts Receivable | | | | | | | -64.24 |
| **701 · Undeposited Funds** | | | | | | | 650.00 |
| Total 701 · Undeposited Funds | | | | | | | 650.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
| **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| **821 · CCC Grain Loans** | | | | | | | 0.00 |
| **821.1 · CCC-Corn** | | | | | | | 0.00 |
| Deposit | 01/13/2017 | DEP | FSA | CCC loan | | 45,658.09 | -45,658.09 |
| Total 821.1 · CCC-Corn | | | | | 0.00 | 45,658.09 | -45,658.09 |
| Total 821 · CCC Grain Loans | | | | | 0.00 | 45,658.09 | -45,658.09 |
| **841 · Equipment Loans** | | | | | | | 11,567.65 |
| **841.5 · Huntington Bank** | | | | | | | 9,526.30 |
| Check | 01/09/2017 | 1252 | Huntington Bank | Megan's car | 680.45 | | 10,206.75 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 10,206.75 |

Page 2

5:18 PM  
03/23/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Check | 01/25/2017 | 1263 | Farm Credit Services | 2015 crop insurance & corn proceeds - Court Ordered | 48,651.70 | | 50,693.05 |
| Total 841 · Equipment Loans - Other | | | | | 48,651.70 | 0.00 | 50,693.05 |
| Total 841 · Equipment Loans | | | | | 49,332.15 | 0.00 | 60,899.80 |
| **841.2 · PNC** | | | | | | | 19,852.22 |
| Check | 01/09/2017 | 1251 | PNC Bank | Michael's truck | 863.14 | | 20,715.36 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 20,715.36 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 14,337.30 |
| **871 · Real Estate Loans** | | | | | | | -109,299.02 |
| **871.1 · BAC Home Loan** | | | | | | | -118,244.02 |
| Check | 01/28/2017 | 1271 | BAC | | 793.71 | | -117,450.31 |
| Total 871.1 · BAC Home Loan | | | | | 793.71 | 0.00 | -117,450.31 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 793.71 | 0.00 | -108,505.31 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -171,700.06 |
| Total 3900 · Retained Earnings | | | | | | | -171,700.06 |
| **01 · Crop Sales** | | | | | | | 0.00 |
| **01.020 · Yellow Corn Sales** | | | | | | | 0.00 |
| Deposit | 01/25/2017 | DEP | R&B Trucking | 2016 corn advance | | 50,000.00 | -50,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 50,000.00 | -50,000.00 |
| Total 01 · Crop Sales | | | | | 0.00 | 50,000.00 | -50,000.00 |
| **21 · Crop Insurance** | | | | | | | 0.00 |
| Deposit | 01/18/2017 | DEP | HUDSON Insurance Gr... | insurance check | | 10,132.89 | -10,132.89 |
| Total 21 · Crop Insurance | | | | | 0.00 | 10,132.89 | -10,132.89 |
| **34 · Payroll Expenses** | | | | | | | 0.00 |
| **54 · Employee Benefits** | | | | | | | 0.00 |
| **54.985 · Food** | | | | | | | 0.00 |
| Check | 01/07/2017 | EFT | Subway | lunch | 22.35 | | 22.35 |
| Check | 01/10/2017 | EFT | Hardee's | lunch | 9.07 | | 31.42 |
| Check | 01/10/2017 | EFT | McDonalds | supper | 19.22 | | 50.64 |
| Check | 01/12/2017 | EFT | China King | lunch | 24.25 | | 74.89 |
| Check | 01/14/2017 | EFT | Hardee's | supper | 17.81 | | 92.70 |
| Check | 01/15/2017 | EFT | McDonalds | lunch | 19.15 | | 111.85 |
| Check | 01/18/2017 | EFT | Hardee's | breakfast | 13.81 | | 125.66 |
| Check | 01/26/2017 | EFT | Hardee's | breakfast | 5.07 | | 130.73 |
| Check | 01/27/2017 | EFT | Papa John's | supper | 30.16 | | 160.89 |
| Check | 01/28/2017 | EFT | McDonalds | breakfast | 3.24 | | 164.13 |
| Check | 01/29/2017 | EFT | McDonalds | lunch | 8.59 | | 172.72 |
