Month of  February  ,  2017

# CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  Cash Received During Month (Itemized):

Item & Quantity Sold            $ 18,260.74

Soybeans 1,794.79 Bushels

New loan received this month (if any): $_____

Wages earned from outside work:   $_____

Other receipts:                   $_____

Total Cash Receipts    $ 18,260.74

II.  Expenses Paid:

Total amount paid for household
or living expense:    $ 6,068.93

Operating expenses paid (itemize): $3,144.64

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $103.10 |
| Utilities | $1,105.36 |
| Insurance | |
| Miscellaneous | $575.87 |
| Equipment Repairs | $917.18 |
| Fuel & Oil | $365.24 |
| Supplies | $27.39 |
| Prof Fees | $50.50 |

Plan payments made to Chapter 12 Trustee

$ 9,800

Direct payments to creditors (as required by plan):

| Date | Creditor | Check No. | Amount | |
|---|---|---|---|---|
| 02/13/17 | Huntington Bank | 1299 | $680.45 | Megan's car |
| 02/13/17 | PNC Bank | 1300 | $863.14 | Michael's truck |

Total of direct payments  $ 11,343.59

TOTAL EXPENSES PAID DURING MONTH  $ 20,557.16

Losses due to crop failure or damage  $_____

Losses due to death or disease of livestock or poultry  $_____

PROFIT (or loss) FOR MONTH  $ (2,296.42)

III. Cash Reconciliation:

Cash and Bank Accounts Balance at Beginning of Month:  $ 4,779.95

Income (or Loss) During Month:  $ (2,296.42)

Cash and Bank Account Balance at End of Month:  $ 2,483.53

IV. Expenses charged but not paid during month (itemize):

Expense  $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

4/10/17
Date

_[signature]_
Debtor/Officer of Debtor

# TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

<u>FEDERAL WITHHOLDING TAX</u>

  Beginning Withholding Tax Payable      _____

  Withheld or Accrued      _____

  Disbursements to Tax Account      _____

  Deposit Receipt
  and/or check _____
  number   _____

  Ending Withholding Tax Payable      _____

<u>STATE WITHHOLDING TAX</u>

  Beginning Withholding Tax Payable      _____

  Withheld or Accrued      _____

  Disbursements to Tax Account      _____

  Deposit Receipt
  and/or check _____
  number   _____

  Ending Withholding Tax Payable      _____

<u>FICA WITHHOLDING TAX</u> (including both employer and employee share)

  Beginning FICA Tax Payable      _____

  Withheld or Accrued      _____

  Disbursements to Tax Account      _____

  Deposit Receipt
  and/or check _____
  number   _____

  Ending FICA Tax Payable      _____

<u>SALES TAX</u>

Beginning Sales Tax Payable  _____

New Sales Tax Payable  _____

Disbursements to Tax Account  _____

Deposit Receipt
and/or check  _____
number        _____

Ending Sales Tax Payable  _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

4/10/17
_____                    _____
Date                                   Debtor/Officer of Debtor

# Buckman Family Farms
## Profit & Loss
### February 2017

|  | Feb 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.030 · Soybean Sales | 18,260.74 |
| **Total 01 · Crop Sales** | 18,260.74 |
| **Total Income** | 18,260.74 |
| **Gross Profit** | 18,260.74 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 103.10 |
| **Total 54 · Employee Benefits** | 103.10 |
| **Total 34 · Payroll Expenses** | 103.10 |
| **38 · Utilities** | |
| 38.1 · Electricity | 30.56 |
| 38.3 · Cell Phones | 115.69 |
| 38.4 · Water | 7.70 |
| 38.5 · Gas | 718.25 |
| 38 · Utilities - Other | 233.16 |
| **Total 38 · Utilities** | 1,105.36 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 2.00 |
| 40.2 · Office Supplies | 15.34 |
| **40.3 · Travel & Ent** | |
| 40.33 · Meals | 55.15 |
| 40.34 · Travel | -168.72 |
| 40.3 · Travel & Ent - Other | 505.00 |
| **Total 40.3 · Travel & Ent** | 391.43 |
| 40 · Miscellaneous - Other | 167.10 |
| **Total 40 · Miscellaneous** | 575.87 |
| **43 · Equipment Repairs** | |
| 43.1 · Tractor Repair | 51.89 |
| 43.2 · Truck Repair | 169.59 |
| 43.8 · Grain Bin Repairs | 695.70 |
| **Total 43 · Equipment Repairs** | 917.18 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 279.29 |
| 45.2 · Gasoline | 85.95 |
| **Total 45 · Fuel & Oil** | 365.24 |
| **51 · Supplies** | 27.39 |
| **52 · Professional Fees** | 50.50 |
| **Total Expense** | 3,144.64 |
| **Net Ordinary Income** | 15,116.10 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 70 · Contributions | 100.00 |
| 72 · Doctors & Hospitals | 778.00 |
| 73.997 · Health Insurance | 774.43 |
| 73.998 · Life Insurance | 327.31 |

| | |
|---|---|
| 8:57 AM | **Buckman Family Farms** |
| 03/27/17 | **Profit & Loss** |
| **Cash Basis** | **February 2017** |

|  | Feb 17 |
|---|---:|
| **74 · Family Living** | |
|    74.983 · Pat's Pharmacy | 100.00 |
|    74.985 · Food | 1,359.74 |
|    74.986 · Household Operating | 23.00 |
|    74.989 · Clothing | 1,146.45 |
|    74.990 · Personal Items | 286.27 |
|    74.991 · Entertainment/Recreation | 54.22 |
|    74.992 · Education/Reading | 515.99 |
|    74.993 · Gifts | 207.12 |
|    74.997 · Household Electricity | 302.60 |
|    74.998 · Household Water | 60.54 |
|    74 · Family Living - Other | 33.26 |
| **Total 74 · Family Living** | 4,089.19 |
| **Total Other Expense** | 6,068.93 |
| **Net Other Income** | -6,068.93 |
| **Net Income** | **9,047.17** |

