Month of <u>March</u>, <u>2017</u>

## CHAPTER 12 CASE

NAME OF DEBTOR: <u>William Michael Buckman & Megan Leah Buckman</u>

CASE NO.: <u>15-32674</u>

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. <u>Cash Received During Month (Itemized)</u>:

<u>Item & Quantity Sold</u>     $ <u>  34,984.23  </u>

   Soybeans-X,XXX bushels
   Corn-2,409.64 bushels

New loan received this month (if any): $_____

Wages earned from outside work:   $_____

Other receipts: Custom Work    $ <u>  750.00  </u>

      Total Cash Receipts    $ <u>  35,734.23  </u>

II. <u>Expenses Paid</u>:

Total amount paid for household
or living expense:    $ <u>  4,846.27  </u>

Operating expenses paid (itemize): $2,960.69

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | $31.48 |
| Utilities | $484.52 |
| Insurance | $672.17 |
| Miscellaneous | $275.07 |
| Land Rent | |
| Equipment Repairs | $845.81 |
| Machine Hire | $44.00 |
| Fuel & Oil | $257.64 |
| Supplies | |
| Professional Fees | $350.00 |

Plan payments made to Chapter 12 Trustee
$_____

Direct payments to creditors (as required by plan):

| <u>Date</u> | <u>Creditor</u> | <u>Check No.</u> | <u>Amount</u> | |
|---|---|---|---|---|
| 03/24/17 | Huntington Bank | 1333 | $680.45 | Megan's car |
| 03/24/17 | PNC Bank | 1332 | $863.14 | Michael's truck |
| 03/10/17 | BAC | 1335 | $1,587.42 | House Payment |

Total of direct payments   $  3,131.01 _____

TOTAL EXPENSES PAID DURING MONTH   $ 10,937.97 _____

Losses due to crop failure or damage   $_____
Losses due to death or disease of
livestock or poultry   $_____

PROFIT (or loss) FOR MONTH   $  24,796.26 _____

III. Cash Reconciliation:

Cash and Bank Accounts Balance at
Beginning of Month:   $  2,483.53 _____

Income (or Loss) During Month:   $  24,796.26 _____

Cash and Bank Account Balance at End of Month:   $  27,279.79 _____

IV. Expenses charged but not paid during month (itemize):

Expense   $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

6-21-17
Date

Debtor/Officer of Debtor

## **TAX DEPOSIT STATEMENT**

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending FICA Tax Payable     _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number        _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

6-21-17
Date

_____
Debtor/Officer of Debtor

10:49 PM
06/20/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### March 2017

|  | Mar 17 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **01 · Crop Sales** | |
|       01.020 · Yellow Corn Sales | 10,000.00 |
|       01.030 · Soybean Sales | 24,984.23 |
|     **Total 01 · Crop Sales** | 34,984.23 |
|     **11 · Custom Work Income** | |
|       11.2 · Machine Work | 750.00 |
|     **Total 11 · Custom Work Income** | 750.00 |
|   **Total Income** | 35,734.23 |
| **Gross Profit** | 35,734.23 |
|   **Expense** | |
|     **34 · Payroll Expenses** | |
|       **54 · Employee Benefits** | |
|         54.985 · Food | 31.48 |
|       **Total 54 · Employee Benefits** | 31.48 |
|     **Total 34 · Payroll Expenses** | 31.48 |
|     **38 · Utilities** | |
|       38.1 · Electricity | 119.43 |
|       38.3 · Cell Phones | 122.97 |
|       38.4 · Water | 8.96 |
|       38 · Utilities - Other | 233.16 |
|     **Total 38 · Utilities** | 484.52 |
|     **39 · Insurance** | |
|       39.3 · Vehicle Insurance | 672.17 |
|     **Total 39 · Insurance** | 672.17 |
|     **40 · Miscellaneous** | |
|       40.1 · Bank Charges | 84.00 |
|       40.3 · Travel & Ent | 191.07 |
|     **Total 40 · Miscellaneous** | 275.07 |
|     **43 · Equipment Repairs** | |
|       43.2 · Truck Repair | 15.87 |
|       53.0 · Licenses and Permits | 829.94 |
|     **Total 43 · Equipment Repairs** | 845.81 |
|     **44 · Machine Hire** | |
|       44.2 · Freight & Trucking | 44.00 |
|     **Total 44 · Machine Hire** | 44.00 |
|     **45 · Fuel & Oil** | |
|       45.1 · Diesel Fuel | 176.76 |
|       45.2 · Gasoline | 80.88 |
|     **Total 45 · Fuel & Oil** | 257.64 |
|     **52 · Professional Fees** | |
|       52.1 · Accounting | 300.00 |
|     **Total 52 · Professional Fees** | 300.00 |
|   **Total Expense** | 2,910.69 |
| **Net Ordinary Income** | 32,823.54 |

