Month of  April              ,  2017

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.:  15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  Cash Received During Month (Itemized):

Item & Quantity Sold          $ 22,000
Corn-Pre-Pay

New loan received this month (if any): $_____

Wages earned from outside work:    $_____

Other receipts:          $_____

Total Cash Receipts     $ 22,000

II.  Expenses Paid:

Total amount paid for household
or living expense:        $ 5,402.48

Operating expenses paid (itemize): $21,144.34

| Item | Amount |
| --- | --- |
| Interest | |
| Payroll/Labor Exp | $98.08 |
| Utilities | $518.98 |
| Insurance | |
| Miscellaneous | (116.65) |
| Land Rent | $20,000 |
| Equipment Repairs | $149.89 |
| Machine Hire | |
| Fuel & Oil | $449.68 |
| Supplies | $44.36 |
| Professional Fees | |

Plan payments made to Chapter 12 Trustee

$_____

Direct payments to creditors (as required by plan):

Date    Creditor              Check No.      Amount

_

                    Total of direct payments    $_____


        TOTAL EXPENSES PAID DURING MONTH          $  26,546.82 _____

Losses due to crop failure or damage     $_____
Losses due to death or disease of
livestock or poultry                     $_____

PROFIT (or loss) FOR MONTH                       $  (4,546.82) _____

III.   Cash Reconciliation:

       Cash and Bank Accounts Balance at
       Beginning of Month:          $   27,279.79 _____

        Income (or Loss) During Month:   $ (4,546.82) _____

        Cash and Bank Account Balance at End of Month:    $  22,732.97 _____


IV.   Expenses charged but not paid during month (itemize):

        Expense                      $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

6-21-17
_____
Date

_____
Debtor Officer of Debtor

# TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

## SUMMARY

### FEDERAL WITHHOLDING TAX

 Beginning Withholding Tax Payable      _____

 Withheld or Accrued         _____

 Disbursements to Tax Account      _____

 Deposit Receipt
 and/or check _____
 number   _____

 Ending Withholding Tax Payable     _____

### STATE WITHHOLDING TAX

 Beginning Withholding Tax Payable      _____

 Withheld or Accrued         _____

 Disbursements to Tax Account      _____

 Deposit Receipt
 and/or check _____
 number   _____

 Ending Withholding Tax Payable     _____

### FICA WITHHOLDING TAX (including both employer and employee share)

 Beginning FICA Tax Payable       _____

 Withheld or Accrued         _____

 Disbursements to Tax Account      _____

 Deposit Receipt
 and/or check _____
 number   _____

 Ending FICA Tax Payable       _____

### SALES TAX

Beginning Sales Tax Payable         _____

New Sales Tax Payable          _____

Disbursements to Tax Account     _____

Deposit Receipt
and/or check _____
number      _____

Ending Sales Tax Payable       _____


I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

_____        _____
Date                                Debtor/Officer of Debtor

11:08 PM

06/20/17

Cash Basis

# Buckman Family Farms
## Profit & Loss
### April 2017

|  | Apr 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | 22,000.00 |
| **Total 01 · Crop Sales** | 22,000.00 |
| **Total Income** | 22,000.00 |
| **Gross Profit** | 22,000.00 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 98.08 |
| **Total 54 · Employee Benefits** | 98.08 |
| **Total 34 · Payroll Expenses** | 98.08 |
| **38 · Utilities** | |
| 38.1 · Electricity | 373.12 |
| 38.3 · Cell Phones | 122.97 |
| 38.4 · Water | 22.89 |
| **Total 38 · Utilities** | 518.98 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 2.84 |
| 40.2 · Office Supplies | 13.30 |
| 40.3 · Travel & Ent | -235.29 |
| 40 · Miscellaneous - Other | 102.50 |
| **Total 40 · Miscellaneous** | -116.65 |
| **42 · Farm Rent** | |
| 42.1 · Cash Crop Land Rent | 20,000.00 |
| **Total 42 · Farm Rent** | 20,000.00 |
| **43 · Equipment Repairs** | |
| 43.8 · Grain Bin Repairs | 15.89 |
| 43 · Equipment Repairs - Other | 134.00 |
| **Total 43 · Equipment Repairs** | 149.89 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 326.76 |
| 45.2 · Gasoline | 122.92 |
| **Total 45 · Fuel & Oil** | 449.68 |
| **51 · Supplies** | 44.36 |
| **Total Expense** | 21,144.34 |
| **Net Ordinary Income** | 855.66 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 70 · Contributions | 100.00 |
| 71 · Medicine | 57.23 |
| 72 · Doctors & Hospitals | 226.89 |
| 73.997 · Health Insurance | 774.43 |
| 73.998 · Life Insurance | 327.31 |

11:08 PM

06/20/17

Cash Basis

# Buckman Family Farms
## Profit & Loss
### April 2017

|  | Apr 17 |
|---|---|
| **74 · Family Living** |  |
| **74.983 · Pat's Pharmacy** | 54.14 |
| **74.984 · Dentist** | 112.50 |
| **74.985 · Food** | 1,037.23 |
| **74.986 · Household Operating** | 46.00 |
| **74.988 · House Repairs** | 27.85 |
| **74.989 · Clothing** | 1,164.01 |
| **74.990 · Personal Items** | 281.07 |
| **74.991 · Entertainment/Recreation** | 125.65 |
| **74.992 · Education/Reading** | 503.44 |
| **74.993 · Gifts** | 235.35 |
| **74.997 · Household Electricity** | 179.25 |
| **74.998 · Household Water** | 50.13 |
| **74 · Family Living - Other** | 100.00 |
| **Total 74 · Family Living** | 3,916.62 |
| **Total Other Expense** | 5,402.48 |
| **Net Other Income** | -5,402.48 |
| **Net Income** | **-4,546.82** |

