Month of  May          ,  2017

## CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.:  15-32674

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.   Cash Received During Month (Itemized):

  Item & Quantity Sold
  Corn-Pre-Pay-Repaid            $_____

New loan received this month (if any): $_____

Wages earned from outside work:   $_____

Other receipts:                   $_____

       Total Cash Receipts        $_____

II.  Expenses Paid:

  Total amount paid for household
   or living expense:             $  (6,478.11)

  Operating expenses paid (itemize): $21,533.10

  | Item | Amount |
  | --- | --- |
  | Interest | |
  | Pre-Paid Corn Repaid | $21,000 |
  | Payroll/Labor Exp | $40.85 |
  | Utilities | $416.28 |
  | Insurance | |
  | Miscellaneous | $34.68 |
  | Land Rent | |
  | Equipment Repairs | |
  | Machine Hire | $8.00 |
  | Fuel & Oil | $33.29 |
  | Supplies | |
  | Professional Fees | |

Plan payments made to Chapter 12 Trustee $_____

Direct payments to creditors (as required by plan):

<u>Date</u>  <u>Creditor</u>  <u>Check No.</u>  <u>Amount</u>

Total of direct payments  $_____

TOTAL EXPENSES PAID DURING MONTH  $ 15,054.99

Losses due to crop failure or damage  $_____
Losses due to death or disease of
livestock or poultry  $_____

PROFIT (or loss) FOR MONTH  $ (15,054.99)

III. <u>Cash Reconciliation:</u>

Cash and Bank Accounts Balance at
Beginning of Month:  $ 22,732.97

Income (or Loss) During Month:  $ (15,054.99)

Cash and Bank Account Balance at End of Month:  $ 7,677.98

IV. Expenses charged but not paid during month (itemize):

Expense  $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

4-21-17
Date

_____
Debtor/Officer of Debtor

# TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending Withholding Tax Payable     _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable     _____

    Withheld or Accrued     _____

    Disbursements to Tax Account     _____

    Deposit Receipt
    and/or check _____
    number     _____

    Ending FICA Tax Payable     _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

6-21-17
Date

_____
Debtor/Officer of Debtor

11:22 PM
06/20/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### May 2017

|  | May 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **01 · Crop Sales** | |
| 01.020 · Yellow Corn Sales | -21,000.00 |
| **Total 01 · Crop Sales** | -21,000.00 |
| **Total Income** | -21,000.00 |
| **Gross Profit** | -21,000.00 |
| **Expense** | |
| **34 · Payroll Expenses** | |
| **54 · Employee Benefits** | |
| 54.985 · Food | 40.85 |
| **Total 54 · Employee Benefits** | 40.85 |
| **Total 34 · Payroll Expenses** | 40.85 |
| **38 · Utilities** | |
| 38.1 · Electricity | 54.89 |
| 38.3 · Cell Phones | 122.97 |
| 38 · Utilities - Other | 238.42 |
| **Total 38 · Utilities** | 416.28 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 30.68 |
| 40.3 · Travel & Ent | 4.00 |
| **Total 40 · Miscellaneous** | 34.68 |
| **44 · Machine Hire** | |
| 44.2 · Freight & Trucking | 8.00 |
| **Total 44 · Machine Hire** | 8.00 |
| **45 · Fuel & Oil** | |
| 45.2 · Gasoline | 33.29 |
| **Total 45 · Fuel & Oil** | 33.29 |
| **Total Expense** | 533.10 |
| **Net Ordinary Income** | -21,533.10 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 120.00 |
| 73.997 · Health Insurance | 774.43 |
| 73.998 · Life Insurance | 327.31 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 55.83 |
| 74.985 · Food | 270.96 |
| 74.989 · Clothing | 240.21 |
| 74.990 · Personal Items | 163.59 |
| 74.991 · Entertainment/Recreation | 61.37 |
| 74.993 · Gifts | 109.76 |
| 74.997 · Household Electricity | 180.24 |
| 74.998 · Household Water | 57.84 |
| 74 · Family Living - Other | -8,839.65 |
| **Total 74 · Family Living** | -7,699.85 |
| **Total Other Expense** | -6,478.11 |
| **Net Other Income** | 6,478.11 |
| **Net Income** | **-15,054.99** |

