UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM MICHAEL BUCKMAN, and | ) | CHAPTER 12 |
| MEGAN LEAH BUCKMAN | ) | |
| | ) | |
| Debtors | ) | CASE NO. 15-32674 |
| | ) | |

**MOTION TO CONVERT
TO CHAPTER 13**

✱ ✱ ✱     ✱ ✱ ✱     ✱ ✱ ✱

Come the Debtors, William Michael Buckman and Megan Leah Buckman (the **"Debtors"**), by counsel, and hereby move the Court to convert this case to Chapter 13 pursuant to 11 U.S.C. § 1208(a) and 11 U.S.C. § 706(a). In support of this motion, the Debtors state that they do not operate a farm and are unable to complete the confirmed plan. Mr. Buckman, however, has obtained full time employment, and Mrs. Buckman has obtained part-time employment, and the Debtors intend in their Chapter 13 to file a plan to repay their debts. For the Chapter 13, the Debtors have retained Marc Levy, who would substitute for the undersigned if this motion were granted.

Respectfully submitted,

*/s/ James E. McGhee III*
CHARITY B. NEUKOMM
JAMES E. McGHEE III
KAPLAN & PARTNERS LLP
710 West Main Street
Fourth Floor
Louisville KY 40202
Telephone: 502.540.8285
Facsimile: 502.540.8282
E-mail: cneukomm@kplouisville.com
E-mail: jmcghee@kplouisville.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

It is hereby certified that on October 5, 2017, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, (b) mailed, first-class, postage prepaid, to all persons on the Court's mailing matrix not receiving service through ECF.

 */s/ James E. McGhee III*
James E. McGhee III