Month of August, 2017

# CHAPTER 12 CASE

NAME OF DEBTOR: William Michael Buckman & Megan Leah Buckman

CASE NO.: 15-32674

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  Cash Received During Month (Itemized):

Item & Quantity Sold

$_____

New loan received this month (if any): $_____

Wages earned from outside work:  $ 4,605.57

Other receipts:  $_____

Total Cash Receipts  $ 4,605.57

II. Expenses Paid:

Total amount paid for household
or living expense:  $ 4,025.63

Operating expenses paid (itemize): $444.87

| Item | Amount |
|---|---|
| Interest | |
| Payroll/Labor Exp | |
| Utilities | $169.11 |
| Insurance | |
| Miscellaneous | $103.25 |
| Land Rent | |
| Equipment Repairs | |
| Machine Hire | |
| Fuel & Oil | $160.36 |
| Supplies | $12.15 |
| Professional Fees | |

Plan payments made to Chapter 12 Trustee
$_____

Direct payments to creditors (as required by plan):

<u>Date</u>   <u>Creditor</u>          <u>Check No.</u>   <u>Amount</u>

           Total of direct payments   $_____

    TOTAL EXPENSES PAID DURING MONTH     $ 4,470.50_____

Losses due to crop failure or damage   $_____
Losses due to death or disease of
livestock or poultry                   $_____

PROFIT (or loss) FOR MONTH              $ 135.07_____

III. <u>Cash Reconciliation:</u>

    Cash and Bank Accounts Balance at
    Beginning of Month:        $ 875.15_____

    Income (or Loss) During Month:   $ 135.07_____

    Cash and Bank Account Balance at End of Month:   $ 1,010.22_____

IV. Expenses charged but not paid during month (itemize):

    Expense                    $_____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

10-7-17
Date

[signature]
Debtor/Officer of Debtor

# TAX DEPOSIT STATEMENT

_____, Debtor-in-Possession

Month or Period Ending_____,_____

SUMMARY

FEDERAL WITHHOLDING TAX

    Beginning Withholding Tax Payable      _____

    Withheld or Accrued      _____

    Disbursements to Tax Account      _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending Withholding Tax Payable      _____

STATE WITHHOLDING TAX

    Beginning Withholding Tax Payable      _____

    Withheld or Accrued      _____

    Disbursements to Tax Account      _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending Withholding Tax Payable      _____

FICA WITHHOLDING TAX (including both employer and employee share)

    Beginning FICA Tax Payable      _____

    Withheld or Accrued      _____

    Disbursements to Tax Account      _____

    Deposit Receipt
    and/or check _____
    number    _____

    Ending FICA Tax Payable      _____

SALES TAX

Beginning Sales Tax Payable _____

New Sales Tax Payable _____

Disbursements to Tax Account _____

Deposit Receipt
and/or check _____
number         _____

Ending Sales Tax Payable _____

I CERTIFY UNDER PENALTY OR PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

10-7-17
Date

_____
Debtor/Officer of Debtor

5:04 PM
10/03/17
Cash Basis

# Buckman Family Farms
## Profit & Loss
### August 2017

|  | Aug 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **38 · Utilities** | |
| 38.3 · Cell Phones | 169.11 |
| **Total 38 · Utilities** | 169.11 |
| **40 · Miscellaneous** | |
| 40.1 · Bank Charges | 103.25 |
| **Total 40 · Miscellaneous** | 103.25 |
| **45 · Fuel & Oil** | |
| 45.1 · Diesel Fuel | 80.01 |
| 45.2 · Gasoline | 80.35 |
| **Total 45 · Fuel & Oil** | 160.36 |
| **51 · Supplies** | 12.15 |
| **Total Expense** | 444.87 |
| **Net Ordinary Income** | -444.87 |
| **Other Income/Expense** | |
| **Other Income** | |
| **61 · Non-Farm Income** | |
| 62 · Non-Taxable Income | 4,605.57 |
| **Total 61 · Non-Farm Income** | 4,605.57 |
| **Total Other Income** | 4,605.57 |
| **Other Expense** | |
| 72 · Doctors & Hospitals | 160.00 |
| 73.997 · Health Insurance | 774.43 |
| 73.998 · Life Insurance | 327.53 |
| **74 · Family Living** | |
| 74.983 · Pat's Pharmacy | 35.38 |
| 74.985 · Food | 675.70 |
| 74.986 · Household Operating | 126.48 |
| 74.990 · Personal Items | 155.15 |
| 74.991 · Entertainment/Recreation | 95.03 |
| 74.992 · Education/Reading | 955.73 |
| 74.997 · Household Electricity | 267.26 |
| 74.998 · Household Water | 55.42 |
| 74.999 · Lunch Money | 200.00 |
| 74 · Family Living - Other | 105.00 |
| **Total 74 · Family Living** | 2,671.15 |
| **76 · Income Taxes** | |
| 76.2 · State | 92.52 |
| **Total 76 · Income Taxes** | 92.52 |
| **Total Other Expense** | 4,025.63 |
| **Net Other Income** | 579.94 |
| **Net Income** | **135.07** |