| Check | 01/29/2017 | EFT | Wendy's | supper | 12.94 | | 185.66 |
| Check | 01/29/2017 | EFT | Arby's | lunch | 10.03 | | 195.69 |
| Check | 01/30/2017 | EFT | Hardee's | lunch | 15.66 | | 211.35 |
| Check | 01/31/2017 | EFT | Arby's | breakfast | 3.98 | | 215.33 |
| Total 54.985 · Food | | | | | 215.33 | 0.00 | 215.33 |
| Total 54 · Employee Benefits | | | | | 215.33 | 0.00 | 215.33 |
| Total 34 · Payroll Expenses | | | | | 215.33 | 0.00 | 215.33 |
| **35 · Fertilizers** | | | | | | | 0.00 |
| Check | 01/13/2017 | 1256 | Rogers Feritlizer | 2016 fertilizer (corn & soybean) | 76,361.10 | | 76,361.10 |
| Total 35 · Fertilizers | | | | | 76,361.10 | 0.00 | 76,361.10 |
| **38 · Utilities** | | | | | | | 0.00 |
| **38.1 · Electricity** | | | | | | | 0.00 |
| Check | 01/09/2017 | 1245 | Inter County RECC | grain bins | 128.24 | | 128.24 |
| Check | 01/28/2017 | 1272 | Inter County RECC | grain bins | 97.96 | | 226.20 |
| Total 38.1 · Electricity | | | | | 226.20 | 0.00 | 226.20 |
| **38.3 · Cell Phones** | | | | | | | 0.00 |
| Check | 01/13/2017 | EFT | Bluegrass Celular | | 164.07 | | 164.07 |
| Total 38.3 · Cell Phones | | | | | 164.07 | 0.00 | 164.07 |
| **38.4 · Water** | | | | | | | 0.00 |
| Check | 01/09/2017 | 1249 | Marion County Water | grain bins | 7.53 | | 7.53 |
| Total 38.4 · Water | | | | | 7.53 | 0.00 | 7.53 |

5:18 PM
03/23/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **38 · Utilities - Other** | | | | | | | 0.00 |
| Check | 01/25/2017 | 1265 | Windstream | Phone, Dish and Internet | 234.09 | | 234.09 |
| Total 38 · Utilities - Other | | | | | 234.09 | 0.00 | 234.09 |
| Total 38 · Utilities | | | | | 631.89 | 0.00 | 631.89 |
| **40 · Miscellaneous** | | | | | | | 0.00 |
| **40.3 · Travel & Ent** | | | | | | | 0.00 |
| Check | 01/11/2017 | EFT | Commodity Classic | 2017 Corn Board | 190.00 | | 190.00 |
| Check | 01/20/2017 | EFT | Holiday Inn | Commodity Conference | 29.20 | | 219.20 |
| Total 40.3 · Travel & Ent | | | | | 219.20 | 0.00 | 219.20 |
| Total 40 · Miscellaneous | | | | | 219.20 | 0.00 | 219.20 |
| **42 · Farm Rent** | | | | | | | 0.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 0.00 |
| Check | 01/19/2017 | 1262 | Joe Robert Buckman | 2016 cash rent | 20,000.00 | | 20,000.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 20,000.00 | 0.00 | 20,000.00 |
| Total 42 · Farm Rent | | | | | 20,000.00 | 0.00 | 20,000.00 |
| **43 · Equipment Repairs** | | | | | | | 0.00 |
| **43.1 · Tractor Repair** | | | | | | | 0.00 |
| Check | 01/17/2017 | EFT | Norby's | parts | 15.03 | | 15.03 |
| Check | 01/30/2017 | 1277 | Jacobi Sales | parts | 705.56 | | 720.59 |
| Total 43.1 · Tractor Repair | | | | | 720.59 | 0.00 | 720.59 |
| **43.2 · Truck Repair** | | | | | | | 0.00 |
| Check | 01/30/2017 | EFT | Phillips Repair | semi | 68.96 | | 68.96 |
| Check | 01/30/2017 | EFT | Norby's | semi | 16.49 | | 85.45 |
| Check | 01/30/2017 | EFT | Norby's | semi | 8.45 | | 93.90 |
| Total 43.2 · Truck Repair | | | | | 93.90 | 0.00 | 93.90 |
| **43.3 · Other Equip Repairs** | | | | | | | 0.00 |
| Check | 01/27/2017 | EFT | Wilson Equipment | back hoe parts | 129.08 | | 129.08 |
| Total 43.3 · Other Equip Repairs | | | | | 129.08 | 0.00 | 129.08 |
| **43 · Equipment Repairs - Other** | | | | | | | 0.00 |