8:57 AM
03/27/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of February 28, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 4,779.95 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 3,825.02 |
| Check | 02/01/2017 | EFT | Anthem | Michael, Megan, Addie, Lane and An... | | 774.43 | 3,050.59 |
| Check | 02/01/2017 | EFT | Grange Life Insura... | Megan | | 6.91 | 3,043.68 |
| Check | 02/01/2017 | EFT | McDonalds | lunch | | 16.90 | 3,026.78 |
| Check | 02/01/2017 | EFT | O'reillys | parts | | 6.36 | 3,020.42 |
| Check | 02/01/2017 | EFT | Norby's | parts | | 45.53 | 2,974.89 |
| Check | 02/02/2017 | 1279 | Wal-Mart | groceries | | 57.79 | 2,917.10 |
| Check | 02/02/2017 | EFT | White Castle | lunch | | 16.03 | 2,901.07 |
| Deposit | 02/02/2017 | DEP | CGB | soybeans | 8,931.87 | | 11,832.94 |
| Check | 02/03/2017 | 1280 | KORT | Megan (physical theraphy) | | 160.00 | 11,672.94 |
| Check | 02/03/2017 | EFT | Kroger | Michael's truck | | 78.37 | 11,594.57 |
| Check | 02/03/2017 | EFT | Kroger | groceries | | 10.48 | 11,584.09 |
| Check | 02/03/2017 | 1281 | Michael Wheatley | 2017 ch 12 plan payment | | 9,800.00 | 1,784.09 |
| Check | 02/03/2017 | EFT | Crystal buffett | lunch | | 14.99 | 1,769.10 |
| Check | 02/03/2017 | 1282 | Marion County Littl... | Addie softball sign ups | | 50.00 | 1,719.10 |
| Check | 02/03/2017 | EFT | Amazon | hair product | | 21.79 | 1,697.31 |
| Check | 02/03/2017 | EFT | Laurie Belle Boutique | Megan | | 37.00 | 1,660.31 |
| Check | 02/03/2017 | EFT | Amazon | Happy Everyhing | | 16.91 | 1,643.40 |
| Check | 02/03/2017 | EFT | Amazon | | | 15.45 | 1,627.95 |
| Check | 02/04/2017 | EFT | Wal-Mart | medicine | | 14.73 | 1,613.22 |
| Check | 02/04/2017 | EFT | Laurie Belle Boutique | Addie | | 44.99 | 1,568.23 |
| Check | 02/04/2017 | EFT | Citizens National B... | cash | | 100.00 | 1,468.23 |
| Check | 02/05/2017 | EFT | Taco Bell | supper | | 17.27 | 1,450.96 |
| Check | 02/06/2017 | 1283 | Wal-Mart | groceries | | 98.01 | 1,352.95 |
| Check | 02/06/2017 | EFT | Wal-Mart | concessions | | 8.62 | 1,344.33 |
| Check | 02/06/2017 | EFT | Kroger | concessions | | 19.07 | 1,325.26 |
| Check | 02/06/2017 | EFT | Citizens National B... | check re order | | 15.34 | 1,309.92 |
| Check | 02/07/2017 | 1284 | Kuts by Kristi | Hair | | 60.00 | 1,249.92 |
| Check | 02/07/2017 | EFT | Wal-Mart | groceries | | 8.98 | 1,240.94 |
| Check | 02/07/2017 | EFT | Don Julio | lunch | | 34.05 | 1,206.89 |
| Check | 02/07/2017 | 1285 | Smart Tuition | kids tuition | | 444.83 | 762.06 |
| Check | 02/07/2017 | 1286 | Marion County Water | house | | 60.54 | 701.52 |
| Check | 02/07/2017 | 1287 | Marion County Water | grain bins | | 7.70 | 693.82 |
| Check | 02/07/2017 | 1288 | Central Kentucky P... | air filter for the house | | 27.39 | 666.43 |
| Check | 02/07/2017 | 1289 | LTFBMG | 1099's | | 50.50 | 615.93 |
| Check | 02/07/2017 | EFT | Zappos | Shoes for Addie and Lane | | 90.09 | 525.84 |
| Check | 02/07/2017 | 1290 | Allens | pest control | | 23.00 | 502.84 |
| Check | 02/08/2017 | EFT | Cracker Barrel | breakfast | | 29.69 | 473.15 |
| Check | 02/08/2017 | EFT | Cracker Barrel | Jasmine | | 10.59 | 462.56 |
| Check | 02/08/2017 | EFT | Thorton's | Megan | | 24.51 | 438.05 |
| Check | 02/08/2017 | EFT | Norton Healthcare ... | lunch | | 23.00 | 415.05 |
| Check | 02/09/2017 | 1291 | FSA | credit check | | 24.50 | 390.55 |
| Check | 02/09/2017 | 1292 | Good Smaratian Fo... | Tickets for dance | | 100.00 | 290.55 |
| Check | 02/09/2017 | EFT | Arby's | lunch | | 11.86 | 278.69 |
| Check | 02/09/2017 | EFT | Norby's | parts | | 25.72 | 252.97 |
| Check | 02/09/2017 | EFT | McDonalds | lunch | | 18.47 | 234.50 |
| Check | 02/09/2017 | EFT | Wal-Mart | groceries | | 53.86 | 180.64 |
| Check | 02/10/2017 | EFT | Shiners | lunch | | 59.11 | 121.53 |
| Check | 02/10/2017 | EFT | LaFuenta | supper | | 46.91 | 74.62 |
| Check | 02/10/2017 | EFT | Net Flix | dues | | 9.99 | 64.63 |
| Check | 02/11/2017 | 1293 | Shirts by US | volleyball | | 24.00 | 40.63 |
| Check | 02/11/2017 | EFT | Wal-Mart | groceries | | 55.60 | -14.97 |
| Check | 02/13/2017 | 1294 | Lebanon Pediatrics | Andrew | | 40.00 | -54.97 |
| Deposit | 02/13/2017 | DEP | CGB | soybeans | 9,328.87 | | 9,273.90 |
| Check | 02/13/2017 | 1295 | Etown Electric | grain bin motor | | 627.59 | 8,646.31 |
| Check | 02/13/2017 | EFT | Norby's | parts | | 11.78 | 8,634.53 |
| Check | 02/13/2017 | EFT | Norby's | parts | | 11.81 | 8,622.72 |
| Check | 02/13/2017 | 1296 | Trena Spalding | volleyball pictures | | 37.00 | 8,585.72 |
| Check | 02/13/2017 | 1297 | Inter County RECC | house | | 302.60 | 8,283.12 |
| Check | 02/13/2017 | 1298 | Inter County RECC | grain bins | | 30.56 | 8,252.56 |
| Check | 02/13/2017 | 1299 | Huntington Bank | Megan's car | | 680.45 | 7,572.11 |
| Check | 02/13/2017 | 1300 | PNC Bank | Michael's truck | | 863.14 | 6,708.97 |
| Check | 02/13/2017 | 1301 | Pat's Pharmacy | medicine | | 100.00 | 6,608.97 |
| Check | 02/13/2017 | 1302 | Wal-Mart | groceries | | 137.25 | 6,471.72 |
| Check | 02/13/2017 | EFT | Murphy's Oil | Megan | | 31.80 | 6,439.92 |
| Check | 02/13/2017 | EFT | Bluegrass Celular | | | 115.69 | 6,324.23 |
| Check | 02/13/2017 | EFT | Amazon | app | | 1.05 | 6,323.18 |
| Check | 02/13/2017 | EFT | Amazon | app | | 3.17 | 6,320.01 |
| Check | 02/13/2017 | EFT | Rue 21 | Megan and addie | | 66.75 | 6,253.26 |
| Check | 02/13/2017 | EFT | Service Charge | ATM | | 2.00 | 6,251.26 |
| Check | 02/13/2017 | EFT | Cash | ATM | | 42.60 | 6,208.66 |
| Check | 02/13/2017 | EFT | The Mint Julep Bou... | Megan | | 34.00 | 6,174.66 |
| Check | 02/13/2017 | EFT | Norby's | | | 11.81 | 6,162.85 |
| Check | 02/14/2017 | 1303 | Beth Spalding | wedding | | 60.00 | 6,102.85 |
| Check | 02/14/2017 | 1304 | LG&E | grain bins | | 718.25 | 5,384.60 |
| Check | 02/14/2017 | EFT | Wal-Mart | groceries | | 99.64 | 5,284.96 |
| Check | 02/14/2017 | EFT | Kroger | Michael | | 75.92 | 5,209.04 |
| Check | 02/14/2017 | EFT | buffalo wings and ri... | supper | | 24.83 | 5,184.21 |