10:49 PM
06/20/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### March 2017

|  | Mar 17 |
|---|---:|
| **Other Income/Expense** | |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 527.34 |
| 73.997 · Health Insurance | 774.43 |
| 73.998 · Life Insurance | 398.74 |
| 74 · Family Living | |
|    74.983 · Pat's Pharmacy | 170.23 |
|    74.985 · Food | 1,025.29 |
|    74.989 · Clothing | 286.52 |
|    74.990 · Personal Items | 213.75 |
|    74.991 · Entertainment/Recreation | 59.73 |
|    74.992 · Education/Reading | 690.53 |
|    74.993 · Gifts | 102.96 |
|    74.997 · Household Electricity | 233.08 |
|    74.998 · Household Water | 63.67 |
|    74.999 · Lunch Money | 300.00 |
|    74 · Family Living - Other | 50.00 |
| **Total 74 · Family Living** | 3,195.76 |
| **Total Other Expense** | 4,896.27 |
| **Net Other Income** | -4,896.27 |
| **Net Income** | **27,927.27** |

10:48 PM  
06/20/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 2,483.53 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 1,528.60 |
| Check | 03/01/2017 | EFT | Anthem | Michael, Megan, Addie, ... | | 774.43 | 754.17 |
| Check | 03/01/2017 | EFT | Grange Life Insurance | Megan | | 6.91 | 747.26 |
| Check | 03/01/2017 | 1313 | Inter County RECC | shop | | 64.86 | 682.40 |
| Check | 03/01/2017 | EFT | Amazon | hair | | 13.75 | 668.65 |
| Check | 03/01/2017 | EFT | Children's Place | Addie | | 17.98 | 650.67 |
| Check | 03/01/2017 | EFT | MarleyLily | Megan | | 57.48 | 593.19 |
| Check | 03/01/2017 | EFT | Five Star Food Mart | snack | | 4.56 | 588.63 |
| Check | 03/02/2017 | 1314 | Saint Augustine Lunchroom | | | 100.00 | 488.63 |
| Check | 03/02/2017 | EFT | Murphy's Oil | Megan | | 32.45 | 456.18 |
| Check | 03/02/2017 | EFT | Delta Airlines | San Antonio | | 25.00 | 431.18 |
| Check | 03/03/2017 | 1315 | Lebanon Pediatrics | Lane | | 40.00 | 391.18 |
| Check | 03/03/2017 | EFT | Michelinos | San Antonio | | 40.58 | 350.60 |
| Check | 03/04/2017 | EFT | Ragetti's | supper | | 40.29 | 310.31 |
| Check | 03/04/2017 | EFT | Grand Hyatt Hotel | Michael's San Antonio trip | | 14.99 | 295.32 |
| Check | 03/04/2017 | EFT | Service Charge | ATM | | 2.00 | 293.32 |
| Check | 03/04/2017 | ATM | ATM | San Antonio | | 43.75 | 249.57 |
| Check | 03/05/2017 | EFT | Kroger | Michael's truck | | 75.92 | 173.65 |
| Check | 03/05/2017 | EFT | Taco Bell | lunch | | 20.32 | 153.33 |
| Check | 03/05/2017 | EFT | Auxiliary Gift Shop | Ellen | | 16.40 | 136.93 |
| Check | 03/05/2017 | EFT | McDonalds | supper | | 15.12 | 121.81 |
| Check | 03/05/2017 | EFT | Grand Hyatt Hotel | San Antonio | | 1.75 | 120.06 |
| Check | 03/05/2017 | EFT | Parking Garage | San Antonio | | 36.00 | 84.06 |
| Check | 03/05/2017 | EFT | Delta Airlines | San Antonio | | 25.00 | 59.06 |
| Check | 03/05/2017 | EFT | Delta Airlines | San Antonio | | 2.00 | 57.06 |
| Check | 03/06/2017 | 1316 | Wal-Mart | groceries | | 145.62 | -88.56 |
| Check | 03/09/2017 | EFT | Gymboree | Lane | | 25.41 | -113.97 |
| Check | 03/10/2017 | 1317 | Family and Internal Medicine | Michael | | 40.00 | -153.97 |
| Check | 03/10/2017 | EFT | Net Flix | | | 9.99 | -163.96 |
| Check | 03/10/2017 | 1335 | BAC | march/april | | 1,587.42 | -1,751.38 |
| Check | 03/11/2017 | EFT | Murphy's Oil | Megan | | 20.00 | -1,771.38 |
| Check | 03/12/2017 | 1318 | Kroger | groceries | | 84.23 | -1,855.61 |
| Check | 03/12/2017 | 1319 | Wal-Mart | groceries | | 38.15 | -1,893.76 |
| Check | 03/14/2017 | EFT | Bluegrass Celular | | | 122.97 | -2,016.73 |