11:08 PM

06/20/17

Cash Basis

**Buckman Family Farms**
# General Ledger
### As of April 30, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **96 · Bank Accounts** | | | | | | | 27,279.79 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 26,324.86 |
| Check | 04/01/2017 | EFT | Anthem | Michael, Megan, A... | | 774.43 | 25,550.43 |
| Check | 04/01/2017 | EFT | Grange Life Insurance | Megan | | 6.91 | 25,543.52 |
| Check | 04/01/2017 | EFT | McDonalds | lunch | | 7.29 | 25,536.23 |
| Check | 04/01/2017 | EFT | Five Star Food Mart | Megan | | 19.70 | 25,516.53 |
| Check | 04/01/2017 | EFT | Five Star Food Mart | snack | | 8.54 | 25,507.99 |
| Check | 04/01/2017 | EFT | Taco Bell | lunch | | 7.69 | 25,500.30 |
| Check | 04/01/2017 | EFT | McDonalds | lunch | | 4.12 | 25,496.18 |
| Check | 04/01/2017 | ATM | Town and Country Bank | cash | | 102.50 | 25,393.68 |
| Check | 04/01/2017 | 1350 | Hair Zone | Boys haircuts | | 24.00 | 25,369.68 |
| Check | 04/02/2017 | 1351 | Shoe Sensation | Megan | | 52.99 | 25,316.69 |
| Check | 04/03/2017 | 1352 | Smart Tuition | | | 444.83 | 24,871.86 |
| Check | 04/03/2017 | 1353 | Joe Robert Buckman | 2016 cash rent | | 20,000.00 | 4,871.86 |
| Check | 04/03/2017 | 1354 | Cash | | | 200.00 | 4,671.86 |
| Check | 04/03/2017 | 1356 | Children's Place | Lane and Andrew | | 97.22 | 4,574.64 |
| Check | 04/03/2017 | 1357 | Kohl's | Addie, Michael, M... | | 238.01 | 4,336.63 |
| Check | 04/03/2017 | EFT | Kroger | equipment | | 120.00 | 4,216.63 |
| Check | 04/03/2017 | EFT | Five Star Food Mart | Megan | | 19.70 | 4,196.93 |
| Check | 04/03/2017 | EFT | Rue 21 | Addie and Megan | | 103.78 | 4,093.15 |
| Check | 04/03/2017 | EFT | Old Navy | Megan | | 57.66 | 4,035.49 |
| Check | 04/03/2017 | EFT | Bath and Body Works | Addie and Megan | | 27.03 | 4,008.46 |
| Check | 04/03/2017 | 1358 | Sams Club | food and supplies | | 335.38 | 3,673.08 |
| Check | 04/03/2017 | EFT | Murphy's Oil | gas for lawnmower | | 13.16 | 3,659.92 |
| Check | 04/03/2017 | EFT | Service Charge | | | 2.00 | 3,657.92 |
| Check | 04/03/2017 | EFT | Amazon | Easter | | 83.96 | 3,573.96 |
| Check | 04/03/2017 | EFT | Papa John's | supper | | 45.61 | 3,528.35 |
| Check | 04/03/2017 | EFT | Wal-Mart | phone charger | | 31.33 | 3,497.02 |
| Check | 04/03/2017 | EFT | Riverside Parking | parking | | 7.00 | 3,490.02 |
| Check | 04/03/2017 | EFT | Arby's | lunch | | 3.23 | 3,486.79 |
| Check | 04/03/2017 | EFT | Service Charge | | | 0.84 | 3,485.95 |
| Check | 04/05/2017 | 1359 | Lebanon Family Dental | Michael | | 112.50 | 3,373.45 |
| Check | 04/05/2017 | 1360 | Wal-Mart | groceries | | 114.67 | 3,258.78 |
| Check | 04/05/2017 | 1361 | Family and Internal Medicine | Michael | | 82.32 | 3,176.46 |
| Check | 04/05/2017 | EFT | Ragetti's | supper | | 20.90 | 3,155.56 |
| Check | 04/05/2017 | EFT | Pura Vida | Addie and Megan | | 25.00 | 3,130.56 |
| Deposit | 04/05/2017 | DEP | Old Navy | Refund | 61.54 | | 3,192.10 |
| Check | 04/06/2017 | 1362 | Lebanon Physicans for Wom... | Megan | | 60.00 | 3,132.10 |