11:21 PM

06/20/17

Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **96 · Bank Accounts** | | | | | | | 22,732.97 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | 21,778.04 |
| Check | 05/01/2017 | EFT | Anthem | Michael, Megan, A... | | 774.43 | 21,003.61 |
| Check | 05/01/2017 | EFT | Grange Life Insurance | Megan | | 6.91 | 20,996.70 |
| Check | 05/01/2017 | 1390 | Kroger | groceries | | 111.51 | 20,885.19 |
| Check | 05/01/2017 | 1391 | Wal-Mart | groceries and sup... | | 79.92 | 20,805.27 |
| Check | 05/01/2017 | EFT | Smart Style | | | 41.97 | 20,763.30 |
| Check | 05/01/2017 | EFT | ITunes | ????? | | 19.99 | 20,743.31 |
| Check | 05/03/2017 | 1392 | R &B Trucking | Loan repayment | | 21,000.00 | -256.69 |
| Deposit | 05/03/2017 | DEP | ITunes | refund | 19.99 | | -236.70 |
| Deposit | 05/03/2017 | DEP | ITunes | refund | 9.99 | | -226.71 |
| Check | 05/04/2017 | EFT | Citizens National Bank | checks reordered | | 30.68 | -257.39 |
| Deposit | 05/04/2017 | DEP | Citizens National Bank | Deposit | 700.00 | | 442.61 |
| Check | 05/04/2017 | 1393 | River Link | toll fee | | 8.00 | 434.61 |
| Check | 05/04/2017 | 1394 | Inter County RECC | shop | | 31.27 | 403.34 |
| Check | 05/04/2017 | 1395 | Windstream | Dish, phone and i... | | 238.42 | 164.92 |
| Check | 05/04/2017 | 1396 | Pat's Pharmacy | medicines | | 55.83 | 109.09 |
| Check | 05/06/2017 | 1397 | Trena Spalding | Addie's softball pic... | | 32.00 | 77.09 |
| Check | 05/08/2017 | EFT | Service Charge | | | 8.75 | 68.34 |
| Check | 05/10/2017 | 1398 | Dr. Hunt | Megan | | 60.00 | 8.34 |
| Check | 05/11/2017 | EFT | Murphy's Oil | Megan | | 33.29 | -24.95 |
| Check | 05/11/2017 | EFT | Parking Garage | Louisville | | 4.00 | -28.95 |
| Check | 05/11/2017 | EFT | Amazon | Music | | 1.37 | -30.32 |
| Deposit | 05/12/2017 | DEP | Citizens National Bank | Deposit | 700.00 | | 669.68 |
| Check | 05/12/2017 | EFT | Amazon | | | 6.99 | 662.69 |
| Check | 05/12/2017 | EFT | Amazon | Addie and Lane | | 19.67 | 643.02 |
| Check | 05/12/2017 | EFT | Nest on Main | Addie | | 22.00 | 621.02 |
| Check | 05/12/2017 | EFT | The Lebanon Enterprise | yard sale ad | | 18.40 | 602.62 |
| Check | 05/12/2017 | ATM | Citizens National Bank | cash | | 40.00 | 562.62 |
| Check | 05/13/2017 | EFT | Bluegrass Celular | | | 122.97 | 439.65 |
| Check | 05/14/2017 | EFT | Wal-Mart | Mother's Day | | 20.03 | 419.62 |