5:03 PM  
10/03/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of August 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **96 · Bank Accounts** | | | | | | | 875.15 |
| **96.2 · Citizens Ch 12 DIP** | | | | | | | -21.10 |
| Deposit | 08/01/2017 | DEP | Service Charge | Refund | 8.75 | | -12.35 |
| Check | 08/01/2017 | 1442 | Wal-Mart | groceries | | 147.73 | -160.08 |
| Check | 08/01/2017 | EFT | Anthem | Michael, Megan, Addie, Lane and A... | | 774.43 | -934.51 |
| Check | 08/01/2017 | EFT | Grange Life Insurance | Megan | | 7.13 | -941.64 |
| Check | 08/02/2017 | 1443 | KORT | Megan - 2 copays | | 80.00 | -1,021.64 |
| Check | 08/02/2017 | 1444 | Wal-Mart | school supplies | | 56.65 | -1,078.29 |
| Check | 08/02/2017 | EFT | Sirus XM | dues | | 76.47 | -1,154.76 |
| Check | 08/02/2017 | EFT | Sirus XM | dues | | 9.44 | -1,164.20 |
| Deposit | 08/03/2017 | DEP | Montebello | Michael's paycheck | 880.19 | | -284.01 |
| Deposit | 08/03/2017 | DEP | Sirus XM | refund | 4.86 | | -279.15 |
| Check | 08/07/2017 | 1445 | Lebanon Pediatrics | Andrew | | 40.00 | -319.15 |
| Check | 08/08/2017 | EFT | Service Charge | | | 56.00 | -375.15 |
| Check | 08/09/2017 | 1446 | Saint Augustine Lunchroom | lunch money | | 100.00 | -475.15 |
| Deposit | 08/10/2017 | DEP | Montebello | Michael's paycheck | 880.19 | | 405.04 |
| Check | 08/10/2017 | EFT | Smart Tuition | Kids tuition | | 612.08 | -207.04 |
| Check | 08/11/2017 | EFT | ATM | cash | | 60.00 | -267.04 |
| Check | 08/14/2017 | EFT | Service Charge | | | 28.00 | -295.04 |
| Check | 08/15/2017 | EFT | Bluegrass Celular | cell phones | | 169.11 | -464.15 |
| Check | 08/16/2017 | EFT | Service Charge | | | 28.00 | -492.15 |
| Deposit | 08/17/2017 | DEP | Montebello | Michael's paycheck | 896.70 | | 404.55 |
| Check | 08/17/2017 | 1447 | Saint Augustine PTO | Kids spirit shirts and sweatshirts for ... | | 187.00 | 217.55 |
| Check | 08/17/2017 | 1448 | Cash | school field trip money and science ... | | 30.00 | 187.55 |
| Check | 08/18/2017 | EFT | Net Flix | monthly dues | | 9.99 | 177.56 |
| Check | 08/18/2017 | EFT | Kroger | Michael's truck | | 35.00 | 142.56 |
| Check | 08/19/2017 | EFT | Smart Style | | | 49.06 | 93.50 |
| Check | 08/19/2017 | EFT | Wal-Mart | groceries | | 8.22 | 85.28 |
| Check | 08/19/2017 | 1449 | Wal-Mart | groceries and supplies | | 105.83 | -20.55 |
| Check | 08/19/2017 | EFT | Murphy's Oil | Megan | | 30.01 | -50.56 |
| Check | 08/21/2017 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and A... | | 188.60 | -239.16 |
| Check | 08/21/2017 | EFT | Met Life | Michael | | 131.80 | -370.96 |
| Check | 08/21/2017 | 1450 | Lebanon Pediatrics | Addie | | 40.00 | -410.96 |
| Deposit | 08/24/2017 | DEP | Montebello | Michael's paycheck | 874.68 | | 463.72 |
| Check | 08/24/2017 | 1451 | Marion County Water | house | | 55.42 | 408.30 |
| Check | 08/24/2017 | 1452 | Hair Zone | haircuts | | 36.00 | 372.30 |