| Check | 01/07/2017 | EFT | Norby's | parts | 14.38 | | 14.38 |
| Check | 01/21/2017 | EFT | Rexs Cycle Shop | oil filter | 40.00 | | 54.38 |
| Total 43 · Equipment Repairs - Other | | | | | 54.38 | 0.00 | 54.38 |
| Total 43 · Equipment Repairs | | | | | 997.95 | 0.00 | 997.95 |
| **45 · Fuel & Oil** | | | | | | | 0.00 |
| **45.1 · Diesel Fuel** | | | | | | | 0.00 |
| Check | 01/06/2017 | EFT | Kroger | Michael | 76.96 | | 76.96 |
| Check | 01/18/2017 | EFT | Kroger | Michael's truck | 70.35 | | 147.31 |
| Check | 01/23/2017 | EFT | Kroger | Michael's truck | 48.13 | | 195.44 |
| Check | 01/30/2017 | EFT | Kroger | Michael's truck | 75.92 | | 271.36 |
| Total 45.1 · Diesel Fuel | | | | | 271.36 | 0.00 | 271.36 |
| **45.2 · Gasoline** | | | | | | | 0.00 |
| Check | 01/04/2017 | EFT | Five Star Food Mart | Megan | 31.34 | | 31.34 |
| Check | 01/11/2017 | EFT | Five Star Food Mart | Megan | 31.23 | | 62.57 |
| Check | 01/26/2017 | EFT | Murphy's Oil | Megan | 30.80 | | 93.37 |
| Total 45.2 · Gasoline | | | | | 93.37 | 0.00 | 93.37 |
| Total 45 · Fuel & Oil | | | | | 364.73 | 0.00 | 364.73 |
| **50 · Chemicals** | | | | | | | 0.00 |
| Check | 01/17/2017 | 1260 | T&H Feed | 2016 corn chemicals | 2,873.34 | | 2,873.34 |
| Total 50 · Chemicals | | | | | 2,873.34 | 0.00 | 2,873.34 |
| **52 · Professional Fees** | | | | | | | 0.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 0.00 |
| Check | 01/21/2017 | EFT | Sirus XM | | 93.57 | | 93.57 |
| Total 52.5 · Dues and Subscriptions | | | | | 93.57 | 0.00 | 93.57 |
| Total 52 · Professional Fees | | | | | 93.57 | 0.00 | 93.57 |
| **72 · Doctors & Hospitals** | | | | | | | 0.00 |
| Check | 01/04/2017 | 1241 | Associates of Dermatolo... | Megan | 60.00 | | 60.00 |
| Check | 01/10/2017 | 1253 | Lebanon Pediatrics | Addie | 80.00 | | 140.00 |
| Check | 01/11/2017 | 1254 | Dr. Hunt | Megan | 60.00 | | 200.00 |
| Check | 01/25/2017 | 1266 | Associated Pathologists | Andrew | 121.59 | | 321.59 |
| Check | 01/27/2017 | 1268 | Lebanon Pediatrics | Addie and Andrew | 80.00 | | 401.59 |
| Check | 01/30/2017 | 1274 | Dr. Cecconi | Addie and Lane eye exams | 45.00 | | 446.59 |
| Total 72 · Doctors & Hospitals | | | | | 446.59 | 0.00 | 446.59 |

5:18 PM  
03/23/17  
Cash Basis

**Buckman Family Farms**  
## General Ledger  
**As of January 31, 2017**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **73.997 · Health Insurance** | | | | | | | 0.00 |
| Check | 01/01/2017 | EFT | Anthem | Michael. Megan, Addie, Lane and Andrew | 774.43 | | 774.43 |
| Total 73.997 · Health Insurance | | | | | 774.43 | 0.00 | 774.43 |
| **73.998 · Life Insurance** | | | | | | | 0.00 |
| Check | 01/01/2017 | EFT | Grange Life Insurance | Megan | 6.91 | | 6.91 |
| Check | 01/21/2017 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and Andrew | 188.60 | | 195.51 |
| Check | 01/21/2017 | EFT | Met Life | Michael | 131.80 | | 327.31 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 327.31 |
| **74 · Family Living** | | | | | | | 0.00 |
| **74.985 · Food** | | | | | | | 0.00 |
| Check | 01/02/2017 | EFT | Taco Bell | lunch | 24.50 | | 24.50 |
| Check | 01/03/2017 | 1240 | Wal-Mart | groceries | 86.92 | | 111.42 |
| Check | 01/04/2017 | EFT | Famous Dave's | lunch | 45.81 | | 157.23 |
| Check | 01/06/2017 | EFT | Wal-Mart | groceries | 45.43 | | 202.66 |