8:57 AM  
03/27/17  
Cash Basis  

**Buckman Family Farms**  
**General Ledger**  
**As of February 28, 2017**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 02/14/2017 | EFT | Children's Place | Lane and Andrew | | 140.28 | 5,043.93 |
| Check | 02/16/2017 | EFT | Norby's | parts | | 6.99 | 5,036.94 |
| Check | 02/16/2017 | EFT | Hardee's | breakfast | | 13.92 | 5,023.02 |
| Check | 02/16/2017 | EFT | Delta Airlines | Michael's San Antonio trip (plane tick... | | 500.10 | 4,522.92 |
| Check | 02/16/2017 | EFT | Delta Airlines | Michael's San Antonio trip | | 15.00 | 4,507.92 |
| Check | 02/16/2017 | EFT | Amazon | phone case | | 12.50 | 4,495.42 |
| Check | 02/17/2017 | 1306 | Cash | Farm Show | | 300.00 | 4,195.42 |
| Check | 02/17/2017 | EFT | Amazon | Lane's birthday | | 78.69 | 4,116.73 |
| Check | 02/17/2017 | EFT | Travel Insurance | Michael's San Antonio trip | | 33.48 | 4,083.25 |
| Check | 02/18/2017 | EFT | Red Essentials | Vest (farm show) | | 65.00 | 4,018.25 |
| Check | 02/18/2017 | EFT | Red Essentials | Farm Show toys | | 120.00 | 3,898.25 |
| Check | 02/18/2017 | EFT | Cattlemen's | lunch (Farm Show) | | 55.15 | 3,843.10 |
| Check | 02/18/2017 | EFT | Galt House | Hotel charges (Farm Show) | | 20.00 | 3,823.10 |
| Check | 02/19/2017 | 1305 | Wal-Mart | groceries | | 149.79 | 3,673.31 |
| Check | 02/19/2017 | EFT | Kroger | Lunch | | 27.46 | 3,645.85 |
| Check | 02/20/2017 | EFT | Harbor Freight and ... | toolbox | | 169.59 | 3,476.26 |
| Check | 02/20/2017 | EFT | Famous Dave's | lunch | | 33.30 | 3,442.96 |
| Check | 02/20/2017 | EFT | Wal-Mart | school supplies | | 9.16 | 3,433.80 |
| Check | 02/20/2017 | EFT | Five Star Food Mart | | | 8.54 | 3,425.26 |
| Check | 02/20/2017 | EFT | Amazon | Lane's birthday | | 47.85 | 3,377.41 |
| Check | 02/21/2017 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and An... | | 188.60 | 3,188.81 |
| Check | 02/21/2017 | EFT | Met Life | Michael | | 131.80 | 3,057.01 |
| Check | 02/21/2017 | 1307 | JcPenny | Michael, Megan, Addie, Lane | | 207.72 | 2,849.29 |
| Check | 02/21/2017 | 1308 | Hair Zone | Michael, Lane and Andrew haircuts | | 36.00 | 2,813.29 |
| Check | 02/21/2017 | EFT | Kroger | Michael's truck and equipment | | 125.00 | 2,688.29 |
| Check | 02/21/2017 | EFT | Hardee's | beakfast | | 9.39 | 2,678.90 |
| Check | 02/21/2017 | EFT | Children's Place | Lane and Andrew | | 118.94 | 2,559.96 |
| Check | 02/21/2017 | EFT | Old Navy | Megan and Addie and Lane | | 164.83 | 2,395.13 |
| Check | 02/21/2017 | EFT | Sleek Nails | Megan and Addie | | 45.88 | 2,349.25 |
| Check | 02/21/2017 | EFT | Hibbett's | Michael shoes | | 103.85 | 2,245.40 |
| Check | 02/21/2017 | EFT | Cash | volleyball | | 60.00 | 2,185.40 |
| Check | 02/22/2017 | 1309 | Wal-Mart | groceries | | 68.45 | 2,116.95 |
| Check | 02/22/2017 | EFT | FACTS | school tuition | | 25.00 | 2,091.95 |
| Check | 02/22/2017 | EFT | Amazon | Lane's birthday | | 9.99 | 2,081.96 |
| Check | 02/23/2017 | 1310 | Dr. Cecconi | Michael (eye exam) and Megan (glas... | | 578.00 | 1,503.96 |
| Check | 02/23/2017 | EFT | Murphy's Oil | Megan | | 29.64 | 1,474.32 |
| Check | 02/23/2017 | EFT | McDonalds | supper | | 24.68 | 1,449.64 |
| Check | 02/24/2017 | 1311 | Shear Delight | Megan and Addie hair | | 35.00 | 1,414.64 |
| Check | 02/24/2017 | EFT | Wal-Mart | groceries | | 126.28 | 1,288.36 |
| Check | 02/24/2017 | EFT | McDonalds | supper | | 7.88 | 1,280.48 |
| Check | 02/24/2017 | EFT | Taco Bell | supper | | 11.87 | 1,268.61 |
| Check | 02/24/2017 | EFT | Shiners | supper | | 34.22 | 1,234.39 |
| Check | 02/25/2017 | EFT | Wal-Mart | groceries | | 22.78 | 1,211.61 |
| Check | 02/25/2017 | EFT | Don Julio | lunch | | 42.08 | 1,169.53 |
| Check | 02/25/2017 | EFT | Dollar Tree | birthday supplies | | 11.66 | 1,157.87 |
| Check | 02/26/2017 | 1312 | Windstream | Phone, internet and Dish | | 233.16 | 924.71 |
| Deposit | 02/28/2017 | DEP | Kentucky Corn Gro... | reinbrusment | 777.30 | | 1,702.01 |
| Check | 02/28/2017 | EFT | Pink Coconut | Megan and Addie | | 114.00 | 1,588.01 |
| Check | 02/28/2017 | EFT | China King | lunch | | 16.50 | 1,571.51 |
| Check | 02/28/2017 | EFT | Smart Style | | | 31.08 | 1,540.43 |
| Check | 02/28/2017 | EFT | Wal-Mart | groceries | | 11.83 | 1,528.60 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 19,038.04 | 21,334.46 | 1,528.60 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 19,038.04 | 21,334.46 | 2,483.53 |
| **700 · Accounts Receivable** | | | | | | | -64.24 |
| Total 700 · Accounts Receivable | | | | | | | -64.24 |
| **701 · Undeposited Funds** | | | | | | | 650.00 |
| Total 701 · Undeposited Funds | | | | | | | 650.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,517.95 |
| 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |

8:57 AM  
03/27/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of February 28, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| | | | | | | | |
| Total 801 · Operating Loans | | | | | | | -164,517.95 |
| | | | | | | | |
| **821 · CCC Grain Loans** | | | | | | | -45,658.09 |
| **821.1 · CCC-Corn** | | | | | | | -45,658.09 |
| Total 821.1 · CCC-Corn | | | | | | | -45,658.09 |
| | | | | | | | |
| Total 821 · CCC Grain Loans | | | | | | | -45,658.09 |
| | | | | | | | |
| **841 · Equipment Loans** | | | | | | | 60,899.80 |
| **841.5 · Huntington Bank** | | | | | | | 10,206.75 |
| Check | 02/13/2017 | 1299 | Huntington Bank | Megan's car | 680.45 | | 10,887.20 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 10,887.20 |
| | | | | | | | |
| **841 · Equipment Loans - Other** | | | | | | | 50,693.05 |
| Check | 02/03/2017 | 1281 | Michael Wheatley | 2017 ch 12 plan payment | 9,800.00 | | 60,493.05 |
| Total 841 · Equipment Loans - Other | | | | | 9,800.00 | 0.00 | 60,493.05 |
| | | | | | | | |
| Total 841 · Equipment Loans | | | | | 10,480.45 | 0.00 | 71,380.25 |
| | | | | | | | |
| **841.2 · PNC** | | | | | | | 20,715.36 |
| Check | 02/13/2017 | 1300 | PNC Bank | Michael's truck | 863.14 | | 21,578.50 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 21,578.50 |
| | | | | | | | |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| | | | | | | | |
| **841.4 · TCF Equipment Finance** | | | | | | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 14,337.30 |
| | | | | | | | |
| **871 · Real Estate Loans** | | | | | | | -108,505.31 |
| **871.1 · BAC Home Loan** | | | | | | | -117,450.31 |
| Total 871.1 · BAC Home Loan | | | | | | | -117,450.31 |
| | | | | | | | |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| | | | | | | | |
| Total 871 · Real Estate Loans | | | | | | | -108,505.31 |
| | | | | | | | |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| | | | | | | | |
| **3900 · Retained Earnings** | | | | | | | -171,700.06 |
| Total 3900 · Retained Earnings | | | | | | | -171,700.06 |
| | | | | | | | |
| **01 · Crop Sales** | | | | | | | -50,000.00 |
| **01.020 · Yellow Corn Sales** | | | | | | | -50,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -50,000.00 |
| | | | | | | | |
| **01.030 · Soybean Sales** | | | | | | | 0.00 |
| Deposit | 02/02/2017 | DEP | CGB | soybeans | | 8,931.87 | -8,931.87 |
| Deposit | 02/13/2017 | DEP | CGB | soybeans | | 9,328.87 | -18,260.74 |
| Total 01.030 · Soybean Sales | | | | | 0.00 | 18,260.74 | -18,260.74 |
| | | | | | | | |
| Total 01 · Crop Sales | | | | | 0.00 | 18,260.74 | -68,260.74 |
| | | | | | | | |
| **21 · Crop Insurance** | | | | | | | -10,132.89 |
| Total 21 · Crop Insurance | | | | | | | -10,132.89 |
| | | | | | | | |
| **34 · Payroll Expenses** | | | | | | | 215.33 |
| **54 · Employee Benefits** | | | | | | | 215.33 |
| **54.985 · Food** | | | | | | | 215.33 |
| Check | 02/01/2017 | EFT | McDonalds | lunch | 16.90 | | 232.23 |
| Check | 02/09/2017 | EFT | Arby's | lunch | 11.86 | | 244.09 |
| Check | 02/09/2017 | EFT | McDonalds | lunch | 18.47 | | 262.56 |
| Check | 02/16/2017 | EFT | Hardee's | breakfast | 13.92 | | 276.48 |
| Check | 02/21/2017 | EFT | Hardee's | beakfast | 9.39 | | 285.87 |
| Check | 02/23/2017 | EFT | McDonalds | supper | 24.68 | | 310.55 |
| Check | 02/24/2017 | EFT | McDonalds | supper | 7.88 | | 318.43 |
| Total 54.985 · Food | | | | | 103.10 | 0.00 | 318.43 |
| | | | | | | | |
| Total 54 · Employee Benefits | | | | | 103.10 | 0.00 | 318.43 |
| | | | | | | | |
| Total 34 · Payroll Expenses | | | | | 103.10 | 0.00 | 318.43 |