| Check | 03/15/2017 | EFT | Service Charge | | | 28.00 | -2,044.73 |
| Check | 03/16/2017 | EFT | Service Charge | | | 28.00 | -2,072.73 |
| Deposit | 03/20/2017 | DEP | Buckman, Raffey | bush hog repair | 750.00 | | -1,322.73 |
| Check | 03/20/2017 | 1320 | Lebanon Pediatrics | Andrew | | 81.33 | -1,404.06 |
| Check | 03/20/2017 | 1321 | Wal-Mart | groceries | | 94.38 | -1,498.44 |
| Check | 03/21/2017 | 1322 | Marion County Coopertive Extensi... | Addie's 4H camp deposit | | 50.00 | -1,548.44 |
| Check | 03/21/2017 | EFT | Farm Bureau | Michael,Megan, Addie, L... | | 188.60 | -1,737.04 |
| Check | 03/21/2017 | EFT | Met Life | Michael | | 131.80 | -1,868.84 |
| Deposit | 03/24/2017 | DEP | R&B Trucking | corn sales at 4.15 | 10,000.00 | | 8,131.16 |
| Check | 03/24/2017 | 1323 | Marion County Water | house | | 63.67 | 8,067.49 |
| Check | 03/24/2017 | 1324 | Marion County Water | grain bins | | 8.96 | 8,058.53 |
| Check | 03/24/2017 | 1325 | Inter County RECC | house | | 233.08 | 7,825.45 |
| Check | 03/24/2017 | 1326 | Inter County RECC | grain bins | | 20.62 | 7,804.83 |
| Check | 03/24/2017 | 1327 | Farm Bureau | | | 672.17 | 7,132.66 |
| Check | 03/24/2017 | 1328 | Farm Bureau | | | 71.43 | 7,061.23 |
| Check | 03/24/2017 | 1329 | Pat's Pharmacy | medicine | | 170.23 | 6,891.00 |
| Check | 03/24/2017 | 1330 | River Link | toll fee | | 44.00 | 6,847.00 |
| Check | 03/24/2017 | 1331 | Smart Tuition | kids tuition | | 484.83 | 6,362.17 |
| Check | 03/24/2017 | 1332 | PNC Bank | Michael's truck | | 863.14 | 5,499.03 |
| Check | 03/24/2017 | 1333 | Huntington Bank | Megan's car | | 680.45 | 4,818.58 |
| Check | 03/24/2017 | 1334 | Windstream | Dish, Internet and phone | | 233.16 | 4,585.42 |
| Check | 03/24/2017 | 1336 | Wal-Mart | groceries | | 91.67 | 4,493.75 |
| Check | 03/25/2017 | 1337 | Cash | cash | | 200.00 | 4,293.75 |
| Check | 03/25/2017 | EFT | Five Star Food Mart | gas | | 28.43 | 4,265.32 |
| Check | 03/25/2017 | EFT | Five Star Food Mart | | | 24.41 | 4,240.91 |
| Check | 03/25/2017 | EFT | Service Charge | | | 28.00 | 4,212.91 |
| Check | 03/26/2017 | EFT | Huddle House | breakfast | | 17.34 | 4,195.57 |
| Check | 03/26/2017 | EFT | Pizza Hut | lunch | | 43.49 | 4,152.08 |
| Check | 03/26/2017 | EFT | Keystone Cinema | Movies | | 45.75 | 4,106.33 |
| Check | 03/26/2017 | EFT | Wal-Mart | CB Antena | | 15.87 | 4,090.46 |
| Check | 03/26/2017 | EFT | Smart Tuition | Registration fee for 2017... | | 205.70 | 3,884.76 |
| Check | 03/27/2017 | EFT | Amazon | easter | | 8.81 | 3,875.95 |
| Check | 03/27/2017 | EFT | Amazon | easter/ hair product | | 50.19 | 3,825.76 |
| Check | 03/27/2017 | 1338 | Wal-Mart | groceries | | 252.72 | 3,573.04 |
| Check | 03/27/2017 | EFT | JcPenny | Addie | | 67.83 | 3,505.21 |
| Check | 03/27/2017 | 1339 | Marion County Clerk | tags, taxes and license | | 829.94 | 2,675.27 |
| Check | 03/27/2017 | 1340 | Lebanon Pediatrics | Addie | | 40.00 | 2,635.27 |
| Check | 03/27/2017 | EFT | White Castle | lunch | | 23.41 | 2,611.86 |
| Check | 03/27/2017 | EFT | Marathon Gas | snacks | | 22.03 | 2,589.83 |
| Check | 03/27/2017 | EFT | Children's Place | Lane and Andrew | | 79.82 | 2,510.01 |
| Check | 03/29/2017 | 1341 | JONATHAN SHEPHARD | 2016 taxes | | 300.00 | 2,210.01 |
| Check | 03/29/2017 | 1342 | Saint Augustine Lunchroom | | | 100.00 | 2,110.01 |
| Check | 03/29/2017 | EFT | Kroger | equipment | | 100.84 | 2,009.17 |
| Check | 03/29/2017 | EFT | Shiners | supper | | 44.49 | 1,964.68 |