| Check | 04/06/2017 | EFT | Los Mariachis Mexican Food | lunch | | 32.52 | 3,099.58 |
| Check | 04/06/2017 | EFT | Amazon | Movie | | 12.99 | 3,086.59 |
| Check | 04/06/2017 | EFT | Old Navy | Megan and Addie | | 15.37 | 3,071.22 |
| Check | 04/06/2017 | EFT | Amazon | Rented Movie | | 3.99 | 3,067.23 |
| Check | 04/07/2017 | 1363 | Hibbett's | Addie and Lane | | 51.40 | 3,015.83 |
| Check | 04/07/2017 | 1364 | Wal-Mart | Easter | | 79.36 | 2,936.47 |
| Check | 04/07/2017 | EFT | Wal-Mart | groceries | | 17.28 | 2,919.19 |
| Check | 04/07/2017 | EFT | Under Armour | Addie | | 42.38 | 2,876.81 |
| Check | 04/07/2017 | EFT | Old Navy | Megan and Addie | | 73.69 | 2,803.12 |
| Check | 04/07/2017 | EFT | Amazon | Easter | | 19.05 | 2,784.07 |
| Check | 04/08/2017 | EFT | Huddle House | lunch | | 29.37 | 2,754.70 |
| Check | 04/08/2017 | EFT | Five Star Food Mart | Mulch | | 17.25 | 2,737.45 |
| Check | 04/08/2017 | EFT | Amazon | hair product | | 17.99 | 2,719.46 |
| Check | 04/08/2017 | EFT | Amazon | product | | 44.07 | 2,675.39 |
| Check | 04/09/2017 | 1365 | Holy Name Of Mary Church | tithing (April) | | 100.00 | 2,575.39 |
| Check | 04/09/2017 | EFT | Don Julio | Lunch | | 42.89 | 2,532.50 |
| Check | 04/09/2017 | EFT | Five Star Food Mart | Mulch | | 10.60 | 2,521.90 |
| Check | 04/10/2017 | 1366 | Wal-Mart | Michael and kids | | 36.44 | 2,485.46 |
| Check | 04/10/2017 | EFT | Net Flix | | | 9.99 | 2,475.47 |
| Check | 04/10/2017 | 1367 | Wal-Mart | | | 20.79 | 2,454.68 |
| Check | 04/10/2017 | 1368 | Scholastic Book Fair | books for Andrew | | 26.00 | 2,428.68 |
| Check | 04/10/2017 | 1369 | Central Kentucky Plumbing | air filter | | 44.36 | 2,384.32 |
| Check | 04/10/2017 | 1370 | Lebanon Machine Shop | tractor | | 134.00 | 2,250.32 |
| Check | 04/10/2017 | 1371 | Bluegrass Chiro | Michael | | 84.57 | 2,165.75 |
| Check | 04/10/2017 | 1372 | Marion County Water | house | | 50.13 | 2,115.62 |
| Check | 04/10/2017 | 1373 | Marion County Water | grain bins | | 22.89 | 2,092.73 |
| Check | 04/10/2017 | 1374 | Inter County RECC | house | | 179.25 | 1,913.48 |
| Check | 04/10/2017 | 1375 | Inter County RECC | grain bins | | 373.12 | 1,540.36 |
| Check | 04/10/2017 | 1376 | Allens | pest control | | 46.00 | 1,494.36 |
| Check | 04/10/2017 | 1377 | Pat's Pharmacy | medicine | | 54.14 | 1,440.22 |
| Check | 04/10/2017 | EFT | Norby's | | | 15.89 | 1,424.33 |
| Check | 04/10/2017 | EFT | Five Star Food Mart | Michael's truck | | 57.64 | 1,366.69 |
| Check | 04/10/2017 | EFT | United Monogram | Megan | | 40.92 | 1,325.77 |
| Check | 04/10/2017 | EFT | Amazon | Easter | | 21.64 | 1,304.13 |
| Check | 04/12/2017 | EFT | Amazon | Easter | | 31.34 | 1,272.79 |
| Check | 04/12/2017 | 1380 | Kuts by Kristi | hair | | 60.00 | 1,212.79 |
| Check | 04/12/2017 | EFT | Hardee's | lunch | | 9.16 | 1,203.63 |
| Check | 04/12/2017 | EFT | Five Star Food Mart | semi | | 95.06 | 1,108.57 |
| Check | 04/12/2017 | EFT | Arby's | lunch | | 15.52 | 1,093.05 |
| Check | 04/13/2017 | 1381 | Wal-Mart | groceries | | 82.38 | 1,010.67 |