| Check | 05/14/2017 | 1399 | Inter County RECC | Grain bins | | 23.62 | 396.00 |
| Check | 05/14/2017 | 1400 | Inter County RECC | house | | 180.24 | 215.76 |
| Check | 05/14/2017 | 1401 | Marion County Water | house | | 57.84 | 157.92 |
| Check | 05/14/2017 | 1402 | The Lebanon Enterprise | renewal | | 24.95 | 132.97 |
| Check | 05/14/2017 | 1403 | David Hubbard (volleyball) | Volleyball camp | | 60.00 | 72.97 |
| Check | 05/16/2017 | EFT | Wal-Mart | groceries | | 24.71 | 48.26 |
| Deposit | 05/16/2017 | DEP | Service Charge | Refund | 8.75 | | 57.01 |
| Check | 05/17/2017 | 1404 | Dr. Hunt | Megan | | 60.00 | -2.99 |
| Check | 05/17/2017 | EFT | Hardee's | breakfast | | 7.32 | -10.31 |
| Check | 05/17/2017 | EFT | Net Flix | | | 9.99 | -20.30 |
| Check | 05/18/2017 | EFT | Wal-Mart | groceries | | 54.82 | -75.12 |
| Check | 05/20/2017 | EFT | Maurices Clothing Store | Megan | | 64.55 | -139.67 |
| Check | 05/20/2017 | EFT | Amazon | Addie and Megan | | 39.65 | -179.32 |
| Check | 05/20/2017 | EFT | Amazon | Megan | | 13.97 | -193.29 |
| Check | 05/21/2017 | EFT | Farm Bureau | Michael, Megan, A... | | 188.60 | -381.89 |
| Check | 05/21/2017 | EFT | Met Life | Michael | | 131.80 | -513.69 |
| Deposit | 05/22/2017 | DEP | Citizens National Bank | Deposit | 534.00 | | 20.31 |
| Check | 05/30/2017 | EFT | Loper's Florist | Megan's surgery | | 63.07 | -42.76 |
| Check | 05/30/2017 | EFT | Shop Local | Megan and Addie | | 47.54 | -90.30 |
| Deposit | 05/31/2017 | DEP | Citizens National Bank | Deposit | 7,139.00 | | 7,048.70 |
| Check | 05/31/2017 | 1405 | Marion County Coopertive E... | Addie's 4h camp | | 150.00 | 6,898.70 |
| Check | 05/31/2017 | 1406 | Hair Zone | Boy's haircuts | | 36.00 | 6,862.70 |
| Check | 05/31/2017 | EFT | McDonalds | lunch | | 13.07 | 6,849.63 |
| Check | 05/31/2017 | EFT | Wendy's | lunch | | 20.46 | 6,829.17 |
| Check | 05/31/2017 | EFT | Amazon | Megan, Addie and... | | 106.12 | 6,723.05 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 9,111.73 | 24,166.72 | 6,723.05 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| Total 96 · Bank Accounts | | | | | 9,111.73 | 24,166.72 | 7,677.98 |
| **700 · Accounts Receivable** | | | | | | | -64.24 |
| Total 700 · Accounts Receivable | | | | | | | -64.24 |
| **701 · Undeposited Funds** | | | | | | | 650.00 |
| Total 701 · Undeposited Funds | | | | | | | 650.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |

11:21 PM
06/20/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,493.45 |
|   **801.1 · Bank Operating Loan** | | | | | | | 24.50 |
|   Total 801.1 · Bank Operating Loan | | | | | | | 24.50 |
|   **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
|   Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |
|   **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
|   Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| Total 801 · Operating Loans | | | | | | | -164,493.45 |
| **841 · Equipment Loans** | | | | | | | 13,609.00 |
|   **841.5 · Huntington Bank** | | | | | | | 11,567.65 |
|   Total 841.5 · Huntington Bank | | | | | | | 11,567.65 |
|   **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
|   Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | | | 13,609.00 |
| **841.2 · PNC** | | | | | | | 22,441.64 |
| Total 841.2 · PNC | | | | | | | 22,441.64 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 14,337.30 |
| **871 · Real Estate Loans** | | | | | | | -106,917.89 |
|   **871.1 · BAC Home Loan** | | | | | | | -115,862.89 |
|   Total 871.1 · BAC Home Loan | | | | | | | -115,862.89 |
|   **872 · Farm Credit Services** | | | | | | | 8,945.00 |
|   Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | | | -106,917.89 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -171,667.78 |
| Total 3900 · Retained Earnings | | | | | | | -171,667.78 |
| **01 · Crop Sales** | | | | | | | -125,244.97 |
|   **01.020 · Yellow Corn Sales** | | | | | | | -82,000.00 |
|   Check | 05/03/2017 | 1392 | R &B Trucking | Loan repayment | 21,000.00 | | -61,000.00 |
|   Total 01.020 · Yellow Corn Sales | | | | | 21,000.00 | 0.00 | -61,000.00 |
|   **01.030 · Soybean Sales** | | | | | | | -43,244.97 |
|   Total 01.030 · Soybean Sales | | | | | | | -43,244.97 |
| Total 01 · Crop Sales | | | | | 21,000.00 | 0.00 | -104,244.97 |
| **11 · Custom Work Income** | | | | | | | -750.00 |
|   **11.2 · Machine Work** | | | | | | | -750.00 |
|   Total 11.2 · Machine Work | | | | | | | -750.00 |
| Total 11 · Custom Work Income | | | | | | | -750.00 |
| **21 · Crop Insurance** | | | | | | | 48,651.70 |
| Total 21 · Crop Insurance | | | | | | | 48,651.70 |
| **34 · Payroll Expenses** | | | | | | | 447.99 |
|   **54 · Employee Benefits** | | | | | | | 447.99 |
|     **54.985 · Food** | | | | | | | 447.99 |
|     Check | 05/17/2017 | EFT | Hardee's | breakfast | 7.32 | | 455.31 |
|     Check | 05/31/2017 | EFT | McDonalds | lunch | 13.07 | | 468.38 |
|     Check | 05/31/2017 | EFT | Wendy's | lunch | 20.46 | | 488.84 |
|     Total 54.985 · Food | | | | | 40.85 | 0.00 | 488.84 |
|   Total 54 · Employee Benefits | | | | | 40.85 | 0.00 | 488.84 |
| Total 34 · Payroll Expenses | | | | | 40.85 | 0.00 | 488.84 |
| **35 · Fertilizers** | | | | | | | 76,361.10 |