| Check | 08/24/2017 | 1453 | Saint Augustine Lunchroom | | | 100.00 | 272.30 |
| Check | 08/24/2017 | 1454 | Inter County RECC | house | | 267.26 | 5.04 |
| Check | 08/24/2017 | 1455 | Knights of Columbus 1264 | | | 15.00 | -9.96 |
| Check | 08/24/2017 | 1456 | Wal-Mart | groceries | | 183.30 | -193.26 |
| Check | 08/24/2017 | EFT | Five Star Food Mart | gas | | 15.33 | -208.59 |
| Check | 08/25/2017 | EFT | Amazon | rented movie | | 3.99 | -212.58 |
| Check | 08/28/2017 | EFT | Amazon | mailbox | | 30.54 | -243.12 |
| Check | 08/28/2017 | EFT | Amazon | | | 20.49 | -263.61 |
| Check | 08/30/2017 | 1457 | Kroger | groceries | | 137.65 | -401.26 |
| Check | 08/30/2017 | 1458 | Wal-Mart | goceries | | 81.77 | -483.03 |
| Check | 08/30/2017 | EFT | Captain D's | lunch | | 11.20 | -494.23 |
| Check | 08/30/2017 | EFT | Amazon | hair product | | 19.06 | -513.29 |
| Check | 08/30/2017 | EFT | Marathon Gas | Michael's truck | | 45.01 | -558.30 |
| Check | 08/30/2017 | EFT | Norby's | dust masks | | 12.15 | -570.45 |
| Deposit | 08/31/2017 | DEP | Montebello | Michael's paycheck | 891.10 | | 320.65 |
| Deposit | 08/31/2017 | DEP | Saint Augustine | Megan's paycheck | 182.71 | | 503.36 |
| Check | 08/31/2017 | EFT | Smart Tuition | fee | | 100.00 | 403.36 |
| Check | 08/31/2017 | EFT | Kroger | Megan | | 35.01 | 368.35 |
| Check | 08/31/2017 | 1459 | Kentucky Department of Revenue | | | 92.52 | 275.83 |
| Check | 08/31/2017 | 1460 | Pat's Pharmacy | medicines | | 35.38 | 240.45 |
| Check | 08/31/2017 | 1461 | Dish Network | | | 126.48 | 113.97 |
| Total 96.2 · Citizens Ch 12 DIP | | | | | 4,619.18 | 4,484.11 | 113.97 |
| **96.3 · Peoples Bank** | | | | | | | 954.93 |
| Total 96.3 · Peoples Bank | | | | | | | 954.93 |
| **96 · Bank Accounts - Other** | | | | | | | -58.68 |
| Total 96 · Bank Accounts - Other | | | | | | | -58.68 |
| Total 96 · Bank Accounts | | | | | 4,619.18 | 4,484.11 | 1,010.22 |
| **700 · Accounts Receivable** | | | | | | | -64.24 |
| Total 700 · Accounts Receivable | | | | | | | -64.24 |
| **701 · Undeposited Funds** | | | | | | | 650.00 |
| Total 701 · Undeposited Funds | | | | | | | 650.00 |
| **55 · Machine & Equipment** | | | | | | | 7,312.70 |
| **55.1 · Mach & Equip - Cost** | | | | | | | 7,312.70 |
| Total 55.1 · Mach & Equip - Cost | | | | | | | 7,312.70 |
| Total 55 · Machine & Equipment | | | | | | | 7,312.70 |
| **Cabela's Club Visa** | | | | | | | 7,728.44 |
| Total Cabela's Club Visa | | | | | | | 7,728.44 |
| **803 · Farm Bureau Bank** | | | | | | | 1,878.19 |
| Total 803 · Farm Bureau Bank | | | | | | | 1,878.19 |
| **801 · Operating Loans** | | | | | | | -164,493.45 |
| **801.1 · Bank Operating Loan** | | | | | | | 24.50 |
| Total 801.1 · Bank Operating Loan | | | | | | | 24.50 |
| **801.2 · Farm Credit Services** | | | | | | | 30,593.61 |
| Total 801.2 · Farm Credit Services | | | | | | | 30,593.61 |