| Check | 01/09/2017 | 1243 | Wal-Mart | groceries | 130.47 | | 333.13 |
| Check | 01/12/2017 | 1255 | Wal-Mart | groceries | 65.05 | | 398.18 |
| Check | 01/13/2017 | EFT | Taco Bell | lunch | 12.63 | | 410.81 |
| Check | 01/14/2017 | EFT | La Bamba | lunch | 22.87 | | 433.68 |
| Check | 01/15/2017 | 1257 | Sams Club | groceries and supplies | 156.09 | | 589.77 |
| Check | 01/15/2017 | EFT | Wal-Mart | pizza fixings | 14.85 | | 604.62 |
| Check | 01/16/2017 | 1258 | Wal-Mart | groceries | 105.86 | | 710.48 |
| Check | 01/17/2017 | 1259 | Wal-Mart | groceries | 21.85 | | 732.33 |
| Check | 01/17/2017 | EFT | Captain D's | lunch | 15.07 | | 747.40 |
| Check | 01/20/2017 | EFT | Ragetti's | supper | 30.95 | | 778.35 |
| Check | 01/22/2017 | EFT | Huddle House | breakfast | 38.19 | | 816.54 |
| Check | 01/22/2017 | EFT | Wal-Mart | groceries | 72.10 | | 888.64 |
| Check | 01/22/2017 | EFT | Wal-Mart | groceries and kids medicine | 55.28 | | 943.92 |
| Check | 01/25/2017 | 1264 | Wal-Mart | groceries | 40.52 | | 984.44 |
| Check | 01/25/2017 | EFT | Burger King | lunch | 10.60 | | 995.04 |
| Check | 01/25/2017 | EFT | Los Mariachis Mexican ... | supper | 33.36 | | 1,028.40 |
| Check | 01/27/2017 | EFT | Five Star Food Mart | snacks | 9.52 | | 1,037.92 |
| Check | 01/27/2017 | EFT | Five Star Food Mart | snack | 4.54 | | 1,042.46 |
| Check | 01/29/2017 | EFT | Wal-Mart | groceries | 65.92 | | 1,108.38 |
| Check | 01/29/2017 | EFT | Taco Bell | lunch | 16.21 | | 1,124.59 |
| Check | 01/30/2017 | EFT | Five Star Food Mart | snacks | 8.59 | | 1,133.18 |
| Check | 01/31/2017 | 1278 | Wal-Mart | groceries | 169.98 | | 1,303.16 |
| Check | 01/31/2017 | EFT | Brother's Barbeque | lunch | 34.56 | | 1,337.72 |
| Check | 01/31/2017 | EFT | Shiners | supper | 38.57 | | 1,376.29 |
| Total 74.985 · Food | | | | | 1,376.29 | 0.00 | 1,376.29 |
| **74.986 · Household Operating** | | | | | | | 0.00 |
| Check | 01/09/2017 | 1244 | Allens | pest control | 23.00 | | 23.00 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 23.00 |
| **74.988 · House Repairs** | | | | | | | 0.00 |
| Check | 01/10/2017 | EFT | Amazon | Home decor | 104.94 | | 104.94 |
| Check | 01/11/2017 | EFT | Amazon | new tablecloth & shower curtain | 59.17 | | 164.11 |
| Check | 01/25/2017 | 1267 | Wal-Mart | TV stand | 90.11 | | 254.22 |
| Total 74.988 · House Repairs | | | | | 254.22 | 0.00 | 254.22 |
| **74.989 · Clothing** | | | | | | | 0.00 |
| Check | 01/06/2017 | EFT | Children's Place | Lane | 25.44 | | 25.44 |
| Check | 01/11/2017 | EFT | Old Navy | Addie and Lane | 83.74 | | 109.18 |
| Check | 01/16/2017 | EFT | Laurie Belle Boutique | Addie | 34.99 | | 144.17 |
| Check | 01/26/2017 | EFT | That Cute Little Shop | UK shirt | 28.62 | | 172.79 |
| Check | 01/28/2017 | EFT | The Mint Julep Boutique | Megan | 79.00 | | 251.79 |
| Total 74.989 · Clothing | | | | | 251.79 | 0.00 | 251.79 |
| **74.990 · Personal Items** | | | | | | | 0.00 |
| Check | 01/07/2017 | EFT | Amazon | hair product | 15.00 | | 15.00 |
| Check | 01/14/2017 | EFT | Amazon | phone case and protector | 25.22 | | 40.22 |
| Check | 01/16/2017 | EFT | Amazon | | 9.99 | | 50.21 |
| Check | 01/17/2017 | EFT | Amazon | phone case | 11.19 | | 61.40 |
| Check | 01/17/2017 | 1261 | Hair Zone | boys haircuts | 24.00 | | 85.40 |