| | | | | | | | |
| **35 · Fertilizers** | | | | | | | 76,361.10 |

Page 3

8:57 AM  
03/27/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of February 28, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **38 · Utilities** | | | | | | | 631.89 |
| **38.1 · Electricity** | | | | | | | 226.20 |
| Check | 02/13/2017 | 1298 | Inter County RECC | grain bins | 30.56 | | 256.76 |
| Total 38.1 · Electricity | | | | | 30.56 | 0.00 | 256.76 |
| **38.3 · Cell Phones** | | | | | | | 164.07 |
| Check | 02/13/2017 | EFT | Bluegrass Celular | | 115.69 | | 279.76 |
| Total 38.3 · Cell Phones | | | | | 115.69 | 0.00 | 279.76 |
| **38.4 · Water** | | | | | | | 7.53 |
| Check | 02/07/2017 | 1287 | Marion County Water | grain bins | 7.70 | | 15.23 |
| Total 38.4 · Water | | | | | 7.70 | 0.00 | 15.23 |
| **38.5 · Gas** | | | | | | | 0.00 |
| Check | 02/14/2017 | 1304 | LG&E | grain bins | 718.25 | | 718.25 |
| Total 38.5 · Gas | | | | | 718.25 | 0.00 | 718.25 |
| **38 · Utilities - Other** | | | | | | | 234.09 |
| Check | 02/26/2017 | 1312 | Windstream | Phone, internet and Dish | 233.16 | | 467.25 |
| Total 38 · Utilities - Other | | | | | 233.16 | 0.00 | 467.25 |
| Total 38 · Utilities | | | | | 1,105.36 | 0.00 | 1,737.25 |
| **40 · Miscellaneous** | | | | | | | 219.20 |
| **40.1 · Bank Charges** | | | | | | | 0.00 |
| Check | 02/13/2017 | EFT | Service Charge | ATM | 2.00 | | 2.00 |
| Total 40.1 · Bank Charges | | | | | 2.00 | 0.00 | 2.00 |
| **40.2 · Office Supplies** | | | | | | | 0.00 |
| Check | 02/06/2017 | EFT | Citizens National B... | check re order | 15.34 | | 15.34 |
| Total 40.2 · Office Supplies | | | | | 15.34 | 0.00 | 15.34 |
| **40.3 · Travel & Ent** | | | | | | | 219.20 |
| **40.33 · Meals** | | | | | | | 0.00 |
| Check | 02/18/2017 | EFT | Cattlemen's | lunch (Farm Show) | 55.15 | | 55.15 |
| Total 40.33 · Meals | | | | | 55.15 | 0.00 | 55.15 |
| **40.34 · Travel** | | | | | | | 0.00 |
| Check | 02/16/2017 | EFT | Delta Airlines | Michael's San Antonio trip (plane tick... | 500.10 | | 500.10 |
| Check | 02/16/2017 | EFT | Delta Airlines | Michael's San Antonio trip | 15.00 | | 515.10 |
| Check | 02/17/2017 | EFT | Travel Insurance | Michael's San Antonio trip | 33.48 | | 548.58 |
| Check | 02/21/2017 | EFT | Cash | volleyball | 60.00 | | 608.58 |
| Deposit | 02/28/2017 | DEP | Kentucky Corn Gro... | reinbrusment | | 777.30 | -168.72 |
| Total 40.34 · Travel | | | | | 608.58 | 777.30 | -168.72 |
| **40.3 · Travel & Ent - Other** | | | | | | | 219.20 |
| Check | 02/17/2017 | 1306 | Cash | Farm Show | 300.00 | | 519.20 |
| Check | 02/18/2017 | EFT | Red Essentials | Vest (farm show) | 65.00 | | 584.20 |
| Check | 02/18/2017 | EFT | Red Essentials | Farm Show toys | 120.00 | | 704.20 |
| Check | 02/18/2017 | EFT | Galt House | Hotel charges (Farm Show) | 20.00 | | 724.20 |
| Total 40.3 · Travel & Ent - Other | | | | | 505.00 | 0.00 | 724.20 |
| Total 40.3 · Travel & Ent | | | | | 1,168.73 | 777.30 | 610.63 |
| **40 · Miscellaneous - Other** | | | | | | | 0.00 |
| Check | 02/04/2017 | EFT | Citizens National B... | cash | 100.00 | | 100.00 |
| Check | 02/09/2017 | 1291 | FSA | credit check | 24.50 | | 124.50 |
| Check | 02/13/2017 | EFT | Cash | ATM | 42.60 | | 167.10 |
| Total 40 · Miscellaneous - Other | | | | | 167.10 | 0.00 | 167.10 |
| Total 40 · Miscellaneous | | | | | 1,353.17 | 777.30 | 795.07 |
| **42 · Farm Rent** | | | | | | | 20,000.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 20,000.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 20,000.00 |
| Total 42 · Farm Rent | | | | | | | 20,000.00 |