10:48 PM  
06/20/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 03/29/2017 | EFT | Amazon | | | 27.56 | 1,937.12 |
| Check | 03/29/2017 | EFT | Betsey's Boutique | Megan | | 38.00 | 1,899.12 |
| Check | 03/29/2017 | EFT | Amazon | movie | | 3.99 | 1,895.13 |
| Check | 03/30/2017 | 1343 | Lebanon Pediatrics | Addie | | 40.00 | 1,855.13 |
| Check | 03/30/2017 | 1344 | Lebanon Physicans for Women | Megan | | 60.00 | 1,795.13 |
| Check | 03/30/2017 | EFT | 150 Quick Stop | snack | | 5.37 | 1,789.76 |
| Check | 03/30/2017 | EFT | McDonalds | lunch | | 16.36 | 1,773.40 |
| Check | 03/30/2017 | 1345 | Saint Augustine Lunchroom | | | 100.00 | 1,673.40 |
| Check | 03/30/2017 | 1346 | KORT | Megan | | 40.00 | 1,633.40 |
| Check | 03/30/2017 | 1347 | Dr. Hunt | Megan | | 186.01 | 1,447.39 |
| Check | 03/30/2017 | 1348 | Inter County RECC | shop | | 33.95 | 1,413.44 |
| Check | 03/31/2017 | 1349 | Wal-Mart | groceries | | 54.71 | 1,358.73 |
| Deposit | 03/31/2017 | DEP | CGBJeff | soybeans | 24,984.23 | | 26,342.96 |
| Check | 03/31/2017 | EFT | Culver's | lunch | | 18.10 | 26,324.86 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 35,734.23 | 10,937.97 | 26,324.86 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 35,734.23 | 10,937.97 | 27,279.79 |
| **700 · Accounts Receivable** | | | | | | | -64.24 |
| Total 700 · Accounts Receivable | | | | | | | -64.24 |
| **701 · Undeposited Funds** | | | | | | | 650.00 |
| Total 701 · Undeposited Funds | | | | | | | 650.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,493.45 |
| **801.1 · Bank Operating Loan** | | | | | | | 24.50 |
| Total 801.1 · Bank Operating Loan | | | | | | | 24.50 |
| **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,493.45 |
| **841 · Equipment Loans** | | | | | | | 12,928.55 |
| **841.5 · Huntington Bank** | | | | | | | 10,887.20 |
| Check | 03/24/2017 | 1333 | Huntington Bank | Megan's car | 680.45 | | 11,567.65 |
| Total 841.5 · Huntington Bank | | | | | 680.45 | 0.00 | 11,567.65 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | 680.45 | 0.00 | 13,609.00 |
| **841.2 · PNC** | | | | | | | 21,578.50 |
| Check | 03/24/2017 | 1332 | PNC Bank | Michael's truck | 863.14 | | 22,441.64 |
| Total 841.2 · PNC | | | | | 863.14 | 0.00 | 22,441.64 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 14,337.30 |
| **871 · Real Estate Loans** | | | | | | | -108,505.31 |
| **871.1 · BAC Home Loan** | | | | | | | -117,450.31 |
| Check | 03/10/2017 | 1335 | BAC | march/april | 1,587.42 | | -115,862.89 |
| Total 871.1 · BAC Home Loan | | | | | 1,587.42 | 0.00 | -115,862.89 |