**11:08 PM**

**06/20/17**

**Cash Basis**

# Buckman Family Farms
## General Ledger
### As of April 30, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Check | 04/13/2017 | EFT | Little Caesars | lunch | | 9.72 | 1,000.95 |
| Check | 04/14/2017 | 1382 | Knights of Columbus 1264 | fish dinner | | 6.00 | 994.95 |
| Check | 04/14/2017 | EFT | Captain D's | lunch | | 14.02 | 980.93 |
| Check | 04/14/2017 | EFT | Five Star Food Mart | snacks | | 10.78 | 970.15 |
| Check | 04/14/2017 | EFT | Bluegrass Celular | | | 122.97 | 847.18 |
| Check | 04/14/2017 | EFT | Five Star Food Mart | Megan | | 35.10 | 812.08 |
| Check | 04/15/2017 | 1383 | Shear Delight | updo | | 20.00 | 792.08 |
| Check | 04/16/2017 | 1384 | DeeDee Peterson | Addie | | 10.00 | 782.08 |
| Check | 04/17/2017 | 1385 | Wal-Mart | groceries | | 157.32 | 624.76 |
| Check | 04/17/2017 | EFT | Wal-Mart | art supplies | | 32.61 | 592.15 |
| Check | 04/17/2017 | EFT | Arby's | breakfast | | 7.75 | 584.40 |
| Check | 04/18/2017 | 1386 | Lowe's | flowers | | 31.75 | 552.65 |
| Check | 04/18/2017 | 1387 | Cash | | | 100.00 | 452.65 |
| Check | 04/18/2017 | EFT | Dairy Queen | breakfast | | 10.15 | 442.50 |
| Check | 04/19/2017 | EFT | McDonalds | lunch | | 5.40 | 437.10 |
| Check | 04/20/2017 | 1388 | Wal-Mart | groceries | | 15.65 | 421.45 |
| Check | 04/20/2017 | EFT | Hibbett's | Addie's softball cle... | | 54.05 | 367.40 |
| Check | 04/20/2017 | EFT | Los Mariachis Mexican Food | lunch | | 41.87 | 325.53 |
| Check | 04/20/2017 | EFT | Pink Lily Boutique | Megan | | 48.84 | 276.69 |
| Check | 04/21/2017 | EFT | Farm Bureau | Michael, Megan, A... | | 188.60 | 88.09 |
| Check | 04/21/2017 | EFT | Met Life/ Brighthouse | Michael | | 131.80 | -43.71 |
| Check | 04/21/2017 | EFT | ITunes | Addie | | 9.99 | -53.70 |
| Deposit | 04/22/2017 | DEP | Kentucky Corn Growers Ass... | reinburshment | 242.29 | | 188.59 |
| Check | 04/22/2017 | 1389 | Holly Brownning | Megan and Addie | | 40.00 | 148.59 |
| Check | 04/22/2017 | EFT | Kroger | Michael's truck | | 54.06 | 94.53 |
| Check | 04/22/2017 | EFT | United States Post Office | Mail taxes | | 13.30 | 81.23 |
| Check | 04/22/2017 | EFT | Betsey's Boutique | Megan | | 38.00 | 43.23 |
| Check | 04/24/2017 | EFT | Sirus XM | fee | | 97.17 | -53.94 |
| Check | 04/24/2017 | EFT | Amazon | | | 3.17 | -57.11 |
| Check | 04/25/2017 | EFT | Little Four | beer | | 24.90 | -82.01 |
| Check | 04/27/2017 | EFT | Brandi's Boutique | Megan | | 36.24 | -118.25 |
| Deposit | 04/27/2017 | DEP | Hibbett's | refund | 11.65 | | -106.60 |
| Deposit | 04/28/2017 | DEP | R &B Trucking | pre pay on corn | 22,000.00 | | 21,893.40 |
| Check | 04/29/2017 | EFT | Murphy's Oil | Megan | | 25.57 | 21,867.83 |
| Check | 04/29/2017 | EFT | Murphy's Oil | megan | | 9.69 | 21,858.14 |
| Check | 04/29/2017 | EFT | Missy's Out of The Way Cafe | supper | | 80.10 | 21,778.04 |
| | Total 96.2 · Citizens Ch 12 DIP | | | | 22,315.48 | 26,862.30 | 21,778.04 |
| | **96.3 · Peoples Bank** | | | | | | 954.93 |
| | Total 96.3 · Peoples Bank | | | | | | 954.93 |
| | Total 96 · Bank Accounts | | | | 22,315.48 | 26,862.30 | 22,732.97 |
| | **700 · Accounts Receivable** | | | | | | -64.24 |
| | Total 700 · Accounts Receivable | | | | | | -64.24 |
| | **701 · Undeposited Funds** | | | | | | 650.00 |
| | Total 701 · Undeposited Funds | | | | | | 650.00 |
| | **55 · Machine & Equipment** | | | | | | 7,312.70 |
| | **55.1 · Mach & Equip - Cost** | | | | | | 7,312.70 |
| | Total 55.1 · Mach & Equip - Cost | | | | | | 7,312.70 |
| | Total 55 · Machine & Equipment | | | | | | 7,312.70 |
| | **Cabela's Club Visa** | | | | | | 7,728.44 |
| | Total Cabela's Club Visa | | | | | | 7,728.44 |
| | **803 · Farm Bureau Bank** | | | | | | 1,878.19 |
| | Total 803 · Farm Bureau Bank | | | | | | 1,878.19 |
| | **801 · Operating Loans** | | | | | | -164,493.45 |
| | **801.1 · Bank Operating Loan** | | | | | | 24.50 |
| | Total 801.1 · Bank Operating Loan | | | | | | 24.50 |
| | **801.2 · Farm Credit Services** | | | | | | 30,593.61 |
| | Total 801.2 · Farm Credit Services | | | | | | 30,593.61 |
| | **801.5 · Farm Credit Operating 1** | | | | | | -195,111.56 |
| | Total 801.5 · Farm Credit Operating 1 | | | | | | -195,111.56 |
| | Total 801 · Operating Loans | | | | | | -164,493.45 |
| | **841 · Equipment Loans** | | | | | | 13,609.00 |
| | **841.5 · Huntington Bank** | | | | | | 11,567.65 |
| | Total 841.5 · Huntington Bank | | | | | | 11,567.65 |