11:21 PM
06/20/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **38 · Utilities** | | | | | | | 2,740.75 |
| **38.1 · Electricity** | | | | | | | 749.31 |
| Check | 05/04/2017 | 1394 | Inter County RECC | shop | 31.27 | | 780.58 |
| Check | 05/14/2017 | 1399 | Inter County RECC | Grain bins | 23.62 | | 804.20 |
| Total 38.1 · Electricity | | | | | 54.89 | 0.00 | 804.20 |
| **38.3 · Cell Phones** | | | | | | | 525.70 |
| Check | 05/13/2017 | EFT | Bluegrass Celular | | 122.97 | | 648.67 |
| Total 38.3 · Cell Phones | | | | | 122.97 | 0.00 | 648.67 |
| **38.4 · Water** | | | | | | | 47.08 |
| Total 38.4 · Water | | | | | | | 47.08 |
| **38.5 · Gas** | | | | | | | 718.25 |
| Total 38.5 · Gas | | | | | | | 718.25 |
| **38 · Utilities - Other** | | | | | | | 700.41 |
| Check | 05/04/2017 | 1395 | Windstream | Dish, phone and i... | 238.42 | | 938.83 |
| Total 38 · Utilities - Other | | | | | 238.42 | 0.00 | 938.83 |
| Total 38 · Utilities | | | | | 416.28 | 0.00 | 3,157.03 |
| **39 · Insurance** | | | | | | | -9,460.72 |
| **39.3 · Vehicle Insurance** | | | | | | | 672.17 |
| Total 39.3 · Vehicle Insurance | | | | | | | 672.17 |
| **39.5 · Crop Insurance** | | | | | | | -10,132.89 |
| Total 39.5 · Crop Insurance | | | | | | | -10,132.89 |
| Total 39 · Insurance | | | | | | | -9,460.72 |
| **40 · Miscellaneous** | | | | | | | 1,631.37 |
| **40.1 · Bank Charges** | | | | | | | 88.84 |
| Check | 05/04/2017 | EFT | Citizens National Bank | checks reordered | 30.68 | | 119.52 |
| Check | 05/08/2017 | EFT | Service Charge | | 8.75 | | 128.27 |
| Deposit | 05/16/2017 | DEP | Service Charge | Refund | | 8.75 | 119.52 |
| Total 40.1 · Bank Charges | | | | | 39.43 | 8.75 | 119.52 |
| **40.2 · Office Supplies** | | | | | | | 28.64 |
| Total 40.2 · Office Supplies | | | | | | | 28.64 |
| **40.3 · Travel & Ent** | | | | | | | 1,343.71 |
| **40.33 · Meals** | | | | | | | 55.15 |
| Total 40.33 · Meals | | | | | | | 55.15 |
| **40.34 · Travel** | | | | | | | 608.58 |
| Total 40.34 · Travel | | | | | | | 608.58 |
| **40.3 · Travel & Ent - Other** | | | | | | | 679.98 |
| Check | 05/11/2017 | EFT | Parking Garage | Louisville | 4.00 | | 683.98 |
| Total 40.3 · Travel & Ent - Other | | | | | 4.00 | 0.00 | 683.98 |
| Total 40.3 · Travel & Ent | | | | | 4.00 | 0.00 | 1,347.71 |
| **40 · Miscellaneous - Other** | | | | | | | 170.18 |
| Total 40 · Miscellaneous - Other | | | | | | | 170.18 |
| Total 40 · Miscellaneous | | | | | 43.43 | 8.75 | 1,666.05 |
| **42 · Farm Rent** | | | | | | | 40,000.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 40,000.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 40,000.00 |
| Total 42 · Farm Rent | | | | | | | 40,000.00 |
| **43 · Equipment Repairs** | | | | | | | 2,910.83 |
| **43.1 · Tractor Repair** | | | | | | | 772.48 |
| Total 43.1 · Tractor Repair | | | | | | | 772.48 |
| **43.2 · Truck Repair** | | | | | | | 279.36 |
| Total 43.2 · Truck Repair | | | | | | | 279.36 |
| **43.3 · Other Equip Repairs** | | | | | | | 129.08 |
| Total 43.3 · Other Equip Repairs | | | | | | | 129.08 |
| **43.8 · Grain Bin Repairs** | | | | | | | 711.59 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 711.59 |