5:03 PM  
10/03/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of August 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **801.5 · Farm Credit Opperating 1** | | | | | | | -195,111.56 |
| Total 801.5 · Farm Credit Opperating 1 | | | | | | | -195,111.56 |
| **Total 801 · Operating Loans** | | | | | | | -164,493.45 |
| **841 · Equipment Loans** | | | | | | | 14,969.90 |
| **841.5 · Huntington Bank** | | | | | | | 12,928.55 |
| Total 841.5 · Huntington Bank | | | | | | | 12,928.55 |
| **841 · Equipment Loans - Other** | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans - Other | | | | | | | 2,041.35 |
| Total 841 · Equipment Loans | | | | | | | 14,969.90 |
| **841.2 · PNC** | | | | | | | 22,441.64 |
| Total 841.2 · PNC | | | | | | | 22,441.64 |
| **841.3 · Sheffield Financial** | | | | | | | 1,902.00 |
| Total 841.3 · Sheffield Financial | | | | | | | 1,902.00 |
| **841.4 · TCF Equipment Finance** | | | | | | | 14,337.30 |
| Total 841.4 · TCF Equipment Finance | | | | | | | 14,337.30 |
| **871 · Real Estate Loans** | | | | | | | -105,330.47 |
| **871.1 · BAC Home Loan** | | | | | | | -114,275.47 |
| Total 871.1 · BAC Home Loan | | | | | | | -114,275.47 |
| **872 · Farm Credit Services** | | | | | | | 8,945.00 |
| Total 872 · Farm Credit Services | | | | | | | 8,945.00 |
| Total 871 · Real Estate Loans | | | | | | | -105,330.47 |
| **3000 · Opening Bal Equity** | | | | | | | 323,584.08 |
| Total 3000 · Opening Bal Equity | | | | | | | 323,584.08 |
| **3900 · Retained Earnings** | | | | | | | -171,667.78 |
| Total 3900 · Retained Earnings | | | | | | | -171,667.78 |
| **01 · Crop Sales** | | | | | | | -104,244.97 |
| **01.020 · Yellow Corn Sales** | | | | | | | -61,000.00 |
| Total 01.020 · Yellow Corn Sales | | | | | | | -61,000.00 |
| **01.030 · Soybean Sales** | | | | | | | -43,244.97 |
| Total 01.030 · Soybean Sales | | | | | | | -43,244.97 |
| Total 01 · Crop Sales | | | | | | | -104,244.97 |
| **11 · Custom Work Income** | | | | | | | -750.00 |
| **11.2 · Machine Work** | | | | | | | -750.00 |
| Total 11.2 · Machine Work | | | | | | | -750.00 |
| Total 11 · Custom Work Income | | | | | | | -750.00 |
| **21 · Crop Insurance** | | | | | | | 48,651.70 |
| Total 21 · Crop Insurance | | | | | | | 48,651.70 |
| **34 · Payroll Expenses** | | | | | | | 560.73 |
| **54 · Employee Benefits** | | | | | | | 560.73 |
| **54.985 · Food** | | | | | | | 560.73 |
| Total 54.985 · Food | | | | | | | 560.73 |
| Total 54 · Employee Benefits | | | | | | | 560.73 |
| Total 34 · Payroll Expenses | | | | | | | 560.73 |
| **35 · Fertilizers** | | | | | | | 76,361.10 |
| **38 · Utilities** | | | | | | | 4,004.78 |
| **38.1 · Electricity** | | | | | | | 804.20 |
| Total 38.1 · Electricity | | | | | | | 804.20 |
| **38.3 · Cell Phones** | | | | | | | 1,034.38 |
| Check | 08/15/2017 | EFT | Bluegrass Celular | cell phones | 169.11 | | 1,203.49 |
| Total 38.3 · Cell Phones | | | | | 169.11 | 0.00 | 1,203.49 |
| **38.4 · Water** | | | | | | | 47.08 |
| Total 38.4 · Water | | | | | | | 47.08 |
| **38.5 · Gas** | | | | | | | 718.25 |
| Total 38.5 · Gas | | | | | | | 718.25 |
| **38 · Utilities - Other** | | | | | | | 1,400.87 |
| Total 38 · Utilities - Other | | | | | | | 1,400.87 |
| Total 38 · Utilities | | | | | 169.11 | 0.00 | 4,173.89 |
| **39 · Insurance** | | | | | | | -9,249.76 |
| **39.3 · Vehicle Insurance** | | | | | | | 672.17 |
| Total 39.3 · Vehicle Insurance | | | | | | | 672.17 |
| **39.5 · Crop Insurance** | | | | | | | -10,132.89 |
| Total 39.5 · Crop Insurance | | | | | | | -10,132.89 |
| **39 · Insurance - Other** | | | | | | | 210.96 |
| Total 39 · Insurance - Other | | | | | | | 210.96 |
| Total 39 · Insurance | | | | | | | -9,249.76 |