| Check | 01/21/2017 | EFT | Calvary Store | | 25.47 | | 110.87 |
| Check | 01/24/2017 | EFT | Amazon | hair product | 28.98 | | 139.85 |
| Check | 01/29/2017 | EFT | Smart Style | | 19.08 | | 158.93 |
| Total 74.990 · Personal Items | | | | | 158.93 | 0.00 | 158.93 |
| **74.991 · Entertainment/Recreation** | | | | | | | 0.00 |
| Check | 01/01/2017 | EFT | Keystone Cinema | movies | 59.75 | | 59.75 |
| Check | 01/07/2017 | EFT | Google | | 2.99 | | 62.74 |
| Check | 01/10/2017 | EFT | Net Flix | monthly dues | 9.99 | | 72.73 |
| Check | 01/22/2017 | EFT | Keystone Cinema | | 45.25 | | 117.98 |
| Total 74.991 · Entertainment/Recreation | | | | | 117.98 | 0.00 | 117.98 |

5:18 PM
03/23/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of January 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **74.992 · Education/Reading** | | | | | | | 0.00 |
| Check | 01/09/2017 | 1247 | Smart Tuition | kids tuition | 444.83 | | 444.83 |
| Check | 01/24/2017 | EFT | Amazon | school stuff (Catholic School Week) | 61.85 | | 506.68 |
| Check | 01/24/2017 | EFT | Kidsteez | Catholic School Week | 23.00 | | 529.68 |
| Check | 01/29/2017 | EFT | Wal-Mart | school supplies | 15.82 | | 545.50 |
| Check | 01/30/2017 | 1275 | Trena Spalding | class pictures (3) | 30.00 | | 575.50 |
| Check | 01/30/2017 | 1276 | Saint Augustine | year books (3) | 60.00 | | 635.50 |
| Total 74.992 · Education/Reading | | | | | 635.50 | 0.00 | 635.50 |
| **74.993 · Gifts** | | | | | | | 0.00 |
| Check | 01/01/2017 | EFT | Robin's Embroidery | | 16.00 | | 16.00 |
| Check | 01/01/2017 | EFT | Amazon | xmas | 8.18 | | 24.18 |
| Check | 01/01/2017 | EFT | Amazon | | 8.10 | | 32.28 |
| Check | 01/04/2017 | EFT | ETSY | bday present to myself | 30.94 | | 63.22 |
| Deposit | 01/04/2017 | DEP | Amazon | Refund | | 49.38 | 13.84 |
| Check | 01/07/2017 | EFT | Wal-Mart | Mom's bday (TV) | 241.68 | | 255.52 |
| Check | 01/07/2017 | EFT | Amazon | Happy Everything | 22.16 | | 277.68 |
| Check | 01/24/2017 | EFT | Amazon | Lane's bday | 13.97 | | 291.65 |
| Check | 01/27/2017 | 1270 | Beth Spalding | Valentines | 60.00 | | 351.65 |
| Check | 01/31/2017 | EFT | Amazon | Michael's mom | 16.98 | | 368.63 |
| Total 74.993 · Gifts | | | | | 418.01 | 49.38 | 368.63 |
| **74.997 · Household Electricity** | | | | | | | 0.00 |
| Check | 01/09/2017 | 1246 | Inter County RECC | house | 271.85 | | 271.85 |
| Total 74.997 · Household Electricity | | | | | 271.85 | 0.00 | 271.85 |
| **74.998 · Household Water** | | | | | | | 0.00 |
| Check | 01/09/2017 | 1250 | Marion County Water | house | 49.07 | | 49.07 |
| Total 74.998 · Household Water | | | | | 49.07 | 0.00 | 49.07 |
| **74 · Family Living - Other** | | | | | | | 0.00 |
| Deposit | 01/01/2017 | DEP | Citizens National Bank | error in checking | | 74.92 | -74.92 |
| Check | 01/05/2017 | EFT | Amazon | screen proctectors | 34.87 | | -40.05 |
| Deposit | 01/10/2017 | DEP | Amazon | Refund | | 11.93 | -51.98 |
| Check | 01/29/2017 | 1273 | Knights of Columbus 12... | | 10.00 | | -41.98 |
| Check | 01/30/2017 | EFT | Car Wash | | 20.00 | | -21.98 |
| Total 74 · Family Living - Other | | | | | 64.87 | 86.85 | -21.98 |
| Total 74 · Family Living | | | | | 3,621.51 | 136.23 | 3,485.28 |
| **TOTAL** | | | | | **263,843.16** | **263,843.16** | **0.00** |