Page 4

8:57 AM  
03/27/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of February 28, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **43 · Equipment Repairs** | | | | | | | 997.95 |
| **43.1 · Tractor Repair** | | | | | | | 720.59 |
| Check | 02/01/2017 | EFT | O'reillys | parts | 6.36 | | 726.95 |
| Check | 02/01/2017 | EFT | Norby's | parts | 45.53 | | 772.48 |
| Total 43.1 · Tractor Repair | | | | | 51.89 | 0.00 | 772.48 |
| **43.2 · Truck Repair** | | | | | | | 93.90 |
| Check | 02/20/2017 | EFT | Harbor Freight and ... | toolbox | 169.59 | | 263.49 |
| Total 43.2 · Truck Repair | | | | | 169.59 | 0.00 | 263.49 |
| **43.3 · Other Equip Repairs** | | | | | | | 129.08 |
| Total 43.3 · Other Equip Repairs | | | | | | | 129.08 |
| **43.8 · Grain Bin Repairs** | | | | | | | 0.00 |
| Check | 02/09/2017 | EFT | Norby's | parts | 25.72 | | 25.72 |
| Check | 02/13/2017 | 1295 | Etown Electric | grain bin motor | 627.59 | | 653.31 |
| Check | 02/13/2017 | EFT | Norby's | parts | 11.78 | | 665.09 |
| Check | 02/13/2017 | EFT | Norby's | parts | 11.81 | | 676.90 |
| Check | 02/13/2017 | EFT | Norby's | parts | 11.81 | | 688.71 |
| Check | 02/16/2017 | EFT | Norby's | parts | 6.99 | | 695.70 |
| Total 43.8 · Grain Bin Repairs | | | | | 695.70 | 0.00 | 695.70 |
| **43 · Equipment Repairs - Other** | | | | | | | 54.38 |
| Total 43 · Equipment Repairs - Other | | | | | | | 54.38 |
| Total 43 · Equipment Repairs | | | | | 917.18 | 0.00 | 1,915.13 |
| **45 · Fuel & Oil** | | | | | | | 364.73 |
| **45.1 · Diesel Fuel** | | | | | | | 271.36 |
| Check | 02/03/2017 | EFT | Kroger | Michael's truck | 78.37 | | 349.73 |
| Check | 02/14/2017 | EFT | Kroger | Michael | 75.92 | | 425.65 |
| Check | 02/21/2017 | EFT | Kroger | Michael's truck and equipment | 125.00 | | 550.65 |
| Total 45.1 · Diesel Fuel | | | | | 279.29 | 0.00 | 550.65 |
| **45.2 · Gasoline** | | | | | | | 93.37 |
| Check | 02/08/2017 | EFT | Thorton's | Megan | 24.51 | | 117.88 |
| Check | 02/13/2017 | EFT | Murphy's Oil | Megan | 31.80 | | 149.68 |
| Check | 02/23/2017 | EFT | Murphy's Oil | Megan | 29.64 | | 179.32 |
| Total 45.2 · Gasoline | | | | | 85.95 | 0.00 | 179.32 |
| Total 45 · Fuel & Oil | | | | | 365.24 | 0.00 | 729.97 |
| **50 · Chemicals** | | | | | | | 2,873.34 |
| Total 50 · Chemicals | | | | | | | 2,873.34 |
| **51 · Supplies** | | | | | | | 0.00 |
| Check | 02/07/2017 | 1288 | Central Kentucky P... | air filter for the house | 27.39 | | 27.39 |
| Total 51 · Supplies | | | | | 27.39 | 0.00 | 27.39 |
| **52 · Professional Fees** | | | | | | | 93.57 |
| **52.5 · Dues and Subscriptions** | | | | | | | 93.57 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 93.57 |
| **52 · Professional Fees - Other** | | | | | | | 0.00 |
| Check | 02/07/2017 | 1289 | LTFBMG | 1099's | 50.50 | | 50.50 |
| Total 52 · Professional Fees - Other | | | | | 50.50 | 0.00 | 50.50 |
| Total 52 · Professional Fees | | | | | 50.50 | 0.00 | 144.07 |
| **70 · Contributions** | | | | | | | 0.00 |
| Check | 02/09/2017 | 1292 | Good Smaratian Fo... | Tickets for dance | 100.00 | | 100.00 |
| Total 70 · Contributions | | | | | 100.00 | 0.00 | 100.00 |
| **72 · Doctors & Hospitals** | | | | | | | 446.59 |
| Check | 02/03/2017 | 1280 | KORT | Megan (physical theraphy) | 160.00 | | 606.59 |
| Check | 02/13/2017 | 1294 | Lebanon Pediatrics | Andrew | 40.00 | | 646.59 |
| Check | 02/23/2017 | 1310 | Dr. Cecconi | Michael (eye exam) and Megan (glas... | 578.00 | | 1,224.59 |
| Total 72 · Doctors & Hospitals | | | | | 778.00 | 0.00 | 1,224.59 |
| **73.997 · Health Insurance** | | | | | | | 774.43 |
| Check | 02/01/2017 | EFT | Anthem | Michael, Megan, Addie, Lane and An... | 774.43 | | 1,548.86 |
| Total 73.997 · Health Insurance | | | | | 774.43 | 0.00 | 1,548.86 |