10:48 PM  
06/20/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | 1,587.42 | 0.00 | -106,917.89 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -171,667.78 |
| Total 3900 · Retained Earnings | | | | | | | -171,667.78 |
| **01 · Crop Sales** | | | | | | | -68,260.74 |
| **01.020 · Yellow Corn Sales** | | | | | | | -50,000.00 |
| Deposit | 03/24/2017 | DEP | R&B Trucking | corn sales at 4.15 | | 10,000.00 | -60,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 10,000.00 | -60,000.00 |
| **01.030 · Soybean Sales** | | | | | | | -18,260.74 |
| Deposit | 03/31/2017 | DEP | CGBJeff | soybeans | | 24,984.23 | -43,244.97 |
| Total 01.030 · Soybean Sales | | | | | 0.00 | 24,984.23 | -43,244.97 |
| Total 01 · Crop Sales | | | | | 0.00 | 34,984.23 | -103,244.97 |
| **11 · Custom Work Income** | | | | | | | 0.00 |
| **11.2 · Machine Work** | | | | | | | 0.00 |
| Deposit | 03/20/2017 | DEP | Buckman, Raffey | bush hog repair | | 750.00 | -750.00 |
| Total 11.2 · Machine Work | | | | | 0.00 | 750.00 | -750.00 |
| Total 11 · Custom Work Income | | | | | 0.00 | 750.00 | -750.00 |
| **21 · Crop Insurance** | | | | | | | 48,651.70 |
| Total 21 · Crop Insurance | | | | | | | 48,651.70 |
| **34 · Payroll Expenses** | | | | | | | 318.43 |
| **54 · Employee Benefits** | | | | | | | 318.43 |
| **54.985 · Food** | | | | | | | 318.43 |
| Check | 03/05/2017 | EFT | McDonalds | supper | 15.12 | | 333.55 |
| Check | 03/30/2017 | EFT | McDonalds | lunch | 16.36 | | 349.91 |
| Total 54.985 · Food | | | | | 31.48 | 0.00 | 349.91 |
| Total 54 · Employee Benefits | | | | | 31.48 | 0.00 | 349.91 |
| Total 34 · Payroll Expenses | | | | | 31.48 | 0.00 | 349.91 |
| 35 · Fertilizers | | | | | | | 76,361.10 |
| **38 · Utilities** | | | | | | | 1,737.25 |
| **38.1 · Electricity** | | | | | | | 256.76 |
| Check | 03/01/2017 | 1313 | Inter County RECC | shop | 64.86 | | 321.62 |
| Check | 03/24/2017 | 1326 | Inter County RECC | grain bins | 20.62 | | 342.24 |
| Check | 03/30/2017 | 1348 | Inter County RECC | shop | 33.95 | | 376.19 |
| Total 38.1 · Electricity | | | | | 119.43 | 0.00 | 376.19 |
| **38.3 · Cell Phones** | | | | | | | 279.76 |
| Check | 03/14/2017 | EFT | Bluegrass Celular | | 122.97 | | 402.73 |
| Total 38.3 · Cell Phones | | | | | 122.97 | 0.00 | 402.73 |
| **38.4 · Water** | | | | | | | 15.23 |
| Check | 03/24/2017 | 1324 | Marion County Water | grain bins | 8.96 | | 24.19 |
| Total 38.4 · Water | | | | | 8.96 | 0.00 | 24.19 |
| **38.5 · Gas** | | | | | | | 718.25 |
| Total 38.5 · Gas | | | | | | | 718.25 |
| **38 · Utilities - Other** | | | | | | | 467.25 |
| Check | 03/24/2017 | 1334 | Windstream | Dish, Internet and phone | 233.16 | | 700.41 |
| Total 38 · Utilities - Other | | | | | 233.16 | 0.00 | 700.41 |
| Total 38 · Utilities | | | | | 484.52 | 0.00 | 2,221.77 |
| **39 · Insurance** | | | | | | | -10,132.89 |
| **39.3 · Vehicle Insurance** | | | | | | | 0.00 |
| Check | 03/24/2017 | 1327 | Farm Bureau | | 672.17 | | 672.17 |
| Total 39.3 · Vehicle Insurance | | | | | 672.17 | 0.00 | 672.17 |