**Page 2**

11:08 PM

06/20/17

Cash Basis

# Buckman Family Farms
# General Ledger
## As of April 30, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | | | 13,609.00 |
| **841.2 · PNC** | | | | | | | 22,441.64 |
| Total 841.2 · PNC | | | | | | | 22,441.64 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 14,337.30 |
| **871 · Real Estate Loans** | | | | | | | -106,917.89 |
| **871.1 · BAC Home Loan** | | | | | | | -115,862.89 |
| Total 871.1 · BAC Home Loan | | | | | | | -115,862.89 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | | | -106,917.89 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -171,667.78 |
| Total 3900 · Retained Earnings | | | | | | | -171,667.78 |
| **01 · Crop Sales** | | | | | | | -103,244.97 |
| **01.020 · Yellow Corn Sales** | | | | | | | -60,000.00 |
| Deposit | 04/28/2017 | DEP | R &B Trucking | pre pay on corn | | 22,000.00 | -82,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | 0.00 | 22,000.00 | -82,000.00 |
| **01.030 · Soybean Sales** | | | | | | | -43,244.97 |
| Total 01.030 · Soybean Sales | | | | | | | -43,244.97 |
| Total 01 · Crop Sales | | | | | 0.00 | 22,000.00 | -125,244.97 |
| **11 · Custom Work Income** | | | | | | | -750.00 |
| **11.2 · Machine Work** | | | | | | | -750.00 |
| Total 11.2 · Machine Work | | | | | | | -750.00 |
| Total 11 · Custom Work Income | | | | | | | -750.00 |
| **21 · Crop Insurance** | | | | | | | 48,651.70 |
| Total 21 · Crop Insurance | | | | | | | 48,651.70 |
| **34 · Payroll Expenses** | | | | | | | 349.91 |
| **54 · Employee Benefits** | | | | | | | 349.91 |
| **54.985 · Food** | | | | | | | 349.91 |
| Check | 04/01/2017 | EFT | McDonalds | lunch | 7.29 | | 357.20 |
| Check | 04/01/2017 | EFT | McDonalds | lunch | 4.12 | | 361.32 |
| Check | 04/03/2017 | EFT | Papa John's | supper | 45.61 | | 406.93 |
| Check | 04/03/2017 | EFT | Arby's | lunch | 3.23 | | 410.16 |
| Check | 04/12/2017 | EFT | Hardee's | lunch | 9.16 | | 419.32 |
| Check | 04/12/2017 | EFT | Arby's | lunch | 15.52 | | 434.84 |
| Check | 04/17/2017 | EFT | Arby's | breakfast | 7.75 | | 442.59 |
| Check | 04/19/2017 | EFT | McDonalds | lunch | 5.40 | | 447.99 |
| Total 54.985 · Food | | | | | 98.08 | 0.00 | 447.99 |
| Total 54 · Employee Benefits | | | | | 98.08 | 0.00 | 447.99 |
| Total 34 · Payroll Expenses | | | | | 98.08 | 0.00 | 447.99 |
| 35 · Fertilizers | | | | | | | 76,361.10 |
| **38 · Utilities** | | | | | | | 2,221.77 |
| **38.1 · Electricity** | | | | | | | 376.19 |
| Check | 04/10/2017 | 1375 | Inter County RECC | grain bins | 373.12 | | 749.31 |
| Total 38.1 · Electricity | | | | | 373.12 | 0.00 | 749.31 |
| **38.3 · Cell Phones** | | | | | | | 402.73 |
| Check | 04/14/2017 | EFT | Bluegrass Celular | | 122.97 | | 525.70 |
| Total 38.3 · Cell Phones | | | | | 122.97 | 0.00 | 525.70 |

11:08 PM

06/20/17

Cash Basis

## Buckman Family Farms
## General Ledger
### As of April 30, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **38.4 · Water** | | | | | | | 24.19 |
| Check | 04/10/2017 | 1373 | Marion County Water | grain bins | 22.89 | | 47.08 |
| Total 38.4 · Water | | | | | 22.89 | 0.00 | 47.08 |
| **38.5 · Gas** | | | | | | | 718.25 |
| Total 38.5 · Gas | | | | | | | 718.25 |
| **38 · Utilities - Other** | | | | | | | 700.41 |
| Total 38 · Utilities - Other | | | | | | | 700.41 |
| Total 38 · Utilities | | | | | 518.98 | 0.00 | 2,740.75 |
| **39 · Insurance** | | | | | | | -9,460.72 |
| **39.3 · Vehicle Insurance** | | | | | | | 672.17 |
| Total 39.3 · Vehicle Insurance | | | | | | | 672.17 |
| **39.5 · Crop Insurance** | | | | | | | -10,132.89 |
| Total 39.5 · Crop Insurance | | | | | | | -10,132.89 |
| Total 39 · Insurance | | | | | | | -9,460.72 |
| **40 · Miscellaneous** | | | | | | | 1,748.02 |
| **40.1 · Bank Charges** | | | | | | | 86.00 |
| Check | 04/03/2017 | EFT | Service Charge | | 2.00 | | 88.00 |
| Check | 04/03/2017 | EFT | Service Charge | | 0.84 | | 88.84 |
| Total 40.1 · Bank Charges | | | | | 2.84 | 0.00 | 88.84 |
| **40.2 · Office Supplies** | | | | | | | 15.34 |
| Check | 04/22/2017 | EFT | United States Post Office | Mail taxes | 13.30 | | 28.64 |
| Total 40.2 · Office Supplies | | | | | 13.30 | 0.00 | 28.64 |
| **40.3 · Travel & Ent** | | | | | | | 1,579.00 |
| **40.33 · Meals** | | | | | | | 55.15 |
| Total 40.33 · Meals | | | | | | | 55.15 |
| **40.34 · Travel** | | | | | | | 608.58 |
| Total 40.34 · Travel | | | | | | | 608.58 |
| **40.3 · Travel & Ent - Other** | | | | | | | 915.27 |
| Check | 04/03/2017 | EFT | Riverside Parking | parking | 7.00 | | 922.27 |
| Deposit | 04/22/2017 | DEP | Kentucky Corn Growers Ass... | reimbursment | | 242.29 | 679.98 |
| Total 40.3 · Travel & Ent - Other | | | | | 7.00 | 242.29 | 679.98 |
| Total 40.3 · Travel & Ent | | | | | 7.00 | 242.29 | 1,343.71 |
| **40 · Miscellaneous - Other** | | | | | | | 67.68 |
| Check | 04/01/2017 | ATM | Town and Country Bank | cash | 102.50 | | 170.18 |
| Total 40 · Miscellaneous - Other | | | | | 102.50 | 0.00 | 170.18 |
| Total 40 · Miscellaneous | | | | | 125.64 | 242.29 | 1,631.37 |
| **42 · Farm Rent** | | | | | | | 20,000.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 20,000.00 |
| Check | 04/03/2017 | 1353 | Joe Robert Buckman | 2016 cash rent | 20,000.00 | | 40,000.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | 20,000.00 | 0.00 | 40,000.00 |
| Total 42 · Farm Rent | | | | | 20,000.00 | 0.00 | 40,000.00 |
| **43 · Equipment Repairs** | | | | | | | 2,760.94 |
| **43.1 · Tractor Repair** | | | | | | | 772.48 |
| Total 43.1 · Tractor Repair | | | | | | | 772.48 |
| **43.2 · Truck Repair** | | | | | | | 279.36 |
| Total 43.2 · Truck Repair | | | | | | | 279.36 |
| **43.3 · Other Equip Repairs** | | | | | | | 129.08 |
| Total 43.3 · Other Equip Repairs | | | | | | | 129.08 |
| **43.8 · Grain Bin Repairs** | | | | | | | 695.70 |
| Check | 04/10/2017 | EFT | Norby's | | 15.89 | | 711.59 |
| Total 43.8 · Grain Bin Repairs | | | | | 15.89 | 0.00 | 711.59 |
| **53.0 · Licenses and Permits** | | | | | | | 829.94 |
| Total 53.0 · Licenses and Permits | | | | | | | 829.94 |