11:21 PM
06/20/17
Cash Basis

# Buckman Family Farms
## General Ledger
### As of May 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **53.0 · Licenses and Permits** | | | | | | | 829.94 |
| Total 53.0 · Licenses and Permits | | | | | | | 829.94 |
| **43 · Equipment Repairs - Other** | | | | | | | 188.38 |
| Total 43 · Equipment Repairs - Other | | | | | | | 188.38 |
| Total 43 · Equipment Repairs | | | | | | | 2,910.83 |
| **44 · Machine Hire** | | | | | | | 44.00 |
| **44.2 · Freight & Trucking** | | | | | | | 44.00 |
| Check | 05/04/2017 | 1393 | River Link | toll fee | 8.00 | | 52.00 |
| Total 44.2 · Freight & Trucking | | | | | 8.00 | 0.00 | 52.00 |
| Total 44 · Machine Hire | | | | | 8.00 | 0.00 | 52.00 |
| **45 · Fuel & Oil** | | | | | | | 1,437.29 |
| **45.1 · Diesel Fuel** | | | | | | | 1,054.17 |
| Total 45.1 · Diesel Fuel | | | | | | | 1,054.17 |
| **45.2 · Gasoline** | | | | | | | 383.12 |
| Check | 05/11/2017 | EFT | Murphy's Oil | Megan | 33.29 | | 416.41 |
| Total 45.2 · Gasoline | | | | | 33.29 | 0.00 | 416.41 |
| Total 45 · Fuel & Oil | | | | | 33.29 | 0.00 | 1,470.58 |
| **50 · Chemicals** | | | | | | | 2,873.34 |
| Total 50 · Chemicals | | | | | | | 2,873.34 |
| 51 · Supplies | | | | | | | 71.75 |
| **52 · Professional Fees** | | | | | | | 9,486.76 |
| **52.1 · Accounting** | | | | | | | 300.00 |
| Total 52.1 · Accounting | | | | | | | 300.00 |
| **52.5 · Dues and Subscriptions** | | | | | | | 113.56 |
| Total 52.5 · Dues and Subscriptions | | | | | | | 113.56 |
| **52 · Professional Fees - Other** | | | | | | | 9,073.20 |
| Total 52 · Professional Fees - Other | | | | | | | 9,073.20 |
| Total 52 · Professional Fees | | | | | | | 9,486.76 |
| **600 · Funds Transferred In** | | | | | | | -45,658.09 |
| Total 600 · Funds Transferred In | | | | | | | -45,658.09 |
| **70 · Contributions** | | | | | | | 200.00 |
| Total 70 · Contributions | | | | | | | 200.00 |
| **71 · Medicine** | | | | | | | 57.23 |
| Total 71 · Medicine | | | | | | | 57.23 |
| **72 · Doctors & Hospitals** | | | | | | | 1,978.82 |
| Check | 05/10/2017 | 1398 | Dr. Hunt | Megan | 60.00 | | 2,038.82 |
| Check | 05/17/2017 | 1404 | Dr. Hunt | Megan | 60.00 | | 2,098.82 |
| Total 72 · Doctors & Hospitals | | | | | 120.00 | 0.00 | 2,098.82 |
| **73.997 · Health Insurance** | | | | | | | 3,097.72 |
| Check | 05/01/2017 | EFT | Anthem | Michael, Megan, A... | 774.43 | | 3,872.15 |
| Total 73.997 · Health Insurance | | | | | 774.43 | 0.00 | 3,872.15 |
| **73.998 · Life Insurance** | | | | | | | 1,380.67 |
| Check | 05/01/2017 | EFT | Grange Life Insurance | Megan | 6.91 | | 1,387.58 |
| Check | 05/21/2017 | EFT | Farm Bureau | Michael, Megan, A... | 188.60 | | 1,576.18 |
| Check | 05/21/2017 | EFT | Met Life | Michael | 131.80 | | 1,707.98 |
| Total 73.998 · Life Insurance | | | | | 327.31 | 0.00 | 1,707.98 |
| **74 · Family Living** | | | | | | | 14,709.50 |
| **74.983 · Pat's Pharmacy** | | | | | | | 324.37 |
| Check | 05/04/2017 | 1396 | Pat's Pharmacy | medicines | 55.83 | | 380.20 |
| Total 74.983 · Pat's Pharmacy | | | | | 55.83 | 0.00 | 380.20 |
| **74.984 · Dentist** | | | | | | | 112.50 |
| Total 74.984 · Dentist | | | | | | | 112.50 |