5:03 PM  
10/03/17  
Cash Basis

# Buckman Family Farms
## General Ledger
### As of August 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **40 · Miscellaneous** | | | | | | | 1,722.05 |
| **40.1 · Bank Charges** | | | | | | | 175.52 |
| Deposit | 08/01/2017 | DEP | Service Charge | Refund | | 8.75 | 166.77 |
| Check | 08/08/2017 | EFT | Service Charge | | 56.00 | | 222.77 |
| Check | 08/14/2017 | EFT | Service Charge | | 28.00 | | 250.77 |
| Check | 08/16/2017 | EFT | Service Charge | | 28.00 | | 278.77 |
| Total 40.1 · Bank Charges | | | | | 112.00 | 8.75 | 278.77 |
| **40.2 · Office Supplies** | | | | | | | 28.64 |
| Total 40.2 · Office Supplies | | | | | | | 28.64 |
| **40.3 · Travel & Ent** | | | | | | | 1,347.71 |
| **40.33 · Meals** | | | | | | | 55.15 |
| Total 40.33 · Meals | | | | | | | 55.15 |
| **40.34 · Travel** | | | | | | | 608.58 |
| Total 40.34 · Travel | | | | | | | 608.58 |
| **40.3 · Travel & Ent - Other** | | | | | | | 683.98 |
| Total 40.3 · Travel & Ent - Other | | | | | | | 683.98 |
| Total 40.3 · Travel & Ent | | | | | | | 1,347.71 |
| **40 · Miscellaneous - Other** | | | | | | | 170.18 |
| Total 40 · Miscellaneous - Other | | | | | | | 170.18 |
| Total 40 · Miscellaneous | | | | | 112.00 | 8.75 | 1,825.30 |
| **42 · Farm Rent** | | | | | | | 40,000.00 |
| **42.1 · Cash Crop Land Rent** | | | | | | | 40,000.00 |
| Total 42.1 · Cash Crop Land Rent | | | | | | | 40,000.00 |
| Total 42 · Farm Rent | | | | | | | 40,000.00 |
| **43 · Equipment Repairs** | | | | | | | 3,270.89 |
| **43.1 · Tractor Repair** | | | | | | | 772.48 |
| Total 43.1 · Tractor Repair | | | | | | | 772.48 |
| **43.2 · Truck Repair** | | | | | | | 294.22 |
| Total 43.2 · Truck Repair | | | | | | | 294.22 |
| **43.3 · Other Equip Repairs** | | | | | | | 129.08 |
| Total 43.3 · Other Equip Repairs | | | | | | | 129.08 |
| **43.8 · Grain Bin Repairs** | | | | | | | 711.59 |
| Total 43.8 · Grain Bin Repairs | | | | | | | 711.59 |
| **53.0 · Licenses and Permits** | | | | | | | 829.94 |
| Total 53.0 · Licenses and Permits | | | | | | | 829.94 |
| **43 · Equipment Repairs - Other** | | | | | | | 533.58 |
| Total 43 · Equipment Repairs - Other | | | | | | | 533.58 |
| Total 43 · Equipment Repairs | | | | | | | 3,270.89 |
| **44 · Machine Hire** | | | | | | | 52.00 |
| **44.2 · Freight & Trucking** | | | | | | | 52.00 |
| Total 44.2 · Freight & Trucking | | | | | | | 52.00 |
| Total 44 · Machine Hire | | | | | | | 52.00 |
| **45 · Fuel & Oil** | | | | | | | 1,867.15 |
| **45.1 · Diesel Fuel** | | | | | | | 1,271.63 |
| Check | 08/18/2017 | EFT | Kroger | Michael's truck | 35.00 | | 1,306.63 |
| Check | 08/30/2017 | EFT | Marathon Gas | Michael's truck | 45.01 | | 1,351.64 |
| Total 45.1 · Diesel Fuel | | | | | 80.01 | 0.00 | 1,351.64 |
| **45.2 · Gasoline** | | | | | | | 563.74 |
| Check | 08/19/2017 | EFT | Murphy's Oil | Megan | 30.01 | | 593.75 |
| Check | 08/24/2017 | EFT | Five Star Food Mart | gas | 15.33 | | 609.08 |
| Check | 08/31/2017 | EFT | Kroger | Megan | 35.01 | | 644.09 |
| Total 45.2 · Gasoline | | | | | 80.35 | 0.00 | 644.09 |
| **45 · Fuel & Oil - Other** | | | | | | | 31.78 |
| Total 45 · Fuel & Oil - Other | | | | | | | 31.78 |
| Total 45 · Fuel & Oil | | | | | 160.36 | 0.00 | 2,027.51 |
| **50 · Chemicals** | | | | | | | 2,873.34 |
| Total 50 · Chemicals | | | | | | | 2,873.34 |
| **51 · Supplies** | | | | | | | 458.15 |
| **51.1 · Small Tools & Supplies** | | | | | | | 386.40 |
| Total 51.1 · Small Tools & Supplies | | | | | | | 386.40 |
| **51 · Supplies - Other** | | | | | | | 71.75 |
| Check | 08/30/2017 | EFT | Norby's | dust masks | 12.15 | | 83.90 |
| Total 51 · Supplies - Other | | | | | 12.15 | 0.00 | 83.90 |
| Total 51 · Supplies | | | | | 12.15 | 0.00 | 470.30 |