Page 5

8:57 AM  
03/27/17  
Cash Basis

**Buckman Family Farms**
# General Ledger
**As of February 28, 2017**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **73.998 · Life Insurance** | | | | | | | 327.31 |
| Check | 02/01/2017 | EFT | Grange Life Insura... | Megan | 6.91 | | 334.22 |
| Check | 02/21/2017 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and An... | 188.60 | | 522.82 |
| Check | 02/21/2017 | EFT | Met Life | Michael | 131.80 | | 654.62 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 654.62 |
| **74 · Family Living** | | | | | | | 3,485.28 |
| **74.983 · Pat's Pharmacy** | | | | | | | 0.00 |
| Check | 02/13/2017 | 1301 | Pat's Pharmacy | medicine | 100.00 | | 100.00 |
| Total 74.983 · Pat's Pharmacy | | | | | 100.00 | 0.00 | 100.00 |
| **74.985 · Food** | | | | | | | 1,376.29 |
| Check | 02/02/2017 | 1279 | Wal-Mart | groceries | 57.79 | | 1,434.08 |
| Check | 02/02/2017 | EFT | White Castle | lunch | 16.03 | | 1,450.11 |
| Check | 02/03/2017 | EFT | Kroger | groceries | 10.48 | | 1,460.59 |
| Check | 02/03/2017 | EFT | Crystal buffett | lunch | 14.99 | | 1,475.58 |
| Check | 02/05/2017 | EFT | Taco Bell | supper | 17.27 | | 1,492.85 |
| Check | 02/06/2017 | 1283 | Wal-Mart | groceries | 98.01 | | 1,590.86 |
| Check | 02/06/2017 | EFT | Wal-Mart | concessions | 8.62 | | 1,599.48 |
| Check | 02/06/2017 | EFT | Kroger | concessions | 19.07 | | 1,618.55 |
| Check | 02/07/2017 | EFT | Wal-Mart | groceries | 8.98 | | 1,627.53 |
| Check | 02/07/2017 | EFT | Don Julio | lunch | 34.05 | | 1,661.58 |
| Check | 02/08/2017 | EFT | Cracker Barrel | breakfast | 29.69 | | 1,691.27 |
| Check | 02/08/2017 | EFT | Norton Healthcare ... | lunch | 23.00 | | 1,714.27 |
| Check | 02/09/2017 | EFT | Wal-Mart | groceries | 53.86 | | 1,768.13 |
| Check | 02/10/2017 | EFT | Shiners | lunch | 59.11 | | 1,827.24 |
| Check | 02/10/2017 | EFT | LaFuenta | supper | 46.91 | | 1,874.15 |
| Check | 02/11/2017 | EFT | Wal-Mart | groceries | 55.60 | | 1,929.75 |
| Check | 02/13/2017 | 1302 | Wal-Mart | groceries | 137.25 | | 2,067.00 |
| Check | 02/14/2017 | EFT | Wal-Mart | groceries | 99.64 | | 2,166.64 |
| Check | 02/14/2017 | EFT | buffalo wings and ri... | supper | 24.83 | | 2,191.47 |
| Check | 02/19/2017 | 1305 | Wal-Mart | groceries | 149.79 | | 2,341.26 |
| Check | 02/19/2017 | EFT | Kroger | Lunch | 27.46 | | 2,368.72 |
| Check | 02/20/2017 | EFT | Famous Dave's | lunch | 33.30 | | 2,402.02 |
| Check | 02/22/2017 | 1309 | Wal-Mart | groceries | 68.45 | | 2,470.47 |
| Check | 02/24/2017 | EFT | Wal-Mart | groceries | 126.28 | | 2,596.75 |
| Check | 02/24/2017 | EFT | Taco Bell | supper | 11.87 | | 2,608.62 |
| Check | 02/24/2017 | EFT | Shiners | supper | 34.22 | | 2,642.84 |
| Check | 02/25/2017 | EFT | Wal-Mart | groceries | 22.78 | | 2,665.62 |
| Check | 02/25/2017 | EFT | Don Julio | lunch | 42.08 | | 2,707.70 |
| Check | 02/28/2017 | EFT | China King | lunch | 16.50 | | 2,724.20 |
| Check | 02/28/2017 | EFT | Wal-Mart | groceries | 11.83 | | 2,736.03 |
| Total 74.985 · Food | | | | | 1,359.74 | 0.00 | 2,736.03 |
| **74.986 · Household Operating** | | | | | | | 23.00 |
| Check | 02/07/2017 | 1290 | Allens | pest control | 23.00 | | 46.00 |
| Total 74.986 · Household Operating | | | | | 23.00 | 0.00 | 46.00 |
| **74.988 · House Repairs** | | | | | | | 254.22 |
| Total 74.988 · House Repairs | | | | | | | 254.22 |
| **74.989 · Clothing** | | | | | | | 251.79 |
| Check | 02/03/2017 | EFT | Laurie Belle Boutique | Megan | 37.00 | | 288.79 |
| Check | 02/04/2017 | EFT | Laurie Belle Boutique | Addie | 44.99 | | 333.78 |
| Check | 02/07/2017 | EFT | Zappos | Shoes for Addie and Lane | 90.09 | | 423.87 |
| Check | 02/11/2017 | 1293 | Shirts by US | volleyball | 24.00 | | 447.87 |
| Check | 02/13/2017 | EFT | Rue 21 | Megan and  addie | 66.75 | | 514.62 |
| Check | 02/13/2017 | EFT | The Mint Julep Bou... | Megan | 34.00 | | 548.62 |
| Check | 02/14/2017 | EFT | Children's Place | Lane and Andrew | 140.28 | | 688.90 |
| Check | 02/21/2017 | 1307 | JcPenny | Michael, Megan, Addie, Lane | 207.72 | | 896.62 |
| Check | 02/21/2017 | EFT | Children's Place | Lane and Andrew | 118.94 | | 1,015.56 |
| Check | 02/21/2017 | EFT | Old Navy | Megan and Addie and Lane | 164.83 | | 1,180.39 |
| Check | 02/21/2017 | EFT | Hibbett's | Michael shoes | 103.85 | | 1,284.24 |
| Check | 02/28/2017 | EFT | Pink Coconut | Megan and Addie | 114.00 | | 1,398.24 |
| Total 74.989 · Clothing | | | | | 1,146.45 | 0.00 | 1,398.24 |