10:48 PM  
06/20/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **39.5 · Crop Insurance** | | | | | | | -10,132.89 |
| Total 39.5 · Crop Insurance | | | | | | | -10,132.89 |
| Total 39 · Insurance | | | | | 672.17 | 0.00 | -9,460.72 |
| **40 · Miscellaneous** | | | | | | | 1,472.95 |
| **40.1 · Bank Charges** | | | | | | | 2.00 |
| Check | 03/15/2017 | EFT | Service Charge | | 28.00 | | 30.00 |
| Check | 03/16/2017 | EFT | Service Charge | | 28.00 | | 58.00 |
| Check | 03/25/2017 | EFT | Service Charge | | 28.00 | | 86.00 |
| Total 40.1 · Bank Charges | | | | | 84.00 | 0.00 | 86.00 |
| **40.2 · Office Supplies** | | | | | | | 15.34 |
| Total 40.2 · Office Supplies | | | | | | | 15.34 |
| **40.3 · Travel & Ent** | | | | | | | 1,387.93 |
| **40.33 · Meals** | | | | | | | 55.15 |
| Total 40.33 · Meals | | | | | | | 55.15 |
| **40.34 · Travel** | | | | | | | 608.58 |
| Total 40.34 · Travel | | | | | | | 608.58 |
| **40.3 · Travel & Ent - Other** | | | | | | | 724.20 |
| Check | 03/02/2017 | EFT | Delta Airlines | San Antonio | 25.00 | | 749.20 |
| Check | 03/03/2017 | EFT | Michelinos | San Antonio | 40.58 | | 789.78 |
| Check | 03/04/2017 | EFT | Grand Hyatt Hotel | Michael's San Antonio trip | 14.99 | | 804.77 |
| Check | 03/04/2017 | EFT | Service Charge | ATM | 2.00 | | 806.77 |
| Check | 03/04/2017 | ATM | ATM | San Antonio | 43.75 | | 850.52 |
| Check | 03/05/2017 | EFT | Grand Hyatt Hotel | San Antonio | 1.75 | | 852.27 |
| Check | 03/05/2017 | EFT | Parking Garage | San Antonio | 36.00 | | 888.27 |
| Check | 03/05/2017 | EFT | Delta Airlines | San Antonio | 25.00 | | 913.27 |
| Check | 03/05/2017 | EFT | Delta Airlines | San Antonio | 2.00 | | 915.27 |
| Total 40.3 · Travel & Ent - Other | | | | | 191.07 | 0.00 | 915.27 |
| Total 40.3 · Travel & Ent | | | | | 191.07 | 0.00 | 1,579.00 |
| **40 · Miscellaneous - Other** | | | | | | | 67.68 |
| Total 40 · Miscellaneous - Other | | | | | | | 67.68 |
| Total 40 · Miscellaneous | | | | | 275.07 | 0.00 | 1,748.02 |
| **42 · Farm Rent** | | | | | | | 20,000.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 20,000.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 20,000.00 |
| Total 42 · Farm Rent | | | | | | | 20,000.00 |
| **43 · Equipment Repairs** | | | | | | | 1,915.13 |
| **43.1 · Tractor Repair** | | | | | | | 772.48 |
| Total 43.1 · Tractor Repair | | | | | | | 772.48 |
| **43.2 · Truck Repair** | | | | | | | 263.49 |
| Check | 03/26/2017 | EFT | Wal-Mart | CB Antena | 15.87 | | 279.36 |
| Total 43.2 · Truck Repair | | | | | 15.87 | 0.00 | 279.36 |
| **43.3 · Other Equip Repairs** | | | | | | | 129.08 |
| Total 43.3 · Other Equip Repairs | | | | | | | 129.08 |
| **43.8 · Grain Bin Repairs** | | | | | | | 695.70 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 695.70 |
| **53.0 · Licenses and Permits** | | | | | | | 0.00 |
| Check | 03/27/2017 | 1339 | Marion County Clerk | tags, taxes and license | 829.94 | | 829.94 |
| Total 53.0 · Licenses and Permits | | | | | 829.94 | 0.00 | 829.94 |
| **43 · Equipment Repairs - Other** | | | | | | | 54.38 |
| Total 43 · Equipment Repairs - Other | | | | | | | 54.38 |
| Total 43 · Equipment Repairs | | | | | 845.81 | 0.00 | 2,760.94 |
| **44 · Machine Hire** | | | | | | | 0.00 |
| **44.2 · Freight & Trucking** | | | | | | | 0.00 |
| Check | 03/24/2017 | 1330 | River Link | toll fee | 44.00 | | 44.00 |
| Total 44.2 · Freight & Trucking | | | | | 44.00 | 0.00 | 44.00 |
| Total 44 · Machine Hire | | | | | 44.00 | 0.00 | 44.00 |