11:08 PM

06/20/17

Cash Basis

**Buckman Family Farms**
**General Ledger**
**As of April 30, 2017**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **43 · Equipment Repairs - Other** | | | | | | | 54.38 |
| Check | 04/10/2017 | 1370 | Lebanon Machine Shop | tractor | 134.00 | | 188.38 |
| Total 43 · Equipment Repairs - Other | | | | | 134.00 | 0.00 | 188.38 |
| Total 43 · Equipment Repairs | | | | | 149.89 | 0.00 | 2,910.83 |
| **44 · Machine Hire** | | | | | | | 44.00 |
| **44.2 · Freight & Trucking** | | | | | | | 44.00 |
| Total 44.2 · Freight & Trucking | | | | | | | 44.00 |
| Total 44 · Machine Hire | | | | | | | 44.00 |
| **45 · Fuel & Oil** | | | | | | | 987.61 |
| **45.1 · Diesel Fuel** | | | | | | | 727.41 |
| Check | 04/03/2017 | EFT | Kroger | equipment | 120.00 | | 847.41 |
| Check | 04/10/2017 | EFT | Five Star Food Mart | Michael's truck | 57.64 | | 905.05 |
| Check | 04/12/2017 | EFT | Five Star Food Mart | semi | 95.06 | | 1,000.11 |
| Check | 04/22/2017 | EFT | Kroger | Michael's truck | 54.06 | | 1,054.17 |
| Total 45.1 · Diesel Fuel | | | | | 326.76 | 0.00 | 1,054.17 |
| **45.2 · Gasoline** | | | | | | | 260.20 |
| Check | 04/01/2017 | EFT | Five Star Food Mart | Megan | 19.70 | | 279.90 |
| Check | 04/03/2017 | EFT | Five Star Food Mart | Megan | 19.70 | | 299.60 |
| Check | 04/03/2017 | EFT | Murphy's Oil | gas for lawnmower | 13.16 | | 312.76 |
| Check | 04/14/2017 | EFT | Five Star Food Mart | Megan | 35.10 | | 347.86 |
| Check | 04/29/2017 | EFT | Murphy's Oil | Megan | 25.57 | | 373.43 |
| Check | 04/29/2017 | EFT | Murphy's Oil | megan | 9.69 | | 383.12 |
| Total 45.2 · Gasoline | | | | | 122.92 | 0.00 | 383.12 |
| Total 45 · Fuel & Oil | | | | | 449.68 | 0.00 | 1,437.29 |
| **50 · Chemicals** | | | | | | | 2,873.34 |
| Total 50 · Chemicals | | | | | | | 2,873.34 |
| **51 · Supplies** | | | | | | | 27.39 |
| Check | 04/10/2017 | 1369 | Central Kentucky Plumbing | air filter | 44.36 | | 71.75 |
| Total 51 · Supplies | | | | | 44.36 | 0.00 | 71.75 |
| **52 · Professional Fees** | | | | | | | 9,486.76 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 113.56 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 113.56 |
| **52 · Professional Fees - Other** | | | | | | | 9,073.20 |
| Total 52 · Professional Fees - Other | | | | | | | 9,073.20 |
| Total 52 · Professional Fees | | | | | | | 9,486.76 |
| **600 · Funds Transferred In** | | | | | | | -45,658.09 |
| Total 600 · Funds Transferred In | | | | | | | -45,658.09 |
| **70 · Contributions** | | | | | | | 100.00 |
| Check | 04/09/2017 | 1365 | Holy Name Of Mary Church | tithing (April) | 100.00 | | 200.00 |
| Total 70 · Contributions | | | | | 100.00 | 0.00 | 200.00 |
| **71 · Medicine** | | | | | | | 0.00 |
| Check | 04/10/2017 | 1366 | Wal-Mart | Michael and kids | 36.44 | | 36.44 |
| Check | 04/10/2017 | 1367 | Wal-Mart | | 20.79 | | 57.23 |
| Total 71 · Medicine | | | | | 57.23 | 0.00 | 57.23 |
| **72 · Doctors & Hospitals** | | | | | | | 1,751.93 |
| Check | 04/05/2017 | 1361 | Family and Internal Medicine | Michael | 82.32 | | 1,834.25 |
| Check | 04/06/2017 | 1362 | Lebanon Physicans for Wom... | Megan | 60.00 | | 1,894.25 |
| Check | 04/10/2017 | 1371 | Bluegrass Chiro | Michael | 84.57 | | 1,978.82 |
| Total 72 · Doctors & Hospitals | | | | | 226.89 | 0.00 | 1,978.82 |
| **73.997 · Health Insurance** | | | | | | | 2,323.29 |
| Check | 04/01/2017 | EFT | Anthem | Michael, Megan, A... | 774.43 | | 3,097.72 |
| Total 73.997 · Health Insurance | | | | | 774.43 | 0.00 | 3,097.72 |