11:21 PM
06/20/17
Cash Basis

# Buckman Family Farms
# General Ledger
## As of May 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **74.985 · Food** | | | | | | | 4,798.55 |
| Check | 05/01/2017 | 1390 | Kroger | groceries | 111.51 | | 4,910.06 |
| Check | 05/01/2017 | 1391 | Wal-Mart | groceries and sup... | 79.92 | | 4,989.98 |
| Check | 05/16/2017 | EFT | Wal-Mart | groceries | 24.71 | | 5,014.69 |
| Check | 05/18/2017 | EFT | Wal-Mart | groceries | 54.82 | | 5,069.51 |
| Total 74.985 · Food | | | | | 270.96 | 0.00 | 5,069.51 |
| **74.986 · Household Operating** | | | | | | | 92.00 |
| Total 74.986 · Household Operating | | | | | | | 92.00 |
| **74.988 · House Repairs** | | | | | | | 282.07 |
| Total 74.988 · House Repairs | | | | | | | 282.07 |
| **74.989 · Clothing** | | | | | | | 2,848.77 |
| Check | 05/12/2017 | EFT | Nest on Main | Addie | 22.00 | | 2,870.77 |
| Check | 05/20/2017 | EFT | Maurices Clothing Store | Megan | 64.55 | | 2,935.32 |
| Check | 05/30/2017 | EFT | Shop Local | Megan and Addie | 47.54 | | 2,982.86 |
| Check | 05/31/2017 | EFT | Amazon | Megan, Addie and... | 106.12 | | 3,088.98 |
| Total 74.989 · Clothing | | | | | 240.21 | 0.00 | 3,088.98 |
| **74.990 · Personal Items** | | | | | | | 940.02 |
| Check | 05/01/2017 | EFT | Smart Style | | 41.97 | | 981.99 |
| Check | 05/06/2017 | 1397 | Trena Spalding | Addie's softball pic... | 32.00 | | 1,013.99 |
| Check | 05/20/2017 | EFT | Amazon | Addie and Megan | 39.65 | | 1,053.64 |
| Check | 05/20/2017 | EFT | Amazon | Megan | 13.97 | | 1,067.61 |
| Check | 05/31/2017 | 1406 | Hair Zone | Boy's haircuts | 36.00 | | 1,103.61 |
| Total 74.990 · Personal Items | | | | | 163.59 | 0.00 | 1,103.61 |
| **74.991 · Entertainment/Recreation** | | | | | | | 357.58 |
| Check | 05/01/2017 | EFT | ITunes | ????? | 19.99 | | 377.57 |
| Deposit | 05/03/2017 | DEP | ITunes | refund | | 19.99 | 357.58 |
| Deposit | 05/03/2017 | DEP | ITunes | refund | | 9.99 | 347.59 |
| Check | 05/11/2017 | EFT | Amazon | Music | 1.37 | | 348.96 |
| Check | 05/14/2017 | 1403 | David Hubbard (volleyball) | Volleyball camp | 60.00 | | 408.96 |
| Check | 05/17/2017 | EFT | Net Flix | | 9.99 | | 418.95 |
| Total 74.991 · Entertainment/Recreation | | | | | 91.35 | 29.98 | 418.95 |
| **74.992 · Education/Reading** | | | | | | | 2,345.46 |
| Total 74.992 · Education/Reading | | | | | | | 2,345.46 |
| **74.993 · Gifts** | | | | | | | 881.78 |
| Check | 05/12/2017 | EFT | Amazon | | 6.99 | | 888.77 |
| Check | 05/12/2017 | EFT | Amazon | Addie and Lane | 19.67 | | 908.44 |
| Check | 05/14/2017 | EFT | Wal-Mart | Mother's Day | 20.03 | | 928.47 |
| Check | 05/30/2017 | EFT | Loper's Florist | Megan's surgery | 63.07 | | 991.54 |
| Total 74.993 · Gifts | | | | | 109.76 | 0.00 | 991.54 |
| **74.997 · Household Electricity** | | | | | | | 986.78 |
| Check | 05/14/2017 | 1400 | Inter County RECC | house | 180.24 | | 1,167.02 |
| Total 74.997 · Household Electricity | | | | | 180.24 | 0.00 | 1,167.02 |
| **74.998 · Household Water** | | | | | | | 223.41 |
| Check | 05/14/2017 | 1401 | Marion County Water | house | 57.84 | | 281.25 |
| Total 74.998 · Household Water | | | | | 57.84 | 0.00 | 281.25 |
| **74.999 · Lunch Money** | | | | | | | 300.00 |
| Total 74.999 · Lunch Money | | | | | | | 300.00 |
| **74 · Family Living - Other** | | | | | | | 216.21 |
| Deposit | 05/04/2017 | DEP | Citizens National Bank | Deposit | | 700.00 | -483.79 |
| Deposit | 05/12/2017 | DEP | Citizens National Bank | Deposit | | 700.00 | -1,183.79 |
| Check | 05/12/2017 | EFT | The Lebanon Enterprise | yard sale ad | 18.40 | | -1,165.39 |
| Check | 05/12/2017 | ATM | Citizens National Bank | cash | 40.00 | | -1,125.39 |
| Check | 05/14/2017 | 1402 | The Lebanon Enterprise | renewal | 24.95 | | -1,100.44 |
| Deposit | 05/22/2017 | DEP | Citizens National Bank | Deposit | | 534.00 | -1,634.44 |
| Deposit | 05/31/2017 | DEP | Citizens National Bank | Deposit | | 7,139.00 | -8,773.44 |
| Check | 05/31/2017 | 1405 | Marion County Coopertive E... | Addie's 4h camp | 150.00 | | -8,623.44 |
| Total 74 · Family Living - Other | | | | | 233.35 | 9,073.00 | -8,623.44 |
| Total 74 · Family Living | | | | | 1,403.13 | 9,102.98 | 7,009.65 |
| **TOTAL** | | | | | 33,278.45 | 33,278.45 | 0.00 |