5:03 PM
10/03/17
Cash Basis

**Buckman Family Farms**
## General Ledger
### As of August 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **52 · Professional Fees** | | | | | | | 9,795.10 |
|   **52.1 · Accounting** | | | | | | | 325.00 |
|   Total 52.1 · Accounting | | | | | | | 325.00 |
|   **52.5 · Dues and Subscriptions** | | | | | | | 396.90 |
|   Total 52.5 · Dues and Subscriptions | | | | | | | 396.90 |
|   **52 · Professional Fees - Other** | | | | | | | 9,073.20 |
|   Total 52 · Professional Fees - Other | | | | | | | 9,073.20 |
| Total 52 · Professional Fees | | | | | | | 9,795.10 |
| **600 · Funds Transferred In** | | | | | | | -45,658.09 |
| Total 600 · Funds Transferred In | | | | | | | -45,658.09 |
| **61 · Non-Farm Income** | | | | | | | -5,386.18 |
|   **62 · Non-Taxable Income** | | | | | | | -5,386.18 |
|   Deposit | 08/03/2017 | DEP | Montebello | Michael's paycheck | | 880.19 | -6,266.37 |
|   Deposit | 08/10/2017 | DEP | Montebello | Michael's paycheck | | 880.19 | -7,146.56 |
|   Deposit | 08/17/2017 | DEP | Montebello | Michael's paycheck | | 896.70 | -8,043.26 |
|   Deposit | 08/24/2017 | DEP | Montebello | Michael's paycheck | | 874.68 | -8,917.94 |
|   Deposit | 08/31/2017 | DEP | Montebello | Michael's paycheck | | 891.10 | -9,809.04 |
|   Deposit | 08/31/2017 | DEP | Saint Augustine | Megan's paycheck | | 182.71 | -9,991.75 |
|   Total 62 · Non-Taxable Income | | | | | 0.00 | 4,605.57 | -9,991.75 |
| Total 61 · Non-Farm Income | | | | | 0.00 | 4,605.57 | -9,991.75 |
| **70 · Contributions** | | | | | | | 200.00 |
| Total 70 · Contributions | | | | | | | 200.00 |
| **71 · Medicine** | | | | | | | 77.11 |
| Total 71 · Medicine | | | | | | | 77.11 |
| **72 · Doctors & Hospitals** | | | | | | | 2,504.33 |
| Check | 08/02/2017 | 1443 | KORT | Megan - 2 copays | 80.00 | | 2,584.33 |
| Check | 08/07/2017 | 1445 | Lebanon Pediatrics | Andrew | 40.00 | | 2,624.33 |
| Check | 08/21/2017 | 1450 | Lebanon Pediatrics | Addie | 40.00 | | 2,664.33 |
| Total 72 · Doctors & Hospitals | | | | | 160.00 | 0.00 | 2,664.33 |
| **73.997 · Health Insurance** | | | | | | | 5,421.01 |
| Check | 08/01/2017 | EFT | Anthem | Michael, Megan, Addie, Lane and A... | 774.43 | | 6,195.44 |
| Total 73.997 · Health Insurance | | | | | 774.43 | 0.00 | 6,195.44 |