8:57 AM
03/27/17
Cash Basis

**Buckman Family Farms**
**General Ledger**
**As of February 28, 2017**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **74.990 · Personal Items** | | | | | | | 158.93 |
| Check | 02/03/2017 | EFT | Amazon | hair product | 21.79 | | 180.72 |
| Check | 02/03/2017 | EFT | Amazon | Happy Everyhing | 16.91 | | 197.63 |
| Check | 02/03/2017 | EFT | Amazon | | 15.45 | | 213.08 |
| Check | 02/07/2017 | 1284 | Kuts by Kristi | Hair | 60.00 | | 273.08 |
| Check | 02/16/2017 | EFT | Amazon | phone case | 12.50 | | 285.58 |
| Check | 02/21/2017 | 1308 | Hair Zone | Michael, Lane and Andrew haircuts | 36.00 | | 321.58 |
| Check | 02/21/2017 | EFT | Sleek Nails | Megan and Addie | 45.88 | | 367.46 |
| Check | 02/24/2017 | 1311 | Shear Delight | Megan and Addie hair | 35.00 | | 402.46 |
| Check | 02/25/2017 | EFT | Dollar Tree | birthday supplies | 11.66 | | 414.12 |
| Check | 02/28/2017 | EFT | Smart Style | | 31.08 | | 445.20 |
| Total 74.990 · Personal Items | | | | | 286.27 | 0.00 | 445.20 |
| **74.991 · Entertainment/Recreation** | | | | | | | 117.98 |
| Check | 02/03/2017 | 1282 | Marion County Littl... | Addie softball sign ups | 50.00 | | 167.98 |
| Check | 02/13/2017 | EFT | Amazon | app | 1.05 | | 169.03 |
| Check | 02/13/2017 | EFT | Amazon | app | 3.17 | | 172.20 |
| Total 74.991 · Entertainment/Recreation | | | | | 54.22 | 0.00 | 172.20 |
| **74.992 · Education/Reading** | | | | | | | 635.50 |
| Check | 02/07/2017 | 1285 | Smart Tuition | kids tuition | 444.83 | | 1,080.33 |
| Check | 02/13/2017 | 1296 | Trena Spalding | volleyball pictures | 37.00 | | 1,117.33 |
| Check | 02/20/2017 | EFT | Wal-Mart | school supplies | 9.16 | | 1,126.49 |
| Check | 02/22/2017 | EFT | FACTS | school tuition | 25.00 | | 1,151.49 |
| Total 74.992 · Education/Reading | | | | | 515.99 | 0.00 | 1,151.49 |
| **74.993 · Gifts** | | | | | | | 368.63 |
| Check | 02/08/2017 | EFT | Cracker Barrel | Jasmine | 10.59 | | 379.22 |
| Check | 02/14/2017 | 1303 | Beth Spalding | wedding | 60.00 | | 439.22 |
| Check | 02/17/2017 | EFT | Amazon | Lane's birthday | 78.69 | | 517.91 |
| Check | 02/20/2017 | EFT | Amazon | Lane's birthday | 47.85 | | 565.76 |
| Check | 02/22/2017 | EFT | Amazon | Lane's birthday | 9.99 | | 575.75 |
| Total 74.993 · Gifts | | | | | 207.12 | 0.00 | 575.75 |
| **74.997 · Household Electricity** | | | | | | | 271.85 |
| Check | 02/13/2017 | 1297 | Inter County RECC | house | 302.60 | | 574.45 |
| Total 74.997 · Household Electricity | | | | | 302.60 | 0.00 | 574.45 |
| **74.998 · Household Water** | | | | | | | 49.07 |
| Check | 02/07/2017 | 1286 | Marion County Water | house | 60.54 | | 109.61 |
| Total 74.998 · Household Water | | | | | 60.54 | 0.00 | 109.61 |
| **74 · Family Living - Other** | | | | | | | -21.98 |
| Check | 02/04/2017 | EFT | Wal-Mart | medicine | 14.73 | | -7.25 |
| Check | 02/10/2017 | EFT | Net Flix | dues | 9.99 | | 2.74 |
| Check | 02/20/2017 | EFT | Five Star Food Mart | | 8.54 | | 11.28 |
| Total 74 · Family Living - Other | | | | | 33.26 | 0.00 | 11.28 |
| Total 74 · Family Living | | | | | 4,089.19 | 0.00 | 7,574.47 |
| **TOTAL** | | | | | 40,372.50 | 40,372.50 | 0.00 |