10:48 PM  
06/20/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **45 · Fuel & Oil** | | | | | | | 729.97 |
| **45.1 · Diesel Fuel** | | | | | | | 550.65 |
| Check | 03/05/2017 | EFT | Kroger | Michael's truck | 75.92 | | 626.57 |
| Check | 03/29/2017 | EFT | Kroger | equipment | 100.84 | | 727.41 |
| Total 45.1 · Diesel Fuel | | | | | 176.76 | 0.00 | 727.41 |
| **45.2 · Gasoline** | | | | | | | 179.32 |
| Check | 03/02/2017 | EFT | Murphy's Oil | Megan | 32.45 | | 211.77 |
| Check | 03/11/2017 | EFT | Murphy's Oil | Megan | 20.00 | | 231.77 |
| Check | 03/25/2017 | EFT | Five Star Food Mart | gas | 28.43 | | 260.20 |
| Total 45.2 · Gasoline | | | | | 80.88 | 0.00 | 260.20 |
| Total 45 · Fuel & Oil | | | | | 257.64 | 0.00 | 987.61 |
| **50 · Chemicals** | | | | | | | 2,873.34 |
| Total 50 · Chemicals | | | | | | | 2,873.34 |
| **51 · Supplies** | | | | | | | 27.39 |
| **52 · Professional Fees** | | | | | | | 9,186.76 |
| **52.1 · Accounting** | | | | | | | 0.00 |
| Check | 03/29/2017 | 1341 | JONATHAN SHEPHARD | 2016 taxes | 300.00 | | 300.00 |
| Total 52.1 · Accounting | | | | | 300.00 | 0.00 | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 113.56 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 113.56 |
| **52 · Professional Fees - Other** | | | | | | | 9,073.20 |
| Total 52 · Professional Fees - Other | | | | | | | 9,073.20 |
| Total 52 · Professional Fees | | | | | 300.00 | 0.00 | 9,486.76 |
| **600 · Funds Transferred In** | | | | | | | -45,658.09 |
| Total 600 · Funds Transferred In | | | | | | | -45,658.09 |
| **70 · Contributions** | | | | | | | 100.00 |
| Total 70 · Contributions | | | | | | | 100.00 |
| **72 · Doctors & Hospitals** | | | | | | | 1,224.59 |
| Check | 03/03/2017 | 1315 | Lebanon Pediatrics | Lane | 40.00 | | 1,264.59 |
| Check | 03/10/2017 | 1317 | Family and Internal Medicine | Michael | 40.00 | | 1,304.59 |
| Check | 03/20/2017 | 1320 | Lebanon Pediatrics | Andrew | 81.33 | | 1,385.92 |
| Check | 03/27/2017 | 1340 | Lebanon Pediatrics | Addie | 40.00 | | 1,425.92 |
| Check | 03/30/2017 | 1343 | Lebanon Pediatrics | Addie | 40.00 | | 1,465.92 |
| Check | 03/30/2017 | 1344 | Lebanon Physicans for Women | Megan | 60.00 | | 1,525.92 |
| Check | 03/30/2017 | 1346 | KORT | Megan | 40.00 | | 1,565.92 |
| Check | 03/30/2017 | 1347 | Dr. Hunt | Megan | 186.01 | | 1,751.93 |
| Total 72 · Doctors & Hospitals | | | | | 527.34 | 0.00 | 1,751.93 |
| **73.997 · Health Insurance** | | | | | | | 1,548.86 |
| Check | 03/01/2017 | EFT | Anthem | Michael, Megan, Addie, ... | 774.43 | | 2,323.29 |
| Total 73.997 · Health Insurance | | | | | 774.43 | 0.00 | 2,323.29 |
| **73.998 · Life Insurance** | | | | | | | 654.62 |
| Check | 03/01/2017 | EFT | Grange Life Insurance | Megan | 6.91 | | 661.53 |
| Check | 03/21/2017 | EFT | Farm Bureau | Michael,Megan, Addie, L... | 188.60 | | 850.13 |
| Check | 03/21/2017 | EFT | Met Life | Michael | 131.80 | | 981.93 |
| Check | 03/24/2017 | 1328 | Farm Bureau | | 71.43 | | 1,053.36 |
| Total 73.998 · Life Insurance | | | | | 398.74 | 0.00 | 1,053.36 |
| **74 · Family Living** | | | | | | | 7,597.12 |
| **74.983 · Pat's Pharmacy** | | | | | | | 100.00 |
| Check | 03/24/2017 | 1329 | Pat's Pharmacy | medicine | 170.23 | | 270.23 |
| Total 74.983 · Pat's Pharmacy | | | | | 170.23 | 0.00 | 270.23 |