**11:08 PM**

**06/20/17**

**Cash Basis**

# Buckman Family Farms
# General Ledger
### As of April 30, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **73.998 · Life Insurance** | | | | | | | 1,053.36 |
| Check | 04/01/2017 | EFT | Grange Life Insurance | Megan | 6.91 | | 1,060.27 |
| Check | 04/21/2017 | EFT | Farm Bureau | Michael, Megan, A... | 188.60 | | 1,248.87 |
| Check | 04/21/2017 | EFT | Met Life/ Brighthouse | Michael | 131.80 | | 1,380.67 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 1,380.67 |
| **74 · Family Living** | | | | | | | 10,792.88 |
| **74.983 · Pat's Pharmacy** | | | | | | | 270.23 |
| Check | 04/10/2017 | 1377 | Pat's Pharmacy | medicine | 54.14 | | 324.37 |
| Total 74.983 · Pat's Pharmacy | | | | | 54.14 | 0.00 | 324.37 |
| **74.984 · Dentist** | | | | | | | 0.00 |
| Check | 04/05/2017 | 1359 | Lebanon Family Dental | Michael | 112.50 | | 112.50 |
| Total 74.984 · Dentist | | | | | 112.50 | 0.00 | 112.50 |
| **74.985 · Food** | | | | | | | 3,761.32 |
| Check | 04/01/2017 | EFT | Five Star Food Mart | snack | 8.54 | | 3,769.86 |
| Check | 04/01/2017 | EFT | Taco Bell | lunch | 7.69 | | 3,777.55 |
| Check | 04/03/2017 | 1358 | Sams Club | food and supplies | 335.38 | | 4,112.93 |
| Check | 04/05/2017 | 1360 | Wal-Mart | groceries | 114.67 | | 4,227.60 |
| Check | 04/05/2017 | EFT | Ragetti's | supper | 20.90 | | 4,248.50 |
| Check | 04/06/2017 | EFT | Los Mariachis Mexican Food | lunch | 32.52 | | 4,281.02 |
| Check | 04/07/2017 | EFT | Wal-Mart | groceries | 17.28 | | 4,298.30 |
| Check | 04/08/2017 | EFT | Huddle House | lunch | 29.37 | | 4,327.67 |
| Check | 04/09/2017 | EFT | Don Julio | Lunch | 42.89 | | 4,370.56 |
| Check | 04/13/2017 | 1381 | Wal-Mart | groceries | 82.38 | | 4,452.94 |
| Check | 04/13/2017 | EFT | Little Caesars | lunch | 9.72 | | 4,462.66 |
| Check | 04/14/2017 | 1382 | Knights of Columbus 1264 | fish dinner | 6.00 | | 4,468.66 |
| Check | 04/14/2017 | EFT | Captain D's | lunch | 14.02 | | 4,482.68 |
| Check | 04/14/2017 | EFT | Five Star Food Mart | snacks | 10.78 | | 4,493.46 |
| Check | 04/17/2017 | 1385 | Wal-Mart | groceries | 157.32 | | 4,650.78 |
| Check | 04/18/2017 | EFT | Dairy Queen | breakfast | 10.15 | | 4,660.93 |
| Check | 04/20/2017 | 1388 | Wal-Mart | groceries | 15.65 | | 4,676.58 |
| Check | 04/20/2017 | EFT | Los Mariachis Mexican Food | lunch | 41.87 | | 4,718.45 |
| Check | 04/29/2017 | EFT | Missy's Out of The Way Cafe | supper | 80.10 | | 4,798.55 |
| Total 74.985 · Food | | | | | 1,037.23 | 0.00 | 4,798.55 |
| **74.986 · Household Operating** | | | | | | | 46.00 |
| Check | 04/10/2017 | 1376 | Allens | pest control | 46.00 | | 92.00 |
| Total 74.986 · Household Operating | | | | | 46.00 | 0.00 | 92.00 |
| **74.988 · House Repairs** | | | | | | | 254.22 |
| Check | 04/08/2017 | EFT | Five Star Food Mart | Mulch | 17.25 | | 271.47 |
| Check | 04/09/2017 | EFT | Five Star Food Mart | Mulch | 10.60 | | 282.07 |
| Total 74.988 · House Repairs | | | | | 27.85 | 0.00 | 282.07 |
| **74.989 · Clothing** | | | | | | | 1,684.76 |
| Check | 04/02/2017 | 1351 | Shoe Sensation | Megan | 52.99 | | 1,737.75 |
| Check | 04/03/2017 | 1354 | Cash | | 200.00 | | 1,937.75 |
| Check | 04/03/2017 | 1356 | Children's Place | Lane and Andrew | 97.22 | | 2,034.97 |
| Check | 04/03/2017 | 1357 | Kohl's | Addie, Michael, M... | 238.01 | | 2,272.98 |
| Check | 04/03/2017 | EFT | Rue 21 | Addie and Megan | 103.78 | | 2,376.76 |
| Check | 04/03/2017 | EFT | Old Navy | Megan | 57.66 | | 2,434.42 |
| Check | 04/05/2017 | EFT | Pura Vida | Addie and Megan | 25.00 | | 2,459.42 |
| Deposit | 04/05/2017 | DEP | Old Navy | Refund | | 61.54 | 2,397.88 |
| Check | 04/06/2017 | EFT | Old Navy | Megan and Addie | 15.37 | | 2,413.25 |
| Check | 04/07/2017 | 1363 | Hibbett's | Addie and Lane | 51.40 | | 2,464.65 |
| Check | 04/07/2017 | EFT | Under Armour | Addie | 42.38 | | 2,507.03 |
| Check | 04/07/2017 | EFT | Old Navy | Megan and Addie | 73.69 | | 2,580.72 |
| Check | 04/10/2017 | EFT | United Monogram | Megan | 40.92 | | 2,621.64 |
| Check | 04/16/2017 | 1384 | DeeDee Peterson | Addie | 10.00 | | 2,631.64 |
| Check | 04/20/2017 | EFT | Hibbett's | Addie's softball cle... | 54.05 | | 2,685.69 |
| Check | 04/20/2017 | EFT | Pink Lily Boutique | Megan | 48.84 | | 2,734.53 |
| Check | 04/22/2017 | 1389 | Holly Brownning | Megan and Addie | 40.00 | | 2,774.53 |
| Check | 04/22/2017 | EFT | Betsey's Boutique | Megan | 38.00 | | 2,812.53 |
| Check | 04/27/2017 | EFT | Brandi's Boutique | Megan | 36.24 | | 2,848.77 |
| Total 74.989 · Clothing | | | | | 1,225.55 | 61.54 | 2,848.77 |