| **73.998 · Life Insurance** | | | | | | | 2,363.04 |
| Check | 08/01/2017 | EFT | Grange Life Insurance | Megan | 7.13 | | 2,370.17 |
| Check | 08/21/2017 | EFT | Farm Bureau | Michael, Megan, Addie, Lane and A... | 188.60 | | 2,558.77 |
| Check | 08/21/2017 | EFT | Met Life | Michael | 131.80 | | 2,690.57 |
| Total 73.998 · Life Insurance | | | | | 327.53 | 0.00 | 2,690.57 |
| **74 · Family Living** | | | | | | | 10,983.06 |
|   **74.983 · Pat's Pharmacy** | | | | | | | 418.48 |
|   Check | 08/31/2017 | 1460 | Pat's Pharmacy | medicines | 35.38 | | 453.86 |
|   Total 74.983 · Pat's Pharmacy | | | | | 35.38 | 0.00 | 453.86 |
|   **74.984 · Dentist** | | | | | | | 112.50 |
|   Total 74.984 · Dentist | | | | | | | 112.50 |
|   **74.985 · Food** | | | | | | | 6,881.37 |
|   Check | 08/01/2017 | 1442 | Wal-Mart | groceries | 147.73 | | 7,029.10 |
|   Check | 08/19/2017 | EFT | Wal-Mart | groceries | 8.22 | | 7,037.32 |
|   Check | 08/19/2017 | 1449 | Wal-Mart | groceries and supplies | 105.83 | | 7,143.15 |
|   Check | 08/24/2017 | 1456 | Wal-Mart | groceries | 183.30 | | 7,326.45 |
|   Check | 08/30/2017 | 1457 | Kroger | groceries | 137.65 | | 7,464.10 |
|   Check | 08/30/2017 | 1458 | Wal-Mart | goceries | 81.77 | | 7,545.87 |
|   Check | 08/30/2017 | EFT | Captain D's | lunch | 11.20 | | 7,557.07 |
|   Total 74.985 · Food | | | | | 675.70 | 0.00 | 7,557.07 |
|   **74.986 · Household Operating** | | | | | | | 187.00 |
|   Check | 08/31/2017 | 1461 | Dish Network | | 126.48 | | 313.48 |
|   Total 74.986 · Household Operating | | | | | 126.48 | 0.00 | 313.48 |
|   **74.988 · House Repairs** | | | | | | | 428.95 |
|   Total 74.988 · House Repairs | | | | | | | 428.95 |
|   **74.989 · Clothing** | | | | | | | 3,482.76 |
|   Total 74.989 · Clothing | | | | | | | 3,482.76 |
|   **74.990 · Personal Items** | | | | | | | 1,228.94 |
|   Check | 08/19/2017 | EFT | Smart Style | | 49.06 | | 1,278.00 |
|   Check | 08/24/2017 | 1452 | Hair Zone | haircuts | 36.00 | | 1,314.00 |
|   Check | 08/28/2017 | EFT | Amazon | mailbox | 30.54 | | 1,344.54 |
|   Check | 08/28/2017 | EFT | Amazon | | 20.49 | | 1,365.03 |
|   Check | 08/30/2017 | EFT | Amazon | hair product | 19.06 | | 1,384.09 |
|   Total 74.990 · Personal Items | | | | | 155.15 | 0.00 | 1,384.09 |