10:48 PM  
06/20/17  
Cash Basis  

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **74.985 · Food** | | | | | | | 2,736.03 |
| Check | 03/01/2017 | EFT | Five Star Food Mart | snack | 4.56 | | 2,740.59 |
| Check | 03/04/2017 | EFT | Ragetti's | supper | 40.29 | | 2,780.88 |
| Check | 03/05/2017 | EFT | Taco Bell | lunch | 20.32 | | 2,801.20 |
| Check | 03/06/2017 | 1316 | Wal-Mart | groceries | 145.62 | | 2,946.82 |
| Check | 03/12/2017 | 1318 | Kroger | groceries | 84.23 | | 3,031.05 |
| Check | 03/12/2017 | 1319 | Wal-Mart | groceries | 38.15 | | 3,069.20 |
| Check | 03/20/2017 | 1321 | Wal-Mart | groceries | 94.38 | | 3,163.58 |
| Check | 03/24/2017 | 1336 | Wal-Mart | groceries | 91.67 | | 3,255.25 |
| Check | 03/25/2017 | EFT | Five Star Food Mart | | 24.41 | | 3,279.66 |
| Check | 03/26/2017 | EFT | Huddle House | breakfast | 17.34 | | 3,297.00 |
| Check | 03/26/2017 | EFT | Pizza Hut | lunch | 43.49 | | 3,340.49 |
| Check | 03/27/2017 | 1338 | Wal-Mart | groceries | 252.72 | | 3,593.21 |
| Check | 03/27/2017 | EFT | White Castle | lunch | 23.41 | | 3,616.62 |
| Check | 03/27/2017 | EFT | Marathon Gas | snacks | 22.03 | | 3,638.65 |
| Check | 03/29/2017 | EFT | Shiners | supper | 44.49 | | 3,683.14 |
| Check | 03/30/2017 | EFT | 150 Quick Stop | snack | 5.37 | | 3,688.51 |
| Check | 03/31/2017 | 1349 | Wal-Mart | groceries | 54.71 | | 3,743.22 |
| Check | 03/31/2017 | EFT | Culver's | lunch | 18.10 | | 3,761.32 |
| Total 74.985 · Food | | | | | 1,025.29 | 0.00 | 3,761.32 |
| **74.986 · Household Operating** | | | | | | | 46.00 |
| Total 74.986 · Household Operating | | | | | | | 46.00 |
| **74.988 · House Repairs** | | | | | | | 254.22 |
| Total 74.988 · House Repairs | | | | | | | 254.22 |
| **74.989 · Clothing** | | | | | | | 1,398.24 |
| Check | 03/01/2017 | EFT | Children's Place | Addie | 17.98 | | 1,416.22 |
| Check | 03/01/2017 | EFT | MarleyLily | Megan | 57.48 | | 1,473.70 |
| Check | 03/09/2017 | EFT | Gymboree | Lane | 25.41 | | 1,499.11 |
| Check | 03/27/2017 | EFT | JcPenny | Addie | 67.83 | | 1,566.94 |
| Check | 03/27/2017 | EFT | Children's Place | Lane and Andrew | 79.82 | | 1,646.76 |
| Check | 03/29/2017 | EFT | Betsey's Boutique | Megan | 38.00 | | 1,684.76 |
| Total 74.989 · Clothing | | | | | 286.52 | 0.00 | 1,684.76 |
| **74.990 · Personal Items** | | | | | | | 445.20 |
| Check | 03/01/2017 | EFT | Amazon | hair | 13.75 | | 458.95 |
| Check | 03/25/2017 | 1337 | Cash | cash | 200.00 | | 658.95 |
| Total 74.990 · Personal Items | | | | | 213.75 | 0.00 | 658.95 |
| **74.991 · Entertainment/Recreation** | | | | | | | 172.20 |
| Check | 03/10/2017 | EFT | Net Flix | | 9.99 | | 182.19 |
| Check | 03/26/2017 | EFT | Keystone Cinema | Movies | 45.75 | | 227.94 |
| Check | 03/29/2017 | EFT | Amazon | movie | 3.99 | | 231.93 |
| Total 74.991 · Entertainment/Recreation | | | | | 59.73 | 0.00 | 231.93 |
| **74.992 · Education/Reading** | | | | | | | 1,151.49 |
| Check | 03/24/2017 | 1331 | Smart Tuition | kids tuition | 484.83 | | 1,636.32 |
| Check | 03/26/2017 | EFT | Smart Tuition | Registration fee for 2017... | 205.70 | | 1,842.02 |
| Total 74.992 · Education/Reading | | | | | 690.53 | 0.00 | 1,842.02 |
| **74.993 · Gifts** | | | | | | | 543.47 |
| Check | 03/05/2017 | EFT | Auxiliary Gift Shop | Ellen | 16.40 | | 559.87 |
| Check | 03/27/2017 | EFT | Amazon | easter | 8.81 | | 568.68 |
| Check | 03/27/2017 | EFT | Amazon | easter/ hair product | 50.19 | | 618.87 |
| Check | 03/29/2017 | EFT | Amazon | | 27.56 | | 646.43 |
| Total 74.993 · Gifts | | | | | 102.96 | 0.00 | 646.43 |
| **74.997 · Household Electricity** | | | | | | | 574.45 |
| Check | 03/24/2017 | 1325 | Inter County RECC | house | 233.08 | | 807.53 |
| Total 74.997 · Household Electricity | | | | | 233.08 | 0.00 | 807.53 |
| **74.998 · Household Water** | | | | | | | 109.61 |
| Check | 03/24/2017 | 1323 | Marion County Water | house | 63.67 | | 173.28 |
| Total 74.998 · Household Water | | | | | 63.67 | 0.00 | 173.28 |
| **74.999 · Lunch Money** | | | | | | | 0.00 |
| Check | 03/02/2017 | 1314 | Saint Augustine Lunchroom | | 100.00 | | 100.00 |
| Check | 03/29/2017 | 1342 | Saint Augustine Lunchroom | | 100.00 | | 200.00 |
| Check | 03/30/2017 | 1345 | Saint Augustine Lunchroom | | 100.00 | | 300.00 |
| Total 74.999 · Lunch Money | | | | | 300.00 | 0.00 | 300.00 |

10:48 PM  
06/20/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of March 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **74 · Family Living - Other** | | | | | | | 66.21 |
| Check | 03/21/2017 | 1322 | Marion County Coopertive Extensi... | Addie's 4H camp deposit | 50.00 | | 116.21 |
| Total 74 · Family Living - Other | | | | | 50.00 | 0.00 | 116.21 |
| Total 74 · Family Living | | | | | 3,195.76 | 0.00 | 10,792.88 |
| **TOTAL** | | | | | **46,672.20** | **46,672.20** | **0.00** |