**11:08 PM**

**06/20/17**

**Cash Basis**

## Buckman Family Farms
## General Ledger
### As of April 30, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **74.990 · Personal Items** | | | | | | | 658.95 |
| Check | 04/01/2017 | 1350 | Hair Zone | Boys haircuts | 24.00 | | 682.95 |
| Check | 04/03/2017 | EFT | Bath and Body Works | Addie and Megan | 27.03 | | 709.98 |
| Check | 04/03/2017 | EFT | Wal-Mart | phone charger | 31.33 | | 741.31 |
| Check | 04/08/2017 | EFT | Amazon | hair product | 17.99 | | 759.30 |
| Check | 04/08/2017 | EFT | Amazon | product | 44.07 | | 803.37 |
| Check | 04/12/2017 | 1380 | Kuts by Kristi | hair | 60.00 | | 863.37 |
| Check | 04/15/2017 | 1383 | Shear Delight | updo | 20.00 | | 883.37 |
| Check | 04/18/2017 | 1386 | Lowe's | flowers | 31.75 | | 915.12 |
| Check | 04/25/2017 | EFT | Little Four | beer | 24.90 | | 940.02 |
| Total 74.990 · Personal Items | | | | | 281.07 | 0.00 | 940.02 |
| **74.991 · Entertainment/Recreation** | | | | | | | 231.93 |
| Check | 04/06/2017 | EFT | Amazon | Movie | 12.99 | | 244.92 |
| Check | 04/06/2017 | EFT | Amazon | Rented Movie | 3.99 | | 248.91 |
| Check | 04/10/2017 | EFT | Net Flix | | 9.99 | | 258.90 |
| Check | 04/21/2017 | EFT | iTunes | Addie | 9.99 | | 268.89 |
| Check | 04/24/2017 | EFT | Sirus XM | fee | 97.17 | | 366.06 |
| Check | 04/24/2017 | EFT | Amazon | | 3.17 | | 369.23 |
| Deposit | 04/27/2017 | DEP | Hibbett's | refund | | 11.65 | 357.58 |
| Total 74.991 · Entertainment/Recreation | | | | | 137.30 | 11.65 | 357.58 |
| **74.992 · Education/Reading** | | | | | | | 1,842.02 |
| Check | 04/03/2017 | 1352 | Smart Tuition | | 444.83 | | 2,286.85 |
| Check | 04/10/2017 | 1368 | Scholastic Book Fair | books for Andrew | 26.00 | | 2,312.85 |
| Check | 04/17/2017 | EFT | Wal-Mart | art supplies | 32.61 | | 2,345.46 |
| Total 74.992 · Education/Reading | | | | | 503.44 | 0.00 | 2,345.46 |
| **74.993 · Gifts** | | | | | | | 646.43 |
| Check | 04/03/2017 | EFT | Amazon | Easter | 83.96 | | 730.39 |
| Check | 04/07/2017 | 1364 | Wal-Mart | Easter | 79.36 | | 809.75 |
| Check | 04/07/2017 | EFT | Amazon | Easter | 19.05 | | 828.80 |
| Check | 04/10/2017 | EFT | Amazon | Easter | 21.64 | | 850.44 |
| Check | 04/10/2017 | EFT | Amazon | Easter | 31.34 | | 881.78 |
| Total 74.993 · Gifts | | | | | 235.35 | 0.00 | 881.78 |
| **74.997 · Household Electricity** | | | | | | | 807.53 |
| Check | 04/10/2017 | 1374 | Inter County RECC | house | 179.25 | | 986.78 |
| Total 74.997 · Household Electricity | | | | | 179.25 | 0.00 | 986.78 |
| **74.998 · Household Water** | | | | | | | 173.28 |
| Check | 04/10/2017 | 1372 | Marion County Water | house | 50.13 | | 223.41 |
| Total 74.998 · Household Water | | | | | 50.13 | 0.00 | 223.41 |
| **74.999 · Lunch Money** | | | | | | | 300.00 |
| Total 74.999 · Lunch Money | | | | | | | 300.00 |
| **74 · Family Living - Other** | | | | | | | 116.21 |
| Check | 04/18/2017 | 1387 | Cash | | 100.00 | | 216.21 |
| Total 74 · Family Living - Other | | | | | 100.00 | 0.00 | 216.21 |
| Total 74 · Family Living | | | | | 3,989.81 | 73.19 | 14,709.50 |
| **TOTAL** | | | | | **49,177.78** | **49,177.78** | **0.00** |