Page 4

**5:03 PM**
**10/03/17**
**Cash Basis**

# Buckman Family Farms
## General Ledger
### As of August 31, 2017

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **74.991 · Entertainment/Recreation** | | | | | | | 825.80 |
| Check | 08/02/2017 | EFT | Sirus XM | dues | 76.47 | | 902.27 |
| Check | 08/02/2017 | EFT | Sirus XM | dues | 9.44 | | 911.71 |
| Deposit | 08/03/2017 | DEP | Sirus XM | refund | | 4.86 | 906.85 |
| Check | 08/18/2017 | EFT | Net Flix | monthly dues | 9.99 | | 916.84 |
| Check | 08/25/2017 | EFT | Amazon | rented movie | 3.99 | | 920.83 |
| Total 74.991 · Entertainment/Recreation | | | | | 99.89 | 4.86 | 920.83 |
| **74.992 · Education/Reading** | | | | | | | 3,502.92 |
| Check | 08/02/2017 | 1444 | Wal-Mart | school supplies | 56.65 | | 3,559.57 |
| Check | 08/10/2017 | EFT | Smart Tuition | Kids tuition | 612.08 | | 4,171.65 |
| Check | 08/17/2017 | 1447 | Saint Augustine PTO | Kids spirit shirts and sweatshirts for ... | 187.00 | | 4,358.65 |
| Check | 08/31/2017 | EFT | Smart Tuition | fee | 100.00 | | 4,458.65 |
| Total 74.992 · Education/Reading | | | | | 955.73 | 0.00 | 4,458.65 |
| **74.993 · Gifts** | | | | | | | 1,104.26 |
| Total 74.993 · Gifts | | | | | | | 1,104.26 |
| **74.994 · Transportation** | | | | | | | 4.00 |
| Total 74.994 · Transportation | | | | | | | 4.00 |
| **74.997 · Household Electricity** | | | | | | | 1,612.19 |
| Check | 08/24/2017 | 1454 | Inter County RECC | house | 267.26 | | 1,879.45 |
| Total 74.997 · Household Electricity | | | | | 267.26 | 0.00 | 1,879.45 |
| **74.998 · Household Water** | | | | | | | 403.69 |
| Check | 08/24/2017 | 1451 | Marion County Water | house | 55.42 | | 459.11 |
| Total 74.998 · Household Water | | | | | 55.42 | 0.00 | 459.11 |
| **74.999 · Lunch Money** | | | | | | | 300.00 |
| Check | 08/09/2017 | 1446 | Saint Augustine Lunchroom | lunch money | 100.00 | | 400.00 |
| Check | 08/24/2017 | 1453 | Saint Augustine Lunchroom | | 100.00 | | 500.00 |
| Total 74.999 · Lunch Money | | | | | 200.00 | 0.00 | 500.00 |
| **74 · Family Living - Other** | | | | | | | -9,509.80 |
| Check | 08/11/2017 | EFT | ATM | cash | 60.00 | | -9,449.80 |
| Check | 08/17/2017 | 1448 | Cash | school field trip money and science ... | 30.00 | | -9,419.80 |
| Check | 08/24/2017 | 1455 | Knights of Columbus 1264 | | 15.00 | | -9,404.80 |
| Total 74 · Family Living - Other | | | | | 105.00 | 0.00 | -9,404.80 |
| **Total 74 · Family Living** | | | | | 2,676.01 | 4.86 | 13,654.21 |
| **76 · Income Taxes** | | | | | | | 0.00 |
| **76.2 · State** | | | | | | | 0.00 |
| Check | 08/31/2017 | 1459 | Kentucky Department of Revenue | | 92.52 | | 92.52 |
| Total 76.2 · State | | | | | 92.52 | 0.00 | 92.52 |
| Total 76 · Income Taxes | | | | | 92.52 | 0.00 | 92.52 |
| **TOTAL** | | | | | **9,103.29** | **9,103.29** | **0.00** |